AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Anthropic PBC <br><br> *Plaintiff(s)* <br> v. <br> U.S. Department of War et al. <br><br> *Defendant(s)* | Civil Action No. 3:26-cv-1996 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1996

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

U.S. DEPARTMENT OF WAR
1000 Defense Pentagon
Washington, D.C. 20301

U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

FEDERAL HOUSING FINANCE AGENCY
400 7th Street SW
Washington, D.C. 20219

U.S. DEPARTMENT OF STATE
Suite 5.600, 600 19th Street NW
Washington D.C. 20522

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES
200 Independence Avenue SW
Washington, D.C. 20201

U.S. DEPARTMENT OF COMMERCE
1401 Constitution Avenue NW
Washington, D.C. 20230

U.S. DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Avenue NW
Washington, D.C. 20420

GENERAL SERVICES ADMINISTRATION
1800 F Street NW
Washington, D.C. 20405

U.S. OFFICE OF PERSONNEL MANAGEMENT
1900 E Street NW
Washington, D.C. 20415

U.S. NUCLEAR REGULATORY COMMISSION
One White Flint North
11555 Rockville Pike
Rockville, MD 20852

U.S. SOCIAL SECURITY ADMINISTRATION
6401 Security Boulevard
Baltimore, MD 21235

U.S. DEPARTMENT OF HOMELAND SECURITY
2707 Martin Luther King Jr Avenue SE
Washington, D.C. 20528

SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
300 E Street SW, Suite 5R30
Washington, D.C. 20546

U.S. DEPARTMENT OF ENERGY
1000 Independence Avenue SW
Washington, D.C. 20585

FEDERAL RESERVE BOARD OF GOVERNORS
20th Street and Constitution Avenue NW
Washington, D.C. 20551

NATIONAL ENDOWMENT FOR THE ARTS
400 7th Street SW
Washington, D.C. 20506

EXECUTIVE OFFICE OF THE PRESIDENT
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

PETER B. HEGSETH, in his official capacity as Secretary of War
1000 Defense Pentagon
Washington, D.C. 20301

SCOTT BESSENT, in his official capacity as Secretary of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

WILLIAM J. PULTE, in his official capacity as Director of U.S. Federal Housing
400 7th Street SW
Washington, D.C. 20219

MARCO RUBIO, in his official capacity as Secretary of State
Suite 5.600, 600 19th Street NW
Washington D.C. 20522

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services
200 Independence Avenue SW
Washington, D.C. 20201

HOWARD LUTNICK, in his official capacity as Secretary of Commerce
1401 Constitution Avenue NW
Washington, D.C. 20230

DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs
810 Vermont Avenue NW
Washington, D.C. 20420

EDWARD C. FORST, in his official capacity as Administrator of the General Services Administration,
1800 F Street NW
Washington, D.C. 20405

SCOTT KUPOR, in his official capacity as Director of the U.S. Office of Personnel Management,
1900 E Street NW
Washington, D.C. 20415

HO K. NIEH, in his official capacity as Chairman of the U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Rockville, MD 20852

FRANK J. BISIGANO, in his official capacity as Commissioner of the U.S. Social Security Administration,
6401 Security Boulevard
Baltimore, MD 21235

KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
2707 Martin Luther King Jr Avenue SE
Washington, D.C. 20528

PAUL S. ATKINS, in his official capacity as Chairman of the Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549

JARED ISAACMAN, in his official capacity as Administrator of the National Aeronautics and Space Administration
300 E Street SW
Suite 5R30
Washington, D.C. 20546

CHRIS WRIGHT, in his official capacity as Secretary of Energy
1000 Independence Avenue SW
Washington, D.C. 20585

JEROME H. POWELL, in his official capacity as Chairman of the Federal Reserve Board of Governors
20th Street and Constitution Avenue NW
Washington, D.C. 20551

MARY ANNE CARTER, in her official capacity as Chairman of the National Endowment for the Arts
400 7th Street SW
Washington, D.C. 20506

DOE DEFENDANTS 1-10