| | |
|---|---|
| MICHAEL J. MONGAN (SBN 250374)<br>michael.mongan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>50 California Street, Suite 3600<br>San Francisco, CA 94111<br>Telephone: (628) 235-1000<br><br>EMILY BARNET (*pro hac* forthcoming)<br>emily.barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich St<br>New York, NY 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Plaintiff Anthropic PBC* | KELLY P. DUNBAR (*pro hac* forthcoming)<br>kelly.dunbar@wilmerhale.com<br>JOSHUA A. GELTZER (*pro hac* forthcoming)<br>joshua.geltzer@wilmerhale.com<br>KEVIN M. LAMB (*pro hac* forthcoming)<br>kevin.lamb@wilmerhale.com<br>SUSAN HENNESSEY (*pro hac* forthcoming)<br>susan.hennessey@wilmerhale.com<br>LAUREN MOXLEY BEATTY (SBN 308333)<br>(application pending)<br>lauren.beatty@wilmerhale.com<br>LAURA E. POWELL (*pro hac* forthcoming)<br>laura.powell@wilmerhale.com<br>SONIKA R. DATA (*pro hac* forthcoming)<br>sonika.data@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHROPIC PBC,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF WAR et al.,<br><br>                Defendants. | Case No. 3:26-cv-1996<br><br>**ANTHROPIC PBC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that, apart from the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, which is a wholly owned subsidiary of Alphabet, Inc.
2. Amazon Web Services, Inc., which is a wholly owned subsidiary of Amazon.com, Inc.

Pursuant to the same, Anthropic PBC, by its undersigned counsel, states that as of this date it has no parent corporation and further certifies that, apart from the named parties, there is no conflict or interest to report.

Date: March 9, 2026

/s/ *Michael J. Mongan*

KELLY P. DUNBAR (*pro hac* forthcoming)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac* forthcoming)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac* forthcoming)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac* forthcoming)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
(application pending)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac* forthcoming)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac* forthcoming)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac* forthcoming)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*