MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac* forthcoming)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac* forthcoming)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac* forthcoming)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac* forthcoming)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac* forthcoming)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
(application pending)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac* forthcoming)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac* forthcoming)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHROPIC PBC,<br><br>               Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>               Defendants. | Case No. 3:26-cv-01996<br><br>**DECLARATION OF THIYAGU RAMASAMY** |

I, Thiyagu Ramasamy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Head of Public Sector at Anthropic PBC. I have held that position since January 2025. Before joining Anthropic, I worked for Amazon Web Services, where I was a Principal Lead for Data, Analytics, and Artificial Intelligence/Machine Learning and was responsible for, among other things, the implementation of Anthropic's AI models—called Claude—for public sector customers, and the deployment of Claude in classified federal government networks. My current duties and responsibilities at Anthropic include overseeing the team of employees that sell Claude to U.S. federal, state, and local government agencies.

2. As the Head of Public Sector for Anthropic, I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Anthropic personnel, and could testify thereto.

**Anthropic's Positive Relationship With The U.S. Government**

3. Anthropic is a public benefit corporation whose mission is to ensure that the transition to powerful artificial intelligence ("AI") benefits humanity. We view partnering with the U.S. government as an important way to achieve that mission. During my time at Anthropic, we have aggressively pursued opportunities to empower the U.S. government to use Claude. Our government customers include the Department of War ("DoW" or the "Department") and agencies in the Intelligence Community.[1]

4. Anthropic began working with the U.S. government as early as 2024. In April 2024, Anthropic became the first frontier AI lab to collaborate with the Department of Energy ("DoE") National Laboratories and the National Nuclear Security Administration to evaluate one of Anthropic's models in a Top Secret classified environment to determine how large language models may contribute to or help to address national security risks in the nuclear domain.[2]

---

[1] The Intelligence Community comprises 18 organizations, including elements of the DoW (such as the National Security Agency) and other departments and agencies (such as the Department of Energy's Office of Intelligence and Counterintelligence) as well as independent agencies (such as the Central Intelligence Agency). *See Members of the IC*, Off. of Dir. of Nat'l Intel., https://www.dni.gov/index.php/what-we-do/members-of-the-ic.

[2] *See Anthropic partners with U.S. National Labs for first 1,000 Scientist AI Jam*, Anthropic (Feb. 28, 2025), https://www.anthropic.com/news/anthropic-partners-with-u-s-national-labs-for-first-1-000-scientist-ai-jam.

Anthropic later expanded its partnership with the DoE National Laboratories by deploying Claude to 10,000 scientists at Lawrence Livermore National Laboratory to help bolster research across nuclear deterrence, energy, materials science, and energy security.[3]

5. In November 2024, Anthropic expanded its relationship with the U.S. government via a partnership with the software company Palantir Technologies.[4] Anthropic and Palantir partnered to provide intelligence and defense capabilities to U.S. intelligence and defense agencies. That partnership has allowed Claude to be used to support government operations, including rapidly processing large datasets; autonomously completing complex software engineering projects related to offensive and defensive cyber operations and vulnerability detection; supporting military operations; performing intelligence analysis and threat assessments; and handling national security workflows and other mission-critical tasks integral to national security.

6. We have only deepened our relationship with the DoW and the Intelligence Community since then. In June 2025, we announced a custom set of Claude models built exclusively for U.S. national security customers.[5] We developed these "Claude Gov" models based on direct feedback from our national security partners to address real-world needs. In particular, these models were fine-tuned so that they would not refuse requests that regular Claude models—those for civilian enterprise or consumer use—would refuse.[6] And as with all our other Claude models, we rigorously tested these models for safety. In July 2025, alongside other frontier AI labs including Google, OpenAI, and xAI, Anthropic was awarded a two-year, up to $200 million agreement by the DoW's Chief Digital and Artificial Intelligence Office ("CDAO"), the primary office within the DoW responsible for integrating and optimizing AI capabilities across

---

[3] See *Lawrence Livermore National Laboratory expands Claude for Enterprise use to empower scientists and researchers*, Anthropic (July 9, 2025), https://www.anthropic.com/news/lawrence-livermore-national-laboratory-expands-claude-for-enterprise-to-empower-scientists-and.

[4] See *Anthropic and Palantir Partner to Bring Claude AI Models to AWS for U.S. Government Intelligence and Defense Operations*, Palentir: Investors (Nov. 7, 2024), https://investors.palantir.com/news-details/2024/Anthropic-and-Palantir-Partner-to-Bring-Claude-AI-Models-to-AWS-for-U.S.-Government-Intelligence-and-Defense-Operations/.

[5] See *Claude Gov models for U.S. national security customers*, Anthropic (June 6, 2025), https://www.anthropic.com/news/claude-gov-models-for-u-s-national-security-customers.

[6] See *id*.

the DoW.[7] As part of that agreement, we expanded our commitment to work with the DoW to explore and prototype frontier AI capabilities that advance U.S. national security. In announcing the award of these contracts to Anthropic and the other frontier AI labs, the CDAO emphasized that it was "leveraging commercially available solutions" to "accelerate the use of advanced AI" in service of the DoW's mission.[8] Anthropic worked diligently under that agreement, scoping out potential ways that the Department could best be served by Claude and related Anthropic professional services. During this period, the Department conveyed to Anthropic that Claude was the best solution for some of the proposals.

7. We have also partnered with the General Services Administration ("GSA"), the civilian agency responsible for centralized procurement and shared services across the federal government. In August 2025, Anthropic and GSA announced a first-of-its-kind OneGov agreement to deliver Claude Gov to all three branches of the government—civilian executive, legislative, and judiciary—for a nominal fee of $1 per agency. As GSA announced at the time, "This trailblazing partnership directly supports the White House's *America's AI Action Plan* and positions the United States as the global leader in government AI adoption, ensuring that the federal workforce can tap into the transformative power of AI to modernize operations, improve decision-making, and deliver better results for taxpayers."[9]

8. Throughout, we have maintained our commitment to supporting the national security of the United States and its allies. I have a team of 15 individuals who manage relationships with our federal government customers, including national security customers. This team includes individuals with security clearances who drew on their past experience training AI models for the DoW and Intelligence Community to help lead the development of Anthropic's Claude Gov models. My team partners closely with dozens of other Anthropic employees across

---

[7] *See CDAO Announces Partnerships with Frontier AI Companies to Address National Security Mission Areas*, CDAO (July 14, 2025), https://www.ai.mil/latest/news-press/pr-view/article/4242822/cdao-announces-partnerships-with-frontier-ai-companies-to-address-national-secu/.
[8] *See id.*
[9] *See* Press Release, Gen. Servs. Admin, *GSA Strikes Another OneGov Deal with Anthropic to Offer Claude AI to all Branches of Gov for Just $1*, (Aug. 12, 2025), https://www.gsa.gov/about-us/newsroom/news-releases/gsa-strikes-onegov-deal-with-anthropic-08122025.

other parts of the company, including Product, Applied AI, Legal, and Policy. And recently, to help the company identify and develop high-impact applications that strengthen U.S. and close allies' capabilities in areas like cybersecurity and intelligence analysis, on August 27, 2025, we introduced the Anthropic National Security and Public Sector Advisory Council, a group of leading bipartisan national security and public policy experts.

9. As one would expect, our many partnerships with the U.S. government have involved intense security reviews and thorough vetting. Last year, the DoW's Defense Counterintelligence and Security Agency granted Anthropic a Top Secret facility security clearance, after an 18-month vetting process, along with several personnel clearances for Anthropic employees and management, to enable continued support for classified national security projects.

10. In June 2025, GSA and the DoW granted Claude authorization through the Federal Risk and Authorization Management Program ("FedRAMP") for use with FedRAMP High and DoD Impact Level 4 and 5 workloads, representing the highest levels of cloud security certification for unclassified and controlled unclassified information.

11. To my knowledge, at no point in any of those processes did the DoW identify any potential supply chain risk posed by Anthropic, its employees, or its products and services.

12. In fact, to my knowledge, we have only ever received positive feedback about Claude's performance from our governmental customers. For example, a technology leader at a large civilian agency informed us that their agency had used Claude to resolve legacy system issues that had been stuck for years (with one five-year-old bug fixed within days), build internal tools within days rather than waiting through year-long procurement processes, and modernize applications that have not been updated since the 2000s to current technology stacks within hours. The leader of another organization shared that they named Claude their "top model" and planned to grow usage as quickly as possible: "We want to move as fast as possible with you guys." Similarly, senior leaders within a part of the Intelligence Community reported that they were "hammering away" at Claude once they obtained access to their networks.

**The Current Negotiations With The Department of War**

13. In September 2025, Anthropic began negotiations with the DoW for a deployment on the DoW's GenAI.mil AI platform. As part of those discussions, the DoW began to ask that Anthropic remove its Usage Policy as applicable to the DoW contracts and subcontracts.

14. Use of Claude is expressly subject to and conditioned upon compliance with Anthropic's Terms of Service,[10] which incorporate our Usage Policy.[11] The Usage Policy is intended to help our users stay safe and promote the responsible use of our products and services. By establishing reasonable limitations on the appropriate uses for our products and services, the Usage Policy effectively defines Anthropic's commercial offerings.

15. To be clear, Anthropic does not attempt—and has never attempted—to employ its Usage Policy to exert authority, control, or command over our customers, including the DoW and its military operations. Anthropic's Usage Policy does not give it insight into how the DoW uses Claude. That said, if Anthropic's Usage Policy restrictions do not meet the DoW's needs, the DoW is of course able to use any other AI system that better meets its requirements.

16. Over the past several months, Anthropic's leadership has engaged in extensive discussions with the DoW leadership regarding the Usage Policy. Anthropic was willing to and did alter its Usage Policy to meet the specific needs of the DoW (for example, we have made clear that the Department can engage in offensive cyber operations). Although the DoW throughout that time demonstrated willingness to negotiate—leadership for both parties held in-person meetings and exchanged redlines and emails at a regular cadence—the DoW has more recently anchored on a demand that Anthropic must remove its Usage Policy and permit "all lawful uses" of Claude. I understand that the DoW has been or is exerting similar pressure on other leading AI labs to agree to similar demands, as reflected in Secretary Hegseth's memorandum of January 9, 2026, directing

---

[10] *Available at* https://www.anthropic.com/legal/consumer-terms (Consumer Terms of Service) and at https://www.anthropic.com/legal/commercial-terms (Commercial Terms of Service).
[11] Anthropic's Usage Policy is available online at https://www.anthropic.com/legal/aup.

Department leadership to incorporate "any lawful use" language into DoW contracts for AI services.[12]

17. As negotiations began to break down over the last several weeks, the DoW began threatening to designate Anthropic a "supply chain risk." Aside from the public and private threats from the DoW in the last two weeks, which contain no specifics and which I believe were delivered to increase leverage in negotiations with the company, no government customer—or commercial customer or any other person—ever informed me or, to my knowledge, anyone else at Anthropic, that they considered Anthropic or our AI models a supply chain risk or more generally a threat to safety or national security. Nor has any government or commercial customer or any other person ever informed me or, to my knowledge, anyone else at Anthropic, that there is any risk that an adversary to the United States may sabotage, maliciously introduce unwanted function, or otherwise subvert the design, integrity, manufacturing, production, distribution, installation, operation, or maintenance of a system into which Anthropic's offerings are integrated, so as to surveil, deny, disrupt, or otherwise degrade the function, use, or operation of such system.

## The President's And The DoW's Orders

18. On February 27, 2026, the President and the Secretary of War converted prior threats into directives designed to harm Anthropic's business.

19. First, at 3:47 p.m. Eastern time, President Trump, on his Truth Social platform, "direct[ed] EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology."[13] The President also called Anthropic an "out-of-control" and "RADICAL LEFT, WOKE COMPANY" of "Leftwing nut jobs" who "have no idea what the real World is all about," and cited the company's "selfishness" and "DISASTROUS MISTAKE trying to STRONG-ARM the Department of War," and threatened that "Anthropic

---

[12] *See* Memorandum from Sec'y of War, Artificial Intelligence Strategy for the Department of War 5 (Jan. 9, 2026).
[13] Donald J. Trump (@realDonaldTrump), TruthSocial (Feb. 27, 2026, 3:47 PM ET), https://truthsocial.com/@realDonaldTrump/posts/116144552969293195.

better get their act together" or he would "use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow."[14]

20. Shortly thereafter, Secretary Hegseth, acting on "the President's directive," "direct[ed] the Department of War to designate Anthropic a Supply-Chain Risk to National Security."[15] In his post, the Secretary denounced what he considered to be "Silicon Valley ideology," "defective altruism," and "corporate virtue-signaling," and called Anthropic's actions a "textbook case of how not to do business with the United States Government or the Pentagon."[16] He concluded: "Effective immediately, no contractor, supplier, or partner that does business with the United States military may conduct any commercial activity with Anthropic."[17] At the same time, he stated that he is requiring Anthropic to continue providing services to the DoW, for up to six months.[18]

21. I refer to these statements by the President and Secretary Hegseth as the "Government's Actions."

**Other Agencies' Actions In Response To The Trump And Hegseth Directives**

22. Other agencies have also begun to take action in response to the Government's Actions. On Friday, February 27, 2026, following the Government's Actions, the GSA removed Anthropic from the agency's AI platform USAi.gov, the primary centralized means for federal agencies to access and adopt AI tools, as well as from the agency's Multiple Award Schedule contracts, through which Anthropic provided $1 Claude subscriptions to the executive, legislative, and judicial branches of the Government as part of its "OneGov" agreement.[19] This decision cuts off sales opportunities for many federal agencies, including the U.S. Departments of Veterans

---

[14] *Id*.
[15] Pete Hegseth (@SecWar), X (Feb. 27, 2026, 5:14 PM ET), https://x.com/SecWar/status/2027507717469049070.
[16] *Id*.
[17] *Id*.
[18] *Id*.
[19] Press Release, Gen. Servs. Admin, G*SA Stands with President Trump on National Security AI Directive*, (Feb. 27, 2026), https://www.gsa.gov/about-us/newsroom/news-releases/gsa-stands-with-president-trump-on-national-security-ai-directive-02272026.

Affairs, Health and Human Services ("HHS"), State, Labor, and Interior, in addition to the federal judiciary and many state and local governments that procure through the Multiple Award Schedules.

23. On Monday, March 2, 2026, the U.S. Department of the Treasury and the Federal Housing Finance Agency (which oversees Fannie Mae and Freddie Mac) announced they were terminating all use of Claude.[20]

24. A technology leader at a federal civilian agency has also informed me that the DoW advised his agency, and is advising all other civilian agencies, to stop using Claude.

25. We also understand that other agencies, including the Department of State and HHS, have issued internal statements saying they will follow the President's directive.

26. The AI leadership of one portion of the Intelligence Community informed us that they were preparing for "complete detachment" from Claude based on the "directive" they had received.

27. The Lawrence Livermore National Laboratory, a nuclear weapons research and development center funded by the Department of Energy, also informed Anthropic that it was shutting down Claude.

28. Many of these customers—and others, particularly in the Intelligence Community—have continued to express how much they value their partnership with Anthropic and how harmful losing access to our models will be (setting back their work months or even years). They have also expressed, however, feeling like they have little choice in the matter.

**Irreparable Harm To Anthropic**

29. The Government's Actions immediately and irreparably harm Anthropic. The designation also impugns Anthropic's integrity and reputation as a trusted partner, having a real but incalculable effect on sales to non-governmental customers. All told, Anthropic will suffer considerable financial and reputational harm.

---

[20] Scott Bessent (@SecScottBessent), X (Mar. 2, 2026, 10:57 AM ET), https://x.com/secscottbessent/status/2028499953283117283?s=46; William Pulte (@pulte), X (Mar. 2, 2026, 11:12 AM ET), https://x.com/pulte/status/2028503809299779866.

30. Being labeled as a "supply chain risk" affects our ability to sell our products and services to our U.S. government customers and others. Even before the Government's Actions, in response to the public threats from the DoW, Anthropic had already started receiving requests from government customers to provide new contractual terms allowing those customers to terminate if Anthropic received a supply chain risk designation. The DoW has now accelerated this process by issuing the Government's Actions and directing firms to assess their reliance on Anthropic AI models.[21]

31. Anthropic maintains a sizable and accelerating public sector business, driven largely by fast adoption rates at the DoW and within the Intelligence Community. For example, from just December 2025 to the end of January 2026, we have experienced a fourfold increase in annual recurring revenue ("ARR")[22] run rate from public sector customers. Before the year began, we projected several hundred million dollars in Public Sector ARR in 2026 and have since revised these projections upward based on the pace of growth in the first two months alone. Based on current adoption rates, we project our Public Sector business in the next five years could increase to multiple billions in ARR.

32. The Government's Actions are an existential threat to all of this. By expressly excluding Anthropic from sales directly to the DoW or through its contractors, we estimate the immediate loss of more than $150 million ARR in existing and expected DoW contracts. That includes the $200 million CDAO agreement, under which we anticipated over $50 million ARR this year. It also includes Anthropic's substantial sales to the DoW through contractors, resellers, and systems integrators, which comprise a sizable portion of our Public Sector sales revenue.

33. Although I understand that there is no legal authority for the scope of the Government's Actions, we have seen, and expect to continue to see, the effects of these directives spread to the Intelligence Community and other U.S. federal agencies. Harm is already occurring. The dispute with the DoW has caused significant delays or pauses in six national security

---

[21] Dave Lawler et al., *Scoop: Pentagon takes first step toward blacklisting Anthropic*, Axios (Feb. 25, 2026), https://www.axios.com/2026/02/25/anthropic-pentagon-blacklist-claude.
[22] ARR is the predictable yearly revenue associated with subscription-based software fees under active contracts.

contracts or contract pipelines. In at least one instance, a customer at a strategic command center directed a partner to work with xAI or Google instead of Anthropic. These impacts are real and ongoing. In a sector where counterparties are risk-averse and dependent on government contracting, even the appearance of regulatory or political disfavor can be enough to cause disengagement. Defense contractors performing work under government contracts are assessing—and in many cases looking to terminate—their reliance on Anthropic, effectively eliminating an important market.[23] If that happens, we estimate Anthropic's more than half-a-billion dollar expected Public Sector ARR in 2026 to shrink substantially or disappear altogether. That loss of revenue includes the OneGov GSA agreement, which we anticipated generating close to $100 million in ARR this year. And it likely includes not only federal agencies, but state and local government customers as well, some of which also purchase through the GSA agreement, and others of which will reconsider purchasing Anthropic products after the company has been blacklisted as a purported "supply chain risk" by the federal government.

34.   For similar reasons, the Government's Actions will also irreparably harm Anthropic's ability to forge new business partnerships and attract new customers in the future.

*   *   *

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on March 9, 2026.

/s/ Thiyagu Ramasamy
Thiyagu Ramasamy
Head of Public Sector, Anthropic

---

[23] *See* Lora Kolodny, Ari Levy, Samantha Subin, *Defense tech companies are dropping Claude after Pentagon's Anthropic blacklist* (Mar. 4, 2026) (quoting the managing partner for a government and defense-focused venture capital firm as saying their portfolio companies involved in defense contracts "are very strict in their interpretation of the requirements" and "have backed off their use of Claude for defense use cases and are in active processes to replace the service with another one"), *available at* https://www.cnbc.com/2026/03/04/pentagon-blacklist-anthropic-defense-tech-claude.html.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:    */s/ Michael J. Mongan*
         Michael J. Mongan