| | |
|---|---|
| MICHAEL J. MONGAN (SBN 250374) | KELLY P. DUNBAR (*pro hac* forthcoming) |
| michael.mongan@wilmerhale.com | kelly.dunbar@wilmerhale.com |
| WILMER CUTLER PICKERING | JOSHUA A. GELTZER (*pro hac* forthcoming) |
|    HALE AND DORR LLP | joshua.geltzer@wilmerhale.com |
| 50 California Street, Suite 3600 | KEVIN M. LAMB (*pro hac* forthcoming) |
| San Francisco, CA 94111 | kevin.lamb@wilmerhale.com |
| Telephone: (628) 235-1000 | SUSAN HENNESSEY (*pro hac* forthcoming) |
| | susan.hennessey@wilmerhale.com |
| EMILY BARNET (*pro hac* forthcoming) | LAUREN MOXLEY BEATTY (SBN 308333) |
| emily.barnet@wilmerhale.com | (application pending) |
| WILMER CUTLER PICKERING | lauren.beatty@wilmerhale.com |
|    HALE AND DORR LLP | LAURA E. POWELL (*pro hac* forthcoming) |
| 7 World Trade Center | laura.powell@wilmerhale.com |
| 250 Greenwich St | SONIKA R. DATA (*pro hac* forthcoming) |
| New York, NY 10007 | sonika.data@wilmerhale.com |
| Telephone: (212) 230-8800 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| *Attorneys for Plaintiff Anthropic PBC* | 2100 Pennsylvania Avenue NW |
| | Washington, DC 20037 |
| | Telephone: (202) 663-6000 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC, | |
|           Plaintiff, | Case No. 3:26-cv-01996 |
| v. | **DECLARATION OF KRISHNA RAO** |
| U.S. DEPARTMENT OF WAR, et al., | |
|           Defendants. | |

I, Krishna Rao, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Krishna Rao. I am the Chief Financial Officer ("CFO") at Anthropic PBC ("Anthropic"), where I have worked since May 2024. As CFO, I am responsible for overseeing Anthropic's financial strategy and operations, including capital allocation, financial risk assessment, investor relationships, capital raising, and ensuring that Anthropic maintains the financial discipline and operational stability necessary to support the responsible development and deployment of safe, advanced artificial intelligence ("AI") systems.

2. Before joining Anthropic, I was the CFO of Fanatics Commerce (a licensed consumer products sports platform) and the first CFO at Cedar (a healthcare payments and patient engagement platform). Prior to those roles, I served as Global Head of Corporate and Business Development and led Corporate and Operations FP&A (Financial Planning and Analysis) at Airbnb. Earlier in my career, I was a private equity investor at Blackstone and a strategy consultant at Bain & Company. I received a J.D. from Yale Law School and an A.B. in Economics from Harvard College.

3. As the CFO for Anthropic, I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Anthropic personnel, and could testify thereto.

**The Uncertainty Created By The Government's Actions Is Concretely Harming Anthropic**

4. Recent actions by the government have created significant uncertainty in the market. For example, over the weekend after the President Trump's and Secretary Hegseth's social media posts, a major investor in Anthropic informed me that the Department of War (the "Department") had contacted several of its portfolio companies about their use of Claude. Those companies have grown worried and uncertain about their ability to use Claude. A different Anthropic investor forwarded me market analysis, which called Anthropic's supposed designation as a supply chain risk a "sanction" and opined that any company that wants to serve as a federal contractor cannot do business with Anthropic. I have seen multiple client alerts from law firms describing the potentially far-reaching nature of the government's actions and suggesting that Department contractors may be best served by reevaluating their relationship with Anthropic. Public reporting

has been similarly confused. For example, a *Yahoo* article mistakenly asserts that Secretary Hegseth "ordered the Pentagon to bar its contractors *and their partners* from any commercial activity with Anthropic." Jen Judson, et al., *US bars Anthropic products from agencies, contractors for rejecting US military offer*, Yahoo Finance (Feb. 27, 2026), https://sg.finance.yahoo.com/news/us-bars-anthropic-products-agencies-213459254.html (emphasis added).

5. The uncertainty the government's actions have created is already inflicting a wide range of challenges and problems on Anthropic.

6. My team has estimated revenue exposure across a range of potential customer interpretations of the government's actions. Insofar as customers adopt a narrow reading—where the government's actions are understood to prohibit only the use of Claude in work performed for the Department—we estimate that hundreds of millions of 2026 revenue is at risk. Insofar as significant swaths of customers' risk calculations sweep broader—where customers believe that doing business with Anthropic at all would jeopardize their ability to contract with U.S. agencies—the impact is significantly larger and will vary by customer type. Defense contractors and others with financial dependence on the Department are most likely to adopt the maximal interpretation, and we estimate it could reduce revenue from those customers by 50–100 percent. Across Anthropic's entire business, and adjusting for how likely any given customer is to take a maximal reading, the government's actions could reduce Anthropic's 2026 revenue by multiple billions of dollars.

7. When it comes to Anthropic's investors, even if they recognize the true scope of the relevant authorities being invoked by the government, the mere fact of the purported designation—combined with President Trump's and Secretary Hegseth's public statements—risks substantially undermining market confidence and Anthropic's ability to raise the capital critical to train next-generation models and maintain its position in a very competitive race at the AI frontier. Compounding the problem is the threat of mounting fear and uncertainty among customers. These effects reinforce one another: investors withdraw from companies losing customers, and customers avoid companies perceived as struggling to attract capital or sustain growth.

8. In a field as competitive as frontier AI, this feedback loop—if allowed to persist—could result in harm well beyond the immediate consequences of the government's actions. Training and serving frontier-level models like Claude requires extraordinary computational resources. Anthropic has already spent over $10 billion on model training and inference (serving the model to end users) and expects to spend many billions more in the coming years. Although the company has generated substantial revenue since entering the commercial market—exceeding $5 billion to date—it has nonetheless had to raise more than $60 billion in outside capital to fund its operations. Anthropic has raised this capital by issuing investors equity stakes in the company. We also have funded substantial critical technology infrastructure ("compute") purchases via long-term financing arrangements, where it is critical that our counterparties believe that Anthropic can and will repay or otherwise fulfill its financial obligations. This need for capital is inherent to the frontier AI business: although commercial adoption is continuing to grow, even companies with strong commercial traction cannot yet self-fund the required infrastructure. Investors supply this capital because they believe Anthropic's models will remain at or near the frontier.

9. The uncertainty created by the government's actions serves to undermine investors' confidence in Anthropic. Faltering investor confidence, if it goes on for long enough, will increase Anthropic's costs to raise the funds it needs to operate. And this will put us at a competitive disadvantage relative to other frontier AI labs because of an escalating inability on Anthropic's part to acquire sufficient compute for research and development, serve our customers, and satisfy investor expectations. If investors opt not to invest in Anthropic in the future, Anthropic will be unable to train the next generation of models, further eroding its commercial position and investor confidence.

10. If the government's actions are allowed to stand, and if the ripple effect described above comes to pass, it would be almost impossible to reverse.

\* \* \*

1    I declare under penalty of perjury that the above is true and correct to the best of my
2  knowledge.
3  Executed on March 9, 2026.          */s/ Krishna Rao*
                                            Krishna Rao
4                                           Chief Financial Officer, Anthropic

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Michael J. Mongan*
      Michael J. Mongan