MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac* forthcoming)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac* forthcoming)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac* forthcoming)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac* forthcoming)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac* forthcoming)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
(application pending)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac* forthcoming)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac* forthcoming)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHROPIC PBC,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF WAR et al,<br><br>                    Defendants. | Case No. 3:26-cv-1996<br><br>**DECLARATION OF MICHAEL J. MONGAN IN SUPPORT OF PLAINTIFF ANTHROPIC PBC'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY** |

I, Michael J. Mongan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Plaintiff Anthropic PBC ("Anthropic") in this matter.

2. I am a member in good standing of the State Bar of California.

3. I have personal knowledge of the factual matters asserted herein, including based on my review of the documents, websites, and other items referenced herein. If called as a witness, I could and would testify competently thereto.

4. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, or Stay.

5. I certify that on March 9, 2026, Anthropic provided a courtesy copy of the complaint immediately after filing to: Earl G. Matthews, General Counsel of the U.S. Department of War, at osd.pentagon.ogc.list.correspondence-staff@mail.mil; Eric Hamilton, Deputy Assistant Attorney General for the Federal Programs Branch of the Civil Division of the U.S. Department of Justice, at eric.hamilton@usdoj.gov; and Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov. Anthropic will also provide a courtesy copy of the Motion for a Temporary Restraining Order, Preliminary Injunction, or Stay once docketed.

6. I further certify that on March 9, 2026, in the same email, Plaintiff Anthropic proposed the following briefing schedule to Defendants, subject to this Court's calendar and availability: Defendants file their response to this Motion by Wednesday, March 11, at 9:00 p.m. PT; Anthropic files its reply by Thursday, March 12, at 9:00 p.m. PT; and a hearing to be held on Friday, March 13, or, alternatively, as soon as is feasible for this Court.

7. Attached hereto as **Exhibit 1** is a true and correct copy of *The Adolescence of Technology: Confronting and Overcoming the Risks of Powerful AI*, Dario Amodei (Jan. 2026), https://tinyurl.com/2cbcmfz7.

8. Attached hereto as **Exhibit 2** is a true and correct copy of *A statement from Dario Amodei on Anthropic's commitment to American AI leadership*, Anthropic (Oct. 21, 2025), https://tinyurl.com/4ncsm5w4.

9. Attached hereto as **Exhibit 3** is a true and correct copy of *America's AI Action Plan*, AI, https://tinyurl.com/2dfpm2vh (last accessed Mar. 1, 2025).

10. Attached hereto as **Exhibit 4** is a true and correct copy of Press Release, Gen. Servs. Admin, *GSA Propels Government into AI Revolution with Addition of Leading Solutions to Multiple Award Schedules* (Aug. 5, 2025), https://tinyurl.com/2uww8t4v.

11. Attached hereto as **Exhibit 5** is a true and correct copy of Press Release, Gen. Servs. Admin, *GSA Announces New Partnership with OpenAI, Delivering Deep Discount to ChatGPT Gov-Wide Through MAS* (Aug. 6, 2025), https://tinyurl.com/yraj73pc.

12. Attached hereto as **Exhibit 6** is a true and correct copy of Press Release, Gen. Servs. Admin, *GSA and Perplexity Sign First Direct to Government Deal to Accelerate AI Adoption* (Nov. 19, 2025), https://tinyurl.com/y2jrjudt.

13. Attached hereto as **Exhibit 7** is a true and correct copy of *Offering Expanded Claude Access Across All Three Branches of the U.S. Government*, Anthropic (Aug. 12, 2025), https://tinyurl.com/2ftjcntk.

14. Attached hereto as **Exhibit 8** is a true and correct copy of *CDAO Announces Partnerships with Frontier AI Companies to Address National Security Mission Areas*, Chief Digital & Artificial Intelligence Office (July 14, 2025), https://tinyurl.com/y8pchp2n.

15. Attached hereto as **Exhibit 9** is a true and correct copy of Amrith Ramkumar et al., *Pentagon Used Anthropic's Claude in Maduro Venezuela Raid*, Wall St. J. (Feb. 15, 2026), https://tinyurl.com/vm5m23tf.

16. Attached hereto as **Exhibit 10** is a true and correct copy of Marcus Weisgerber et al., *U.S. Strikes in Middle East Use Anthropic, Hours After Trump Ban,* Wall St. J. (Feb. 28, 2026), https://tinyurl.com/3bvv9rm3.

17. Attached hereto as **Exhibit 11** is a true and correct copy of *Claude Gov models for U.S. national security customers*, Anthropic (June 6, 2025), https://tinyurl.com/ynyc82bw.

18. Attached hereto as **Exhibit 12** is a true and correct copy of *Statement from Dario Amodei on our discussions with the Department of War*, Anthropic (Feb. 26, 2026), https://tinyurl.com/54pw9684.

19. Attached hereto as **Exhibit 13** is a true and correct copy of *Claude in Amazon Bedrock: Approved for use in FedRAMP High and DoD IL4/5 workloads*, Anthropic (June 11, 2025), https://tinyurl.com/hdnwuks6.

20. Attached hereto as **Exhibit 14** is a true and correct copy of Donald J. Trump (@realDonaldTrump), TruthSocial (Feb. 27, 2026, 12:47 PM PT), https://tinyurl.com/5n7ucwpw.

21. Attached hereto as **Exhibit 15** is a true and correct copy of Pete Hegseth (@SecWar), X (Feb, 27, 2026, 2:14 PM PT), https://tinyurl.com/mw2eafcm.

22. Attached hereto as **Exhibit 16** is a true and correct copy of Press Release, Gen. Servs. Admin, *GSA Stands with President Trump on National Security AI Directive* (Feb. 27, 2026), https://tinyurl.com/48pjt9xm.

23. Attached hereto as **Exhibit 17** is a true and correct copy of Office of the FAS Commissioner (@FASCommissioner), X (Feb. 27, 2026, 3:21 PM PT), https://tinyurl.com/32d86bb3.

24. Attached hereto as **Exhibit 18** is a true and correct copy of Lindsey Wilkinson et al., *Anthropic faces fallout across federal agencies from DOD clash*, FEDSCOOP (Feb. 27, 2026), https://tinyurl.com/2znjemzm.

25. Attached hereto as **Exhibit 19** is a true and correct copy of Treasury Secretary Scott Bessent (@SecScottBessent), X (Mar. 2, 2026, 7:57 AM PT), https://tinyurl.com/56dmnxa5.

26. Attached hereto as **Exhibit 20** is a true and correct copy of Pulte (@pulte), X (Mar. 2, 2026, 8:12 AM PT), https://tinyurl.com/44rck6km.

27. Attached hereto as **Exhibit 21** is a true and correct copy of Section 4713 Notice Letter from Pete Hegseth, Secretary of War, to Dario Amodei, Anthropic Chief Executive Officer (dated Mar. 3, 2026 and emailed to Dr. Amodei by the Department of War on Mar. 4, 2026 at 8:48 p.m. ET).

28. Attached hereto as **Exhibit 22** is a true and correct copy of Section 3252 Notice Letter from Pete Hegseth, Secretary of War, to Dario Amodei, Anthropic Chief Executive Officer (dated Mar. 3, 2026 and emailed to Dr. Amodei by the Department of War on Mar. 4, 2026 at 8:48 p.m. ET).

29. Attached hereto as **Exhibit 23** is a true and correct copy of Tara Copp et al., *Pentagon leverages AI in Iran strikes amid feud with Anthropic*, Wash. Post (Mar. 4, 2026), https://tinyurl.com/mr3tt7ez.

30. Attached hereto as **Exhibit 24** is a true and correct copy of Isaac Natter et al., *Anthropic Declared a National Security Supply Chain Risk: 4 Things Every Government Contractor Should Know Right Now*, Fluet (Mar. 3, 2026), https://tinyurl.com/tdkerrxv.

31. Attached hereto as **Exhibit 25** is a true and correct copy of David Mortlock et al., *Anthropic Designated a 'Supply Chain Risk': What Contractors Must Know*, Willkie Farr & Gallagher LLP (Mar. 2, 2026), https://tinyurl.com/3zr9z4c8.

32. Attached hereto as **Exhibit 26** is a true and correct copy of Jennifer Jacobs, *Pentagon officials sent Anthropic best and final offer for military use of its AI amid dispute, sources say*, CBS News (Feb. 26, 2026), https://tinyurl.com/2hy5utrs.

33. Attached hereto as **Exhibit 27** is a true and correct copy of Sean Parnell (@SeanParnellASW), X (Feb. 26, 2026, 12:24 PM ET), https://tinyurl.com/mpbey9nm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2026.        /s/ *Michael J. Mongan*

                                  Michael J. Mongan