# EXHIBIT 3

introduction

America is in a race to achieve global dominance in artificial intelligence (AI). Winning this race will usher in a new era of human flourishing, economic competitiveness, and national security for the American people. Recognizing this, President Trump directed the creation of an AI Action Plan in the early days of his second term in office. Based on the three pillars of accelerating innovation, building AI infrastructure, and leading in international diplomacy and security, this Action Plan is America's roadmap to win the race.

# Pillar 1

America's AI Action Plan       America's AI Action Plan       America's AI Action Plan

## Accelerate AI Innovation

America must have the most powerful AI systems in the world, but we must also lead the world in creative and transformative application of those systems. Ultimately, it is the uses of technology that create economic growth, new jobs, and scientific advancements. America must invent and embrace productivity enhancing AI uses that the world wants to emulate. Achieving this requires the Federal government to create the conditions where private sector-led innovation can flourish.

Removing Red Tape and Onerous Regulation

Ensure that Frontier AI Protects Free Speech and American Values

Encourage Open-Source and Open-Weight AI

Enable AI Adoption

Empower American Workers in the Age of AI

Support Next-Generation Manufacturing

Invest in AI-Enabled Science

Build World-Class Scientific Datasets

Advance the Science of AI

Invest in AI Interpretability, Control, and Robustness Breakthroughs

Build an AI Evaluations Ecosystem

Accelerate AI Adoption in Government

Drive Adoption of AI within the Department of Defense

Protect Commercial and Government AI Innovations

Combat Synthetic Media in the Legal System

Read More ↗

# Pillar 2

America's AI Action Plan   America's AI Action Plan   America's AI Action Plan

Build American AI Infrastructure

AI is the first digital service in modern life that challenges America to build vastly greater energy generation than we have today. American energy capacity has stagnated since the 1970s while China has rapidly built out their grid. America's path to AI dominance depends on changing this troubling trend. That requires streamlining permitting, strengthening and growing the electric grid, and creating the workforce to build it all.

Create Streamlined Permitting for Semiconductor Manufacturing Facilities, and Energy Infrastructure while Guaranteeing Security

Develop a Grid to Match the Pace of AI Innovation

Restore American Semiconductor Manufacturing

Build High-Security Data Centers for Military and Intelligence Community Usage

Train a Skilled Workforce for AI Infrastructure

Bolster Critical Infrastructure Cybersecurity

Promote Secure-By-Design AI Technologies and Applications

Promote Mature Federal Capacity for AI Incident Response

Read More ↗

# Pillar 3

## Lead in International AI Diplomacy and Security

To succeed in the global AI competition, America must do more than promote AI within its own borders. The United States must also drive adoption of American AI systems, computing hardware, and standards throughout the world. America currently is the global leader on data center construction, computing hardware performance, and models. It is imperative that the United States leverage this advantage into an enduring global alliance, while preventing our adversaries from free-riding on our innovation and investment.

Export American AI to Allies and Partners

Counter Chinese Influence in International Governance Bodies

Strengthen AI Compute Export Control Enforcement

Plug Loopholes in Existing Semiconductor Manufacturing Export Controls

Align Protection Measures Globally

Ensure that the U.S. Government is at the Forefront of Evaluating National Security Risks in Frontier Models

Invest in Biosecurity

Read More ↗



Stay in the know on AI Initiatives

Email address



| Initiatives | Resources |
|---|---|
| Pledge to Youth | AI Action Plan |
| Education | The White House |
| Presidential Challenge | News |

Copyright     Privacy Policy