**EXHIBIT 4**

3/1/26, 9:33 PM
GSA Propels Government into AI Revolution with Addition of Leading Solutions to Multiple Award Schedules | GSA

Case 3:26-cv-01996-RFL   Document 6-10   Filed 03/09/26   Page 2 of 2

 Countdown to America's 250th Anniversary: **126 days** 

 An official website of the United States government



**U.S. General Services Administration**

This is archived information. It may contain outdated contact names, telephone numbers, Web links, or other information. For up-to-date information visit GSA.gov pages by topic or contact our Office of Public Affairs at press@gsa.gov. For a list of public affairs officers by beat, visit the GSA Newsroom.

August 05, 2025

# GSA Propels Government into AI Revolution with Addition of Leading Solutions to Multiple Award Schedules

*Move accelerates federal agencies' access to cutting-edge AI capabilities in anticipation of widespread adoption and critical national use-cases*

**WASHINGTON** – Today, the U.S. General Services Administration (GSA) announced the addition of leading American AI companies' products—Anthropic's Claude, Google's Gemini, and OpenAI's ChatGPT—to its 📘 Multiple Award Schedule (MAS).

"America's global leadership in AI is paramount, and the Trump Administration is committed to advancing it," **said GSA Acting Administrator Michael Rigas**. "By making these cutting-edge AI solutions available to federal agencies, we're leveraging the private sector's innovation to transform every facet of government operations. From streamlining back-office processes to revolutionizing employee and citizen experiences and reimagining how we deliver mission-critical services, AI holds immense opportunities."

This announcement directly supports America's AI Action Plan 🔗 and the Administration's priority to accelerate the availability of AI tools across government. The addition of these and other products marks an important step in the federal government's effort to responsibly adopt and scale transformative AI technologies. Critically, making these solutions available through GSA's MAS will facilitate strong, widespread federal agency adoption and ensure easy access to AI tools that will improve their everyday workflows and processes.

"GSA is proud to leverage our procurement expertise to advance the President's AI Action Plan. Through GSA's marketplace, agencies will be able to explore a wide range of AI solutions, from simple research assistants powered by large language models to highly tailored, mission-specific applications," **said Federal Acquisition Service Commissioner Josh Gruenbaum**. "As we procure these products, we're focused on models that prioritize truthfulness, accuracy, transparency, and freedom from ideological bias, aligning with the Trump Administration's policy that federally procured AI systems must prioritize truth and accuracy over ideological agendas."

For AI companies, having products on the GSA Schedule offers a trusted path into the federal marketplace. GSA welcomes all approved AI providers who are committed to responsible use and compliance with federal standards to pursue joining the GSA Schedule.

###

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA 🔗.

**Contact**

 press@gsa.gov

Last updated: Aug 5, 2025