# EXHIBIT 5

3/1/26, 9:38 PM       GSA Announces New Partnership with OpenAI, Delivering Deep Discount to ChatGPT Gov-Wide Through MAS | GSA

Case 3:26-cv-01996-RFL    Document 6-1    Filed 03/09/26    Page 2 of 3

 Countdown to America's 250th Anniversary: **126 days** 

An official website of the United States government

 

**U.S. General Services Administration**

This is archived information. It may contain outdated contact names, telephone numbers, Web links, or other information. For up-to-date information visit GSA.gov pages by topic or contact our Office of Public Affairs at press@gsa.gov. For a list of public affairs officers by beat, visit the GSA Newsroom.

August 06, 2025

# GSA Announces New Partnership with OpenAI, Delivering Deep Discount to ChatGPT Gov-Wide Through MAS

*First-of-its-kind agreement accelerates AI adoption across federal government with $1 per agency pricing for ChatGPT*

**WASHINGTON** — Today, the U.S. General Services Administration (GSA) and OpenAI announced a landmark OneGov partnership to make best-in-class AI technology available to the federal government. With the deal, GSA has made available OpenAI's ChatGPT Enterprise to agencies at a deeply discounted rate.

The public-private partnership directly supports the White House's America's AI Action Plan and reflects GSA and OpenAI's shared commitment to modernizing government operations, supporting federal employees, and helping deliver better services to the American taxpayer.

"GSA is playing a leading role in the Trump Administration's adoption of AI technology by government," **said GSA Acting Administrator Michael Rigas**. "Our government's effective use of AI is critical to demonstrating we are the world's AI leader and we are thankful for OpenAI's partnership."

"One of the best ways to make sure AI works for everyone is to put it in the hands of the people serving our country," **said OpenAI CEO Sam Altman**. "We're proud to partner with the General Services Administration, delivering on President Trump's AI Action Plan, to make ChatGPT available across the federal government, helping public servants deliver for the American people."

"In support of the White House's America's AI Action Plan, GSA is making it easier for federal agencies to access powerful AI tools—improving the government's productivity, efficiency, and ability to make better decisions on behalf of the American taxpayer," **said GSA Federal Acquisition Service Commissioner Josh Gruenbaum**. "We encourage other American AI technology companies to follow OpenAI's lead and work with us as GSA's OneGov continues to modernize and streamline government operations."

Under this partnership, OpenAI will deliver:

- **Universal Access to ChatGPT Enterprise:** Every participating U.S. federal agency will have access for a nominal fee of $1 to ChatGPT Enterprise for one year. For an additional 60 day period, OpenAI will provide unlimited use of advanced models.
- **Educational Tools and Training:** Federal employees will have access to a new government user community and tailored introductory training resources. Custom training platforms and guided learning, either directly or through partner-led sessions, will also be available.

GSA and OpenAI's agreement directly supports OMB Memorandum M-25-21 [PDF], "Accelerating Federal Use of AI through Innovation, Governance, and Public Trust," and OMB Memorandum M-25-22 [PDF], "Driving Efficient Acquisition of Artificial Intelligence in Government."

Federal agencies can take advantage of this discounted pricing through GSA's 📙 Multiple Award Schedule.

**About OneGov:** GSA's OneGov Strategy is a governmentwide approach to modernizing how federal agencies procure and manage common goods and services. OneGov supports President Trump's March 20 Executive Order, Eliminating Waste and Saving Taxpayer Dollars by Consolidating Procurement by focusing on unifying acquisition, simplifying how agencies access technology, and strengthening strategic partnerships with industry.

###

**About GSA**: GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of

people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA.

## Contact

press@gsa.gov

Last updated: Aug 6, 2025