# EXHIBIT 6


Countdown to America's 250th Anniversary: **126 days** 

🇺🇸 An official website of the United States government

 

**U.S. General Services Administration**

This is archived information. It may contain outdated contact names, telephone numbers, Web links, or other information. For up-to-date information visit GSA.gov pages by topic or contact our Office of Public Affairs at press@gsa.gov. For a list of public affairs officers by beat, visit the GSA Newsroom.

**November 19, 2025**

# GSA and Perplexity Sign First Direct to Government Deal to Accelerate AI Adoption

*Federal agencies can now directly acquire transformative AI solutions via GSA's 📖 Multiple Award Schedule in latest OneGov AI deal*

**WASHINGTON** — Today, the U.S. General Services Administration (GSA) announced a first-of-its-kind direct OneGov agreement with Perplexity, providing federal agencies with secure, enterprise-grade AI research and drafting capabilities at deeply discounted pricing.

Under this agreement, agencies can access Perplexity Enterprise Pro for Government for $0.25 per agency over an 18-month term through a direct contract ↗ on GSA's Multiple Award Schedule (MAS IT).

"Access to cutting-edge AI models is essential for integrating AI into federal government operations and modernizing inefficient processes, aligning with the White House's AI Action Plan," **said FAS Commissioner Josh Gruenbaum**. "This OneGov agreement, directly with Perplexity, offers the federal government an additional pathway to leverage the transformative advantages of AI."

This partnership supports the White House's America's AI Action Plan [PDF] ↗ and positions the United States as the global leader in government AI adoption, ensuring that the federal workforce can tap into the transformative power of AI to modernize operations, improve decision-making, and deliver better results for taxpayers.

"Accurate AI serves America. We're proud to support President Trump's AI Action Plan by giving federal employees cited, verifiable answers across every major AI model, arming public servants to make highly informed decisions that serve the American people," **said Aravind Srinivas, Co-founder and CEO of Perplexity**.

In a first of its kind for frontier AI platforms, GSA and Perplexity structured this agreement to make it available directly from Perplexity through GSA's Multiple Award Schedule. This is part of the overall OneGov strategy to work directly with original equipment manufacturers and technology companies to reduce costs. In addition, this direct approach supports transparent pricing, streamlined acquisition, and improved cybersecurity protections.

Perplexity's participation and direct availability was streamlined by the FedRAMP 20x pilot ↗, which aims to accelerate authorization for AI and cloud services. Based on objective criteria established by GSA, Perplexity's enterprise platform has been designated for AI Prioritization ↗, becoming one of only two AI services to achieve this milestone to date. The company's engagement demonstrates how aligning 📖 FedRAMP and MAS pathways can attract commercial innovators seeking to deliver secure, compliant AI solutions to government customers.

"This Administration has made clear that agencies should have the best of American AI not in 2028, 2027, or 2026—but right now, in 2025," **said Jerry Ma, VP of Global Affairs and Deputy CTO at Perplexity**. "We are proud to meet their ambition by making Perplexity available for 25 cents per agency in partnership with GSA, providing the first multi-model AI platform tailored to the needs of those who serve America."

Perplexity's platform delivers real-time, cited answers that combine internet-scale knowledge with optional connections to agency systems such as SharePoint, OneDrive, and Outlook. It supports multiple leading AI models, including Perplexity, OpenAI, and Anthropic, and ensures every response is grounded in verifiable sources to maximize truth-seeking in the generation process. Perplexity's Enterprise Pro for Government offer complements its existing public platform, which provides secure-by-default, frontier AI to individual federal users with no contract or subscription needed.

This agreement strengthens GSA's growing OneGov portfolio of offers/current agreements, which consolidates agency buying power, reduces duplication, and accelerates modernization through direct Original Equipment Manufacturers partnerships.

For more information, visit itvmo.gsa.gov/onegov ↗.

###

**About GSA**: GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA .

**Contact**

 press@gsa.gov

Last updated: Nov 19, 2025