# EXHIBIT 7



Announcements

# Offering expanded Claude access across all three branches of the U.S. government

Aug 12, 2025



Today we are removing barriers to government AI adoption by offering Claude for Enterprise and Claude for Government to all three branches of government, including federal civilian executive branch agencies, as well as legislative and judiciary branches of government, for $1.

As AI adoption leads to transformation across industries, we want to ensure that federal workers can fully harness these capabilities to better serve the American people. By removing cost barriers, we're enabling the government to access the same advanced AI that's already proving its value in the private sector.

Government partners are already using Claude to improve and accelerate their work, ranging from groundbreaking scientific breakthroughs to mission-critical national security operations, and we can't wait for more partners to use Claude's capabilities to advance their missions.

How government partners can access Claude for $1

Our partnership with the General Services Administration has been instrumental in making Claude accessible to federal agencies. Building on last week's addition of Claude to the GSA schedule, which streamlined procurement, we're now able to further expand access through this offer.

We're offering both Claude for Government, which supports FedRAMP High workloads that enable federal workers to use Claude for sensitive unclassified work, and Claude for Enterprise. Agencies will have access to our frontier models with continuous updates as new capabilities are released.

To ensure successful adoption, we are also providing technical support to help agencies rapidly implement AI into their productivity and mission workflows. This package will be available for one year.

Building on proven success with Claude

Claude is already the trusted AI partner for some of the government's most critical missions. The Department of Defense selected Claude through an agreement with a $200 million ceiling with the Chief Digital and Artificial Intelligence Office to advance U.S. national security capabilities.

At Lawrence Livermore National Laboratory, 10,000 scientists and researchers use Claude daily to accelerate scientific discoveries, and the District of Columbia Department of Health deployed Claude to help residents access health services in multiple languages.

We are able to make this deployment because Claude meets the government's highest security standards. Our models offered through Claude for Government are certified for FedRAMP High, the most stringent requirement for handling unclassified sensitive government data. Through partnerships with AWS, Google Cloud, and Palantir, agencies can access Claude through their existing secure infrastructure while maintaining complete control over their data.

Looking forward

This expanded access reflects our commitment to accelerating AI adoption across the federal government. We believe the U.S. public sector should have access to the most advanced AI capabilities to tackle complex challenges, from scientific research to constituent services. By combining broad accessibility with uncompromising security standards, we're helping ensure AI serves the public interest.

We are coordinating with GSA and other government partners to implement this initiative smoothly and quickly. We look forward to working closely with agencies to help them harness AI's transformative potential in support of their critical missions.

We hope other companies will join us in taking similar steps to ensure the U.S. government has what it needs to operate as efficiently and effectively as possible.

## Getting started

To gain access, department or agency leadership at eligible organizations should contact us at pubsec@anthropic.com.



## Related content

### Statement on the comments from Secretary of War Pete Hegseth
Anthropic's response to the Secretary of War and advice to customers.

Read more →

### Statement from Dario Amodei on our discussions with the Department of War
A statement from our CEO on national security uses of AI.

Read more →

### Anthropic acquires Vercept to advance Claude's computer use capabilities

Read more →



### Products

Claude

Claude Code

Claude Code Enterprise

Cowork

Claude in Chrome

Claude in Excel

Claude in PowerPoint

Claude in Slack

Skills

Max plan

Team plan

Enterprise plan

Download app

Pricing

Log in to Claude

## Models

Opus

Sonnet

Haiku

## Solutions

AI agents

Code modernization

Coding

Customer support

Education

Financial services

Government

Healthcare

Life sciences

Nonprofits

## Claude Developer Platform

Overview

Developer docs

Pricing

Regional compliance

Amazon Bedrock

Google Cloud's Vertex AI

Console login

### Learn

Blog

Claude partner network

Connectors

Courses

Customer stories

Engineering at Anthropic

Events

Plugins

Powered by Claude

Service partners

Startups program

Tutorials

Use cases

### Company

Anthropic

Careers

Economic Futures

Research

News

Claude's Constitution

Responsible Scaling Policy

Security and compliance

Transparency

### Help and security

Availability

Status

Support center

### Terms and policies

Privacy choices

3/1/26, 9:43 PM
Case 3:26-cv-01996-RFL    Document 6-13    Filed 03/09/26    Page 7 of 7
Offering expanded Claude access across all three branches of government \ Anthropic



Privacy policy

Consumer health data privacy policy

Responsible disclosure policy

Terms of service: Commercial

Terms of service: Consumer

Usage policy

© 2026 Anthropic PBC