# EXHIBIT 9

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/politics/national-security/pentagon-used-anthropics-claude-in-maduro-venezuela-raid-583aff17

EXCLUSIVE | NATIONAL SECURITY

# Pentagon Used Anthropic's Claude in Maduro Venezuela Raid

Use of the model through a contract with Palantir highlights growing role of AI in the Pentagon

By *Amrith Ramkumar* Follow , *Keach Hagey* Follow and *Vera Bergengruen* Follow
Updated Feb. 15, 2026 4:32 pm ET



GABBY JONES/BLOOMBERG NEWS

**Quick Summary**

- Anthropic's AI tool Claude was used in a U.S. military operation to capture former Venezuelan President Nicolás Maduro.
  View more

Anthropic's artificial-intelligence tool Claude was used in the U.S. military's operation to capture former Venezuelan President Nicolás Maduro, highlighting how AI models are gaining traction in the Pentagon, according to people familiar with the matter.

The mission to capture Maduro and his wife included bombing several sites in Caracas last month. Anthropic's usage guidelines prohibit Claude from being used to facilitate violence, develop weapons or conduct surveillance.

"We cannot comment on whether Claude, or any other AI model, was used for any specific operation, classified or otherwise," said an Anthropic spokesman. "Any use of Claude—whether in the private sector or across government—is required to comply with our Usage Policies, which govern how Claude can be deployed. We work closely with our partners to ensure compliance."

The deployment of Claude occurred through Anthropic's partnership with data company Palantir Technologies   PLTR **-3.43%** ▼ , whose tools are commonly used by the Defense Department and federal law enforcement, the people said.

Following the raid, an employee at Anthropic asked a counterpart at Palantir how Claude was used in the operation, according to people familiar with the matter. An Anthropic spokesman said it hasn't discussed the use of Claude for specific operations "with any industry partners, including Palantir, outside of routine discussions on strictly technical matters."

"Anthropic is committed to using frontier AI in support of US national security," the spokesman added.

Chief Pentagon spokesman Sean Parnell said in a statement that the Defense Department's relationship with Anthropic is under review. "Our nation requires that our partners be willing to help our warfighters win in any fight," he said.

Anthropic's concerns about how Claude can be used by the Pentagon have pushed administration officials to consider canceling its contract worth up to $200 million, The Wall Street Journal previously reported.

Anthropic was the first AI model developer to be used in classified operations by the Defense Department. It is possible other AI tools were used in the Venezuela operation for unclassified tasks. The tools can be used for everything from summarizing documents to controlling autonomous drones.

Adoption by the military is seen as a key boost for AI companies that are competing for legitimacy and seeking to live up to their enormous valuations from investors.

Anthropic Chief Executive Dario Amodei and other CEOs have been publicly grappling with the power of their models and the risks they could pose to society. Amodei has

broken with many other industry executives in calling for greater regulation and guardrails to prevent harms from AI. The safety-focused company and others in the industry have lost workers who have described them as giving priority to growth over responsible technology development.

At a January event announcing that the Pentagon would be working with xAI, Defense Secretary Pete Hegseth said the agency wouldn't "employ AI models that won't allow you to fight wars," a comment that referred to discussions administration officials have had with Anthropic, the Journal reported.

The $200 million contract was awarded to Anthropic last summer. Amodei has publicly expressed concern about AI's use in autonomous lethal operations and domestic surveillance, the two major sticking points in its current contract negotiations with the Pentagon, according to people familiar with the matter.

The constraints have escalated the company's [battle with the Trump administration](), which includes accusations that Anthropic is undermining the White House's low-regulation AI strategy by calling for more guardrails and limits on AI chip exports.

Amodei and other co-founders of Anthropic previously worked at OpenAI, which recently joined Google's Gemini on an AI platform for military personnel used by some three million people. The company and Defense Department said the custom version of ChatGPT would be used for analyzing documents, generating reports and supporting research.

*Appeared in the February 14, 2026, print edition as 'Maduro Raid Involved Anthropic's Claude'.*

Amrith Ramkumar is a reporter for The Wall Street Journal in Washington covering tech and crypto policy. He previously covered clean energy and was a Journal markets reporter in New York who wrote about special-purpose acquisition companies, or SPACs, when SPAC mergers were a popular...

Follow

Keach Hagey is a reporter at The Wall Street Journal covering the intersection of media, technology and power. Her reporting explores how institutions and individuals wield influence in the new information economy, with a current focus on artificial intelligence and OpenAI....

Follow

Vera Bergengruen is a national security reporter at The Wall Street Journal in Washington, D.C. Before joining the Journal, she was a senior correspondent at Time magazine, where she covered the intersection of national security, tech and politics and reported cover stories from Ukraine, Argentina...

Follow

## Videos