# EXHIBIT 11



Announcements

# Claude Gov models for U.S. national security customers

Jun 6, 2025



We're introducing a custom set of Claude Gov models built exclusively for U.S. national security customers. The models are already deployed by agencies at the highest level of U.S. national security, and access to these models is limited to those who operate in such classified environments.

Claude Gov models were built based on direct feedback from our government customers to address real-world operational needs, and underwent the same rigorous safety testing as all of our Claude models. The result is a set of Claude models that understands our customers' unique national security requirements while maintaining Anthropic's unwavering commitment to safety and responsible AI development.

U.S. national security customers may choose to use our AI systems for a wide range of applications from strategic planning and operational support to intelligence analysis and threat assessment. Claude Gov models deliver

enhanced performance for critical government needs and specialized tasks. This includes:

- Improved handling of classified materials, as the models refuse less when engaging with classified information
- Greater understanding of documents and information within the intelligence and defense contexts
- Enhanced proficiency in languages and dialects critical to national security operations
- Improved understanding and interpretation of complex cybersecurity data for intelligence analysis

This builds on our commitment to bring responsible and safe AI solutions to our U.S. national security customers, with custom models that are built to address the unique needs of classified environments. To learn more about the Claude Gov models and see how they can support your agency's mission, you can reach our public sector team at pubsec@anthropic.com.



# Related content

### Statement on the comments from Secretary of War Pete Hegseth

Anthropic's response to the Secretary of War and advice to customers.

Read more →

### Statement from Dario Amodei on our discussions with the Department of War

A statement from our CEO on national security uses of AI.

Read more →

### Anthropic acquires Vercept to advance Claude's computer use capabilities

Read more →



## Products

Claude

Claude Code

Claude Code Enterprise

Cowork

Claude in Chrome

Claude in Excel

Claude in PowerPoint

Claude in Slack

Skills

Max plan

Team plan

Enterprise plan

Download app

Pricing

Log in to Claude

### Models

Opus

Sonnet

Haiku

### Solutions

AI agents

Code modernization

Coding

Customer support

Education

Financial services

Government

Healthcare

Life sciences

Nonprofits

### Claude Developer Platform

Overview

Developer docs

Pricing

Regional compliance

Amazon Bedrock

Google Cloud's Vertex AI

Console login

### Learn

Blog

Claude partner network

Connectors

Courses

Customer stories

Engineering at Anthropic

Events

Plugins

Powered by Claude

Service partners

Startups program

Tutorials

Use cases

### Company

Anthropic

Careers

Economic Futures

Research

News

Claude's Constitution

Responsible Scaling Policy

Security and compliance

Transparency

