# EXHIBIT 13



Announcements

# Claude in Amazon Bedrock: Approved for use in FedRAMP High and DoD IL4/5 workloads

Jun 11, 2025



Today, we're announcing that Claude models are approved for use in FedRAMP High and DoD Impact Level 4 and 5 workloads through Amazon Bedrock in AWS GovCloud (US) regions.

Federal agencies and defense organizations can now access Claude's advanced AI capabilities while meeting the government's stringent security requirements—opening new possibilities for mission-critical applications across defense, intelligence, and sensitive civilian operations.

## Enabling secure AI for the most sensitive workloads

DoD Impact Level 4, 5, and FedRAMP High authorizations represent the highest levels of cloud security certification for unclassified and controlled unclassified information. Claude has received approval for use in Amazon Bedrock for workloads requiring FedRAMP and DoD authorization, enabling Anthropic and AWS to support users across the full spectrum of unclassified government workloads.

Claude 3.5 Sonnet v1 and Claude 3 Haiku are now available, alongside Amazon Bedrock capabilities including Amazon Bedrock Agents, Guardrails, Knowledge Bases, and Model Evaluation, which help customers automate multistep tasks, implement customized safeguards, customize applications, and select the best suited models. Additional Claude models may be added in the future, including Claude 3.7 Sonnet and Claude 4 models.

With Claude in Amazon Bedrock, federal agencies can now:

- Deploy frontier AI models for complex document analysis and intelligence synthesis in secure environments
- Build AI agents that process controlled unclassified information
- Leverage Claude's advanced intelligence and 200K token context window for comprehensive analysis of large datasets

## Accelerating government AI adoption

Our goal is to enable commercial availability of Claude models across every region where public sector customers operate, meeting the security accreditations their mission-critical workloads require. Claude on Amazon Bedrock provides a fully managed service that eliminates infrastructure complexity while maintaining required security controls.

Government customers now have flexibility to deploy some of the most capable AI systems across multiple secure platforms—including Google Cloud's Vertex AI for FedRAMP High and IL2, and Amazon Bedrock for FedRAMP Moderate and High and DoD IL2 and IL4/5.

## Getting started

Federal agency employees, defense contractors, and approved partners can access Claude models through Amazon Bedrock in AWS GovCloud (US) regions using familiar AWS APIs and management tools.

Contact our public sector team for guidance on implementing Claude in your federal environment while ensuring full compliance with government security requirements.



# Related content

### Statement on the comments from Secretary of War Pete Hegseth

Anthropic's response to the Secretary of War and advice to customers.

Read more →

### Statement from Dario Amodei on our discussions with the Department of War

A statement from our CEO on national security uses of AI.

Read more →

### Anthropic acquires Vercept to advance Claude's computer use capabilities

Read more →



## Products

Claude

Claude Code

Claude Code Enterprise

Cowork

Claude in Chrome

Claude in Excel

Claude in PowerPoint

Claude in Slack

Skills

Max plan

Team plan

Enterprise plan

Download app

Pricing

Log in to Claude

## Models

Opus

Sonnet

Haiku

## Solutions

AI agents

Code modernization

Coding

Customer support

Education

Financial services

Government

Healthcare

Life sciences

Nonprofits

## Claude Developer Platform

Overview

Developer docs

Pricing

Regional compliance

Amazon Bedrock

Google Cloud's Vertex AI

Console login

## Learn

Blog

Claude partner network

Connectors

Courses

Customer stories

Engineering at Anthropic

Events

Plugins

Powered by Claude

Service partners

Startups program

Tutorials

Use cases

## Company

Anthropic

Careers

Economic Futures

Research

News

Claude's Constitution

Responsible Scaling Policy

Security and compliance

Transparency

## Help and security

Availability

Status

Support center

Terms and policies

Privacy choices

Privacy policy

Consumer health data privacy policy

Responsible disclosure policy

Terms of service: Commercial

Terms of service: Consumer

Usage policy

© 2026 Anthropic PBC