# EXHIBIT 16

 Countdown to America's 250th Anniversary: **122 days**

An official website of the United States government

  U.S. General Services Administration

February 27, 2026

# GSA Stands with President Trump on National Security AI Directive

WASHINGTON - Today, in support of President Trump's directive "to IMMEDIATELY CEASE all use of Anthropic's technology," the U.S. General Services Administration (GSA) is removing Anthropic from USAi.gov and our Multiple Award Schedule (MAS). This decision reflects our responsibility under the President's AI Action Plan for the American people.

"GSA stands with the President in rejecting attempts to politicize work dedicated to America's national security. Building resilient, secure, and scalable AI solutions demands alignment, trust, and a willingness to make hard calls," said GSA Administrator Edward C. Forst. "We're committed to delivering results for Americans, and working with our AI industry partners who fit the bill."



**Donald J. Trump**
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

GSA's Multiple Award Schedule (MAS) is the federal government's primary vehicle for procurement that allows eligible federal, state, and local entities to purchase commercial products and services at cost-effective, pre-negotiated rates. MAS schedules accounted for over $52.5B in sales in FY25.

USAi.gov is a secure, cloud-based, generative artificial intelligence (AI) evaluation suite launched by GSA in August 2025. USAi serves as a "sandbox" or centralized platform for federal agencies to test, experiment with, and deploy AI models from leading providers at no cost.

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of approximately 360 million rentable square feet, oversees more than $116 billion in products and services via federal contracts, and delivers technology services to millions of people across dozens of federal agencies. GSA's mission is to deliver exceptional customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA.

**Contact**

press@gsa.gov

Last updated: Feb 27, 2026