# EXHIBIT 17



← Post

Office of the FAS Commissioner
@FASCommissioner



Ed Forst ✓ @USGSA_Ed · Feb 27
GSA stands with @POTUS in rejecting attempts to politicize work dedicated to America's national security. Building resilient, secure, and scalable AI solutions demands alignment, trust, and a willingness to make hard calls. We're committed to delivering results for Americans,

3:21 PM · Feb 27, 2026 · **2,446** Views

💬  ↻ 2  ♡ 5  🔖  ↑

Don't miss what's happening
People on X are the first to know.

Log in   Sign up

https://x.com/FASCommissioner/status/2027524519703838973?s=20

