# EXHIBIT 19

3/3/26, 1:11 PM                Treasury Secretary Scott Bessent on X: "At the direction of @POTUS, the @USTreasury is terminating all use of Anthropic products,…

Case 3:26-cv-01996-RFL    Document 6-25    Filed 03/09/26    Page 2 of 3



3/3/26, 1:11 PM Treasury Secretary Scott Bessent on X: "At the direction of @POTUS, the @USTreasury is terminating all use of Anthropic products,…

Case 3:26-cv-01996-BFL    Document 6-25    Filed 03/09/26    Page 3 of 3



New to X?

Sign up now to get your own personalized timeline!

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· © 2026 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in   Sign up