# EXHIBIT 20

3/3/26, 1:11 PM Pulte on X: "U.S. Federal Housing, Fannie Mae and Freddie Mac are terminating all use of Anthropic products, including the use of it…

Case 3:26-cv-01996-REL Document 6-26 Filed 03/09/26 Page 2 of 3



Case 3:26-cv-01996-RFL    Document 6-26    Filed 03/09/26    Page 3 of 3



Pulte on X: "U.S. Federal Housing, Fannie Mae and Freddie Mac are terminating all use of Anthropic products, including the use of it…

New to X?

Sign up now to get your own personalized timeline!

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· © 2026 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in    Sign up