# EXHIBIT 26

# CBS NEWS

U.S.    Iran Latest    ICE Shooting    W

◉ EXCLUSIVE    *Politics*

# Pentagon officials sent Anthropic best and final offer for military use of its AI amid dispute, sources say

By *Jennifer Jacobs*

Updated on: February 26, 2026 / 6:16 PM EST / CBS News

⊕ Add CBS News on Google

Pentagon officials on Wednesday night sent Anthropic their best and final offer in negotiations for use of the company's artificial intelligence technology, just ahead of a government-imposed deadline, according to sources familiar with the discussions.

Defense Secretary Pete Hegseth set a deadline of Friday evening for the company to grant all lawful use for its AI technology or face the loss of its business with the U.S. military, sources familiar with the situation told CBS News.

However, in a statement released Thursday evening, Anthropic CEO Dario Amodei said that the Defense Department's "threats do not change our position: we cannot in good conscience accede to their request."

"Our strong preference is to continue to serve the Department and our warfighters—with our two requested safeguards in place," Amodei added. "Should the Department choose to offboard Anthropic, we will work to enable a smooth transition to another provider, avoiding any disruption to ongoing military planning, operations, or other critical missions.

In a separate statement provided to CBS News, an Anthropic spokesperson said the Defense Department's latest offer did not address the startup's concerns regarding its AI model, called Claude, being potentially used for surveillance on Americans or the development and use of autonomous weapons.

"The contract language we received overnight from the Department of War made virtually no progress on preventing Claude's use for mass surveillance of Americans or in fully autonomous weapons," the Anthropic spokesperson said. "New language framed as compromise was paired with legalese that would allow those safeguards to be disregarded at will. Despite DOW's recent public statements, these narrow safeguards have been the crux of our negotiations for months. We remain ready to continue talks and committed to operational continuity for the Department and America's warfighters."



**60 MINUTES**
Hegseth says anyone helping Iran's war efforts will be "confronted strongly"



**◉CBS TEXAS**
Dallas City Council puts off decision on the fate of Dallas City Hall



**◉CBS BAY AREA**
Bay Area students develop AI wildfire suppression system for global competition



**THE FREE PRESS**
In the Pentagon Battle with Anthropic, We All Lose

A person familiar with the negotiations told CBS News that Hegseth's deadline left almost no time for Anthropic to conduct a meaningful review.

Watch CBS News

The person familiar said that Anthropic believed the Defense Department's added language was designed to sound like concessions, but functioned as escape hatches that would effectively give either the Defense Department or Anthropic discretion to set aside the restrictions whenever they see fit.

The company has always viewed restrictions on mass surveillance and autonomous weapons as substantive, non-negotiable commitments, the person familiar told CBS News.

A senior Pentagon official said earlier Thursday that Anthropic will face not just the loss of business but being labeled a supply chain risk.

Pentagon officials are also considering invoking the Defense Production Act to make Anthropic adhere to what the military is seeking, which is full control of its AI technology for use in military operations, sources told CBS News.

The company was awarded a $200 million contract by the Pentagon in July to develop AI capabilities that would advance U.S. national security.

Anthropic has repeatedly asked defense officials to agree to guardrails that would restrict its AI model, called Claude, from conducting mass surveillance of Americans, sources said.

Trump officials noted that this sort of surveillance is illegal and that the Pentagon follows the law. The officials also said the military is simply asking for a license to use the AI strictly for lawful activities.

Anthropic's CEO, Dario Amodei, also wants to ensure Claude is not used by the Pentagon for final targeting decisions in military operations without any human involvement, one source familiar with the negotiations said. Claude is not immune to hallucinations and not reliable enough to avoid potentially lethal mistakes, like unintended escalation or mission failure without human judgment, the person said.

In a meeting at the Pentagon on Tuesday morning, Hegseth gave Amodei until the end of this week to give the military a signed document that would

Watch CBS News

grant full access to its artificial intelligence model, according to sources familiar with the matter.

**AI: Artificial Intelligence**   More ›

**CBS POLITICS**
Pentagon formally designates Anthropic a supply chain risk amid feud over AI guardrails


**CBS POLITICS**
Anthropic's Claude AI being used in Iran war by U.S. military, sources say


**MONEYWATCH**
More U.S. employees are hugging tight to their jobs. Here's why.


**SUNDAY MORNING**
AI executive Dario Amodei on the red lines Anthropic would not cross


**Go deeper with The Free Press**

**THE FREE PRESS**
In the Pentagon Battle with Anthropic, We All Lose


**THE FREE PRESS**
Why AI (Probably) Won't Take Your Job


In:   **Pentagon**   **Artificial Intelligence**   **Pete Hegseth**   **Anthropic**

© 2026 CBS Interactive Inc. All Rights Reserved.

**Featured**
Iran War
Daylight Saving Time 2026
UFC 326
NFL Free Agency

**Follow Us On**
YouTube
Facebook
Instagram
X

**Privacy**
Privacy Policy
California Notice
Your Privacy Choices
Terms of Use

**More from CBS News**
Newsletters
Podcasts
Download Our App
Brand Studio
Sitemap

**Company**
About Paramount
Advertise With Paramount
Join Our Talent Community
Help
Feedback

Contact the Ombudsman
**Watch CBS News**
Copyright ©2026 CBS Interactive Inc. All rights reserved.