# EXHIBIT 27

# EXHIBIT 27

