MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac* forthcoming)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac* forthcoming)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac* forthcoming)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac* forthcoming)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac* forthcoming)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
(application pending)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac* forthcoming)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac* forthcoming)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHROPIC PBC,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>            Defendants. | Case No. 3:26-cv-01996<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR STAY OF AGENCY ACTION PURSUANT TO 5 U.S.C. § 705** |

Having reviewed and fully considered the Motion for a Temporary Restraining Order, Preliminary Injunction, or Stay of Agency Action pursuant to 5 U.S.C. § 705, the accompanying memorandum, the declarations and their attached exhibits, and the complaint on file in this action, as well as having heard oral argument of the parties, and for the reasons stated in the Court's Opinion issued this date, it is hereby:

**ORDERED** that Plaintiff Anthropic PBC's Motion is **GRANTED**; it is further

**ORDERED** that Defendants and all of their agents, officers, employees, representatives, successors, assigns, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, are immediately restrained and enjoined, pending final resolution of this action or further order of this Court:

1. from implementing, applying, or enforcing in any manner: (A) the February 27, 2026 Presidential Directive ordering all federal agencies to cease use of Anthropic's technology; (B) any and all other agency actions taken in response to the Presidential Directive; (C) the February 27, 2026 Secretarial Order designating Anthropic a "Supply-Chain Risk to National Security" and directing that no contractor, supplier, or partner doing business with the United States military may conduct commercial activity with Anthropic; and (D) the March 4, 2026 Secretarial Letter notifying Anthropic of the Secretary's supply chain designation and purporting to formalize that designation under 10 U.S.C. § 3252 and describe its effects (collectively, the "Challenged Actions");
2. from issuing or maintaining any guidance, directive, communication, or instruction to any officer, employee, contractor, or agent, in furtherance of or implementing the Challenged Actions; and
3. from taking any other action to implement, effectuate, or further the purposes of the Challenged Actions; it is further

**ORDERED** that effective date of the Secretarial Order and the Secretarial Letter is stayed pursuant to 5 U.S.C. § 705; it is further

     **ORDERED** that Defendants shall file a status report no later than forty-eight (48) hours after entry of this Order, describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements.

**IT IS SO ORDERED.**

Dated:_____, 2026    _____

                                                       UNITED STATES DISTRICT JUDGE