MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac* forthcoming)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac* forthcoming)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac* forthcoming)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac* forthcoming)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac* forthcoming)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
(application pending)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac* forthcoming)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac* forthcoming)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>     Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>     Defendants. | Case No. 3:26-cv-01996<br><br>**ADMINISTRATIVE MOTION OF PLAINTIFF ANTHROPIC PBC TO INCREASE PAGE LIMITS PURSUANT TO L.R. 7-11 FOR ITS MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY**<br><br>Judge: Hon. Rita F. Lin |

1. Plaintiff Anthropic PBC respectfully submits this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the 15-page limit set forth in the Court's Standing Order for Civil Cases and file a memorandum of up to 25 pages for Anthropic's Motion for a Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay ("Motion"). Anthropic's Motion was filed earlier today alongside its complaint in compliance with Civil Local Rule 7-4(b), which permits memoranda of up to 25 pages.

Anthropic recognizes that requests to exceed the Standing Order's 15-page limit are disfavored, but the extraordinary circumstances of this case and the nature of the relief sought warrant the additional ten (10) pages. Anthropic has emailed the Deputy Assistant Attorney General for the Federal Programs Branch of the Civil Division of the U.S. Department of Justice, and the Chief of the Civil Division at the U.S. Attorney's Office for the Northern District of California to inquire as to Defendants' position on this motion. At the time this motion was prepared, Anthropic had not yet received a response.

In support of its request, Anthropic provides the following showing of good cause.

1. Anthropic's Motion involves constitutional and statutory claims in a case of national importance. The Motion challenges several distinct executive actions, each raising distinct legal questions. Specifically, Anthropic's Motion seeks preliminary relief with respect to: (1) a February 27, 2026 Presidential Directive ordering all federal agencies to cease use of Anthropic's technology; (2) agency actions taken to implement the Presidential Directive; (3) a February 27, 2026 Order issued by the Secretary of War designating Anthropic a "Supply-Chain Risk to National Security" and directing that no contractor, supplier, or partner doing business with the United States military may conduct commercial activity with Anthropic; and (4) a March 4, 2026 Letter from the Secretary of War notifying Anthropic of the Secretary's supply chain designation and purporting to formalize that designation under 10 U.S.C. § 3252.

2. Anthropic's Motion and Memorandum present four independent and distinct legal theories, each requiring its own analysis. Beyond these claims, the memorandum must describe a

detailed factual record, establish that Anthropic faces irreparable harm on multiple fronts, and demonstrate that the balance of equities and the public interest weigh decisively in its favor.

3. Anthropic has worked diligently to ensure that its Motion and supporting papers conform with the format and content mandated by the Local Rules—including Civil Local Rule 7-4(b)'s 25-page limit—while moving as expeditiously as possible to bring these issues before the Court in light of the immediate and far-reaching consequences of Defendants' actions.

4. Anthropic believes that the breadth of the factual and legal issues involved—particularly given the rapidly developing circumstances—cannot be adequately addressed in 15 pages. Anthropic therefore respectfully requests an additional ten (10) pages to present them fully for the Court.

5. We have attempted to contact counsel for Defendants to seek their consent to this motion, but have not yet received a response. The Complaint was filed early in the morning on March 9, 2026. In order to inform the Defendants of this action, Anthropic provided a copy of the filed complaint to the following: Earl G. Matthews, General Counsel of the U.S. Department of War; Brett Shumate, Assistant Attorney General of the Civil Division of the U.S. Department of Justice; Eric Hamilton, Deputy Assistant Attorney General for the Federal Programs Branch of the Civil Division of the U.S. Department of Justice; and Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, and informed them by email of Anthropic's intention to file its motion for preliminary relief. Declaration of Michael J. Mongan in Support of Anthropic PBC's Motion, ¶¶ 5-6. Shortly after that motion for preliminary relief was filed and the case was assigned to Judge Lin, Anthropic emailed the same group, provided a courtesy copy of the motion, informed them of Anthropic's plan to file a motion for leave to extend page limits, and asked for their position on the page-limit motion.

6. The U.S. Department of Justice attorneys have not yet responded as of the time this Motion was prepared. *Id.* ¶ 5-6. Counsel for Anthropic also called the U.S. Department of Justice Federal Programs Division to notify them about this motion, and left a voicemail. Counsel for

Anthropic has not yet received a response to that voicemail. Thus, consent to the present motion could not be obtained from opposing counsel. *Id.*

7. On the basis of the foregoing showing of good cause, Anthropic respectfully requests this Court to grant it leave to file a memorandum of up to 25 pages in support of its Motion for a Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay.

Respectfully submitted,

Date: March 9, 2026.   /s/ *Michael J. Mongan*

| | |
|---|---|
| KELLY P. DUNBAR (*pro hac* forthcoming)<br>kelly.dunbar@wilmerhale.com<br>JOSHUA A. GELTZER (*pro hac* forthcoming)<br>joshua.geltzer@wilmerhale.com<br>KEVIN M. LAMB (*pro hac* forthcoming)<br>kevin.lamb@wilmerhale.com<br>SUSAN HENNESSEY (*pro hac* forthcoming)<br>susan.hennessey@wilmerhale.com<br>LAUREN MOXLEY BEATTY (SBN 308333) (admission pending)<br>lauren.beatty@wilmerhale.com<br>LAURA E. POWELL (*pro hac* forthcoming)<br>laura.powell@wilmerhale.com<br>SONIKA R. DATA (*pro hac* forthcoming)<br>sonika.data@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 | MICHAEL J. MONGAN (SBN 250374)<br>michael.mongan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>50 California Street, Suite 3600<br>San Francisco, CA 94111<br>Telephone: (628) 235-1000<br><br>EMILY BARNET (*pro hac* forthcoming)<br>emily.barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich St<br>New York, NY 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Plaintiff Anthropic PBC* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

By:  /s/ Michael J. Mongan
     Michael J. Mongan

| | |
|---|---|
| MICHAEL J. MONGAN (SBN 250374)<br>michael.mongan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>50 California Street, Suite 3600<br>San Francisco, CA 94111<br>Telephone: (628) 235-1000<br><br>EMILY BARNET (*pro hac* forthcoming)<br>emily.barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich St<br>New York, NY 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Plaintiff Anthropic PBC* | KELLY P. DUNBAR (*pro hac* forthcoming)<br>kelly.dunbar@wilmerhale.com<br>JOSHUA A. GELTZER (*pro hac* forthcoming)<br>joshua.geltzer@wilmerhale.com<br>KEVIN M. LAMB (*pro hac* forthcoming)<br>kevin.lamb@wilmerhale.com<br>SUSAN HENNESSEY (*pro hac* forthcoming)<br>susan.hennessey@wilmerhale.com<br>LAUREN MOXLEY BEATTY (SBN 308333)<br>(admission pending)<br>lauren.beatty@wilmerhale.com<br>LAURA E. POWELL (*pro hac* forthcoming)<br>laura.powell@wilmerhale.com<br>SONIKA R. DATA (*pro hac* forthcoming)<br>sonika.data@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 |