UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>             Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>             Defendants. | Case No. 26-cv-001996<br><br>**DECLARATION OF MICHAEL J. MONGAN IN SUPPORT OF ADMINISTRATIVE MOTION OF PLAINTIFF ANTHROPIC PBC TO INCREASE PAGE LIMITS PURSUANT TO L.R. 7-11 FOR ITS MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY**<br><br>Judge: Hon. Hon. Rita F. Lin |

**DECLARATION OF MICHAEL J. MONGAN**

I, Michael J. Mongan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP. I represent Plaintiff Anthropic PBC in this matter.

2. I am a member in good standing of the State Bar of California.

3. I submit this declaration in support of Plaintiffs' Motion for Administrative Relief to Exceed the Page Limitation Applicable to Memorandum in Support of Motion for a Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay.

4. I have personal knowledge of the factual matters asserted herein, including based on my review of the documents, websites, and other items referenced herein. If called as a witness, I could and would testify competently thereto.

5. On March 9, 2026, I provided a courtesy copy of the complaint immediately after filing to: Earl G. Matthews, General Counsel of the U.S. Department of War, at osd.pentagon.ogc.list.correspondence-staff@mail.mil; Brett Shumate, Assistant Attorney General for the Civil Division of the U.S. Department of Justice, at brett.a.shumate@usdoj.gov; Eric Hamilton, Deputy Assistant Attorney General for the Federal Programs Branch of the Civil Division of the U.S. Department of Justice, at eric.hamilton@usdoj.gov; and Pamela Johann,

Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov. In that email I noted that Anthropic intended to move for a Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay and included a proposed briefing schedule.

6. I subsequently provided a courtesy copy of the Motion for a Temporary Restraining Order, Preliminary Injunction, or Stay, and in that subsequent email I advised that Anthropic intended to move to extend page limits. I also called Eric Hamilton, Deputy Assistant Attorney General for the Federal Programs Branch of the Civil Division of the U.S. Department of Justice at (202) 514-1259 and (202) 514-4652 to notify them about the Motion, and left a voicemail.

7. I have not yet received a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2026.            /s/ *Michael J. Mongan*

                                       Michael J. Mongan