UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>        Defendants. | Case No.  26-cv-01996-RFL<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 6 |

Plaintiff Anthropic PBC has filed this action against the U.S. Department of War and 34 other federal Defendants, and seeks emergency relief.  In light of Anthropic's emergency motion, the Court orders the following:

1. Anthropic shall immediately send a copy of this order to Defendants, and any counsel for Defendants with whom Anthropic has been communicating regarding this matter.

2. A status conference is set for **March 10, 2026 at 3:00 p.m.** via Zoom videoconference.  At the status conference, the parties shall be prepared to discuss the following topics:

    a. Whether the Court should hear Anthropic's motion as a motion for a preliminary injunction—with Defendants' opposition due March 18, 2026, Anthropic's reply due March 24, 2026, and with a hearing set for April 3, 2026 at 10:00 a.m.

    b. The status of service of process on Defendants.

**IT IS SO ORDERED.**

Dated: March 9, 2026

RITA F. LIN
United States District Judge

1