Nicole Schneidman (SBN 319511)
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

Deana K. El-Mallawany (SBN 674825)*
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallaway@protectdemocracy.org

Ori Lev (SBN 452565)*
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

*\*Application for admission pro hac vice forthcoming*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>　　Defendants. | Case No.: 3:26-cv-01996-RFL<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EMPLOYEES OF OPENAI AND GOOGLE IN THEIR PERSONAL CAPACITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Rita F. Lin<br><br>Date:<br>Time:<br>Ctrm: |

Thirty-seven engineers, researchers, and scientists employed at U.S. frontier artificial intelligence (AI) laboratories move this Court for leave to appear as *amici curiae* and to file the attached proposed brief in support of Plaintiff's Motion for a Temporary Restraining Order. Plaintiff has consented to the filing of this brief, and Defendants' position has not yet been ascertained given the short timeline.

*Amici* have a strong interest in the matters addressed in this case and believe their views on the capabilities and risks of AI systems could assist the Court. The perspectives and information provided by *amici* are not otherwise addressed in detail in any party's brief filed to date. The same is likely to be true in future party filings.

Individual *amici* are AI engineers, researchers, and scientists employed at frontier AI laboratories in the United States. They build, train, and study the large-scale AI systems that serve a wide range of users and deployments, including in the consequential domains of national security, law enforcement, and military operations. They submit this brief in their personal capacities only, and their companies and titles are listed in the brief only to provide a sense of the perspectives they bring to this case.

*Amici* have important and relevant perspectives based on their direct knowledge of the technology at issue and the concerns shared within the industry. *Amici* submit this brief to ensure that the perspective of AI industry professionals familiar with the capabilities and risks of frontier AI systems is represented before this Court. They hope to shed light on what is at stake when these systems' deployment outpaces the legal and ethical frameworks designed to govern their use and on the impact of the Defendants' actions for AI innovation.

All the requirements for a brief of *amici curiae* before this Court are satisfied. The proposed brief is timely and will not delay the Court's resolution of Plaintiff's pending motion given that it is filed before briefing on Plaintiff's motion has concluded. No counsel for either

party authored the proposed brief in whole or part. No person other than the *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). The Plaintiff has consented to the filing of this brief of *amici curiae*. Counsel for *amici curiae* has sought to ascertain the Defendants' position, but given the tight timeline, Defendants reasonably have not yet had time to respond.

For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed brief of *amici curiae* filed.

Dated: March 9, 2026

Respectfully submitted,

*/s/ Nicole Schneidman*
Nicole Schneidman (SBN 319511)
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

Ori Lev (SBN 452565)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
(202) 579-4582
ori.lev@protectdemocracy.org

Deana K. El-Mallawany (SBN 674825)*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallaway@protectdemocracy.org

*Counsel for Amici Curiae*

*Application for admission pro hac vice forthcoming*