Nicole Schneidman (SBN 319511)
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

Deana K. El-Mallawany (SBN 674825)*
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallaway@protectdemocracy.org

Ori Lev (SBN 452565)*
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

*\*Application for admission pro hac vice forthcoming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>    *Defendants.* | Case No.: 3:26-cv-01996-RFL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* EMPLOYEES OF OPENAI AND GOOGLE IN THEIR PERSONAL CAPACITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* Employees of OpenAI and Google in Their Personal Capacities in Support of Plaintiff's Motion for a Temporary Restraining Order, I hereby **GRANT** the Motion for Leave and ORDER that the brief submitted be accepted as filed.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Rita F. Lin
United States District Judge