**PERKINS COIE LLP**
Sopen B. Shah (Wisconsin Bar No. 1105013)*
SShah@perkinscoie.com
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: 608.663.7460
Facsimile: 608.663.7499

Addison W. Bennett (SBN 333567)
ABennett@perkinscoie.com
2525 East Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 602.351.8000
Facsimile: 602.648.7000

Sarah Grant (Washington Bar No. 63879)*
SarahGrant@perkinscoie.com
1301 2nd Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.259.9000

* Application for admission *pro hac vice* forthcoming

*Counsel for* Amici Curiae

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF WAR, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-01996<br><br>**MOTION OF THE FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, THE ELECTRONIC FRONTIER FOUNDATION, CATO INSTITUTE, CHAMBER OF PROGRESS, AND THE FIRST AMENDMENT LAWYERS ASSOCIATION FOR LEAVE TO FILE AS *AMICI CURIAE* A BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY**<br><br>The Honorable Rita F. Lin<br>Date:<br>Time:<br>Ctrm.:<br><br>Complaint Filed: March 9, 2026 |

Proposed *amici* the Foundation for Individual Rights and Expression (FIRE), the Electronic Frontier Foundation (EFF), Cato Institute, Chamber of Progress, and the First Amendment Lawyers Association (FALA) respectfully move for leave to appear as *amici curiae* and to file the attached proposed brief in support of Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay. Plaintiff has consented to the filing of this brief. Counsel for proposed *amici* was not able to obtain Defendants' position given the short timeline and the fact that Defendants' counsel has not yet appeared.

This Court may exercise its significant discretion with "great liberality" to appoint *amici* where the proposed *amici* demonstrate that their "participation is useful or otherwise desirable to the court." *California v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (quotation omitted); *Woodfin Suite Hotels, LLC v. City of Emeryville*, 2007 WL 81911, at *3 (N.D. Cal. Jan. 8, 2007). "There are no strict prerequisites to qualify as amici." *NetChoice, LLC v. Bonta*, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (quotation omitted).

Proposed *amici* are practitioners, policy researchers, advocates, and thought leaders who study and advocate for important civil liberties, including the freedom of speech, from multiple places on the political spectrum. Proposed *amici* offer a unique perspective about the significant threats to freedom of speech at stake in this action, as discussed in their proposed brief. If the government is permitted to dictate Anthropic's policies and decision-making by harming or destroying Anthropic's business, it is not hard to imagine a world in which the government effectively controls what all Americans can do and say, perhaps through domestic mass surveillance using AI. The government's actions against Anthropic violate the First Amendment and threaten the vitality and independence of our democracy. The result of Anthropic's request for emergency relief thus affects every participant in the marketplace of ideas. *Amici*'s proposed brief highlights these important concerns for the Court.

In addition, the proposed brief is timely and will not delay the Court's resolution of Plaintiff's pending motion; briefing on Plaintiff's motion has not yet concluded.

No counsel for either party authored the proposed brief in whole or part. No person other than the *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief.

Proposed *amici* respectfully request this Court's leave to appear as *amici curiae* and to accept and deem filed the accompanying proposed brief.

DATED:  March 9, 2026                                          Respectfully submitted,

/s/ Addison W. Bennett

PERKINS COIE LLP
Sopen B. Shah*
33 East Main Street., Suite 201
Madison, WI
608.663.7460
SShah@perkinscoie.com

Addison W. Bennett
2525 East Camelback Road, Suite 500
Phoenix, AZ 85016
602.351.8000
ABennett@perkinscoie.com

Sarah Grant*
1301 2nd Avenue, Suite 4200
Seattle, WA 98101
206.359.8000
SarahGrant@perkinscoie.com

*Counsel for* Amici Curiae

*Application for admission *pro hac vice* forthcoming