UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF WAR, et al.,<br><br>              Defendants. | Case No. 3:26-cv-01996<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF THE FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, THE ELECTRONIC FRONTIER FOUNDATION, CATO INSTITUTE, CHAMBER OF PROGRESS, AND THE FIRST AMENDMENT LAWYERS ASSOCIATION FOR LEAVE TO FILE AS *AMICI CURIAE* A BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY** |

1  Upon consideration of the Motion of the Foundation for Individual Rights and Expression,
2  the Electronic Frontier Foundation, Cato Institute, Chamber of Progress, and the First Amendment
3  Lawyers Association for Leave to File as *Amici Curiae* a Brief in Support of Plaintiff Anthropic
4  PBC's Motion for Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay, the
5  Court hereby **GRANTS** the Motion for Leave to File and **ORDERS** that the brief submitted be
6  accepted as filed.

7  **IT IS SO ORDERED**.

9  DATED: _____   _____

The Honorable Rita F. Lin
United States District Judge