1  CROWELL & MORING LLP
   Warrington S. Parker III (SBN 148003)
2     WParker@crowell.com
   3 Embarcadero Center
3  26th Floor
   San Francisco, CA 94111
4  Telephone: 415.986.2800
   Facsimile:  415.986.2827
5
   CROWELL & MORING LLP
6  Sharmistha Das (*pro hac vice* forthcoming)
      SDas@crowell.com
7  Matthew F. Ferraro (SBN 296622)
      (*pro hac vice* forthcoming)
8     MFerraro@crowell.com
   1001 Pennsylvania Avenue NW
9  Washington, DC 20004
   Telephone: 202.624.2500
10 Facsimile:  202.628.5116

11 Attorneys for *Amicus Curiae*
   MICROSOFT CORPORATION
12

13

14

15                UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| 20           Plaintiff, | **UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| 21      v. | |
| 22  U.S. DEPARTMENT OF WAR, et al., | |
| 23           Defendants. | |
| 24 | Date:<br>Time:<br>Ctrm.:    Courtroom 15 - 18th Floor<br>Judge:    Hon. Rita F. Lin |
| 25 | |
| 26 | Date Action Filed: March 9, 2026 |
| 27 | |
| 28 | |

Crowell
& Moring LLP
Attorneys at Law

UNOPPOSED ADMIN MOTION FOR LEAVE TO FILE
AN AMICUS CURIAE BRIEF;
CASE NO. 3:26-CV-01996

      Pursuant to Local Rule 7-11, Microsoft Corporation ("Microsoft") respectfully moves, through undersigned counsel, for leave to file a brief as *amicus curiae* in support of Plaintiff's motion for a temporary restraining order. The proposed brief is attached as Exhibit 1, and a proposed order is attached. In support of this motion, proposed *amicus* further states:

1. This Court has discretion in determining whether a third party may participate in a case as *amicus curiae*. *See, e.g., NGV Gaming Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *Id.*; *see also Yurok Tribe v. U.S. Bureau of Reclamation*, 654 F. Supp. 3d 941, 957 n.6 (N.D. Cal. 2023). Proposed *amicus* can provide precisely that kind of information and perspective.

2. Microsoft is a leading technology innovator. For fifty years, Microsoft has developed, licensed and sold a wide range of programs, devices and services that transform the ways people work, play, and communicate. It invests hundreds of billions of dollars in research, development, and the operation and promotion of new technologies, products, and services to compete in dynamic technology markets. Microsoft also creates platforms and tools powered by artificial intelligence ("AI") to deliver innovative solutions that meet the evolving needs of its customers. It has developed Microsoft 365 Copilot, an advanced generative AI application that integrates large language models into its suite of search, productivity tools, cloud services, and other enterprise applications. Microsoft is also a major U.S. government contractor and a key partner to the U.S. Department of War, providing American military forces with critical cloud computing, AI, and other technology. Microsoft has long believed in the strong defense of the United States and wants the people who defend it to have access to the Nation's best technology, including from Microsoft.

3. All the requirements for a brief of *amicus curiae* before this Court are satisfied. The proposed brief is timely and will not delay the Court's resolution of Plaintiff's pending motion given that it is filed before the close of briefing on Plaintiff's motion. No counsel for

either party authored the proposed brief in whole or part. No person other than the proposed *amicus* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). Both parties have consented to the filing of this brief of *amicus curiae*.

## **CONCLUSION**

For the foregoing reasons, proposed *amicus* respectfully requests that the Court grant its unopposed motion for leave to file an *amicus curiae* brief.

Dated: March 10, 2026

Respectfully submitted,

CROWELL & MORING LLP

By: /s/ *Warrington S. Parker III*
Warrington S. Parker III
WParker@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

CROWELL & MORING LLP
Sharmistha Das (*pro hac vice* forthcoming)
SDas@crowell.com
Matthew F. Ferraro
 (*pro hac vice* forthcoming)
MFerraro@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for *Amicus Curiae*
MICROSOFT CORPORATION

Crowell
& Moring LLP
Attorneys at Law

-3-

UNOPPOSED ADMIN MOTION FOR LEAVE TO FILE
AN AMICUS CURIAE BRIEF;
CASE NO. 3:26-CV-01996