| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Sarah Williams | 2a. CONTACT PHONE NUMBER (628) 235-1108 | 3. CONTACT EMAIL ADDRESS Sarah.Williams@wilmerhale.com |
| 1b. ATTORNEY NAME (if different) Michael Mongan | 2b. ATTORNEY PHONE NUMBER (628) 235-1113 | 3. ATTORNEY EMAIL ADDRESS Michael.Mongan@wilmerhale.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Wilmer Cutler Pickering Hale and Dorr LLP
50 California Street
San Francisco, CA 94111

5. CASE NAME: Anthropic PBC v. U.S. Department of War, et al.

6. CASE NUMBER: 3:26cv01996

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Ana Dub

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL        CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/2026 | RFL | Status | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE: /s/ Michael Mongan
12. DATE: 03/11/2026