UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>　　　　　Defendants. | Case No.  26-cv-01996-RFL<br><br>**ORDER RE AMICUS CURIAE BRIEFS** |

　　　Five motions for leave to file amicus curiae briefs have been filed in this action.  (Dkt. Nos. 24, 27, 34, 40, 54.)  The motions are **GRANTED**.  Any further amicus briefs related to the preliminary injunction motion may be filed without seeking leave.

　　　Any amicus briefs in support of the motion for preliminary injunction must be filed by **March 13, 2026 at 5:00 p.m**.  Any amicus briefs in opposition to the motion for preliminary injunction must be filed by **March 17, 2026 at 5:00 p.m.**  Any response to the arguments made in the amicus briefs should be incorporated into the parties' briefing related to the motion for preliminary injunction.

　　　**IT IS SO ORDERED.**

Dated: March 12, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge