UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthropic PBC, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. Department of War, et al., <br><br> Defendant(s). | Case No. 3:26-cv-01996 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Sopen B. Shah, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amici Curiae FIRE, et al. in the above-entitled action. My local co-counsel in this case is Paul S. Jasper, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 200138.

| | |
|---|---|
| 33 E Main St #201 Madison WI 53703 | 505 Howard St #1000 San Francisco CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 608.663.7480 | 415.344.7155 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| SShah@perkinscoie.com | PJasper@perkinscoie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1105013.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: March 12, 2026                                                    Sopen B. Shah
                                                                            APPLICANT
5

6  ═══════════════════════════════════════════════════════════════════════════

7

8                           ORDER GRANTING APPLICATION
9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE
10
11     IT IS HEREBY ORDERED THAT the application of  Sopen B. Shah           is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated: _____

16
17                                                    _____
18                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*SOPEN SHAH*

*was admitted to practice as an attorney within this state on September 22, 2016 and is presently in good standing in this court.*

Dated: March 11, 2026



SHEELAH GUILD
*Chief Deputy Clerk of Supreme Court*




AP-7000, 03/2005 Certificate of Good Standing