1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL
12 | *Plaintiff*, | **[PROPOSED] ORDER GRANTING THE MOTION OF FREEDOM ECONOMY BUSINESS ASSOCIATION AND OTHER VALUES-LED INVESTORS LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, OR SECTION 705 STAY**
13 | v. |
14 | U.S. DEPARTMENT OF WAR, et al., |
15 |  |
16 | *Defendant*. |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE,* FREEDOM ECONOMY BUSINESS ASSOCIATION
No. 3:26:cv-01996

Upon consideration of the Motion of Freedom Economy and Other Values-Led Investors for Leave to File as *Amici Curiae* a Brief in Support of Plaintiff Anthropic PBC's Motion for Temporary Restraining Order, Preliminary Injunction, or Section 705 Stay, the Court hereby **GRANTS** the Motion for Leave to File and **ORDERS** that the brief submitted be accepted as filed. **IT IS SO ORDERED**.

DATED: _____ _____

The Honorable Rita F. Lin
United States District Judge