UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Anthropic PBC                    ,

Plaintiff(s),

v.

U.S. Department of War, et al.  ,

Defendant(s).

Case No. 3:26-cv-01996-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sharmistha Das_____, an active member in good standing of the bar of District of Columbia and New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: TechNet **(Industry Trade Assoc.)** in the above-entitled action. My local co-counsel in this case is Warrington S Parker III_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 148003_____.

1001 Pennsylvania Ave, NW, WDC, 20004
MY ADDRESS OF RECORD

(202) 624-2557
MY TELEPHONE # OF RECORD

sdas@crowell.com
MY EMAIL ADDRESS OF RECORD

3 Embarcadero Center, 26 Fl., SF CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 986-2800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wparker@crowell.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1028821 & NA.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: March 12, 2026                              Sharmistha Das

                                                        APPLICANT

5

6

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Sharmistha Das           is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  **March 16, 2026**

16

17   _____

18   UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28