UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Anthropic PBC                    ,

          Plaintiff(s),

     v.

U.S. Department of War, et al.   ,

          Defendant(s).

Case No. 3:26-cv-01996-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra Barbee-Garrett , an active member in good standing of the bar of District of Columbia and New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Warrington S. Parker III , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 148003 .

1001 Pennsylvania Ave, N.W., WDC 20004

MY ADDRESS OF RECORD

(202) 508-8919

MY TELEPHONE # OF RECORD

abarbee-garrett@crowell.com

MY EMAIL ADDRESS OF RECORD

3 Embarcadero Center, 26 Fl., SF CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 986-2800

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wparker@crowell.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 187886; 90532; .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/13/2026

Alexandra Barbee-Garrett
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Alexandra Barbee-Garrett   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  **March 17, 2026**

UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

Updated 11/2021

2