BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-01996-RFL<br><br><br>**DECLARATION OF JAMES W. HARLOW** |

Pursuant to 28 U.S.C. § 1746, I, James W. Harlow, declare as follows:

1.     I am a Senior Trial Counsel in the Federal Programs Branch, Civil Division, U.S. Department of Justice.  I represent Defendants in this matter.

2.     I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction.

3.     Attached hereto as **Exhibit 1** are true and correct copies of documents from the Department of War regarding the challenged action, under 10 U.S.C. § 3252, of the Secretary of War:

| Description | Bates Begin | Bates End |
|---|---|---|
| Determination of the Secretary of War Under 10 U.S.C. § 3252 | DoW-PI-001 | DoW-PI-001 |
| Joint Recommendation, Concurrence, and Determination to Use Section 3252 of Title 10, United States Code, Authorities to Mitigate Supply Chain Risk Related to Anthropic, PBC | DoW-PI-002 | DoW-PI-004 |
| Memorandum: Urgent Supply Chain Risk Analysis on Anthropic PBC | DoW-PI-005 | DoW-PI-008 |
| Due Diligence Preliminary Report on Anthropic | DoW-PI-009 | DoW-PI-021 |
| Section 3252 Scoping Analysis for Anthropic | DoW-PI-022 | DoW-PI-022 |
| Congressional Notification Letters | DoW-PI-023 | DoW-PI-028 |
| Letter from Secretary of War to Anthropic, PBC | DoW-PI-029 | DoW-PI-032 |
| Memorandum: Removal of Anthropic, PBC Products in DoW Systems | DoW-PI-033 | DoW-PI-034 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2026                     */s/ James W. Harlow*

                                                            James W. Harlow

Case No. 3:26-cv-1996-RFL                    2                    Declaration of James W. Harlow