BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JEAN LIN
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |
| v. | |
| U.S. DEPARTMENT OF WAR, *et al.,* | |
| Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the papers submitted, and arguments presented in support of and in opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 9), its hereby **ORDERED** that Plaintiff's motion for a Preliminary Injunction is **DENIED**.

Dated: _____, 2026      _____
                               Rita F. Lin
                               United States District Judge

Case No. 3:26-cv-1996-RFL                                    [Proposed] Order