UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHROPIC, PBC                    ,

Plaintiff(s),

v.

U.S. DEPARTMENT OF WAR, et al. ,

Defendant(s).

Case No. 3:26-cv-01996-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Harold Hongju Koh , an active member in good standing of the bar of District of Columbia Court of App, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Former Senior National Security Government Officials in the above-entitled action. My local co-counsel in this case is Alexis J. Loeb , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 269895 .

127 Wall Street, New Haven, CT 06520

MY ADDRESS OF RECORD

(203) 432-4932

MY TELEPHONE # OF RECORD

harold.koh@ylsclinics.org

MY EMAIL ADDRESS OF RECORD

One Bush Street, Suite 900, San Francisco, CA

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 954-4400

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

aloeb@fbm.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 18, 2026__                                      __Harold Hongju Koh_____
                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE


IT IS HEREBY ORDERED THAT the application of __Harold Hongju Koh__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __March 18, 2026_____

_____
RITA F. LIN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                2