UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHROPIC PBC                    ,

Plaintiff(s),

v.

U.S. DEPARTMENT OF WAI    ,

Defendant(s).

Case No. 3:26-cv-01996-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian Eugene Scarpelli____, an active member in good standing of the bar of District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ACT | The App Association____ in the above-entitled action. My local co-counsel in this case is William J. O'Brien_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 99526_____.

1401 K St NW St 501, Washington, DC 20005
MY ADDRESS OF RECORD

23 Corporate Plaza, Suite 150-105, Newport Beach, CA 92660
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

517-507-1446
MY TELEPHONE # OF RECORD

310-866-5158
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bscarpelli@actonline.org
MY EMAIL ADDRESS OF RECORD

wobrien@onellp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1658342_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2026                                        Brian Eugene Scarpelli
                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian Eugene Scarpelli   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 20, 2026

RITA F. LIN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2