# EXHIBIT 1

 Gmail                                                    **Sarah Heck <heck@anthropic.com>**

## Redline

**Michael, Emil HON (USA)** <emil.g.michael.civ@mail.mil>                    Wed, Mar 4, 2026 at 9:24 AM
To: Dario Amodei <dario@anthropic.com>
Cc: "sheck@anthropic.com" <sheck@anthropic.com>, "Kliger, Gavin I CIV (USA)" <gavin.i.kliger.civ@mail.mil>

Hi Dario,

After reviewing with our attorneys and seeing your last draft (thanks for being fast), I think we are very close here.  I was able to take 'unlawful' out of the bulk collection section which essentially reverts that clause to your language from last night.  Therefore, the only change we would require would be "in accordance with" as opposed to "only as permitted under."  See option 1 in the attached.  We believe this goes above and beyond and we have made significant concessions.  I hope this work as I am running out of time.

[Quoted text hidden]

📄 **3.4 Usage Term FINAL.docx**
2837K