MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac vice*)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac vice*)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac vice*)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac vice*)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac vice*)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac vice*)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac vice*)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>     Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>     Defendants. | Case No. 3:26-cv-1996<br><br>**SECOND DECLARATION OF MICHAEL J. MONGAN IN SUPPORT OF PLAINTIFF ANTHROPIC PBC'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Rita F. Lin |

I, Michael J. Mongan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Plaintiff Anthropic PBC ("Anthropic") in this matter.

2.    I am a member in good standing of the State Bar of California.

3.    I have personal knowledge of the factual matters asserted herein, including based on my review of the documents, websites, and other items referenced herein. If called as a witness, I could and would testify competently thereto.

4.    I submit this declaration in support of Plaintiff's Reply Brief in Support of Plaintiff's Motion for a Preliminary Injunction.

5.    Attached hereto as **Exhibit 1** is a true and correct copy of Dep't of Def., Instruction 5200.44, Protection of Mission Critical Functions to Achieve Trusted Systems and Networks (TSN) (Nov. 5, 2012), perma.cc/TW3D-735M.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2026.        /s/ *Michael J. Mongan*
                                   Michael J. Mongan

Case No. 3:26-cv-1996                - 1 -                SECOND MONGAN
                                                          DECLARATION