BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JEAN LIN
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) Case No. 3:26-cv-01996-RFL |
| | ) |
| Plaintiff, | ) **DEFENDANTS' NOTICE OF FILING THE** |
| | ) **SECOND DECLARATION OF EMIL MICHAEL** |
| v. | ) **IN OPPOSITION TO PLAINTIFF'S MOTION** |
| | ) **FOR A TEMPORARY RESTRAINING ORDER,** |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **PRELIMINARY INJUNCTION, OR SECTION** |
| | ) **705 STAY** |
| Defendants. | ) |
| | ) Hearing Date: March 24, 2026 |
| | ) Time: 1:30 PM |
| | ) Judge:  Hon. Rita F. Lin |
| | ) Place: San Francisco Courthouse |
| | ) Courtroom 15 |

Pursuant to the Court's order permitting Defendants "to submit any declarations or evidence in response to the declarations submitted by Anthropic in support of its reply brief," ECF No. 117, Defendants hereby submit the attached Second Declaration of Emil Michael.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ James W. Harlow*
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar. 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov