MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac vice*)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac vice*)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac vice*)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac vice*)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac vice*)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
lauren.beatty@wilmerhale.com
LAURA E. POWELL (*pro hac vice*)
laura.powell@wilmerhale.com
SONIKA R. DATA (*pro hac vice*)
sonika.data@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>           Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF WAR et al,<br><br>           Defendants. | Case No. 3:26-cv-1996<br><br>**THIRD DECLARATION OF THIYAGU RAMASAMY IN SUPPORT OF PLAINTIFF ANTHROPIC PBC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Rita F. Lin |

I, Thiyagu Ramasamy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I previously submitted declarations in this case on March 9, 2026 and March 20, 2026, describing Anthropic PBC's ("Anthropic's") relationship with the U.S. Government, including the Department of War ("DoW"), and the rationales offered by DoW in an attempt to support its determination that Anthropic poses a supply chain risk to national security. I have personal knowledge of the contents of this declaration, or have knowledge of the matters based on my review of information and records gathered by Anthropic personnel, and could testify thereto. I submit this supplemental declaration in support of Anthropic's Motion for a Preliminary Injunction—specifically, in response to the Court's question about what evidence in the record indicates that certain agencies use Anthropic's technology.  *See* Dkt. No 118.

2. As stated in my March 9 and 20 declarations, my understanding of Anthropic's public sector partnerships is based on my experience as Anthropic's Head of Public Sector. As I explained there, I previously worked at Amazon Web Services ("AWS") as a Principal Lead for Data, Analytics, and Artificial Intelligence/Machine Learning. In that role, I was responsible for, among other things, implementing Anthropic's AI models, Claude, for AWS's public sector customers, including AWS's deployment of Claude in classified government networks. Together, my prior experience and current role give me a detailed understanding of Anthropic's relationship with the U.S. government, the technical capabilities of Anthropic's AI models, how third-party cloud providers deploy Claude to government customers, and how those customers access and integrate Claude in their workflows.

3. The following agencies, or sub-agencies thereof, have or had contracts with Anthropic, or use Anthropic's technology through a third-party provider, but have indicated they would be terminating the contracts or terminating uses of Anthropic's technology since February 27, 2026:

      a.      U.S. Department of War

      b.      U.S. Department of State

      c.      U.S. Department of Health & Human Services

    d.  U.S. Office of Personnel Management[1]

    e.  U.S. Nuclear Regulatory Commission[2]

    f.  U.S. Department of Treasury

4. The following agencies, or sub-agencies thereof, have contracts to use Anthropic's technology or use Anthropic's technology through a third-party provider:

    a.  U.S. Department of Commerce[3]

    b.  U.S. Social Security Administration

    c.  U.S. Department of Homeland Security

    d.  Securities and Exchange Commission

    e.  National Aeronautics and Space Administration

    f.  U.S. Department of Energy

    g.  Federal Reserve Board of Governors

    h.  National Endowment for the Arts

    i.  Federal Housing Finance Agency

    j.  U.S. Department of Veterans Affairs

5. As described in my March 9 declaration, on Friday, February 27, 2026, the GSA removed Anthropic from the agency's AI platform USAi.gov, the primary centralized means for federal agencies to access and adopt AI tools, as well as from the agency's Multiple Award Schedule contracts, through which Anthropic provided $1 Claude subscriptions to the executive, legislative, and judicial branches of the Government as part of its "OneGov" agreement.

---

[1] I understand that the Office of Personnel Management has sent a message requesting its personnel not to use Claude following the President's social media post.

[2] Anthropic has been informed that the Nuclear Regulatory Commission is no longer deploying Claude, citing the President's social media post.

[3] Within the U.S. Department of Commerce, the International Trade Administration has indicated that it is terminating use of Anthropic's technology, whereas the U.S. Patent and Trademark Office and National Telecommunications and Information Administration have contracts with Anthropic or use Anthropic's technology but have not announced termination actions.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 24, 2026          /s/ *Thiyagu Ramasamy*
                                    Thiyagu Ramasamy

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:    /s/ *Michael J. Mongan*
       Michael J. Mongan