UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>             Defendants. | Case No.  26-cv-01996-RFL<br><br>**PRELIMINARY INJUNCTION ORDER**<br><br>Re: Dkt. No. 134 |

For the reasons set forth in the Court's accompanying opinion, it is hereby **ORDERED** that Defendant Agencies[1] and all of their agents, officers, employees, representatives, successors, assigns, and all other persons acting for, with, by, through, or under authority from Defendant Agencies, or in concert or participation with Defendant Agencies, are immediately restrained and enjoined, pending final resolution of this action or further order of this Court:

1.       From implementing, applying, or enforcing in any manner:

      a.   The February 27, 2026 Presidential Directive ordering all federal agencies to cease use of Anthropic's technology;

      b.   Any and all other agency actions taken in response to the Presidential Directive;

2.       From issuing or maintaining any guidance, directive, communication, or instruction to any officer, employee, contractor, or agent, in furtherance of or implementing the Presidential Directive; and

3.       From taking any other action to implement, effectuate, or further the purposes of

---

[1] The term is defined in the accompanying opinion.

1

the Presidential Directive.

It is further **ORDERED** that Defendants Department of War and Secretary of War Pete Hegseth (together, "DoW Defendants"), and all of their agents, officers, employees, representatives, successors, assigns, and all other persons acting for, with, by, through, or under authority from DoW Defendants, or in concert or participation with DoW Defendants, are immediately restrained and enjoined, pending final resolution of this action or further order of this Court:

1. From implementing, applying, or enforcing in any manner:

   a. The February 27, 2026 Hegseth Directive designating Anthropic a "Supply-Chain Risk to National Security" and directing that no contractor, supplier, or partner doing business with the United States military may conduct commercial activity with Anthropic; and

   b. The March 3, 2026 letter notifying Anthropic of the supply chain designation and the associated determination formalizing that designation under 10 U.S.C. § 3252 ("Supply Chain Designation");

2. From issuing or maintaining any guidance, directive, communication, or instruction to any officer, employee, contractor, or agent, in furtherance of or implementing the Hegseth Directive or the Supply Chain Designation; and

3. From taking any other action to implement, effectuate, or further the purposes of the Hegseth Directive or the Supply Chain Designation;

It is further **ORDERED** that the effective date of the Hegseth Directive and Supply Chain Designation is stayed pursuant to 5 U.S.C. § 705;

It is further **ORDERED** that Defendants shall file a status report by no later than **April 6, 2026**, describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements;

It is further **ORDERED** that Anthropic will pay a bond of $100 to the clerk of the Court by **April 6, 2026**.

This Order restores the *status quo*.  It does not bar any Defendant from taking any lawful action that would have been available to it on February 27, 2026, prior to the issuances of the Presidential Directive and the Hegseth Directive and entry of the Supply Chain Designation.  For example, this Order does not require the Department of War to use Anthropic's products or services and does not prevent the Department of War from transitioning to other artificial intelligence providers, so long as those actions are consistent with applicable regulations, statutes, and constitutional provisions.

This Order is stayed for seven days from its issuance.

**IT IS SO ORDERED.**

Dated: March 26, 2026

RITA F. LIN
United States District Judge

3