BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF WAR, *et al.,* <br><br> Defendants. | Case No. 3:26-cv-01996-RFL <br><br> **NOTICE OF APPEAL** |

### <u>NOTICE OF APPEAL</u>

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's March 26, 2026, Preliminary Injunction Order (ECF No. 135), and the order granting Plaintiff's motion for a preliminary injunction, ECF No. 134.

Case No. 3:26-cv-1996-RFL                                    Notice of Appeal

Dated: April 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Christian Dibblee*
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov