BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) Case No. 3:26-cv-01996-RFL |
| Plaintiff, | ) **DEFENDANTS' STATUS REPORT** |
| v. | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) |
| Defendants. | ) |

On March 26, 2026, the Court entered a Preliminary Injunction in the above-captioned matter. *See* ECF No. 135. The Preliminary Injunction, which went into effect on April 3, 2026, orders, among other things, Defendants to "file a status report by no later than April 6, 2026, describing the steps taken to ensure compliance with t[he] Order and certifying compliance with its requirements[.]" *Id.* at 2-3. In accordance with the Court's order, Defendants respectfully submit this status report.

On March 26, 2026, upon the Court's issuance of the Preliminary Injunction and accompanying opinion, Counsel for Defendants provided both the order and opinion to "Defendant Agencies," as the term is defined in the Court's Order Granting Motion for Preliminary Injunction, *see* ECF No. 134 at 41-42.

On April 2, 2026, the Department of War ("DoW") issued a memorandum notifying senior Pentagon leadership, commanders of the combatant commands, and defense agency and DoW field activity directors of the Preliminary Injunction.  The memorandum explained that as of April 3, 2026, DoW is preliminarily enjoined from implementing, applying, enforcing, or taking any other action in furtherance of (1) the Presidential Directive, (2) any and all agency actions taken in response to the Presidential Directive, (3) the Secretary of War Directive identified in the Court's order and opinion, and (4) the Supply Chain Risk Designation under 10 U.S.C. § 3252 (collectively, "the covered actions").  The memorandum further explained that DoW is also enjoined from issuing or maintaining any guidance, directive, communication, or instruction to any officer, employee, contractor, or agent, in furtherance of or implementing the covered actions, and from taking any other action to implement, effectuate, or further the purposes of the covered actions.

In addition, the DoW memorandum reiterated the language of the Preliminary Injunction that the injunction "does not bar any Defendant from taking any lawful action that would have been available to it on February 27, 2026, prior to the issuances of the Presidential Directive."  *See* ECF No. 135 at 3.  The memorandum then provided further guidance on two distinct directives or determinations unaffected by the Preliminary Injunction: Secretary Hegseth's January 2026 policy AI memorandum and the Title 41 supply chain risk designation that Plaintiff has challenged in the D.C. Circuit.  *See* Opp'n to Pl.'s Mot. for Preliminary Injunction, ECF No. 96, at 4-5.  The DoW memorandum advised that the Department will continue to transition from Anthropic to other AI providers, consistent with those prior directives or determinations, applicable laws, regulations, and DoW contract authorities.  The memorandum also specifically instructed that DoW may not refuse to award prime or subcontracts to Anthropic or direct vendors not to use Anthropic technology, whether for DoW or commercial work, or take any other action on the basis or in furtherance of the covered actions.

Each of the Defendant Agencies has also confirmed to undersigned counsel that they have (1) notified and distributed a copy of the Preliminary Injunction to relevant personnel and (2) taken steps to implement the Preliminary Injunction.  Those steps include:

- Rescinding or directing the recission of prior guidance implementing the Presidential Directive, including prior notices to pause or cease work that involves the use of Anthropic's products and services and prior notices to remove Anthropic from USAi and the Multiple Award Schedule;

- Initiating reintegration of Anthropic's products into agency IT platforms;

- Restoring both internal and external access to Anthropic products and services where access had been disabled;

- Authorizing relevant personnel to resume use of Anthropic's products and services;

- Replacing language from internal webpages directing users to utilize AI products and services other than Anthropic's products and services with language stating Anthropic's products and services are approved for use;

- Restoring functionality to a pilot program related to Anthropic's technology;

- Resuming a suitability review of Anthropic's products and services;

- Removing a hold on Anthropic's products in an IT request system and re-adding Anthropic to a product catalog; and

- Rescinding a request to a contractor to remove Anthropic products from a contract and requesting the contractor submit an offer to add Anthropic products and services back to the contract under the same terms and conditions effective on February 26, 2026.

In light of the above good faith compliance, Defendants certify that the Defendant Agencies are in compliance with the Preliminary Injunction. Consistent with the Preliminary Injunction, Defendants reserve all rights to "tak[e] any lawful action that would have been available to [them] on February 27, 2026," with respect to Anthropic, including "transitioning to other artificial intelligence providers, so long as those actions are consistent with applicable regulations, statutes, and constitutional provisions."  ECF No. 135 at 3.

Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Kristina A. Wolfe*

JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar. 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov