**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) Case No. 3:26-cv-01996-RFL |
| Plaintiff, | ) [DEFENDANTS' PROPOSED] ORDER |
| v. | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) |
| Defendants. | ) |

After full consideration of the Parties' Joint Stipulation, and for good cause shown, it is hereby **ORDERED** that all proceedings before this Court are **STAYED** pending resolution of both:

1. Defendants' appeal of the preliminary injunction order in Ninth Circuit case number 26-2011, including resolution of any petitions for rehearing or rehearing en banc before the Ninth Circuit, as well as any petition for a writ of certiorari to the U.S. Supreme Court; and

2. Anthropic's petition for review in D.C. Circuit case number 26-1049, including resolution of any petitions for rehearing or rehearing en banc before the D.C. Circuit, as well as any petition for a writ of certiorari to the U.S. Supreme Court.

It is further **ORDERED** that within 14 days of the resolution of the Ninth and D.C. Circuit proceedings, the Parties shall file a joint stipulation and proposed order regarding the schedule for further litigation before this Court.

**[Defendants' Alternative Proposal]**

After full consideration of the Parties' Joint Stipulation, and for good cause shown, it is hereby **ORDERED** that the following deadlines are set:

| Defendants answer or response to the Complaint | Monday, June 8, 2026 |
|---|---|
| Defendants produce the certified administrative record(s) | Wednesday, July 8, 2026 |
| Plaintiff's motion for summary judgment | Friday, August 7, 2026 |
| Defendants' combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment | Tuesday, September 8, 2026 |
| Plaintiff's combined reply in support of summary judgment and opposition to Defendants' cross-motion for summary judgment | Tuesday, September 29, 2026 |
| Defendants' reply in support of cross-motion for summary judgment | Tuesday, October 20, 2026 |

Dated: _____, 2026

_____
Rita F. Lin
United States District Judge