**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | **[PLAINTIFF'S PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | Judge: Hon. Rita F. Lin |
| U.S. DEPARTMENT OF WAR, *et al.,* | |
| Defendants. | |

**Option 1:**

In accordance with this Court's order on April 1, 2026 (Dkt. No. 139), and upon consideration of the parties' joint stipulation, it is hereby **ORDERED** that Defendants shall file the certified administrative record on May 6, 2026. Thereafter, the Court will order any further hearing that it deems appropriate before entering judgment based on the record before the Court and the preliminary injunction briefing.

**Option 2:**

In accordance with this Court's order on April 1, 2026 (Dkt. No. 139), and upon consideration of the parties' joint stipulation, it is hereby **ORDERED** that the parties shall proceed on the following schedule:

| Event / Deadline | Proposed Date |
|---|---|
| Defendants file certified administrative record | May 6, 2026 |
| Anthropic files motion for summary judgment | May 20, 2026 |
| Defendants file opposition and any cross-motion for summary judgment | June 3, 2026 |
| Anthropic files reply in support of motion for summary judgment and opposition to any cross-motion for summary judgment | June 17, 2026 |
| Defendants file reply in support of any cross-motion for summary judgment | June 24, 2026 |

| Hearing on motion and cross-motion | Week of June 29, 2026 (or as soon as practicable) |
|---|---|

IT IS SO ORDERED.

DATED:                                          By: _____

Hon. Rita F. Lin
United States District Judge