BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC*,*<br><br>Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF WAR, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:26-cv-01996-RFL

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMISSION OF PARTIAL ADMINISTRATIVE RECORD**

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby file this stipulation and proposed order to extend time for Defendants to produce a portion of the administrative record by seven days, up to and including May 29, 2026. The parties state the following in support of this stipulated request:

In its Order Setting Case Schedule, this Court ordered the Defendants to submit a certified administrative record by May 22, 2026. *See* ECF No. 150 at 1. Defendants have completed their compilation of a certified administrative record showing the actions that all but one named agency took

Case No. 3:26-cv-1996-RFL

Joint Stipulation and [Proposed] Order to Extend
Deadline for Submission of Partial Administrative
Record

in response to the President's Truth Social post, dated February 27, 2026. Counsel for the Defendants learned on the morning of May 22, however, that the Department of Homeland Security requires additional time to identify, compile, and certify its portion of the administrative record. The parties agree that Defendants shall have seven more days to produce the certified administrative record as to that particular agency. In the meantime, Defendants shall produce to Plaintiff the administrative record as to all other Defendants on May 22.

The parties have agreed to, and respectfully request the Court to permit, an additional seven days for the Defendants to produce the certified administrative record as to the Department of Homeland Security. This stipulation does not alter the date of any other event or deadline already fixed by Court order. As noted above, Defendants will still produce a certified administrative record as to all other agencies on May 22.

Accordingly, the parties request that the Court enter an order extending the deadline for Defendants to produce the certified administrative record as to the Department of Homeland Security to May 29, 2026. A proposed order is attached.

IT IS SO STIPULATED.

Dated: May 22, 2026

Respectfully submitted,

/s/ Michael J. Mongan (with permission)
MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

Counsel for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Christian Dibblee
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch

Case No. 3:26-cv-1996-RFL                3                Joint Stipulation and [Proposed] Order to Extend Deadline for Submission of Partial Administrative Record

Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

Case No. 3:26-cv-1996-RFL                3        Joint Stipulation and [Proposed] Order to Extend
Deadline for Submission of Partial Administrative
Record