BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC,<br><br>                    *Plaintiff,*<br><br>        v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>                    *Defendants*. | Case No. 3:26-cv-01996-RFL<br><br>**DECLARATION RE STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF PARTIAL ADMINISTRATIVE RECORD** |

I, Christian Dibblee, declare as follows:

1.      I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I submit this declaration in support of the Stipulation to Extend the Deadline for Submission of Partial Administrative Record.  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.      The parties have agreed to an additional seven days to submit the certified administrative record of the Department of Homeland Security.  This extension will allow more time for that agency to

compile a complete administrative record.

3.      The requested extension time should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C. on May 22, 2026.


By:     /s/  *Christian Dibblee*
          Christian Dibblee
          Trial Attorney