BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:26-cv-01996-RFL |
| | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **NOTICE OF FILING CERTIFIED INDEX OF** |
| | ) **ADMINISTRATIVE RECORD** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to the Court's order of April 23, 2026 (ECF No. 150), Defendants hereby file the certified index of the administrative record for the Department of War, Department of the Treasury, Federal Housing Finance Agency, Department of State, Department of Health and Human Services, Securities and Exchange Commission, Office of Personnel Management, Nuclear Regulatory Commission, National Aeronautics and Space Administration, General Services Administration, Department of Energy, Department of Veterans Affairs, and the Department of Commerce. The underlying record documents have been produced directly to Plaintiff.

Case No. 3:26-cv-1996-RFL                               Notice of Filing Administrative Record Index

Also attached hereto are declarations that the Federal Reserve Board of Governors, National Endowment for the Arts, and Social Security Administration have no administrative record.

Dated: May 22, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ James W. Harlow*
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov