**Index of Administrative Record**
*Anthropic PBC v. U.S. Department of War*, et al., No. 3:26-cv-01996-RFL (N.D. Cal.)

| Date | Description | Bates Number |
|---|---|---|
| **Department of War** | | |
| 12/4/2025 – 2/15/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0001 – ANT_AR-0015 |
| 1/30/2026 | DoW Contract Language – Clean Proposal | ANT_AR-0016 – ANT_AR-0020 |
| 2/8/2026 | DoW Contract Language – Condensed Version | ANT_AR-0021 – ANT_AR-0022 |
| 2/16/2026 – 2/20/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0023 – ANT_AR-0025 |
| 2/20/2026 | 2.20 DoW Contract | ANT_AR-0026 – ANT_AR-0028 |
| 2/25/2026 – 2/26/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0029 – ANT_AR-0030 |
| 8/16/2025 | U.S. Federal Government Usage Policy Addendum for Anthropic Partner | ANT_AR-0031 – ANT_AR-0047 |
| January 2026 | The Adolescence of Technology by Dario Amodei | ANT_AR-0048 – ANT_AR-0135 |
| 1/29/2026 | Anthropic-Pentagon Clash Over Limits on AI Puts $200 Million Contract at Risk, *Wall Street Journal* | ANT_AR-0136 – ANT_AR-0143 |
| 1/29/2026 (updated 1/30/2026) | Pentagon clashes with Anthropic over military AI use, sources say, *Reuters* | ANT_AR-0144 – ANT_AR-0151 |
| 2/12/2026 | Anthropic's Chief on A.I.: 'We Don't Know if the Models are Conscious', *The New York Times* | ANT_AR-0152 – ANT_AR-0204 |
| 3/4/2026 | Read Anthropic CEO's Memo Attacking OpenAI's Mendacious Pentagon Announcement, *The Information* | ANT_AR-0205 – ANT_AR-0208 |

| Date | Description | Bates Number |
|---|---|---|
| 3/3/2026 | Determination of the Secretary of War Under 10 U.S.C. § 3252 | ANT_AR-0209 |
| 3/3/2026 | Joint Recommendation, Concurrence, and Determination to Use Section 3252 of Title 10, United States Code, Authorities to Mitigate Supply Chain Risk Related to Anthropic, PBC | ANT_AR-0210 – ANT_AR-0212 |
| 3/2/2026 | Attachment 1a. Memorandum: Urgent Supply Chain Risk Analysis on Anthropic PBC | ANT_AR-0213 – ANT_AR-0216 |
| 2/26/2026 | Attachment 1b. Due Diligence Preliminary Report on Anthropic | ANT_AR-0217 – ANT_AR-0229 |
|  | Attachment 2. Section 3252 Scoping Analysis for Anthropic | ANT_AR-0230 |
| 3/3/2026 | Congressional Notification Letters | ANT_AR-0231 – ANT_AR-0236 |
| 3/3/2026 | Letter from Secretary of War to Anthropic, PBC | ANT_AR-0237 – ANT_AR-0240 |
| 3/5/2026 | Memorandum: Removal of Anthropic, PBC Products in DoW Systems | ANT_AR-0241 – ANT_AR-0242 |
| 3/17/2026 | Declaration of Emil Michael (ECF No. 96-3) | ANT_AR-0243 – ANT_AR-0250 |
| 3/24/2026 | Second Declaration of Emil Michael (ECF No. 120-1) | ANT_AR-0251 – ANT_AR-0255 |
| **Department of the Treasury** | | |
| 03/02/2026 | Treasury Secretary Scott Bessent's post on X | ANT_AR-0256 – ANT_AR-0258 |
| 03/04/2026 | Treasury Secretary Scott Bessent's post on X | ANT_AR-0259 – ANT_AR-0260 |
| 03/04/2026 – 03/09/2026 | Email correspondence between Treasury and vendor (Sokat Consulting) regarding plan to remove Claude Sonnet models from Treasury's Windsurf implementation | ANT_AR-0261 – ANT_AR-0267 |

| Date | Description | Bates Number |
|---|---|---|
| 09/26/2025 | Award of contract to Sokat Consulting on solicitation by IRS for commercial AI Coding Tools and AI Chat Tools | ANT_AR-0268 – ANT_AR-0295 |
| 09/26/2025 | Statement of Work attached to 09/26/2025 award of contract to Sokat Consulting on solicitation by IRS for commercial AI Coding Tools and AI Chat Tools | ANT_AR-0296 – ANT_AR-0310 |
| 03/04/2026 – 03/05/2026 | Email correspondence between Treasury and vendor (Figma) inquiring about the level of integration Figma AI features has with Anthropic and whether Treasury's Figma environment be isolated from any Anthropic association | ANT_AR-0311 – ANT_AR-0312 |
| 06/26/2025 | Award of contract to Architecture Solutions for Figma licenses | ANT_AR-0313 – ANT_AR-0316 |
| **Federal Housing Finance Agency** | | |
| 3/2/2026 | Announcement by U.S. Director of Federal Housing | ANT_AR-0317 |
| **Department of State** | | |
| 2/27/2026 | Email correspondence between State personnel | ANT_AR-0318 – ANT_AR-0320 |
| 2/27/2026 | Email correspondence between State personnel | ANT_AR-0321 – ANT_AR-0322 |
| 2/28/2026 | Teams message between State personnel | ANT_AR-0323 |
| 2/27/2026 | Teams message between State personnel | ANT_AR-0324 – ANT_AR-0325 |
| 3/2/2026 | Teams message between State personnel | ANT_AR-0326 |
| 3/2/2026 | Product Change Request Form – StateChat | ANT_AR-0327 – ANT_AR-0329 |
| 3/2/2026 | Email Notification | ANT_AR-0330 – ANT_AR-0331 |

| Date | Description | Bates Number |
|------|-------------|--------------|
| 3/2/2026 | Email Notification | ANT_AR-0332 |
| 3/3/2026 | Teams Message between DOS Personnel | ANT_AR-0333 |
| **Department of Health and Human Services** | | |
| 3/2/2026 | Email correspondence between HHS personnel | ANT_AR-0334 |
| 2/27/2026 | Email correspondence between HHS personnel | ANT_AR-0335 |
| 2/27/2026 | Email correspondence between HHS personnel | ANT_AR-0336 – ANT_AR-0337 |
| 3/2/2026 | Email correspondence between HHS personnel | ANT_AR-0338 |
| **Securities and Exchange Commission** | | |
| 2/27/2026 | Email correspondence between senior SEC personnel noting the President's order to cease Anthropic as reported by the Associated Press | ANT_AR-0339 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0340 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0341 – ANT_AR-0342 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0343 |
| 3/3/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0344 |
| **Office of Personnel Management** | | |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase | ANT_AR-0345 |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase: Attachment 1 – Price Quote | ANT_AR-0346 |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase: Attachment 2 – Justification | ANT_AR-0347 |

| Date | Description | Bates Number |
|---|---|---|
|  | GSA OneGov: Carasoft – Anthropic: Purchase Guide | ANT_AR-0348 |
|  | GSA OneGov: Carasoft – Anthropic: Engagement Package | ANT_AR-0349 – ANT_AR-0359 |
| 02/27/2026 | GSA: Suspension of Anthropic Models | ANT_AR-0360 |
| 02/27/2026 | OPM: Cease Order | ANT_AR-0361 – ANT_AR-0362 |
| **Nuclear Regulatory Commission** | | |
| 1/15/26-2/24/26 | Email Correspondence between NRC and Anthropic Regarding Purchase and Setup | ANT_AR-0363 – ANT_AR-0381 |
| 1/21/26 | Price Quote from Carahsoft Technology Corp. | ANT_AR-0382 |
| 1/22/26 | NRC Form 30 Requesting Approval for Procurement | ANT_AR-0383 |
| 1/27/26 | Invoice from Carahsoft Technology Corp | ANT_AR-0384 |
| 2/28/26 | Email Denying Request to Authorize Initial Testing at NRC and Directing that Web Access be Disallowed | ANT_AR-0385 – ANT_AR-0386 |
| 3/3/26 | NRC Network Announcement Stating Anthropic Claude AI Model Not Authorized or Available for Access on NRC Networks | ANT_AR-0387 |
| **National Aeronautics and Space Administration** | | |
| 2/27/2026-2/28/2026 | NASA Solutions for Enterprise-Wide Management (SEWP) Program Office email Exchange | ANT_AR-0388 – ANT_AR-0389 |
| 2/28/2026-3/01/2026 | Database Entries for SEWP Catalog | ANT_AR-0390 |

| Date | Description | Bates Number |
|---|---|---|
| 3/01/2026-3/02/2026 | Email exchanges between Chief Information Officer, Chief Artificial Intelligence Officer, and Enterprise Business Management Office (EBMO) | ANT_AR-0391 – ANT_AR-0393 |
| **General Services Administration** | | |
| 2/27/2026 | Press Release: GSA Stands with President Trump onNational Security AI Directive | ANT_AR-0394 – ANT_AR-0396 |
| 2/27/2026 – 2/28/2028 | Internal Email Correspondence: "Fwd: RELEASE -- GSA Stands with President Trump on National Security AI Directive" | ANT_AR-0397 – ANT_AR-0402 |
| 2/27/2026 – 3/31/2026 | Email Correspondence: "Removal of Anthropic of GSA" | ANT_AR-0403 – ANT_AR-0407 |
| 2/27/2026 | Email Chain re "GSA Suspension of Anthropic Models" | ANT_AR-0408 – ANT_AR-0409 |
| 2/27/2026 | Email: "GSA Suspension of Anthropic Models" | ANT_AR-0410 |
| 3/3/2026 | GSA Daily News Clips (March 03, 2026) | ANT_AR-0411 – ANT_AR-0416 |
| 3/11/2026 – 3/12/2026 | Email Chain re "Timeline for Guidance on Anthropic model usage" | ANT_AR-0417 – ANT_AR-0418 |
| 3/17/2026 | Memorandum from GSA CAIO: "Official Decision on Suspension of Anthropic Model Family Usage" | ANT_AR-0419 – ANT_AR-0420 |
| 3/23/2026 | Email Chain: "Fwd: 📢 Anthropic will be removed from GSA" | ANT_AR-0421 – ANT_AR-0424 |
| 3/24/2026 | Email Chain: "Anthropic Follow up" | ANT_AR-0425 – ANT_AR-0426 |
| **Department of Energy** | | |
| 2/6/2024 | Solicitation / Contract / Order For Commercial Items No. 89233123PNA000174 | ANT_AR-0427 – ANT_AR-0463 |

| Date | Description | Bates Number |
|---|---|---|
| 2/3/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00001 | ANT_AR-0464 – ANT_AR-0465 |
| 3/4/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00002 | ANT_AR-0466 – ANT_AR-0492 |
| 2/24/2026 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00003 | ANT_AR-0493 – ANT_AR-0514 |
| 2/27/2026 | Truth Social Post by President Trump | ANT_AR-0515 |
| 2/27/2026 | X Post by Secretary of War Hegseth | ANT_AR-0516 |
| 3/2/2026 | Email from Jennifer Jung – Subject: FW: URGENT: IMMEDIATE ACTION REQUIRED | ANT_AR-0517 |
| 3/2/2026 | Email from Kyle Krzywicki – Subject: NNSA-Anthropic - Stop Work Order | ANT_AR-0518 – ANT_AR-0520 |
| 3/2/2026 | Stop-Work Order for Contract No. 89233123PNA000174 | ANT_AR-0521 – ANT_AR-0522 |
| **Department of Veterans Affairs** | | |
| 3/1/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint | ANT_AR-0523 |
| 3/2/2026 | Internal Email Correspondence Regarding Secretary of War Pete Hegseth's Post and VA's Pause of Pilot Program | ANT_AR-0524 – ANT_AR-0526 |
| 3/3/2026 | Internal Email Correspondence Regarding Presdiential Direction and Suspending Access to VA's Pilot Program Pending Further Guidance | ANT_AR-0527 – ANT_AR-0535 |
| 3/3/2026 | Internal Email Correspondence Regarding Presdiential Direction and Suspending Access to Claude for Government Pending Further Guidance | ANT_AR-0536 – ANT_AR-0544 |
| 3/2/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint and Forthcoming Guidance | ANT_AR-0545 – ANT_AR-0546 |

| Date | Description | Bates Number |
|------|-------------|--------------|
| 3/2/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint and Recommendations for Pause of Pilot Program | ANT_AR-0547 – ANT_AR-0548 |
| 3/5/2026 | Internal Email Correspondence Regarding Actions for VA's Pause of Pilot Program | ANT_AR-0549 – ANT_AR-0552 |
| **Department of Commerce** | | |
| *Bureau of Economic Analysis* | | |
| 5/22/2024 | 5.22.24 DOC Enterprise Services Contract | ANT_AR-0553 – ANT_AR-0565 |
| 2/13/2025 | 2.13.25 Contract Modification | ANT_AR-0566 – ANT_AR-0573 |
| 2/13/2026 | 2.13.26 Contract Modification | ANT_AR-0574 – ANT_AR-0580 |
| 3/3/2026 – 3/4/2026 | Internal Email Correspondence re Anthropic Products | ANT_AR-0581 – ANT_AR-0585 |
| *Census Bureau* | | |
| 10/26/2023 | 10.26.23 Census Contract | ANT_AR-0586 – ANT_AR-0656 |
| 12/20/2023 | 12.20.23 Census Contract | ANT_AR-0657 – ANT_AR-0695 |
| 12/17/2025 | 12.17.25 Unilateral Contract Modification | ANT_AR-0696 – ANT_AR-0764 |
| 5/11/2026 | 5.11.26 Unilateral Contract Modification | ANT_AR-0765 – ANT_AR-0788 |
| *International Trade Administration* | | |
| 2/12/2026 | Invoice re Claude | ANT_AR-0789 |
| 2/27/2026 – 3/2/2026 | Internal Email Correspondence re Anthropic Products | ANT_AR-0790 – ANT_AR-0791 |

| Date | Description | Bates Number |
|---|---|---|
| *National Institute of Standards and Technology* | | |
| 4/1/2024 | 4.1.2024 NIST Contract | ANT_AR-0792 – ANT_AR-0814 |
| 2/11/2026 | Invoice re Claude | ANT_AR-0815 – ANT_AR-0829 |
| *National Oceanic and Atmospheric Administration* | | |
| 09/29/2024 | 9.29.2024 Contract | ANT_AR-0830 – ANT_AR-0870 |
| 2/19/2026 | 2.19.2026 Contract | ANT_AR-0871 – ANT_AR-0910 |
| 2/20/2026 | 2.20.2026 Contract | ANT_AR-0911 – ANT_AR-0950 |
| *United States Patent and Trademark Office* | | |
| 9/27/2021 | 9.27.21 PTO Contract | ANT_AR-0951 – ANT_AR-1017 |
| 1/21/2022 | 1.21.22 Contract Modification | ANT_AR-1018 – ANT_AR-1032 |
| 6/30/2022 | 6.30.22 Contract Modification | ANT_AR-1033 – ANT_AR-1070 |
| 9/14/2022 | 9.14.22 Contract Modification | ANT_AR-1071 – ANT_AR-1106 |
| 11/23/2022 | 11.23.22 Contract Modification | ANT_AR-1107 – ANT_AR-1111 |
| 12/20/2022 | 12.20.22 Contract Modification | ANT_AR-1112 – ANT_AR-1147 |
| 5/5/2023 | 5.5.23 Contract Modification | ANT_AR-1148 – ANT_AR-1177 |
| 7/10/2023 | 7.10.23 Contract Modification | ANT_AR-1178 – ANT_AR-1208 |

| Date | Description | Bates Number |
|---|---|---|
| 7/28/2023 | 7.28.23 Contract Modification | ANT_AR-1209 – ANT_AR-1243 |
| 9/1/2023 | 9.1.23 Contract Modification | ANT_AR-1244 – ANT_AR-1275 |
| 9/27/2023 | 9.27.23 Contract Modification | ANT_AR-1276 – ANT_AR-1309 |
| 8/23/2024 | 8.23.24 Contract Modification | ANT_AR-1310 – ANT_AR-1345 |
| 9/27/2024 | 9.27.24 Contract Modification pt 1 | ANT_AR-1346 – ANT_AR-1382 |
| 9/27/2024 | 9.27.24 Contract Modification pt 2 | ANT_AR-1383 – ANT_AR-1455 |
| 1/13/2025 | 1.13.25 Contract Modification | ANT_AR-1456 – ANT_AR-1491 |
| 2/10/2025 | 2.10.25 Unilateral Contract Modification | ANT_AR-1492 – ANT_AR-1494 |
| 4/17/2025 | 4.17.25 Unilateral Contract Modification | ANT_AR-1495 – ANT_AR-1496 |
| 7/30/2025 | 7.30.25 Contract Modification | ANT_AR-1497 – ANT_AR-1513 |
| 9/26/2025 | 9.26.25 Contract Modification | ANT_AR-1514 – ANT_AR-1530 |
| 10/01/2025 | 10.1.25 Contract Modification | ANT_AR-1531 – ANT_AR-1549 |
| 3/10/2026 | 3.10.26 Contract Modification | ANT_AR-1550 – ANT_AR-1570 |
| 3/12/2026 | Internal Email Correspondence re Claude | ANT_AR-1571 |
| NA | Contract Price Breakdown | ANT_AR-1572 – ANT_AR-1574 |

| Date | Description | Bates Number |
|---|---|---|
| **Federal Reserve Board of Governors** | | |
| | No administrative record | |
| **National Endowment for the Arts** | | |
| | No administrative record | |
| **Social Security Administration** | | |
| | No administrative record | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

|  |  |  |
|---|---|---|
| ANTHROPIC PBC, | ) ) ) | |
| Plaintiff, | ) ) ) | 2 1 MAY 2025 |
| v. | ) ) ) | Case No. 3:26-cv-01996-RFL |
| U.S. DEPARTMENT OF WAR, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) ) | |

**DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Emil Michael, hereby declare and certify as follows:

1.    I am the Under Secretary of War for Research and Engineering (USW(R&E)) and Chief Technology Officer for the Department of War (DoW). I have held this position since May 20, 2025.

2.    As the USW(R&E), I am aware of the process by which the agency compiled the administrative record for Secretary of War Hegseth's determination in accordance with 10 U.S.C. § 3252, designating Anthropic a supply chain risk.

3.    To the best of my knowledge, information, and belief, the documents that are referenced in the attached Administrative Record Index Bates stamped from ANT_AR-0001 – ANT_AR-0255 constitute all non-privileged, unclassified materials that were considered, directly or indirectly, by the Secretary of War in making his 10 U.S.C. § 3252 determination.

1

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that

the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on May 21 2026, at Washington, D.C.

/s/

Emil Michael

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>       Defendants. | Case No. 3:26-cv-01996-RFL<br><br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD FOR U.S. DEPARTMENT OF THE TREASURY** |

I, Ryan Law, Deputy Assistant Secretary for the Office of Privacy, Transparency and Records for the United States Department of the Treasury (Treasury), hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0256 through ANT_AR- 0316 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by Treasury in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 18, 2026

Digitally signed by Ryan A. Law

_____

Ryan Law

Deputy Assistant Secretary

Office of Privacy, Transparency, and Records

United States Department of the Treasury

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | |
| v. | **CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE FEDERAL HOUSING FINANCE AGENCY** |
| U.S. DEPARTMENT OF WAR, *et al.*, | |
| Defendants. | |

I, Clinton Jones, General Counsel for the Federal Housing Finance Agency, hereby certify that, to the best of my knowledge, the page Bates stamped ANT_AR-0317 is a true, correct, and complete copy of the non-privileged document that was used by the Federal Housing Finance Agency to implement the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models and was directly or indirectly considered by the Federal Housing Finance Agency in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 22, 2026

CLINTON JONES  Digitally signed by CLINTON JONES Date: 2026.05.22 12:12:20 -04'00'

_____
Clinton Jones
General Counsel
Federal Housing Finance Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ANTHROPIC PBC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-01996-RFL<br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE U.S. DEPARTMENT OF STATE** |

I, Dr. Kelly Fletcher, Chief Information Officer of the U.S. Department of State, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0318 through ANT_AR-0333 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by the U.S. Department of State in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21 , 2026

Dr. Kelly Fletcher
Chief Information Officer
U.S. Department of State

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) Case No. 3:26-cv-01996-RFL |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF WAR, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD FOR HHS**

I, Arman Sharma, Deputy Chief of Artificial Intelligence in the Office of the Chief

Information Officer, Technology Division, at the U.S. Department of Health and Human

Services, hereby certify that, to the best of my knowledge and based on the information

presented to me, the documents bearing Bates numbers ANT_AR-0334 through ANT_AR-0338

comprise the complete, non-privileged documents that were directly or indirectly considered by

HHS in implementing the President's February 27, 2026, Truth Social post regarding the use of

Anthropic PBC's AI models.

Dated: May 21, 2026

*Arman Sharma*
_____
Arman Sharma
Deputy Chief of Artificial Intelligence
Office of the Chief Information Officer Technology
Division
U.S. Department of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

     Plaintiff,

     v.

U.S. DEPARTMENT OF WAR, *et al.*,

     Defendants.

Case No. 3:26-cv-01996-RFL

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION (SEC)**

I, Michael K. Greene, Assistant General Counsel for the SEC, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0339 through ANT_AR-0344 are a true and correct copy of the non-privileged documents that were directly or indirectly considered by the SEC in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21, 2026

MICHAEL GREENE

Digitally signed by MICHAEL GREENE
Date: 2026.05.21 11:05:22 -04'00'

_____
MICHAEL K. GREENE
Assistant General Counsel
U.S. Securities and Exchange Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | |
| v. | **CERTIFICATION OF ADMINISTRATIVE RECORD FOR U.S. OFFICE OF PERSONNEL MANAGMENT** |
| U.S. DEPARTMENT OF WAR, *et al.*, | |
| Defendants. | |

I, Adam Starr, Chief Information Officer, for the U.S. Office of Personnel Management, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0345 through ANT_AR-0362 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by the U.S. Office of Personnel Management in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21, 2026

ADAM STARR

Digitally signed by ADAM STARR
Date: 2026.05.21 14:39:13 -04'00'

_____
Adam Starr, Chief Information Officer
U.S. Office of Personnel Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

Plaintiff,

v.

U.S. DEPARTMENT OF WAR, *et al.*,

Defendants.

Case No. 3:26-cv-01996-RFL

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR NUCLEAR REGULATORY COMMISSION**

I, Scott Flanders, Chief Information Officer, for the Nuclear Regulatory Commission, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0363 through ANT_AR-0387 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by the Nuclear Regulatory Commission in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21, 2026

SCOTT
FLANDERS

Digitally signed by SCOTT FLANDERS
Date: 2026.05.21 15:54:34 -04'00'

Scott Flanders

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | |
| v. | **CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE NATIONAL AERONAUTICS AND SPACE ADMINISTRATION]** |
| U.S. DEPARTMENT OF WAR, *et al.*, | |
| Defendants. | |

I, Sean M. Gallagher, Acting Chief Information Officer for the National Aeronautics and Space Administration, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0388 through ANT_AR-0393 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by the National Aeronautics and Space Administration in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21, 2026

Sean Gallagher

Digitally signed by Sean Gallagher
Date: 2026.05.21
15:37:34 -04'00'

Sean M. Gallagher]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

          Plaintiff,

          v.

U.S. DEPARTMENT OF WAR, *et al.*,

          Defendants.

Case No. 3:26-cv-01996-RFL

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR U.S. GENERAL SERVICES ADMINISTRATION**

I, Richard O. Hughes, Associate General Counsel (Acting), for the U.S. General Services Administration - Office of General Counsel, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0394 through ANT_AR-0426 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by U.S. General Services Administration in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 22, 2026

Richard Hughes

Digitally signed by Richard Hughes
Date: 2026.05.22
07:32:46 -04'00'

_____
Richard O. Hughes
Associate General Counsel (Acting)
U.S. General Services Administration

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) Case No. 3:26-cv-01996-RFL |
| Plaintiff, | ) **DECLARATION OF WILLIAM QUIGLEY** |
| v. | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) |
| Defendants. | ) |
| | ) |

I, William Quigley, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am the Deputy Associate Administrator for the Office of Partnership and Acquisition Services at the National Nuclear Security Administration ("NNSA"). I formally assumed this position in July 2023, and prior to that, had served in this same role in an "Acting" capacity since August 2022.

2.     In the National Defense Authorization Act for Fiscal Year 2000, Pub. L. 106-65, 113 Stat. 512 (1999), Congress created NNSA as a separately organized agency within DOE. 50 U.S.C. §

2401(a). NNSA is led by an Administrator, and Congress directed that the Administrator initially serve as the SPE for NNSA. 50 U.S.C. §§ 2402(a), (c). That authority has been delegated, and I presently serve as the Senior Procurement Executive ("SPE") for NNSA.

3.    The SPE is responsible for management direction of the procurement system of each executive agency, including implementation of the unique procurement policies, regulations, and standards of the executive agency. 41 U.S.C. § 1702(c). In this role, I oversee NNSA's acquisition and financial assistance policies, regulations, and associated oversight programs. As the SPE, I delegate authority to two Heads of Contracting Activity within NNSA, who enter into contracts, financial assistance agreements, and other transactions and agreements on behalf of NNSA.

4.    Attached as Attachment A to this declaration is an index of documents considered directly or indirectly prior to NNSA's actions with respect to Anthropic PBC in early March 2026.

5.    I hereby certify that, to the best of my knowledge, the documents listed in Attachment A constitute the materials NNSA considered directly or indirectly prior to taking actions with respect to Anthropic PBC in early March 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of May, 2026, at Washington, D.C.

WILLIAM QUIGLEY

Digitally signed by
WILLIAM QUIGLEY
Date: 2026.05.14
16:30:33 -04'00'

William Quigley

Case No. 3:26-cv-1996-RFL                 2                 Declaration of William Quigley

## Attachment A

| Department of Energy | | |
|---|---|---|
| 2/6/2024 | Solicitation / Contract / Order For Commercial Items No. 89233123PNA000174 | ANT_AR-0427 |
| 2/3/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00001 | ANT_AR-0464 |
| 3/4/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00002 | ANT_AR-0466 |
| 2/24/2026 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00003 | ANT_AR-0493 |
| 2/27/2026 | Truth Social Post by President Trump | ANT_AR-0515 |
| 2/27/2026 | X Post by Secretary of War Hegseth | ANT_AR-0516 |
| 3/2/2026 | Email from Jennifer Jung – Subject: FW: URGENT: IMMEDIATE ACTION REQUIRED | ANT_AR-0517 |
| 3/2/2026 | Email from Kyle Krzywicki – Subject: NNSA-Anthropic - Stop Work Order | ANT_AR-0518 |
| 3/2/2026 | Stop-Work Order for Contract No. 89233123PNA000174 | ANT_AR-0521 |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN R. DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-4519
Kristina.Wolfe@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | **DECLARATION OF DEREK PASSARELLI** |
| v. | |
| U.S. DEPARTMENT OF WAR, *et al.,* | |
| Defendants. | |

I, Derek Passarelli, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am presently the Director of the U.S. Department of Energy ("DOE") Golden Field Office. I have served in this role since 2016. The Golden Field Office serves as the business service center for DOE's Office of Critical Minerals and Energy Innovation ("CMEI"), and supports CMEI by awarding and managing grants and contracts for various types of energy projects, facilitating research and development partnerships, and overseeing the National Laboratory of the Rockies.

Case No. 3:26-cv-1996-RFL                                    Declaration of Derek Passarelli

2.      I also presently serve as DOE's Senior Procurement Executive ("SPE"). The SPE is responsible for management direction of the procurement system of each executive agency, including implementation of the unique procurement policies, regulations, and standards of the executive agency. 41 U.S.C. § 1702(c). As DOE's SPE, I have principal responsibility for DOE's acquisition and financial assistance policies, regulations, and associated oversight programs. I delegate authority to seven Heads of Contracting Activity within DOE, who enter into contracts, financial assistance agreements, and other transactions and agreements on behalf of DOE.

3.      In the National Defense Authorization Act for Fiscal Year 2000, Pub. L. 106-65, 113 Stat. 512 (1999), Congress created a separately organized agency within DOE known as the National Nuclear Security Administration ("NNSA"). 50 U.S.C. § 2401(a). NNSA is led by an Administrator, and Congress directed that the Administrator initially serve as the SPE for NNSA. 50 U.S.C. §§ 2402(a), (c). That authority has since been delegated to a subordinate NNSA official, but NNSA continues to have its own SPE, distinct from DOE's SPE.

4.      I am aware that NNSA took certain actions with respect to a contract with Anthropic PBC in early March 2026. I have reviewed the Declaration of William Quigley, NNSA's SPE, which attaches an index of documents that comprise NNSA's Administrative Record for this litigation.

5.      That same index is attached hereto as Attachment A. I hereby certify that, to the best of my knowledge, the documents listed in Attachment A also constitute the Administrative Record of DOE for this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2026, at Washington, D.C.

DEREK PASSARELLI

Digitally signed by DEREK PASSARELLI
Date: 2026.05.19 10:48:56 -06'00'

Derek Passarelli

## Attachment A

| Department of Energy | | |
|---|---|---|
| 2/6/2024 | Solicitation / Contract / Order For Commercial Items No. 89233123PNA000174 | ANT_AR-0427 |
| 2/3/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00001 | ANT_AR-0464 |
| 3/4/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00002 | ANT_AR-0466 |
| 2/24/2026 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00003 | ANT_AR-0493 |
| 2/27/2026 | Truth Social Post by President Trump | ANT_AR-0515 |
| 2/27/2026 | X Post by Secretary of War Hegseth | ANT_AR-0516 |
| 3/2/2026 | Email from Jennifer Jung – Subject: FW: URGENT: IMMEDIATE ACTION REQUIRED | ANT_AR-0517 |
| 3/2/2026 | Email from Kyle Krzywicki – Subject: NNSA-Anthropic - Stop Work Order | ANT_AR-0518 |
| 3/2/2026 | Stop-Work Order for Contract No. 89233123PNA000174 | ANT_AR-0521 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

      Plaintiff,

        v.

U.S. DEPARTMENT OF WAR, *et al.*,

      Defendants.

Case No. 3:26-cv-01996-RFL

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

I, Christian F. Elkington, Jr., Associate General Counsel, for the United States Department of Veterans Affairs, hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0523 through ANT_AR-0552 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by United States Department of Veterans Affairs in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 21, 2026

Christian F. Elkington Jr.
Associate General Counsel
Office of General Counsel
United States Department of Veterans Affairs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | |
| v. | **CERTIFICATION OF ADMINISTRATIVE RECORD FOR U.S. DEPARTMENT OF COMMERCE** |
| U.S. DEPARTMENT OF WAR, *et al.*, | |
| Defendants. | |

I, Jennifer Hesch, Acting Deputy Assistant Secretary for Administration for the U.S. Department of Commerce ("Commerce"), hereby certify that, to the best of my knowledge, the pages Bates stamped ANT_AR-0553 through ANT_AR-1574 are a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered by Commerce in implementing the President's February 27, 2026, Truth Social post regarding the use of Anthropic PBC's AI models.

Dated: May 22, 2026

JENNIFER
HESCH

Digitally signed by
JENNIFER HESCH
Date: 2026.05.22 15:02:54
-04'00'

JENNIFER HESCH
ACTING DEPUTY ASSISTANT SECRETARY
FOR ADMINISTRATION
U.S. DEPARTMENT OF COMMERCE