UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

  Plaintiff,

    v.

U.S. DEPARTMENT OF WAR, *et al.*,

  Defendants.

Case No. 3:26-cv-01996-RFL

**DECLARATION OF ANDERSON E. MONKEN**

Pursuant to 28 U.S.C. § 1746, I, Anderson E. Monken, declare as follows:

1. I am the Chief Artificial Intelligence Officer for the Board of Governors of the Federal Reserve System ("Board"). I have held this position since July 2024.

2. In my current position, I am responsible for advising the Board regarding its policies and practices for, and use of, artificial intelligence.

3. This declaration is based on my personal knowledge as well as information made available to me through reasonable diligence in the course of my official duties.

4. As of March 9, 2026, the Board had not issued any order or directive, or otherwise taken any agency action, regarding the use of Anthropic PBC's AI models, in response to the President's February 27, 2026, Truth Social post.

5. Accordingly, no administrative record exists for the Board.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of May, 2026, at Washington, DC.

_____
Anderson E. Monken