UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHROPIC PBC,

Plaintiff,

v.

U.S. DEPARTMENT OF WAR, *et al.*,

Defendants.

Case No. 3:26-cv-01996-RFL

**DECLARATION OF BRUCE STARR**

Pursuant to 28 U.S.C. § 1746, I, Bruce Starr, declare as follows:

1. I am the Head of Strategic Sourcing for the Social Security Administration (SSA). I have held this position since July 10, 2025.

2. In my current position, I am responsible for managing SSA's acquisition activities; advising and assisting the Commissioner of SSA and other officials in acquisition matters; making acquisition decisions consistent with all applicable laws; and performing other acquisition-related duties.

3. This declaration is based on my personal knowledge as well as information made available to me through reasonable diligence in the course of my official duties.

4. As of March 9, 2026, SSA had not issued any order or directive, or otherwise taken any agency action, regarding the use of Anthropic PBC's AI models, in response to the President's February 27, 2026, Truth Social post.

5. Accordingly, no administrative record exists for SSA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 14 day of May, 2026, at Baltimore, Maryland.

Bruce Starr

Digitally signed by Bruce Starr
Date: 2026.05.15
11:43:45 -04'00'

Bruce Starr