UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ANTHROPIC PBC, | Case No. 3:26-cv-01996-RFL |
| Plaintiff, | |
| v. | **DECLARATION OF JAMES TUNNESSEN** |
| U.S. DEPARTMENT OF WAR, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, James Tunnessen, declare as follows:

1.      I am the Chief Information Officer for the National Endowment for the Arts. I have held this position since July 20, 2020.

2.      In my current position, I am responsible for the governance of the technology assets, cybersecurity, network, infrastructure, application development, privacy, and artificial intelligence for the National Endowment for the Arts.

3.      This declaration is based on my personal knowledge as well as information made available to me through reasonable diligence in the course of my official duties.

4.      As of March 9, 2026, the National Endowment for the Arts had not issued any order or directive, or otherwise taken any agency action, regarding the use of Anthropic PBC's AI models, in response to the President's February 27, 2026, Truth Social post.

5.      Accordingly, no administrative record exists for the National Endowment for the Arts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of May, 2026, at Washington, DC.

James E Tunnessen JR

Case No. 3:26-cv-1996-RFL                    1                    Declaration of James Tunnessen