BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786
james.w.harlow@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:26-cv-01996-RFL |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **NOTICE OF FILING CERTIFIED INDEX OF** |
| Defendants. | ) **AMENDED ADMINISTRATIVE RECORD** |

Pursuant to the Court's orders of April 23, 2026 (ECF No. 150) and May 22 (ECF No. 154), Defendants hereby file the certified index of the administrative record for the Department of War, Department of the Treasury, Federal Housing Finance Agency, Department of State, Department of Health and Human Services, Securities and Exchange Commission, Office of Personnel Management, Nuclear Regulatory Commission, National Aeronautics and Space Administration, General Services Administration, Department of Energy, Department of Veterans Affairs, the Department of Commerce, and the Department of Homeland Security. The underlying record documents have been produced directly

Case No. 3:26-cv-1996-RFL                        Notice of Filing Administrative Record Index

to Plaintiff. The Department of Homeland Security's administrative record has been added to that of the other agencies listed above.

Dated: May 29, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Christian Dibblee*
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov