**Index of Amended Administrative Record**
*Anthropic PBC v. U.S. Department of War*, et al., No. 3:26-cv-01996-RFL (N.D. Cal.)

| Date | Description | Bates Number |
|---|---|---|
| **Department of War** | | |
| 12/4/2025 – 2/15/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0001 – ANT_AR-0015 |
| 1/30/2026 | DoW Contract Language – Clean Proposal | ANT_AR-0016 – ANT_AR-0020 |
| 2/8/2026 | DoW Contract Language – Condensed Version | ANT_AR-0021 – ANT_AR-0022 |
| 2/16/2026 – 2/20/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0023 – ANT_AR-0025 |
| 2/20/2026 | 2.20 DoW Contract | ANT_AR-0026 – ANT_AR-0028 |
| 2/25/2026 – 2/26/2026 | Email Correspondence between DoW and Anthropic Regarding Contract Negotiations | ANT_AR-0029 – ANT_AR-0030 |
| 8/16/2025 | U.S. Federal Government Usage Policy Addendum for Anthropic Partner | ANT_AR-0031 – ANT_AR-0047 |
| January 2026 | The Adolescence of Technology by Dario Amodei | ANT_AR-0048 – ANT_AR-0135 |
| 1/29/2026 | Anthropic-Pentagon Clash Over Limits on AI Puts $200 Million Contract at Risk, *Wall Street Journal* | ANT_AR-0136 – ANT_AR-0143 |
| 1/29/2026 (updated 1/30/2026) | Pentagon clashes with Anthropic over military AI use, sources say, *Reuters* | ANT_AR-0144 – ANT_AR-0151 |
| 2/12/2026 | Anthropic's Chief on A.I.: 'We Don't Know if the Models are Conscious', *The New York Times* | ANT_AR-0152 – ANT_AR-0204 |
| 3/4/2026 | Read Anthropic CEO's Memo Attacking OpenAI's Mendacious Pentagon Announcement, *The Information* | ANT_AR-0205 – ANT_AR-0208 |

| Date | Description | Bates Number |
|---|---|---|
| 3/3/2026 | Determination of the Secretary of War Under 10 U.S.C. § 3252 | ANT_AR-0209 |
| 3/3/2026 | Joint Recommendation, Concurrence, and Determination to Use Section 3252 of Title 10, United States Code, Authorities to Mitigate Supply Chain Risk Related to Anthropic, PBC | ANT_AR-0210 – ANT_AR-0212 |
| 3/2/2026 | Attachment 1a. Memorandum: Urgent Supply Chain Risk Analysis on Anthropic PBC | ANT_AR-0213 – ANT_AR-0216 |
| 2/26/2026 | Attachment 1b. Due Diligence Preliminary Report on Anthropic | ANT_AR-0217 – ANT_AR-0229 |
|  | Attachment 2. Section 3252 Scoping Analysis for Anthropic | ANT_AR-0230 |
| 3/3/2026 | Congressional Notification Letters | ANT_AR-0231 – ANT_AR-0236 |
| 3/3/2026 | Letter from Secretary of War to Anthropic, PBC | ANT_AR-0237 – ANT_AR-0240 |
| 3/5/2026 | Memorandum: Removal of Anthropic, PBC Products in DoW Systems | ANT_AR-0241 – ANT_AR-0242 |
| 3/17/2026 | Declaration of Emil Michael (ECF No. 96-3) | ANT_AR-0243 – ANT_AR-0250 |
| 3/24/2026 | Second Declaration of Emil Michael (ECF No. 120-1) | ANT_AR-0251 – ANT_AR-0255 |
| **Department of the Treasury** | | |
| 03/02/2026 | Treasury Secretary Scott Bessent's post on X | ANT_AR-0256 – ANT_AR-0258 |
| 03/04/2026 | Treasury Secretary Scott Bessent's post on X | ANT_AR-0259 – ANT_AR-0260 |
| 03/04/2026 – 03/09/2026 | Email correspondence between Treasury and vendor (Sokat Consulting) regarding plan to remove Claude Sonnet models from Treasury's Windsurf implementation | ANT_AR-0261 – ANT_AR-0267 |

| Date | Description | Bates Number |
|---|---|---|
| 09/26/2025 | Award of contract to Sokat Consulting on solicitation by IRS for commercial AI Coding Tools and AI Chat Tools | ANT_AR-0268 – ANT_AR-0295 |
| 09/26/2025 | Statement of Work attached to 09/26/2025 award of contract to Sokat Consulting on solicitation by IRS for commercial AI Coding Tools and AI Chat Tools | ANT_AR-0296 – ANT_AR-0310 |
| 03/04/2026 – 03/05/2026 | Email correspondence between Treasury and vendor (Figma) inquiring about the level of integration Figma AI features has with Anthropic and whether Treasury's Figma environment be isolated from any Anthropic association | ANT_AR-0311 – ANT_AR-0312 |
| 06/26/2025 | Award of contract to Architecture Solutions for Figma licenses | ANT_AR-0313 – ANT_AR-0316 |
| **Federal Housing Finance Agency** | | |
| 3/2/2026 | Announcement by U.S. Director of Federal Housing | ANT_AR-0317 |
| **Department of State** | | |
| 2/27/2026 | Email correspondence between State personnel | ANT_AR-0318 – ANT_AR-0320 |
| 2/27/2026 | Email correspondence between State personnel | ANT_AR-0321 – ANT_AR-0322 |
| 2/28/2026 | Teams message between State personnel | ANT_AR-0323 |
| 2/27/2026 | Teams message between State personnel | ANT_AR-0324 – ANT_AR-0325 |
| 3/2/2026 | Teams message between State personnel | ANT_AR-0326 |
| 3/2/2026 | Product Change Request Form – StateChat | ANT_AR-0327 – ANT_AR-0329 |
| 3/2/2026 | Email Notification | ANT_AR-0330 – ANT_AR-0331 |

| Date | Description | Bates Number |
|---|---|---|
| 3/2/2026 | Email Notification | ANT_AR-0332 |
| 3/3/2026 | Teams Message between DOS Personnel | ANT_AR-0333 |
| **Department of Health and Human Services** | | |
| 3/2/2026 | Email correspondence between HHS personnel | ANT_AR-0334 |
| 2/27/2026 | Email correspondence between HHS personnel | ANT_AR-0335 |
| 2/27/2026 | Email correspondence between HHS personnel | ANT_AR-0336 – ANT_AR-0337 |
| 3/2/2026 | Email correspondence between HHS personnel | ANT_AR-0338 |
| **Securities and Exchange Commission** | | |
| 2/27/2026 | Email correspondence between senior SEC personnel noting the President's order to cease Anthropic as reported by the Associated Press | ANT_AR-0339 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0340 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0341 – ANT_AR-0342 |
| 3/2/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0343 |
| 3/3/2026 | Email correspondence regarding removing SEC staff access to Anthropic tools | ANT_AR-0344 |
| **Office of Personnel Management** | | |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase | ANT_AR-0345 |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase: Attachment 1 – Price Quote | ANT_AR-0346 |
| 11/14/2025 | OPM: Request for Carasoft – Anthropic Purchase: Attachment 2 – Justification | ANT_AR-0347 |

| Date | Description | Bates Number |
|---|---|---|
|  | GSA OneGov: Carasoft – Anthropic: Purchase Guide | ANT_AR-0348 |
|  | GSA OneGov: Carasoft – Anthropic: Engagement Package | ANT_AR-0349 – ANT_AR-0359 |
| 02/27/2026 | GSA: Suspension of Anthropic Models | ANT_AR-0360 |
| 02/27/2026 | OPM: Cease Order | ANT_AR-0361 – ANT_AR-0362 |
| **Nuclear Regulatory Commission** | | |
| 1/15/26-2/24/26 | Email Correspondence between NRC and Anthropic Regarding Purchase and Setup | ANT_AR-0363 – ANT_AR-0381 |
| 1/21/26 | Price Quote from Carahsoft Technology Corp. | ANT_AR-0382 |
| 1/22/26 | NRC Form 30 Requesting Approval for Procurement | ANT_AR-0383 |
| 1/27/26 | Invoice from Carahsoft Technology Corp | ANT_AR-0384 |
| 2/28/26 | Email Denying Request to Authorize Initial Testing at NRC and Directing that Web Access be Disallowed | ANT_AR-0385 – ANT_AR-0386 |
| 3/3/26 | NRC Network Announcement Stating Anthropic Claude AI Model Not Authorized or Available for Access on NRC Networks | ANT_AR-0387 |
| **National Aeronautics and Space Administration** | | |
| 2/27/2026-2/28/2026 | NASA Solutions for Enterprise-Wide Management (SEWP) Program Office email Exchange | ANT_AR-0388 – ANT_AR-0389 |
| 2/28/2026-3/01/2026 | Database Entries for SEWP Catalog | ANT_AR-0390 |

| Date | Description | Bates Number |
|------|-------------|--------------|
| 3/01/2026-3/02/2026 | Email exchanges between Chief Information Officer, Chief Artificial Intelligence Officer, and Enterprise Business Management Office (EBMO) | ANT_AR-0391 – ANT_AR-0393 |
| **General Services Administration** | | |
| 2/27/2026 | Press Release: GSA Stands with President Trump onNational Security AI Directive | ANT_AR-0394 – ANT_AR-0396 |
| 2/27/2026 – 2/28/2028 | Internal Email Correspondence: "Fwd: RELEASE -- GSA Stands with President Trump on National Security AI Directive" | ANT_AR-0397 – ANT_AR-0402 |
| 2/27/2026 – 3/31/2026 | Email Correspondence: "Removal of Anthropic of GSA" | ANT_AR-0403 – ANT_AR-0407 |
| 2/27/2026 | Email Chain re "GSA Suspension of Anthropic Models" | ANT_AR-0408 – ANT_AR-0409 |
| 2/27/2026 | Email: "GSA Suspension of Anthropic Models" | ANT_AR-0410 |
| 3/3/2026 | GSA Daily News Clips (March 03, 2026) | ANT_AR-0411 – ANT_AR-0416 |
| 3/11/2026 – 3/12/2026 | Email Chain re "Timeline for Guidance on Anthropic model usage" | ANT_AR-0417 – ANT_AR-0418 |
| 3/17/2026 | Memorandum from GSA CAIO: "Official Decision on Suspension of Anthropic Model Family Usage" | ANT_AR-0419 – ANT_AR-0420 |
| 3/23/2026 | Email Chain: "Fwd: Anthropic will be removed from GSA" | ANT_AR-0421 – ANT_AR-0424 |
| 3/24/2026 | Email Chain: "Anthropic Follow up" | ANT_AR-0425 – ANT_AR-0426 |
| **Department of Energy** | | |
| 2/6/2024 | Solicitation / Contract / Order For Commercial Items No. 89233123PNA000174 | ANT_AR-0427 – ANT_AR-0463 |

| Date | Description | Bates Number |
|---|---|---|
| 2/3/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00001 | ANT_AR-0464 – ANT_AR-0465 |
| 3/4/2025 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00002 | ANT_AR-0466 – ANT_AR-0492 |
| 2/24/2026 | Amendment of Solicitation / Modification of Contract No. 89233123PNA000174 - P00003 | ANT_AR-0493 – ANT_AR-0514 |
| 2/27/2026 | Truth Social Post by President Trump | ANT_AR-0515 |
| 2/27/2026 | X Post by Secretary of War Hegseth | ANT_AR-0516 |
| 3/2/2026 | Email from Jennifer Jung – Subject: FW: URGENT: IMMEDIATE ACTION REQUIRED | ANT_AR-0517 |
| 3/2/2026 | Email from Kyle Krzywicki – Subject: NNSA-Anthropic - Stop Work Order | ANT_AR-0518 – ANT_AR-0520 |
| 3/2/2026 | Stop-Work Order for Contract No. 89233123PNA000174 | ANT_AR-0521 – ANT_AR-0522 |
| **Department of Veterans Affairs** | | |
| 3/1/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint | ANT_AR-0523 |
| 3/2/2026 | Internal Email Correspondence Regarding Secretary of War Pete Hegseth's Post and VA's Pause of Pilot Program | ANT_AR-0524 – ANT_AR-0526 |
| 3/3/2026 | Internal Email Correspondence Regarding Presdiential Direction and Suspending Access to VA's Pilot Program Pending Further Guidance | ANT_AR-0527 – ANT_AR-0535 |
| 3/3/2026 | Internal Email Correspondence Regarding Presdiential Direction and Suspending Access to Claude for Government Pending Further Guidance | ANT_AR-0536 – ANT_AR-0544 |
| 3/2/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint and Forthcoming Guidance | ANT_AR-0545 – ANT_AR-0546 |

| Date | Description | Bates Number |
|------|-------------|--------------|
| 3/2/2026 | Internal Email Correspondence Regarding VA's Anthropic Footprint and Recommendations for Pause of Pilot Program | ANT_AR-0547 – ANT_AR-0548 |
| 3/5/2026 | Internal Email Correspondence Regarding Actions for VA's Pause of Pilot Program | ANT_AR-0549 – ANT_AR-0552 |
| **Department of Commerce** | | |
| *Bureau of Economic Analysis* | | |
| 5/22/2024 | 5.22.24 DOC Enterprise Services Contract | ANT_AR-0553 – ANT_AR-0565 |
| 2/13/2025 | 2.13.25 Contract Modification | ANT_AR-0566 – ANT_AR-0573 |
| 2/13/2026 | 2.13.26 Contract Modification | ANT_AR-0574 – ANT_AR-0580 |
| 3/3/2026 – 3/4/2026 | Internal Email Correspondence re Anthropic Products | ANT_AR-0581 – ANT_AR-0585 |
| *Census Bureau* | | |
| 10/26/2023 | 10.26.23 Census Contract | ANT_AR-0586 – ANT_AR-0656 |
| 12/20/2023 | 12.20.23 Census Contract | ANT_AR-0657 – ANT_AR-0695 |
| 12/17/2025 | 12.17.25 Unilateral Contract Modification | ANT_AR-0696 – ANT_AR-0764 |
| 5/11/2026 | 5.11.26 Unilateral Contract Modification | ANT_AR-0765 – ANT_AR-0788 |
| *International Trade Administration* | | |
| 2/12/2026 | Invoice re Claude | ANT_AR-0789 |
| 2/27/2026 – 3/2/2026 | Internal Email Correspondence re Anthropic Products | ANT_AR-0790 – ANT_AR-0791 |

| Date | Description | Bates Number |
|---|---|---|
| *National Institute of Standards and Technology* | | |
| 4/1/2024 | 4.1.2024 NIST Contract | ANT_AR-0792 – ANT_AR-0814 |
| 2/11/2026 | Invoice re Claude | ANT_AR-0815 – ANT_AR-0829 |
| *National Oceanic and Atmospheric Administration* | | |
| 09/29/2024 | 9.29.2024 Contract | ANT_AR-0830 – ANT_AR-0870 |
| 2/19/2026 | 2.19.2026 Contract | ANT_AR-0871 – ANT_AR-0910 |
| 2/20/2026 | 2.20.2026 Contract | ANT_AR-0911 – ANT_AR-0950 |
| *United States Patent and Trademark Office* | | |
| 9/27/2021 | 9.27.21 PTO Contract | ANT_AR-0951 – ANT_AR-1017 |
| 1/21/2022 | 1.21.22 Contract Modification | ANT_AR-1018 – ANT_AR-1032 |
| 6/30/2022 | 6.30.22 Contract Modification | ANT_AR-1033 – ANT_AR-1070 |
| 9/14/2022 | 9.14.22 Contract Modification | ANT_AR-1071 – ANT_AR-1106 |
| 11/23/2022 | 11.23.22 Contract Modification | ANT_AR-1107 – ANT_AR-1111 |
| 12/20/2022 | 12.20.22 Contract Modification | ANT_AR-1112 – ANT_AR-1147 |
| 5/5/2023 | 5.5.23 Contract Modification | ANT_AR-1148 – ANT_AR-1177 |
| 7/10/2023 | 7.10.23 Contract Modification | ANT_AR-1178 – ANT_AR-1208 |

| Date | Description | Bates Number |
|---|---|---|
| 7/28/2023 | 7.28.23 Contract Modification | ANT_AR-1209 – ANT_AR-1243 |
| 9/1/2023 | 9.1.23 Contract Modification | ANT_AR-1244 – ANT_AR-1275 |
| 9/27/2023 | 9.27.23 Contract Modification | ANT_AR-1276 – ANT_AR-1309 |
| 8/23/2024 | 8.23.24 Contract Modification | ANT_AR-1310 – ANT_AR-1345 |
| 9/27/2024 | 9.27.24 Contract Modification pt 1 | ANT_AR-1346 – ANT_AR-1382 |
| 9/27/2024 | 9.27.24 Contract Modification pt 2 | ANT_AR-1383 – ANT_AR-1455 |
| 1/13/2025 | 1.13.25 Contract Modification | ANT_AR-1456 – ANT_AR-1491 |
| 2/10/2025 | 2.10.25 Unilateral Contract Modification | ANT_AR-1492 – ANT_AR-1494 |
| 4/17/2025 | 4.17.25 Unilateral Contract Modification | ANT_AR-1495 – ANT_AR-1496 |
| 7/30/2025 | 7.30.25 Contract Modification | ANT_AR-1497 – ANT_AR-1513 |
| 9/26/2025 | 9.26.25 Contract Modification | ANT_AR-1514 – ANT_AR-1530 |
| 10/01/2025 | 10.1.25 Contract Modification | ANT_AR-1531 – ANT_AR-1549 |
| 3/10/2026 | 3.10.26 Contract Modification | ANT_AR-1550 – ANT_AR-1570 |
| 3/12/2026 | Internal Email Correspondence re Claude | ANT_AR-1571 |
| NA | Contract Price Breakdown | ANT_AR-1572 – ANT_AR-1574 |

| Date | Description | Bates Number |
|------|-------------|--------------|
| **Department of Homeland Security** | | |
| 2/27/2026 | Truth Social Post by President Trump | ANT_AR-1575 |
| 3/3/2026 | Email correspondence between DHS personnel | ANT_AR-1576 |
| 3/4/2026 | Teams message between DHS personnel | ANT_AR-1577 |
| **Federal Reserve Board of Governors** | | |
| | No administrative record | |
| **National Endowment for the Arts** | | |
| | No administrative record | |
| **Social Security Administration** | | |
| | No administrative record | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANTHROPIC PBC,

   Plaintiff,

     v.

U.S. DEPARTMENT OF WAR, *et al.*,

   Defendants.

Case No. 3:26-cv-01996-RFL

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Juliana Blackwell, state as follows:

1. I am employed within the U.S. Department of Homeland Security as the Deputy Executive Secretary.

2. In this capacity, I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

3. To the best of my knowledge, information, and belief, and based on the information presented to me, the documents listed in the attached index at Bates numbers ANT_AR-0553 through ANT_AR-0555 constitute the non-privileged documents and

materials that were considered, either directly or indirectly, in DHS's decision to place

Anthropic products on a prohibited status within the DHS Technical Reference Model.

Executed this 29th day of May 2026 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2026.05.29 17:19:28 -04'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
U.S. Department of Homeland Security