BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
JAMES W. HARLOW (Md. Bar, no number issued)
KRISTINA A. WOLFE (VA Bar. No. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:26-cv-01996-RFL |
| | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **NOTICE OF FILING CORRECTED** |
| | ) **CERTIFICATION OF ADMINISTRATIVE** |
| Defendants. | ) **RECORD** |
| | ) |
| | ) |
| | ) |
| | ) |

Defendants hereby notify the Court that the Certification of Administrative Record filed on May 29, 2026, refers to Bates numbers of the administrative record that do not correspond to the portion of the record related to the Department of Homeland Security. A corrected certification is attached to this Notice.

Dated: June 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Christian Dibblee*
JAMES W. HARLOW (Md. Bar; no number issued)
KRISTINA A. WOLFE (VA. Bar. 71570)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov

Case No. 3:26-cv-1996-RFL            2            Notice of Filing Corrected Certification of
Administrative Record