UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANTHROPIC PBC,

Plaintiff,

v.

U.S. DEPARTMENT OF WAR, *et al.*,

Defendants.

Case No. 3:26-cv-01996-RFL

**CORRECTED CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Juliana Blackwell, state as follows:

1.      I am employed within the U.S. Department of Homeland Security, as the Deputy Executive Secretary.

2.      In this capacity, I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

3.      To the best of my knowledge, information, and belief, and based on the information presented to me, the documents listed in the attached index at Bates numbers ANT_AR-1575 through ANT_AR-1577 constitute the non-privileged documents and

materials that were considered, either directly or indirectly, in DHS's decision to place

Anthropic products on a prohibited status within the DHS Technical Reference Model.


Executed this 1st day of June 2026 in Washington, D.C.

JULIANA J
BLACKWELL

Digitally signed by JULIANA J
BLACKWELL
Date: 2026.06.01 11:11:35
-04'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
U.S. Department of Homeland Security