# EXHIBIT 2

**From:** **Fuscellaro, Anthony COL USARMY OSW SECWAR (USA)** anthony.fuscellaro1.mil@war.mil
**Subject:** Official Correspondence from the Department of War to Anthropic
**Date:** March 4, 2026 at 5:49 PM
**To:** dario@anthropic.com
**Cc:** jbleich@anthropic.com, Matthews, Earl G HON (USA) earl.g.matthews.civ@mail.mil

Mr. Amodei,
Please see the attached letters as official notification from the Department of War regarding Anthropic. Hard copies will follow via official mail.

Please acknowledge receipt and direct all responses through the Department of War General Counsel, Honorable Earl Matthews. Thank you.

**v/r,**
**COL Tony Fuscellaro, USA**
**Executive Secretary**
**Department of War**

**Notice to Anthropic Pursuant to Title 10 U.S.C. Section 3252...**
1.9 MB


**Notice to Anthropic Pursuant to Title 41 U.S.C. Section 4713...**
