MICHAEL J. MONGAN (SBN 250374)
michael.mongan@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET (*pro hac vice*)
emily.barnet@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Plaintiff Anthropic PBC*

KELLY P. DUNBAR (*pro hac vice*)
kelly.dunbar@wilmerhale.com
JOSHUA A. GELTZER (*pro hac vice*)
joshua.geltzer@wilmerhale.com
KEVIN M. LAMB (*pro hac vice*)
kevin.lamb@wilmerhale.com
SUSAN HENNESSEY (*pro hac vice*)
susan.hennessey@wilmerhale.com
LAUREN MOXLEY BEATTY (SBN 308333)
lauren.beatty@wilmerhale.com
MATTHEW E. MORRIS (*pro hac vice*)
matt.morris@wilmerhale.com
BARDIA VASEGHI (*pro hac vice*)
bardia.vaseghi@wilmerhale.com
DAKOTA C. FOSTER (*pro hac vice*)
dakota.foster@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF WAR et al., <br><br> Defendants. | Case No. 3:26-cv-01996-RFL <br><br> **DECLARATION OF MICHAEL J. MONGAN IN SUPPORT OF PLAINTIFF ANTHROPIC PBC'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Rita F. Lin |

I, Michael J. Mongan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Plaintiff Anthropic PBC ("Anthropic") in this matter.

2. I am a member in good standing of the State Bar of California.

3. I have personal knowledge of the factual matters asserted herein, including based on my review of the documents, websites, and other items referenced herein. If called as a witness, I could and would testify competently thereto.

4. I submit this declaration in support of Plaintiff's Motion for Summary Judgment.

5. Attached hereto as **Exhibit 1** is a true and correct copy of an Anthropic press release, titled *Statement from Dario Amodei on our discussions with the Department of War*, dated February 26, 2026, accessed at https://tinyurl.com/54pw9684.

6. Attached hereto as **Exhibit 2** is a true and correct copy of an Axios article authored by Maria Curi and Sam Sabin, titled *Scoop: NSA using Anthropic's Mythos despite blacklist*, dated April 19, 2026, accessed at https://tinyurl.com/4pmtztur.

7. Attached hereto as **Exhibit 3** is a true and correct copy of a Bloomberg article, authored by Jake Bleiberg and Margi Murphy, titled *White House Works to Give US Agencies Anthropic Mythos AI*, dated April 16, 2026, accessed at https://tinyurl.com/55tvdy2t.

8. Attached hereto as **Exhibit 4** is a true and correct copy of an Anthropic essay authored by Dario Amodei, titled *The Adolescence of Technology: Confronting and Overcoming the Risks of Powerful AI*, dated January 2026, accessed at https://tinyurl.com/2cbcmfz7.

9. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript from the March 24, 2026 Hearing before the U.S. Senate Subcommittee on Cybersecurity, Committee on Armed Services.

10. Attached hereto as **Exhibit 6** is a true and correct copy of a Financial Times article authored by Cristina Criddle and Demetri Sevastopulo, titled *US National Security Agency using Anthropic's Mythos for cyber attacks*, dated June 4, 2026, accessed at https://tinyurl.com/4x68b9zm.

11.    Attached hereto as **Exhibit 7** is a true and correct copy of a New York Times article authored by Julian E. Barnes, Sheera Frenkel, and Tyler Pager, titled *White House and Anthropic Hold 'Productive' Meeting, Aiming for a Compromise*, dated April 17, 2026, accessed at https://tinyurl.com/3v4unvr6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026.          /s/ *Michael J. Mongan*
                                   Michael J. Mongan