# EXHIBIT 2



# AXIOS

Apr 19, 2026 - Politics & Policy

# Scoop: NSA using Anthropic's Mythos despite blacklist



Maria Curi, Sam Sabin



Dario Amodei. Photo: Samyukta Lakshmi/Bloomberg via Getty Images

The National Security Agency is using Anthropic's most powerful model yet, Mythos Preview, despite top officials at the Department of Defense — which oversees the NSA — insisting the company is a "supply chain risk," two sources tell Axios.

**Why it matters:** The government's cybersecurity needs appear to be outweighing the Pentagon's feud with Anthropic

- The department moved in February to cut off Anthropic and force its vendors to follow suit. That case is ongoing.

- The military is now broadening its use of Anthropic's tools while simultaneously arguing in court that using those tools threatens U.S. national security.

**Breaking it down:** Two sources said the NSA was using Mythos, while one said the model was also being used more widely within the department.

- It's unclear how the NSA is currently using Mythos, but other organizations with access to the model are using it predominantly to scan their own environments for exploitable security vulnerabilities.

- Anthropic restricted access to Mythos to around 40 organizations, contending that its offensive cyber capabilities were too dangerous to allow for a wider release.

- Anthropic only announced 12 of those organizations. One source said the NSA was among the unnamed agencies with access.

- The NSA's counterparts in the U.K. have said they have access to the model through the country's AI Security Institute.

**Driving the news:** Anthropic CEO Dario Amodei [met] White House chief of staff Susie Wiles and Treasury Secretary Scott Bessent on Friday to discuss the use of Mythos within government and Anthropic's wider plans and security practices.

- Sources said next steps after the meeting were expected to focus on how departments other than the Pentagon engage with the model. Both sides described the meeting as productive.

- Anthropic and the Pentagon declined to comment. The NSA and Office of the Director of National Intelligence did not respond to requests for comment.

**Zoom out:** The breakdown between the Pentagon and Anthropic came during tense contract renegotiations earlier this year.

- The department demanded Anthropic make its Claude model available for "all lawful purposes," while the company insisted on walling off mass domestic surveillance and the development of autonomous weapons.

- Some Defense officials still insist Anthropic's posture proved it can't be trusted to be there when the military needs it. Anthropic denies that.

- Others in the administration just want this fight to go away so they can utilize the cutting edge tools Anthropic is building.



Add Axios on Google