# EXHIBIT 7

Case 3:26-cv-01996-RFL Document 166-15 Filed 06/10/26 Page 2 of 4

# *White House and Anthropic Hold 'Productive' Meeting, Aiming for a Compromise*

Friday's meeting at the White House followed the introduction of Anthropic's powerful new artificial intelligence model, Mythos, which U.S. officials believe could be critical for security.

Listen · 5:15 min



**By Julian E. Barnes, Sheera Frenkel and Tyler Pager**
Julian E. Barnes and Tyler Pager reported from Washington, and Sheera Frenkel from San Francisco.

April 17, 2026

See more of our coverage in your search results.

Add The New York Times on Google ↗

Anthropic's chief executive met with White House officials on Friday for discussions that both sides described as "productive," as the Trump administration works to forge a compromise that would bring the artificial intelligence company's technology back into the government, according to U.S. officials and others briefed on the matter.

Dario Amodei, Anthropic's chief executive, met with the White House chief of staff, Susie Wiles; Treasury Secretary Scott Bessent; and others, the people said.

The meeting was "both productive and constructive," the White House said in a statement, with conversations about how to collaborate and address the challenges of A.I. while exploring "the balance between advancing innovation and ensuring safety." Anthropic said in a statement that the discussions had touched on "key shared priorities" such as cybersecurity and A.I. safety.

Anthropic had been effectively cut off from working with the federal government after battling with the Pentagon this year. The two sides disagreed in negotiations over a $200 million contract about the use of A.I. in warfare, with the Pentagon later designating Anthropic a "supply chain risk."

Friday's meeting was a potential first step to a deal. If officials reach a compromise with the company, it is likely to exclude the Pentagon, two officials said.

Some White House officials have argued that a fight with Anthropic is counterproductive and denies the United States some of the most powerful tech tools, officials said. This follows Anthropic's unveiling on April 7 of a powerful new A.I. model, Mythos, which is capable of identifying security vulnerabilities in software. Officials believe access to the model — which Anthropic has made available only on a limited basis — is critical to help protect government networks from cyberattacks.

Case 3:26-cv-01996-RFL   Document 166-15   Filed 06/10/26   Page 3 of 4



Dario Amodei, Anthropic's chief executive, arriving for the meeting with officials at the White House on Friday. Jessica Koscielniak/Reuters

Some White House officials were also frustrated that other officials had failed to find a way to de-escalate the contract fight with Anthropic, especially given the potential for Mythos to wreak havoc on computer systems, officials said.

"We look forward to continuing this dialogue and will host similar discussions with other leading A.I. companies," the White House statement said.

Anthropic added that the meeting had reflected its "ongoing commitment to engaging with the U.S. government on the development of responsible A.I." and that it was "looking forward to continuing these discussions."

The White House meeting was reported earlier by Axios.

Neither the Pentagon nor Anthropic had shown much willingness to settle their dispute. During contract negotiations, Anthropic had sought assurances that its powerful A.I. models — which until recently were the only ones allowed on classified computers at the Defense Department — would not be used for commanding autonomous lethal weapons or surveilling Americans. In response, the Pentagon said no private contractor could tell it how to use the technology.

The fight came to a head on March 5, when Secretary of Defense Pete Hegseth labeled Anthropic a supply chain risk. The designation was previously used only for foreign companies that the government believed posed a risk to national security. Anthropic later sued the U.S. government over the designation in courts in California and Washington, D.C.



Secretary of Defense Pete Hegseth on Thursday. Anthropic and the Pentagon disagreed over the use of its technology in warfare earlier this year.  Pete Marovich for The New York Times

Since then, Anthropic has told government officials that it is willing to provide access to Mythos to help agencies use the tool to find and fix potential vulnerabilities in software and computer networks.

At the Pentagon, engineers who work with Anthropic are petitioning the department to keep using the company's technology, according to two officials who have participated in meetings about A.I. technology this month. While the engineers were not averse to using new A.I. models from other companies, they did not want to be cut off from Anthropic's technology, which is used to analyze intelligence and handle sensitive data.

The engineers also urged the Pentagon to update to the newest Anthropic models available, the two officials said. Because the models are held on systems housed within the Pentagon, Anthropic cannot update them unless given access by defense officials, they said.

Senior Pentagon officials declined to talk about Anthropic, citing the ongoing lawsuits. The department is using an older version of Anthropic's Opus A.I. model than it would have had the dispute not occurred, current and former defense officials said.

Other officials said they were pressing ahead with bringing models from OpenAI and Google to Pentagon computers, including a more advanced version of Google's Gemini that will be online for military use in the coming days.

After Anthropic sued the U.S. government over the "supply chain risk" label, a judge in the U.S. District Court for the Northern District of California temporarily stopped the Pentagon from enforcing the designation in late March. In a separate ruling in the U.S. Court of Appeals for the District of Columbia Circuit on April 8, judges denied Anthropic's request to stop the Pentagon from labeling the company a supply chain risk.

**Julian E. Barnes** covers the U.S. intelligence agencies and international security matters for The Times. He has written about security issues for more than two decades.

**Sheera Frenkel** is a reporter based in the San Francisco Bay Area, covering the ways technology affects everyday lives with a focus on social media companies, including Facebook, Instagram, Twitter, TikTok, YouTube, Telegram and WhatsApp.

**Tyler Pager** is a White House correspondent for The Times, covering President Trump and his administration.

A version of this article appears in print on , Section B, Page 4 of the New York edition with the headline: Trump Team and Anthropic Try to Reach a Compromise