IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>*Defendant*. | Case No. 3:26-cv-01996-RFL<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF FREEDOM ECONOMY BUSINESS ASSOCIATION AND OTHER VALUES-LED INVESTORS LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of the Motion of Freedom Economy and Other Values-Led Investors for Leave to File as *Amici Curiae* a Brief in Support of Plaintiff Anthropic PBC's Motion for Summary Judgment, the Court hereby **GRANTS** the Motion for Leave to File and **ORDERS** that the brief submitted be accepted as filed.  **IT IS SO ORDERED**.

DATED: _____        _____

The Honorable Rita F. Lin
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE,* FREEDOM ECONOMY BUSINESS ASSOCIATION
No. 3:26:cv-01996