Clara J. Shin (SBN 214809)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
cshin@cov.com
Telephone: (415) 591-6000

*Counsel for Movants Former
Service Secretaries and Retired
Senior Military Officers*

Sarah E. Harrington*
David M. Zionts*
Megan A. Crowley*
Mishi Jain*
Laila Ujayli*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
sharrington@cov.com
dzionts@cov.com
mcrowley@cov.com
mjain@cov.com
lujayli@cov.com
Telephone: (202) 662-6000


* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF WAR, *et al.*, <br><br> *Defendants*. | Case No. 3:26-cv-01996 <br><br> **NOTICE OF CONSENT MOTION AND CONSENT MOTION OF FORMER SERVICE SECRETARIES AND RETIRED SENIOR MILITARY OFFICERS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: July 30, 2026 <br> Time: 10:00 AM <br> Courtroom: 15, 18th Floor <br> Judge: Honorable Rita F. Lin |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the former Service Secretaries and retired senior military officers listed in the addendum accompanying the proposed brief hereby respectfully move the Court for leave to file the attached brief in the above-captioned case as *amici curiae* in support of Anthropic PBC's ("Anthropic") motion for summary judgment.   This Court previously granted leave to file a brief from these *amici* at the preliminary injunction stage.

Proposed *amici* submit their brief to provide the Court with the perspective of former high-ranking leaders whose professional responsibilities required them to pursue national-security imperatives while complying with the law.  The proposed *amici curiae* brief and a proposed order granting this motion are attached as exhibits.  A list of proposed *amici*'s short biographies is also provided in the addendum accompanying the proposed brief.  Plaintiff and Defendants consent to the filing of the proposed *amici curiae* brief.

**STANDARD OF REVIEW**

"It is 'within the Court's discretion' whether to allow amici to file a brief, and courts generally exercise 'great liberality' in permitting amicus briefs."  *Cody v. Ring LLC*, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024) (quoting *California ex rel. Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) ("*Becerra*")).  The "classic role of amicus curiae is to assist a court in a case of public interest by supplementing the efforts of counsel, and drawing the court's attention" to important points that may have "escaped consideration."  *Id.* (cleaned up) (quoting *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)).  "District courts frequently welcome amicus briefs from non-parties . . . if the amicus has [a] unique . . . perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (cleaned up).  But there are no rigid requirements to participate in an *amicus* capacity, with the "salient question" being "whether such brief is helpful to the Court."  *Mobley v. Workday, Inc.*, No. 23-cv-00770, 2026 WL 636719, at *1 (N.D. Cal. Mar. 6, 2026) (quoting *Becerra*, 381 F. Supp. 3d at 1164).

1

---

**ARGUMENT**

This Court should exercise its broad discretion to permit the proposed *amici*—former Service Secretaries and retired senior military officers—to participate as *amici curiae* in support of Anthropic's motion for summary judgment.  Proposed *amici* come from different backgrounds, have served in different military departments, and have a range of different perspectives; but they share a profound commitment to the rule of law as a cornerstone of national security.  They have a strong interest in this case because invoking national-security authorities outside their congressionally set limits threatens the rule of law and all relationships between domestic private-sector partners and our military services.

Proposed *amici* have a "unique . . . perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming*, 355 F. Supp. 2d at 1067 (internal quotation marks and citation omitted).  As former Service Secretaries and retired senior military officers, proposed *amici*'s professional responsibilities required them to pursue national-security imperatives while complying with the law.  Having devoted their careers to ensuring the military's fidelity to the rule of law, they are uniquely positioned to speak about the dangers of the misuse of powerful national-security authorities by civilian political leadership, not to address the serious concerns that led Congress to delegate the authority in question, but as retribution against a private company that has displeased the leadership.  Because *amici*'s proposed brief would materially assist the Court in evaluating considerations relevant to Anthropic's pending motion for summary judgment, proposed *amici* respectfully submit that leave to file should be granted, including because this Court previously granted leave to file a brief from these *amici* at the preliminary injunction stage.

**CONCLUSION**

For the reasons discussed above, proposed *amici* respectfully request leave to file the brief of *amici curiae* in support of Anthropic's motion for summary judgment.

CONSENT MOTION OF FORMER SERVICE SECRETARIES AND RETIRED SENIOR MILITARY OFFICERS FOR LEAVE TO
FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT
CIVIL ACTION NO. 3:26-CV-01996

Respectfully submitted,

June 11, 2026

/s/ Clara J. Shin

Clara J. Shin (SBN 214809)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
cshin@cov.com
Telephone: (415) 591-6000

Sarah E. Harrington*
David M. Zionts*
Megan A. Crowley*
Mishi Jain*
Laila Ujayli*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
sharrington@cov.com
dzionts@cov.com
mcrowley@cov.com
mjain@cov.com
lujayli@cov.com
Telephone: (202) 662-6000

*Counsel for Movants Former Service Secretaries
and Retired Senior Military Officers*

*Admitted pro hac vice*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I filed the foregoing document via the Court's CM/ECF system.  The document will be served electronically on counsel of record for the parties.

*/s/ Clara J. Shin*

*Counsel for Movants Former Service Secretaries and Retired Senior Military Officers*

4