UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHROPIC PBC                    ,

Plaintiff(s),

v.

U.S. DEPARTMENT OF WAR et al.    ,

Defendant(s).

Case No. 3:26-cv-1996 RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, Todd M. Hinnen , an active member in good standing of the bar of Washington State Supreme Court , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amici Curiae FIRE et al. in the above-entitled action. My local co-counsel in this case is Paul Jasper , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 200138 .

1301 Second Ave, Suite 4200, Seattle, WA 98101          505 Howard St, Suite 1000, San Francisco, CA 94105

MY ADDRESS OF RECORD                                    LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206.359.8000                                            415.344.7000

MY TELEPHONE # OF RECORD                                LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

THinnen@perkinscoie.com                                 PJasper@perkinscoie.com

MY EMAIL ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27176 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/11/2026

Todd M. Hinnen
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Todd M. Hinnen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    June 11, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2