UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>Defendants. | Case No. 26-cv-01996-RFL<br><br>**ORDER RE AMICUS CURIAE BRIEFS**<br><br>Dkt. Nos. 168, 171, 173 |

Three motions for leave to file amicus curiae briefs have been filed in this action in relation to the parties' summary judgment briefing.  (Dkt. Nos. 168, 171, 173.)  The motions are **GRANTED**.  Any further amicus briefs related to the summary judgment motions may be filed without seeking leave, and must be filed by **June 26, 2026 at 5:00 p.m**.  Any response to the arguments made in the amicus briefs should be incorporated into the parties' briefing related to the cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated: June 11, 2026

RITA F. LIN
United States District Judge

1