BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
JEAN LIN (NY Bar No. 4074530)
Senior Litigation Counsel
KRISTINA A. WOLFE (VA Bar. No. 71570)
Assistant Director
JAMES W. HARLOW (Md. Bar, no number issued)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786 (Harlow)
james.w.harlow@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHROPIC PBC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:26-cv-01996-RFL |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **NOTICE OF FILING UPDATED, CERTIFIED** |
| Defendants. | ) **INDEX OF ADMINISTRATIVE RECORD** |
| | ) |

Defendants hereby file an updated, certified index of the administrative record. The updated index reflects the addition of pages ANT_AR-0255A and ANT_AR-0255B to the record for the Department of War. *Cf.* ECF No. 169, at 2. The underlying documents were produced to Plaintiff on June 10, 2026.

Dated: June 23, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

Case No. 3:26-cv-1996-RFL                      Notice of Filing Updated Admin. Record Index

ERIC J. HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

KRISTINA A. WOLFE (VA. Bar. 71570)
Assistant Director

*/s/ James W. Harlow*

JAMES W. HARLOW (Md. Bar; no number issued)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786 (Harlow)
james.w.harlow@usdoj.gov