BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
KRISTINA A. WOLFE (VA Bar. No. 71570)
Assistant Director
JAMES W. HARLOW (Md. Bar, no number issued)
Senior Trial Counsel
CHRISTIAN DIBBLEE (DC Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786 (Harlow)
james.w.harlow@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANTHROPIC PBC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:26-cv-01996-RFL |
| | ) |
| U.S. DEPARTMENT OF WAR, *et al.,* | ) **CERTIFIED ADMINISTRATIVE RECORD** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

     Defendants hereby file the certified administrative record: ANT_AR-0001 to ANT_AR-1577. *See* ECF No. 210-1 (Index); *see also* ECF Nos. 210-1, 157-1, 155-1 (Certifications).

     Dated: July 1, 2026           Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General

KRISTINA A. WOLFE (VA. Bar. 71570)
Assistant Director
Federal Programs Branch

*/s/ James W. Harlow*
JAMES W. HARLOW (Md. Bar; no number issued)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 514-6786 (Harlow)
james.w.harlow@usdoj.gov