From: Zoppelt, Robert E.
To: Parilsh, Anand N
Subject: FW: PCard Purchase for $2 Anthropic Pilot - SUBMITTED
Date: Monday, May 11, 2026 11:43:12 AM
Attachments: Emergency Purchases - Anthropic .xlsx
Image001.png
Carahsoft - Anthropic, PBC - 11.14.2025 - Quote 61195022.pdf

FYI

Thanks,
Bobby

From: Zoppelt, Robert E.
Sent: Monday, November 24, 2025 11:45 AM
To: Smith, Monique H. <Monique.Smith@opm.gov>
Cc: Manning, Matthew J <Matthew.Manning@opm.gov>
Subject: FW: PCard Purchase for $2 Anthropic Pilot - SUBMITTED

Hey Monique,

This is the one I spoke with you about earlier.

Let me know if you need anything else but I'll be the POC if they ask.

From: Purchase Card Support <purchasecardsupport@opm.gov>
Sent: Monday, November 24, 2025 11:42 AM
To: Zoppelt, Robert E. <Robert.Zoppelt@opm.gov>
Subject: RE: PCard Purchase for $2 Anthropic Pilot - SUBMITTED

Hi Bobby,
The below purchase card request has been approved by the SPE. See below:

| Requesting Department Information | | | | Emergency Purchase Information | | | | | | | | | | Leadership Decision | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requesting Department | Requesting Organization AD/OH Name | Requesting Organization AD/OH Approval Yes/No | Submitted By | Cardholder Name | Cardholder's AO Approval Yes/No | Invoice/Request Due Date | Vendor | Description of Purchase | Amount | If recurring (input the Frequency) | If recurring, enter the total amount for the remainder of the fiscal year | CTMS Line of Accounting | Why is it essential and how is it mission critical? | Purchase Card Team Recommendation | SPE Decision |
| OCIO/EIS | Perryn Ashmore | Yes | Bobby Zoppelt | Monique Smith | Yes | 45979 | Carahsoft | Anthropic Claude AI | $2.00 | N/A | N/A | Common Services | This is part of the Core mission to pilot AI | Recommend approval | 11/21: Approved |

Let us know if you have any questions.

V/r,

**Purchase Card Support Team**
Facilities, Security, and Emergency Management
Procurement Services

From: Zoppelt, Robert E. <Robert.Zoppelt@opm.gov>
Sent: Tuesday, November 18, 2025 2:20 PM
To: Purchase Card Support <purchasecardsupport@opm.gov>
Subject: PCard Purchase for $2 Anthropic Pilot - SUBMITTED

Good afternoon,

Please see attached my request for Anthropic as a pilot. It's $2 and part of the initiative by the Director to bring AI to the agency. This is approved by the CIO. I don't have the funding codes yet but it'll be common services.

Bobby Zoppelt
U.S. Office of Personnel Management
OCIO/EIS/NM
O: 202-987-2890

Follow us on X

ANT_AR-0345

PRICE QUOTATION

## CARAHSOFT TECHNOLOGY CORP

11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
PHONE (703) 871-8585 | FAX (703) 871-8505
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM



| TO: | Robert Zoppelt<br>Office of Personnel Management<br>1900 E ST<br>Washington, DC 20006 USA | FROM: | Caden Kokes<br>Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, Virginia 20190 |
|---|---|---|---|
| EMAIL: | Robert.Zoppelt@opm.gov | EMAIL: | Caden.Kokes@carahsoft.com |
| PHONE: | (202) 674-1078 | PHONE: | (571) 668-7006 |

| TERMS: | GSA Schedule No: 47QSWA18D008F<br>Term: August 22, 2018 - August 21, 2028<br>FTIN:   52-2189693<br>Shipping Point:   FOB Destination<br>Credit Cards:   VISA/MasterCard/AMEX<br>Remit To:   Same as Above<br>Payment Terms:   Net 30 (On Approved Credit)<br>Cage Code:   1P3C5<br>DUNS No:   088365767<br>UEI: DT8KJHZXVJH5<br>Business Size:   Other than Small<br>Sales Tax May Apply | | |
|---|---|---|---|

| | | |
|---|---|---|
| QUOTE NO: | | 61195022 |
| QUOTE DATE: | | 11/14/2025 |
| QUOTE EXPIRES: | | 12/14/2025 |
| RFQ NO: | | |
| SHIPPING: | | ESD |
| TOTAL PRICE: | | $2.00 |
| TOTAL QUOTE: | | $2.00 |

| LINE NO. | PART NO. | DESCRIPTION | | QUOTE PRICE | | QTY | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | C4E-Fed-611 | Claude for Enterprise Federal. Access to Haiku and Sonnet Base Models only. For Federal civilian departments and agencies, and Judicial and Legislative branch agencies.<br>Anthropic, PBC - C4E-Fed<br>End Date: 08/10/2026 | | $1.00 | GSA | 1 | $1.00 |
| 2 | User Count | User Count - 3700<br>Anthropic, PBC | | $0.00 | OM | 3,700 | $0.00 |
| 3 | C4G-Fed-611 | Claude for Government Federal - FedRAMP High Compliant. Access to Haiku and Sonnet Base Models only. For Federal Civilian  Departments and agencies and Judicial and Legislative branch agencies.<br>Anthropic, PBC - C4G-Fed<br>End Date: 08/10/2026 | | $1.00 | GSA | 1 | $1.00 |
| 4 | User Count | User Count - 3700<br>Anthropic, PBC | | $0.00 | OM | 3,700 | $0.00 |

|  | | |
|---|---|---|
| SUBTOTAL: | | $2.00 |
| TOTAL PRICE: | | **$2.00** |
| TOTAL QUOTE: | | **$2.00** |

C4G-Fed - Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or regulatory data - Offer and Access expire after 8/10/2026. Priced per organization.  Access to Haiku and Sonnet Base Models only.  For Federal Civilian  Departments and agencies and Judicial and Legislative branch agencies

C4E-Fed - Claude for Enterprise Federal - Securely connect Claude to your agency's knowledge and empower every team with trusted AI features such as: Web search and advanced research, Encryption, not used for training, complies with business regulations, Can integrate with Slack, Google Workspace, Microsoft 365, Notion, API, Covers business/legal frameworks (SOC 2, GDPR, HIPAA if needed) - Offer and Access expire after 8/10/2026. Priced per organization. Access to Haiku and Sonnet Base Models only. For Federal civilian departments and agencies, and Judicial and Legislative branch agencies.

Quote Terms: https://static.carahsoft.com/concrete/files/8617/5517/6577/Anthropic_GSA_EULA.pdf

https://static.carahsoft.com/concrete/files/8617/5517/6577/Anthropic_GSA_EULA.pdf

* Due to high demand please allow for up to a 14 day processing period *

CONFIDENTIAL
PAGE 1 of 1



| Requesting Department Information | | | | Emergency Purchase Information | | | | | | | | | |
| Requesting Department | Requesting Organization AD/DH Name | Requesting Organization AD/DH Approval Yes/No | Submitted By | Cardholder Name | Cardholder's AO Approval Yes/No | Invoice/Request Due Date | Vendor | Description of Purchase | Amount | If recurring (input the frequency) | If recurring, enter the total amount for the remainder of the fiscal year | OTHER Line of Accounting | Why is it essential and how is it mission critical? |
| DS | Penyn Ashmore | Yes | Bobby Zoppelt | Monique Smith | Yes | 11/14/2026 | Carahsoft | Anthropic Claude AI | $0.00 NA | N/A | Common Services | This is part of the Core mission to pilot AI |

ANT_AR-0347

**carahsoft.**    **ANTHROP\C**

# GSA OneGov Initiative: Deliver Claude AI to All Government Branches for $1

**To receive pricing and/or to schedule an overview reach out to:**
**anthropic@carahsoft.com or call 888.66.CARAH**

Anthropic delivers responsible AI for mission-critical workflows with FedRAMP High authorization via Claude for Government and through its commercial solution, Claude for Enterprise. This offer ensures that the federal workforce can tap into the transformative power of AI to modernize operations, improve decision-making, and deliver better results for taxpayers.

Under the agreement, all eligible participating branches will gain access to the Anthropic offerings for a nominal fee of $1 through August 10, 2026, including the company's frontier models with continuous updates as new capabilities are released.

| Claude for Government - Federal | |
|---|---|
|  | **FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as:**<br>• Law enforcement data<br>• Controlled unclassified information (CUI)<br>• Financial, legal, or regulatory data |

| Claude for Enterprise - Federal | |
|---|---|
|  | **Securely connect Claude to your agency's knowledge and empower every team with trusted AI features such as:**<br>• Web search and advanced research<br>• Encryption, not used for training, complies with business regulations<br>• Can integrate with Slack, Google Workspace, Microsoft 365, Notion, API<br>• Covers business/legal frameworks (SOC 2 and GDPR) |

The $1 deal is available exclusively on Carahsoft Technology Corporation's GSA Schedule. Offer and access expire after August 10, 2026. Price per organization. Access to Haiku and Sonnet base models only. For Federal civilian departments and agencies, and Judicial and Legislative branch agencies.

Relevant Links: Claude for Enterprise | Enterprise Plan FAQ

ANT_AR-0348



**U.S. General Services Administration**

**OFFICE OF INFORMATION TECHNOLOGY CATEGORY**

# OneGov Strategy
# IT Software Initiative

# Industry Engagement
*Resources & Materials*

**Introduction**................................................................................................................**2**

**Engagement Expectations**........................................................................................**2**

**Process** ........................................................................................................................**3**

**FAR Challenges & Next Steps** ..................................................................................**3**

**Frequently Asked Questions** ....................................................................................**5**

    General..................................................................................................................... 5

    Industry ................................................................................................................... 6

    Working Directly with the USG ............................................................................. 7

**Additional Resources: Working Directly with the USG**........................................**8**

**Next Steps** ................................................................................................................**10**



ANT_AR-0349

# Introduction

The **OneGov Strategy** is GSA's enterprise approach to modernizing how the federal government procures and manages information technology, among other commodities. Rooted in President Trump's Executive Orders on Eliminating Waste and Saving Taxpayer Dollars by Consolidating Procurement and on Ensuring Commercial, Cost-effective Solutions in Federal Contracts, this strategy supports a coordinated, governmentwide shift toward smarter, more secure, and more efficient commodity buying.

**Strategic goals:** GSA's OneGov Strategy, IT Initiative is guided by four core goals:

- **Unify IT buying** across agencies to reduce duplication and increase value.
- **Modernize acquisition models** to reflect how commercial IT is delivered today.
- **Strengthen strategic partnerships** with industry to foster innovation and accountability.
- **Standardize terms and performance expectations** to improve security, transparency, and mission outcomes.

# Engagement Expectations

Setting the stage for a successful OneGov engagement will require forging a strategic partnership through dynamic discussion and mutual accommodations, but it must start with information sharing.

There has been overwhelming interest by Industry to gain a deeper understanding of the future path of federal procurement and support to reimagine and implement that future. To ensure our interested Industry Partners receive the time and attention required to implement the sweeping changes articulated in the President's Executive Orders and policies, GSA has established a prioritization framework and key requirements for a successful OneGov Engagement, including:

- Establishing a direct contract between the Original Equipment Manufacturer (OEM) and the United States Government (USG), leveraging the existing FAR framework;
- Discounting catalog pricing for the full products and services catalog; and
- Discounting indirect contracting through resellers;

The following materials will help prepare Industry Partners for participation in a OneGov engagement.



ANT_AR-0350     2

# Process

We've developed a tiered framework to guide prioritization, ensuring all interested Original Equipment Manufacturers, Resellers, Service Providers, and Integrators have an understanding of the approach.

**Tier 1**, which is the current focus, includes software and cloud providers with more than $500M in annual federal spend, a presence across all 24 CFO Act agencies, and a portfolio of FedRAMP-authorized cloud solutions (excluding on-premise). **Tiers 2 through 4** follow the same product scope but reflect decreasing levels of government spend and agency footprint:

- **Tier 2**: $200M–$500M in spend, 18+ CFO Act agencies
- **Tier 3**: $50M–$200M in spend, 10+ agencies
- **Tier 4**: $10M–$50M in spend, 5+ agencies

The OneGov team is working to determine a timeline for engaging OEMs and other IT companies that do not meet the Tier criteria above. Additional Information will be provided on the OneGov site (http://ITVMO.gsa.gov/onegov) as it becomes available.

# FAR Challenges & Next Steps

The OneGov Strategy is not just about pooling demand and negotiating better pricing. It's about fundamentally improving _**how**_ we contract, by identifying and reducing compliance burdens that create friction between commercial vendors and government buyers. GSA is using OneGov as a vehicle to modernize our acquisition approach in areas that have historically caused delays, limited competition, or prevented the government from accessing cutting-edge solutions.

GSA is working with agencies, industry partners, and the FAR Council to explore and pilot meaningful reforms in key areas while supporting FAR 2.0 efforts to streamline and modernize acquisition rules across the board. As part of that, the FAR Council will issue model deviation language (by FAR part) to help agencies adopt best practices faster. As part of our ongoing engagement with OEMs, we've cataloged common OEM concerns and clearly identified which issues are negotiable, which are not, and what potential options or flexibilities exist within those boundaries. Although the Revolutionary Federal Acquisition Regulation (FAR) Overhaul will supersede this initial assessment of the most common OEM-identified barriers, the material below will likely help to address many of the identified barriers.



INFORMATION TECHNOLOGY
Vendor Management Office

While a more detailed analysis follows, the table below provides a snapshot of the most common barriers, their associated top-line clause, and an initial assessment. The assessment determined whether they were **Negotiable, Statutory, Policy, Regulation, or Other**. If an OEM is interested in being a OneGov partner, it is required that OEMs work within this framework.

- **Statutory**: Established by an act of Congress and codified in the United States Code (U.S.C.). These are mandated by law and **cannot be waived, modified, or negotiated**.
- **Regulation**: Issued by federal agencies to implement statutory requirements, which are published in the Code of Federal Regulations (CFR) and include detailed guidance on how to comply with the law. Although **waivers or deviations** may sometimes be permitted, depending on the regulation and agency authority, these are **generally non-negotiable**.
- **Policy**: Established via the FAR Council through the regulatory process at the Office of Management and Budget (OMB) or by an agency within its FAR supplement, and **may be required** to standardize acquisition outcomes. Depending on circumstances and changes in the procurement environment, **deviations are permitted and usually require justification**.
- **Negotiable**: Contract terms and conditions that are subject to being negotiated based on what the government prescribes and taking into account how the contractor offers such terms commercially. These are normally negotiated and approved between the contracting officer and the contractor directly.

### *High-level Table / Dashboard*

| Topic | Top-line Clause | Assessment |
|---|---|---|
| Inspection & Acceptance | FAR 52.212-4 | Negotiable |
| Payments (Multiple) | GSAM/R 552.212-4 | Policy |
| Warranty | FAR 52.212-4(o) | Negotiable |
| Order of Precedence | FAR 52.212-4(s) | Statutory |
| Indemnification by OEM (Patent Indemnity) | FAR 52.212-4(h) | Negotiable |
| Indemnification by USG (Unauthorized Obligations) | FAR 52.212-4(u) GSAR 552.212-4(u) | Statutory |
| Compliance (Various) | FAR 52 | Policy / Regulation (Mostly) |
| Reporting & Administrative | FAR 52.209-9 GSAR 552.238-81 FAR 552.238-88 | Policy |
| Most Favored Customer | GSAR 538.270-1; GSAR 552.238-81 | Policy |
| Subcontracting & Small Business | FAR 52.219-8 FAR 52.219-9 FAR 52.219-16 | Regulation |
| Privacy Act | FAR 52.224-1...2 | Statutory |
| Intellectual (or Gov't) Property | FAR 52.227-14...20 | Regulation |
| Agency-specific Security Requirements | | Regulation |
| Invoicing | FAR Part 32 & Agency Supplemental Clauses | Regulation |
| Mandatory Order Acceptance | FAR 52.216-22 | Policy |


INFORMATION TECHNOLOGY
**Vendor Management Office**

# Frequently Asked Questions

## General

**What is the OneGov Strategy?**

The OneGov Strategy is a governmentwide approach to modernizing how federal agencies procure and manage goods. Led by GSA, the strategy supports the goals of the March 2025 Executive Order on consolidating procurement to eliminate waste and increase value for taxpayers. It focuses on unifying acquisition, simplifying how agencies access technology, and strengthening strategic partnerships with industry.

The OneGov Strategy is a long-term, governmentwide effort to modernize how the federal government buys goods and services, starting with software. It reflects a shift from fragmented, agency-by-agency procurement to a more unified, strategic approach that reduces duplication, increases transparency, and delivers better value.

Our early efforts in the IT area are focused on building direct partnerships with OEMs, simplifying acquisition pathways, and establishing shared terms that benefit agencies across the board. We're building on successful models like our [Governmentwide Microsoft Acquisition Strategy](#) agreement and the recent cost-saving limited-time offers with several OEMs, which demonstrate the value of acting as one government.  Details on current limited-time offers can be found on the [OneGov website](#).

As for rollout, we're taking a phased and collaborative approach, starting where the opportunity and need are most critical. Software is just the beginning. Over time, the strategy will expand to include additional IT categories and beyond. We'll continue to work closely with agencies, industry partners, and stakeholders to shape that evolution thoughtfully.

We're not announcing a fixed number of phases at this time because our goal is to remain flexible and responsive as agency needs, technology, and the market continue to evolve.

**What problem is this strategy solving?**

Today, agencies often buy the same IT products at different prices, with different terms, through separate contracts. This creates inefficiency, increases costs, and limits visibility. The OneGov Strategy allows the government to act as a single customer, negotiating stronger terms, reducing duplication, and streamlining how we buy IT across agencies.


INFORMATION TECHNOLOGY
**Vendor Management Office**

ANT_AR-0353

**Why is the strategy starting with software?**

Software is one of the most widely used and most complex categories of government IT. It's also where legacy acquisition models — especially those built around resellers — are most misaligned with how software is now developed, priced, and supported in the commercial market. By starting with software, we can make early progress on standardization, cost savings, cybersecurity, and transparency, while building a scalable model for future IT categories.

**What's next after software?**

Software is just the beginning. Future phases of the strategy may include other IT categories such as hardware, travel solutions, infrastructure, platforms, cybersecurity tools, and emerging technologies. Each phase will be informed by agency needs, vendor readiness, and the opportunity to drive meaningful improvements in cost, security, and performance.

## Industry

**How will this benefit the industry?**

The OneGov Strategy benefits industry — both OEMs and Resellers  — by simplifying and standardizing how the federal government engages with the commercial IT market.

Instead of negotiating separate terms, pricing structures, and licensing conditions with dozens of individual agencies, OEMs will engage through a single, governmentwide process. This reduces administrative burden, speeds up the procurement cycle, and provides greater predictability in how products and services are evaluated and acquired.

For Resellers, Integrators, and service providers, the strategy clarifies how they fit into the new model. By shifting the contractual relationship directly to the OEM, the need for Reseller or Provider support doesn't go away. Their services — like onboarding, license support, integration, and training — remain valuable and can be delivered under OEM-led agreements as subcontractors or authorized partners. This new model also allows for previously challenging requirements passed from the OEM to customers through the Resellers to be addressed directly with OEMs, eliminating costly engagements for Resellers as a conduit to address OEM-related terms and conditions.

The result is a more efficient, transparent, and scalable path to doing business with the USG, where issues are addressed once, not repeatedly, and market engagement becomes more strategic, not transactional.


INFORMATION TECHNOLOGY
Vendor Management Office

# Working Directly with the U.S. Government

**How will GSA have a "deeper, direct engagement with OEMs"?**

The OneGov Strategy calls for direct and more comprehensive engagements with OEMs to ensure that agencies are getting the best value, the right terms, and the support they need, without the added complexity that can come from multiple intermediaries.

By working directly with OEMs, GSA can negotiate consistent, governmentwide agreements that reflect our true buying power as a whole of government. This helps us address critical needs upfront — like licensing clarity, cybersecurity obligations, and service-level expectations — rather than asking each agency to negotiate those individually.

**What does this mean for IT OEMs?**

Software OEMs will have the opportunity to work directly with GSA and federal buyers through new enterprise agreements that better reflect their commercial practices. This opens the door for more strategic partnerships, streamlined procurement, and more predictable engagement across the government.

**Will this strategy eliminate the use of resellers, integrators, or service providers?**

No. The OneGov IT Strategy does not seek to eliminate the reseller and provider community. Instead, it aims to restructure the relationship between the USG, OEMs, and resellers to reflect how software is developed, delivered, and supported today.

In many cases, OEMs rely on resellers to provide valuable services such as license management, onboarding, training, and integration support. Those roles will continue to be important. What's changing is who holds the contract with the USG.

By shifting the relationship of contract to the OEM, we create a more direct line of accountability, especially for issues like cybersecurity, support commitments, and compliance requirements. These are areas where the federal government often needs information, access, or guarantees that only the OEM can provide.

In today's model, resellers and providers are often caught in the middle, responsible for obligations they can't control, such as data access for breach investigations, faster response times, or the ability to negotiate security terms and service-level agreements (SLAs). That dynamic creates frustration for both government buyers and the VARs themselves.


INFORMATION TECHNOLOGY
**Vendor Management Office**

Under the OneGov Strategy, IT Initiative, OEMs will take direct responsibility for contract terms, while still having the flexibility to work with resellers as subcontractors or authorized partners. This model eliminates role confusion, improves accountability, and allows the entire ecosystem to operate more efficiently.

**Do OEMs really want to sell directly to the government?**

We've seen real success with OEMs like Microsoft, AWS, and Elastic, all of whom have partnered with GSA to offer governmentwide solutions under direct agreements. These companies understand the benefit of streamlined, coordinated engagement with the USG.

We also recognize that OEMs often rely on partner networks to deliver key services. The OneGov model doesn't change that, it simply moves the primary contract relationship to the OEM, while allowing them to continue working with authorized partners as needed.

**The federal acquisition system is complex. How can GSA expect OEMs that don't have their own schedules or government expertise to adapt?**

One of the goals of the OneGov Strategy is to make it easier, not harder, for OEMs to work with the USG. That's why we're creating standardized templates, onboarding support, and working with OEMs through established GSA vehicles, including the Multiple Award Schedule and other governmentwide contracts.

In many cases, the burden of compliance doesn't go away, it shifts to where it belongs: the OEM, who is responsible for the software, services, and security behind the offering. At the same time, OEMs can still designate partners to help manage the delivery, integration, or customer support. We're focused on smart accountability and enterprise efficiency, not additional red tape.

# Additional Resources: Working Directly with the USG

## MAS Schedule and SIN structure

The GSA Multiple Award Schedule (MAS), also commonly referred to as the GSA Schedule, is a comprehensive contract vehicle that streamlines how federal, state, and local governments purchase a wide variety of commercial products and services.

Here's where you can find detailed information about its structure, particularly the Special Item Numbers (SINs) and additional information on how to get a MAS contract.


INFORMATION TECHNOLOGY
**Vendor Management Office**

# Official GSA Resources

1. Roadmap to get a MAS contract: The GSA "Roadmap to Get a MAS Contract" outlines the step-by-step process for businesses to prepare, register, and submit a compliant offer for a Multiple Award Schedule, including required training, readiness assessments, solicitation review, checklist completion, and final submission via eOffer. If you're new to MAS, follow the MAS Roadmap guidance for preparing and sending an offer. Your business may be eligible to use FASt Lane and/or Startup Springboard

2. GSA.gov (the main GSA website)

   - GSA MAS Home Page: Look for sections dedicated to "Selling to GSA" under the Multiple Award Schedule program. These pages often provide high-level overviews and links to more detailed resources.

   - MAS Desk Reference Guide: GSA publishes documents like the "Multiple Award Schedules Desk Reference" (you can often find a PDF version with a quick search on GSA.gov). These guides provide comprehensive explanations of the program, its benefits, and how it works.

   - Multiple Award Schedule IT: This page provides an overview of how federal, state, local, and tribal agencies can buy IT products, services, and solutions through the MAS IT contract vehicle and details about SINs and subcategories

   - Interact Community (buy.gsa.gov/interact/community/6/activity-feed): This is GSA's platform for industry partners and buyers to get updates, news, and engage with the MAS program office. You'll find announcements about solicitation refreshes, changes to SINs, and other important information.

3. GSA eLibrary (eLibrary.gsa.gov): This is the definitive public source for all GSA Schedule contract information.

   - You can search for specific MAS contracts, view awarded contractors, and most importantly, find the full list of Large Categories, Subcategories, and Special Item Numbers (SINs) along with their detailed descriptions.

   - It also contains the official MAS solicitation documents, including all clauses and terms & conditions.

   - How to use it: Navigate to the "Multiple Award Schedule (MAS)" section. You'll often find a direct link or a searchable table that outlines the categories and SINs.

4. Vendor Support Center (VSC): While primarily for current and prospective GSA contractors, the VSC provides a wealth of information, including resources related to the MAS solicitation refreshes and an archive of MAS newsletters.


INFORMATION TECHNOLOGY
Vendor Management Office

# Next Steps

Gaining critical insight into Industry Partners allows for more productive initial engagements, allowing the teams to dive into discussions on challenges and short and long-term opportunities. Providing the information identified on the next page will give the OneGov team the foundation needed to outline a path forward.

# Vendor Profile

Develop a vendor profile that establishes and provides basic corporate and industry information. Please include the following:

- General corporate overview providing a brief summary of your products and services;
- Details on any key engagements with the USG in the last 12 months;
- Info on key executives;
- Provide a general to market route strategy;
- Provide total USG revenue for the last 3 years by year; and
- Provide a total number of resellers and list the top 10.

# Market Research

- Confirm your willingness to establish a governmentwide contact directly with GSA (bypassing the reseller channel), understanding that it would be a mandatory use vehicle for all federal agencies (100% of governmentwide spend for *OEM X*.
    - If you're unable to establish a direct contract, identify barriers and adverse impacts with respect to moving to a direct relationship with the USG.
- Provide the number of active contracts by agency.
- Provide a full list of products and services you and/or your channel provide to the USG, noting the top 10 most commonly used by federal agencies.
- Provide opportunities to improve/streamline the USG's software management, procurement practices, and Federal Acquisition Regulations (FAR) related to IT Commodities, Services, and Cloud.
- Suggest concepts to minimize duplicative engagements and workloads.
- Articulate general/specific compliance barriers related to security and terms and conditions, and compliance requirements the USG could take on if buying were consolidated.
- Convey ways in which products purchased by the federal government deviate from your commercial offerings and offer suggestions for narrowing that gap.


INFORMATION TECHNOLOGY
Vendor Management Office

# Special Pricing and Promotional Offers

As part of the OneGov Strategy, IT Initiative, OEM partners are invited to voluntarily submit offers that align with this effort. This initiative, grounded in Executive Orders focused on eliminating waste and securing cost-effective, commercial solutions, seeks to deliver immediate value to agencies while laying the foundation for long-term transformation.

**Promotional Offer Form**

By completing the form below, OEMs can propose discounts or pricing enhancements that will be reviewed for potential promotion to the federal community. The OneGov team asks that offers:

- Include discounts on currently available and broadly used products or services;
- Be available through the end of the current Administration (or 09/30/2028) at a minimum as this the current standard timeline;
- Be available for both current contract awards and new contract awards; and
- Exceed discounts currently available to agencies.

Participation is optional but reflects a shared commitment to delivering smarter, more secure, and more efficient IT solutions across government.

Link to Promotional Offer Form

Link to Product Spreadsheet to attach to form submission



INFORMATION TECHNOLOGY
**Vendor Management Office**

| From: | zach.whitman@gsa.gov on behalf of USAi Partnerships |
|---|---|
| To: | Gharpurey, Madhulika (HHS/ASFR); Kuruvilla, Jacob (HHS/ASFR); Lepore, Tony A; Shailesh Bodas; Galardi, Kelly (FHWA); LeMaster, Daniel (OST); Goldsby, Lattrice (FTA); Sharma, Vijay; Petersen, David; Hystad, Greg S.; Eric Sidle; Chiu, Matilda H; Steinlage, Jeff; Chaplin, Perry E; Yuen, Alexander; Tilave, Ali; Kimball, Jonathan; Freeman, Doug (Federal); Mora, Perla (Contractor); Passos, Matt (Federal); Oliver, Josh; McMaster, Jay S; Pastick, Neal J; Alvares, Christopher - OCIO-OCIO, DC; Shrader, Jim - OCIO-OCIO, KS; Kelley, Eric; Gray, Mark; YOKLEY, KEVIN S Col NG ANG JFHQ-GA/ANGRCC; MARQUEZ, MARIO E GS-14 USAF ANGRC NGB/CCYC; BREWINGTON, ANTHONY C CIV USAF ANGRC NGB/ANG CDAO |
| Subject: | GSA Suspension of Anthropic Models |
| Date: | Friday, February 27, 2026 5:30:41 PM |
| Attachments: | image.png |

Dear Partners,

Per Presidential directive, USAi will suspend availability of all Anthropic models immediately.

**The following Anthropic models will be immediately inaccessible:**
Claude Haiku 3.5, Sonnet 4, Sonnet 4.5, Opus 4, and Opus 4.5.

**Action Required:** Immediately transition any Trial use cases to other model providers on the platform to minimize downtime.

We sincerely apologize for the inconvenience and limited notice regarding this change. Thank you for your understanding.

Best regards,

Zach


--

| partnerships@usai.gov
Accelerating trustworthy adoption of AI across the federal government.

| | |
|---|---|
| **From:** | Office of Chief Information Officer |
| **To:** | ALL OPM |
| **Subject:** | Presidential Order: Cease Use of Anthropic/Claude |
| **Date:** | Friday, February 27, 2026 6:11:37 PM |
| **Attachments:** | SystemDevelopment-CodingTools.pdf |

OPM Colleagues,

The President has directed all federal agencies to immediately cease any use of Anthropic technology (marketed as the "Claude" AI model). Effective immediately, employees and contractors must not access, use, upload, process data, or store any information on Anthropic Claude systems, tools, or models.

To support compliance, we have blocked access to Claude.

Approved alternatives include the following:

- OpenAI ChatGPT: https://chatgpt.com/
- xAI Grok: https://grok.com/
- Microsoft Copilot: https://m365.cloud.microsoft/chat

Please refer to the attached for alternative software development and coding tools. If you previously used Claude for coding, you may use OpenAI Codex or GitHub Copilot. Do not use Claude Code Claude even if you believe a non-Anthropic backend model is being used.

Please notify your supervisor and OCIO immediately if your work depends on Claude or associated models.

We will provide additional updates as more information becomes available.

Thank you for your prompt attention and compliance.

Adam Starr
Chief Information Officer

ANT_AR-0361

**Claude Disabled**

Claude and Claude Code models have been fully disabled. Any tools or extensions that relied on Claude in Visual Studio Code or GitHub will no longer function.

---

**Codex Now Available**

Codex is fully enabled in our environment.
Enterprise ChatGPT access uses SSO, so you simply log in with your normal credentials.
Codex is also available inside GitHub through its built-in AI and Copilot interfaces.

---

**Using Codex in Visual Studio Code**

- Open the Extensions panel and search for OpenAI or Codex, then install an approved extension.
- Open the command palette and choose the option to set your OpenAI API key. If prompted, authentication flows through enterprise SSO.
- Open Settings, search for the extension, and select a Codex model.
- You can then use suggestions, explanations, refactoring, and other AI-assisted coding features.

---

**Using Codex in GitHub**

- Sign in with your standard enterprise SSO login.
- Open GitHub's AI or Copilot tools, which now use Codex for code suggestions, review assistance, and repository-aware guidance.
- Since Claude is disabled, Codex should be used for all AI-supported development tasks.

ANT_AR-0362

| | |
|---|---|
| **From:** | Chris Nam |
| **To:** | Bob Randall |
| **Cc:** | Avneesh Arya; Bill Dabbs; Garo Nalabandian; Juan Jimenez; Basia Sall; pubsec-federal |
| **Subject:** | [External_Sender] Re: Question about our version of Anthropic Claude |
| **Date:** | Tuesday, February 24, 2026 4:06:20 PM |
| **Attachments:** | image001.png |

Hi Bob, to confirm, C4G is part of the FedRamp High offering and is hosted on **Palantir FedStart infrastructure**, thus the reason for the URL below you highlighted. Please let me know if you have any other questions, thank you.

Chris

On Tue, Feb 24, 2026 at 3:20 PM Bob Randall <Bob.Randall@nrc.gov> wrote:

> Chris –
>
> Out security team asked this question:
>
> "are we utilizing the FedRAMP High or Low offering? Based on discussion with Basia, the dollar offer was for the FedRAMP Low offering that is navigating the 20x program. However, you indicated that we are using the Palantir FedRAMP high instance. We need confirmation on which path."
>
> Can you tell us exactly which version we have access to? Our URL is https://claude.fedstart.com/new Is it related to Palantir?
>
> Thanks –
>
> Bob
>
> Bob Randall
>
> Special Assistant, IT Strategy & Modernization
>
> IT Services Development & Operations Division

ANT_AR-0363

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov



--

Chris Nam
Public Sector GTM - Federal Civilian Lead
chrisnam@anthropic.com

ANT_AR-0364

| | |
|---|---|
| **From:** | Chris Nam |
| **To:** | Bob Randall; Avneesh Arya |
| **Cc:** | Justin Vincent; pubsec-federal |
| **Subject:** | [External_Sender] Welcome NRC to Claude for Government |
| **Date:** | Tuesday, February 10, 2026 9:59:50 AM |
| **Attachments:** | C4G Onboarding Overview_ External Version.pdf |

Hi Bob/Avneesh,

Thank you again for NRC's recent procurement, we are excited to begin the onboarding process with you.   We are looking forward to our call later this afternoon to walk you through the provisioning.

Avneesh, you have been provisioned with your email at claude.fedstart.com. Please see attached instructions on logging in and setting up the IDP integration here.  If you have a chance please go ahead and start the process and we can walk through any questions and enablement sessions on our call, thank you and welcome to Claude!


--

Chris Nam
Public Sector GTM - Federal Civilian Lead
chrisnam@anthropic.com

ANT_AR-0365

| | |
|---|---|
| **From:** | Chris Nam |
| **To:** | Bob Randall |
| **Cc:** | Avneesh Arya; Caden Kokes; Chris Suk; Matthew Homiack; Basia Sall |
| **Subject:** | [External_Sender] Re: Re: Anthropic Claude for Government Nuclear Regulatory Commission |
| **Date:** | Friday, February 6, 2026 4:13:24 PM |

Hi Avneesh, this works for my schedule but also checking with my engineering team schedule and will be back in touch shortly.

Chris

On Fri, Feb 6, 2026 at 4:11 PM Chris Nam <chrisnam@anthropic.com> wrote:
> Hi Bob, I will be emailing you personally once I confirm you are provisioned with the appropriate link.
>
> Chris
>
> On Fri, Feb 6, 2026 at 3:48 PM Bob Randall <Bob.Randall@nrc.gov> wrote:
>
>> Chris –
>>
>> We have the technical team ready to go to set up the domain and SSO configurations for Anthropic. The answers to your questions are below. Should I expect to get an email with link again soon to complete those configurations? Avneesh Arya, who is copied here, is the technical resource that will coordinate with your team to set these things up. We would like to get this going ASAP.
>>
>>> • **Email Domain Scope**: What is the full set of email domains that will be included under this organization? **NRC.gov**
>>>
>>> • **SSO Configuration**: Who is responsible for setting up Single Sign-On applications for those domains? **Avneesh Arya, copied here**.
>>>
>>> • **Domain Verification**: Are you able to perform domain verification for these domains on your end? **Yes**
>>>
>>> • **Identity Provider**: Is there a single identity provider (IdP) managing accounts for all of those domains? (This is a requirement for Claude for Government deployment) **Yes**
>>>
>>> • **IP Allowlisting**: Do you have any specific IP blocks that are appropriate for allowlisting on our end? While we plan to open access to all US IP addresses in the near future, our current early rollout phase requires some IP allowlisting configuration. **We can discuss your specific requirements with your technical team**.

ANT_AR-0366



Bob Randall

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

---

**From:** Chris Nam <chrisnam@anthropic.com>
**Sent:** Friday, February 6, 2026 3:15 PM
**To:** Bob Randall <Bob.Randall@nrc.gov>
**Cc:** Avneesh Arya <Avneesh.Arya@nrc.gov>; Caden Kokes <Caden.Kokes@carahsoft.com>; Chris Suk <Chris.Suk@nrc.gov>; Matthew Homiack <Matthew.Homiack@nrc.gov>; Basia Sall <Basia.Sall@nrc.gov>
**Subject:** [External_Sender] Re: Anthropic Claude for Government Nuclear Regulatory Commission

Hi Bob, thanks so much for your patience on this matter.  There was an error in the provisioning process but this should now be occurring by some time today or latest early Monday.  Can we set up an introductory call early or mid next week to walk through the provisioning and answer any questions you may have in order to have a successful onboarding experience?  Please feel free to suggest some times and I can work with schedules on my end.  In the meantime, if you could work through the following information it will help greatly with the onboarding process:

- **Email Domain Scope**: What is the full set of email domains that will be included under this organization?

- **SSO Configuration**: Who is responsible for setting up Single Sign-On applications for those domains?

ANT_AR-0367

- **Domain Verification**: Are you able to perform domain verification for these domains on your end?

- **Identity Provider**: Is there a single identity provider (IdP) managing accounts for all of those domains? (This is a requirement for Claude for Government deployment)

- **IP Allowlisting**: Do you have any specific IP blocks that are appropriate for allowlisting on our end? While we plan to open access to all US IP addresses in the near future, our current early rollout phase requires some IP allowlisting configuration.

Chris

On Fri, Feb 6, 2026 at 1:37 PM Chris Nam <chrisnam@anthropic.com> wrote:

Hi Bob, so sorry for the miscommunication here, an email should've been autogenerated walking through next steps. I'll look into what happened there but we'll also get your onboarding instructions this afternoon, thanks so much for your patience.

Chris

On Thu, Feb 5, 2026 at 7:08 AM Bob Randall <Bob.Randall@nrc.gov> wrote:

Hi Chris and the Anthropic team –

I am just returning from vacation and I see that we paid for Anthropic Claude back on January 27th but I have not found any communications on getting started with Claude for Government. Also Avneesh on our team asked back on January 23rd for the admin configurations and SOO requirements for Claude so our security team can review those and get prepared for the changes. Can we get moving on this as soon as possible please so we can work on getting Clause available to our testers?

Thank you –

Bob

ANT_AR-0368

 **Bob Randall**

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

---

**From:** Avneesh Arya <Avneesh.Arya@nrc.gov>
**Sent:** Friday, January 23, 2026 5:06 PM
**To:** Bob Randall <Bob.Randall@nrc.gov>; Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>; Caden Kokes <Caden.Kokes@Carahsoft.com>; Chris Suk <Chris.Suk@nrc.gov>; Matthew Homiack <Matthew.Homiack@nrc.gov>; Basia Sall <Basia.Sall@nrc.gov>
**Subject:** Re: Anthropic Claude for Government Nuclear Regulatory Commission

Hi Chris- following up on this.

Thanks.

Avneesh

---

**From:** Bob Randall <Bob.Randall@nrc.gov>
**Sent:** Wednesday, January 21, 2026 5:01:51 PM
**To:** Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>; Caden Kokes <Caden.Kokes@Carahsoft.com>; Avneesh Arya <Avneesh.Arya@nrc.gov>; Chris Suk <Chris.Suk@nrc.gov>; Matthew Homiack <Matthew.Homiack@nrc.gov>; Basia Sall <Basia.Sall@nrc.gov>

ANT_AR-0369

**Subject:** RE: RE: RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

Chris –

Can you provide us some links to the admin configurations and SOO requirements for Claude so our security team can review those and get prepared for the changes?

Thanks –

Bob



Bob Randall

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

---

**From:** Caden Kokes <Caden.Kokes@Carahsoft.com>
**Sent:** Wednesday, January 21, 2026 4:46 PM
**To:** Bob Randall <Bob.Randall@nrc.gov>; Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** [External_Sender] RE: RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

ANT_AR-0370

Hi Bob,

Here is the requested 3500 quantity of Claude for Government.

Please let me know if there is anything needed!

Best,

Cade Kokes

CADE KOKES
GOVERNMENT ACCOUNT REPRESENTATIVE

carahsoft.
CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA 20190
T: 571.668.7006 | 888.66.CARAH | F: 703.871.8505

CADEN.KOKES@CARAHSOFT.COM | WWW.CARAHSOFT.COM | CARAH.IO/CADEKOKESZOOM

FOLLOW US ON  FACEBOOK | TWITTER | LINKEDIN

**From:** Caden Kokes <Caden.Kokes@Carahsoft.com>
**Sent:** Wednesday, January 21, 2026 10:40 AM
**To:** Bob Randall <Bob.Randall@nrc.gov>; Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** RE: RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

Hi Bob,

I am working with Chris to get a confirmed time to meet.

For the quote, I would need the quantity count of your agency.

As well, the confirmed item you are looking to procure.

ANT_AR-0371

Best,

Cade Kokes

**CADE KOKES**
GOVERNMENT ACCOUNT REPRESENTATIVE

carahsoft.

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA 20190
T: 571.668.7006 | 888.66.CARAH | F: 703.871.8505

CADEN.KOKES@CARAHSOFT.COM | WWW.CARAHSOFT.COM | CARAH.IO/CADEKOKESZOOM

FOLLOW US ON  FACEBOOK | TWITTER | LINKEDIN

---

**From:** Bob Randall <Bob.Randall@nrc.gov>
**Sent:** Wednesday, January 21, 2026 10:26 AM
**To:** Caden Kokes <Caden.Kokes@Carahsoft.com>; Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** RE: RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

Caden –

Can you send us the pricing quote for Anthropic Claude when you have a moment so we can get our purchasing team lined up? This will just be a basic credit card purchase for us.

Thanks –

Bob

ANT_AR-0372



**Bob Randall**

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

---

**From:** Caden Kokes <Caden.Kokes@Carahsoft.com>
**Sent:** Friday, January 16, 2026 3:49 PM
**To:** Bob Randall <Bob.Randall@nrc.gov>; Chris Nam <chrisnam@anthropic.com>
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** [External_Sender] RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

Hi Bob and Chris,

I understand that 3pm would work, I would like to request if we could move the meeting around 4pm on Tuesday.

As I have another meeting scheduled around that time.

Please let me know!

Best,

Cade Kokes

**CADE KOKES**
GOVERNMENT ACCOUNT REPRESENTATIVE

carahsoft.

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA 20190

ANT_AR-0373

T: 571.668.7006 | 888.66.CARAH | F: 703.871.8505

CADEN.KOKES@CARAHSOFT.COM | WWW.CARAHSOFT.COM | CARAH.IO/CADEKOKESZOOM

FOLLOW US ON  FACEBOOK | TWITTER | LINKEDIN

---

**From:** Bob Randall <Bob.Randall@nrc.gov>
**Sent:** Friday, January 16, 2026 11:38 AM
**To:** Chris Nam <chrisnam@anthropic.com>
**Cc:** Caden Kokes <Caden.Kokes@Carahsoft.com>; Anthropic <Anthropic@Carahsoft.com>
**Subject:** RE: Re: Anthropic Claude for Government Nuclear Regulatory Commission

Lets shoot for 3pm on Tuesday.



Bob Randall

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

---

**From:** Chris Nam <chrisnam@anthropic.com>
**Sent:** Friday, January 16, 2026 11:18 AM
**To:** Bob Randall <Bob.Randall@nrc.gov>
**Cc:** Caden Kokes <Caden.Kokes@carahsoft.com>; Anthropic <Anthropic@carahsoft.com>
**Subject:** [External_Sender] Re: Anthropic Claude for Government Nuclear Regulatory Commission

ANT_AR-0374

Hi Bob,

Thanks for the heads up on your availability. I can definitely make time before you leave.

How does Tuesday afternoon between 3-5pm or Wednesday morning at 10am next week look for a 30-minute call?

Chris

On Fri, Jan 16, 2026 at 10:10 AM Bob Randall <Bob.Randall@nrc.gov> wrote:

Good morning everyone –

Just as a quick heads up, next week I am only in the office Tuesday through most of Thursday then I will be out until February 5th on vacation. If we could meet before I leave, that would be great.

Thank you –

Bob



Bob Randall

Special Assistant, IT Strategy & Modernization

IT Services Development & Operations Division

Office of the Chief Information Officer

U.S. Nuclear Regulatory Commission

Bob.Randall@nrc.gov

(301) 287-0828

ANT_AR-0375

**From:** Caden Kokes <Caden.Kokes@Carahsoft.com>
**Sent:** Thursday, January 15, 2026 10:40 AM
**To:** Bob Randall <Bob.Randall@nrc.gov>; chrisnam@anthropic.com
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** [External_Sender] Anthropic Claude for Government Nuclear Regulatory Commission

Hi Bob,

I appreciate the call!

Below I am including the Claude for Government solutions overview as well the purchase guide attached.

- Claude for Government

I understand that your agency is wanting to speed the provisioning process up. I am adding in @Chris Nam from Anthropic to set up a meeting time in the next week.

Hi Chris,

Bob at the Nuclear Regulatory Commission is wanting to set up a quick informational call to discuss offers.

Please include your availability for a 30-minute conference call for the next week.

Looking forward to getting this moving!

Best,

Cade Kokes

ANT_AR-0376

**CADE KOKES**
GOVERNMENT ACCOUNT REPRESENTATIVE

carahsoft.

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA  20190
T: 571.668.7006 | 888.66.CARAH | F: 703.871.8505

CADEN.KOKES@CARAHSOFT.COM | WWW.CARAHSOFT.COM | CARAH.IO/CADEKOKESZOOM

FOLLOW US ON   FACEBOOK | TWITTER | LINKEDIN

--

Chris Nam

Public Sector GTM - Federal Civilian Lead

chrisnam@anthropic.com

--

Chris Nam

Public Sector GTM - Federal Civilian Lead

chrisnam@anthropic.com

--

Chris Nam

ANT_AR-0377

Public Sector GTM - Federal Civilian Lead

chrisnam@anthropic.com

--

Chris Nam
Public Sector GTM - Federal Civilian Lead
chrisnam@anthropic.com

--

Chris Nam
Public Sector GTM - Federal Civilian Lead
chrisnam@anthropic.com

ANT_AR-0378

| | |
|---|---|
| **From:** | Chris Nam |
| **To:** | Bob Randall |
| **Cc:** | Caden Kokes; Anthropic |
| **Subject:** | [External_Sender] Re: Anthropic Claude for Government Nuclear Regulatory Commission |
| **Date:** | Friday, January 16, 2026 11:18:35 AM |

Hi Bob,

Thanks for the heads up on your availability. I can definitely make time before you leave.

How does Tuesday afternoon between 3-5pm or Wednesday morning at 10am next week look for a 30-minute call?

Chris

On Fri, Jan 16, 2026 at 10:10 AM Bob Randall <Bob.Randall@nrc.gov> wrote:

> Good morning everyone –
>
> Just as a quick heads up, next week I am only in the office Tuesday through most of Thursday then I will be out until February 5th on vacation. If we could meet before I leave, that would be great.
>
> Thank you –
>
> Bob
>
>  Bob Randall
>
> Special Assistant, IT Strategy & Modernization
>
> IT Services Development & Operations Division
>
> Office of the Chief Information Officer
>
> U.S. Nuclear Regulatory Commission
>
> Bob.Randall@nrc.gov
>
> (301) 287-0828

ANT_AR-0379

**From:** Caden Kokes <Caden.Kokes@Carahsoft.com>
**Sent:** Thursday, January 15, 2026 10:40 AM
**To:** Bob Randall <Bob.Randall@nrc.gov>; chrisnam@anthropic.com
**Cc:** Anthropic <Anthropic@Carahsoft.com>
**Subject:** [External_Sender] Anthropic Claude for Government Nuclear Regulatory Commission

Hi Bob,

I appreciate the call!

Below I am including the Claude for Government solutions overview as well the purchase guide attached.

- Claude for Government

I understand that your agency is wanting to speed the provisioning process up. I am adding in @Chris Nam from Anthropic to set up a meeting time in the next week.

Hi Chris,

Bob at the Nuclear Regulatory Commission is wanting to set up a quick informational call to discuss offers.

Please include your availability for a 30-minute conference call for the next week.

Looking forward to getting this moving!

Best,

ANT_AR-0380

Cade Kokes

**CADE KOKES**
GOVERNMENT ACCOUNT REPRESENTATIVE

carahsoft.

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA  20190
T: 571.668.7006 | 888.66.CARAH | F: 703.871.8505

CADEN.KOKES@CARAHSOFT.COM | WWW.CARAHSOFT.COM | CARAH.IO/CADEKOKESZOOM

FOLLOW US ON  FACEBOOK | TWITTER | LINKEDIN

--

Chris Nam
Public Sector GTM - Federal Civilian Lead
chrisnam@anthropic.com

ANT_AR-0381

**PRICE QUOTATION**

## CARAHSOFT TECHNOLOGY CORP

11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VIRGINIA 20190
PHONE (703) 871-8585 | FAX (703) 871-8505
WWW.CARAHSOFT.COM | SALES@CARAHSOFT.COM



| | |
|---|---|
| **TO:** Bob Randall<br>Special Assistant<br>Nuclear Regulatory Commission<br>5746 MARLIN RD<br>CHATTANOOGA, TN 37411 USA | **FROM:** Caden Kokes<br>Carahsoft Technology Corp.<br>11493 Sunset Hills Road<br>Suite 100<br>Reston, Virginia 20190 |
| **EMAIL:** bob.randall@nrc.gov | **EMAIL:** Caden.Kokes@carahsoft.com |
| **PHONE:** (301) 287-0828 | **PHONE:** (571) 668-7006 |

**TERMS:** GSA Schedule No: 47QSWA18D008F
Term: August 22, 2018 - August 21, 2028
FTIN: 52-2189693
Shipping Point: FOB Destination
Credit Cards: VISA/MasterCard/AMEX
Remit To: Same as Above
Payment Terms: Net 30 (On Approved Credit)
Cage Code: 1P3C5
DUNS No: 088365767
UEI: DT8KJHZXVJH5
Business Size: Other than Small
Sales Tax May Apply

| | |
|---|---|
| QUOTE NO: | 60171048 |
| QUOTE DATE: | 01/21/2026 |
| QUOTE EXPIRES: | 02/20/2026 |
| RFQ NO: | |
| SHIPPING: | ESD |
| TOTAL PRICE: | $1.00 |
| TOTAL QUOTE: | $1.00 |

| LINE NO. | PART NO. | DESCRIPTION | LIST PRICE | QUOTE PRICE | | QTY | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | C4G-Fed-611 | Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or<br>Anthropic, PBC - C4G-Fed<br>End Date: 08/10/2026 | $1.00 | $1.00 | GSA | 1 | $1.00 |
| 2 | User Count | User Count - 3500<br>Anthropic, PBC | $0.00 | $0.00 | OM | 3,500 | $0.00 |
| | | **SUBTOTAL:** | | | | | $1.00 |
| | | | **TOTAL PRICE:** | | | | $1.00 |
| | | | **TOTAL QUOTE:** | | | | $1.00 |

C4G-Fed - Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or regulatory data - Offer and Access expire after 8/10/2026. Priced per organization. Access to Haiku and Sonnet Base Models only. For Federal Civilian Departments and agencies and Judicial and Legislative branch agencies

Quote Terms: https://static.carahsoft.com/concretefiles/8617/5517/6577Anthropic_GSA_EULA.pdf
https://static.carahsoft.com/concrete/files/8617/5517/6577/Anthropic_GSA_EULA.pdf

\* Due to high demand please allow for up to a 14 day processing period \*

ANT_AR-0382

| | | |
|---|---|---|
| | QUOTE DATE: | 01/21/2026 |
| | QUOTE NO: | 60171048 |

| NRC FORM 30 (04-17-2023) | U.S. NUCLEAR REGULATORY COMMISSION | 1. Date of Request 01/22/2026 | 2. Date Due (If applicable) |
|---|---|---|---|
| | **REQUEST FOR ADMINISTRATIVE SERVICES** | **3a. Request Number** (Leave Blank) | |
| **FOR HEADQUARTERS: SEND TO THE APPROPRIATE MAIL STOP LISTED WITH TYPE OF SERVICE** | | **3b. PCO Number** (If requesting a purchase with your office funding) | |

| 4. Type of Service | | Mail Stop | 5. Personal Property Approval |
|---|---|---|---|
| ☐ | BUILDING ALTERATIONS AND SERVICES | T-3B06M | I certify that personal property assets within the Office /Division have been carefully screened for excess, are currently fully utilized, and the additional requested items are absolutely essential to work performance and will be used only for official purposes. |
| ☐ | PHOTOGRAPHY / AUDIOVISUAL | T-6E7 | |
| ☐ | PROPERTY AND LABOR SERVICES | T-7B50M | **5a. Property Custodian -- Signature** |
| ✓ | SUPPLIES | O-P141 | |
| ☐ | SYSTEM FURNITURE REQUEST | T-7B50M | **5b. Division Director/Designee -- Signature** |
| ☐ | OTHER | O-P133 | |

| 6. Requestor | 7. Office | 8. Phone Number | 9. Facsimile Number | 10. Mail Stop |
|---|---|---|---|---|
| Bob Randall | OCIO | (301) 287-0828 | | |

**11. Special Instructions** (Include Title, Instructions, Stock Numbers, Justification, Quantities, Commodity Code, NAICS Code, and Units when applicable). [If requesting an IT purchase, Please attach the intake approval e-mail when submitting the purchase requests.]

This request is to purchase the AI software from the GSA OneGov offering called Claude for Government. This procurement opportunity is offered to federal agencies at a significant discount to allow federal agencies to test different foundational artificial intelligence LLMs and compare them to other models. The part number is C4G-Fed-611 and it is offered through Carahsoft. A formal price quotation is available for the purchase and it shows 3500 licenses for a total cost of $1. This software is being submitted through the Intake process now.

Funding: 51-J-144-6191
NAICS Code: 511210  Commodity Code: 7A21
POP Date:
End Date:
Please send subscription licenses and any information/instructions to:
OCIOsoftwareassetmanagementteam.resource@nrc.gov

| 12. Funding Information | | | | |
|---|---|---|---|---|
| JOB CODE | B & R NUMBER | BOC | FUND SOURCE | AMOUNT |
| 6191 | 2026-51-J-144 | 2572S | X0200 | $1.00 |
| | | | | |
| | | | | |

**13. Funds Certified Available by: Signature and Date -- Certifying Official**

| For Processing Use Only (Leave this section blank) | |
|---|---|
| **14. Requirement Approved -- Signature and Date** | **15. Signature -- Recipient and Date** |
| | |

| 16. Office of Administration Processing | | | |
|---|---|---|---|
| Action | Signature and Date | Action | Signature and Date |
| A. Posted | | C. Verified | |
| B. Filled | | D. Completed | |

| The material and/or services itemized above have been received in the quantity and quality specified, except as otherwise noted. | **17. Requisitioning Officer -- Signature and Date** |
|---|---|

ANT_AR-0383

# carahsoft.

**Invoice**

| | Date 1/27/2026 | Page 1 |
|---|---|---|
| **Invoice Number** 26010565INV | | |

Carahsoft Technology Corp.
11493 Sunset Hills Road, Suite 100
Reston, Virginia 20190

| Phone: | (703) 871-8500 |
|---|---|
| Fax: | (703) 871-8505 |

**Bill To:**
U.S. NUCLEAR REGULATORY COMMISSION
ATTN: Deborah Colbert
11555 Rockville Pike
Rockville, MD 20852

**Ship To:**
Nuclear Regulatory Commission
ATTN: Bob Randall
5746 MARLIN RD
CHATTANOOGA, TN 37411

| PO Number VISA | Order Date 1/26/2026 | Customer No. NRC001 | Salesperson Caden Kokes | Order No. 26010565 | Ship VIA ESD | Terms CC |
|---|---|---|---|---|---|---|
| Quantity | Item Number | Start/End Date | Description | | Unit Price | Extended Price |
| 1.00 | C4G-Fed-611 | 8/10/2026 | Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or | | 1.00 | 1.00 |
| 3,500.00 | User Count | | User Count - 3500 Additional Description: | | 0.00 | 0.00 |

**Paid**
1/26/2026
VISA

**Remit to:**
Carahsoft Technology Corporation
11493 Sunset Hills Road Ste 100
Reston, VA 20190
FEIN 52-2189693 DUNS 088365767
CA Sales Tax # SC OHB 100-529633
GST/HST# 848833299 RT0001
BC-PST# PST-1487-7716

For questions on this invoice, please contact AR at 703-581-6566
or via email at AR@Carahsoft.com

Currency USD unless otherwise specified

| | |
|---|---|
| Subtotal | 1.00 |
| Total Sales Tax | |
| Total Amount | 1.00 |
| Less Payment | |
| Amount Due | 1.00 |

ANT_AR-0384

| | |
|---|---|
| **From:** | Garo Nalabandian |
| **To:** | Juan Jimenez; CISO |
| **Cc:** | NRC_CCB; Scott Flanders; Basia Sall |
| **Subject:** | RE: CISO Review and Approval Requested for CHG0039925 – (POC: Avneesh Arya) Initial/POC deployment of Anthropic Claude C4G (Configuration Settings and Single Sign-On) |
| **Date:** | Saturday, February 28, 2026 8:45:47 AM |

Based on recent guidance from the administration, this request to authorize the Anthropic Claude AI model is denied and  agency use of the model is strictly prohibited. Additionally, web access to the model should be disallowed and the TRM updated to indicate this status.


Thank you,

Garo

---

**From:** Juan Jimenez <Juan.Jimenez@nrc.gov>
**Sent:** Thursday, February 19, 2026 5:02 PM
**To:** CISO <CISO@nrc.gov>
**Cc:** NRC_CCB <NRC_CCB@nrc.gov>
**Subject:** CISO Review and Approval Requested for CHG0039925 – (POC: Avneesh Arya) Initial/POC deployment of Anthropic Claude C4G (Configuration Settings and Single Sign-On)

CISOs,

NRC will be testing **Anthropic Claude C4G** as one of GenAI foundation models, it is a version of Anthropic's AI model specifically engineered for U.S. national security and federal government use cases that require high levels of security and compliance. It is FedRAMP-High authorized and offered as a SaaS product through Anthropic's partnership with Palantir. The proof of concept will be limited to less than 50 users.

   CHG0039925 –  – (POC: Avneesh Arya) Initial/POC deployment of Anthropic
   Claude C4G (Configuration Settings and Single Sign-On)

I am attaching some additional documentation on the API and C4G onboarding overview.

Please let us know if you have any questions

Thanks

**Juan F. Jimenez**
*Sr. IT Specialist (INFOSEC)*
*Security Operations Branch*
*Cyber & Information Security Division*
*Office of the Chief Information Officer*

ANT_AR-0385

*US Nuclear Regulatory Commission*
*Phone Number: 227-265-6188*

ANT_AR-0386

**Generative Artificial Intelligence (GenAI) Availability Update**

**Announcement Category - IT/IM Resources**

In alignment with recent White House direction on artificial intelligence technologies, the use of the Anthropic Claude AI model is not authorized nor available to access on agency networks. For additional details on appropriate use of AI, please view the previous announcement on Responsible Use of Generative Artificial Intelligence.

Thank you for your continued responsible use of GenAI at the agency.

**Office:** OCIO      **Submitter's Email:** Patricia.Walker-Webb@nrc.gov      **Authorizing Official:** Scott Flanders      **Publish On:** March 03, 2026

ANT_AR-0387

**From:** Woytek, Joanne (GSFC-LP013)
**To:** Marshall, Alexander (GSFC-SEWP)[KBR]; Fedeli, Marcus A. (GSFC-SEWP)[Halvik Corp]; Nicol, George S. (GSFC-LP013); Kinney, Theresa M. (GSFC-LP013)
**Cc:** Johnson, Jon M. (GSFC-SEWP)[Halvik Corp]; Toeller, Michael A. (GSFC-SEWP)[KBR]
**Subject:** RE: Anthropic News
**Date:** Saturday, February 28, 2026 7:57:00 PM
**Attachments:** image001.png
image003.png
image005.png
image006.png

Al

Please go ahead and EOL all associated CLINs

************************



Joanne Woytek

NASA SEWP Program Director

NASA Office of Procurement

joanne.woytek@nasa.gov

help@sewp.nasa.gov (SEWP Help)

**From:** Marshall, Alexander (GSFC-SEWP)[KBR] <alexander.marshall-1@nasa.gov>
**Sent:** Saturday, February 28, 2026 9:46 AM
**To:** Fedeli, Marcus A. (GSFC-SEWP)[Halvik Corp] <marcus.a.fedeli@nasa.gov>; Woytek, Joanne (GSFC-LP013) <joanne.r.woytek@nasa.gov>; Nicol, George S. (GSFC-LP013) <george.s.nicol@nasa.gov>; Kinney, Theresa M. (GSFC-LP013) <theresa.m.kinney@nasa.gov>
**Cc:** Johnson, Jon M. (GSFC-SEWP)[Halvik Corp] <jon.m.johnson@nasa.gov>; Toeller, Michael A. (GSFC-SEWP)[KBR] <michael.a.toeller@nasa.gov>
**Subject:** RE: Anthropic News

Newsletter cover image



## GSA Stands with President Trump on National Security AI Directive

 Richard R. Mackey

**Read this article on LinkedIn to join the conversation**

[Read on LinkedIn]

**WASHINGTON** - Today, in support of President Trump's directive "to IMMEDIATELY CEASE all use of Anthropic's technology," the U.S. General Services Administration (GSA) is removing Anthropic from USAi.gov and our Multiple Award Schedule (MAS). This decision reflects our responsibility under the President's AI Action Plan for the American people.

"GSA stands with the President in rejecting attempts to politicize work dedicated to America's national security. Building resilient, secure, and scalable AI solutions demands alignment, trust, and a willingness to make hard calls," **said GSA Administrator Edward C. Forst**. "We're committed to delivering results for Americans, and working with our AI industry partners who fit the bill."

POTUS Truth Social

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY!

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again!

...

Keep reading on LinkedIn

ANT_AR-0388

I had the same thought. I forwarded this article to my work email last night during my flight.



**Alexander (Al) Marshall**
Technical Strategy Manager
NASA SEWP SITSS
KBR, Inc
7601 Ora Glen Dr, Greenbelt, MD 20770
C: 240.304.9619
O: 301.614.7141
alexander.marshall-1@nasa.gov

---

**From:** Fedeli, Marcus A. (GSFC-SEWP)[Halvik Corp] <marcus.a.fedeli@nasa.gov>
**Sent:** Friday, February 27, 2026 8:48 PM
**To:** Woytek, Joanne (GSFC-LP013) <joanne.r.woytek@nasa.gov>; Nicol, George S. (GSFC-LP013) <george.s.nicol@nasa.gov>; Kinney, Theresa M. (GSFC-LP013) <theresa.m.kinney@nasa.gov>
**Cc:** Johnson, Jon M. (GSFC-SEWP)[Halvik Corp] <jon.m.johnson@nasa.gov>; Marshall, Alexander (GSFC-SEWP)[KBR] <alexander.marshall-1@nasa.gov>; Toeller, Michael A. (GSFC-SEWP)[KBR] <michael.a.toeller@nasa.gov>
**Subject:** Anthropic News

I'm not sure what standard protocol is, but I wanted to send this article over for awareness. Should we remove them from SEWP as well for the time being, or do we want for official notice?

https://www.defenseone.com/threats/2026/02/trump-directs-government-immediately-cease-using-anthropic-technology/411776/?oref=d1-featured-river-secondary

ANT_AR-0389

| CLIN | CLIN_SDESC | PART_NUMBER | EOL_DATE | VALID_ON_DATE | ARCHIVE_DATE |
|---|---|---|---|---|---|
| C4G-2-Q130870-1 | Claude for Government - FedRAMP High Compliant. Access to Haiku and Sonnet Base | C4G-2 | 2/28/2026 | 2/6/2026 | 3/1/26 12:08 AM |
| C4G-2 | Claude for Gov - FedRAMP High Compliant.Access to Haiku and Sonnet Base Model | C4G-2 | 2/28/2026 | 2/24/2026 | 3/1/26 12:08 AM |

ANT_AR-0390

**From:** Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>
**Sent:** Monday, March 2, 2026 11:08:26 AM
**To:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>; Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>
**Subject:** Re: Anthropic?

The denied on the SHELF will stop it from being approved immediately.  I can see if we can temporarily remove the entry instead which would require anyone interested in the service to submit a CITR request.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Jennifer

**From:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>
**Date:** Monday, March 2, 2026 at 10:09 AM
**To:** Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>, Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>
**Subject:** Re: Anthropic?

I suggest we wait for official guidance before doing anything.

████████████████████████████████████████████████████████
██████████████████████████████████████

Kevin

**From:** Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>

ANT_AR-0391

**Sent:** Monday, March 2, 2026 6:56 AM
**To:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>; Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>
**Subject:** Re: Anthropic?

I spoke with the CITR team and the product has been authorized on two separate occasions. However, while it was authorized, we do not have visibility or confirmation within CITR as to whether it was ultimately acquired.

Anthropic is currently available on the SHELF in CITR and as a precautionary measure while awaiting further guidance, we can place Anthropic in a "Denied" state to prevent it from being added to any new request tickets for authorization.

Jennifer

---

**From:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>
**Date:** Sunday, March 1, 2026 at 10:11 PM
**To:** Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>, Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>
**Subject:** Re: Anthropic?

I saw the timeline reference in a politico story. The story attributed the 6-month window to the announcement made by the president.

---

**From:** Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>
**Sent:** Sunday, March 1, 2026 6:56:10 PM
**To:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>; Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>
**Subject:** Re: Anthropic?

That's a good runway. If you've seen any sort of guidance, please do share it. I've not seen anything other than X posts.

Sean
Chat with me on Teams
Text me at: 216.409.7416

---

**From:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>
**Sent:** Sunday, March 1, 2026 9:27:44 PM
**To:** Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>; Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>
**Subject:** Re: Anthropic?

ANT_AR-0392

We have it in a couple of tools for sure.

I did see that there would be a 6-month transition. I'm hoping that means we are alright

---

**From:** Gallagher, Sean M. (GRC-JD000) <sean.gallagher@nasa.gov>
**Sent:** Sunday, March 1, 2026 6:26:22 PM
**To:** Murphy, Kevin (HQ-DG000) <kevin.j.murphy@nasa.gov>; Perez, Jennifer Lynn (LARC-JF010) <jennifer.l.perez@nasa.gov>
**Subject:** Anthropic?

I saw the headlines and social media posts from the President and Secretary of War over the weekend.  Not sure if/how OMB will issue guidance on Anthropic this week.

I'm not aware of any specific contracts/initiatives with the vendor but knowing NASA's propensity for buying technology through a variety of methods - do we have insights into whether or not there are any arrangements in place with Anthropic?

Sean
Chat with me on Teams
Text me at: 216.409.7416

ANT_AR-0393

Case 3:26-cv-01996-RFL    Document 233-2    Filed 07/01/26    Page 50 of 208

 Countdown to America's 250th Anniversary: **52 days**


An official website of the United States government



**U.S. General Services Administration**

**February 27, 2026**

# GSA Stands with President Trump on National Security AI Directive

WASHINGTON - Today, in support of President Trump's directive "to IMMEDIATELY CEASE all use of Anthropic's technology," the U.S. General Services Administration (GSA) is removing Anthropic from USAi.gov and our Multiple Award Schedule (MAS). This decision reflects our responsibility under the President's AI Action Plan for the American people.

"GSA stands with the President in rejecting attempts to politicize work dedicated to America's national security. Building resilient, secure, and scalable AI solutions demands alignment, trust, and a willingness to make hard calls," said GSA Administrator Edward C. Forst. "We're committed to delivering results for Americans, and working with our AI industry partners who fit the bill."

ANT_AR-0394



**Donald J. Trump** ✔ ➕
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

GSA's Multiple Award Schedule (MAS) is the federal government's primary vehicle for procurement that allows eligible federal, state, and local entities to purchase commercial products and services at cost-effective, pre-negotiated rates. MAS schedules accounted for over $52.5B in sales in FY25.

USAi.gov is a secure, cloud-based, generative artificial intelligence (AI) evaluation suite launched by GSA in August 2025. USAi serves as a "sandbox" or centralized platform for federal agencies to test, experiment with, and deploy AI models from leading providers at no cost.

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of approximately 360 million rentable square feet, oversees more than $116 billion in products and services via federal contracts, and delivers technology services to millions of people across dozens of federal agencies. GSA's mission is to

ANT_AR-0395

deliver exceptional customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA.

**Contact**

[press@gsa.gov](mailto:press@gsa.gov)

---

Last updated: Feb 27, 2026

ANT_AR-0396



**Stacy Bennings - FCBACAB <stacy.bennings@gsa.gov>**

---

**Fwd: RELEASE -- GSA Stands with President Trump on National Security AI Directive**

6 messages

---

**Lawrence Hale - QT** <lawrence.hale@gsa.gov>              Fri, Feb 27, 2026 at 4:15 PM
To: Giovanni Onwuchekwa - QT2H <giovanni.onwuchekwa@gsa.gov>, Stacy Bennings - QT2F1BBA
<stacy.bennings@gsa.gov>, Cheryl Cameron - QT2F <cheryl.thornton-cameron@gsa.gov>, Udaya Patnaik - QT
<udaya.patnaik@gsa.gov>, Joel Lundy - QT3 <joel.lundy@gsa.gov>, Taylor Wynings - QT1G <taylor.wynings@gsa.gov>

Please see the official GSA press release:

---------- Forwarded message ---------
From: **Corey Cooke - AC** <corey.cooke@gsa.gov>
Date: Fri, Feb 27, 2026 at 4:57 PM
Subject: Fwd: RELEASE -- GSA Stands with President Trump on National Security AI Directive
To: Stephanie Shutt - Q0A <stephanie.shutt@gsa.gov>, Laura Stanton - Q1 <laura.stanton@gsa.gov>

Corey E. Cooke
Deputy Chief of Staff to the Administrator
General Services Administration

---------- Forwarded message ---------
From: **General Services Administration** <gsa@notify.gsa.gov>
Date: Fri, Feb 27, 2026 at 4:56 PM
Subject: RELEASE -- GSA Stands with President Trump on National Security AI Directive
To: <corey.cooke@gsa.gov>



**News Release**
**U.S. General Services Administration**

For Immediate Release
February 27, 2026
Contact: press@gsa.gov

# GSA Stands with President Trump on National Security AI Directive

**WASHINGTON** - Today, in support of President Trump's directive "to IMMEDIATELY CEASE all use of Anthropic's technology," the U.S. General Services Administration (GSA) is removing Anthropic from USAi.gov and our Multiple Award Schedule (MAS). This decision reflects our responsibility under the President's AI Action Plan for the American people.

ANT_AR-0397

"GSA stands with the President in rejecting attempts to politicize work dedicated to America's national security. Building resilient, secure, and scalable AI solutions demands alignment, trust, and a willingness to make hard calls," **said GSA Administrator Edward C. Forst**. "We're committed to delivering results for Americans, and working with our AI industry partners who fit the bill."



Donald J. Trump ✔ ▶
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

GSA's Multiple Award Schedule (MAS) is the federal government's primary vehicle for procurement that allows eligible federal, state, and local entities to purchase commercial products and services at cost-effective, pre-negotiated rates. MAS schedules accounted for over $52.5B in sales in FY25.

USAi.gov is a secure, cloud-based, generative artificial intelligence (AI) evaluation suite launched by GSA in August 2025. USAi serves as a "sandbox" or centralized platform for federal agencies to test, experiment with, and deploy AI models from leading providers at no cost.

###

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of approximately 360 million rentable square feet, oversees more than $116 billion in products and services via federal contracts, and delivers technology services to millions of people across dozens of federal agencies. GSA's mission is to deliver exceptional customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA.

ANT_AR-0398



STAY CONNECTED:

      



SUBSCRIBER SERVICES:

Manage Subscriptions  |  Unsubscribe All  |  Help

---

This email was sent to corey.cooke@gsa.gov on behalf of General Services Administration · 1800 F St. NW · Washington, DC 20405 · 866-606-8220



**U.S. General Services Administration**

**Laura J. Stanton**

Deputy Commissioner

Federal Acquisition Service (FAS)

(703) 785-2959

Larry



**U.S. General Services Administration**

**Lawrence C. Hale**

Assistant Commissioner  (Acting)

Information Technology Category (ITC)

Federal Acquisition Service (FAS)

(202) 681-4253 (202-681-HALE)

JWICS: lawrence.c.hale.civ@gold.ic.gov

SIPR: lchale@saber.pentagon.smil.mil

Executive Support:  Candice Anderson

candice.anderson@gsa.gov  / (202) 329-5219

Larry

ANT_AR-0399



**U.S. General Services Administration**

**Lawrence C. Hale**

Assistant Commissioner  (Acting)

Information Technology Category (ITC)

Federal Acquisition Service (FAS)

(202) 681-4253 (202-681-HALE)

JWICS: lawrence.c.hale.civ@gold.ic.gov

SIPR: lchale@saber.pentagon.smil.mil

Executive Support:  Candice Anderson

candice.anderson@gsa.gov  / (202) 329-5219

---

**Giovanni Onwuchekwa - QT2F1** <giovanni.onwuchekwa@gsa.gov>        Fri, Feb 27, 2026 at 4:21 PM
To: Lawrence Hale - QT <lawrence.hale@gsa.gov>
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Cheryl Cameron - QT2F <cheryl.thornton-cameron@gsa.gov>, Udaya Patnaik - QT <udaya.patnaik@gsa.gov>, Joel Lundy - QT3 <joel.lundy@gsa.gov>, Taylor Wynings - QT1G <taylor.wynings@gsa.gov>

Carahsoft has sent over the mod to delete the items. I'll let you know when it's done.

We won't be able to suppress the items on Advantage until Monday, since that team is gone for the weekend.

Regards,



**U.S. General Services Administration**

**Giovanni Onwuchekwa**

Senior Director - MAS Contract Operations

GSA Office of Information Technology Category (ITC)

Federal Acquisition Service (FAS)

(202) 688-5112

[Quoted text hidden]

---

**Giovanni Onwuchekwa - QT2F1** <giovanni.onwuchekwa@gsa.gov>        Fri, Feb 27, 2026 at 4:57 PM
To: Lawrence Hale - QT <lawrence.hale@gsa.gov>
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Cheryl Cameron - QT2F <cheryl.thornton-cameron@gsa.gov>, Udaya Patnaik - QT <udaya.patnaik@gsa.gov>, Joel Lundy - QT3 <joel.lundy@gsa.gov>, Taylor Wynings - QT1G <taylor.wynings@gsa.gov>

Mod PO1427 deleting all Anthropic items from Carahsoft's MAS has been awarded.

Regards,

ANT_AR-0400



**U.S. General Services Administration**

**Giovanni Onwuchekwa**
Senior Director - MAS Contract Operations
GSA Office of Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(202) 688-5112

On Fri, Feb 27, 2026 at 5:15 PM Lawrence Hale - QT <lawrence.hale@gsa.gov> wrote:
[Quoted text hidden]

---

**Joel Lundy - QT3** <joel.lundy@gsa.gov>                              Fri, Feb 27, 2026 at 5:12 PM
To: Giovanni Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>
Cc: Lawrence Hale - QT <lawrence.hale@gsa.gov>, Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Cheryl
Cameron - QT2F <cheryl.thornton-cameron@gsa.gov>, Udaya Patnaik - QT <udaya.patnaik@gsa.gov>, Taylor Wynings -
QT1G <taylor.wynings@gsa.gov>

Thanks, Gio. Fast response.

Joel



**U.S. General Services Administration**

**Joel Lundy**
Deputy Assistant Commissioner (Acting)
Office of Category Management
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
joel.lundy@gsa.gov
Cell - 312.209.0141

[Quoted text hidden]

---

**Lawrence Hale - QT** <lawrence.hale@gsa.gov>                         Fri, Feb 27, 2026 at 5:16 PM
To: Giovanni Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Cheryl Cameron - QT2F <cheryl.thornton-cameron@gsa.gov>,
Udaya Patnaik - QT <udaya.patnaik@gsa.gov>, Joel Lundy - QT3 <joel.lundy@gsa.gov>, Taylor Wynings - QT1G
<taylor.wynings@gsa.gov>

Thank you Gio!
[Quoted text hidden]

---

**Cheryl Thornton-Cameron** <cheryl.thornton-cameron@gsa.gov>         Sat, Feb 28, 2026 at 7:00 AM
To: Giovanni Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>
Cc: Lawrence Hale - QT <lawrence.hale@gsa.gov>, Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Udaya Patnaik
- QT <udaya.patnaik@gsa.gov>, Joel Lundy - QT3 <joel.lundy@gsa.gov>, Taylor Wynings - QT1G <taylor.wynings@gsa.gov>

GM Gio

ANT_AR-0401

Thanks

**Cheryl Thornton-Cameron**
Deputy Assistant Commissioner for Acquisition, SES
Office of Information Technology
Federal Acquisition Service
General Services Administration
Tel: 571-288-2196
Cheryl.Thornton-Cameron@gsa.gov

On Fri, Feb 27, 2026 at 5:57 PM Giovanni Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov> wrote:
[Quoted text hidden]

ANT_AR-0402



**Stacy Bennings - FCBACAB <stacy.bennings@gsa.gov>**

# Removal of Anthropic of GSA

13 messages

---

**Jaime Martinez - QT2F1AC** <jaime.martinez@gsa.gov>                Fri, Feb 27, 2026 at 3:22 PM
To: yvonne.dluzen@carahsoft.com, kala.dobrick@carasoft.com
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Giovanni Onwuchekwa - QT2F1
<giovanni.onwuchekwa@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Yvonne and Kala:

Per direction of the POTUS, GSA requests that you immediately submit a modification to remove Anthropic items from your MAS contract.  As Stacy is out of the office, please let Brad, Giovanni, and me know when the mod has been submitted so we can act on it.

Thank you,



**U.S. General Services Administration**

**Jaime G. Martínez** | Division Director

Information Technology Category (ITC)

Federal Acquisition Service (FAS)

816.926.8363

Schedule a meeting

---

**Yvonne D'Luzen** <Yvonne.DLuzen@carahsoft.com>                Fri, Feb 27, 2026 at 3:33 PM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>, Kala Dobrick <Kala.Dobrick@carahsoft.com>
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Giovanni Onwuchekwa - QT2F1
<giovanni.onwuchekwa@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Jaime


Good afternoon, we are in receipt of your request, and I will work on preparing the delete mod.




YVONNE DLUZEN
CONTRACTS MANAGER | GSA

carahsoft.

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA  20190
T: 703.889.9861 | 888.66.CARAH

YVONNE.DLUZEN@CARAHSOFT.COM | WWW.CARAHSOFT.COM | LINKEDIN | X

ANT_AR-0403



[Quoted te t hidden]

---

**Yvonne D'Luzen** <Yvonne.DLuzen@carahsoft.com>                 Fri, Feb 27, 2026 at 3:55 PM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>, Kala Dobrick <Kala.Dobrick@carahsoft.com>
Cc: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Giovanni Onwuchekwa - QT2F1
<giovanni.onwuchekwa@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Jaime

Good afternoon, the Anthropic delete mod has been submitted eMod ID: XDBPABNX

**YVONNE DLUZEN**
CONTRACTS MANAGER | GSA

**carahsoft.**

CARAHSOFT TECHNOLOGY CORP.
11493 SUNSET HILLS ROAD | SUITE 100 | RESTON, VA  20190
T: 703.889.9861 | 888.66.CARAH

YVONNE.DLUZEN@CARAHSOFT.COM | WWW.CARAHSOFT.COM | LINKEDIN | X

[Quoted te t hidden]

---

**Giovanni Onwuchekwa - QT2F1** <giovanni.onwuchekwa@gsa.gov>       Fri, Feb 27, 2026 at 3:55 PM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>
Cc: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>, Kala Dobrick <Kala.Dobrick@carahsoft.com>, Stacy Bennings -
QT2F1BBA <stacy.bennings@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Thank you Yvonne!

Regards,

ANT_AR-0404



**U.S. General Services Administration**

**Giovanni Onwuchekwa**
Senior Director - MAS Contract Operations
GSA Office of Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(202) 688-5112

[Quoted te t hidden]

---

**Jaime Martinez - QT2F1AC** <jaime.martinez@gsa.gov>                    Fri, Feb 27, 2026 at 5:07 PM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>
Cc: Kala Dobrick <Kala.Dobrick@carahsoft.com>, Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Giovanni
Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Yvonne:
We really appreciate your quick action on this. I've processed and awarded the mod.

Have a good weekend.

Thank you,



**U.S. General Services Administration**
**Jaime G. Martínez** | Division Director
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
816.926.8363

chedule a meeting

[Quoted te t hidden]

---

**Yvonne D'Luzen** <Yvonne.DLuzen@carahsoft.com>                    Fri, Feb 27, 2026 at 5:09 PM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>
Cc: Kala Dobrick <Kala.Dobrick@carahsoft.com>, Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>, Giovanni
Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>, Bradley Cornell - QT2F1A <bradley.cornell@gsa.gov>

Jaime

Thank you for the update.

Have a great weekend.

[Quoted text hidden]

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>                    Mon, Mar 2, 2026 at 9:43 AM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>

Thank you!
[Quoted te t hidden]
--

ANT_AR-0405



**U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>                Fri, Mar 6, 2026 at 7:12 AM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>

Good morning,

Have you submitted a SIP file to remove the items from Advantage? If not, can you please do so?

Thank you,

Stacy
[Quoted text hidden]

--



**U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

---

**Yvonne D'Luzen** <Yvonne.DLuzen@carahsoft.com>                Fri, Mar 6, 2026 at 7:34 AM
To: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>

Stacy


Working on this before I head home this morning.


Yvonne DLuzen
Contracts Manager | GSA

carahsoft.
Carahsoft Technology Corp.
11493 Sunset Hills Road | Suite 100 | Reston, VA  20190
T: 703.889.9861 | 888.66.CARAH

YVONNE.DLUZEN@CARAHSOFT.COM | WWW.CARAHSOFT.COM | LINKEDIN | X

ANT_AR-0406



[Quoted text hidden]

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>　　　　　　　　　　Fri, Mar 6, 2026 at 7:42 AM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>

Thank you!
[Quoted te t hidden]

---

**Yvonne D'Luzen** <Yvonne.DLuzen@carahsoft.com>　　　　　　　　　　Fri, Mar 6, 2026 at 8:26 AM
To: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>

Stacy


The Delete and Sale SIP files are on their way to you, I am leaving to head home now, but I will be back online this afternoon.

[Quoted te t hidden]

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>　　　　　　　　　　Fri, Mar 6, 2026 at 8:28 AM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>

Thank you. Safe travels!
[Quoted text hidden]

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>　　　　　　　　　　Tue, Mar 31, 2026 at 9:15 AM
To: James Van Biber - LP <james.vanbiber@gsa.gov>

Email correspondence with Carahsoft re: Anthropic below:
[Quoted te t hidden]
--

**GSA**    **U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

ANT_AR-0407



USAi Partnerships <partnerships@usai.gov>

## GSA Suspension of Anthropic Models

3 messages

---

**USAi Partnerships** <partnerships@usai.gov>                                                   Fri, Feb 27, 2026 at 5:30 PM
To: "Gharpurey, Madhulika (HHS/ASFR)" <Madhulika.Gharpurey@hhs.gov>, "Kuruvilla, Jacob (HHS/ASFR)"
<Jacob.Kuruvilla@hhs.gov>, "Lepore, Tony A" <VLepore@ncua.gov>, Shailesh Bodas <Shailesh.S.Bodas@stateoig.gov>,
"Galardi, Kelly (FHWA)" <kelly.galardi@dot.gov>, "LeMaster, Daniel (OST)" <daniel.lemaster@dot.gov>, "Goldsby, Lattrice
(FTA)" <lattrice.goldsby@dot.gov>, "Sharma, Vijay" <Vijay.Sharma@ed.gov>, "Petersen, David" <David.Petersen@ed.gov>,
"Hystad, Gregory S." <Gregory.Hystad@opm.gov>, Eric Sidle <eric.sidle@hud.gov>, "Chiu, Matilda H"
<Matilda.H.Chiu@hud.gov>, "Steinlage, Jeff" <JSteinlage@sss.gov>, "Chaplin, Perry E" <PChaplin@sss.gov>, "Yuen,
Alexander" <AYuen@sss.gov>, "Tilave, Ali" <Ali.Tilave@sss.gov>, "Kimball, Jonathan" <Jonathan.Kimball@sss.gov>,
"Freeman, Doug (Federal)" <DFreeman@doc.gov>, "Mora, Perla (Contractor)" <PMora1@doc.gov>, "Passos, Matt (Federal)"
<MPassos1@doc.gov>, "Oliver, Josh" <joliver2@peacecorps.gov>, "McMaster, Jay S" <jay_mcmaster@ios.doi.gov>,
"Pastick, Neal J" <neal_pastick@ios.doi.gov>, "Alvares, Christopher - OCIO-OCIO, DC" <christopher.alvares@usda.gov>,
"Shrader, Jim - OCIO-OCIO, KS" <jim.shrader@usda.gov>, "Kelley, Eric" <Eric.Kelley@fhfa.gov>, "Gray, Mark"
<mgray2@ftc.gov>, "YOKLEY, KEVIN S Col NG ANG JFHQ-GA/ANGRCC" <kevin.yokley@us.af.mil>, "MARQUEZ, MARIO E
GS-14 USAF ANGRC NGB/CCYC" <mario.marquez.2@us.af.mil>, "BREWINGTON, ANTHONY C CIV USAF ANGRC
NGB/ANG CDAO" <anthony.brewington.2@us.af.mil>

Dear Partners,

Per Presidential directive, USAi will suspend availability of all Anthropic models immediately.

**The following Anthropic models will be immediately inaccessible:**
Claude Haiku 3.5, Sonnet 4, Sonnet 4.5, Opus 4, and Opus 4.5.

**Action Required:** Immediately transition any Trial use cases to other model providers on the
platform to minimize downtime.

We sincerely apologize for the inconvenience and limited notice regarding this change. Thank you
for your understanding.

Best regards,

Zach

--

 | partnerships@usai.gov
Accelerating trustworthy adoption of AI across the federal government.

---

**USAi Partnerships** <partnerships@usai.gov>                                                   Fri, Feb 27, 2026 at 6:10 PM
To: Bret Mogilefsky - Q2BB <bret.mogilefsky@gsa.gov>, William Zujkowski - Q20AA <william.zujkowski@gsa.gov>, John
Willett - BEAB <john.willett@gsa.gov>, Gerald Mavis - QT0A <gerald.mavis@gsa.gov>

Hi API testers,

We had to disable the Anthropic models on USAi. They will still be available on GSAi for a period of time.

Sorry about this, I know it impacts your work.

ANT_AR-0408

Best,

Vicki

[Quoted te t hidden]

---

**Gerald Mavis - QT0A** <gerald.mavis@gsa.gov>      Fri, Feb 27, 2026 at 7:41 PM
To: USAi Partnerships <partnerships@usai.gov>

Thank you for the heads up
[Quoted text hidden]

--

 **U.S. General Services Administration**

**Jerry Mavis**
Lead Data Scientist, ITVMO
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(414) 345-0012

ANT_AR-0409



USAi Partnerships <partnerships@usai.gov>

## GSA Suspension of Anthropic Models

**USAi Partnerships** <partnerships@usai.gov>                                  Fri, Feb 27, 2026 at 5:30 PM
To: "Gharpurey, Madhulika (HHS/ASFR)" <Madhulika.Gharpurey@hhs.gov>, "Kuruvilla, Jacob (HHS/ASFR)" <Jacob.Kuruvilla@hhs.gov>, "Lepore, Tony A" <VLepore@ncua.gov>, Shailesh Bodas <Shailesh.S.Bodas@stateoig.gov>, "Galardi, Kelly (FHWA)" <kelly.galardi@dot.gov>, "LeMaster, Daniel (OST)" <daniel.lemaster@dot.gov>, "Goldsby, Lattrice (FTA)" <lattrice.goldsby@dot.gov>, "Sharma, Vijay" <Vijay.Sharma@ed.gov>, "Petersen, David" <David.Petersen@ed.gov>, "Hystad, Gregory S." <Gregory.Hystad@opm.gov>, Eric Sidle <eric.sidle@hud.gov>, "Chiu, Matilda H" <Matilda.H.Chiu@hud.gov>, "Steinlage, Jeff" <JSteinlage@sss.gov>, "Chaplin, Perry E" <PChaplin@sss.gov>, "Yuen, Alexander" <AYuen@sss.gov>, "Tilave, Ali" <Ali.Tilave@sss.gov>, "Kimball, Jonathan" <Jonathan.Kimball@sss.gov>, "Freeman, Doug (Federal)" <DFreeman@doc.gov>, "Mora, Perla (Contractor)" <PMora1@doc.gov>, "Passos, Matt (Federal)" <MPassos1@doc.gov>, "Oliver, Josh" <joliver2@peacecorps.gov>, "McMaster, Jay S" <jay_mcmaster@ios.doi.gov>, "Pastick, Neal J" <neal_pastick@ios.doi.gov>, "Alvares, Christopher - OCIO-OCIO, DC" <christopher.alvares@usda.gov>, "Shrader, Jim - OCIO-OCIO, KS" <jim.shrader@usda.gov>, "Kelley, Eric" <Eric.Kelley@fhfa.gov>, "Gray, Mark" <mgray2@ftc.gov>, "YOKLEY, KEVIN S Col NG ANG JFHQ-GA/ANGRCC" <kevin.yokley@us.af.mil>, "MARQUEZ, MARIO E GS-14 USAF ANGRC NGB/CCYC" <mario.marquez.2@us.af.mil>, "BREWINGTON, ANTHONY C CIV USAF ANGRC NGB/ANG CDAO" <anthony.brewington.2@us.af.mil>

Dear Partners,

Per Presidential directive, USAi will suspend availability of all Anthropic models immediately.

**The following Anthropic models will be immediately inaccessible:**
Claude Haiku 3.5, Sonnet 4, Sonnet 4.5, Opus 4, and Opus 4.5.

**Action Required:** Immediately transition any Trial use cases to other model providers on the platform to minimize downtime.

We sincerely apologize for the inconvenience and limited notice regarding this change. Thank you for your understanding.

Best regards,

Zach

--



| partnerships@usai.gov
Accelerating trustworthy adoption of AI across the federal government.

ANT_AR-0410



# GSA Daily News Clips

## March 03, 2026

ANT_AR-0411

March 03, 2026

## Real Estate

Feds take another stab at selling Ziggurat office building       3
Real Deal | 03/02/2026 | Online | Trd Staff

New Mexico looks to capitalize on federal government closing commercial traffic on Bridge of the Americas       3
KRQE TV CBS 13 - Albuquerque | 03/02/2026 | Online

USDA to dispose of buildings out east       4
Farm Week Now | 03/03/2026 | Online

FAA prepares to move into Lightwell as it vacates longtime downtown home       4
Kansas City Business Journal | 03/02/2026 | Online

## Acquisition

Agencies begin to shed Anthropic contracts following Trump's directive       5
Nextgov | 03/02/2026 | Online | Frank Konkel, Alexandra Kelley

A solicitation misreading knocked these joint ventures out of OASIS+       5
Washington Technology | 03/02/2026 | Online | Nick Wakeman

## Personnel

Appeals Court Sides With Trump in Federal Union Fight For Now       6
Meritalk | 03/02/2026 | Online | Weslan Hansen

ANT_AR-0412



🌐 Real Deal

**Reach:** 23,972

**Visits:** 719,164

**AVE:** 678.59 $

**Paywall:** -

**Date:** 03/02/2026

**Author:** Trd Staff

**Topic:** Real Estate

# Feds take another stab at selling Ziggurat office building

In selling the Ziggurat, the GSA is taking a "targeted approach to reducing the bloated federal real estate portfolio" by eliminating long-term liabilities, including delinquent maintenance costs, GSA administrator Edward C. Forst said in a statement.

Open link





🌐 KRQE TV CBS 13 - Albuquerque

**Reach:** 38,741

**Visits:** 1,162,252

**AVE:** 1,096.07 $

**Paywall:** -

**Date:** 03/02/2026

**Author:** -

**Topic:** Real Estate

# New Mexico looks to capitalize on federal government closing commercial traffic on Bridge of the Americas

However, in around four years, commercial traffic there will come to an end. The feds expect to start work on an overhaul to the Bridge of the Americas in early 2028, and a memo from the General Services Administration says all commercial cargo operations at the port will be eliminated.

Open link



ANT_AR-0413



 Farm Week Now

**Reach:** 166

**Visits:** 5,000

**AVE:** 4.72 $

**Paywall:** -

**Date:** 03/03/2026

**Author:** -

**Topic:** Real Estate

## USDA to dispose of buildings out east

USDA recently announced plans to dispose of its South Building in Washington, D.C. and its Braddock Place facility in Alexandria, Virginia, returning resources to the General Services Administration, which manages the federal government's real estate.

Open link



 Kansas City Business Journal

**Reach:** 3,660

**Visits:** 109,802

**AVE:** 103.04 $

**Paywall:** -

**Date:** 03/02/2026

**Author:** -

**Topic:** Real Estate

## FAA prepares to move into Lightwell as it vacates longtime downtown home

In December, it issued a temporary occupancy certificate for the office floors running through April 1. That's also when the FAA's occupancy agreement with the General Services Administration is set to expire at 901 Locust, according to federal solicitation materials.

Open link

ANT_AR-0414

4



Nextgov

**Reach:** 8,345

**Visits:** 250,377

**AVE:** 236.25 $

**Paywall:** -

**Date:** 03/02/2026

**Authors:** Frank Konkel, Alexandra Kelley

**Topic:** Acquisition

# Agencies begin to shed Anthropic contracts following Trump's directive

Bessent's pledge to remove Anthropic from Treasury operations follows the General Services Administration's commitment to align with Trump's stance, with Administrator Edward C. Forst stating that his agency will remove Anthropic services from the GSA marketplace and from its USAi program.

Open link





Washington Technology

**Reach:** 1,555

**Visits:** 46,660

**AVE:** 44.02 $

**Paywall:** -

**Date:** 03/02/2026

**Author:** Nick Wakeman

**Topic:** Acquisition

# A solicitation misreading knocked these joint ventures out of OASIS+

"Responsibility is different from responsiveness to a solicitation," she wrote. "GSA's decision to disqualify plaintiffs from competition implicates not responsibility but plaintiffs' responsiveness to the OASIS+ solicitation."

Open link



ANT_AR-0415



**Meritalk**

**Reach:** 1,440

**Visits:** 43,205

**AVE:** 40.76 $

**Paywall:** -

**Date:** 03/02/2026

**Author:** Weslan Hansen

**Topic:** Personnel

# Appeals Court Sides With Trump in Federal Union Fight For Now

Employees impacted by Thursday's decision include those at: The Office of Personnel Management, Environmental Protection Agency, U.S. Agency for International Development, National Science Foundation, International Trade Commission, General Services Administration, and Social Security ...

**Open link**

ANT_AR-0416

Case 3:26-cv-01996-RFL    Document 233-2    Filed 07/01/26    Page 73 of 208



# Timeline for Guidance on Anthropic model usage

3 messages

---

**Kevin Patrick - QPAC** <kevin.patrick@gsa.gov>                    Wed, Mar 11, 2026 at 5:27 PM
To: Zachary Whitman - IB <zach.whitman@gsa.gov>

Hi Zach,

I heard that your team will issue formal guidance regarding Anthropic model usage. Do you have an estimate for when that will be released?

We've paused usage for now, but we're trying to understand if we will have a rampoff period or if we need to fully cease usage.

Best,
Kevin

--



**Office of Strategy and Innovation**

Federal Acquisition Service
U.S. General Services Administration

**Kevin Patrick**

Program Manager

Government-wide Acquisition Services

415.839.1859

kevin.patrick@gsa.gov

---

**Zachary Whitman - IB** <zach.whitman@gsa.gov>                    Thu, Mar 12, 2026 at 9:00 AM
To: Kevin Patrick - QPAC <kevin.patrick@gsa.gov>

Hey Kevin - it'll be a rampdown (definitely not a hard immediate cutoff). We'll work with teams to ensure a smooth transition as needed.

Best,
Zach

Zach Whitman
Chief Data Scientist
U.S. General Services Administration
zach.whitman@gsa.gov

[Quoted text hidden]

---

**Kevin Patrick - QPAC** <kevin.patrick@gsa.gov>                    Thu, Mar 12, 2026 at 9:32 AM
To: Zachary Whitman - IB <zach.whitman@gsa.gov>

Hi Zach,

Sounds good regarding the rampdown period. That helps us plan.

ANT_AR-0417

Case 3:26-cv-01996-RFL     Document 233-2     Filed 07/01/26     Page 74 of 208

Much appreciated,

Kevin
 Quoted te t hidden]

ANT_AR-0418

March 17, 2026

MEMORANDUM FROM THE CHIEF ARTIFICIAL INTELLIGENCE (AI) OFFICER TO EVIDENCE AND DATA GOVERNANCE EXECUTIVE (EDGE) BOARD, DATA EVIDENCE GOVERNANCE BOARD (DEGB) LEADS, AND AI SAFETY TEAM ON THE DECISION TO SUSPEND ANTHROPIC MODEL FAMILY USE CASE APPROVAL

---

**TO:**      EDGE Board, DEGB Leads, and AI Safety Team

**FROM:**   The GSA CAIO

**SUBJECT:**  Official Decision on Suspension of Anthropic Model Family Usage

---

**1. Purpose.**

This memo is to inform the EDGE Board, DEGB Leads, and the AI Safety Team of the decision to suspend the approval of Anthropic models and to cease all use of Anthropic technology by August 27, 2026. This suspension is enacted in alignment with the President's directive.

**2. Effective Date.**

This decision is effective as of March 17, 2026.

**3. Primary Information.**

Effective immediately, the approval for the Anthropic Model Family use case is suspended until further notice. This decision complies with a recent Presidential directive requiring the cessation of all use of Anthropic's technology.

**4. Background.**

On February 10, 2025, the AI Safety Team informed the EDGE Board of their decision to approve the Anthropic Model Family use case, encompassing the Claude series of AI models. The Claude series was presented as a suite of models that could enhance productivity, automate workflows, and enable advanced analytics. On February 27, 2026, the President issued a directive for all federal agencies to cease all use of Anthropic's technology within a period of 6 months.

**5. Applicability.**

ANT_AR-0419

This directive for the 6-month wind-down and cessation of use applies to all GSA teams. Its scope includes all functions currently deploying or planning to utilize Anthropic-based models, specifically encompassing applications within legal, policy, and public affairs.

6. **<u>Timeline.</u>**

GSA-IT will work to identify the specific timeline to reassess the Anthropic Model Family use case.

7. **<u>References.</u>**

<u>Decision Memo - Anthropic Model Family 02.10.25</u>

ANT_AR-0420



**Stacy Bennings - FCBACAB <stacy.bennings@gsa.gov>**

---

## Fwd:    Anthropic will be removed from GSA
7 messages

---

**Emma Achale - QT2F5AB** <emmanuella.achale@gsa.gov>          Mon, Mar 23, 2026 at 11:37 AM
To: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>
Cc: Giovanni Onwuchekwa - QT2F1 <giovanni.onwuchekwa@gsa.gov>

Good Morning,

Please see the below. I requested this as a spreadsheet, but Carahsoft needs to remove products that contain any mention of Claude, Haiku 3.5, Sonnet 4, and Opus 4.

Please let me know if you suggest a different approach.

Thank you,



**U.S. General Services Administration**

**Emma Achale**
Senior Director
Office of Supply Chain Risk Management
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
Work Cell: (682) 329-2566

---

---------- Forwarded message ---------
From: **Emma Achale - QT2F5AB** <emmanuella.achale@gsa.gov>
Date: Mon, Mar 23, 2026 at 11:33 AM
Subject: Re:    Anthropic will be removed from GSA
To: Carrie Cuevas - QVF <carrie.cuevas@gsa.gov>
Cc: Arielle Jackson - QT2F1CBC <arielle.jackson@gsa.gov>

Good morning Carrie,

Thank you for bringing this to my attention.

Carahsoft had submitted a modification to remove Anthropic products. To ensure all mentions of Claude, Haiku 3.5, Sonnet 4, and Opus 4 are removed from their offerings, we can include these instances in the spreadsheet and coordinate the suppression or removal of those items with the CO.

Thank you,



**U.S. General Services Administration**

**Emma Achale**
Senior Director
Office of Supply Chain Risk Management
Information Technology Category (ITC)

ANT_AR-0421

Federal Acquisition Service (FAS)

Work Cell: (682) 329-2566

On Fri, Mar 20, 2026 at 7:36 AM Carrie Cuevas - QVF <carrie.cuevas@gsa.gov> wrote:
Good morning!

FYSA, sharing for awareness.  I found over 500 Anthropic mentions on Advantage via the terms Claude.

**Carrie Cuevas**
Program Analyst
Supply Chain Risk Management Division
Office of Policy and Compliance
Federal Acquisition Service
(281)382-2189

NOTICE: This email and any attachments may contain Controlled Unclassified Information (CUI). This CUI, if present, may have been generated using proprietary third-party commercial tools. Handle and protect this information in accordance with all applicable federal, state, and local laws, regulations, and agency policies regarding CUI.

---------- Forwarded message ---------
From: **GSA IT Alert** <gsain@notify.gsa.gov>
Date: Thu, Mar 19, 2026 at 11:31 AM
Subject:      Anthropic will be removed from GSA
To: <carrie.cuevas@gsa.gov>



On Feb. 27, President Trump directed all federal agencies to stop using Anthropic's technology. GSA immediately removed Anthropic models from external facing services.

We are now doing the same for GSA's internal systems. We understand this impacts current operations, and our goal is a smooth, secure, and compliant transition to alternative solutions.

### When will Anthropic be removed from GSA?

**By Aug. 27, 2026,** GSA will remove any system integrations with Anthropic, and will remove the following Anthropic models from GSA Chat:

- Claude Haiku 3.5

- Sonnet 4

- Opus 4

What do I have to do?

- **Assess your current  use of Anthropic models and prepare to use Google or Meta models to support your AI needs.**

ANT_AR-0422

What if my approved AI use case uses an Anthropic model?

- An AI Safety Team liaison will schedule a one-on-one to find an alternative.

For questions, contact [AskCDO@gsa.gov](mailto:AskCDO@gsa.gov).

This email was sent to [carrie.cuevas@gsa.gov](mailto:carrie.cuevas@gsa.gov) on behalf of General Services Administration · 1800 F Street NW ·Washington, DC 20405 · 866-606-8220

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>      Tue, Mar 24, 2026 at 8:10 AM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>

Good morning,

FYSA.

I have not heard anything from Gio on this, but it looks like they are wanting anything that has any Anthropic component removed from Advantage.

I would love your opinion/input/advise. I'm working from home today, but maybe we can discuss tomorrow?
[Quoted text hidden]
--

 **U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

---

**Jaime Martinez - QT2F1AC** <jaime.martinez@gsa.gov>      Tue, Mar 24, 2026 at 8:32 AM
To: Stacy Bennings - QT2F1BBA <stacy.bennings@gsa.gov>

I see that Gio is copied on this. I do think, based on the directions we were given, that all Anthropic components should be removed, especially now since those components have been called out.

 **U.S. General Services Administration**
**Jaime G. Martínez** | Division Director
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
816.926.8363

Schedule a meeting

[Quoted text hidden]

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>      Tue, Mar 24, 2026 at 8:41 AM
To: Jaime Martinez - QT2F1AC <jaime.martinez@gsa.gov>

Thank you - I will have Carahsoft start working on this.
[Quoted text hidden]

ANT_AR-0423



ANT_AR-0424



**Stacy Bennings - FCBACAB <stacy.bennings@gsa.gov>**

# Anthropic Follow up

2 messages

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>    Tue, Mar 24, 2026 at 9:09 AM
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>

Good morning,

As a follow up to the previous removal of Anthropic from GSA Schedules, I have been advised that the mandated removal includes removal of all Anthropic integrations and any products that include or reference Claude, Haiku 3.5, Sonnet 4, and Opus 4. Based on my search and the information provided to me, it appears these are all Snowflake items. Including Anthropic components will also hinder any OneGov inclusion.

Let me know if you have any questions.

Thank you,

Stacy

--

 **U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

---

**Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>    Tue, Mar 31, 2026 at 11:15 AM
To: James Van Biber - LP <james.vanbiber@gsa.gov>

Below is the email that was sent to Carahsoft per the email chain I fwd to you.

---------- Forwarded message ---------
From: **Stacy Bennings - QT2F1BBA** <stacy.bennings@gsa.gov>
Date: Tue, Mar 24, 2026 at 9:09 AM
Subject: Anthropic Follow up
To: Yvonne D'Luzen <Yvonne.DLuzen@carahsoft.com>

Good morning,

As a follow up to the previous removal of Anthropic from GSA Schedules, I have been advised that the mandated removal includes removal of all Anthropic integrations and any products that include or reference Claude, Haiku 3.5, Sonnet 4, and Opus 4. Based on my search and the information provided to me, it appears these are all Snowflake items. Including Anthropic components will also hinder any OneGov inclusion.

Let me know if you have any questions.

Thank you,

ANT_AR-0425

Stacy

--



**U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

--



**U.S. General Services Administration**

**Stacy Bennings**
Contract Specialist QT2F1BBA
Information Technology Category (ITC)
Federal Acquisition Service (FAS)
(816) 926-8382

ANT_AR-0426

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER | | PAGE<br>1 | OF<br>20 |
|---|---|---|---|---|---|

| 2. CONTRACT NO. | | 3. AWARD/<br>EFFECTIVE DATE | 4. ORDER NUMBER<br>89233123PNA000174 | 5. SOLICITATION NUMBER | | 6. SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|---|---|

| 7. | **FOR SOLICITATION<br>INFORMATION CALL:** ▶ | a. NAME<br>Kyle Krzywicki | b. TELEPHONE NUMBER    *(No collect calls)*<br>202-586-0831 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY**    CODE  892331

Contracting Operations Division
Headquarters Services Acquisition Branch
NA-PAS-314
1000 Independence Ave., SW
Washington DC 20585

**10. THIS ACQUISITION IS**    ☒ UNRESTRICTED OR    ☐ SET ASIDE:    % FOR:

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB

☐ 8(A)

NAICS: 541519

SIZE STANDARD: $34

| 11. DELIVERY FOR FOB DESTINA-<br>TION UNLESS BLOCK IS<br>MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br>NET 30 | ☐ 13a. THIS CONTRACT IS A<br>RATED ORDER UNDER<br>DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|

14. METHOD OF SOLICITATION    ☐ RFQ    ☐ IFB    ☐ RFP

| 15. DELIVER TO    CODE | 16. ADMINISTERED BY    CODE  05030 |
|---|---|
| | NNSA  Headquarters Services Acquisi<br>NA-PAS-314<br>US Department of Energy<br>Forrestal Building<br>1000 Independence Avenue, SW<br>Washington DC 20585 |

| 17a. CONTRACTOR/<br>OFFEROR    CODE  DOE001178    FACILITY CODE | 18a. PAYMENT WILL BE MADE BY    CODE  00503 |
|---|---|
| Anthropic PBC<br>Attn: Michael Sellitto<br>731 Sansome St<br>San Fransico CA 9411-1725<br><br>TELEPHONE NO.    585-789-1177 | OR for NNSA<br>https://vipers.doe.gov<br>Any questions, please contact<br>by call/email 855-384-7377 or<br>VipersSupport@hq.doe.gov |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW<br>IS CHECKED    ☐ SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | UEI:   DOE001178 | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br>See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$0.00 |
|---|---|

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.    ADDENDA    ☐ ARE    ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA    ☐ ARE    ☐ ARE NOT ATTACHED.

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☐ 29. AWARD OF CONTRACT: ___ OFFER<br>DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5),<br>INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH<br>HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br>*Brian Israel* | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>*Kyle C. Krzywicki* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)*<br>Brian Israel    General Counsel | 30c. DATE SIGNED<br>2/5/2024 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Kyle C. Krzywicki | 31c. DATE SIGNED<br>2/6/2024 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0427

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER | | PAGE 1 | OF 20 |
|---|---|---|---|---|---|

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER 89233123PNA000174 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Kyle Krzywicki | b. TELEPHONE NUMBER *(No collect calls)* 202-586-0831 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE 892331

Contracting Operations Division
Headquarters Services Acquisition Branch
NA-PAS-314
1000 Independence Ave., SW
Washington DC 20585

**10. THIS ACQUISITION IS** [X] UNRESTRICTED OR [ ] SET ASIDE:  % FOR:

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 541519
SIZE STANDARD: $34

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS NET 30 | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ]RFQ  [ ]IFB  [ ]RFP |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE 05030 |
|---|---|---|---|

NNSA  Headquarters Services Acquisi
NA-PAS-314
US Department of Energy
Forrestal Building
1000 Independence Avenue, SW
Washington DC 20585

| 17a. CONTRACTOR/ OFFEROR  CODE DOE001178 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE 00503 |
|---|---|---|---|

Anthropic PBC
Attn: Michael Sellitto
731 Sansome St
San Fransico CA 9411-1725

OR for NNSA
https://vipers.doe.gov
Any questions, please contact
by call/email 855-384-7377 or
VipersSupport@hq.doe.gov

TELEPHONE NO.   585-789-1177

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | UEI:  DOE001178 Period of Performance: 02/05/2024 to 02/04/2025 | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $0.00 |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[ ] 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Kyle Krzywicki* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Kyle C. Krzywicki | 31c. DATE SIGNED 02/06/2024 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0428

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL    ☐ FINAL | | | ☐ COMPLETE    ☐ PARTIAL    ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)    42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

ANT_AR-0429

**(CUI//SP-PROCURE)**

Section B - Supplies or Services/Prices ............................................................................... 4

Section C - Description/Specifications ................................................................................. 4

Section D - Packaging and Marking ..................................................................................... 4

Section E - Inspection and Acceptance ................................................................................ 5

Section F - Deliveries or Performance .................................................................................. 5

Section G - Contract Administration Data ............................................................................ 6

Section H - Special Contract Requirements .......................................................................... 8

Section I - Contract Clauses ................................................................................................ 10

Section J - List of Documents, Exhibits and Other Attachments ......................................... 17

Section K - Representations, Certifications, and Other Statements of Bidders .................... 17

ANT_AR-0430

<p style="text-align: center;"><u>**Section B - Supplies or Services/Prices**</u></p>

**GENERAL DESCRIPTION (MAY 2017)**

The Contractor shall provide the deliverables required in this Task Order ▮▮▮▮▮▮▮▮▮.  The Contractor shall use reasonable best efforts to furnish all personnel, services, travel, and otherwise do all things necessary for, or incidental to, providing the requirement in the Statement of Work (SOW). ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**APPLICABLE NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) AND SMALL BUSINESS SIZE STANDARDS (MAY 2017)**

The applicable NAICS code for this Order is 541519 Other Computer Related Services. The size standard for this NAICS code is $34M.

**DOE-B-2006 FIRM-FIXED-PRICE CONTRACT (OCT 2014)**

(a) This is a firm-fixed-price contract. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮

**DOE-B-2012 SUPPLIES/SERVICES BEING PROCURED/DELIVERY REQUIREMENTS (OCT 2014)**

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set for in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of work as described in Section C, Statement of Work.

<p style="text-align: center;"><u>**Section C - Description/Specifications**</u></p>

**DOE-C-2001 STATEMENT OF WORK (OCT 2014)**

See Attachment #1.

**DOE-C-2003 REPORTS (OCT 2014)**

The Contractor shall prepare and submit reports as specified in other clauses in the contract.

<p style="text-align: center;"><u>**Section D - Packaging and Marking**</u></p>

**SECURITY REQUIREMENTS**

The Contractor shall comply with the security requirements for packaging, marking, mailing, and shipping classified materials as prescribed by the current NNSA/DOE Safeguards and Security directives.

**DOE-D-2001 PACKAGING AND MARKING (OCT 2014)**

(a) Preservation, packaging and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s), including electronic means.

ANT_AR-0431

(b) Each package, report or other deliverable shall be accompanied by a letter or other document which -

(1) Identifies the contract by number pursuant to which the item is being delivered;

(2) Identifies the deliverable item number or report requirement which requires the delivered item; and

(3) Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

(c) For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required by paragraph (b) shall be simultaneously delivered to the office administering this contract, as identified in Section G of the contract, or if none, to the Contracting Officer.

## Section E - Inspection and Acceptance

## Section F - Deliveries or Performance

**DOE-F-2002 PLACE OF PERFORMANCE - SERVICES (OCT 2014) (REVISED)**

The services specified by this contract shall be performed at the following location(s):

Work will be conducted at the NNSA Headquarters locations in Washington, D.C., Albuquerque, NM, Germantown, MD, and Las Vegas, NV, supported NNSA field offices, remotely at corporate location(s), and/or via telework. Contractors shall be prepared to travel at any time to the sites, laboratories and plants within the NNSA Nuclear Security Enterprise and DOE sites, including but not limited to, National Security Campus in Kansas City, Missouri; Los Alamos National Laboratory in Los Alamos, New Mexico; Lawrence Livermore National Laboratory in Livermore, California; Nevada National Security Site, Nevada; Nevada Field Office, Las Vegas, NV; Sandia National Laboratory in Albuquerque, New Mexico; Savannah River Site in Aiken, South Carolina; NNSA Production Office (Y-12 National Security Complex) in Oakridge, Tennessee; and the NNSA Production Office (Pantex Plant) in Amarillo, Texas, Pacific Northwest National Laboratory (PNNL) in Richland, Washington, and Oak Ridge National Laboratory (ORNL) in Oak Ridge, Tennessee, to support project activities. Contractors may also be requested to support travel to DoD and other government agencies as well as international travel.

**DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) (REVISED)**

The Contractor shall commence performance of this contract in accordance with the contract terms and conditions on February 5, 2024, and continue for a base term expiring on February 4, 2025.  The parties may elect to extend services under this agreement for an additional six-month option term by mutual consent.

**DOE-F-2007 DELIVERY OF LIMITED RIGHTS DATA (OCT 2014)**

(a) Delivery of limited rights data. The Contractor shall, at the option of the Contracting Officer, be required to deliver any limited rights data used in the performance of this contract. Such data shall be subject to the provisions of the clause at FAR 52.227-14, Rights in Data--General, paragraph (g), "Protection of limited rights data and restricted computer software," which are incorporated into this contract.

ANT_AR-0432

(b) The limited rights data subject to the clause at FAR 52.227-14, Rights in Data-General, are listed below. This listing of limited rights data, which are asserted by the Contractor to be limited rights data, does not constitute an admission by the Government that the data is in fact limited rights data.



If a patent is issued by the United States Patent and Trademark Office (U.S. PTO) or the patent office of any foreign country based on any information asserted to be limited rights data, the Government will no longer treat any data contained in such issued patent as limited rights data. In addition, if any information asserted to be limited rights data results in or becomes a Subject Invention, as that term is defined in the patent rights clause of this agreement, the Government will only treat such data as limited rights data until the Contractor has filed its initial patent application.

(c) The Contractor shall not introduce or utilize any limited rights data not identified in above without advance written notification to the Contracting Officer.

(d) Notwithstanding any other provision of this Contract, the following data shall be delivered to the. Government with unlimited rights:

## Section G - Contract Administration Data

**DOE-G-2001 CONTRACTING OFFICER AUTHORITY (OCT 2014)**

The Contracting Officer is responsible for administration of the contract. The Contracting Officer may appoint a Contracting Officer's Representative (COR), in accordance with the clause entitled Contracting Officer's Representative, to perform specifically delegated functions. The Contracting Officer is the only individual who has the authority on behalf of the Government, among other things, to take the following actions under the contract:

(a) Assign additional work within the general scope of the contract.

(b) Issue a change in accordance with the clause entitled Changes.

(c) Change the cost or price of the contract.

(d) Change any of the terms, conditions, specifications, or services required by the contract.

(e) Accept non-conforming work.

ANT_AR-0433

(f) Waive any requirement of the contract.

**DOE-G-2003 CONTRACTOR'S PROGRAM MANAGER (OCT 2014)**

(a) The Contractor shall designate a Program Manager who will be the Contractor's authorized supervisor for technical and administrative performance of all work hereunder. The Program Manager shall be the primary point of contact between the Contractor and the Contracting Officer's Representative (COR) under this contract.

(b) The Program Manager shall receive and execute, on behalf of the Contractor, such technical directions as the COR may issue within the terms and conditions of the contract.

**DOE-G-2004 CONTRACT ADMINISTRATION (OCT 2014)**

To promote timely and effective contract administration, correspondence delivered to the Government under this contract shall reference the contract number, title, and subject matter, and shall be subject to the following procedures:

(a) Technical correspondence. Technical correspondence shall be addressed to the Contracting Officer's Representative (COR) for this contract, and a copy of any such correspondence shall be sent to the Contracting Officer. As used herein, technical correspondence does not include correspondence where patent or rights in data issues are involved, nor technical correspondence which proposes or involves waivers, deviations, or modifications to the requirements, terms or conditions of this contract.

(b) Other Correspondence.

(1) Correspondence regarding patent or rights in data issues should be sent to the Intellectual Property Counsel. A copy of such correspondence shall be provided to the Contracting Officer.

(2) If no Government Contract Administration Office is designated on Standard Form 33 (Block 24) or Standard Form 26 (Block 6), all correspondence, other than technical correspondence and correspondence regarding patent or rights in data, including correspondence regarding waivers, deviations, or modifications to requirements, terms or conditions of the contract, shall be addressed to the Contracting Officer.

(3) Where a Government Contract Administration Office, other than DOE, is Designated on either Standard Form 33 (Block 24), or Standard Form 26 (Block 6), of this contract, all correspondence, other than technical correspondence, shall be addressed to the Government Contract Administration Office so designated, with copies of the correspondence to the Contracting Officer.

(c) Information regarding correspondence addresses and contact information is as follows:

(1) Contract Specialist/Contracting Officer:

(A) Name: Kyle Krzywicki

(B) Telephone number: 202-586-0831

(C) Address: 1000 Independence Ave., SW, Washington, DC 20585

ANT_AR-0434

(D) Email address: kyle.krzywicki@nnsa.doe.gov

**DOE-G-2007 CONTRACTOR PERFORMANCE ASSESSMENT REPORTING (NOV 2021)**

(a) The Contracting Officer will document the Contractor's performance under this contract (including any task orders placed against it, if applicable) by using the Contractor Performance Assessment Reporting System (CPARS). CPARS information is handled as "Source Selection Information," available to authorized Government personnel seeking past performance information when evaluating proposals for award.

(b) Contractor performance will be evaluated at least annually at the contract or task-order level, as determined by the Contracting Officer. Evaluation categories may include any or all of the following at the Government's discretion: (1) technical/quality, (2) cost control, (3) schedule, (4) management or business relations, and (5) small business subcontracting. Past performance information is available at https://www.cpars.gov. It is recommended that the Contractor take the overview training found on the CPARS website. The Contractor shall acknowledge receipt of the Government's request for comments on CPARS assessments at the time it is received and shall respond to such requests within fourteen (14) calendar days of the request.

(c) Joint Ventures. Performance assessments shall be prepared on contracts with joint ventures. When the joint venture has a unique Commercial and Government Entity (CAGE) code and unique entity identifier, a single assessment will be prepared for the joint venture using its CAGE code and unique entity identifier. If the joint venture does not have a unique CAGE code and unique entity identifier, separate assessments, containing identical narrative, will be prepared for each participating contractor and will state that the evaluation is based on performance under a joint venture and will identify the contractors that were part of the joint venture.

(d) In addition to the performance assessments addressed above, the Government will perform other performance assessments necessary for administration of the contract in accordance with other applicable clauses in this contract.

## Section H - Special Contract Requirements

**COMPUTER SYSTEMS SECURITY (JAN 2017)**

The Contractor agrees to comply with the NNSA/DOE directives and all other regulations relating to computer systems security that is provided and applicable to this agreement. The Contractor shall immediately provide written notification to the Contracting Officer when an employee of the Contractor no longer requires access to Government computer systems.

**DOE-H-2033 ALTERNATIVE DISPUTE RESOLUTION (OCT 2014)**

(a) The DOE and the Contractor both recognize that methods for fair and efficient resolution of contractual issues in controversy by mutual agreement are essential to the successful and timely completion of contract requirements. Accordingly, DOE and the Contractor shall use their best efforts to informally resolve any contractual issue in controversy by mutual agreement. Issues of controversy may include a dispute, claim, question, or other disagreement. The parties agree to negotiate with each other in good faith, recognizing their mutual interests, and attempt to reach a just and equitable solution satisfactory to both parties.

(b) If a mutual agreement cannot be reached through negotiations within a reasonable period of time, the parties may use a process of alternate dispute resolution (ADR) in accordance with the clause at FAR 52.233-1,

ANT_AR-0435

Disputes. The ADR process may involve mediation, facilitation, fact-finding, group conflict management, and conflict coaching by a neutral party. The neutral party may be an individual, a board comprised of independent experts, or a company with specific expertise in conflict resolution or expertise in the specific area of controversy. The neutral party will not render a binding decision, but will assist the parties in reaching a mutually satisfactory agreement. Any opinions of the neutral party shall not be admissible in evidence in any subsequent litigation proceedings.

(c) Either party may request that the ADR process be used. The Contractor shall make a written request to the Contracting Officer, and the Contracting Officer shall make a written request to the appropriate official of the Contractor. A voluntary election by both parties is required to participate in the ADR process. The parties must agree on the procedures and terms of the process, and officials of both parties who have the authority to resolve the issue must participate in the agreed upon process.

(d) ADR procedures may be used at any time that the Contracting Officer has the authority to resolve the issue in controversy. If a claim has been submitted by the Contractor, ADR procedures may be applied to all or a portion of the claim. If ADR procedures are used subsequent to issuance of a Contracting Officer's final decision under the clause at FAR 52.233-1, Disputes, their use does not alter any of the time limitations or procedural requirements for filing an appeal of the Contracting Officer's final decision and does not constitute reconsideration of the final decision.

(e) If the Contracting Officer rejects the Contractor's request for ADR proceedings, the Contracting Officer shall provide the Contractor with a written explanation of the specific reasons the ADR process is not appropriate for the resolution of the dispute. If the Contractor rejects the Contracting Officer's request to use ADR procedures, the Contractor shall provide the Contracting Officer with the reasons for rejecting the request.

## DOE-H-2063 CONFIDENTIALITY OF INFORMATION (FEB 2022)

(a) Performance of work under this contract may result in the Contractor having access to confidential information via written or electronic documents, or by virtue of having access to DOE's electronic or other systems. Such confidential information includes personally identifiable information (such as social security account numbers) or proprietary business, technical, or financial information belonging to the Government or other companies or organizations. The Contractor shall treat this information as confidential and agrees not to use this information for its own purposes, or to disclose the information to third parties, unless specifically authorized to do so in writing by the Contracting Officer.

(b) The restrictions set out in paragraph(a) above, however, do not apply to -

(1) Information which, at the time of receipt by the Contractor, is in the public domain;

(2) Information which, subsequent to receipt by the Contractor, becomes part of the public domain through no fault or action of the Contractor;

(3) Information which the Contractor can demonstrate was previously in its possession and was not acquired directly or indirectly as a result of access obtained by performing work under this contract;

(4) Information which the Contractor can demonstrate was received from a third party who did not require the Contractor to hold it in confidence; or

Page 9

(5) Information which is subject to release under applicable law.

(c) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General or the Office of Special Counsel of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

(d) The Contractor shall obtain a written agreement from each of its employees who are granted access to, or furnished with, confidential information, whereby the employee agrees that he or she will not discuss, divulge, or disclose any such information to any person or entity except those persons within the Contractor's organization directly concerned with the performance of the contract. The agreement shall be in a form satisfactory to the Contracting Officer.

(e) Upon request of the Contracting Officer, the Contractor agrees to execute an agreement with any party which provides confidential information to the Contractor pursuant to this contract, or whose facilities the Contractor is given access to that restrict use and disclosure of confidential information obtained by the Contractor. A copy of the agreement, which shall include all material aspects of this clause, shall be provided to the Contracting Officer for approval.

(f) Upon request of the Contracting Officer, the Contractor shall supply the Government with reports itemizing the confidential or proprietary information it receives under this contract and identify the source (company, companies or other organizations) of the information.

(g) The Contractor agrees to flow down this clause to all subcontracts issued under this contract.

## Section I - Contract Clauses

**52.202-1 DEFINITIONS. (JUN 2020)**

**52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES. (NOV 2021)**

**52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)**

**52.204-26 COVERED TELECOMMUNICATIONS EQUIPMENT OR SERVICES-REPRESENTATION. (OCT 2020)**

**52.204-27 PROHIBITION ON A BYTEDANCE COVERED APPLICATION. (JUN 2023)**

**52.222-50 COMBATING TRAFFICKING IN PERSONS. (NOV 2021)**

**52.223-18 ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING. (JUN 2020)**

ANT_AR-0437

**52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES. (FEB 2021)**

**52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS. (JUN 2013)**

**52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM. (OCT 2004)**

**52.249-4 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (APR 1984)**

**952.204-2 SECURITY REQUIREMENTS. (AUG 2016)**

(a) *Responsibility*. It is the Contractor's duty to protect all classified information, special nuclear material, and other DOE property. The Contractor shall, in accordance with DOE security regulations and requirements, be responsible for protecting all classified information and all classified matter (including documents, material and special nuclear material) which are in the Contractor's possession in connection with the performance of work under this contract against sabotage, espionage, loss or theft. Except as otherwise expressly provided in this contract, the Contractor shall, upon completion or termination of this contract, transmit to DOE any classified matter or special nuclear material in the possession of the Contractor or any person under the Contractor's control in connection with performance of this contract. If retention by the Contractor of any classified matter is required after the completion or termination of the contract, the Contractor shall identify the items and classification levels and categories of matter proposed for retention, the reasons for the retention, and the proposed period of retention. If the retention is approved by the Contracting Officer, the security provisions of the contract shall continue to be applicable to the classified matter retained. Special nuclear material shall not be retained after the completion or termination of the contract.

(b) *Regulations*. The Contractor agrees to comply with all security regulations and contract requirements of DOE as incorporated into the contract.

(c) *Definition of classified information*. The term Classified Information means information that is classified as Restricted Data or Formerly Restricted Data under the Atomic Energy Act of 1954, or information determined to require protection against unauthorized disclosure under Executive Order 12958, Classified National Security Information, as amended, or prior executive orders, which is identified as National Security Information.

(d) *Definition of restricted data*. The term Restricted Data means all data concerning design, manufacture, or utilization of atomic weapons; production of special nuclear material; or use of special nuclear material in the production of energy, but excluding data declassified or removed from the Restricted Data category pursuant to 42 U.S.C. 2162 (Section 142, as amended, of the Atomic Energy Act of 1954).

(e) *Definition of formerly restricted data*. The term "Formerly Restricted Data" means information removed from the Restricted Data category based on a joint determination by DOE or its predecessor agencies and the Department of Defense that the information-(1) Relates primarily to the military utilization of atomic weapons; and (2) can be adequately protected as National Security Information. However, such information is subject to the same restrictions on transmission to other countries or regional defense organizations that apply to Restricted Data.

(f) *Definition of national security information*. The term "National Security Information" means information that has been determined, pursuant to Executive Order 12958, Classified National Security Information, as

Page 11

ANT_AR-0438

amended, or any predecessor order, to require protection against unauthorized disclosure, and that is marked to indicate its classified status when in documentary form.

(g) *Definition of special nuclear material*. The term "special nuclear material" means-(1) Plutonium, uranium enriched in the isotope 233 or in the isotope 235, and any other material which, pursuant to 42 U.S.C. 2071 (section 51 as amended, of the Atomic Energy Act of 1954) has been determined to be special nuclear material, but does not include source material; or (2) any material artificially enriched by any of the foregoing, but does not include source material.

(h) *Access authorizations of personnel*. (1) The Contractor shall not permit any individual to have access to any classified information or special nuclear material, except in accordance with the Atomic Energy Act of 1954, and the DOE's regulations and contract requirements applicable to the particular level and category of classified information or particular category of special nuclear material to which access is required.

(2) The Contractor must conduct a thorough review, as defined at 48 CFR 904.401, of an uncleared applicant or uncleared employee, and must test the individual for illegal drugs, prior to selecting the individual for a position requiring a DOE access authorization.

(i) A review must-Verify an uncleared applicant's or uncleared employee's educational background, including any high school diploma obtained within the past five years, and degrees or diplomas granted by an institution of higher learning; contact listed employers for the last three years and listed personal references; conduct local law enforcement checks when such checks are not prohibited by state or local law or regulation and when the uncleared applicant or uncleared employee resides in the jurisdiction where the Contractor is located; and conduct a credit check and other checks as appropriate.

(ii) Contractor reviews are not required for an applicant for DOE access authorization who possesses a current access authorization from DOE or another Federal agency, or whose access authorization may be reapproved without a federal background investigation pursuant to Executive Order 12968, Access to Classified Information (August 4, 1995), Sections 3.3(c) and (d).

(iii) In collecting and using this information to make a determination as to whether it is appropriate to select an uncleared applicant or uncleared employee to a position requiring an access authorization, the Contractor must comply with all applicable laws, regulations, and Executive Orders, including those-(A) Governing the processing and privacy of an individual's information, such as the Fair Credit Reporting Act, Americans with Disabilities Act (ADA), and Health Insurance Portability and Accountability Act; and (B) prohibiting discrimination in employment, such as under the ADA, Title VII and the Age Discrimination in Employment Act, including with respect to pre- and post-offer of employment disability related questioning.

(iv) In addition to a review, each candidate for a DOE access authorization must be tested to demonstrate the absence of any illegal drug, as defined in 10 CFR 707.4. All positions requiring access authorizations are deemed testing designated positions in accordance with 10 CFR part 707. All employees possessing access authorizations are subject to applicant, random or for cause testing for use of illegal drugs. DOE will not process candidates for a DOE access authorization unless their tests confirm the absence from their system of any illegal drug.

(v) When an uncleared applicant or uncleared employee receives an offer of employment for a position that requires a DOE access authorization, the Contractor shall not place that individual in such a position prior to the individual's receipt of a DOE access authorization, unless an approval has been obtained from the head of the

Page 12

cognizant local security office. If the individual is hired and placed in the position prior to receiving an access authorization, the uncleared employee may not be afforded access to classified information or matter or special nuclear material (in categories requiring access authorization) until an access authorization has been granted.

(vi) The Contractor must maintain a record of information concerning each uncleared applicant or uncleared employee who is selected for a position requiring an access authorization. Upon request only, the following information will be furnished to the head of the cognizant local DOE Security Office:

(A) The date(s) each Review was conducted;

(B) Each entity that provided information concerning the individual;

(C) A certification that the review was conducted in accordance with all applicable laws, regulations, and Executive Orders, including those governing the processing and privacy of an individual's information collected during the review;

(D) A certification that all information collected during the review was reviewed and evaluated in accordance with the Contractor's personnel policies; and

(E) The results of the test for illegal drugs.

(i) *Criminal liability*. It is understood that disclosure of any classified information relating to the work or services ordered hereunder to any person not entitled to receive it, or failure to protect any classified information, special nuclear material, or other Government property that may come to the Contractor or any person under the Contractor's control in connection with work under this contract, may subject the Contractor, its agents, employees, or Subcontractors to criminal liability under the laws of the United States (see the Atomic Energy Act of 1954, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794).

(j) *Foreign ownership, control, or influence*. (1) The Contractor shall immediately provide the cognizant security office written notice of any change in the extent and nature of foreign ownership, control or influence over the Contractor which would affect any answer to the questions presented in the Standard Form (SF) 328, *Certificate Pertaining to Foreign Interests*, executed prior to award of this contract. The Contractor will submit the Foreign Ownership, Control or Influence (FOCI) information in the format directed by DOE. When completed the Contractor must print and sign one copy of the SF 328 and submit it to the Contracting Officer. In addition, any notice of changes in ownership or control which are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice, shall also be furnished concurrently to the Contracting Officer.

(2) If a Contractor has changes involving foreign ownership, control, or influence, DOE must determine whether the changes will pose an undue risk to the common defense and security. In making this determination, DOE will consider proposals made by the Contractor to avoid or mitigate foreign influences.

(3) If the cognizant security office at any time determines that the Contractor is, or is potentially, subject to foreign ownership, control, or influence, the Contractor shall comply with such instructions as the Contracting Officer shall provide in writing to protect any classified information or special nuclear material.

(4) The Contracting Officer may terminate this contract for default either if the Contractor fails to meet obligations imposed by this clause or if the Contractor creates a foreign ownership, control, or influence

Page 13

ANT_AR-0440

situation in order to avoid performance or a termination for default. The Contracting Officer may terminate this contract for convenience if the Contractor becomes subject to foreign ownership, control, or influence and for reasons other than avoidance of performance of the contract, cannot, or chooses not to, avoid or mitigate the foreign ownership, control, or influence problem.

(k) *Employment announcements*. When placing announcements seeking applicants for positions requiring access authorizations, the Contractor shall include in the written vacancy announcement, a notification to prospective applicants that reviews, and tests for the absence of any illegal drug as defined in 10 CFR 707.4, will be conducted by the employer and a background investigation by the Federal government may be required to obtain an access authorization prior to employment, and that subsequent reinvestigations may be required. If the position is covered by the Counterintelligence Evaluation Program regulations at 10 CFR part 709, the announcement should also alert applicants that successful completion of a counterintelligence evaluation may include a counterintelligence-scope polygraph examination.

(l) *Flow down to subcontracts*. The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph, in all subcontracts under its contract that will require subcontractor employees to possess access authorizations. Additionally, the Contractor must require such subcontractors to have an existing DOD or DOE facility clearance or submit a completed SF 328, *Certificate Pertaining to Foreign Interests*, as required in 48 CFR 952.204-73, Facility Clearance, and obtain a foreign ownership, control and influence determination and facility clearance prior to award of a subcontract. Information to be provided by a subcontractor pursuant to this clause may be submitted directly to the Contracting Officer. For purposes of this clause, subcontractor means any subcontractor at any tier and the term "Contracting Officer" means the DOE Contracting Officer. When this clause is included in a subcontract, the term "Contractor" shall mean subcontractor and the term "contract" shall mean subcontract.

## 952.204-73 FACILITY CLEARANCE. (AUG 2016)

*Notices*

Section 2536 of title 10, United States Code, prohibits the award of a contract under a national security program to an entity controlled by a foreign government if it is necessary for that entity to be given access to information in a proscribed category of information in order to perform the contract unless a waiver is granted by the Secretary of Energy. In addition, a Facility Clearance and foreign ownership, control and influence (FOCI) information are required when the contract or subcontract to be awarded is expected to require employees to have access authorizations.

Offerors who have either a Department of Defense or a Department of Energy Facility Clearance generally need not resubmit the following foreign ownership information unless specifically requested to do so. Instead, provide your DOE Facility Clearance code or your DOD assigned commercial and government entity (CAGE) code. If uncertain, consult the office which issued this solicitation.

(a) *Use of Certificate Pertaining to Foreign Interests, Standard Form 328*. (1) The contract work anticipated by this solicitation will require access to classified information or special nuclear material. Such access will require a Facility Clearance for the Contractor's organization and access authorizations (security clearances) for Contractor personnel working with the classified information or special nuclear material. To obtain a Facility Clearance the Contractor must submit the Standard Form 328, Certificate Pertaining to Foreign Interests, and all required supporting documents to form a complete Foreign Ownership, Control or Influence (FOCI) Package.

ANT_AR-0441

The Contractor will submit the Foreign Ownership, Control or Influence (FOCI) information in the format directed by DOE. When completed the Contractor must print and sign one copy of the SF 328 and submit it to the Contracting Officer.

(2) Information submitted by the offeror in response to the Standard Form 328 will be used solely for the purposes of evaluating foreign ownership, control or influence and will be treated by DOE, to the extent permitted by law, as business or financial information submitted in confidence.

(3) Following submission of a Standard Form 328 and prior to contract award, the Contractor shall immediately submit to the Contracting Officer written notification of any changes in the extent and nature of FOCI which could affect the offeror's answers to the questions in Standard Form 328. Following award of a contract, the Contractor must immediately submit to the cognizant security office written notification of any changes in the extent and nature of FOCI which could affect the offeror's answers to the questions in Standard Form 328. Notice of changes in ownership or control which are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice must also be furnished concurrently to the cognizant security office.

*(b) Definitions*. (1) *Foreign Interest* means any of the following-

(i) A foreign government, foreign government agency, or representative of a foreign government;

(ii) Any form of business enterprise or legal entity organized, chartered or incorporated under the laws of any country other than the United States or its possessions and trust territories; and

(iii) Any person who is not a citizen or national of the United States.

(2) *Foreign Ownership, Control, or Influence (FOCI)* means the situation where the degree of ownership, control, or influence over a Contractor by a foreign interest is such that a reasonable basis exists for concluding that compromise of classified information or special nuclear material may result.

(c) *Facility Clearance* means an administrative determination that a facility is eligible to access, produce, use or store classified information, or special nuclear material. A Facility Clearance is based upon a determination that satisfactory safeguards and security measures are carried out for the activities being performed at the facility. It is DOE policy that all Contractors or Subcontractors requiring access authorizations be processed for a Facility Clearance at the level appropriate to the activities being performed under the contract. Approval for a Facility Clearance shall be based upon-

(1) A favorable foreign ownership, control, or influence (FOCI) determination based upon the Contractor's response to the ten questions in Standard Form 328 and any required, supporting data provided by the Contractor;

(2) A contract or proposed contract containing the appropriate security clauses;

(3) Approved safeguards and security plans which describe protective measures appropriate to the activities being performed at the facility;

(4) An established Reporting Identification Symbol code for the Nuclear Materials Management and Safeguards Reporting System if access to nuclear materials is involved;

ANT_AR-0442

(5) A survey conducted no more than 6 months before the Facility Clearance date, with a composite facility rating of satisfactory, if the facility is to possess classified matter or special nuclear material at its location;

(6) Appointment of a Facility Security Officer, who must possess or be in the process of obtaining an access authorization equivalent to the Facility Clearance; and, if applicable, appointment of a Materials Control and Accountability Representative; and

(7) Access authorizations for key management personnel who will be determined on a case-by-case basis, and must possess or be in the process of obtaining access authorizations equivalent to the level of the Facility Clearance.

(d) A Facility Clearance is required prior to the award of a contract requiring access to classified information and the granting of any access authorizations under a contract. Prior to award of a contract, the DOE must determine that award of the contract to the offeror will not pose an undue risk to the common defense and security as a result of its access to classified information or special nuclear material in the performance of the contract. The Contracting Officer may require the offeror to submit such additional information as deemed pertinent to this determination.

(e) A Facility Clearance is required even for contracts that do not require the Contractor's corporate offices to receive, process, reproduce, store, transmit, or handle classified information or special nuclear material, but which require DOE access authorizations for the Contractor's employees to perform work at a DOE location. This type facility is identified as a non-possessing facility.

(f) Except as otherwise authorized in writing by the Contracting Officer, the provisions of any resulting contract must require that the Contractor insert provisions similar to the foregoing in all subcontracts and purchase orders. Any Subcontractors requiring access authorizations for access to classified information or special nuclear material shall be directed to provide responses to the questions in Standard Form 328, Certificate Pertaining to Foreign Interests, directly to the prime Contractor or the Contracting Officer for the prime contract.

Notice to Offerors-Contents Review (Please Review Before Submitting)

Prior to submitting the Standard Form 328, required by paragraph (a)(1) of this clause, the offeror should review the FOCI submission to ensure that:

(1) The Standard Form 328 has been signed and dated by an authorized official of the company;

(2) If publicly owned, the Contractor's most recent annual report, and its most recent proxy statement for its annual meeting of stockholders have been attached; or, if privately owned, the audited, consolidated financial information for the most recently closed accounting year has been attached;

(3) A copy of the company's articles of incorporation and an attested copy of the company's by-laws, or similar documents filed for the company's existence and management, and all amendments to those documents;

(4) A list identifying the organization's owners, officers, directors, and executive personnel, including their names, social security numbers, citizenship, titles of all positions they hold within the organization, and what clearances, if any, they possess or are in the process of obtaining, and identification of the government agency(ies) that granted or will be granting those clearances; and

Page 16

(5) A summary FOCI data sheet.

Note: A FOCI submission must be attached for each tier parent organization (i.e. ultimate parent and any intervening levels of ownership). If any of these documents are missing, award of the contract cannot be completed.

## Section J - List of Documents, Exhibits and Other Attachments

**DOE-J-2001 LIST OF ATTACHMENTS (OCT 2015)**

The following attachments constitute part of this contract:

| Attachment Number | Title |
|---|---|
| 1 | Statement of Work |
| 2 | Anthropic AI Services Agreement |

## Section K - Representations, Certifications, and Other Statements of Bidders

**52.204-19 INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS. (DEC 2014)**

**52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)**

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it "does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument" in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services-Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it "does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services" in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) *Definitions.* As used in this provision-

*Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming, and substantial or essential component* have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Prohibition.* (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to-

ANT_AR-0444

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to-

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (*https://www.sam.gov*) for entities excluded from receiving federal awards for "covered telecommunications equipment or services."

(d) *Representations*. The Offeror represents that-

(1) It [ ] will, [ ] will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will" in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that-

It [ ] does, [ ] does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does" in paragraph (d)(2) of this section.

(e) *Disclosures*. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will" in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

Page 18

ANT_AR-0445

(i) For covered equipment-

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment-

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained:

ANT_AR-0446

Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

ANT_AR-0447

Purchase Order 89233123PNA000174                                    Attachment #1
                                                                  Statement of Work

**U.S. Department of Energy**
**National Nuclear Security Administration (DOE/NNSA)**
**Office of Nuclear Threat Science (NA-82)**
**Statement of Work (SOW)**

## 1.0    INTRODUCTION/BACKGROUND

This Statement of Work (SOW) defines the collaborative activities that the Contractor ("Anthropic") shall provide to the National Nuclear Security Administration's Office of Nuclear Threat Science (NA-82) to foster a better understanding of the impact of Artificial Intelligence (AI) and Large Language Models (LLMs) on the Weapons of Mass Destruction (WMD) threat space.

The Office of Nuclear Threat science maintains and advances technical U.S. Government capabilities to assess nuclear threat devices and materials; advises and enables nuclear counterterrorism, counterproliferation, and incident response; and ensures NNSA nuclear threat science informs national and international policy. As a part of its core mission, NA-82 is partnering with AI industry representatives to examine AI's implications on the WMD threat space.

## 2.0    OBJECTIVE

The objective of this SOW is to engage with the Contractor to obtain operational and systems support services required to adequately understand how AI and LLMs in particular change the current WMD threat landscape and to identify potential safeguards that could help mitigate such threats.  Support and access identified in this SOW will be provided to NNSA officials as well as NNSA-designated support personnel at Lawrence Livermore National Laboratory, Los Alamos National Laboratory, Sandia National Laboratories, Oak Ridge National Laboratory, Pacific Northwest National Laboratory, and Georgia Tech Research Institute.

## 3.0  TASKS

| 3.1  OFFICE OF Nuclear Threat Science (NA-82) | | | | | |
|---|---|---|---|---|---|
| **Requirement** | **Deliverable** | **Standard** | **Quantity** | **Frequency** | **Format** |
| The Contractor will provide training of the type typically provided to the Contractor's commercial customers to NA-82 personnel and specific DOE National Laboratory designees supporting this effort on how to interact with and appropriately prompt LLMs to achieve program objectives. | Training | N/A | As Required | As Required | Virtual / In-person |

ANT_AR-0448

Purchase Order 89233123PNA000174

Attachment #1
Statement of Work

| | | | | | |
|---|---|---|---|---|---|
| The Contractor will provide NA-82 personnel and specific DOE National Laboratory designees access to its LLMs in an NNSA-designated, FedRAMP-authorized cloud environment in order to enable red-teaming activities across several DOE/NNSA laboratories (access to be facilitated by NNSA).  This requirement anticipates Contractor providing access to both an initial version of its LLM; and, upon establishment of a second, Government designated cloud environment, the latest version of the Contractor's LLM that is transferrable to the second, Government-designated cloud environment (as mutually agreed upon by the parties). | Access to LLM software | | As Required | Continuous during PoP | Virtual |
| The Contractor will provide technical support and troubleshooting to NA-82 personnel and specific DOE National Laboratory consistent with the Contractor's commercial practice. | Technical Support | | As Required | As Required | Virtual / In-person |

## 4.0    DELIVERY REQUIREMENTS

The Contractor shall deliver access to its LLM through importation of the LLM to an NNSA-approved, FedRAMP-authorized cloud environment (the "NNSA-Designated Cloud Environment") for the duration of this contract.  The Contractor shall ensure that all required data and information necessary for the Government to properly operate the LLM is transferred to the NNSA-Designated Cloud Environment.  At no point will NNSA be provided access to the Contractor's LLM or other underlying intellectual property, except through access through the designated cloud environment.

Upon delivery of the LLM to the NNSA-Designated Cloud Environment, under no circumstances, notwithstanding any terms in the ANTHROPIC AI SERVICES AGREEMENT (Attachment 2), will the Contractor, its employees, or its contractors: (a) access or have access to information input into the LLM by NNSA (or designated contractor personnel); or (b) access or have access to information output by the LLM in response to NNSA (or designated contractor personnel) input.

NNSA may require reasonable assurances from the Contractor regarding its ability to access information input into, or generated by, the LLM.

## 5.0    SECURITY REQUIREMENTS

The Contract and proposed operating environments are structured to prevent the Contractor access to classified information.  Therefore, the Contract does not require cleared Contractor personnel.  To the extent that the Contractor does not have access to classified information subject to the provisions of DEAR 952.204-2, SECURITY REQUIREMENTS (AUG 2016), and/or DEAR 952.204-73, FACILITY CLEARANCE (AUG 2016), are inapplicable.  However, in the event that the NNSA determines the Contractor  requires access to classified information subject to the provisions of those clauses, the Parties shall confer regarding the required clearances in advance.

2

ANT_AR-0449

DocuSign Envelope ID: 0EAB8A5B-D0C6-4220-84A5-14B6E455CC1B

Purchase Order 89233123PNA000174

Attachment #1
Statement of Work

**6.0      GOVERNMENT FURNISHED PROPERTY**

The Contractor does not require government furnished property.

**7.0      TRAVEL**

There is no travel requirement or travel funding associated with this contract. While occasional travel may be required to either NNSA or Contractor site offices, funding for such travel will come from existing program funding for government travel or from the Contractor company for Contractor personnel travel.

**8.0      PLACE OF PERFORMANCE**

The primary places of performance for the required services will be in the Department of Energy's James Forrestal Building located at 1000 Independence Avenue, S.W., Washington, D.C.

**9.0      TIME OF PERFORMANCE**

The Contractor shall provide NA-82 administrative support services as needed.  Specific support times are flexible and will be based on mutual agreement of the parties.

**10.0      PERIOD OF PERFORMANCE**

The period of performance for this requirement will be a twelve-month base period and one six-month Option to Extend Services period as follows:

        Base Period:          February 5, 2024 - February 4, 2025
        Option Period 1:      February 5, 2025 - August 4, 2025

**11.0      TELEWORK**

N/A

**12.0      ALTERNATE WORK SCHEDULE**

N/A

**13.0      COLLABORATIVE DISCUSSION OF FINDINGS**

NA-82 will engage with Contractor to provide unclassified summaries regarding NNSA's red-teaming activities and findings across the DOE/NNSA laboratories for Anthropic to understand the potential risks or mitigations relevant to its LLM.  This will include interim feedback, as appropriate, prior to the conclusion of the Contract, including at least at the approximate project mid-point and at the end of the period of performance.  At no point will Collaborator have access to information input into the LLM by NNSA or access to information output by the LLM in response to NNSA input.

ANT_AR-0450

DocuSign Envelope ID: 0EAB8A5B-D0C6-4220-84A5-14B6E455CC1B

*FINAL 2.5.24*

**ANTHROPIC AI SERVICES AGREEMENT**



*FINAL 2.5.24*

*FINAL 2.5.24*

**ANTHROPIC AI SERVICE AGREEMENT**

**<u>Exhibit A</u>: General Terms**



DocuSign Envelope ID: 0EAB8A5B-D0C6-4220-84A5-14B6E455CC1B

*FINAL 2.5.24*



*FINAL 2.5.24*

*FINAL 2.5.24*



*FINAL 2.5.24*



*FINAL 2.5.24*

ANT_AR-0456

*FINAL 2.5.24*



*FINAL 2.5.24*



DocuSign Envelope ID: 0EAB8A5B-D0C6-4220-84A5-14B6E455CC1B

*FINAL 2.5.24*



*FINAL 2.5.24*

## <u>Exhibit B</u>: Service Level Agreement



ANT_AR-0460

*FINAL 2.5.24*

<u>**Exhibit C**</u>**: Acceptable Use Policy**



ANT_AR-0461

**FINAL 2.5.24**



*FINAL 2.5.24*

ANT_AR-0463

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | See Block 16C | | |

| 6. ISSUED BY                CODE | 892331 | 7. ADMINISTERED BY (If other than Item 6)    CODE | 05030 |
|---|---|---|---|
| Contracting Operations Division<br>Headquarters Services Acquisition Branch<br>NA-PAS-314<br>1000 Independence Ave., SW<br>Washington DC 20585 | | NNSA  Headquarters Services Acquisi<br>NA-PAS-314<br>US Department of Energy<br>Forrestal Building<br>1000 Independence Avenue, SW<br>Washington DC 20585 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Anthropic PBC<br>Attn: Michael Sellitto<br>731 Sansome St<br>San Fransico CA 9411-1725 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>89233123PNA000174 |
| CODE   DOE001178        FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>02/06/2024 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority)<br>DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) | |

E. IMPORTANT:    Contractor    ☐ is not    ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
UEI:  DOE001178

The purpose of modification P00001 is to extend the period of performance through March 4, 2025.


All other terms and conditions remain unchanged.




Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Michael Sellitto  Head of Gl.bl Affairs | | Kyle C. Krzywicki | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>07/03/2025 | 16B. UNITED STATES OF AMERICA<br><br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>2/3/2025 |
| Previous edition unusable | | | |

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0464

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 89233123PNA000174/P00001 | | | | PAGE 2 | OF 3 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Anthropic PBC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Payment:<br>    VIPERS<br>    https://vipers.doe.gov<br>    Any questions, please contact<br>    by call/email 888-251-3557 or<br>    payments@hq.doe.gov<br>Period of Performance: 02/05/2024 to 03/04/2025 | | | | |

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED 89233123PNA000174/P00001 | | | | |
|---|---|---|---|---|---|

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

ANT_AR-0465

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | See Block 16C | | |

| 6. ISSUED BY | CODE | 892331 | 7. ADMINISTERED BY (If other than Item 6) | CODE | 05030 |
|---|---|---|---|---|---|

6. ISSUED BY

Contracting Operations Division
Headquarters Services Acquisition Branch
NA-PAS-314
1000 Independence Ave., SW
Washington DC 20585

7. ADMINISTERED BY

NNSA  Headquarters Services Acquisi
NA-PAS-314
US Department of Energy
Forrestal Building
1000 Independence Avenue, SW
Washington DC 20585

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Anthropic PBC
Attn: Michael Sellitto
731 Sansome St
San Fransico CA 9411-1725

CODE  DOE001178     FACILITY CODE

| | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| X | | 10A. MODIFICATION OF CONTRACT/ORDER NO. 89233123PNA000174 |
| | | 10B. DATED (SEE ITEM 13) 02/06/2024 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers      ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) |

E. IMPORTANT:    Contractor    ☐ is not    ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

UEI:  DOE001178

The purpose of modification P00002 is to extend the period of performance through March 4, 2026, and update Attachment #1.

All other terms and conditions remain unchanged.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Michael Sellitto  Head of Global Affairs | | Kyle C. Krzywicki | |
| 15B. CONTRACTOR/OFFEROR  Docusigned by: Michael Sellitto (Signature of person authorized to sign) | 15C. DATE SIGNED 3/4/2025 | 16B. UNITED STATES OF AMERICA  Kyle C. Krzywicki (Signature of Contracting Officer) | 16C. DATE SIGNED 03/04/2025 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0466

Docusign Envelope ID: 3E7AD233-6F60-4475-A60A-C4C62DE37C99

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 89233123PNA000174/P00002 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
Anthropic PBC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Payment:<br>    VIPERS<br>    https://vipers.doe.gov<br>    Any questions, please contact<br>    by call/email 888-251-3557 or<br>    payments@hq.doe.gov<br>Period of Performance: 02/05/2024 to 03/04/2026 | | | | |

ANT_AR-0467

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

Purchase Order 89233123PNA000174

Attachment #1
Statement of Work

**U.S. Department of Energy**
**National Nuclear Security Administration (DOE/NNSA)**
**Office of Nuclear Threat Science (NA-82)**
**Statement of Work (SOW)**

**1.0    INTRODUCTION/BACKGROUND**

This Statement of Work (SOW) defines the collaborative activities that the Contractor ("Anthropic") shall provide to the National Nuclear Security Administration's Office of Nuclear Threat Science (NA-82) to foster a better understanding of the impact of Artificial Intelligence (AI) and Large Language Models (LLMs) on the Weapons of Mass Destruction (WMD) threat space.

The Office of Nuclear Threat science maintains and advances technical U.S. Government capabilities to assess nuclear threat devices and materials; advises and enables nuclear counterterrorism, counterproliferation, and incident response; and ensures NNSA nuclear threat science informs national and international policy. As a part of its core mission, NA-82 is partnering with AI industry representatives to examine AI's implications on the WMD threat space.

**2.0    OBJECTIVE**

The objective of this SOW is to engage with the Contractor to obtain operational and systems support services required to adequately understand how AI and LLMs in particular change the current WMD threat landscape and to identify potential safeguards that could help mitigate such threats.  Support and access identified in this SOW will be provided to NNSA officials as well as NNSA-designated support personnel at Lawrence Livermore National Laboratory, Los Alamos National Laboratory, Sandia National Laboratories, Oak Ridge National Laboratory, Pacific Northwest National Laboratory, and Georgia Tech Research Institute.

**3.0   TASKS**

| 3.1  OFFICE OF Nuclear Threat Science (NA-82) | | | | | |
|---|---|---|---|---|---|
| Requirement | Deliverable | Standard | Quantity | Frequency | Format |
| The Contractor will provide training of the type typically provided to the Contractor's commercial customers to NA-82 personnel and specific DOE designees* (including National Laboratory personnel) supporting this effort on how to interact with and appropriately prompt LLMs to achieve program objectives.<br><br>For clarity, "designees" as used in this SOW will be limited to DOE National Laboratory personnel and non-DOE personnel under contract to provide support to NA-82 under terms no less favorable to Anthropic than this SOW. | Training | N/A | As Required | As Required | Virtual / In-person |

Business Confidential                                1

ANT_AR-0468

Purchase Order 89233123PNA000174                                     Attachment #1
                                                                Statement of Work

| | | | | | |
|---|---|---|---|---|---|
| The Contractor will provide NA-82 personnel and specific DOE designees (including National Laboratory personnel) access to its LLMs in an NNSA-designated, FedRAMP-authorized cloud environment in order to enable red-teaming activities across several DOE/NNSA laboratories (access to be facilitated by NNSA). This requirement anticipates Contractor providing access to certain of its models that are accessible in a Government-designated cloud environment (as mutually agreed upon by the parties). | Access to LLM software | | As Required | Continuous during PoP | Virtual |
| The Contractor will provide technical support and troubleshooting to NA-82 personnel and specific DOE designees (including National Laboratory personnel) consistent with the Contractor's commercial practice. | Technical Support | | As Required | As Required | Virtual / In-person |

## 4.0    DELIVERY REQUIREMENTS

The Contractor shall deliver access to its LLM through importation of the LLM to a mutually agreeable      NNSA-approved, FedRAMP-authorized cloud environment (the "NNSA-Designated Cloud Environment") for the duration of this contract.  The Contractor shall ensure that all required data and information necessary for the Government to properly operate the LLM is transferred to the NNSA-Designated Cloud Environment.  At no point will NNSA be provided access to the Contractor's LLM or other underlying intellectual property, except through access through the designated cloud environment.

Upon delivery of the LLM to the NNSA-Designated Cloud Environment, under no circumstances, notwithstanding any terms in the ANTHROPIC AI SERVICES AGREEMENT (Attachment 2), will the Contractor, its employees, or its contractors: (a) access or have access to information input into the LLM through the NNSA-Designated Cloud Environment by NNSA (or designated contractor personnel); or (b) access or have access to information output by the LLM through the NNSA-Designated Cloud Environment in response to NNSA (or designated contractor personnel) input.  Specific information pertaining to inputs or outputs may be shared with the Contractor once NNSA has reviewed that information and specifically approved it for release to the contractor.

NNSA may require reasonable assurances from the Contractor regarding its ability to access information input into, or generated by, the LLM.

## 5.0    SECURITY REQUIREMENTS

The Contract and proposed operating environments are structured to prevent the Contractor access to classified information. Therefore, the Contract does not require cleared Contractor personnel.  To the extent that the Contractor does not have access to classified information subject to the provisions of DEAR 952.204-2, SECURITY REQUIREMENTS (DEC 2024), and/or DEAR 952.204-73, FACILITY CLEARANCE (DEC 2024), are inapplicable.  However, in the event that the NNSA determines the Contractor requires access to classified information subject to the provisions of those clauses, the Parties shall confer regarding the required clearances in advance.

Business Confidential                         2

ANT_AR-0469

Purchase Order 89233123PNA000174                                    Attachment #1
                                                                Statement of Work

**6.0     GOVERNMENT FURNISHED PROPERTY**

The Contractor does not require government furnished property.

**7.0     TRAVEL**

There is no travel requirement or travel funding associated with this contract. While occasional travel may be required to either NNSA or Contractor site offices, funding for such travel will come from existing program funding for government travel or from the Contractor company for Contractor personnel travel.

**8.0     PLACE OF PERFORMANCE**

The primary places of performance for the required services will be in the Department of Energy's James Forrestal Building located at 1000 Independence Avenue, S.W., Washington, D.C.

**9.0     TIME OF PERFORMANCE**

The Contractor shall provide NA-82 with administrative support services as needed. Specific support times are flexible and will be based on mutual agreement of the parties.

**10.0     PERIOD OF PERFORMANCE**

The period of performance for this requirement will be a twelve-month base period and one six-month Option to Extend Services period as follows:

        Base Period:          March 5, 2024 – March 4, 2025
        Option Period 1:      March 5, 2025 - March 4, 2026
        Option Period 2:      March 5, 2026 - September 4, 2026

**11.0     TELEWORK**

N/A

**12.0     ALTERNATE WORK SCHEDULE**

N/A

**13.0     COLLABORATIVE DISCUSSION OF FINDINGS**

NA-82 will engage with Contractor to provide unclassified summaries regarding NNSA's red-teaming activities and findings across the DOE/NNSA laboratories for Anthropic to understand the potential risks or mitigations relevant to its LLM.  This will include interim feedback, as appropriate, prior to the conclusion of the Contract    .  At no point will Collaborator have access to information input into the LLM through the NNSA-Designated Cloud Environment by NNSA or access to information output by the LLM through the NNSA-Designated Cloud Environment in response to NNSA input, without NNSA having first reviewed the input/output information and cleared it for release to the contractor.

Business Confidential                                3

Docusign Envelope ID: 3E7AD233-6F60-4475-A60A-C4C62DE37C99

**(CUI//SP-PROCURE)**

| | |
|---|---|
| Section B - Supplies or Services/Prices | 2 |
| Section C - Description/Specifications | 2 |
| Section D - Packaging and Marking | 2 |
| Section E - Inspection and Acceptance | 3 |
| Section F - Deliveries or Performance | 3 |
| Section G - Contract Administration Data | 5 |
| Section H - Special Contract Requirements | 7 |
| Section I - Contract Clauses | 9 |
| Section J - List of Documents, Exhibits and Other Attachments | 17 |
| Section K - Representations, Certifications, and Other Statements of Bidders | 17 |

ANT_AR-0471

Docusign Envelope ID: 3E7AD233-6F60-4475-A60A-C4C62DF37C99

89233123PNA000174 **P00002**

## Section B - Supplies or Services/Prices

### GENERAL DESCRIPTION (MAY 2017)

The Contractor shall provide the deliverables required in this Task Order ▮▮▮▮▮▮▮▮.  The Contractor shall use reasonable best efforts to furnish all personnel, services, travel, and otherwise do all things necessary for, or incidental to, providing the requirement in the Statement of Work (SOW). ▮▮▮▮▮▮▮▮

### APPLICABLE NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) AND SMALL BUSINESS SIZE STANDARDS (MAY 2017)

The applicable NAICS code for this Order is 541519 Other Computer Related Services. The size standard for this NAICS code is $34M.

### DOE-B-2006 FIRM-FIXED-PRICE CONTRACT (OCT 2014)

(a) This is a firm-fixed-price contract. ▮▮▮▮▮▮▮▮

### DOE-B-2012 SUPPLIES/SERVICES BEING PROCURED/DELIVERY REQUIREMENTS (OCT 2014)

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set for in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of work as described in Section C, Statement of Work.

## Section C - Description/Specifications

### DOE-C-2001 STATEMENT OF WORK (OCT 2014)

See Attachment #1.

### DOE-C-2003 REPORTS (OCT 2014)

The Contractor shall prepare and submit reports as specified in other clauses in the contract.

## Section D - Packaging and Marking

### SECURITY REQUIREMENTS

The Contractor shall comply with the security requirements for packaging, marking, mailing, and shipping classified materials as prescribed by the current NNSA/DOE Safeguards and Security directives.

### DOE-D-2001 PACKAGING AND MARKING (OCT 2014)

(a) Preservation, packaging and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s), including electronic means.

ANT_AR-0472

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DF37C99

89233123PNA000174 **P00002**

(b) Each package, report or other deliverable shall be accompanied by a letter or other document which -

(1) Identifies the contract by number pursuant to which the item is being delivered;

(2) Identifies the deliverable item number or report requirement which requires the delivered item; and

(3) Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

(c) For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required by paragraph (b) shall be simultaneously delivered to the office administering this contract, as identified in Section G of the contract, or if none, to the Contracting Officer.

## Section E - Inspection and Acceptance

## Section F - Deliveries or Performance

**DOE-F-2002 PLACE OF PERFORMANCE - SERVICES (OCT 2014) (REVISED)**

The services specified by this contract shall be performed at the following location(s):

Work will be conducted at the NNSA Headquarters locations in Washington, D.C., Albuquerque, NM, Germantown, MD, and Las Vegas, NV, supported NNSA field offices, remotely at corporate location(s), and/or via telework. Contractors shall be prepared to travel at any time to the sites, laboratories and plants within the NNSA Nuclear Security Enterprise and DOE sites, including but not limited to, National Security Campus in Kansas City, Missouri; Los Alamos National Laboratory in Los Alamos, New Mexico; Lawrence Livermore National Laboratory in Livermore, California; Nevada National Security Site, Nevada; Nevada Field Office, Las Vegas, NV; Sandia National Laboratory in Albuquerque, New Mexico; Savannah River Site in Aiken, South Carolina; NNSA Production Office (Y-12 National Security Complex) in Oakridge, Tennessee; and the NNSA Production Office (Pantex Plant) in Amarillo, Texas, Pacific Northwest National Laboratory (PNNL) in Richland, Washington, and Oak Ridge National Laboratory (ORNL) in Oak Ridge, Tennessee, to support project activities. Contractors may also be requested to support travel to DoD and other government agencies as well as international travel.

**DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) (REVISED)**

The Contractor shall commence performance of this contract in accordance with the contract terms and conditions on March 5, 2024, and continue for a base term expiring on March 4, 2026. The parties may elect to extend services under this agreement for an additional six-month option term by mutual consent.

Base Period:          March 5, 2024 – March 4, 2025

Option Period 1:          March 5, 2025 - March 4, 2026

Option Period 2:          March 5, 2026 - September 4, 2026

ANT_AR-0473

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

## DOE-F-2007 DELIVERY OF LIMITED RIGHTS DATA (OCT 2014)

(a) Delivery of limited rights data. The Contractor shall, at the option of the Contracting Officer, be required to deliver any limited rights data used in the performance of this contract. Such data shall be subject to the provisions of the clause at FAR 52.227-14, Rights in Data--General, paragraph (g), "Protection of limited rights data and restricted computer software," which are incorporated into this contract.

(b) The limited rights data subject to the clause at FAR 52.227-14, Rights in Data-General, are listed below. This listing of limited rights data, which are asserted by the Contractor to be limited rights data, does not constitute an admission by the Government that the data is in fact limited rights data.



If a patent is issued by the United States Patent and Trademark Office (U.S. PTO) or the patent office of any foreign country based on any information asserted to be limited rights data, the Government will no longer treat any data contained in such issued patent as limited rights data. In addition, if any information asserted to be limited rights data results in or becomes a Subject Invention, as that term is defined in the patent rights clause of this agreement, the Government will only treat such data as limited rights data until the Contractor has filed its initial patent application.

(c) The Contractor shall not introduce or utilize any limited rights data not identified in above without advance written notification to the Contracting Officer.

(d) Notwithstanding any other provision of this Contract, the following data shall be delivered to the. Government with unlimited rights:

### Section G - Contract Administration Data

## DOE-G-2001 CONTRACTING OFFICER AUTHORITY (OCT 2014)

The Contracting Officer is responsible for administration of the contract. The Contracting Officer may appoint a Contracting Officer's Representative (COR), in accordance with the clause entitled Contracting Officer's Representative, to perform specifically delegated functions. The Contracting Officer is the only individual who has the authority on behalf of the Government, among other things, to take the following actions under the contract:

(a) Assign additional work within the general scope of the contract.

ANT_AR-0474

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(b) Issue a change in accordance with the clause entitled Changes.

(c) Change the cost or price of the contract.

(d) Change any of the terms, conditions, specifications, or services required by the contract.

(e) Accept non-conforming work.

(f) Waive any requirement of the contract.

**DOE-G-2003 CONTRACTOR'S PROGRAM MANAGER (OCT 2014)**

(a) The Contractor shall designate a Program Manager who will be the Contractor's authorized supervisor for technical and administrative performance of all work hereunder. The Program Manager shall be the primary point of contact between the Contractor and the Contracting Officer's Representative (COR) under this contract.

(b) The Program Manager shall receive and execute, on behalf of the Contractor, such technical directions as the COR may issue within the terms and conditions of the contract.

**DOE-G-2004 CONTRACT ADMINISTRATION (OCT 2014)**

To promote timely and effective contract administration, correspondence delivered to the Government under this contract shall reference the contract number, title, and subject matter, and shall be subject to the following procedures:

(a) Technical correspondence. Technical correspondence shall be addressed to the Contracting Officer's Representative (COR) for this contract, and a copy of any such correspondence shall be sent to the Contracting Officer. As used herein, technical correspondence does not include correspondence where patent or rights in data issues are involved, nor technical correspondence which proposes or involves waivers, deviations, or modifications to the requirements, terms or conditions of this contract.

(b) Other Correspondence.

(1) Correspondence regarding patent or rights in data issues should be sent to the Intellectual Property Counsel. A copy of such correspondence shall be provided to the Contracting Officer.

(2) If no Government Contract Administration Office is designated on Standard Form 33 (Block 24) or Standard Form 26 (Block 6), all correspondence, other than technical correspondence and correspondence regarding patent or rights in data, including correspondence regarding waivers, deviations, or modifications to requirements, terms or conditions of the contract, shall be addressed to the Contracting Officer.

(3) Where a Government Contract Administration Office, other than DOE, is Designated on either Standard Form 33 (Block 24), or Standard Form 26 (Block 6), of this contract, all correspondence, other than technical correspondence, shall be addressed to the Government Contract Administration Office so designated, with copies of the correspondence to the Contracting Officer.

(c) Information regarding correspondence addresses and contact information is as follows:

(1) Contract Specialist/Contracting Officer:

ANT_AR-0475

89233123PNA000174 **P00002**

(A) Name: Kyle Krzywicki

(B) Telephone number: 202-586-0831

(C) Address: 1000 Independence Ave., SW, Washington, DC 20585

(D) Email address: kyle.krzywicki@nnsa.doe.gov

**DOE-G-2007 CONTRACTOR PERFORMANCE ASSESSMENT REPORTING (NOV 2021)**

(a) The Contracting Officer will document the Contractor's performance under this contract (including any task orders placed against it, if applicable) by using the Contractor Performance Assessment Reporting System (CPARS). CPARS information is handled as "Source Selection Information," available to authorized Government personnel seeking past performance information when evaluating proposals for award.

(b) Contractor performance will be evaluated at least annually at the contract or task-order level, as determined by the Contracting Officer. Evaluation categories may include any or all of the following at the Government's discretion: (1) technical/quality, (2) cost control, (3) schedule, (4) management or business relations, and (5) small business subcontracting. Past performance information is available at https://www.cpars.gov. It is recommended that the Contractor take the overview training found on the CPARS website. The Contractor shall acknowledge receipt of the Government's request for comments on CPARS assessments at the time it is received and shall respond to such requests within fourteen (14) calendar days of the request.

(c) Joint Ventures. Performance assessments shall be prepared on contracts with joint ventures. When the joint venture has a unique Commercial and Government Entity (CAGE) code and unique entity identifier, a single assessment will be prepared for the joint venture using its CAGE code and unique entity identifier. If the joint venture does not have a unique CAGE code and unique entity identifier, separate assessments, containing identical narrative, will be prepared for each participating contractor and will state that the evaluation is based on performance under a joint venture and will identify the contractors that were part of the joint venture.

(d) In addition to the performance assessments addressed above, the Government will perform other performance assessments necessary for administration of the contract in accordance with other applicable clauses in this contract.

## <u>Section H - Special Contract Requirements</u>

**COMPUTER SYSTEMS SECURITY (JAN 2017)**

The Contractor agrees to comply with the NNSA/DOE directives and all other regulations relating to computer systems security that is provided and applicable to this agreement. The Contractor shall immediately provide written notification to the Contracting Officer when an employee of the Contractor no longer requires access to Government computer systems.

**DOE-H-2033 ALTERNATIVE DISPUTE RESOLUTION (OCT 2014)**

(a) The DOE and the Contractor both recognize that methods for fair and efficient resolution of contractual issues in controversy by mutual agreement are essential to the successful and timely completion of contract

89233123PNA000174 **P00002**

requirements. Accordingly, DOE and the Contractor shall use their best efforts to informally resolve any contractual issue in controversy by mutual agreement. Issues of controversy may include a dispute, claim, question, or other disagreement. The parties agree to negotiate with each other in good faith, recognizing their mutual interests, and attempt to reach a just and equitable solution satisfactory to both parties.

(b) If a mutual agreement cannot be reached through negotiations within a reasonable period of time, the parties may use a process of alternate dispute resolution (ADR) in accordance with the clause at FAR 52.233-1, Disputes. The ADR process may involve mediation, facilitation, fact-finding, group conflict management, and conflict coaching by a neutral party. The neutral party may be an individual, a board comprised of independent experts, or a company with specific expertise in conflict resolution or expertise in the specific area of controversy. The neutral party will not render a binding decision, but will assist the parties in reaching a mutually satisfactory agreement. Any opinions of the neutral party shall not be admissible in evidence in any subsequent litigation proceedings.

(c) Either party may request that the ADR process be used. The Contractor shall make a written request to the Contracting Officer, and the Contracting Officer shall make a written request to the appropriate official of the Contractor. A voluntary election by both parties is required to participate in the ADR process. The parties must agree on the procedures and terms of the process, and officials of both parties who have the authority to resolve the issue must participate in the agreed upon process.

(d) ADR procedures may be used at any time that the Contracting Officer has the authority to resolve the issue in controversy. If a claim has been submitted by the Contractor, ADR procedures may be applied to all or a portion of the claim. If ADR procedures are used subsequent to issuance of a Contracting Officer's final decision under the clause at FAR 52.233-1, Disputes, their use does not alter any of the time limitations or procedural requirements for filing an appeal of the Contracting Officer's final decision and does not constitute reconsideration of the final decision.

(e) If the Contracting Officer rejects the Contractor's request for ADR proceedings, the Contracting Officer shall provide the Contractor with a written explanation of the specific reasons the ADR process is not appropriate for the resolution of the dispute. If the Contractor rejects the Contracting Officer's request to use ADR procedures, the Contractor shall provide the Contracting Officer with the reasons for rejecting the request.

## DOE-H-2063 CONFIDENTIALITY OF INFORMATION (FEB 2022)

(a) Performance of work under this contract may result in the Contractor having access to confidential information via written or electronic documents, or by virtue of having access to DOE's electronic or other systems. Such confidential information includes personally identifiable information (such as social security account numbers) or proprietary business, technical, or financial information belonging to the Government or other companies or organizations. The Contractor shall treat this information as confidential and agrees not to use this information for its own purposes, or to disclose the information to third parties, unless specifically authorized to do so in writing by the Contracting Officer.

(b) The restrictions set out in paragraph(a) above, however, do not apply to -

(1) Information which, at the time of receipt by the Contractor, is in the public domain;

(2) Information which, subsequent to receipt by the Contractor, becomes part of the public domain through no fault or action of the Contractor;

ANT_AR-0477

Docusign Envelope ID: 3E7AD233-6F60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(3) Information which the Contractor can demonstrate was previously in its possession and was not acquired directly or indirectly as a result of access obtained by performing work under this contract;

(4) Information which the Contractor can demonstrate was received from a third party who did not require the Contractor to hold it in confidence; or

(5) Information which is subject to release under applicable law.

(c) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General or the Office of Special Counsel of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

(d) The Contractor shall obtain a written agreement from each of its employees who are granted access to, or furnished with, confidential information, whereby the employee agrees that he or she will not discuss, divulge, or disclose any such information to any person or entity except those persons within the Contractor's organization directly concerned with the performance of the contract. The agreement shall be in a form satisfactory to the Contracting Officer.

(e) Upon request of the Contracting Officer, the Contractor agrees to execute an agreement with any party which provides confidential information to the Contractor pursuant to this contract, or whose facilities the Contractor is given access to that restrict use and disclosure of confidential information obtained by the Contractor. A copy of the agreement, which shall include all material aspects of this clause, shall be provided to the Contracting Officer for approval.

(f) Upon request of the Contracting Officer, the Contractor shall supply the Government with reports itemizing the confidential or proprietary information it receives under this contract and identify the source (company, companies or other organizations) of the information.

(g) The Contractor agrees to flow down this clause to all subcontracts issued under this contract.

## Section I - Contract Clauses

**52.202-1 DEFINITIONS. (JUN 2020)**

**52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES. (NOV 2021)**

**52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)**

**52.204-26 COVERED TELECOMMUNICATIONS EQUIPMENT OR SERVICES-REPRESENTATION. (OCT 2020)**

**52.204-27 PROHIBITION ON A BYTEDANCE COVERED APPLICATION. (JUN 2023)**

ANT_AR-0478

89233123PNA000174 **P00002**

**52.222-50 COMBATING TRAFFICKING IN PERSONS. (NOV 2021)**

**52.223-18 ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING. (JUN 2020)**

**52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES. (FEB 2021)**

**52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS. (JUN 2013)**

**52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM. (OCT 2004)**

**52.249-4 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (APR 1984)**

**952.204-2 SECURITY REQUIREMENTS. (DEC 2024    )**

(a) Definitions. Classified Information means information that is classified as Restricted Data or Formerly Restricted Data or Transclassified Foreign Nuclear Information under the Atomic Energy Act of 1954, or information identified as National Security Information and therefore determined to require protection against unauthorized disclosure under E.O. 13526, Classified National Security Information, as amended, or prior or successive Executive orders.

Contracting Officer means the DOE Contracting Officer.

Contract, when this clause is used in a subcontract, means subcontract.

Contractor, when this clause is included in a subcontract, means subcontractor.

Cyber system means any combination of facilities, equipment, personnel, procedures, and communications integrated to provide cyber services; examples include business systems, control systems, and access control systems (National Infrastructure Protection Plan, 2009).

Restricted Data means all data concerning design, manufacture, or utilization of atomic weapons; production of special nuclear material; or use of special nuclear material in the production of energy, but excluding data declassified or removed from the Restricted Data category pursuant to section 142 of the Atomic Energy Act of 1954 (42 U.S.C. 2162).

Formerly Restricted Data means information removed from the Restricted Data category based on a joint determination by DOE or its predecessor agencies and the Department of Defense (DoD) that the information-

(1) Relates primarily to the military utilization of atomic weapons; and

(2) Can be adequately protected as National Security Information. However, such information is subject to the same restrictions on transmission to other countries or regional defense organizations that apply to Restricted Data.

National Security Information means information that has been determined, pursuant to E.O. 13526, Classified National Security Information, as amended, or any predecessor or successor order, to require protection against unauthorized disclosure, and that is marked to indicate its classified status when in documentary form.

ANT_AR-0479

89233123PNA000174 **P00002**

Special Access Program means any program that is established to control access, distribution, and to provide protection for particularly sensitive classified information beyond that normally required for RESTRICTED DATA, TOP SECRET, SECRET, or CONFIDENTIAL information.

Special nuclear material means-

(1) Plutonium, uranium enriched in the isotope 233 or in the isotope 235, and any other material that, pursuant to section 51 of the Atomic Energy Act of 1954 (42 U.S.C. 2071) has been determined to be special nuclear material, but does not include source material; or

(2) Any material artificially enriched by any of the foregoing, but does not include source material.

(b) Responsibility. The Contractor shall, in accordance with DOE security regulations and requirements, be responsible for protecting all classified information and all classified matter (including documents, material and special nuclear material) which are in the Contractor's possession in connection with the performance of work under this contract against sabotage, espionage, loss or theft. Except as otherwise expressly provided in this contract, the Contractor shall, upon completion or termination of this contract, transmit to DOE any classified matter or special nuclear material in the possession of the Contractor or any person under the Contractor's control in connection with performance of this contract. If retention by the Contractor of any classified matter is required after the completion or termination of the contract, the Contractor shall identify the items and classification levels and categories of matter proposed for retention, the reasons for the retention, and the proposed period of retention. If the retention is approved by the Contracting Officer, the security provisions of the contract shall continue to be applicable to the classified matter retained. Special nuclear material shall not be retained after the completion or termination of the contract.

(c) Regulations. The Contractor shall comply with all security and classification regulations and contract requirements of DOE.

(d) Access authorizations of personnel. (1) The Contractor shall not permit any individual to have access to any classified information, special nuclear material, or Special Access Program (SAP) information, except in accordance with the Atomic Energy Act of 1954, as amended, and the DOE's regulations and contract requirements applicable to the particular level and category of classified information or particular category of special nuclear material.

(2) The Contractor shall conduct a thorough review or background review, as defined at 48 CFR 904.401, of any uncleared applicants or employees, and must test individuals for illegal drugs prior to selecting them for positions requiring DOE access authorizations.

(i) The review must-(A) Verify applicant's or employee's educational backgrounds, including any high school diplomas obtained within the past five years, and degrees or diplomas granted by an institution of higher learning;

(B) Contact listed employers for the last three years and listed personal references;

(C) Conduct local law enforcement checks when such checks are not prohibited by state or local law or regulation and when the uncleared applicant or uncleared employee resides in the jurisdiction where the Contractor is located; and

(D) Conduct a credit check and other checks as appropriate.

Page 12

89233123PNA000174 **P00002**

(ii) For DOE access authorization, contractor reviews are not required for applicants who possesses a current access authorization from DOE or another Federal agency, or whose access authorization may be reapproved without a federal background investigation pursuant to Executive Order 12968 of August 2, 1995, as amended, Access to Classified Information, sections 3.3(c) and (d).

(iii) In collecting and using this information to make a determination as to whether it is appropriate to select an uncleared applicant or uncleared employee to a position requiring an access authorization, the Contractor must comply with all applicable laws, regulations, and Executive orders, including those-

(A) Governing the processing and privacy of an individual's information, such as the Fair Credit Reporting Act, Americans with Disabilities Act Amendments Act of 2008 (ADAAA), and Health Insurance Portability and Accountability Act; and

(B) prohibiting discrimination in employment, such as under the Genetic Information Nondiscrimination Act of 2008, ADAAA, Title VII and the Older Workers Benefit and Protection Act of 1990, including with respect to pre- and post-offer of employment disability related questioning.

(iv) In addition to a review, each candidate for a DOE access authorization must be tested to demonstrate the absence of any illegal drug, as defined in 10 CFR 707.4. All positions requiring access authorizations are deemed testing designated positions in accordance with 10 CFR part 707. All employees possessing access authorizations are subject to applicant, random or for cause testing for use of illegal drugs. DOE will not process candidates for a DOE access authorization unless their tests confirm the absence from their system of any illegal drug.

(v) When an uncleared applicant or uncleared employee receives an offer of employment for a position that requires a DOE access authorization, the Contractor shall not place that individual in such a position prior to the individual's receipt of a DOE access authorization, unless an approval has been obtained from the head of the cognizant local DOE security office. If the individual is hired and placed in the position prior to receiving an access authorization, the uncleared employee may not be afforded access to classified information or matter or special nuclear material (in categories requiring access authorization) until an access authorization has been granted.

(vi) The Contractor must maintain a record of information concerning each uncleared applicant or uncleared employee who is selected for a position requiring an access authorization. Upon request only, the following information will be furnished to the head of the cognizant local DOE Security Office:

(A) The date(s) each Review was conducted;

(B) Each entity that provided information concerning the individual;

(C) A certification that the review was conducted in accordance with all applicable laws, regulations, and Executive orders, including those governing the processing and privacy of an individual's information collected during the review;

(D) A certification that all information collected during the review was reviewed and evaluated in accordance with the Contractor's personnel policies; and

(E) The results of the test for illegal drugs.

ANT_AR-0481

89233123PNA000174 **P00002**

(vii) Criminal liability. It is understood that disclosure of any classified information relating to the work or services ordered hereunder to any person not entitled to receive it, or failure to protect any classified information, special nuclear material, or other Government property that may come to the Contractor or any person under the Contractor's control in connection with work under this contract, may subject the Contractor, its agents, employees, or Subcontractors to criminal liability under the laws of the United States (see the Atomic Energy Act of 1954, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794).

(e) Foreign ownership, control, or influence (FOCI). (1) The Contractor shall immediately provide the cognizant security office written notice of any change in the extent and nature of FOCI over the Contractor which would affect any answer to the questions presented in the Standard Form (SF) 328, Certificate Pertaining to Foreign Interests, executed prior to award of this contract. The Contractor will submit the FOCI information in the format directed by DOE. When completed, the Contractor must sign the SF 328 and submit it to the Contracting Officer. In addition, any notice of changes in ownership or control which are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice, shall also be furnished concurrently to the Contracting Officer and to the cognizant security office.

(2) If a Contractor has changes involving FOCI, DOE must determine whether the changes will pose an undue risk to the common defense and security. In making this determination, DOE will consider proposals made by the Contractor to avoid or mitigate foreign influences.

(3) If the cognizant security office at any time determines that the Contractor is, or is potentially, subject to FOCI, the Contractor shall comply with such instructions as the Contracting Officer shall provide in writing to protect any classified information or special nuclear material.

(4) The Contracting Officer may terminate this contract for default either if the Contractor fails to meet obligations imposed by this clause or if the Contractor creates a FOCI situation in order to avoid performance or a termination for default. The Contracting Officer may terminate this contract for convenience if the Contractor becomes subject to FOCI for reasons other than avoidance of performance of the contract, cannot, or chooses not to, avoid or mitigate the FOCI problem.

(f) Employment announcements. When placing announcements seeking applicants for positions requiring access authorizations, the Contractor shall include in the written vacancy announcement, a notification to prospective applicants that reviews, and tests for the absence of any illegal drug as defined in 10 CFR 707.4, will be conducted by the employer and a background investigation by the Federal Government may be required to obtain an access authorization prior to employment, and that subsequent reinvestigations may be required. If the position is covered by the Counterintelligence Evaluation Program regulations at 10 CFR part 709, the announcement should also alert applicants that successful completion of a counterintelligence evaluation may include a counterintelligence-scope polygraph examination.

(g) Flow down to subcontracts. The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph and related DOE policies, in all subcontracts that will require subcontractor employees to possess access authorizations. Additionally, the Contractor must require such subcontractors to have an existing DOD or DOE facility clearance or submit a completed SF 328, Certificate Pertaining to Foreign Interests, as required in title 48 of the CFR consistent with the clause at 48 CFR 952.204-73, Facility Clearance, and obtain a foreign ownership, control and influence determination prior to award of a subcontract. Facility clearance may be granted prior to award or after award of a subcontract in accordance with the clause at 48 CFR 952.204-73, Facility Clearance. Information to be provided by a subcontractor pursuant to this clause may be submitted directly to the Contracting Officer.

ANT_AR-0482

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

**952.204-73 FACILITY CLEARANCE. (DEC 2024    )**

Notices to Offerors and the Contract Requirements of the Successful Offeror (Contractor) Section 2536 of title 10, United States Code, prohibits the award of a contract under a national security program to an entity controlled by a foreign government if it is necessary for that entity to be given access to information in a proscribed category of information in order to perform the contract unless a waiver is granted by the Secretary of Energy. In addition, a Facility Clearance and foreign ownership, control and influence information are required when the contract or subcontract to be awarded is expected to require employees to have access authorizations.

An offeror who has either a Department of Defense or a Department of Energy Facility Clearance generally need not resubmit the following foreign ownership, control and influence information unless specifically requested to do so. Instead, provide your DOE Facility Clearance code or your DOD assigned commercial and government entity (CAGE) code. If uncertain, consult the office that issued this solicitation.

(a) *Use of Certificate Pertaining to Foreign Interests, Standard Form 328*. (1) The contract work to be performed by the successful offeror anticipated by this solicitation will require access to classified information or special nuclear material. Such access will require a Facility Clearance for the Contractor's (that is, the successful offeror's) organization and access authorizations (security clearances) for Contractor personnel working with the classified information or special nuclear material. To obtain a Facility Clearance the Contractor must submit the Standard Form 328, Certificate Pertaining to Foreign Interests, and all required supporting documents to form a complete Foreign Ownership, Control or Influence (FOCI) Package. The Contractor must submit the FOCI Package in the format directed by DOE. After the FOCI Package is completed, the Contractor must print and sign one copy of the SF 328 and submit it to the Contracting Officer.

(2) Information submitted by the offeror in the Standard Form 328 will be used solely for the purposes of evaluating foreign ownership, control or influence and will be treated by DOE, to the extent permitted by law, as business or financial information submitted in confidence.

(3) Following submission of a Standard Form 328 and prior to contract award, the successful offeror/Contractor shall immediately submit to the Contracting Officer written notification of any changes in the extent and nature of FOCI information it submitted that could affect its answers to the questions in Standard Form 328. Following award of a contract, the Contractor must immediately submit to the cognizant security office written notification of any changes in the extent and nature of FOCI information it submitted that could affect its answers to the questions in Standard Form 328. Notice of changes in FOCI information that are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice must also be reported concurrently to the cognizant security office.

(b) *Definitions*. (1) *Foreign Interest* means any of the following-

(i) A foreign government, foreign government agency, or representative of a foreign government;

(ii) Any form of business enterprise or legal entity organized, chartered or incorporated under the laws of any country other than the United States or its possessions and trust territories; and

(iii) Any person who is not a citizen or national of the United States.

ANT_AR-0483

89233123PNA000174 **P00002**

(2) *Foreign Ownership, Control, or Influence (FOCI)* means the situation where the degree of ownership, control, or influence over a Contractor by a foreign interest is such that a reasonable basis exists for concluding that compromise of classified information or special nuclear material may result.

(c) *Facility Clearance* means an administrative determination that a facility is eligible to access, produce, use or store classified information, or special nuclear material. A Facility Clearance is based upon a determination that satisfactory safeguards and security measures are carried out for the activities being performed at the facility. It is DOE policy that all Contractors or Subcontractors requiring access authorizations be processed for a Facility Clearance at the level appropriate to the activities being performed under the contract. Approval for a Facility Clearance shall be based upon-

(1) A favorable foreign ownership, control, or influence (FOCI) determination based upon the Contractor's response to the ten questions in Standard Form 328 and any required, supporting data provided by the Contractor;

(2) A contract or proposed contract containing the appropriate security clauses;

(3) Approved safeguards and security plans which describe protective measures appropriate to the activities being performed at the facility;

(4) An established Reporting Identification Symbol code for the Nuclear Materials Management and Safeguards Reporting System if access to nuclear materials is involved;

(5) A survey conducted no more than 6 months before the Facility Clearance date, with a composite facility rating of satisfactory, if the facility is to possess classified matter or special nuclear material at its location;

(6) Appointment of a Facility Security Officer, who must possess or be in the process of obtaining an access authorization equivalent to the Facility Clearance; and, if applicable, appointment of a Materials Control and Accountability Representative; and

(7) Access authorizations for key management personnel who will be determined on a case-by-case basis, and who possess or are in the process of obtaining access authorizations equivalent to the level of the Facility Clearance.

(d) *Facility Clearance and Employees Requiring Access Authorizations Prior to DOE's Granting Facility Clearance.*

(1) A Facility Clearance is required for this contract, although not necessarily prior to contract award. A favorable FOCI determination for this contract is required prior to contract award. It must be rendered by the responsible cognizant security office. The Contracting Officer may require the offeror to submit additional information as deemed pertinent to this determination.

(i) The DOE must determine that awarding this contract to the offeror will not pose an undue risk to the common defense and security as a result of its access to classified information or special nuclear material in the performance of the contract. The Contracting Officer may require the offeror to submit such additional information as deemed pertinent to this determination.

Page 16

ANT_AR-0484

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(ii) Before contract award, after obtaining a favorable FOCI determination, the successful offeror/Contractor may be eligible to obtain a Facility Clearance.

(iii) If the successful offeror/Contractor does not obtain a Facility Clearance before contract award, after contract award the Contractor shall submit the necessary information to obtain a Facility Clearance and to obtain personnel Interim Access Authorizations in accordance with Departmental policies and procedures.

(2) The DOE may grant certain of the Contractor's Key Management Personnel and the Contractor's Facility Security Officer Interim Access Authorization. If granted Interim Access Authorization, the Contractor's Key Management Personnel and the Contractor's Facility Security Officer will have access to classified information or special nuclear material.

(e) A Facility Clearance is required even for contracts that do not require the Contractor's corporate offices to receive, process, reproduce, store, transmit, or handle classified information or special nuclear material, but that require DOE access authorizations for the Contractor's employees to perform work at a DOE location. This type of facility is identified as a non-possessing facility.

(f) Except as otherwise authorized in writing by the Contracting Officer, the Contractor shall insert provisions similar to the foregoing in all subcontracts and purchase orders (or vendors for purchase orders) requiring access authorizations for access to classified information or special nuclear material. Subcontractors shall be directed to provide responses to the questions in Standard Form 328, Certificate Pertaining to Foreign Interests, directly to the prime Contractor or the Contracting Officer for the prime contract.

Notice to Offerors-Contents Review (Please Review Before Submitting)

Prior to submitting the Standard Form 328, required by paragraph (a)(1) of this clause, the offeror should review the FOCI submission to ensure that:

(1) The Standard Form 328 has been signed and dated by an authorized official of the offeror;

(2) If publicly owned, the Contractor's most recent annual report, and its most recent proxy statement for its annual meeting of stockholders; or, if privately owned, the audited, consolidated financial information for the most recently closed accounting year has been attached;

(3) A copy of the company's articles of incorporation and an attested copy of the company's by-laws, or similar documents filed for the company's existence and management, and all amendments to those documents are provided;

(4) A list identifying the organization's owners, officers, directors, and executive personnel, including their names, social security numbers, citizenship, titles of all positions they hold within the organization, and what clearances, if any, they possess or are in the process of obtaining, and identification of the government agency(ies) that granted or will be granting those clearances; and

(5) A summary FOCI data sheet is provided.

*Note*: A FOCI submission must be attached for each tier parent organization (*i.e.*, ultimate parent and any intervening levels of ownership). If any of these documents are missing, award of the contract cannot be completed.

ANT_AR-0485

89233123PNA000174 **P00002**

<div align="right">

**Section J - List of**

</div>

**Documents, Exhibits and Other Attachments**

## DOE-J-2001 LIST OF ATTACHMENTS (OCT 2015)

The following attachments constitute part of this contract:

| Attachment Number | Title |
|---|---|
| 1 | Statement of Work |
| 2 | <mark>ANTHROPIC AI SERVICES AGREEMENT</mark> |

**Section K - Representations, Certifications, and Other Statements of Bidders**

## 52.204-19 INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS. (DEC 2014)

## 52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it "does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument" in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services-Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it "does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services" in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) *Definitions.* As used in this provision-

*Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming, and substantial or essential component* have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Prohibition.* (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to-

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

ANT_AR-0486

Docusign Envelope ID: 3E7AD233-6F60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to-

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (*https://www.sam.gov*) for entities excluded from receiving federal awards for "covered telecommunications equipment or services."

(d) *Representations*. The Offeror represents that-

(1) It [ ] will, [ ] will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will" in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that-

It [ ] does, [ ] does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does" in paragraph (d)(2) of this section.

(e) *Disclosures*. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will" in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment-

ANT_AR-0487

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment-

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

ANT_AR-0488

Docusign Envelope ID: 3E7AD233-6E60-4475-A60A-C4C62DE37C99

89233123PNA000174 **P00002**

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

Page 21

Purchase Order 89233123PNA000174

Attachment #1
Statement of Work

**U.S. Department of Energy**
**National Nuclear Security Administration (DOE/NNSA)**
**Office of Nuclear Threat Science (NA-82)**
**Statement of Work (SOW)**

**1.0      INTRODUCTION/BACKGROUND**

This Statement of Work (SOW) defines the collaborative activities that the Contractor ("Anthropic") shall provide to the National Nuclear Security Administration's Office of Nuclear Threat Science (NA-82) to foster a better understanding of the impact of Artificial Intelligence (AI) and Large Language Models (LLMs) on the Weapons of Mass Destruction (WMD) threat space.

The Office of Nuclear Threat science maintains and advances technical U.S. Government capabilities to assess nuclear threat devices and materials; advises and enables nuclear counterterrorism, counterproliferation, and incident response; and ensures NNSA nuclear threat science informs national and international policy. As a part of its core mission, NA-82 is partnering with AI industry representatives to examine AI's implications on the WMD threat space.

**2.0      OBJECTIVE**

The objective of this SOW is to engage with the Contractor to obtain operational and systems support services required to adequately understand how AI and LLMs in particular change the current WMD threat landscape and to identify potential safeguards that could help mitigate such threats.  Support and access identified in this SOW will be provided to NNSA officials as well as NNSA-designated support personnel at Lawrence Livermore National Laboratory, Los Alamos National Laboratory, Sandia National Laboratories, Oak Ridge National Laboratory, Pacific Northwest National Laboratory, and Georgia Tech Research Institute.

**3.0   TASKS**

| 3.1  OFFICE OF Nuclear Threat Science (NA-82) | | | | | |
|---|---|---|---|---|---|
| **Requirement** | **Deliverable** | **Standard** | **Quantity** | **Frequency** | **Format** |
| The Contractor will provide training of the type typically provided to the Contractor's commercial customers to NA-82 personnel and specific DOE designees* (including National Laboratory personnel) supporting this effort on how to interact with and appropriately prompt LLMs to achieve program objectives.<br><br>For clarity, "designees" as used in this SOW will be limited to DOE National Laboratory personnel and non-DOE personnel under contract to provide support to NA-82 under terms no less favorable to Anthropic than this SOW. | Training | N/A | As Required | As Required | Virtual / In-person |

Business Confidential                                   1

ANT_AR-0490

Purchase Order 89233123PNA000174

<div align="right">Attachment #1<br>Statement of Work</div>

| | | | | | |
|---|---|---|---|---|---|
| The Contractor will provide NA-82 personnel and specific DOE designees (including National Laboratory personnel) access to its LLMs in an NNSA-designated, FedRAMP-authorized cloud environment in order to enable red-teaming activities across several DOE/NNSA laboratories (access to be facilitated by NNSA). This requirement anticipates Contractor providing access to certain of its models that are accessible in a Government-designated cloud environment (as mutually agreed upon by the parties). | Access to LLM software | | As Required | Continuous during PoP | Virtual |
| The Contractor will provide technical support and troubleshooting to NA-82 personnel and specific DOE designees (including National Laboratory personnel) consistent with the Contractor's commercial practice. | Technical Support | | As Required | As Required | Virtual / In-person |

## 4.0    DELIVERY REQUIREMENTS

The Contractor shall deliver access to its LLM through importation of the LLM to a mutually agreeable      NNSA-approved, FedRAMP-authorized cloud environment (the "NNSA-Designated Cloud Environment") for the duration of this contract.  The Contractor shall ensure that all required data and information necessary for the Government to properly operate the LLM is transferred to the NNSA-Designated Cloud Environment.  At no point will NNSA be provided access to the Contractor's LLM or other underlying intellectual property, except through access through the designated cloud environment.

Upon delivery of the LLM to the NNSA-Designated Cloud Environment, under no circumstances, notwithstanding any terms in the ANTHROPIC AI SERVICES AGREEMENT (Attachment 2), will the Contractor, its employees, or its contractors: (a) access or have access to information input into the LLM through the NNSA-Designated Cloud Environment by NNSA (or designated contractor personnel); or (b) access or have access to information output by the LLM through the NNSA-Designated Cloud Environment in response to NNSA (or designated contractor personnel) input.  Specific information pertaining to inputs or outputs may be shared with the Contractor once NNSA has reviewed that information and specifically approved it for release to the contractor.

NNSA may require reasonable assurances from the Contractor regarding its ability to access information input into, or generated by, the LLM.

## 5.0    SECURITY REQUIREMENTS

The Contract and proposed operating environments are structured to prevent the Contractor access to classified information. Therefore, the Contract does not require cleared Contractor personnel.  To the extent that the Contractor does not have access to classified information subject to the provisions of DEAR 952.204-2, SECURITY REQUIREMENTS (DEC 2024), and/or DEAR 952.204-73, FACILITY CLEARANCE (DEC 2024), are inapplicable.  However, in the event that the NNSA determines the Contractor requires access to classified information subject to the provisions of those clauses, the Parties shall confer regarding the required clearances in advance.

Business Confidential                2

Purchase Order 89233123PNA000174                                    Attachment #1
                                                                Statement of Work

**6.0      GOVERNMENT FURNISHED PROPERTY**

The Contractor does not require government furnished property.

**7.0      TRAVEL**

There is no travel requirement or travel funding associated with this contract. While occasional travel may be required to either NNSA or Contractor site offices, funding for such travel will come from existing program funding for government travel or from the Contractor company for Contractor personnel travel.

**8.0      PLACE OF PERFORMANCE**

The primary places of performance for the required services will be in the Department of Energy's James Forrestal Building located at 1000 Independence Avenue, S.W., Washington, D.C.

**9.0      TIME OF PERFORMANCE**

The Contractor shall provide NA-82 with administrative support services as needed. Specific support times are flexible and will be based on mutual agreement of the parties.

**10.0     PERIOD OF PERFORMANCE**

The period of performance for this requirement will be a twelve-month base period and one six-month Option to Extend Services period as follows:

> Base Period:          March 5, 2024 – March 4, 2025
> Option Period 1:      March 5, 2025 - March 4, 2026
> Option Period 2:      March 5, 2026 - September 4, 2026

**11.0     TELEWORK**

N/A

**12.0     ALTERNATE WORK SCHEDULE**

N/A

**13.0     COLLABORATIVE DISCUSSION OF FINDINGS**

NA-82 will engage with Contractor to provide unclassified summaries regarding NNSA's red-teaming activities and findings across the DOE/NNSA laboratories for Anthropic to understand the potential risks or mitigations relevant to its LLM.  This will include interim feedback, as appropriate, prior to the conclusion of the Contract    . At no point will Collaborator have access to information input into the LLM through the NNSA-Designated Cloud Environment by NNSA or access to information output by the LLM through the NNSA-Designated Cloud Environment in response to NNSA input, without NNSA having first reviewed the input/output information and cleared it for release to the contractor.

Business Confidential                                3

ANT_AR-0492

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | See Block 16C | | |

| 6. ISSUED BY | CODE | 892331 | 7. ADMINISTERED BY (If other than Item 6) | CODE | 05030 |
|---|---|---|---|---|---|

Contracting Operations Division
Headquarters Services Acquisition Branch
NA-PAS-314
1000 Independence Ave., SW
Washington DC 20585

NNSA  Headquarters Services Acquisi
NA-PAS-314
US Department of Energy
Forrestal Building
1000 Independence Avenue, SW
Washington DC 20585

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Anthropic PBC
Attn: Michael Sellitto
731 Sansome St
San Fransico CA 9411-1725

| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. 89233123PNA000174 |
| | 10B. DATED (SEE ITEM 13) 02/06/2024 |

| CODE | DOE001178 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |
| X | DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) |

E. IMPORTANT:   Contractor   ☐ is not   ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

UEI:  DOE001178
The purpose of modification P00003 is to extend the period of performance through March 4, 2027.


All other terms and conditions remain unchanged.




Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| Michael Sellitto | Kyle C. Krzywicki |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *Michael Sellitto* (Signature of person authorized to sign) | 2/23/2026 | *Kyle C. Krzywicki* (Signature of Contracting Officer) | 2/24/2026 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0493

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 21 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00003 | See Block 16C | | |

| 6. ISSUED BY | CODE | 892331 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | 05030 |
|---|---|---|---|---|---|

**6. ISSUED BY**
Contracting Operations Division
Headquarters Services Acquisition Branch
NA-PAS-314
1000 Independence Ave., SW
Washington DC 20585

**7. ADMINISTERED BY**
NNSA  Headquarters Services Acquisi
NA-PAS-314
US Department of Energy
Forrestal Building
1000 Independence Avenue, SW
Washington DC 20585

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Anthropic PBC
Attn: Michael Sellitto
731 Sansome St
San Fransico CA 9411-1725

**9B. DATED** *(SEE ITEM 11)*

**x** | **10A. MODIFICATION OF CONTRACT/ORDER NO.**
89233123PNA000174

| CODE   DOE001178 | FACILITY CODE | **10B. DATED** *(SEE ITEM 13)* 02/06/2024 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |
| X | DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) |

**E. IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

UEI:  DOE001178

The purpose of modification P00003 is to extend the period of performance through March 4, 2027.

All other terms and conditions remain unchanged.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | Kyle C. Krzywicki |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _____ *(Signature of person authorized to sign)* | | *Kyle Krzywicki* _____ *(Signature of Contracting Officer)* | 02/24/2026 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0494

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 89233123PNA000174/P00003 | | | | | PAGE 2 | OF 21 |
|---|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Anthropic PBC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Payment: VIPERS https://vipers.doe.gov Any questions, please contact by call/email 888-251-3557 or payments@hq.doe.gov Period of Performance: 02/05/2024 to 03/04/2027 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

ANT_AR-0495

**(CUI//SP-PROCURE)**

Section B - Supplies or Services/Prices                                           2

Section C - Description/Specifications                                            2

Section D - Packaging and Marking                                                 2

Section E - Inspection and Acceptance                                             3

Section F - Deliveries or Performance                                             3

Section G - Contract Administration Data                                          5

Section H - Special Contract Requirements                                         7

Section I - Contract Clauses                                                      9

Section J - List of Documents, Exhibits and Other Attachments                   17

Section K - Representations, Certifications, and Other Statements of Bidders    17

ANT_AR-0496

89233123PNA000174 **P00003**

## Section B - Supplies or Services/Prices

### GENERAL DESCRIPTION (MAY 2017)

The Contractor shall provide the deliverables required in this Task Order ▮▮▮▮▮▮▮▮▮▮.  The Contractor shall use reasonable best efforts to furnish all personnel, services, travel, and otherwise do all things necessary for, or incidental to, providing the requirement in the Statement of Work (SOW). ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### APPLICABLE NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) AND SMALL BUSINESS SIZE STANDARDS (MAY 2017)

The applicable NAICS code for this Order is 541519 Other Computer Related Services. The size standard for this NAICS code is $34M.

### DOE-B-2006 FIRM-FIXED-PRICE CONTRACT (OCT 2014)

(a) This is a firm-fixed-price contract. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮

### DOE-B-2012 SUPPLIES/SERVICES BEING PROCURED/DELIVERY REQUIREMENTS (OCT 2014)

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set for in this contract as furnished by the Government) and otherwise do all things necessary for, or incident to, the performance of work as described in Section C, Statement of Work.

## Section C - Description/Specifications

### DOE-C-2001 STATEMENT OF WORK (OCT 2014)

See Attachment #1.

### DOE-C-2003 REPORTS (OCT 2014)

The Contractor shall prepare and submit reports as specified in other clauses in the contract.

## Section D - Packaging and Marking

### SECURITY REQUIREMENTS

The Contractor shall comply with the security requirements for packaging, marking, mailing, and shipping classified materials as prescribed by the current NNSA/DOE Safeguards and Security directives.

### DOE-D-2001 PACKAGING AND MARKING (OCT 2014)

(a) Preservation, packaging and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s), including electronic means.

ANT_AR-0497

89233123PNA000174 **P00003**

(b) Each package, report or other deliverable shall be accompanied by a letter or other document which -

(1) Identifies the contract by number pursuant to which the item is being delivered;

(2) Identifies the deliverable item number or report requirement which requires the delivered item; and

(3) Indicates whether the Contractor considers the delivered item to be a partial or full satisfaction of the requirement.

(c) For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required by paragraph (b) shall be simultaneously delivered to the office administering this contract, as identified in Section G of the contract, or if none, to the Contracting Officer.

## Section E - Inspection and Acceptance

## Section F - Deliveries or Performance

**DOE-F-2002 PLACE OF PERFORMANCE - SERVICES (OCT 2014) (REVISED)**

The services specified by this contract shall be performed at the following location(s):

Work will be conducted at the NNSA Headquarters locations in Washington, D.C., Albuquerque, NM, Germantown, MD, and Las Vegas, NV, supported NNSA field offices, remotely at corporate location(s), and/or via telework. Contractors shall be prepared to travel at any time to the sites, laboratories and plants within the NNSA Nuclear Security Enterprise and DOE sites, including but not limited to, National Security Campus in Kansas City, Missouri; Los Alamos National Laboratory in Los Alamos, New Mexico; Lawrence Livermore National Laboratory in Livermore, California; Nevada National Security Site, Nevada; Nevada Field Office, Las Vegas, NV; Sandia National Laboratory in Albuquerque, New Mexico; Savannah River Site in Aiken, South Carolina; NNSA Production Office (Y-12 National Security Complex) in Oakridge, Tennessee; and the NNSA Production Office (Pantex Plant) in Amarillo, Texas, Pacific Northwest National Laboratory (PNNL) in Richland, Washington, and Oak Ridge National Laboratory (ORNL) in Oak Ridge, Tennessee, to support project activities. Contractors may also be requested to support travel to DoD and other government agencies as well as international travel.

**DOE-F-2003 PERIOD OF PERFORMANCE (OCT 2014) (REVISED)**

The Contractor shall commence performance of this contract in accordance with the contract terms and conditions on March 5, 2024, and continue for a base term expiring on March 4, 2026.  The parties may elect to extend services under this agreement for an additional six-month option term by mutual consent.

Base Period:          March 5, 2024 – March 4, 2025

Option Period 1:      March 5, 2025 - March 4, 2026

Option Period 2:      March 5, 2026 – **March 4, 2027**

ANT_AR-0498

89233123PNA000174 **P00003**

**DOE-F-2007 DELIVERY OF LIMITED RIGHTS DATA (OCT 2014)**

(a) Delivery of limited rights data. The Contractor shall, at the option of the Contracting Officer, be required to deliver any limited rights data used in the performance of this contract. Such data shall be subject to the provisions of the clause at FAR 52.227-14, Rights in Data--General, paragraph (g), "Protection of limited rights data and restricted computer software," which are incorporated into this contract.

(b) The limited rights data subject to the clause at FAR 52.227-14, Rights in Data-General, are listed below. This listing of limited rights data, which are asserted by the Contractor to be limited rights data, does not constitute an admission by the Government that the data is in fact limited rights data.



If a patent is issued by the United States Patent and Trademark Office (U.S. PTO) or the patent office of any foreign country based on any information asserted to be limited rights data, the Government will no longer treat any data contained in such issued patent as limited rights data. In addition, if any information asserted to be limited rights data results in or becomes a Subject Invention, as that term is defined in the patent rights clause of this agreement, the Government will only treat such data as limited rights data until the Contractor has filed its initial patent application.

(c) The Contractor shall not introduce or utilize any limited rights data not identified in above without advance written notification to the Contracting Officer.

(d) Notwithstanding any other provision of this Contract, the following data shall be delivered to the. Government with unlimited rights:

**Section G - Contract Administration Data**

**DOE-G-2001 CONTRACTING OFFICER AUTHORITY (OCT 2014)**

The Contracting Officer is responsible for administration of the contract. The Contracting Officer may appoint a Contracting Officer's Representative (COR), in accordance with the clause entitled Contracting Officer's Representative, to perform specifically delegated functions. The Contracting Officer is the only individual who has the authority on behalf of the Government, among other things, to take the following actions under the contract:

(a) Assign additional work within the general scope of the contract.

(b) Issue a change in accordance with the clause entitled Changes.

ANT_AR-0499

89233123PNA000174 **P00003**

(c) Change the cost or price of the contract.

(d) Change any of the terms, conditions, specifications, or services required by the contract.

(e) Accept non-conforming work.

(f) Waive any requirement of the contract.

## DOE-G-2003 CONTRACTOR'S PROGRAM MANAGER (OCT 2014)

(a) The Contractor shall designate a Program Manager who will be the Contractor's authorized supervisor for technical and administrative performance of all work hereunder. The Program Manager shall be the primary point of contact between the Contractor and the Contracting Officer's Representative (COR) under this contract.

(b) The Program Manager shall receive and execute, on behalf of the Contractor, such technical directions as the COR may issue within the terms and conditions of the contract.

## DOE-G-2004 CONTRACT ADMINISTRATION (OCT 2014)

To promote timely and effective contract administration, correspondence delivered to the Government under this contract shall reference the contract number, title, and subject matter, and shall be subject to the following procedures:

(a) Technical correspondence. Technical correspondence shall be addressed to the Contracting Officer's Representative (COR) for this contract, and a copy of any such correspondence shall be sent to the Contracting Officer. As used herein, technical correspondence does not include correspondence where patent or rights in data issues are involved, nor technical correspondence which proposes or involves waivers, deviations, or modifications to the requirements, terms or conditions of this contract.

(b) Other Correspondence.

(1) Correspondence regarding patent or rights in data issues should be sent to the Intellectual Property Counsel. A copy of such correspondence shall be provided to the Contracting Officer.

(2) If no Government Contract Administration Office is designated on Standard Form 33 (Block 24) or Standard Form 26 (Block 6), all correspondence, other than technical correspondence and correspondence regarding patent or rights in data, including correspondence regarding waivers, deviations, or modifications to requirements, terms or conditions of the contract, shall be addressed to the Contracting Officer.

(3) Where a Government Contract Administration Office, other than DOE, is Designated on either Standard Form 33 (Block 24), or Standard Form 26 (Block 6), of this contract, all correspondence, other than technical correspondence, shall be addressed to the Government Contract Administration Office so designated, with copies of the correspondence to the Contracting Officer.

(c) Information regarding correspondence addresses and contact information is as follows:

(1) Contract Specialist/Contracting Officer:

Page 7

89233123PNA000174 **P00003**

(A) Name: Kyle Krzywicki

(B) Telephone number: 202-586-0831

(C) Address: 1000 Independence Ave., SW, Washington, DC 20585

(D) Email address: kyle.krzywicki@nnsa.doe.gov

**DOE-G-2007 CONTRACTOR PERFORMANCE ASSESSMENT REPORTING (NOV 2021)**

(a) The Contracting Officer will document the Contractor's performance under this contract (including any task orders placed against it, if applicable) by using the Contractor Performance Assessment Reporting System (CPARS). CPARS information is handled as "Source Selection Information," available to authorized Government personnel seeking past performance information when evaluating proposals for award.

(b) Contractor performance will be evaluated at least annually at the contract or task-order level, as determined by the Contracting Officer. Evaluation categories may include any or all of the following at the Government's discretion: (1) technical/quality, (2) cost control, (3) schedule, (4) management or business relations, and (5) small business subcontracting. Past performance information is available at https://www.cpars.gov. It is recommended that the Contractor take the overview training found on the CPARS website. The Contractor shall acknowledge receipt of the Government's request for comments on CPARS assessments at the time it is received and shall respond to such requests within fourteen (14) calendar days of the request.

(c) Joint Ventures. Performance assessments shall be prepared on contracts with joint ventures. When the joint venture has a unique Commercial and Government Entity (CAGE) code and unique entity identifier, a single assessment will be prepared for the joint venture using its CAGE code and unique entity identifier. If the joint venture does not have a unique CAGE code and unique entity identifier, separate assessments, containing identical narrative, will be prepared for each participating contractor and will state that the evaluation is based on performance under a joint venture and will identify the contractors that were part of the joint venture.

(d) In addition to the performance assessments addressed above, the Government will perform other performance assessments necessary for administration of the contract in accordance with other applicable clauses in this contract.

<u>**Section H - Special Contract Requirements**</u>

**COMPUTER SYSTEMS SECURITY (JAN 2017)**

The Contractor agrees to comply with the NNSA/DOE directives and all other regulations relating to computer systems security that is provided and applicable to this agreement. The Contractor shall immediately provide written notification to the Contracting Officer when an employee of the Contractor no longer requires access to Government computer systems.

**DOE-H-2033 ALTERNATIVE DISPUTE RESOLUTION (OCT 2014)**

(a) The DOE and the Contractor both recognize that methods for fair and efficient resolution of contractual issues in controversy by mutual agreement are essential to the successful and timely completion of contract requirements. Accordingly, DOE and the Contractor shall use their best efforts to informally resolve any

ANT_AR-0501

89233123PNA000174 **P00003**

contractual issue in controversy by mutual agreement. Issues of controversy may include a dispute, claim, question, or other disagreement. The parties agree to negotiate with each other in good faith, recognizing their mutual interests, and attempt to reach a just and equitable solution satisfactory to both parties.

(b) If a mutual agreement cannot be reached through negotiations within a reasonable period of time, the parties may use a process of alternate dispute resolution (ADR) in accordance with the clause at FAR 52.233-1, Disputes. The ADR process may involve mediation, facilitation, fact-finding, group conflict management, and conflict coaching by a neutral party. The neutral party may be an individual, a board comprised of independent experts, or a company with specific expertise in conflict resolution or expertise in the specific area of controversy. The neutral party will not render a binding decision, but will assist the parties in reaching a mutually satisfactory agreement. Any opinions of the neutral party shall not be admissible in evidence in any subsequent litigation proceedings.

(c) Either party may request that the ADR process be used. The Contractor shall make a written request to the Contracting Officer, and the Contracting Officer shall make a written request to the appropriate official of the Contractor. A voluntary election by both parties is required to participate in the ADR process. The parties must agree on the procedures and terms of the process, and officials of both parties who have the authority to resolve the issue must participate in the agreed upon process.

(d) ADR procedures may be used at any time that the Contracting Officer has the authority to resolve the issue in controversy. If a claim has been submitted by the Contractor, ADR procedures may be applied to all or a portion of the claim. If ADR procedures are used subsequent to issuance of a Contracting Officer's final decision under the clause at FAR 52.233-1, Disputes, their use does not alter any of the time limitations or procedural requirements for filing an appeal of the Contracting Officer's final decision and does not constitute reconsideration of the final decision.

(e) If the Contracting Officer rejects the Contractor's request for ADR proceedings, the Contracting Officer shall provide the Contractor with a written explanation of the specific reasons the ADR process is not appropriate for the resolution of the dispute. If the Contractor rejects the Contracting Officer's request to use ADR procedures, the Contractor shall provide the Contracting Officer with the reasons for rejecting the request.

**DOE-H-2063 CONFIDENTIALITY OF INFORMATION (FEB 2022)**

(a) Performance of work under this contract may result in the Contractor having access to confidential information via written or electronic documents, or by virtue of having access to DOE's electronic or other systems. Such confidential information includes personally identifiable information (such as social security account numbers) or proprietary business, technical, or financial information belonging to the Government or other companies or organizations. The Contractor shall treat this information as confidential and agrees not to use this information for its own purposes, or to disclose the information to third parties, unless specifically authorized to do so in writing by the Contracting Officer.

(b) The restrictions set out in paragraph(a) above, however, do not apply to -

(1) Information which, at the time of receipt by the Contractor, is in the public domain;

(2) Information which, subsequent to receipt by the Contractor, becomes part of the public domain through no fault or action of the Contractor;

ANT_AR-0502

89233123PNA000174 **P00003**

(3) Information which the Contractor can demonstrate was previously in its possession and was not acquired directly or indirectly as a result of access obtained by performing work under this contract;

(4) Information which the Contractor can demonstrate was received from a third party who did not require the Contractor to hold it in confidence; or

(5) Information which is subject to release under applicable law.

(c) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General or the Office of Special Counsel of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

(d) The Contractor shall obtain a written agreement from each of its employees who are granted access to, or furnished with, confidential information, whereby the employee agrees that he or she will not discuss, divulge, or disclose any such information to any person or entity except those persons within the Contractor's organization directly concerned with the performance of the contract. The agreement shall be in a form satisfactory to the Contracting Officer.

(e) Upon request of the Contracting Officer, the Contractor agrees to execute an agreement with any party which provides confidential information to the Contractor pursuant to this contract, or whose facilities the Contractor is given access to that restrict use and disclosure of confidential information obtained by the Contractor. A copy of the agreement, which shall include all material aspects of this clause, shall be provided to the Contracting Officer for approval.

(f) Upon request of the Contracting Officer, the Contractor shall supply the Government with reports itemizing the confidential or proprietary information it receives under this contract and identify the source (company, companies or other organizations) of the information.

(g) The Contractor agrees to flow down this clause to all subcontracts issued under this contract.

## Section I - Contract Clauses

**52.202-1 DEFINITIONS. (JUN 2020)**

**52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES. (NOV 2021)**

**52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)**

**52.204-26 COVERED TELECOMMUNICATIONS EQUIPMENT OR SERVICES-REPRESENTATION. (OCT 2020)**

**52.204-27 PROHIBITION ON A BYTEDANCE COVERED APPLICATION. (JUN 2023)**

ANT_AR-0503

89233123PNA000174 **P00003**

**52.222-50 COMBATING TRAFFICKING IN PERSONS. (NOV 2021)**

**52.223-18 ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING. (JUN 2020)**

**52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES. (FEB 2021)**

**52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS. (JUN 2013)**

**52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM. (OCT 2004)**

**52.249-4 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (APR 1984)**

**952.204-2 SECURITY REQUIREMENTS. (DEC 2024    )**

(a) Definitions. Classified Information means information that is classified as Restricted Data or Formerly Restricted Data or Transclassified Foreign Nuclear Information under the Atomic Energy Act of 1954, or information identified as National Security Information and therefore determined to require protection against unauthorized disclosure under E.O. 13526, Classified National Security Information, as amended, or prior or successive Executive orders.

Contracting Officer means the DOE Contracting Officer.

Contract, when this clause is used in a subcontract, means subcontract.

Contractor, when this clause is included in a subcontract, means subcontractor.

Cyber system means any combination of facilities, equipment, personnel, procedures, and communications integrated to provide cyber services; examples include business systems, control systems, and access control systems (National Infrastructure Protection Plan, 2009).

Restricted Data means all data concerning design, manufacture, or utilization of atomic weapons; production of special nuclear material; or use of special nuclear material in the production of energy, but excluding data declassified or removed from the Restricted Data category pursuant to section 142 of the Atomic Energy Act of 1954 (42 U.S.C. 2162).

Formerly Restricted Data means information removed from the Restricted Data category based on a joint determination by DOE or its predecessor agencies and the Department of Defense (DoD) that the information-

(1) Relates primarily to the military utilization of atomic weapons; and

(2) Can be adequately protected as National Security Information. However, such information is subject to the same restrictions on transmission to other countries or regional defense organizations that apply to Restricted Data.

National Security Information means information that has been determined, pursuant to E.O. 13526, Classified National Security Information, as amended, or any predecessor or successor order, to require protection against unauthorized disclosure, and that is marked to indicate its classified status when in documentary form.

ANT_AR-0504

89233123PNA000174 **P00003**

Special Access Program means any program that is established to control access, distribution, and to provide protection for particularly sensitive classified information beyond that normally required for RESTRICTED DATA, TOP SECRET, SECRET, or CONFIDENTIAL information.

Special nuclear material means-

(1) Plutonium, uranium enriched in the isotope 233 or in the isotope 235, and any other material that, pursuant to section 51 of the Atomic Energy Act of 1954 (42 U.S.C. 2071) has been determined to be special nuclear material, but does not include source material; or

(2) Any material artificially enriched by any of the foregoing, but does not include source material.

(b) Responsibility. The Contractor shall, in accordance with DOE security regulations and requirements, be responsible for protecting all classified information and all classified matter (including documents, material and special nuclear material) which are in the Contractor's possession in connection with the performance of work under this contract against sabotage, espionage, loss or theft. Except as otherwise expressly provided in this contract, the Contractor shall, upon completion or termination of this contract, transmit to DOE any classified matter or special nuclear material in the possession of the Contractor or any person under the Contractor's control in connection with performance of this contract. If retention by the Contractor of any classified matter is required after the completion or termination of the contract, the Contractor shall identify the items and classification levels and categories of matter proposed for retention, the reasons for the retention, and the proposed period of retention. If the retention is approved by the Contracting Officer, the security provisions of the contract shall continue to be applicable to the classified matter retained. Special nuclear material shall not be retained after the completion or termination of the contract.

(c) Regulations. The Contractor shall comply with all security and classification regulations and contract requirements of DOE.

(d) Access authorizations of personnel. (1) The Contractor shall not permit any individual to have access to any classified information, special nuclear material, or Special Access Program (SAP) information, except in accordance with the Atomic Energy Act of 1954, as amended, and the DOE's regulations and contract requirements applicable to the particular level and category of classified information or particular category of special nuclear material.

(2) The Contractor shall conduct a thorough review or background review, as defined at 48 CFR 904.401, of any uncleared applicants or employees, and must test individuals for illegal drugs prior to selecting them for positions requiring DOE access authorizations.

(i) The review must-(A) Verify applicant's or employee's educational backgrounds, including any high school diplomas obtained within the past five years, and degrees or diplomas granted by an institution of higher learning;

(B) Contact listed employers for the last three years and listed personal references;

(C) Conduct local law enforcement checks when such checks are not prohibited by state or local law or regulation and when the uncleared applicant or uncleared employee resides in the jurisdiction where the Contractor is located; and

(D) Conduct a credit check and other checks as appropriate.

ANT_AR-0505

89233123PNA000174 **P00003**

(ii) For DOE access authorization, contractor reviews are not required for applicants who possesses a current access authorization from DOE or another Federal agency, or whose access authorization may be reapproved without a federal background investigation pursuant to Executive Order 12968 of August 2, 1995, as amended, Access to Classified Information, sections 3.3(c) and (d).

(iii) In collecting and using this information to make a determination as to whether it is appropriate to select an uncleared applicant or uncleared employee to a position requiring an access authorization, the Contractor must comply with all applicable laws, regulations, and Executive orders, including those-

(A) Governing the processing and privacy of an individual's information, such as the Fair Credit Reporting Act, Americans with Disabilities Act Amendments Act of 2008 (ADAAA), and Health Insurance Portability and Accountability Act; and

(B) prohibiting discrimination in employment, such as under the Genetic Information Nondiscrimination Act of 2008, ADAAA, Title VII and the Older Workers Benefit and Protection Act of 1990, including with respect to pre- and post-offer of employment disability related questioning.

(iv) In addition to a review, each candidate for a DOE access authorization must be tested to demonstrate the absence of any illegal drug, as defined in 10 CFR 707.4. All positions requiring access authorizations are deemed testing designated positions in accordance with 10 CFR part 707. All employees possessing access authorizations are subject to applicant, random or for cause testing for use of illegal drugs. DOE will not process candidates for a DOE access authorization unless their tests confirm the absence from their system of any illegal drug.

(v) When an uncleared applicant or uncleared employee receives an offer of employment for a position that requires a DOE access authorization, the Contractor shall not place that individual in such a position prior to the individual's receipt of a DOE access authorization, unless an approval has been obtained from the head of the cognizant local DOE security office. If the individual is hired and placed in the position prior to receiving an access authorization, the uncleared employee may not be afforded access to classified information or matter or special nuclear material (in categories requiring access authorization) until an access authorization has been granted.

(vi) The Contractor must maintain a record of information concerning each uncleared applicant or uncleared employee who is selected for a position requiring an access authorization. Upon request only, the following information will be furnished to the head of the cognizant local DOE Security Office:

(A) The date(s) each Review was conducted;

(B) Each entity that provided information concerning the individual;

(C) A certification that the review was conducted in accordance with all applicable laws, regulations, and Executive orders, including those governing the processing and privacy of an individual's information collected during the review;

(D) A certification that all information collected during the review was reviewed and evaluated in accordance with the Contractor's personnel policies; and

(E) The results of the test for illegal drugs.

ANT_AR-0506

89233123PNA000174 **P00003**

(vii) Criminal liability. It is understood that disclosure of any classified information relating to the work or services ordered hereunder to any person not entitled to receive it, or failure to protect any classified information, special nuclear material, or other Government property that may come to the Contractor or any person under the Contractor's control in connection with work under this contract, may subject the Contractor, its agents, employees, or Subcontractors to criminal liability under the laws of the United States (see the Atomic Energy Act of 1954, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794).

(e) Foreign ownership, control, or influence (FOCI). (1) The Contractor shall immediately provide the cognizant security office written notice of any change in the extent and nature of FOCI over the Contractor which would affect any answer to the questions presented in the Standard Form (SF) 328, Certificate Pertaining to Foreign Interests, executed prior to award of this contract. The Contractor will submit the FOCI information in the format directed by DOE. When completed, the Contractor must sign the SF 328 and submit it to the Contracting Officer. In addition, any notice of changes in ownership or control which are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice, shall also be furnished concurrently to the Contracting Officer and to the cognizant security office.

(2) If a Contractor has changes involving FOCI, DOE must determine whether the changes will pose an undue risk to the common defense and security. In making this determination, DOE will consider proposals made by the Contractor to avoid or mitigate foreign influences.

(3) If the cognizant security office at any time determines that the Contractor is, or is potentially, subject to FOCI, the Contractor shall comply with such instructions as the Contracting Officer shall provide in writing to protect any classified information or special nuclear material.

(4) The Contracting Officer may terminate this contract for default either if the Contractor fails to meet obligations imposed by this clause or if the Contractor creates a FOCI situation in order to avoid performance or a termination for default. The Contracting Officer may terminate this contract for convenience if the Contractor becomes subject to FOCI for reasons other than avoidance of performance of the contract, cannot, or chooses not to, avoid or mitigate the FOCI problem.

(f) Employment announcements. When placing announcements seeking applicants for positions requiring access authorizations, the Contractor shall include in the written vacancy announcement, a notification to prospective applicants that reviews, and tests for the absence of any illegal drug as defined in 10 CFR 707.4, will be conducted by the employer and a background investigation by the Federal Government may be required to obtain an access authorization prior to employment, and that subsequent reinvestigations may be required. If the position is covered by the Counterintelligence Evaluation Program regulations at 10 CFR part 709, the announcement should also alert applicants that successful completion of a counterintelligence evaluation may include a counterintelligence-scope polygraph examination.

(g) Flow down to subcontracts. The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph and related DOE policies, in all subcontracts that will require subcontractor employees to possess access authorizations. Additionally, the Contractor must require such subcontractors to have an existing DOD or DOE facility clearance or submit a completed SF 328, Certificate Pertaining to Foreign Interests, as required in title 48 of the CFR consistent with the clause at 48 CFR 952.204-73, Facility Clearance, and obtain a foreign ownership, control and influence determination prior to award of a subcontract. Facility clearance may be granted prior to award or after award of a subcontract in accordance with the clause at 48 CFR 952.204-73, Facility Clearance. Information to be provided by a subcontractor pursuant to this clause may be submitted directly to the Contracting Officer.

ANT_AR-0507

89233123PNA000174 **P00003**

**952.204-73 FACILITY CLEARANCE. (DEC 2024    )**

Notices to Offerors and the Contract Requirements of the Successful Offeror (Contractor) Section 2536 of title 10, United States Code, prohibits the award of a contract under a national security program to an entity controlled by a foreign government if it is necessary for that entity to be given access to information in a proscribed category of information in order to perform the contract unless a waiver is granted by the Secretary of Energy. In addition, a Facility Clearance and foreign ownership, control and influence information are required when the contract or subcontract to be awarded is expected to require employees to have access authorizations.

An offeror who has either a Department of Defense or a Department of Energy Facility Clearance generally need not resubmit the following foreign ownership, control and influence information unless specifically requested to do so. Instead, provide your DOE Facility Clearance code or your DOD assigned commercial and government entity (CAGE) code. If uncertain, consult the office that issued this solicitation.

(a) *Use of Certificate Pertaining to Foreign Interests, Standard Form 328*. (1) The contract work to be performed by the successful offeror anticipated by this solicitation will require access to classified information or special nuclear material. Such access will require a Facility Clearance for the Contractor's (that is, the successful offeror's) organization and access authorizations (security clearances) for Contractor personnel working with the classified information or special nuclear material. To obtain a Facility Clearance the Contractor must submit the Standard Form 328, Certificate Pertaining to Foreign Interests, and all required supporting documents to form a complete Foreign Ownership, Control or Influence (FOCI) Package. The Contractor must submit the FOCI Package in the format directed by DOE. After the FOCI Package is completed, the Contractor must print and sign one copy of the SF 328 and submit it to the Contracting Officer.

(2) Information submitted by the offeror in the Standard Form 328 will be used solely for the purposes of evaluating foreign ownership, control or influence and will be treated by DOE, to the extent permitted by law, as business or financial information submitted in confidence.

(3) Following submission of a Standard Form 328 and prior to contract award, the successful offeror/Contractor shall immediately submit to the Contracting Officer written notification of any changes in the extent and nature of FOCI information it submitted that could affect its answers to the questions in Standard Form 328. Following award of a contract, the Contractor must immediately submit to the cognizant security office written notification of any changes in the extent and nature of FOCI information it submitted that could affect its answers to the questions in Standard Form 328. Notice of changes in FOCI information that are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice must also be reported concurrently to the cognizant security office.

(b) *Definitions*. (1) *Foreign Interest* means any of the following-

(i) A foreign government, foreign government agency, or representative of a foreign government;

(ii) Any form of business enterprise or legal entity organized, chartered or incorporated under the laws of any country other than the United States or its possessions and trust territories; and

(iii) Any person who is not a citizen or national of the United States.

Page 15

ANT_AR-0508

89233123PNA000174 **P00003**

(2) *Foreign Ownership, Control, or Influence (FOCI)* means the situation where the degree of ownership, control, or influence over a Contractor by a foreign interest is such that a reasonable basis exists for concluding that compromise of classified information or special nuclear material may result.

(c) *Facility Clearance* means an administrative determination that a facility is eligible to access, produce, use or store classified information, or special nuclear material. A Facility Clearance is based upon a determination that satisfactory safeguards and security measures are carried out for the activities being performed at the facility. It is DOE policy that all Contractors or Subcontractors requiring access authorizations be processed for a Facility Clearance at the level appropriate to the activities being performed under the contract. Approval for a Facility Clearance shall be based upon-

(1) A favorable foreign ownership, control, or influence (FOCI) determination based upon the Contractor's response to the ten questions in Standard Form 328 and any required, supporting data provided by the Contractor;

(2) A contract or proposed contract containing the appropriate security clauses;

(3) Approved safeguards and security plans which describe protective measures appropriate to the activities being performed at the facility;

(4) An established Reporting Identification Symbol code for the Nuclear Materials Management and Safeguards Reporting System if access to nuclear materials is involved;

(5) A survey conducted no more than 6 months before the Facility Clearance date, with a composite facility rating of satisfactory, if the facility is to possess classified matter or special nuclear material at its location;

(6) Appointment of a Facility Security Officer, who must possess or be in the process of obtaining an access authorization equivalent to the Facility Clearance; and, if applicable, appointment of a Materials Control and Accountability Representative; and

(7) Access authorizations for key management personnel who will be determined on a case-by-case basis, and who possess or are in the process of obtaining access authorizations equivalent to the level of the Facility Clearance.

(d) *Facility Clearance and Employees Requiring Access Authorizations Prior to DOE's Granting Facility Clearance.*

(1) A Facility Clearance is required for this contract, although not necessarily prior to contract award. A favorable FOCI determination for this contract is required prior to contract award. It must be rendered by the responsible cognizant security office. The Contracting Officer may require the offeror to submit additional information as deemed pertinent to this determination.

(i) The DOE must determine that awarding this contract to the offeror will not pose an undue risk to the common defense and security as a result of its access to classified information or special nuclear material in the performance of the contract. The Contracting Officer may require the offeror to submit such additional information as deemed pertinent to this determination.

Page 16

ANT_AR-0509

89233123PNA000174 **P00003**

(ii) Before contract award, after obtaining a favorable FOCI determination, the successful offeror/Contractor may be eligible to obtain a Facility Clearance.

(iii) If the successful offeror/Contractor does not obtain a Facility Clearance before contract award, after contract award the Contractor shall submit the necessary information to obtain a Facility Clearance and to obtain personnel Interim Access Authorizations in accordance with Departmental policies and procedures.

(2) The DOE may grant certain of the Contractor's Key Management Personnel and the Contractor's Facility Security Officer Interim Access Authorization. If granted Interim Access Authorization, the Contractor's Key Management Personnel and the Contractor's Facility Security Officer will have access to classified information or special nuclear material.

(e) A Facility Clearance is required even for contracts that do not require the Contractor's corporate offices to receive, process, reproduce, store, transmit, or handle classified information or special nuclear material, but that require DOE access authorizations for the Contractor's employees to perform work at a DOE location. This type of facility is identified as a non-possessing facility.

(f) Except as otherwise authorized in writing by the Contracting Officer, the Contractor shall insert provisions similar to the foregoing in all subcontracts and purchase orders (or vendors for purchase orders) requiring access authorizations for access to classified information or special nuclear material. Subcontractors shall be directed to provide responses to the questions in Standard Form 328, Certificate Pertaining to Foreign Interests, directly to the prime Contractor or the Contracting Officer for the prime contract.

Notice to Offerors-Contents Review (Please Review Before Submitting)

Prior to submitting the Standard Form 328, required by paragraph (a)(1) of this clause, the offeror should review the FOCI submission to ensure that:

(1) The Standard Form 328 has been signed and dated by an authorized official of the offeror;

(2) If publicly owned, the Contractor's most recent annual report, and its most recent proxy statement for its annual meeting of stockholders; or, if privately owned, the audited, consolidated financial information for the most recently closed accounting year has been attached;

(3) A copy of the company's articles of incorporation and an attested copy of the company's by-laws, or similar documents filed for the company's existence and management, and all amendments to those documents are provided;

(4) A list identifying the organization's owners, officers, directors, and executive personnel, including their names, social security numbers, citizenship, titles of all positions they hold within the organization, and what clearances, if any, they possess or are in the process of obtaining, and identification of the government agency(ies) that granted or will be granting those clearances; and

(5) A summary FOCI data sheet is provided.

*Note*: A FOCI submission must be attached for each tier parent organization (*i.e.*, ultimate parent and any intervening levels of ownership). If any of these documents are missing, award of the contract cannot be completed.

ANT_AR-0510

89233123PNA000174 **P00003**

<div align="right">

**Section J - List of**
</div>

**Documents, Exhibits and Other Attachments**

**DOE-J-2001 LIST OF ATTACHMENTS (OCT 2015)**

The following attachments constitute part of this contract:

| Attachment Number | Title |
|---|---|
| 1 | Statement of Work |
| 2 | ANTHROPIC AI SERVICES AGREEMENT |

**Section K - Representations, Certifications, and Other Statements of Bidders**

**52.204-19 INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS. (DEC 2014)**

**52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT. (NOV 2021)**

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it "does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument" in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services-Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it "does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services" in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) *Definitions*. As used in this provision-

*Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming, and substantial or essential component* have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Prohibition*. (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to-

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

<div align="right">

Page 18
</div>

89233123PNA000174 **P00003**

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to-

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (*https://www.sam.gov*) for entities excluded from receiving federal awards for "covered telecommunications equipment or services."

(d) *Representations*. The Offeror represents that-

(1) It [ ] will, [ ] will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will" in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that-

It [ ] does, [ ] does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does" in paragraph (d)(2) of this section.

(e) *Disclosures*. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will" in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment-

Page 19

ANT_AR-0512

89233123PNA000174 **P00003**

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment-

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services-

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

Page 20

ANT_AR-0513

89233123PNA000174 **P00003**

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

ANT_AR-0514



← **Truth Details**
4911 replies

⋯



**Donald J. Trump** ✓ ➕
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

WE will decide the fate of our Country — NOT some out-of-control, Radical Left AI company run by people who have no idea what the real World is all about. Thank you for your attention to this matter. MAKE AMERICA GREAT AGAIN!

PRESIDENT DONALD J. TRUMP

**13.9k** ReTruths  **57.5k** Likes                    Feb 27, 2026, 1:47 PM





← Post


**Secretary of War Pete Hegseth** ✓ ▣                                    ...
@SecWar

This week, Anthropic delivered a master class in arrogance and betrayal as well as a textbook case of how not to do business with the United States Government or the Pentagon.

Our position has never wavered and will never waver: the Department of War must have full, unrestricted access to Anthropic's models for every LAWFUL purpose in defense of the Republic.

Instead, @AnthropicAI and its CEO @DarioAmodei, have chosen duplicity. Cloaked in the sanctimonious rhetoric of "effective altruism," they have attempted to strong-arm the United States military into submission – a cowardly act of corporate virtue-signaling that places Silicon Valley ideology above American lives.

The Terms of Service of Anthropic's defective altruism will never outweigh the safety, the readiness, or the lives of American troops on the battlefield.

Their true objective is unmistakable: to seize veto power over the operational decisions of the United States military. That is unacceptable.

As President Trump stated on Truth Social, the Commander-in-Chief and the American people alone will determine the destiny of our armed forces, not unelected tech executives.

Anthropic's stance is fundamentally incompatible with American principles. Their relationship with the United States Armed Forces and the Federal Government has therefore been permanently altered.

In conjunction with the President's directive for the Federal Government to cease all use of Anthropic's technology, I am directing the Department of War to designate Anthropic a Supply-Chain Risk to National Security. Effective immediately, no contractor, supplier, or partner that does business with the United States military may conduct any commercial activity with Anthropic. Anthropic will continue to provide the Department of War its services for a period of no more than six months to allow for a seamless transition to a better and more patriotic service.

America's warfighters will never be held hostage by the ideological whims of Big Tech. This decision is final.

3:14 PM · Feb 27, 2026 · **13.2M** Views

○ 10K          ⟲ 14K          ♡ 70K          🔖 9.2K          ↥

○ Read 10.3K replies

ANT_AR-0516

| | |
|---|---|
| **From:** | <u>Jung, Jennifer</u> |
| **To:** | <u>Yeary, Colby C</u>; <u>Stubenhofer, Robin L</u>; <u>Wollerman, Eric</u>; <u>Budil, Kimberly Susan</u>; <u>Tighe, Richard J</u>; <u>Rocha, Roger R. (CONTR)</u>; <u>Contardi, John (CONTR)</u>; <u>Autry, Michael L (CONTR)</u>; <u>Carlson, Lonnie (CONTR)</u>; <u>Gonzales, Rita Ann</u>; <u>McGill, Laura Jane</u>; <u>Gracio, Deborah K</u>; <u>Garcia, Joseph (SRS)</u>; <u>Griffin, Jeffrey (SRS)</u>; <u>tmason@lanl.gov</u>; <u>Hitson, Mary</u>; <u>Armstrong, Jason</u>; <u>Hauck, Daryl</u>; <u>Huck, Betty</u>; <u>Mikolanis, Michael A</u>; <u>Robinson, Shekita L</u>; <u>Tindle, Florence</u>; <u>Wyka, Ted</u>; <u>Turner, Julie Kay</u>; <u>Sievers, Eugene P</u>; <u>DL-NNSA AI Crosscut</u>; <u>Borrego, Andrea Nicole</u>; <u>Lopez, Frances A</u>; <u>Zerkle, Carolyn Eleanor</u> |
| **Cc:** | <u>Pappano, Scott</u>; <u>Jones, John</u>; <u>McVay, Kyle</u>; <u>Rodrik, Peter</u>; <u>Quigley, William</u>; <u>Kaminsky, Ariane</u>; <u>Hammond, Sarah</u>; <u>Butsick, Matthew</u> |
| **Subject:** | FW: URGENT: IMMEDIATE ACTION REQUIRED |
| **Date:** | Monday, March 2, 2026 10:15:00 AM |
| **Attachments:** | <u>image001.jpg</u> |
| **Importance:** | High |

M&Os,

Effective immediately, please pause any work you are currently performing that is funded by the NNSA where Anthropic's AI model or AI capability is being used.  Additional guidance will be provided once we receive additional information.

Jennifer
**Jennifer L. Jung | Director**
Head of Contracting Activity for M&O Contracts
Office of Partnership Services, NA-PAS-20
National Nuclear Security Administration
(505) 220-2898 (work cell)
(505) 845-6913

☐Integrity: Doing the right thing even when no one is watching.

ANT_AR-0517

## Mathews, Joseph

**From:**        Krzywicki, Kyle
**Sent:**        Monday, March 2, 2026 3:30 PM
**To:**          Steve Park
**Cc:**          Michael Sellitto; Marina Favaro; Wilkins, Carleton (Richard); Butsick, Matthew
**Subject:**     NNSA-Anthropic - Stop Work Order
**Attachments:** 89233123PNA0000174_Stop-Work - For Signature.pdf


Steve,

Please sign and return the attached Stop Work Order. Please let me know if you have any questions.

Thank you,

Kyle Krzywicki
Contracting Officer
Acting Branch Manager
Mission Support Acquisition Branch, NA-PAS-316
Office Of Partnership and Acquisition Services
National Nuclear Security Administration/U.S. Department of Energy
Phone: 202-586-0831
Cell: 240-220-0093
Email: kyle.krzywicki@nnsa.doe.gov

1

ANT_AR-0518



**Department of Energy**
**National Nuclear Security Administration**
Washington, DC 20585



March 2, 2026

**Via Email:** Steve Park, stevepark@anthropic.com
Anthropic PBC
731 Sansome St.
San Francisco, CA 94111

### Stop-Work Order for Contract 89233123PNA000174

Mr Park:

This letter serves as the Contracting Officer's order to stop all work under contract award 89233123PNA000174 in accordance with Federal Acquisition Regulation 52.242-15.

**(a)  Effective date of Stop-Work Order.**  The contractor is required to **immediately** stop all work called for under the Contract until otherwise notified by the Contracting Officer.

**(b)  Cessation of work and notification to immediate subcontractors.**  You shall take the following steps:

  **(1)**  Stop all work, make no further shipments, incur no further travel/other direct costs, and place no further orders relating to the Contract

  **(2)**  Keep adequate records of your compliance with paragraph (b)(1) of this section showing the—

    **(i)**   Date you received the Stop-Work Order; and

    **(ii)**  Extent of completion of performance on the effective date.

  **(3)**  Furnish notice of this Stop-Work Order to each immediate subcontractor and supplier that will be affected by this Stop-Work Order.  In the notice—

    **(i)**   Specify the Government Task Order number;

    **(ii)**  State that all work under the Task Order has stopped until otherwise notified by the Contracting Officer;

    **(iii)** Provide instructions to stop all work, make no further shipments, and place no further orders under the Task Order, subject to the exceptions in paragraph (b)(1) of this section; and

    **(iv)**  Request that similar notices and instructions be given to its immediate subcontractors.

  **(4)**  Take any other action required by the Contracting Officer or under 52.242-15.

**(c)**  Please acknowledge receipt of this notice as provided below.

ANT_AR-0519

_Kyle C. Krzywicki_
_____
**Kyle Krzywicki**
Contracting Officer
Headquarters Services Acquisition Branch

### ACKNOWLEDGMENT OF RECEIPT OF STOP-WORK ORDER

The undersigned acknowledges receipt of a signed copy of this Notice on
_____, 2026.  The signed copy of this Notice is returned.

Anthropic PBC
_____
**Name of Contractor**

By:_____
**Name**

_____
**Title**

_____
**Signature**

Page 2 of 2

ANT_AR-0520



**Department of Energy**
**National Nuclear Security Administration**
Washington, DC 20585



March 2, 2026

**Via Email:** Steve Park, stevepark@anthropic.com
Anthropic PBC
731 Sansome St.
San Francisco, CA 94111

### Stop-Work Order for Contract 89233123PNA000174

Mr Park:

This letter serves as the Contracting Officer's order to stop all work under contract award 89233123PNA000174 in accordance with Federal Acquisition Regulation 52.242-15.

**(a)** **Effective date of Stop-Work Order.**  The contractor is required to **immediately** stop all work called for under the Contract until otherwise notified by the Contracting Officer.

**(b)** **Cessation of work and notification to immediate subcontractors.**  You shall take the following steps:

   **(1)** Stop all work, make no further shipments, incur no further travel/other direct costs, and place no further orders relating to the Contract

   **(2)** Keep adequate records of your compliance with paragraph (b)(1) of this section showing the—

   **(i)** Date you received the Stop-Work Order; and

   **(ii)** Extent of completion of performance on the effective date.

   **(3)** Furnish notice of this Stop-Work Order to each immediate subcontractor and supplier that will be affected by this Stop-Work Order.  In the notice—

   **(i)** Specify the Government Task Order number;

   **(ii)** State that all work under the Task Order has stopped until otherwise notified by the Contracting Officer;

   **(iii)** Provide instructions to stop all work, make no further shipments, and place no further orders under the Task Order, subject to the exceptions in paragraph (b)(1) of this section; and

   **(iv)** Request that similar notices and instructions be given to its immediate subcontractors.

   **(4)** Take any other action required by the Contracting Officer or under 52.242-15.

**(c)** Please acknowledge receipt of this notice as provided below.

ANT_AR-0521

Docusign Envelope ID: 1BC0260C-63E4-4065-B58F-F2BE580E8D3A

_____

**Kyle Krzywicki**
Contracting Officer
Headquarters Services Acquisition Branch

## ACKNOWLEDGMENT OF RECEIPT OF STOP-WORK ORDER

The undersigned acknowledges receipt of a signed copy of this Notice on
___3/2/2026_____, 2026.  The signed copy of this Notice is returned.

Anthropic PBC
_____
**Name of Contractor**

By:___Michael Sellitto_____
**Name**

Head of Global Affairs
_____
**Title**

DocuSigned by:

Michael Sellitto
_____
8AEEE901AA3648C...
**Signature**

ANT_AR-0522

**To:** Schwartz, Zack H.[Zachary.Schwartz11@va.gov]
**Cc:** Catanoso, David[David.Catanoso@va.gov]; Worthington, Charles[Charles.Worthington@va.gov]; Miller, Jason R. (OIT | CCS | CS)[Jason.Miller5@va.gov]; Krebs, Kendall N.[Kendall.Krebs@va.gov]; Waddington, George[George.Waddington@va.gov]
**From:** McManus, Kimberly F.
**Sent:** 2026-03-02T03:16:39Z
**Subject:** RE: VA's Anthropic Footprint
**Received:**       2026-03-02T03:16:00Z

Hi all,

On the Anthropic / Pentagon issue, the only major development over the weekend was that their competitor OpenAI did successfully reach an agreement with the Pentagon. VA's OpenAI use is higher than VA's Anthropic use and it should be feasible to shift Anthropic workloads over to OpenAI (or Google if that comes to VA) if required with low to medium impact. Both Anthropic and OpenAI models are also likely embedded in VA's SaaS products under the hood, which would require vendors to make updates.

On Claude for Gov, we will continue to pause on any additional announcements. GSA did move Friday to remove Anthropic from the GSA MAS (link). It seems this all may continue to evolve.

Kimberly

---

**From:** McManus, Kimberly F.
**Sent:** Friday, February 27, 2026 2:37 PM
**To:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>; Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** VA's Anthropic Footprint

Hi Zack,

This is my current understanding of VA's Anthropic footprint. I will update if I learn of others & ccing some other people in case they are aware. (I believe it is also in Copilot Studio, which Jason can confirm.)

- Claude for Gov chat pilot
  - Just launched this week & a few hundred users have been notified about access
  - Time-limited pilot from $1 deals
  - No enterprise contract
  - We will pause on additional announcements on the pilot
  - I think there is a SecVA write-up on this, not sure where it is in the process
- GitHub Copilot
  - VA's main AI-assisted code development tool in use by 2000+ developers
  - Offers a variety of AI models, including Claude.
  - I confirmed with GitHub that it should be feasible to turn off just the Claude models if needed, though they perform well so there may be a performance impact.
- Claude API Access
  - There are a few specific projects that are using Claude API access. This is limited because of a contracting thing where Anthropic models were briefly available via VA's AWS contract until OGC deemed they were out of scope. The few projects that were already using them were allowed to keep using them. I imagine ECSO would have visibility & could revoke access if needed.
  - Projects:
    - The BAM portfolio uses the API for production disability claims automation such as summarization of claims
    - The Innovation group uses the APIs for a few projects, include the community care eFax automation that Dave is supporting.

Kimberly

ANT_AR-0523

To:      McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]; Schwartz, Zack H.[Zachary.Schwartz11@va.gov]
Cc:      Worthington, Charles[Charles.Worthington@va.gov]; Miller, Jason R. (OIT | CCS | CS)[Jason.Miller5@va.gov]; Krebs, Kendall N.[Kendall.Krebs@va.gov]
From:    Catanoso, David
Sent:    2026-03-02T21:38:44Z
Subject: RE: VA's Anthropic Footprint
Received:        2026-03-02T21:38:51Z

FYSA if you haven't seen this post:

## Secretary of War Pete Hegseth's Post                                    ✕

 **Secretary of War Pete Hegseth** ✓ and **U.S. Department of War** ✓
2d ·

This week, Anthropic delivered a master class in arrogance and betrayal as well as a textbook case of how not to do business with the United States Government or the Pentagon.

Our position has never wavered and will never waver: the Department of War must have full, unrestricted access to Anthropic's models for every LAWFUL purpose in defense of the Republic.

Instead, Anthropic AI and its CEO Dario Amodei, have chosen duplicity. Cloaked in the sanctimonious rhetoric of "effective altruism," they have attempted to strong-arm the United States military into submission - a cowardly act of corporate virtue-signaling that places Silicon Valley ideology above American lives.

The Terms of Service of Anthropic's defective altruism will never outweigh the safety, the readiness, or the lives of American troops on the battlefield.

Their true objective is unmistakable: to seize veto power over the operational decisions of the United States military. That is unacceptable.

As President Trump stated on Truth Social, the Commander-in-Chief and the American people alone will determine the destiny of our armed forces, not unelected tech executives.

Anthropic's stance is fundamentally incompatible with American principles. Their relationship with the United States Armed Forces and the Federal Government has therefore been permanently altered.

In conjunction with the President's directive for the Federal Government to cease all use of Anthropic's technology, I am directing the Department of War to designate Anthropic a Supply-Chain Risk to National Security. Effective immediately, no contractor, supplier, or partner that does business with the United States military may conduct any commercial activity with Anthropic. Anthropic will continue to provide the Department of War its services for a period of no more than six months to allow for a seamless transition to a better and more patriotic service.

America's warfighters will never be held hostage by the ideological whims of Big Tech. This decision is final.

---

**From:** Catanoso, David
**Sent:** Monday, March 2, 2026 8:52 AM
**To:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Worthington, Charles <Charles.Worthington@va.gov>; Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>; Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** RE: VA's Anthropic Footprint

Kimberly, Thanks for the information.

Zack,

Based on the President's direction, I recommend:
1. Canceling plans to train folks to use Claud for government
2. Suspending access if it hasn't been done already.

ANT_AR-0524

3.  Take steps to rapidly transition production use of the Claud API capabilities through AWS Bedrock to alternative while avoiding negative impacts to our Veteran's and staff
4.  Cease all in flight development use of Anthropic capabilities


Please let us know if you concur of if you prefer anything different and we will follow up accordingly.

Sincerely,

Dave


**David Catanoso**
**Strategic Advisor for Technology Modernization**
**To the Assistant Secretary & Chief Information Officer**
**Office of Information & Technology (OIT)**
**Department of Veterans Affairs (VA)**
**Office: 202-461-8893**
**GFE Mobile: 732-740-9708**



**PRE-DECISIONAL | FOR INTERNAL USE ONLY | CONTROLLED UNCLASSIFIED INFORMATION**

**CONFIDENTIALITY NOTICE:**
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.


**From:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Sent:** Friday, February 27, 2026 5:37 PM
**To:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>; Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** VA's Anthropic Footprint

Hi Zack,

This is my current understanding of VA's Anthropic footprint. I will update if I learn of others & ccing some other people in case they are aware. (I believe it is also in Copilot Studio, which Jason can confirm.)

- Claude for Gov chat pilot
  - Just launched this week & a few hundred users have been notified about access
  - Time-limited pilot from $1 deals
  - No enterprise contract
  - We will pause on additional announcements on the pilot
  - I think there is a SecVA write-up on this, not sure where it is in the process
- GitHub Copilot
  - VA's main AI-assisted code development tool in use by 2000+ developers
  - Offers a variety of AI models, including Claude.
  - I confirmed with GitHub that it should be feasible to turn off just the Claude models if needed, though they

ANT_AR-0525

REV00000752

perform well so there may be a performance impact.
- Claude API Access
  - There are a few specific projects that are using Claude API access. This is limited because of a contracting thing where Anthropic models were briefly available via VA's AWS contract until OGC deemed they were out of scope. The few projects that were already using them were allowed to keep using them. I imagine ECSO would have visibility & could revoke access if needed.
  - Projects:
    - The BAM portfolio uses the API for production disability claims automation such as summarization of claims
    - The Innovation group uses the APIs for a few projects, include the community care eFax automation that Dave is supporting.


Kimberly

ANT_AR-0526

To:       Catanoso, David[David.Catanoso@va.gov]; Worthington, Charles[Charles.Worthington@va.gov]
Cc:       Schwartz, Zack H.[Zachary.Schwartz11@va.gov]; McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]; Price, Charlotte (OGC)[charlotte.price@va.gov]; Spaeth, Jeff[Jeff.Spaeth@va.gov]; Barnard, Jason A.[Jason.Barnard@va.gov]; Kopetsky, Jim (MITRE Corporation)[James.Kopetsky@va.gov]; Han, Rachel[RachelXiaolu.Han@va.gov]; Weiner, Sharon J. (OGC)[Sharon.Weiner@va.gov]
From:     Baehr, James S. (OGC)
Sent:     2026-03-03T13:29:24Z
Subject:  RE: Update on AI for OGC
Received:           2026-03-03T13:29:29Z

Thank you, David.

Best,

James S. C. Baehr
General Counsel
-------------------------------

Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Tuesday, March 3, 2026 8:20 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** RE: Update on AI for OGC

James,

In accordance with Presidential direction (see below) VA will be suspending access to Claud for Government until further guidance is received.

We continue to press forward with ChatGPT and other tools as discussed previously.

If you have any questions, please let me know.

Dave



**Donald J. Trump** ✔ ➊
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Thursday, February 26, 2026 10:42 AM
**To:** Worthington, Charles <Charles.Worthington@va.gov>; Catanoso, David <David.Catanoso@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** RE: Update on AI for OGC

We are extremely grateful and will make full use of these incredible tools! Thank you.

James S. C. Baehr
General Counsel
------------------------------
Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov

ANT_AR-0528



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Worthington, Charles <Charles.Worthington@va.gov>
**Sent:** Thursday, February 26, 2026 10:38 AM
**To:** Catanoso, David <David.Catanoso@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** Re: Update on AI for OGC

Great work team!

James - I'd be very curious to hear the team's feedback after a couple of weeks digging in. The "projects" feature seems especially promising.

Charles



**Charles Worthington**
Chief Technology Officer & Chief Artificial Intelligence Officer
U.S. Department of Veterans Affairs
charles.worthington@va.gov | m: 202-430-0009

**From:** Catanoso, David <David.Catanoso@va.gov>
**Date:** Thursday, February 26, 2026 at 10:16 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>, McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>, Worthington, Charles <Charles.Worthington@va.gov>, Price, Charlotte (OGC) <charlotte.price@va.gov>, Spaeth, Jeff <Jeff.Spaeth@va.gov>, Barnard, Jason A. <Jason.Barnard@va.gov>, Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>, Han, Rachel <RachelXiaolu.Han@va.gov>, Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** RE: Update on AI for OGC

James,

All OGC pilot users have been provisioned for Claud for Government.

REV00000768

OGC's power users have all confirmed access is working.

A dedicated OGC training session is scheduled for next week as described below.

Sincerely,

Dave

---

**From:** Catanoso, David
**Sent:** Monday, February 23, 2026 3:01 PM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** Update on AI for OGC

James,

OIT is on track to provide pilot access to OGC users to Claud for Government in the first wave as promised no later than early next week.

Sharon has provided the list of OGC users, and our team is working to configure their access.  Users will receive instructions when access is ready.

In addition to the regular Claud training available to  all pilot users, we are working with Anthropic to set up special training for several OGC power users Sharon identified to establish a train the trainer approach for OGC use cases.

ChatGPT is still on track for availability in mid to late March and we will ensure OGC is in the first wave when that is available as well.

Please let me know if you have any questions or concerns.

Sincerely,

Dave


**David Catanoso**
Strategic Advisor for Technology Modernization
To the Assistant Secretary & Chief Information Officer
Office of Information & Technology (OIT)
Department of Veterans Affairs (VA)
Office: 202-461-8893
GFE Mobile: 732-740-9708



**Pre-Decisional | For Internal Use Only | Controlled Unclassified Information**

**CONFIDENTIALITY NOTICE:**
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.

ANT_AR-0530

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Monday, February 2, 2026 10:20 AM
**To:** Catanoso, David <David.Catanoso@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Thank you,

James S. C. Baehr
General Counsel
------------------------------
Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Monday, February 2, 2026 10:07 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

James,

Thanks for confirming.

We'll make sure OGC is in the first wave.

Dave

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Friday, January 30, 2026 8:46 AM

ANT_AR-0531

**To:** Catanoso, David <David.Catanoso@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Thank you – we would very much want OGC to be included in the first wave pilots for the tools you've mentioned (Claude and ChatGPT).

Best,

James S. C. Baehr
General Counsel
----------------------------------
Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Thursday, January 29, 2026 5:48 PM
**To:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Sharon,

OIT has been collectively making good progress on the expanding the AI tools available to OGC staff as quickly as possible.

See updates below in green.

We will continue working on this daily and update on any changes.

Let me know if you have any concerns or questions.

Sincerely,

Dave

---

**From:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Sent:** Tuesday, January 20, 2026 1:06 PM
**To:** Catanoso, David <David.Catanoso@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>
**Subject:** RE: AI for OGC

<p style="text-align:center;color:red;">PRE-DECISIONAL</p>

Good afternoon,

I am looping in Charlotte Price of my team.  OGC already has many staff with access to VA GPT and we have shared the link for requesting access (https://forms.office.com/Pages/ResponsePage.aspx?id=Ixtf6a-r7kWCHberJRqzv4SNkrTkX4tHvHp3vUTOUOVUNjFHUlJJQkNWUFBNTE9TU0dIMjFHM09KWi4u).  I have not heard of OGC staff wanting access to VA GPT and not getting it.

Understood.  If access is needed please continue to follow the proven process.

With regard to our current AI projects, per the attached we are currently waiting for VA OIT action to move our Lexis+ project ahead.  Any assistance you can provide in that regard will be appreciated.
I met with the Lexis+ team earlier this week and they have shared additional documentation which will be reviewed.  I will provide an update by this time next week.

Also we have meet with the vendors and VA security staff and have successfully worked to accelerate the delivery of both Claude for Government and ChatGPT FedRAMP.

Based on the information available and work one to date:

- Claud for Government is scheduled to be available for onboarding 2/18 for OIT pilot users and 2/23 for the remaining users
- ChatGPT FedRAMP is scheduled to have and Authority to Operate (ATO) by 3/2 with onboarding during early March.

IF desired OGC users can be included in the earliest pilot waves.

In addition to our current FedRamp projects OGC also has an interest in Copilot Studio.  The link to request it has an outdated form.  https://vapm.my.salesforce-sites.com/Survey/ExAM__AMAndAnswerCreationPage?paId=a2K3d000000ZPCG  - the form does not allow you to select FY26 funding available.  Also, if organizations are currently being charged for the licenses, can you let me know what they cost so we can plan accordingly?

Based on the above and the challenges OGC has had leveraging CoPilot, recommend pausing efforts on CoPilot based AI offerings and concentrate our collective energy to succeed with the others above.

**Sharon Weiner**
Acting Executive Director, Management, Planning, and Analysis (MPA)
Office of General Counsel
Department of Veterans Affairs

Tel: 202.316.7157

ATTENTION: This electronic transmission may contain attorney work-product or information protected under the attorney-client privilege. Portions of this transmission may contain information also protected from disclosure under the Privacy Act, 5 U.S.C. § 552a. Do not release this information without prior authorization from the sender. If this has inadvertently reached the wrong party, please delete this information immediately and notify the sender. Any security screening of this email by information officers or server administrators is not intended to be consent to any party to review the content of the email or a waiver of the attorney-client privilege and/or work product privilege.

<div align="center">PRE-DECISIONAL</div>

---

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Tuesday, January 20, 2026 10:21 AM
**To:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>
**Subject:** RE: AI for OGC

Adding Sharon

Sharon,

We are looking forward to supporting you.

Please see below regarding VA GPT access and let me know how you would like to proceed.

Sincerely,

Dave

---

**From:** Catanoso, David
**Sent:** Tuesday, January 20, 2026 10:14 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>
**Subject:** FW: AI for OGC

James,

Zack (cc'd) asked me to assist with getting you and VA OGC team members access to VA GPT, VA's internal generative AI tool while we work on other options.

The self-service link for VA GPT (thanks Kimberly) is here:

VA GPT sign-up link

Kimberly has offered to also add folks by e-mail if that is easier.

Who can I work with on you team to assist with distributing the link and/or coordinate the e-mail list for access?

Thanks,

Dave

**David Catanoso**
Strategic Advisor for Technology Modernization
To the Assistant Secretary & Chief Information Officer

ANT_AR-0534

Office of Information & Technology (OIT)
Department of Veterans Affairs (VA)
Office: 202-461-8893
GFE Mobile: 732-740-9708



**Pre-Decisional | For Internal Use Only | Controlled Unclassified Information**

**CONFIDENTIALITY NOTICE:**
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.

---

**From:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>
**Sent:** Monday, January 19, 2026 10:06 AM
**To:** Worthington, Charles <Charles.Worthington@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>
**Subject:** AI for OGC

Charles –

Had a good 1-1 with the GC for VA and he is really pushing his team to move faster with AI tools. I believe he and his team have had conversations with your folks on the use of Open AI and other platforms. Where did you all leave off on this?

Instead of investing in legal specific platforms, it sounds like they are more interested in things like ChatGBT or Perplexity. Feel free to add someone to this thread if they have more insight, but would like to move on getting our entire OGC access. They are not finding Co-Pilot to be a solution that is working, and I am looking to move away from it anyway.

I saw Perplexity is already using some VA use cases too: https://www.perplexity.ai/enterprise/use-cases/government

Let me know the latest status and adding Dave to help me on follow-up with GC directly.

Thanks,
Zack

**To:**   Baehr, James S. (OGC)[James.Baehr@va.gov]; Worthington, Charles[Charles.Worthington@va.gov]
**Cc:**   Schwartz, Zack H.[Zachary.Schwartz11@va.gov]; McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]; Price, Charlotte (OGC)[charlotte.price@va.gov]; Spaeth, Jeff[Jeff.Spaeth@va.gov]; Barnard, Jason A.[Jason.Barnard@va.gov]; Kopetsky, Jim (MITRE Corporation)[James.Kopetsky@va.gov]; Han, Rachel[RachelXiaolu.Han@va.gov]; Weiner, Sharon J. (OGC)[Sharon.Weiner@va.gov]
**From:**   Catanoso, David
**Sent:**   2026-03-03T13:20:04Z
**Subject:**   RE: Update on AI for OGC
**Received:**   2026-03-03T13:20:08Z

James,

In accordance with Presidential direction (see below) VA will be suspending access to Claud for Government until further guidance is received.

We continue to press forward with ChatGPT and other tools as discussed previously.

If you have any questions, please let me know.

Dave



Donald J. Trump ✓ ⊕
@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Thursday, February 26, 2026 10:42 AM
**To:** Worthington, Charles <Charles.Worthington@va.gov>; Catanoso, David <David.Catanoso@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** RE: Update on AI for OGC

ANT_AR-0536

We are extremely grateful and will make full use of these incredible tools! Thank you.

James S. C. Baehr
General Counsel
--------------------------------

Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Worthington, Charles <Charles.Worthington@va.gov>
**Sent:** Thursday, February 26, 2026 10:38 AM
**To:** Catanoso, David <David.Catanoso@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** Re: Update on AI for OGC

Great work team!

James - I'd be very curious to hear the team's feedback after a couple of weeks digging in. The "projects" feature seems especially promising.

Charles



**Charles Worthington**
Chief Technology Officer & Chief Artificial Intelligence Officer
U.S. Department of Veterans Affairs
charles.worthington@va.gov | m: 202-430-0009

**From:** Catanoso, David <David.Catanoso@va.gov>
**Date:** Thursday, February 26, 2026 at 10:16 AM

ANT_AR-0537

**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>, McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>, Worthington, Charles <Charles.Worthington@va.gov>, Price, Charlotte (OGC) <charlotte.price@va.gov>, Spaeth, Jeff <Jeff.Spaeth@va.gov>, Barnard, Jason A. <Jason.Barnard@va.gov>, Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>, Han, Rachel <RachelXiaolu.Han@va.gov>, Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** RE: Update on AI for OGC

James,

All OGC pilot users have been provisioned for Claud for Government.

OGC's power users have all confirmed access is working.

A dedicated OGC training session is scheduled for next week as described below.

Sincerely,

Dave

---

**From:** Catanoso, David
**Sent:** Monday, February 23, 2026 3:01 PM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>; Han, Rachel <RachelXiaolu.Han@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Subject:** Update on AI for OGC

James,

OIT is on track to provide pilot access to OGC users to Claud for Government in the first wave as promised no later than early next week.

Sharon has provided the list of OGC users, and our team is working to configure their access.  Users will receive instructions when access is ready.

In addition to the regular Claud training available to  all pilot users, we are working with Anthropic to set up special training for several OGC power users Sharon identified to establish a train the trainer approach for OGC use cases.

ChatGPT is still on track for availability in mid to late March and we will ensure OGC is in the first wave when that is available as well.

Please let me know if you have any questions or concerns.

Sincerely,

Dave


**David Catanoso**
Strategic Advisor for Technology Modernization
To the Assistant Secretary & Chief Information Officer
Office of Information & Technology (OIT)
Department of Veterans Affairs (VA)
Office: 202-461-8893
GFE Mobile: 732-740-9708

ANT_AR-0538



**Pre-Decisional | For Internal Use Only | Controlled Unclassified Information**

CONFIDENTIALITY NOTICE:
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Monday, February 2, 2026 10:20 AM
**To:** Catanoso, David <David.Catanoso@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Thank you,

James S. C. Baehr
General Counsel
--------------------------------
Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Monday, February 2, 2026 10:07 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation)

ANT_AR-0539

<James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

James,

Thanks for confirming.

We'll make sure OGC is in the first wave.

Dave

---

**From:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Sent:** Friday, January 30, 2026 8:46 AM
**To:** Catanoso, David <David.Catanoso@va.gov>; Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>; Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Thank you – we would very much want OGC to be included in the first wave pilots for the tools you've mentioned (Claude and ChatGPT).

Best,

James S. C. Baehr
General Counsel
------------------------------
Office of General Counsel
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420
Work Cell: 202-714-2724
Work Phone: 202-461-7372
Email: james.baehr@va.gov



This communication may contain information that is confidential, privileged, or otherwise protected by law, including the attorney-client privilege, the attorney work product doctrine, and the Privacy Act of 1974. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, please delete all copies and notify the sender immediately. This communication is pre-decisional and deliberative in nature and may be exempt from disclosure under the Freedom of Information Act (5 U.S.C. § 552). Transmission or receipt of this communication does not waive any applicable privilege or protection.

**PRIVILEGED/PRE-DECISIONAL/CONFIDENTIAL**

---

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Thursday, January 29, 2026 5:48 PM
**To:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>;

Pearson, Amber J. <Amber.Pearson3@va.gov>; Spaeth, Jeff <Jeff.Spaeth@va.gov>; Barnard, Jason A. <Jason.Barnard@va.gov>; Kopetsky, Jim (MITRE Corporation) <James.Kopetsky@va.gov>
**Subject:** RE: AI for OGC

Sharon,

OIT has been collectively making good progress on the expanding the AI tools available to OGC staff as quickly as possible.

See updates below in green.

We will continue working on this daily and update on any changes.

Let me know if you have any concerns or questions.

Sincerely,

Dave

---

**From:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Sent:** Tuesday, January 20, 2026 1:06 PM
**To:** Catanoso, David <David.Catanoso@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>; Price, Charlotte (OGC) <charlotte.price@va.gov>
**Subject:** RE: AI for OGC

<center>PRE-DECISIONAL</center>

Good afternoon,

I am looping in Charlotte Price of my team.  OGC already has many staff with access to VA GPT and we have shared the link for requesting access (https://forms.office.com/Pages/ResponsePage.aspx?id=Ixtf6a-r7kWCHberJRqzv4SNkrTkX4tHvHp3vUTOUOVUNjFHUlJJQkNWUFBNTE9TU0dIMjFHM09KWi4u).  I have not heard of OGC staff wanting access to VA GPT and not getting it.

Understood.  If access is needed please continue to follow the proven process.

With regard to our current AI projects, per the attached we are currently waiting for VA OIT action to move our Lexis+ project ahead.  Any assistance you can provide in that regard will be appreciated.
I met with the Lexis+ team earlier this week and they have shared additional documentation which will be reviewed.  I will provide an update by this time next week.

Also we have meet with the vendors and VA security staff and have successfully worked to accelerate the delivery of both Claude for Government and ChatGPT FedRAMP.

Based on the information available and work one to date:

- Claud for Government is scheduled to be available for onboarding 2/18 for OIT pilot users and 2/23 for the remaining users
- ChatGPT FedRAMP is scheduled to have and Authority to Operate (ATO) by 3/2 with onboarding during early March.

IF desired OGC users can be included in the earliest pilot waves.

In addition to our current FedRamp projects OGC also has an interest in Copilot Studio. The link to request it

has an outdated form.  https://vapm.my.salesforce-sites.com/Survey/ExAM__AMAndAnswerCreationPage?paId=a2K3d000000ZPCG  - the form does not allow you to select FY26 funding available.  Also, if organizations are currently being charged for the licenses, can you let me know what they cost so we can plan accordingly?

Based on the above and the challenges OGC has had leveraging CoPilot, recommend pausing efforts on CoPilot based AI offerings and concentrate our collective energy to succeed with the others above.

**Sharon Weiner**
Acting Executive Director, Management, Planning, and Analysis (MPA)
Office of General Counsel
Department of Veterans Affairs
Tel: 202.316.7157

ATTENTION:  This electronic transmission may contain attorney work-product or information protected under the attorney-client privilege.  Portions of this transmission may contain information also protected from disclosure under the Privacy Act, 5 U.S.C. § 552a.  Do not release this information without prior authorization from the sender.  If this has inadvertently reached the wrong party, please delete this information immediately and notify the sender.  Any security screening of this email by information officers or server administrators is not intended to be consent to any party to review the content of the email or a waiver of the attorney-client privilege and/or work product privilege.

PRE-DECISIONAL

---

**From:** Catanoso, David <David.Catanoso@va.gov>
**Sent:** Tuesday, January 20, 2026 10:21 AM
**To:** Weiner, Sharon J. (OGC) <Sharon.Weiner@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Baehr, James S. (OGC) <James.Baehr@va.gov>
**Subject:** RE: AI for OGC

Adding Sharon

Sharon,

We are looking forward to supporting you.

Please see below regarding VA GPT access and let me know how you would like to proceed.

Sincerely,

Dave

---

**From:** Catanoso, David
**Sent:** Tuesday, January 20, 2026 10:14 AM
**To:** Baehr, James S. (OGC) <James.Baehr@va.gov>
**Cc:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>
**Subject:** FW: AI for OGC

James,

Zack (cc'd) asked me to assist with getting you and VA OGC team members access to VA GPT, VA's internal generative AI tool while we work on other options.

The self-service link for VA GPT (thanks Kimberly) is here:

VA GPT sign-up link

Kimberly has offered to also add folks by e-mail if that is easier.

Who can I work with on you team to assist with distributing the link and/or coordinate the e-mail list for access?

Thanks,

Dave


**David Catanoso**
Strategic Advisor for Technology Modernization
To the Assistant Secretary & Chief Information Officer
Office of Information & Technology (OIT)
Department of Veterans Affairs (VA)
Office: 202-461-8893
GFE Mobile: 732-740-9708



**Pre-Decisional | For Internal Use Only | Controlled Unclassified Information**

**CONFIDENTIALITY NOTICE:**
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.

---

**From:** Schwartz, Zachary H. <Zachary.Schwartz11@va.gov>
**Sent:** Monday, January 19, 2026 10:06 AM
**To:** Worthington, Charles <Charles.Worthington@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>
**Subject:** AI for OGC

Charles –

Had a good 1-1 with the GC for VA and he is really pushing his team to move faster with AI tools. I believe he and his team have had conversations with your folks on the use of Open AI and other platforms. Where did you all leave off on this?

Instead of investing in legal specific platforms, it sounds like they are more interested in things like ChatGBT or Perplexity. Feel free to add someone to this thread if they have more insight, but would like to move on getting our entire OGC access. They are not finding Co-Pilot to be a solution that is working, and I am looking to move away from it anyway.

I saw Perplexity is already using some VA use cases too: https://www.perplexity.ai/enterprise/use-cases/government

Let me know the latest status and adding Dave to help me on follow-up with GC directly.

Thanks,

Zack

ANT_AR-0544

**To:**        Miller, Jason R. (OIT | CCS | CS)[Jason.Miller5@va.gov]; McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]; Schwartz, Zack H.[Zachary.Schwartz11@va.gov]
**Cc:**        Catanoso, David[David.Catanoso@va.gov]; Krebs, Kendall N.[Kendall.Krebs@va.gov]
**From:**      Worthington, Charles
**Sent:**      2026-03-02T16:17:14Z
**Subject:**   Re: VA's Anthropic Footprint
**Received:**             2026-03-02T16:17:43Z

OMB reports that "More guidance will be coming out soon."

So I would recommend we hold on anything dramatic (other than delaying Claude for Gov rollout) until we get that guidance.

---

**From:** Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>
**Date:** Monday, March 2, 2026 at 10:54 AM
**To:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>, Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>, Worthington, Charles <Charles.Worthington@va.gov>, Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** RE: VA's Anthropic Footprint

Hi Kimberly and team,

Validated the copilot(s) with Microsoft.
Currently GCC and commercial do not use Anthropic or related components.  Only Open AI.
They are not on the roadmap, but if they ever do become an option they require tenant level admin intervention to enable, and would remain disabled by default.

We asked for validation on Copilot Chat/M365 Copilot/Dynamics365 Copilot/Copilot lite/Copilot studio/Security Copilot, they confirmed the above position in all these products.

Please let me know if you have other questions or need other clarifications.

Thanks,

**Jason R. Miller**
**Deputy Chief Information Officer(Acting), Connectivity & Collaboration Services**
Office of Information and Technology
U.S. Department of Veterans Affairs
Cell: 630-421-2133

---

**From:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Sent:** Friday, February 27, 2026 4:37 PM
**To:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>; Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** VA's Anthropic Footprint

Hi Zack,

This is my current understanding of VA's Anthropic footprint. I will update if I learn of others & ccing some other people in case they are aware. (I believe it is also in Copilot Studio, which Jason can confirm.)

- Claude for Gov chat pilot
  - Just launched this week & a few hundred users have been notified about access
  - Time-limited pilot from $1 deals
  - No enterprise contract
  - We will pause on additional announcements on the pilot
  - I think there is a SecVA write-up on this, not sure where it is in the process
- GitHub Copilot

ANT_AR-0545

- ○ VA's main AI-assisted code development tool in use by 2000+ developers
- ○ Offers a variety of AI models, including Claude.
- ○ I confirmed with GitHub that it should be feasible to turn off just the Claude models if needed, though they perform well so there may be a performance impact.
- Claude API Access
  - ○ There are a few specific projects that are using Claude API access. This is limited because of a contracting thing where Anthropic models were briefly available via VA's AWS contract until OGC deemed they were out of scope. The few projects that were already using them were allowed to keep using them. I imagine ECSO would have visibility & could revoke access if needed.
  - ○ Projects:
    - ▪ The BAM portfolio uses the API for production disability claims automation such as summarization of claims
    - ▪ The Innovation group uses the APIs for a few projects, include the community care eFax automation that Dave is supporting.

Kimberly

ANT_AR-0546

**To:** McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]; Schwartz, Zack H.[Zachary.Schwartz11@va.gov]
**Cc:** Worthington, Charles[Charles.Worthington@va.gov]; Miller, Jason R. (OIT | CCS | CS)[Jason.Miller5@va.gov]; Krebs, Kendall N.[Kendall.Krebs@va.gov]
**From:** Catanoso, David
**Sent:** 2026-03-02T13:52:27Z
**Subject:** RE: VA's Anthropic Footprint
**Received:** 2026-03-02T13:52:30Z

Kimberly, Thanks for the information.

Zack,

Based on the President's direction, I recommend:
1. Canceling plans to train folks to use Claud for government
2. Suspending access if it hasn't been done already.
3. Take steps to rapidly transition production use of the Claud API capabilities through AWS Bedrock to alternative while avoiding negative impacts to our Veteran's and staff
4. Cease all in flight development use of Anthropic capabilities

Please let us know if you concur of if you prefer anything different and we will follow up accordingly.

Sincerely,

Dave

**David Catanoso**
Strategic Advisor for Technology Modernization
To the Assistant Secretary & Chief Information Officer
Office of Information & Technology (OIT)
Department of Veterans Affairs (VA)
Office: 202-461-8893
GFE Mobile: 732-740-9708



**PRE-DECISIONAL | FOR INTERNAL USE ONLY | CONTROLLED UNCLASSIFIED INFORMATION**

**CONFIDENTIALITY NOTICE:**
This communication, along with any attachments, may contain legally privileged and confidential information that is to be used only by the intended recipient. If you received this message in error, please destroy it and all attachments immediately without opening, reading, saving, or printing, and immediately notify the sender by a separate email message at the address above. This communication may not be forwarded, shared or sent to anyone other than intended recipient without the express written permission of the author. Thank you.

**From:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Sent:** Friday, February 27, 2026 5:37 PM
**To:** Schwartz, Zack H. <Zachary.Schwartz11@va.gov>
**Cc:** Catanoso, David <David.Catanoso@va.gov>; Worthington, Charles <Charles.Worthington@va.gov>; Miller, Jason R. (OIT | CCS | CS) <Jason.Miller5@va.gov>; Krebs, Kendall N. <Kendall.Krebs@va.gov>
**Subject:** VA's Anthropic Footprint

Hi Zack,

This is my current understanding of VA's Anthropic footprint. I will update if I learn of others & ccing some other people in case they are aware. (I believe it is also in Copilot Studio, which Jason can confirm.)

- Claude for Gov chat pilot
    - Just launched this week & a few hundred users have been notified about access
    - Time-limited pilot from $1 deals
    - No enterprise contract
    - We will pause on additional announcements on the pilot
    - I think there is a SecVA write-up on this, not sure where it is in the process
- GitHub Copilot
    - VA's main AI-assisted code development tool in use by 2000+ developers
    - Offers a variety of AI models, including Claude.
    - I confirmed with GitHub that it should be feasible to turn off just the Claude models if needed, though they perform well so there may be a performance impact.
- Claude API Access
    - There are a few specific projects that are using Claude API access. This is limited because of a contracting thing where Anthropic models were briefly available via VA's AWS contract until OGC deemed they were out of scope. The few projects that were already using them were allowed to keep using them. I imagine ECSO would have visibility & could revoke access if needed.
    - Projects:
        - The BAM portfolio uses the API for production disability claims automation such as summarization of claims
        - The Innovation group uses the APIs for a few projects, include the community care eFax automation that Dave is supporting.


Kimberly

ANT_AR-0548

**To:**    McManus, Kimberly F.[Kimberly.Mcmanus@va.gov]
**From:**    Kaldawi, Sam
**Sent:**    2026-03-05T20:30:41Z
**Subject:**    RE: Claude now available for VA GPT users - supervisor copilot
**Received:**    2026-03-05T20:30:44Z

Thank you.

Sincerely,



**SAM KALDAWI**
CHIEF ARCHITECT
OFFICE OF THE CTO
Sam.Kaldawi@va.gov | 562-583-6374

---

**From:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Sent:** Wednesday, March 4, 2026 1:42 PM
**To:** Kaldawi, Sam <Sam.Kaldawi@va.gov>
**Subject:** RE: Claude now available for VA GPT users - supervisor copilot

Hi Sam,

We have paused the Claude for Gov pilot while we are awaiting OMB guidance on the Anthropic issues. More generally, I believe Rachel added the 'OCTO' group initially, followed by the VA GPT users. The VA GPT users didn't actually get a notification though, since it spread by word of mouth.

I just checked, and it looks like your email was in the OCTO group. Rachel posted about it in slack & added folks to the Claude for Government Team. It is possible she didn't send out a specific email notification though.

Based on this – you should be in the early 'OCTO' group for any future products as well

Cheers,
Kimberly

---

**From:** Kaldawi, Sam <Sam.Kaldawi@va.gov>
**Sent:** Friday, February 27, 2026 1:26 PM
**To:** McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Subject:** RE: Claude now available for VA GPT users - supervisor copilot

Hi Kim,

Is the "AI Community of Practice" list, a good one for me to get added to? If so, can you please add me. I would have wanted to get the Claude notification for example.

Thanks so much!

Sincerely,



**SAM KALDAWI**
CHIEF ARCHITECT
OFFICE OF THE CTO
Sam.Kaldawi@va.gov | 562-583-6374

---

**From:** Tibbits, Paul A. <Paul.Tibbits@va.gov>
**Sent:** Friday, February 27, 2026 9:32 AM
**To:** VA OIT People Readiness <VAOITPeopleReadiness@VA.GOV>; VA OIT OPS ODE <eetaskforce@va.gov>; VA OIT Efficiency Ideas <VAOITEfficiencyIdeas@va.gov>

ANT_AR-0549

**Cc:** Yuen, Kaeli W. <Kaeli.Yuen2@va.gov>; McManus, Kimberly F. <Kimberly.Mcmanus@va.gov>
**Subject:** RE: Claude now available for VA GPT users - supervisor copilot

Colleagues,
This is the html version of the data pipeline work I am trying to do as a foundation for a supervisor copilot.
I built this last night using Cloude for Government
Can you open this:

https://claude.fedstart.com/artifacts/886df493-27b8-47d5-a1f6-d7978a9f128a

Comments welcome.
Tnx…
PY

**PRE-DECISIONAL**

Paul Tibbits
Executive Director
OPS Workforce and Organization Development
VA Office of Information and Technology (OI&T)
Department of Veterans Affairs
     810 Vermont Ave NW
     Room 552
     Washington DC 20420
     Office: 202-461-4419

**From:** Tibbits, Paul A. <Paul.Tibbits@va.gov>
**Sent:** Thursday, February 26, 2026 9:40 PM
**To:** VA OIT People Readiness <VAOITPeopleReadiness@va.gov>; VA OIT OPS ODE <eetaskforce@va.gov>; VA OIT Efficiency Ideas <VAOITEfficiencyIdeas@va.gov>
**Subject:** Fw: Claude now available for VA GPT users - Resending with Link Errors Corrected

FYI. I tried it today. Seems quite useful…
Happy to discuss…
Tnx…
PT

**PRE-DECISIONAL**

Paul Tibbits
OPS Executive Director Workforce and Organization Development
VA Office of Information and Technology (OI&T)
Department of Veterans Affairs

     810 Vermont Ave NW

     Room 552

     Washington DC 20420

     Office: 202-461-4419

**From:** AI Community of Practice <V21-AI-COMMUNITY-L@VAWW.LISTSERV.VA.GOV> on behalf of Guillory, Paul D. <Paul.Guillory@VA.GOV>
**Sent:** Thursday, February 26, 2026 4:24:15 PM
**To:** V21-AI-COMMUNITY-L@VAWW.LISTSERV.VA.GOV <V21-AI-COMMUNITY-L@VAWW.LISTSERV.VA.GOV>
**Subject:** Claude now available for VA GPT users - Resending with Link Errors Corrected

ANT_AR-0550

Resending on behalf of Dr. Ethan Rosser (with corrected links)....

-------------------------------------------------------------------------------------------

Hello AI@VA Community,

VA GPT users can now use Claude for Government! If you're not familiar, Claude is a assistant/large language model (LLM) developed by Anthropic. It is capable of coding, reasoning, natural language processing tasks, etc. and supports multimodal inputs.

VA GPT users can access Claude by visiting https://claude.fedstart.com, entering their va.gov email, and selecting "Continue via SSO". VA employees who do not have VA access can join the Claude wait here.

## Key Information

☐☐ VA's Claude for Government is approved for use with VA sensitive data, including PHI and PII. **You must access using the address** https://claude.fedstart.com. Do not register/access using the general Claude webpage.

☐☐ Claude for Government is not web-grounded

☐☐ Claude for Government supports document uploads.

☐☐ There is a 200k token limit per chat, which translates to roughly 150k words or 500 pages of text, per Anthropic.

☐☐ Each session has a usage limit, which resets every 5 hours.

☐☐ Access runs through August 10, 2026. Availability after that date is to be determined.

==*Users are solely responsible for decisions made using output from Claude or any other Generative AI platform. Always verify output from these platforms and use them to support your judgement/decision making, not replace it.*==

## Resources:
☐☐ Community support → Claude channel
☐☐ More information → Claude for Government at VA SharePoint Site
☐☐ Support resources/articles → Claude Support

Access the V21-AI-COMMUNITY-L Home Page and Archives

ANT_AR-0551

Unsubscribe from the V21-AI-COMMUNITY-L List

ANT_AR-0552