## ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 13 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NUMBER *(If any)* |
|---|---|
| MAY 22, 2024 | 1331L524A13ES0005 |

| 3. ORDER NUMBER | 4. REQUISITION/REFERENCE NUMBER |
|---|---|
| 1331L524F13210282 | BABC1321-24-00131 |

**5. ISSUING OFFICE** *(Address correspondence to)*  SSD1

Department of Commerce - Enterprise Services, 1401 Constitution Ave, NW, HCHB Suite 200
Washington, DC, 20230, USA
Fayez Slim, 202.482.6286

**6. SHIP TO:** BEA

**a. NAME OF CONSIGNEE**

**b. STREET ADDRESS**
4600 Silver Hill Road

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| WASHINGTON | DC | 20233 |

**f. SHIP VIA**

**7. TO:**     00001952 TIN: 742924476

**a. NAME OF CONTRACTOR**     UEI:N1C5QLNPJLS4
DELL FEDERAL SYSTEMS L.P

**b. COMPANY NAME**

**c. STREET ADDRESS**
2300 GREENLAWN BLVD.
MS RR3-63

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| ROUND ROCK | TX | 78664 |

**8. TYPE OF ORDER**

☐ **a. PURCHASE**
REFERENCE YOUR: _____
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ **b. DELIVERY** – Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**10. REQUISITIONING OFFICE**

Bureau of Econ. Analysis - BEA

**9. ACCOUNTING AND APPROPRIATION DATA**

Obligated Amount: Redacted

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☐ a. SMALL    ☒ b. OTHER THAN SMALL    ☐ c. DISADVANTAGED    ☐ d. WOMEN-OWNED    ☐ e. HUBZone

☐ f. SERVICE-DISABLED VETERAN-OWNED    ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    ☐ h. EDWOSB

**12. F.O.B. POINT**
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NUMBER | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | JUN 01, 2024 | |

### 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NUMBER (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NUMBER |
|---|---|---|

**21. MAIL INVOICE TO:**

*SEE BILLING INSTRUCTIONS ON REVERSE*

**a. NAME**

**b. STREET ADDRESS** *(or P.O. Box)*
BLDG 101 ROOM A836 MS 1621
100 BUREAU DRIVE

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| GAITHERSBURG | MD | 20899-0001 |

**17(h) TOT.** *(Cont. pages)*   Redacted

**17(i) GRAND TOTAL**   Redacted

**22. UNITED STATES OF AMERICA BY** *(Signature)*   Redacted   Redacted

**23. NAME** *(Typed)*   Redacted

TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

ANT_AR-0553

## SUPPLEMENTAL INVOICING INFORMATION

If desired, this order (or a copy thereof) may be used by the Contractor as the Contractor's invoice, instead of a separate invoice, provided the following statement, (signed and dated) is on (or attached to) the order: "Payment is requested in the amount of $ _____ . No other invoice will be submitted." However, if the Contractor wishes to submit an invoice, the following information must be provided: contract number (if any), order number, item number(s), description of supplies or service, sizes, quantities, unit prices, and extended totals. Prepaid shipping costs will be indicated as a separate item on the invoice. Where shipping costs exceed $10 (except for parcel post), the billing must be supported by a bill of lading or receipt. When several orders are invoiced to an ordering activity during the same billing period, consolidated periodic billings are encouraged.

## RECEIVING REPORT

Quantity in the "Quantity Accepted" column on the face of this order has been: ☐ inspected, ☐ accepted, ☐ received by me and conforms to contract. Items listed below have been rejected for the reasons indicated.

| SHIPMENT NUMBER | PARTIAL | | DATE RECEIVED | SIGNATURE OF AUTHORIZED U.S. GOVERNMENT REPRESENTATIVE | DATE |
|---|---|---|---|---|---|
| | FINAL | | | | |
| TOTAL CONTAINERS | GROSS WEIGHT | | RECEIVED AT | TITLE | |

## REPORT OF REJECTIONS

| ITEM NUMBER | SUPPLIES OR SERVICES | UNIT | QUANTITY REJECTED | REASON FOR REJECTION |
|---|---|---|---|---|
| | | | | |

1331L524F13210282

**OPTIONAL FORM 347** (REV. 2/2012) **BACK**

ANT_AR-0554

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | This Firm Fixed Price Order is issued to procure Microsoft Licenses and Support Services for the Bureau of Economic Analysis (BEA) in accordance with the Department of Commerce (DOC) All Federal Microsoft Products and Services, Contract No. 1331L524A13ES0005 and GSA Contract No. GS-35F-0884P. All contract terms and conditions of the referenced contracts are applicable to this order. Reference attached Quote No. EMC05072024 for product specification and order details.<br><br>Base Period: The Contract Holder shall provide Dell Microsoft Licenses per the attached quotation.<br><br>Accounting and Appropriation Data:<br>53.24.8102000.040.0002.010000000.<br>0206000000000000.25060000.000000<br>Redacted<br>PR NUMBER: BABC1321-24-00131<br>Period of Performance:  06/01/2024  to  05/31/2025<br>Pricing Option:  Firm-Fixed-Price | 1.00 | EA | Redacted | Redacted |
| 0002 | Base Period: The Contract Holder shall provide Dell Microsoft Licenses per the attached quotation.<br><br>Accounting and Appropriation Data:<br>53.24.8102000.040.0002.010000000.<br>0206000000000000.25060000.000000<br>Redacted<br>PR NUMBER: BABC1321-24-00131<br>Period of Performance:  06/01/2024  to  05/31/2025<br>Pricing Option:  Firm-Fixed-Price | 1.00 | EA | Redacted | Redacted |
| 1001 | Option Period One (1): Dell Microsoft Licenses and Support<br><br>Period of Performance:  06/01/2025  to  05/31/2026<br>Pricing Option:  Firm-Fixed-Price | 1.00 | LO | Redacted | OPT<br>Redacted |
| 2001 | Option Period Two (2): Dell Microsoft Licenses and Support<br><br>Period of Performance:  06/01/2026  to  05/31/2027<br>Pricing Option:  Firm-Fixed-Price | 1.00 | LO | Redacted | OPT<br>Redacted |
| 3001 | Option Period Three (3): Dell Microsoft Licenses and Support<br><br>Period of Performance:  06/01/2027  to  05/31/2028<br>Pricing Option:  Firm-Fixed-Price | 1.00 | LO | Redacted | OPT<br>Redacted |
| 4001 | Option Period Four (4): Dell Microsoft Licenses and Support<br><br>Period of Performance:  06/01/2028  to  05/31/2029<br>Pricing Option:  Firm-Fixed-Price | 1.00 | LO | Redacted | OPT<br>Redacted |

ANT_AR-0555

General Award Information..................................................................................5

ANT_AR-0556

**CLAUSES**

General Award Information



**Award One (1)**

Enterprise Services Office of Acquisition
1401 Constitution Avenue NW
Washington, D.C. 20230

---

**General Award Information – Invoicing Submission Information**

1. **Contractor's Point of Contact:**
   a. Name:        Redacted
   b. Telephone:   Redacted
   c. Email:       Redacted

2. **Contracting Officer's Representative (COR), if Applicable:**
   a. Name:        Redacted
   b. Telephone:   Redacted
   c. Email:       Redacted

3. **Designated Government Official:**
   a. ☐ Technical POC/Administrative Officer

   b. ☒ COR/ACOR

   c. ☐ Contracting Officer

4. **Additional Information:**
   a. Contracting Officer:  Redacted
   b. Telephone:            Redacted
   c. Email:                Redacted
   d. Contract Specialist:  Redacted
   e. Telephone:            Redacted
   f. Email:                Redacted

5. **Invoices**
   Submit invoices and required supporting documents, electronically via e-mail to the e-mail address: invoice@nist.gov with a copy to Redacted

   Shall be prepared as follows:

   (a) A separate invoice shall be submitted for each billing period under this contract;
   (b) Invoices shall be submitted within 10 days after delivery or performance of work, but not more frequently than monthly;
   (c) Include the invoice and supporting documents as an attached PDF document;
   (d) Include in the email subject line the following:
   (i)    Invoice Number
   (ii)   Contract Number
   (iii)  Name of Company/Organization'
   (iv)   Attention:  Procurement Specialist Example:
   (v)    Example:  Invoice No. 1, Contract No. XX1234-56-C-7890, ABC Corporation, Attention: Jane Doe

ANT_AR-0557

ANT_AR-0558

(e)  Documentation shall include:
(i)       Name and address of the Contractor
(ii)      Invoice number and invoice date
(iii)     Contract number and title
(iv)     Period of work billed
(v)      Amount billed by CLIN under the contract
(vi)     Hours expended per individual under the Task Order (for Time and Material / Labor Hour Tsk Orders)
(vii)    Total amount of billing and cumulative total billed for all work under the contract to date
(viii)   Name and address of the individual to whom payment should be sent
(ix)     Name, Title, phone number, and mailing address of person to be contacted in the event of a defective invoice
(x)      Name of the Contracting Officer
(f)   If the invoice and supporting documents exceed eight (8) Megabyte, the Contractor shall submit the invoice via the postal service to:
      Department of Commerce
      NIST Finance Office
      100 Bureau Dr
      Gaithersburg MD 20899





DEPARTMENT OF COMMERCE ENTERPRISE SERVICES
STATEMENT OF NEED



# STATEMENT OF NEED
# MICROSOFT ENTERPRISE LICENSING AGREEMENT

# FOR

# OFFICE OF THE CHIEF INFORMATION OFFICER
# BUREAU OF ECONOMIC ANALYSIS

ANT_AR-0559

 **DEPARTMENT OF COMMERCE ENTERPRISE SERVICES**
**STATEMENT OF NEED**

## 1.0  Task Order Overview

This is a task order under the Department of Commerce (DOC) Strategic Sourcing Initiative (SSI) for Microsoft Software and Services, contract # 1331L524A13ES0005.

## 2.0  Requirement

The Contractor shall provide the following Microsoft licenses:

| Description | Part # | Term | Quantity |
|---|---|---|---|
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | 600 |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | 600 |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | 600 |
| GitHub Enteprise Sub Per User | PEY-00002 | 12 | 17 |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | 120 |
| Entr ID P2 GCC Sub Per User | MQN-00001 | 12 | 30 |
| Azure Commitment Provision – Gov | J5U-00004 | 12 | 802 |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | 75 |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | 1 |
| Teams Premium Introductory Pricing | WFK-00004 | 12 | 20 |
| Yammer Enterprise GCC Sub Add-on to O365 M365 F3 E5 | LML-00001 | 12 | 600 |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | 25 |
| Visual Studio Ent with GitHub Alng SA | QEJ-00003 | | 40 |
| Visual Studio Ent with GitHub Alng L/SA | QEJ-00001 | | 15 |
| SQL Server Enterprise Core Alng SA 2L | 7JQ-00343 | | 70 |
| System Center DC Core Alng SA 2L | 9EP-00208 | | 16 |
| Win Remote Desktop Services CAL Alng SA DCAL | 6VC-01253 | | 100 |
| Win Server DC Core Alng SA 2L | 9EA-00278 | | 416 |
| Win Server External Connector Alng SA | R39-00396 | | 3 |
| Win Server Standard Core Alng SA 2L | 9EM-00270 | | 236 |

## 3.0  Place of Performance

The products shall be delivered electronically and/or to BEA, located at 4600 Silver Hill Road, Suitland, MD 20746.

ANT_AR-0560

 DEPARTMENT OF COMMERCE ENTERPRISE SERVICES
STATEMENT OF NEED

## 4.0  Period of Performance

The period of performance includes a one-year base period and four (4) one-year option periods as follows:

Base Period          06.01.2024-05.31.2025
Option Period 1      06.01.2025-05.31.2026
Option Period 2      06.01.2026-05.31.2027
Option Period 3      06.01.2027-05.31.2028
Option Period 4      06.01.2028-05.31.2029

## 5.0  Contracting Officer's Representative

The Contracting Officer's Representative (COR) is Redacted
Redacted                                                 ).

The Alternate COR is Redacted        Redacted                           ).

## 6.0  Technical Point of Contact

The Technical Point of Contact (TPOC) is Redacted   Redacted
                   ).

## 7.0  Invoicing

All invoices shall be delivered electronically to invoice@nist.gov.

3 | P a g e

**Microsoft Enterprise Agreement - BEA**
**Dell Federal Systems QUOTE# EMC05072024DOC_BEA_G3**
**FOR MS ENTERPRISE AGREEMENT**

| Program Type: Indirect Enterprise Enrollment | Quote Date: 05/07/2024 | |
|---|---|---|
| Payment Schedule: Annual | Quote Expiration: 05/20/2024 | |
| Billing Currency: US Dollar | | |
| Term Of Agreement: 60 Months | Dell Federal Systems L.P. | Account Executive  Redacted |
| Organization: | Inside Rep  Redacted | Email  Redacted |
| Contact: Jen Farmer | Email  Redacted | |
| Phone Number: | Inside Rep  Redacted | |
| Fax Number: | Email  Redacted | |
| E-Mail | | |

| BEA Renewal - Enr TBD
current enrollment: 6020311  5713852 | **Dell Federal Systems L.P.**
REMIT PAYMENT: c/o Dell USA L.P.
P.O Box 676265
Dallas TX 75267-6265 | CONTRACT: 1331L524A13ES0005
TIN: 74-2924476
DUNS: 149530219
TERMS: NET 30
FOB: DESTINATION
CAGE Code: 3XAU1 |

**NOTES:**

Note 1: This offering is a term of 60 months, consisting of a 12 month base and four 12 month option periods.  45 day prior notice of whether an option year will be exercised or if eligible subscriptions products are being reduced is required.

Note 2: Microsoft Enterprise Agreement Terms and Conditions and Microsoft Product Terms are applicable to the purchase and use of Microsoft software in this agreement. Terms file included in zip file attachment.

Note 3: This quote is submitted in accordance with the terms and conditions of the BPA Contract 1331L524A13ES0005

Note 4: The annual Commit amount chosen for the Azure subscription must be used prior to each year's agreement anniversary. Unused funds will not be refunded.  If Azure usage exceeds the annual Commit amount, overages will apply and BEA will be billed for those overages monthly in arrears. In addition, some Azure services do not deduct from the Commit amount.  If any of those services are utilized, they will be billed to BEA monthly in arrears.

Note 5: If the $0 Azure provision sku is purchased, BEA will need to provide line item funding for the estimated Azure annual spend. Dell will then hold that funding to bill BEA  monthly in arrears for all Azure usage accrued.

**SECTION 1**

**SECTION 1 - Licenses and Software Assurance**

**Pricing & Usage Year 1 (6/01/2024 - 5/31/2025 )**

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|
| *Enterprise Subscription Products* | | | | | | |
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | Redact | 600 United States | | Redacted |
| *Additional Subscription Products* | | | | | | |
| GitHub Enterprise Sub Per User | PEY-00002 | 12 | Redac | 17 United States | | Redacte |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | Redac | 120 United States | | Redacted |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | Redac | 600 United States | | Red |
| AzureprepaymentG ShrdSvr ALNG SubsVL MVL Commit Provision | J5U-00004 | 12 | Redact | 802 United States | | Redacted |
| Entra ID P2 GCC Sub Per User | MQN-00001 | 12 | Redac | 30 United States | | Redacte |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | Redac | 600 United States | | Redacted |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | Redac | 25 United States | | Redacte |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | Redac | 75 United States | | Redacted |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | Redac | 1 United States | | Redac |
| Teams Premium Introductory Pricing GCC Sub Per User | WFK-00004 | 12 | Redac | 20 United States | | Redacte |
| Yammer Enterprise GCC Sub Add-on To O365 M365 F3 E5 | LML-00001 | 12 | Redac | 600 United States | | Red |
| *Additional Products* | | | | | | |
| Visual Studio Ent with GitHub ALng L/SA | QEJ-00001 | | Redacted | 15 United States | | Redacted |
| Visual Studio Ent with GitHub ALng SA | QEJ-00003 | | Redacted | 40 United States | | Redacted |
| SQL Server Enterprise Core ALng SA 2L | 7JQ-00343 | | Redacted | 70 United States | | Redacted |
| System Center DC Core ALng SA 2L | 9EP-00208 | | Redac | 16 United States | | Redac |
| Win Remote Desktop Services CAL ALng SA DCAL | 6VC-01253 | | Redac | 100 United States | | Redacte |
| Win Server DC Core ALng SA 2L | 9EA-00278 | | Redacta | 416 United States | | Redacted |
| Win Server External Connector ALng SA | R39-00396 | | Redacta | 3 United States | | Redac |
| Win Server Standard Core ALng SA 2L | 9EM-00270 | | Redac | 236 United States | | Redacte |
| **Annual Payment  Year 1** | | | | | | **Redacted** |
| Purchase Order Due to Dell before 05/20/2024 | | | | | | |

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|
| **Pricing & Usage Year 2 (6/01/2025 - 5/31/2026 )** | | | | | | |
| *Enterprise Subscription Products* | | | | | | |
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | Redac | 600 United States | | Redacted |
| *Additional Subscription Products* | | | | | | |
| GitHub Enterprise Sub Per User | PEY-00002 | 12 | Redac | 17 United States | | Redacte |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | Redac | 120 United States | | Redacted |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | Redac | 600 United States | | Red |
| AzureprepaymentG ShrdSvr ALNG SubsVL MVL Commit Provision | J5U-00004 | 12 | Redact | 587 United States | | Redacted |
| Entra ID P2 GCC Sub Per User | MQN-00001 | 12 | Redac | 30 United States | | Redacte |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | Redac | 600 United States | | Redacted |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | Redac | 25 United States | | Redacte |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | Redac | 75 United States | | Redacted |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | Redac | 1 United States | | Redac |
| Teams Premium Introductory Pricing GCC Sub Per User | WFK-00004 | 12 | Redac | 20 United States | | Redacte |
| Yammer Enterprise GCC Sub Add-on To O365 M365 F3 E5 | LML-00001 | 12 | Redac | 600 United States | | Red |
| *Additional Products* | | | | | | |
| Visual Studio Ent with GitHub ALng L/SA | QEJ-00001 | | Redacted | 15 United States | | Redacted |

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|
| Visual Studio Ent with GitHub ALng SA | QEJ-00003 | | Redacted | 40 | United States | Redacted |
| SQL Server Enterprise Core ALng SA 2L | 7JQ-00343 | | Redacted | 70 | United States | Redacted |
| System Center DC Core ALng SA 2L | 9EP-00208 | | Redac | 16 | United States | Redac |
| Win Remote Desktop Services CAL ALng SA DCAL | 6VC-01253 | | Redac | 100 | United States | Redacte |
| Win Server DC Core ALng SA 2L | 9EA-00278 | | Redacte | 416 | United States | Redacted |
| Win Server External Connector ALng SA | R39-00396 | | Redacte | 3 | United States | Redac |
| Win Server Standard Core ALng SA 2L | 9EM-00270 | | Redac | 236 | United States | Redacte |
| **Annual Payment: Year 2** | | | | | | Redacted |
| Purchase Order Due to Dell before 06/20/2026 | | | | | | |

### Pricing & Usage Year 3 (6/01/2026 - 5/31/2027)

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|
| **Enterprise Subscription Products** | | | | | | |
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | Redac | 600 | United States | Redacted |
| **Additional Subscription Products** | | | | | | |
| GitHub Enterprise Sub Per User | PEY-00002 | 12 | Redac | 17 | United States | Redacte |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | Redac | 120 | United States | Redacted |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | Reda | 600 | United States | Reda |
| AzureprepaymentG ShrdSvr ALNG SubsVL MVL Commit Provision | J5U-00004 | 12 | Redacte | 587 | United States | Redacted |
| Entra ID P2 GCC Sub Per User | MQN-00001 | 12 | Reda | 30 | United States | Redacte |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | Redac | 600 | United States | Redacted |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | Reda | 25 | United States | Redacte |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | Redac | 75 | United States | Redacted |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | Redac | 1 | United States | Redac |
| Teams Premium Introductory Pricing GCC Sub Per User | WFK-00004 | 12 | Reda | 20 | United States | Redacte |
| Yammer Enterprise GCC Sub Add-on To O365 M365 F3 E5 | LML-00001 | 12 | Reda | 600 | United States | Reda |
| **Additional Products** | | | | | | |
| Visual Studio Ent with GitHub ALng L/SA | QEJ-00001 | | Redacted | 15 | United States | Redacted |
| Visual Studio Ent with GitHub ALng SA | QEJ-00003 | | Redacted | 40 | United States | Redacted |
| SQL Server Enterprise Core ALng SA 2L | 7JQ-00343 | | Redacted | 70 | United States | Redacted |
| System Center DC Core ALng SA 2L | 9EP-00208 | | Redac | 16 | United States | Redac |
| Win Remote Desktop Services CAL ALng SA DCAL | 6VC-01253 | | Redac | 100 | United States | Redacte |
| Win Server DC Core ALng SA 2L | 9EA-00278 | | Redacte | 416 | United States | Redacted |
| Win Server External Connector ALng SA | R39-00396 | | Redacte | 3 | United States | Redac |
| Win Server Standard Core ALng SA 2L | 9EM-00270 | | Redac | 236 | United States | Redacte |
| **Annual Payment: Year 3** | | | | | | Redacted |
| Purchase Order Due to Dell Before Anniversary | | | | | | |

### Pricing & Usage Year 4 (6/01/2027 - 5/31/2028)

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|
| **Enterprise Subscription Products** | | | | | | |
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | Redac | 600 | United States | Redacted |
| **Additional Subscription Products** | | | | | | |
| GitHub Enterprise Sub Per User | PEY-00002 | 12 | Redac | 17 | United States | Redacte |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | Redac | 120 | United States | Redacted |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | Reda | 600 | United States | Red |
| AzureprepaymentG ShrdSvr ALNG SubsVL MVL Commit Provision | J5U-00004 | 12 | Redact | 587 | United States | Redacted |
| Entra ID P2 GCC Sub Per User | MQN-00001 | 12 | Reda | 30 | United States | Redacte |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | Redac | 600 | United States | Redacted |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | Reda | 25 | United States | Redacte |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | Redac | 75 | United States | Redacted |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | Redac | 1 | United States | Redac |
| Teams Premium Introductory Pricing GCC Sub Per User | WFK-00004 | 12 | Reda | 20 | United States | Redacte |
| Yammer Enterprise GCC Sub Add-on To O365 M365 F3 E5 | LML-00001 | 12 | Reda | 600 | United States | Red |
| **Additional Products** | | | | | | |
| Visual Studio Ent with GitHub ALng L/SA | QEJ-00001 | | Redacted | 15 | United States | Redacted |
| Visual Studio Ent with GitHub ALng SA | QEJ-00003 | | Redacted | 40 | United States | Redacted |
| SQL Server Enterprise Core ALng SA 2L | 7JQ-00343 | | Redacted | 70 | United States | Redacted |
| System Center DC Core ALng SA 2L | 9EP-00208 | | Redac | 16 | United States | Redac |
| Win Remote Desktop Services CAL ALng SA DCAL | 6VC-01253 | | Redac | 100 | United States | Redac |
| Win Server DC Core ALng SA 2L | 9EA-00278 | | Redacte | 416 | United States | Redacted |
| Win Server External Connector ALng SA | R39-00396 | | Redacte | 3 | United States | Redac |
| Win Server Standard Core ALng SA 2L | 9EM-00270 | | Redac | 236 | United States | Redacte |
| **Annual Payment: Year 4** | | | | | | Redacted |
| Purchase Order Due to Dell Before Anniversary | | | | | | |

### Pricing & Usage Year 5 (6/01/2028 - 5/31/2029)

| Product Description | Part Number(SKU) | Months Remaining | Net Unit Price(USD) | License Quantity | Usage Country | Extended Amount(USD) |
|---|---|---|---|---|---|---|

| Enterprise Subscription Products | | | | | |
|---|---|---|---|---|---|
| M365 G3 Unified FSA GCC Sub Per User | AAD-34700 | 12 | Redact | 600 United States | Redacted |
| **Additional Subscription Products** | | | | | |
| GitHub Enterprise Sub Per User | PEY-00002 | 12 | Redac | 17 United States | Redacted |
| Visio P2 GCC Sub Per User | P3U-00001 | 12 | Redac | 120 United States | Redacted |
| Win OLS Activation User GCC Sub Per User | VRM-00001 | 12 | Reda | 600 United States | Red |
| AzureprepaymentG ShrdSvr ALNG SubsVL MVL Commit Provision | J5U-00004 | 12 | Redacta | 587 United States | Redacted |
| Entra ID P2 GCC Sub Per User | MQN-00001 | 12 | Reda | 30 United States | Redacted |
| M365 G5 Security GCC Sub Per User | 8ZZ-00001 | 12 | Redac | 600 United States | Redacted |
| Power BI Pro GCC Sub Per User | DDJ-00001 | 12 | Reda | 25 United States | Redacta |
| Project P3 FSA GCC Sub Per User | 7E7-00001 | 12 | Redac | 75 United States | Redacted |
| Project P5 FSA GCC Sub Per User | 7QK-00001 | 12 | Redac | 1 United States | Redac |
| Teams Premium Introductory Pricing GCC Sub Per User | WFK-00004 | 12 | Reda | 20 United States | Redacta |
| Yammer Enterprise GCC Sub Add-on To O365 M365 F3 E5 | LML-00001 | 12 | Reda | 600 United States | Red |
| **Additional Products** | | | | | |
| Visual Studio Ent with GitHub ALng L/SA | QEJ-00001 | | Redacted | 15 United States | Redacted |
| Visual Studio Ent with GitHub ALng SA | QEJ-00003 | | Redacted | 40 United States | redacted |
| SQL Server Enterprise Core ALng SA 2L | 7JQ-00343 | | Redacted | 70 United States | Redacted |
| System Center DC Core ALng SA 2L | 9EP-00208 | | Redac | 16 United States | Redac |
| Win Remote Desktop Services CAL ALng SA DCAL | 6VC-01253 | | Redac | 100 United States | Redacted |
| Win Server DC Core ALng SA 2L | 9EA-00278 | | Redacta | 416 United States | Redacted |
| Win Server External Connector ALng SA | R39-00396 | | Redact | 3 United States | Redac |
| Win Server Standard Core ALng SA 2L | 9EM-00270 | | Redac | 236 United States | Redacted |
| **Annual Payment: Year 5** | | | | | Redacted |
| Purchase Order Due to Dell Before Anniversary | | | | | |

| | |
|---|---|
| **Total Year 1 Value** | Redacted |
| **Total Year 2 Value** | Redacted |
| **Total Year 3 Value** | Redacted |
| **Total Year 4 Value** | Redacted |
| **Total Year 5 Value** | Redacted |

ANT_AR-0564

ANT_AR-0565

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 8 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| 1331L524A13ES0005P25002 | FEB 13, 2025 | | |

| 6. ISSUED BY | CODE | SSD1 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | |
|---|---|---|---|---|---|

Department of Commerce - Enterprise Services
1401 Constitution Ave, NW
HCHB Suite 200
Washington DC 20230
Ria Price 202-482-3590

See Block 6

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|

DELL FEDERAL SYSTEMS L.P
2300 GREENLAWN BLVD.
MS RR3-63
ROUND ROCK TX 78664

UEI: N1C5QLNPJLS4
Cage Code: 3XAU1

9B. DATED *(SEE ITEM 11)*

2025559999

| X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER |
|---|---|
| | 1331L524A13ES0005 |

| CODE | 00001952 | FACILITY CODE | | 10B. DATED *(SEE ITEM 13)* | NOV 30, 2023 |
|---|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* | Modification Amount: $0.00 |
|---|---|
| See Schedule | Modification Obligated Amount: $0.00 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☒ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.212-4(c) - Changes |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return _____1_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to incorporate the Stock Keeping Units (SKUs) cited in the document attached herein.

Dell will collaborate with Donald Whitfield, Microsoft BPA COR and/or Ria Price/Amorette Nelson CO before providing informational quotes to any bureaus for AI products. ...See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| Redacted | Redacted Redacted Redacted |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Redacted | 2/20/25 | Redacted Date: 2025.02.20 13:32:22 -05'00' *(Signature of Contracting Officer)* | FEB 13, 2025 |

Previous edition unusable

**STANDARD FORM 30** (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0566

**Continued from Block 14...**

**Note:** Collaboration for the purposes of this modification requires obtaining approval from Donald Whitfield, Microsoft BPA COR and/or Ria Price/Amorette Nelson, COs for quotes regarding all AI products. Trial licenses for all AI products (if approved by Microsoft) are included in the scope of this modification, therefore, they require approval before delivery.

Market research and rough order of magnitude (ROM) estimates are not part of this directive. Instead, they are provided as non-executable actions meant solely for informational purposes.

All other terms and conditions remain unchanged.

ANT_AR-0567

**SCHEDULE Continued**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Accounting and Appropriation Data: | | | | |
| | 51.24.0000000.000.0000.000000000. 0000000000000000.00000000.000000 | | | | |
| | Cost Applied: $0.00 | | | | |
| 0001 | (Changed Line Item)<br>Base Year Ordering Period<br><br>Period of Performance: 12/01/2023 - 05/31/2024<br><br>DELIVERY DATE: 12/01/2023<br>Period of Performance: 12/01/2023 to 05/31/2024 | 1.00 | EA | 0.00 | 0.00 |
| 0002 | (Changed Line Item)<br>Option Year 1 Ordering Period<br><br>Period of Performance: 06/01/2024 - 05/31/2025<br><br>DELIVERY DATE: 06/01/2024<br>Period of Performance: 06/01/2024 to 05/31/2025 | 1.00 | EA | 0.00 | 0.00 |
| 0003 | (Changed Line Item)<br>Option Year 2 Ordering Period<br><br>Period of Performance: 06/01/2025 - 05/31/2026<br><br>DELIVERY DATE: 06/01/2025<br>Period of Performance: 06/01/2025 to 05/31/2026 | 1.00 | EA | 0.00 | 0.00 |
| 0004 | (Changed Line Item)<br>Option Year 3 Ordering Period<br><br>Period of Performance: 06/01/2026 - 05/31/2027<br><br>DELIVERY DATE: 06/01/2026<br>Period of Performance: 06/01/2026 to 05/31/2027 | 1.00 | EA | 0.00 | 0.00 |
| 0005 | (Changed Line Item)<br>Option Year 4 Ordering Period<br><br>Period of Performance: 06/01/2027 - 05/31/2028<br><br>DELIVERY DATE: 06/01/2027<br>Period of Performance: 06/01/2027 to 05/31/2028 | 1.00 | EA | 0.00 | 0.00 |
| 0006 | (Changed Line Item)<br>Option Year 5 Ordering Period<br><br>Period of Performance: 06/01/2028 - 05/31/2029<br><br>DELIVERY DATE: 06/01/2028<br>Period of Performance: 06/01/2028 to 05/31/2029 | 1.00 | EA | 0.00 | 0.00 |

ANT_AR-0568

Revised SKU List......................................................................................... 5

ANT_AR-0569

**CLAUSES**

Revised SKU List

**1331L524A13ES0005P25002  - SKU Additions**

| Product | Part # | BPA Cost – Per User – Per Month |
|---------|--------|-------------------------------|
| Power Pages Auth Users T1 GCC Sub (100 User/Site/Mo) | WDW-00001 | Redacted |
| M365 E5 FUSL *No Teams* Sub Per User | EP2-07438 | Redacted |
| Intune Suite for Gov Sub Per User | EP2-04124 | Redacted |
| M365 Copilot GCC Sub Add-on | EP2-24658 | Redacted |
| M365 Copilot Sub Add-on | 83I-00001 | Redacted |
| Entra ID Governance P2 Gov Sub Add-on | EP2-31712 | Redacted |
| Defender Threat Intelligence 6L Gov Sub Per User | EP2-24418 | Redacted |
| Defender Threat Intelligence API 6L Gov Sub Add-on | EP2-24422 | Redac |
| Defender Threat Intelligence Gov Sub Per User | EP2-24416 | Redacted |
| M365 F1 GCC Sub Per User | 3EB-00001 | Redacted |
| D365 Field Service GCC Sub Per User | NVP-00002 | Redacted |
| D365 Field Service Attach GCC Sub to D365 Base SKU Per User | SCR-00001 | Redacted |
| M365 G5 eDiscovery & Audit GCC Sub Add-on | 8RI-00005 | Redacted |
| Win 10 Extended Security 2025 Per Device | AAS-74563 | Redacted |

ANT_AR-0570

**1331L524A13ES0005P25002  - SKU Additions**

| | | |
|---|---|---|
| Win 10 Extended Security 2026 Per Device | AAS-74564 | Redacted |
| Win 10 Extended Security 2027 Per Device | AAS-74565 | Redacted |
| Intune Endpoint Privilege Management for Gov Sub Per User | EP2-01807 | Redacted |
| Intune P2 for Gov Sub Per User | EP2-01805 | Redacted |
| Intune Suite for Gov SU Intune P2 Per User | EP2-04126 | Redacted |
| Intune Suite for Gov SU Intune EPM Per User | EP2-04129 | Redacted |
| Universal Print GCC | KBK-00001 | Redacted |

ANT_AR-0571

**1331L524A13ES0005P25002  - SKU Additions**

ANT_AR-0572

ANT_AR-0573

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 7 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| 1331L524A13ES0005P26011 | FEB 13, 2026 | | |

| 6. ISSUED BY | CODE | SSD1 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | |
|---|---|---|---|---|---|
| Department of Commerce - Enterprise Services<br>1401 Constitution Ave, NW<br>HCHB Suite 200<br>Washington DC 20230<br>Redacted | | | See Block 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|
| DELL FEDERAL SYSTEMS L.P<br>2300 GREENLAWN BLVD.<br>MS RR3-63<br>ROUND ROCK TX 78664 <br><br>UEI: N1C5QLNPJLS4<br>Cage Code: 3XAU1 | (X) | | |
| | | | 9B. DATED *(SEE ITEM 11)* |
| 2025559999 | | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1331L524A13ES0005 |
| | | X | 10B. DATED *(SEE ITEM 13)* |
| CODE 00001952 | FACILITY CODE | | NOV 30, 2023 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* | Modification Amount: $0.00 |
|---|---|
| See Schedule | Modification Obligated Amount: $0.00 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☒ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.212-4 (c), Changes |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to obtain Microsoft Copilot licenses at no cost under the OneGov offer, enabling the Department of Commerce (DOC) to standardize licensing terms and strengthen governance of enterprise solutions across the Department. The Statement of Work (SOW) titled "Acquisition of Copilot ...See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | Amorette Nelson<br>2024824728   anelson@doc.gov |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Redacted<br>*(Sign)* | | Redacted<br>*(Signature of Contracting Officer)* | |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

ANT_AR-0574

**Continuation Page**

**Continued from Block 14...**

Licenses under the OneGov Offer" is hereby incorporated and attached.

ANT_AR-0575

Table of Contents

SOW MS OneGov Year 1........................................................................................4

ANT_AR-0576

CLAUSES

SOW MS OneGov Year 1

# Statement of Work (SOW): Acquisition of Copilot Licenses under OneGov Offer

## I. BACKGROUND INFORMATION

The Department of Commerce (DOC) seeks to leverage enterprise-level buying power through the OneGov offer provided by Dell Federal Systems. This initiative supports cost efficiencies, pricing transparency, and improved contract administration across DOC bureaus.

## II. PURPOSE

The purpose of this acquisition is to obtain Copilot licenses at no cost under the OneGov offer, enabling DOC to standardize licensing terms and enhance governance of enterprise solutions.

## III. SCHEDULE OF DELIVERABLES (Option Year One)

| Enrollment ID | Description | Previous Part Number (SKU) | New Part Number (SKU) | Qty |
|---|---|---|---|---|
| 5608102 5608102 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 1465 |
| | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 1235 |
| 4949427 | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 475 |
| 5171639 | M365 Unified G5 + Copilot GCCH SU M365 G5 Per User (Deal Desk Only) | EP2-69436 | EP2-73519 | 350 |

ANT_AR-0577

| 6311291 | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 265 |
|---|---|---|---|---|
| 6267202 | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 2876 |
| 8966436 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 262 |
| 5989083 5989083 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 1459 |
| | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 15500 |
| 6965397 | M365 Unified G5 FSA + Copilot GCC SU From M365 G5 FSA User (Deal Desk) | EP2-47571 | EP2-73515 | 7480 |
| 5595394 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 375 |
| 4877142 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 60 |
| 7164061 | M365 Unified G5 + Copilot GCC SU From M365 G5 Per User (Deal Desk Only) | EP2-47569 | EP2-73514 | 2 |

ANT_AR-0578

| TOTAL | -- | -- | -- | 31828 |
|-------|----|----|----|-------|

## IV. PLACE OF PERFORMANCE

Work will be performed remotely; coordination will occur via virtual meetings.

## V. PERIOD OF PERFORMANCE

February 2026 – May 31, 2026

## VI. SPECIFIC REQUIREMENTS / TASKS

- No-cost Copilot licenses under the OneGov offer.
- License quantities may be adjusted based on annual subscription license requirements and Microsoft-approved subscription license reductions.
- Coordinate with DOC for license activation and configuration.
- Ensure compliance with applicable FAR, CAR, CAM, and security standards.
- Deliver documentation on licensing terms and governance framework.

## VII. GENERAL REQUIREMENTS

- Compliance with Homeland Security Presidential Directive (HSPD)-12 for access.
- Adherence to DOC IT security and data protection policies.

## VIII. PAYMENT SCHEDULE

No cost for Year 2 licenses; future option years include discounts as per OneGov offer terms. The remaining 8 months of Zero-dollar Copilot will be reflected on 6/1/2026 as a blended rate for G5.

ANT_AR-0579

ANT_AR-0580

## Hekman, Rebecca (Federal)

| | |
|---|---|
| **From:** | Lower, Greg - Federal <Greg.Lower@bea.gov> |
| **Sent:** | Wednesday, March 4, 2026 4:00 PM |
| **To:** | Quistorff, Brian - Federal (BEA); Soni, Param - Federal (BEA); Iwugo,Paul - Federal (BEA); White, Gregory - Federal (BEA) |
| **Cc:** | Lyndaker, Amanda - Federal (BEA); Jacknow, Greg - Federal (BEA); Rajpara, Dhavalkumar - CTR (BEA) |
| **Subject:** | RE: Data request:: contracts and subcontracts with Anthropic |

Thanks Brian.

_____

*Greg Lower*
301-278-9350



---

**From:** Quistorff, Brian - Federal <Brian.Quistorff@bea.gov>
**Sent:** Wednesday, March 4, 2026 3:49 PM
**To:** Lower, Greg - Federal <Greg.Lower@bea.gov>; Soni, Param - Federal <Paramvir.Soni@bea.gov>; Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>; Jacknow, Greg - Federal <Greg.Jacknow@bea.gov>
**Subject:** RE: Data request:: contracts and subcontracts with Anthropic

I've uninstalled Claude Desktop from serv571c.

---

**From:** Lower, Greg - Federal <Greg.Lower@bea.gov>
**Sent:** Wednesday, March 4, 2026 2:28 PM
**To:** Soni, Param - Federal <Paramvir.Soni@bea.gov>; Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>; Quistorff, Brian - Federal <Brian.Quistorff@bea.gov>; Jacknow, Greg - Federal <Greg.Jacknow@bea.gov>
**Subject:** RE: Data request:: contracts and subcontracts with Anthropic

We'll uninstall Claude Desktop from Serv571c.  I'm not aware of it being on other Research servers, but we'll confirm.

Thanks,

_____

*Greg Lower*
301-278-9350



---

**From:** Soni, Param - Federal <Paramvir.Soni@bea.gov>
**Sent:** Wednesday, March 4, 2026 2:18 PM
**To:** Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>; Lower, Greg - Federal <Greg.Lower@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>; Quistorff, Brian - Federal <Brian.Quistorff@bea.gov>
**Subject:** RE: Data request:: contracts and subcontracts with Anthropic

Paul,

ANT_AR-0581

Please touch base with Brain and let me know next steps.

Param Soni
Chief Information Officer   Bureau of Economic Analysis   Department of Commerce

---

**From:** Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>
**Sent:** Wednesday, March 4, 2026 1:56 PM
**To:** Soni, Param - Federal <Paramvir.Soni@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>; Lower, Greg - Federal <Greg.Lower@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>
**Subject:** Re: Data request:: contracts and subcontracts with Anthropic

I am assuming so.

## Paul Iwugo, PMP
Chief, Office of Application Development
DOC | BEA | OCIO
Rm: 8K129
Desk: 301.278.9344
Mobile: 202.510.4722
paul.iwugo@bea.gov

*** *sent via mobile device* ***

---

**From:** Soni, Param - Federal <Paramvir.Soni@bea.gov>
**Sent:** Wednesday, March 4, 2026 1:48:09 PM
**To:** Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>; Lower, Greg - Federal <Greg.Lower@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>
**Subject:** RE: Data request:: contracts and subcontracts with Anthropic

Okay, I assume we will have to remove it.

Param Soni
Chief Information Officer   Bureau of Economic Analysis   Department of Commerce

---

**From:** Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>
**Sent:** Wednesday, March 4, 2026 1:42 PM
**To:** Soni, Param - Federal <Paramvir.Soni@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>; Lower, Greg - Federal <Greg.Lower@bea.gov>
**Cc:** Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>
**Subject:** Re: Data request:: contracts and subcontracts with Anthropic

Hi Param,

I just learned we have Claude desktop on our research servers.

Including Greg L.

2

ANT_AR-0582

Thanks.

Paul Iwugo, PMP
Chief, Office of Application Development
DOC | BEA | OCIO
Rm: 8K129
Desk: 301.278.9344
Mobile: 202.510.4722
paul.iwugo@bea.gov

*** sent via mobile device ***

---

From: Soni, Param - Federal <Paramvir.Soni@bea.gov>
Sent: Wednesday, March 4, 2026 12:42:19 PM
To: Iwugo,Paul - Federal <Paul.Iwugo@bea.gov>; White, Gregory - Federal <Gregory.White@bea.gov>
Cc: Lyndaker, Amanda - Federal <Amanda.Lyndaker@bea.gov>
Subject: FW: Data request:: contracts and subcontracts with Anthropic

Please see below and let me know by **COB today**. I understand we don't have any contract and get through our GitHub account which we have disabled. Right?

Param Soni
Chief Information Officer   Bureau of Economic Analysis   Department of Commerce

---

From: Wallis, Christopher (Federal) <CWallis@doc.gov>
Sent: Wednesday, March 4, 2026 11:43 AM
To: Haney, Gary (Federal) (DOC/OS) <ghaney@doc.gov>; Soni, Param - Federal <Paramvir.Soni@bea.gov>; Kevin Coyne (Bureau of Industry and Security) <Kevin.Coyne@bis.doc.gov>; May Cheng (Federal) (ITA) <May.Cheng@trade.gov>; Burnette, Sharon (NTIA) <sburnette@ntia.gov>; Vogel, Kyle <kvogel@oig.doc.gov>; Brown, Hannah <hannah.brown@nist.gov>
Cc: Trudeau, James (Federal) (DOC/OS) <JTrudeau@doc.gov>; Gresham, Dawn (Federal) (DOC/OS) <DGresham@doc.gov>; Gueye, Lauren (Federal) (DOC/OS) <LGueye@doc.gov>; Epley, Brian (Federal) (DOC/OS) <BEpley@doc.gov>; Fisher-Colwill, Andi (Federal) (DOC/OS) <AFisher-Colwill@doc.gov>
Subject: FW: Data request:: contracts and subcontracts with Anthropic

> **CAUTION:** This email originated from outside of the organization. Do not click or open attachments unless you recognize the sender and know the content is safe.

Bureau and Office CIOs – please see the data call below relative to any contracts or subcontracts with Anthropic.

Please work with your teams to review your respective bureau/office level contract portfolios and let us know if there are any contracts or subcontracts with Anthropic.

**Please send your response soonest and no later than 9am tomorrow morning.**

(Sharon, if you could route this request to the acting CIO for NTIA now that would be most appreciated.  Hannah, if you could let us know what you find relative to NTIS that will enable us to check that bureau/office office off our list.)

3

ANT_AR-0583

Thank you,

Christopher Wallis
Associate Director for Shared Services Procurement
and Senior Bureau Procurement Official
Office of Acquisition Management
U.S. Department of Commerce
C: 202-302-9230



www.commerce.gov/oam/

---

**From:** Bradley, Olivia (Federal) <OBradley@doc.gov>
**Sent:** Tuesday, March 3, 2026 10:03 PM
**To:** Bradley, Olivia (Federal) <OBradley@doc.gov>; Christopher Vernon Henshaw (CENSUS/ACQ FED) (Census) <christopher.v.henshaw@census.gov>; Fuller, Kristin (USPTO) <Kristin.Fuller@USPTO.GOV>; Garcia, Bonnie <alexandra.garcia@nist.gov>; Hohbach, Laura (USPTO) <Laura.Hohbach@uspto.gov>; Rivera, Rafael (Federal) <Rafael.Rivera@noaa.gov>; Shea, Molly (Federal) <MShea@doc.gov>; Wallis, Christopher (Federal) <CWallis@doc.gov>; William Weinig (FirstNet) <William.Weinig@Firstnet.gov>; Widdup, Joseph <joseph.widdup@nist.gov>; Winters, Virna (Federal) <VWinters@doc.gov>; Trudeau, James (Federal) <JTrudeau@doc.gov>; Epley, Brian (Federal) <BEpley@doc.gov>; Fisher-Colwill, Andi (Federal) <AFisher-Colwill@doc.gov>; Freeman, Doug (Federal) <DFreeman@doc.gov>; Passos, Matt (Federal) <MPassos1@doc.gov>
**Cc:** Hesch, Jennifer (Federal) <JHesch@doc.gov>; Ahl, Michael (Federal) <MAhl@doc.gov>
**Subject:** Data request:: contracts and subcontracts with Anthropic

Hi all,

I'm sorry for the late night email. The Secretary's office has asked that we identify, as soon as possible, any contracts and subcontracts we have with Anthropic or for its products. They've asked for a response as early as possible tomorrow morning.

OAM has reviewed our active contract list and sam.gov and found no direct contracts with Anthropic. We have also conducted a word search of the description field in our active contract list and found no instances of "Anthropic" or "Claude." We will provide this information as an initial response to the datacall tomorrow.

Will you all please review your contracts and confirm that we do not have any contracts with Anthropic? You will probably need to work with your CIOs to determine if you have any contracts that might include a subcontract with Anthropic and provide a response as soon as possible? I've attached the current active contract list to assist with your review.

OCIO, can you please review the Ai use case inventory for any approved pilots that use Anthropic or their LLM, Claude, and share your findings with this group so we can provide that information to the front office? Per the attached email from Doug, we know that GSA suspended access to the Anthropic models in USAi.gov so I'll include that information in my initial response in the morning.

Thank you all!  I apologize for the short turn around request.

4

ANT_AR-0584

V/r,

Olivia

Olivia J. Bradley
Senior Procurement Executive and
 Director for Acquisition Management
Department of Commerce
O: 202-482-4511
C: 202-374-0437



www.commerce.gov/oam/

ANT_AR-0585

| ORDER FOR SUPPLIES AND SERVICES | REQUISITION/REFERENCE NUMBER BCYA1323-24-00040 | PAGE 1 | OF | PAGES 71 |
|---|---|---|---|---|

| 1. DATE OF ORDER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. PDN NUMBER |
|---|---|---|---|
| See Block 26C | 1333LB24A00000001 | 47QTCA19D00MP | |

**5. ACCOUNTING AND APPROPRIATION DATA**     **See Schedule**

| FOR GOVERNMENT USE ONLY | FUND | FUNCTION CODE | B/A CODE | CC-A | C/E CODE | FY | REGION |
|---|---|---|---|---|---|---|---|
| | CC-B | PROJ./PROS NO. | O/C CODE | ORG. CODE | W/ITEM | PRT./CRFT | |

**6. TO: CONTRACTOR** (Name, address and zip code)    00003604
FOUR POINTS TECHNOLOGY, L.L.C.
14900 CONFERENCE CENTER DRIVE
SUITE 100
CHANTILLY VA 20151

**7. TYPE OF ORDER**

A. [ ] PURCHASE
Please furnish the following on the terms and conditions specified on the order and the attached sheets, if any, including delivery as indicated.

B. [ ] DELIVERY (For Supplies)
This delivery order is issued subject to the terms and conditions of the above numbered contract.

C. [ ] TASK ORDER (For Services)
This task order is issued subject to the terms and conditions of the above numbered contract.

| D. MODIFICATION NUMBER | AUTHORITY FOR ISSUING |
|---|---|

Except as provided herein, all terms and conditions of the original order, as heretofore mentioned, remain unchanged.

| 8A. Data Universal Numbering System (DUNS) Number | 8B. Taxpayer Identification Number (TIN) |
|---|---|
| H1KHJPJH9R51 | 030433660 |

**9B. START DATE:** See Block 26C
**9C. COMPLETION DATE:** OCT 31, 2028

**9A. BUSINESS CLASSIFICATION**

[X] a. SMALL    [ ] b. OTHER THAN SMALL    [ ] c. SMALL DISADVANTAGED

[ ] d. WOMAN-OWNED    [ ] e. HUBZone    [ ] f. EMERGING SMALL

[X] g. VETERAN    [X] h. SERVICE DISABLED VETERAN

**10. ISSUING OFFICE** (Address, Zip Code, and Telephone Number)   COACQSU

BUREAU OF CENSUS
ACQUISITION DIVISION, 2J438
4600 SILVER HILL ROAD
WASHINGTON DC 20746

**11. REMITTANCE ADDRESS** (MANDATORY)   00003604

FOUR POINTS TECHNOLOGY, L.L.C.
14900 CONFERENCE CENTER DRIVE
SUITE 100
CHANTILLY VA 20151

**12. SHIP TO** (Consignee Address, Zip Code and Telephone Number)   RDF

BUREAU OF THE CENSUS
REMOTE DELIVERY FACILITY
4600 SILVER HILL ROAD
SUITLAND MD 20746

**13. PLACE OF INSPECTION AND ACCEPTANCE**

**14. REQUISITION OFFICE** (Name, Symbol and Telephone Number)
SUITLAND

| 15. F.O.B. POINT | 16. GOVERNMENT B/L NUMBER | 17. DELIVERY F.O.B. POINT | 18. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| Destination | | See Block 26C | 0 Days 0% Net 30 |

**19. SCHEDULE**

| ITEM NUMBER (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | **Effective Date: See Block 26C** | | | | |
| | See Continuation Page for Line Item Details. | | | | |

**20. RECEIVING OFFICE** (Name, Symbol and Telephone Number)

TOTAL FROM 300-A(s)   Redacted

**21. MAIL INVOICE TO:** (Electronic Invoice Preferred)   PYFINSU

BUREAU OF CENSUS
FINANCE DIVISION
4600 SILVER HILL ROAD - 2K419
WASHINGTON DC 20233-4400

GRAND TOTAL   Redacted

**22. GROSS SHIP WEIGHT**

**23. SHIPPING POINT**

**24A. FOR INQUIRIES REGARDING PAYMENT CONTACT:** Redacted

**24B. TELEPHONE NUMBER** Redacted

| 25A. NAME Redacted | 26A. UNITED STATES OF AMERICA (NAME OF CONTRACTING/ORDERING OFFICER) Redacted   Redacted | |
|---|---|---|
| 25B. Redacted | 25C. DATE SIGNED 26 Oct 2023 | 26B. SIGNATURE   Date: 2023.10.26 14:13:36 -04'00' | 26C. DATE SIGNED 10/26/2023 |

**GENERAL SERVICES ADMINISTRATION**

ANT_AR_0586

**GSA 300 (REV. 5/2010)**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

**SECTION B- SUPPLIES OR SERVICES AND PRICE/COST**

**B.1    GENERAL**
This is a Single-Award Blanket Purchase Agreement (BPA) for related native Cloud Services for the U.S. Census Bureau (USCB).

The Contractor shall provide all management, supervision, and labor, and shall plan, schedule, coordinate, and assure effective performance for all requirements as outlined in Section C.

**B.1.1   BPA AWARD INFORMATION**
The applicable North American Industry Classification System (NAICS) for this procurement is 518210 – Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services.

This BPA is competed amongst General Services Administration (GSA) Multiple Award Schedule (MAS) Federal Supply Schedule (FSS) authorized contractors under Special Item Number (SIN) 518210C – Cloud Computing and Cloud Related IT Professional Services.

**B.2    CONTRACT TYPE**
This Single-Award BPA is issued pursuant to the authority of Federal Acquisition Regulation (FAR) General Services Administration (GSA) 8.405-3 – Blanket Purchase Agreements (BPAs), under GSA Multiple Award Schedule (MAS) Special Item Number (SIN) 518210C – Cloud Computing and Cloud Related IT Professional Services.  This BPA includes a 1-year base period of performance and four 1-year Option Periods, which shall enable the USCB to fulfill necessary requirements in the form of issued Orders.

Orders may be issued on a Firm-Fixed-Price (FFP), Labor Hour (LH), Requirements models (Reference: *GSAR Clause 552.238-199*), and Time and Materials (T&M) basis or any combination thereof as required to meet agency needs. Order type will be determined at the Order level.

The Government reserves the right to re-negotiate the contract type of any order issued against the BPA with the Contractor at any time after the completion of the base period to ensure the Government's requirement is being met under the most effective arrangement.

**B.3    OVERALL BPA ESTIMATED VALUE**

The estimated value of this BPA is $Redacted. *The final estimated value the BPA will be dependent on the Orders issued and the allocated budget each fiscal year. The BPA estimated value is not indicative of a promise of usage/funding.*

Page **1** of **69**

ANT_AR-0587



**Cloud Services**
**BPA Number: 1333LB24A00000001**

*\*CAR 1352.216-77 ESTIMATED CEILING PRICE (APR 2010) as applicable at the order level.*

### B.3.1  BPA ORDER LIMITATIONS

The Government is under no obligation:

1. To issue Orders under this BPA; and
2. To issue Orders for every Functional Area under Section C.

### B.4  PRICE/QUOTE SCHEDULE

### B.4.1  BPA-Level Discount

As quoted in Attachment J.4 – Price Quote Worksheet, a minimum BPA-level discount percentage for Cloud Service Provider (CSP) offerings for each period of performance will be applied to all issued Orders under this BPA. The BPA-level discounts included in Attachment J.4 are incorporated into this BPA award.

The minimum BPA-Level discounts (By Functional Area or CLIN as referred to Attachment J.4 and Performance Period) have the following properties:

- The percent (%) discount applies for a complete performance period.
- The percent (%) discount applies to all services/products within the scope of the Functional Area/CLIN.
- The percent (%) discount applies to posted unit list prices of current CSP products and services offerings as well as any new and future offerings.
- The percent (%) discount applies to all Orders issued under the BPA, unless an additional discount is available at the Order level or other competitive pricing arrangements are negotiated (i.e. bulk/tiered pricing).
- The percent (%) discount offered is in consideration of the "Not Separately Priced" Requirements [Functional Area 0004: Cost Management and Resource Optimization (C.4.4)].

The GSA unit price, as of the date of quote submission, represents the not-to-exceed, ceiling price per unit. The BPA-Level minimum discounts will be applied in accordance with B.4.1. In accordance with FAR 8.405-4 Price Reductions, the contractor may offer, or the Government, at its discretion, may negotiate further discounts on an individual basis at the Order level.

### B.4.2 CSP Offerings and Price Considerations

Changes to a CSP's list prices over the life of the BPA shall be addressed as follows:

- If prices change during a Period of Performance of an issued Order, then the lowest of the two prices (the original list price with discount applied or new list price with discount applied) shall apply. The Contractor shall certify that a rate drop during any calendar month becomes effective the first day of the calendar month.

Page **2** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- GSA MAS posted list prices are the **maximum** fixed price per unit a contractor can charge on an order placed against a GSA MAS FSS. Decreases made to GSA Advantage Price Lists or Competitive Commercial Price Lists shall flow through to Orders issued under this BPA accordingly.

When available, the Contractor shall provide the Government specialized, discount bulk purchasing or tiered pricing arrangements. The Contractor shall take into consideration consumption at the BPA level when offering specialized, discounted, and/or bulk purchasing or tiered pricing models.

Over the life of this BPA, the Contractor may offer such items under the BPA that are not available on their own GSA schedule. To the extent practicable, those items should be available through teaming arrangements with other GSA schedule holders (and should be annotated on their quotes and on the awarded order) in accordance with FAR Part 8.402(f).

In accordance with FAR 8.405-3(e), when conducting the annual review of this BPA, the Contracting Officer will request the Contractor quote additional price reductions and future CSPs and CSP Offerings to ensure the BPA still represents the Best Value to the Government.

### B.4.3  ORDER CONSIDERATIONS

Following the establishment of this single-award BPA, the Government intends to issue individual Orders with more specifically defined requirements, as needs arise. Order performance will serve as an element in the evaluation of the contractor's performance under the BPA and the Government will articulate deliverables at the time of issuance. Through this method, the Government and contractor will be able to work more collaboratively and responsively in a dynamic operating environment.

Following receipt of an issued Order, the authorized Contractor shall provide any assistance and expertise necessary to successfully meet the requirements as defined in the Order. All issued Orders will remain consistent with the requirements described in Section C unless exclusively stated otherwise at the Order level.

At a minimum, Orders will:
- Detail requirements;
- Identify deliverables, reporting needs, and invoicing specifications;
- Specify Contract Structure (i.e. CLIN/Sub-CLIN Type, CLIN/Sub-CLIN Number, CLIN/Sub-CLIN Scope, Unit Cost, Unit of Measure, CLIN/Sub-CLIN Quantity) as applicable.
- Set performance standards and schedule objectives; and,



- Identify place of performance.

Order Pricing considerations are provided in Section B.4. Ordering Procedures are provided in Section G.7.

The period of performance (PoP) of an issued Order may extend past the BPA expiration date for a period not to exceed two (2) years total.

## B.4.4  TRAVEL/OTHER DIRECT COSTS (ODCs)

Travel is not anticipated under this BPA. However, if deemed necessary it will be identified at the Order level as needed to successfully meet Order requirements. Travel will be reimbursed in accordance with FAR 31.205-46, Travel Costs, BPA Section G.6, and the General Service Administration's Federal Travel Regulations. Travel will not be reimbursed for daily commuting to or from the USCB Facilities in the DC Metro Area. Other Direct Costs will be identified in individual Orders, as required, and as determined to be allowable, allocable, and reasonable. ODCs may be reimbursed to the Contractor at cost plus any allowable material handling fee.

## B.4.5 Order-Level Materials (OLM)

Order Level Material (OLM), if required at the order level, may only be offered under the schedules designated and by the Contractors who have been authorized to do so by GSA. OLMs are specifically for offering supplies and services in direct support of a specific requirement and cannot exceed 33.33% of the value of any one order or the cumulative value of all orders places under this BPA. Special Ordering Instructions shall be followed if/when OLM apply at the order level. *GSA-established ordering procedures for Order-Level Materials can be found at GSAR subpart 538-72. Refer to GSAR clause 552.238-115, Special Ordering Procedures for the Acquisition of Order-Level Materials.*

## B.4.6 Open-Market Considerations

In the event of an instance where particular items are required and sourcing the items through the schedules or a government source of supply is not possible, open market acquisition regulations must be followed in accordance with FAR 8.402(f). In addition, a fair and reasonable price determination must be made for those items and the applicable clauses required added, if not already included in the underlying GSA schedule or BPA.

## B.5    FUNDING

No funding will be obligated on this BPA.  Funding will be obligated only at the Order level.

## B.5.1   INCREMENTAL FUNDING

Funding may be added to Orders by the execution of modifications to the Order, up to the estimated amount for the applicable Order's performance period or designated CLIN. The

ANT_AR-0590



**Cloud Services**
**BPA Number: 1333LB24A00000001**

contractor shall note that residual funding at the end of an Order's performance period shall be de-obligated through a bilateral modification; inclusion of this funding in the following performance period of the Order is subject to budget approval based on appropriations and fiscal constraints.

*The following clause applies: FAR 52.232-22 LIMITATION OF FUNDS (APR 1984) and FAR 52.232-20 Limitation of Cost.*

## B.6    PRIME CONTRACTOR RESPONSIBILITIES

The contractor shall be held responsible for the performance and obligations of all services required under this BPA and under issued orders. The Government, in-turn, shall render all payments due for services performed solely to the prime contractor.

## B.7    EMERGENCY SITUATIONS

Emergency situations and contingency operations at the U.S. Census Bureau (USCB) may require the Contractor to operate at times not considered normal operating hours, as directed by the CO or Contacting Officer's Representative (COR).  This normally involves utility outages, weather driven contingencies, or any work involving support for significant technical related services, including mission critical applications and processing systems.  The Government may negotiate an equitable adjustment with the Contractor for the cost of these emergency requirements.

## B.8    PERFORMANCE OF SERVICES DURING CRISIS DECLARED BY NATIONAL SECURITY.

On occasion, services may be required to support an activation or exercise of contingency plans outside the normal duty hours.  Emergencies (i.e., accident and rescue operations, civil disturbances, terrorist attacks, and natural disasters) may necessitate the Contractor to provide increased or reduced support as determined by the CO.  The Government may negotiate an equitable adjustment with the Contractor for the cost of these emergency requirements.

**[End of Section B]**

Page **5** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

**SECTION C – PERFORMANCE WORK STATEMENT**

**C.1    OVERVIEW**

The U.S. Census Bureau (USCB) is the Federal Government's largest statistical agency dedicated to providing current statistical data about America's people, places, and economy. These statistics assist Congress, the executive branch of the Federal Government, state, and local Governments, the general-public, and the private sector in the development and evaluation of social and economic activities. Reliable collection, preparation, tabulation, and dissemination of demographic and economic statistics are vital to the USCB's overall mission and strategic goals and objectives.  The USCB's unique mission has required it to leverage modern information technology (IT) solutions to address its priorities.

In accordance with the Report to the President on Federal IT Modernization and Executive Order 13800, the Office of Management and Budget (OMB) proposed to accelerate agency adoption of cloud-based solutions via 'Cloud Smart'. 'Cloud Smart' operates on the principle that agencies should be equipped to evaluate their options based on their service and mission needs, technical requirements, and existing policy limitations. Suitably, the USCB's focus as an agency must no longer be simply to field surveys and censuses and to publish the results, but rather to shift to combining data science with traditional survey methods, elevating and diversifying data products, and placing data at the center of the approach, by accelerating to secure native cloud services.

Through the adoption of a 'Cloud Smart' approach, the USCB has embarked on modernizing its current IT infrastructure, data collection, storage, and processing capabilities to align with mission needs under the Census Acceleration to Secure Cloud (CASC) Initiative. The CASC initiative is made up of three pillars:

- Pillar 1: Technical support for the Census on-premises data center with the goal of reducing the on-premises footprint over time using **native cloud technologies**.
- Pillar 2: Technical capabilities and services for **secure cloud services**. This includes supporting ongoing applications using Census cloud capabilities and future applications targeting **native cloud services**.
- Pillar 3: Technical services to assist migration of existing and new applications onto **native cloud technologies** in a secure and cost-effective manner. This includes migrating existing applications hosted within the Census on-premises data center to **cloud technologies** and standing up new applications within **cloud environments**.

The success of each pillar is in many ways dependent upon the success of others and all pillars are ultimately dependent upon the USCB's access to cloud services, as demonstrated in bold lettering above. The Office of the Chief Information Officer (OCIO) aims to standardize and

Page **6** of **69**



centralize cloud services that provide secure, efficient, and cost-effective business and technology innovation through the establishment of a centralized ordering framework for Cloud services under this Blanket Purchase Agreement. This will allow the agency to maintain pace with changing market dynamics and to improve IT service offerings through the shift to a modern, flexible, scalable, efficient, and effective means of utilizing and consuming data in the cloud.

*Current Environment:*

On Premises - At present, the current USCB ecosystem includes a mix of on-premises data centers and multiple cloud environments. Data centers exist in Jeffersonville, Indiana and Bowie, Maryland. Additionally, there is computer room space in the Census Headquarters building located in Suitland, Maryland.

Cloud Environment - Currently, the USCB is leveraging Amazon Web Services (AWS). The Cloud environments exist primarily in AWS GovCloud with some workloads in AWS Public Cloud and Azure Public. Key capabilities include, but are not limited to, servers, storage, database as a service, Infrastructure as Code, container technology, serverless, Application Programming Interface (API) integrations, etc. All environments are integrated with and governed by enterprise capabilities and services such as, but not limited to, enterprise Active Directory, Lightweight Directory Access Protocol (LDAP), time service, network, and monitoring. Attachment J.6 Census Cloud Inventory provides a complete detailed list. The USCB expects traditional Data Center and IaaS usage to significantly decline and cloud technology usage to increase to take advantage of PaaS and SaaS and the inherently more flexible, scalable, and highly available cloud capabilities.

*Evolving Needs:*
Many of the USCB's current and future critical programs and technical "changes" including, but not limited to, Census Operations and Data Ecosystem (CODE), Enterprise Data Lake (EDL), Frames, Data Ingest and Collection for the Enterprise (DICE), and Center for Enterprise Dissemination Services and Consumer Innovation (CEDSCI), are dependent upon access to cloud services from AWS. The USCB requires continued access to AWS to continue supporting the USCB's current and future on-demand, self-service, cloud environment accounts.

As the underlying IT infrastructure modernizes, critical cloud migration efforts are initiated, programs adapt to the change, and technology offerings evolve, the USCB is actively and continuously assessing the enterprise needs and organizational directives to determine a long-term multi-cloud environment and compute solutions to meet the changing needs of the organization. As the USCB expands its cloud environment, it is expected that different customers and applications may be hosted across multiple CSPs. Taking into consideration the evolving IT environment, the varying needs, both known and unknown, of customers across the enterprise,

ANT_AR-0593



this centralized vehicle for cloud buys positions the USCB to expand its multi-cloud environment by providing customers access to multiple CSPs and their service offerings.

## C.1.1 TERMINOLOGY

- **Authorized Reseller:** an entity that has been contractually authorized by a cloud service provider (CSP) to act as an authorized agent or intermediary cloud broker to offer, negotiate, and sell, on the behalf of the CSP, the CSP's cloud services.
- **Authorized Contractor:** an entity that has been awarded SIN 518210C Cloud Computing and Cloud Related IT Professional Services on their GSA MAS award. An authorized vendor can be either a CSP or an authorized reseller.
- **Cloud Service Provider (CSP):** an entity that directly operates and manages the cloud services (i.e., IaaS, PaaS, SaaS) technology (e.g., facility, hardware, software).

## C.2 PURPOSE/EXPECTED OUTCOME

In support of portability, service scalability, and flexibility with infrastructure needs, the USCB seeks to acquire cloud native services, functions, and capabilities. This BPA will establish a marketplace for the USCB to obtain on-demand access to cloud native technologies and services from authorized contractors under GSA MAS SIN 518210C.

## C.2.1 BPA Goals and Objectives

The objective of this BPA is to support the existing integrated cloud delivery capabilities and enable future development of the USCB's Cloud environment using on-demand secure native cloud services. The primary goals of this BPA include:

- **Access to Multiple CSPs:** In addition to Amazon Web Services (AWS), which is currently hosting the USCB's architecture, this BPA will provide initial access to multiple FedRAMP authorized [Refer to C.4.1.1] CSPs capable of offering Infrastructure as a Service (IaaS), Platform as a Service (PaaS), and Software as a Service (SaaS) efficiently and cost-effectively in parity with cloud services available in the commercial marketplace.
- **Cloud-smart Adoption:** Deployment of workloads in cloud environments that best satisfy customer requirements (e.g., business, operations, security, technical).
- **Innovation and Specialized Services:** Position Census customers to leverage and take advantage of various CSPs evolving innovation and/or CSP-specific current and future specialized services (e.g. machine learning, artificial intelligence).
- **On-Demand Self-Service Capabilities and Resource Optimization:** Recognize the core benefits associated with cloud compute.
- **Improved Security Posture:** Manage attack surfaces by centralizing cloud buys and propagating modern cyber security policies and standards.



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- **Centralized Purchasing Vehicle:** Centralized standardization and cloud spend under one vehicle to promote seamless identification and implementation of cloud products and services for stakeholders.
- **Cost Optimization and Efficiencies:** Capitalize on cost efficiencies through competitive, enterprise-wide pricing and quantity/volume discounts.
- **Governance and Oversight:** Streamlined management and oversight of cloud services delivered to Customers, including the management of cloud budgets and expenditures.

*Cloud Services BPA Usage*

This BPA shall serve as the basis for providing native cloud services across the enterprise to stakeholders and users from various Directorates within the USCB, including, but not limited to, the Office of the Chief Information Officer (OCIO) and the Office of the Chief Financial Officer (OCFO). The services and support provided by this BPA and issued Orders are not limited to the main stakeholders listed above. Cloud services can be requested from any organization within the USCB using the ordering processes outlined in Section G.7 Ordering Procedures for Orders. All initial requests for use of this BPA must come through the designated Contracting Officer's Representative (COR) of the underlying BPA.

**C.3 SCOPE**
The scope of this BPA includes current and future on-demand access to native cloud services, features, and functionality of AWS and a minimum of three (3) other CSPs. This includes, but is not limited to, the following:
- CSP Cloud Compute
- CSP Professional Services and Training
- CSP Marketplace Access
- CSP Cost Management, Consumption & Utilization, and Resource Optimization

This BPA may be updated in the future to change (add, delete, or modify) CSP offerings as well as access to additional CSPs based on the needs of the Government. Any CSPs or future CSP offerings added will be considered within scope of the requirement and will follow the appropriate procurement regulations for formal modification.

**C.4 FUNCTIONAL AREAS**
The contractor shall provide access to on-demand cloud services for AWS and a minimum of three (3) other CSPs via authorized reseller arrangements as defined in Section C.1.1. This includes access to CSP available offerings for internal capabilities and those offered through the cloud marketplace to support the USCB's current and future on-demand, self-service, cloud environment accounts. This section describes the technical and support objectives that shall be performed by the contractor.



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- **Functional Area 0001:** Cloud Compute (C.4.1)
- **Functional Area 0002:** CSP Marketplace (C.4.2)
- **Functional Area 0003:** CSP Professional Services and Training (C.4.3)
- **Functional Area 0004:** Cost Management and Resource Optimization (C.4.4)

## C.4.1  FUNCTIONAL AREA 0001: CLOUD COMPUTE

The National Institute for Standards and Technology (NIST) defines Cloud compute as:

*"...a model for enabling ubiquitous, convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction. This cloud model is composed of five essential characteristics, three service models, and four deployment models."*

The contractor shall provide CSP cloud computing services in the capacity of an authorized contractor that meet NIST definition of Cloud Computing composed of the five essential characteristics, the three service models, and four deployment models outlined in this section.

## I.    ESSENTIAL CLOUD COMPUTE CHARACTERISTICS

The definition of "cloud" by the *National Institute of Standards and Technology (NIST) Special Publication 800-145: The NIST Definition of Cloud Computing* will serve as the definition of Cloud under this BPA. Cloud computing is broken down into five distinct characteristics as detailed below. All cloud compute services procured under this BPA via the issuance of Orders shall meet all five of the distinct characteristics.

- **On Demand Self Service** – A consumer can unilaterally provision computing capabilities, such as server time and network storage, as needed automatically without requiring human interaction with each service provider.
- **Rapid Elasticity** – Capabilities can be elastically provisioned and released, manually or automatically, to scale rapidly outward and inward commensurate with demand; Capabilities available for provisioning often appear to be unlimited and can be appropriated in any quantity at any time.
- **Broad Network Access** – Capabilities are available over the network and accessed through standard mechanisms that promote use by heterogeneous thin or thick client platforms (e.g., mobile phones, tablets, laptops, and workstations).
- **Resource Pooling** – The provider's computing resources are pooled to serve multiple consumers using a multi-tenant model, with different physical and virtual resources dynamically assigned and reassigned according to consumer demand. There is a sense of location independence in that the customer generally has no control or knowledge over the exact location of the provided resources but may be able to specify location at a

Page **10** of **69**

higher level of abstraction (e.g., country, state, or datacenter). Examples of resources include storage, processing, memory, and network bandwidth.

- **Measured Service** – Cloud systems automatically control and optimize resource use by leveraging a metering capability at some level of abstraction appropriate to the type of service (e.g., storage, processing, bandwidth, and active user accounts). Resource usage can be monitored, controlled, and reported, providing transparency for both the provider and consumer of the utilized service.

## II.    CLOUD SERVICE MODELS

The three primary cloud service models, as defined by NIST, available under this BPA include:

- **IaaS (Infrastructure as a Service)** – The capability provided to the consumer is to provision processing, storage, networks, and other fundamental computing resources where the consumer is able to deploy and run arbitrary software, which can include operating systems and applications. The consumer does not manage or control the underlying cloud infrastructure but has control over operating systems, storage, and deployed applications; and possibly limited control of select networking components (e.g., host firewalls).
- **PaaS (Platform as a Service)** – The capability provided to the consumer is to deploy onto the cloud infrastructure consumer-created or acquired applications created using programming languages, libraries, services, and tools supported by the provider. The consumer does not manage or control the underlying cloud infrastructure including network, servers, operating systems, or storage, but has control over the deployed applications and possibly configuration settings for the application-hosting environment.
- **SaaS (Software as a Service)** – The capability provided to the consumer is to use the provider's applications running on a cloud infrastructure. The applications are accessible from various client devices through either a thin client interface, such as a web browser (e.g., web-based email), or a program interface. The consumer does not manage or control the underlying cloud infrastructure including network, servers, operating systems, storage, or even individual application capabilities, with the possible exception of limited user specific application configuration settings.

## III.    CLOUD DEPLOYMENT MODELS

The contractor shall enable cloud compute access open to all deployment models defined as follows:

- **Public Cloud** – The cloud infrastructure is provisioned for open use by the general public. It may be owned, managed, and operated by a business, academic, or government organization, or some combination of them. It exists on the premises of the cloud provider.

ANT_AR-0597



- **Private Cloud** – The cloud infrastructure is provisioned for exclusive use by a single organization comprising multiple consumers (e.g., business units). It may be owned, managed, and operated by the organization, a third party, or some combination of SIN 518210C.
- **Community Cloud** – The cloud infrastructure is provisioned for exclusive use by a specific community of consumers from organizations that have shared concerns (e.g., mission, security requirements, policy, and compliance considerations). It may be owned, managed, and operated by one or more of the organizations in the community, a third party, or some combination of them, and it may exist on or off premises.
- **Hybrid Cloud** – The cloud infrastructure is a composition of two or more distinct cloud infrastructures (private, community, or public) that remain unique entities, but are bound together by standardized or proprietary technology that enables data and application portability (e.g., cloud bursting for load balancing between clouds).

## C.4.1.1 ACCESS TO CSPs AND CLOUD PRODUCTS/SERVICES

The Government requires initial and direct access to authorized CSPs with the ability to support all service models. The Contractor shall enable the USCB direct access including all administrative and "root" credentials. The contractor shall be the authorized reseller and payor to the CSP.  The Government will be the "Owner" and "Account Holder" of CSP linked/member/subscription accounts supported under this BPA and all issued Orders, with all associated rights and responsibilities. As the "Owner" and "Account Holder", the Government shall be enabled to configure CSP support agreements using a CSP interface on demand.  This includes configuring different levels of CSP support per account/subscription/collection of accounts or for the Census Enterprise. The Government shall have direct access to the CSP's marketplace with the ability to order and configure services on-demand, create new accounts or subscriptions, and configure credentialing, networking, and all aspects of integrating the CSP into the USCB ecosystem where appropriate.

Accounts/subscriptions established on the Government's behalf in performance of this BPA are to be considered Government Furnished Equipment (GFE). The Government's role as the "Owner" and "Account Holder" explicitly includes Government's unrestricted and exclusive rights and ownership of all data placed into the CSP products and services by the Government, all Government developed and licensed software operating within the account, and all mechanisms configured, constructed, or developed by the Government for purposes of operating workloads, applications, and services within the account.

The contractor, within its authorized capacity, shall:

Page **12** of **69**



- Provide access to all authorized CSP cloud product and services offerings from multiple CSPs. There may be instances where specific CSP products and services are required and will be justified at the order level.
- Provide access that supports cloud automation solutions (i.e. API) for creation and delivery of new accounts.
- Support all CSP products and services that are FedRAMP authorized or one of the following:
  - A current FedRAMP designation of Ready, In-Process, or Approved; or
  - At a minimum, Ready for agency sponsorship to undergo FedRAMP process.
- Provide access to all existing and, upon CSP public announcement and general availability, new or enhanced service and product offerings released during the performance of this BPA.
- Provide the ability to fully manage and provision all services (e.g. new accounts, all capabilities available via marketplace and console, virtual machines, storage, containers, databases and bandwidth dynamically, as requested and as required).
- Provide access to additional CSPs when required. The addition of CSPs will be done via a modification to the Blanket Purchase Agreement.
- Ensure cloud products or services are available from all FedRAMP authorized, or other appropriately designated status as noted above, and contractually available CSPs as required.
- Provide access to the same terms and conditions of commercial CSPs to Customers including all CSP Service Level Agreements.
- Support the terms of service requirement of terminating the service at any time (on-demand).
- Provide account administration to operate, maintain, and sustain the environment.
- Flow down and inherit all cloud Service Level Agreements (SLAs) from the CSPs utilized to support cloud operations. Accordingly, the Contractor shall be responsible for the collection, consolidation, and monthly reporting of all SLA data finalized between the Contractor and Government. Reporting requirements include, but are not limited to, tracking performance data and measurements; tracking and reporting under-performance, dispute submission, and results where credits or information correction are applicable to the Government.
- Ensure all solutions comply with the Federal Information Security Modernization Act of 2014 (FISMA), as well as Department of Commerce, Census, and other Government mandates, policies, federal regulations and laws (e.g. (National Institute of Standards and Technology, etc.). Reference Section C.5.

Specific CSP requirements:

**United States Census Bureau**

**Cloud Services**
**BPA Number: 1333LB24A00000001**

- CSP products shall be available to all Customers in the selected CSP regions. The combination of Cloud CSPs shall be in at least two of the following three geographically dispersed locations - East coast location; Midwest location; and West coast location.
- All facilities shall be located in the continental United States and be FedRAMP'd at the moderate or higher level; unless otherwise stated or approved by the Government.

### C.4.1.2 MIGRATION/TRANSITION-IN AND TRANSITION-OUT

The Contractor shall support the migration or transition-in/transition-out of workloads between accounts within CSPs, between CSPs, to other vendors or the Government as needed and without interruption. The Contractor shall work collaboratively with Census and other vendors to plan migration activities, advise on risks and funding considerations, and ensure delivery is made in accordance with an agreed upon schedule. At this time, the USCB envisions transition in/out services to be primarily an administrative (e.g., logical transfer of accounts) activity that would not require a migration of system resources following BPA award and via the issuance of orders.

### C.4.1.3 ENTERPRISE SUPPORT

The contractor shall provide access to Enterprise Support of the CSPs offered and utilized under this BPA. Enterprise Support shall include access to 24x7 technical support from high-quality engineers, tools, and technology to automatically manage the health of the environment, consultative architectural guidance delivered in the context of Census applications and use-cases, and a designated Technical Account Manager (TAM) to coordinate access to proactive/preventative programs and subject matter experts. The response times shall be in alignment with the CSP's published SLAs.

### C.4.2 FUNCTIONAL AREA 0002: CSP MARKETPLACE

The Contractor shall provide access to CSP marketplaces. These marketplaces provide an efficient way to activate cloud products and services necessary to support business and technical requirements. For example, customers may utilize CSP Marketplaces services to support compute, storage, network, or software needs to validate assumptions via proofs of concepts or pilots. CSP marketplaces serve to identify the optimal cloud operating environment or to address surge support requirements (e.g., rapidly analyzing data and generating reports). In these and similar situations, the Government expects the Contractor to offer packaged turn-key solutions that can be rapidly deployed and terminated as needed to offer maximum benefit of those technologies to the Government. If available, the USCB requests access to CSPs digital catalog (i.e., marketplace) that can meet this need for immediate access to solutions that may typically operate under short durations. The objective of CSP Marketplaces services is to provide access to the CSPs' digital catalogs, and to accelerate adoption by easing the buying, testing, and deployment of software for short-term use. Access to CSP marketplaces also provides the USCB's customers a catalog of software solutions optimized for the cloud environments they reside in, often by the software vendor themselves, which aids the need for simplified integration

ANT_AR-0600



**Cloud Services**
**BPA Number: 1333LB24A00000001**

and streamlined deployment and provisioning. The Contractor shall follow the USCB's Marketplace Ordering Process to order marketplace services from CSPs in accordance with the requirements within this BPA and Attachment J.8 Marketplace Ordering Process.

*Marketplace items may be procured under this vehicle for short-term solutions, however they must be identified, authorized for use against a specific SIN, and formally approved, by the Contracting Officer, using the Marketplace Ordering Process in BPA Attachment J.8. Marketplace items are permissible to the extent they do not circumvent or contradict any organizational or procurement limitations or processes.*

**C.4.3 FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING**
Cloud offerings are rapidly evolving with each evolution providing more functionality and value to customers. CSP product iterations continue to abstract layers of the traditional information system away from the customer. In abstracting the layers, engineers and developers can become more specialized in the products they support. To help customers adopt and adapt to the specific CSP technologies, the USCB requires CSP Professional Services and CSP training offerings on-demand.

CSP Professional Services include consultants that possess a deep understanding of CSP best practices as well as current and future services, features, and functionality and have access to the corresponding CSP proprietary resources – including source code as well as product development and engineering teams.

CSP Training shall cover a range of introductory to advanced business and technical trainings delivered in a variety of settings (e.g., instructor led, online self-paced). The objective of CSP Training is to provide a capability for Customers to identify, select, and consume standard CSP developed and delivered training by whatever delivery channel is provided by the CSP. The Contractor shall coordinate with CSPs under this BPA to ensure timely availability of CSP specific training opportunities and events. The contractor may be required, as determined at the order level, to provide any course materials required to successfully perform the training.

**C.4.4 FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced]**
*Offerors are advised that Functional Area 0004 is inherent to Cloud Services and are performed in support of all other Functional Areas. Functional Area 0005 is identified as 'Not Separately Priced (NSP) item' and spans all Functional Areas.*

Foundational for the successful operations is the ability to fairly and transparently account for the technology costs that are expended on behalf of the Government's use of cloud-related resources or services. Cost Management and Resource Optimization are the tasks needed to track and optimize spend on an ongoing basis as well as to align resource capacity to actual workload

Page **15** of **69**

ANT_AR-0601



**Cloud Services**
**BPA Number: 1333LB24A00000001**

demand. The contractor shall monitor the BPA and all issued orders to enable cost management and resource optimization including:

- The Contractor shall enable the Government with the self-service access to create/delete new accounts/subscriptions, purchase CSP Savings Plans, adjust usage, enable premium support and allocate funding in order to optimize costs.
- By providing the Government access to the Management Account (Master Payor) and all "root" credentials and all data associated with use and spend, the Contractor shall enable direct access to live, unrestricted CSP cost data on-demand via the CSP cost tracking accounts or portals, with no intermediary interfaces or manipulation. In doing so, the Government shall have the ability to assign, edit, and control costing "tags", run reports to parse out costs using native CSP FinOps capabilities, export and manipulate cost data, create cost monitoring dashboards, etc.
- The Contractor shall advise on cost savings measures including tiered discount pricing or other form of bulk pricing based on usage as available and provide the Government with cost effective solutions that are equal to or less than publicly available prices by proposing improvements, optimization opportunities, and alternatives for consuming cloud at optimal costs when multiple options exist.
- The Contractor shall participate in Cost Management, including, but not limited to, cost estimation, forecasting, and optimization to support planning and ongoing cost management.
- The Contractor shall act in the best interest of the Government in relationships with other commercial providers and shall maintain complete confidentiality and the highest ethical standards in these matters, as related to the performance of this contract.

The Contractor shall provide Cost Management consisting of Order Funds Management and invoicing to include the following:

- The Government requires the ability to view total spend in various dimensions (i.e., CSP, Customer, Project, CLIN, Funding, and any other dimensions determined by the Government). The Contractor shall provide on-demand, unrestricted access, visibility, and tracking into funding allocations, any agreed upon apportionment across services, monthly invoicing, and remaining funding amounts through the use of a provided interface.
- The Contractor shall provide monthly invoices and supporting documentation that include detailed usage such as cost per account or subscription, detailed costs per usage type (e.g. per server types, storage type and amount, egress bandwidth used, etc).
- The Contractor shall provide backup and supporting information to support invoice reconciliation as well as other types of consolidated and cumulative data reports as requested.
- The Contractor ensure that funds are available proactively to support the current and projected usage.

Page **16** of **69**



**Cloud Services
BPA Number: 1333LB24A00000001**

- The Contractor shall reformat invoices as needed to ensure Census can correlate invoiced usage with actual usage.
- The Contractor shall notify the customer, the contracting officer's representative, and contracting officer when 50% and 75% of allocated funding and ceiling price for each CLIN/ Order ceiling price have been expended or when there are three months or less of cloud services available based on the remaining funds.
- The Contractor shall ensure consumption monitoring in accordance with GSAR Clause 552.238-199.
- The Contractor shall maintain all BPA, Order, and/or project deliverables, reports, invoices, etc. on an approved collaboration site to be identified following BPA award.

## C.5 SECURITY POLICIES
All services acquired under this BPA and issued Orders shall adhere to all current USCB Cybersecurity and IT standards, policies, and procedures.  At a minimum, all services must be in compliance with the current versions of the following:
- National Institute of Standards and Technology (NIST) Risk Management Framework (RMF)
- National Institute of Standards and Technology (NIST) Cyber Resilience Engineering Framework
- National Initiative for Cybersecurity Education (NICE), Cybersecurity Workforce Framework, National Institute of Standards and Technology (NIST) Special Publication 800-181
- Federal Information Security Modernization Act of 2014 (FISMA)
- Clinger-Cohen Act of 1996 also known as the "Information Technology Management Reform Act of 1996"
- Federal Information Technology Acquisition Reform Act (FITARA) of 2014
- Chief Financial Officers Act of 1990 (Public Law 101–576)
- Cyber Supply Chain Management and Transparency Act of 2014
- Federal Information Security Management Act of 2002
- e-Government Act of 2002
- Trade Agreements Act (TAA) of 1979
- Privacy Act of 1974
- Office of Management and Budget (OMB) Circular A-130
- Office of Management and Budget (OMB) Memorandum M-05-24

**[End of Section C]**

ANT_AR-0603



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION D    PACKAGING AND MARKING

**D.1 PAYMENT OF POSTAGE AND FEES**
All postage and fees related to the submission of information, including forms, reports, etc., to the CO, the COR, or the person(s) designated to receive, shall be the responsibility of the Contractor.

**D.2 PACKING FOR DOMESTIC SHIPMENT**
Materials shall be packed for shipment in such a manner that will ensure acceptance by common carriers and safe delivery at destination. Containers and closures shall comply with the Interstate Commerce Commission regulations, Uniform Freight Classification rules, or regulations of other carriers as applicable to the mode of transportation.

**D.3 MARKING DELIVERABLES**
The BPA and Order number shall be placed on or adjacent to all exterior mailing or shipping labels of deliverable items called for by the BPA/Order, except for reports.

Mark deliverables for: (unless otherwise specified at the Order Level)

Rebecca Reid
U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746
Phone:  Please see section G.3.1
Email:  Please see section G.3.1

Delivery locations for deliverables specified in this BPA and orders (such as reports, papers, and documentation) will be communicated to the contractor as needed by the Contracting Officer's Representative (COR).

**[End of Section D]**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## SECTION E – INSPECTION AND ACCEPTANCE

**E.1  CAR 1352.246-70 – PLACE OF ACCEPTANCE (APR 2010)**
(a) The Contracting Officer or the duly authorized representative will accept supplies and services to be provided under this contract.
(b) The place of acceptance will be:

U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD  20746

**E.2 RESPONSIBILITY FOR INSPECTION AND ACCEPTANCE**
The Government's designated Contracting Officer Representative (COR) will accomplish inspection and acceptance of all items and services under this BPA and orders.  The COR will inspect and be responsible for, the review and acceptance of all deliverables under the BPA and orders. Acceptance testing will be specified, if required.

The stated objectives in BPA Attachment J.5 - Performance Requirements Matrix, and in the Performance Requirements Matrices developed at the Order level, shall be met or exceeded by the contractor. Exceptions to the standards at the BPA level will be specified at the Order level when applicable.  To ensure that the minimum performance levels are met, the COR or his/her designee will monitor performance and review the required status reports.  Any deviations from the stated objectives must be fully documented and explained by the contractor.

It is the Government's intent to, at minimum, conduct monthly performance evaluations for each period of performance of an Order. Spot and unscheduled inspections may also be performed. The COR or his/her designee will do a final evaluation at the completion of the Order.

Attachment J.3- Quality Assurance Surveillance Plan (QASP) shall apply to all awarded Orders.

**E.3 GOVERNMENT CONTRACT QUALITY ASSURANCE**
Notwithstanding the requirements in Subsection E.2 above, and as applicable under executed FAR clauses 52.246-6 – Inspection Time-and-Material and 52.246-4 Inspection of Services-Fixed Price, quality assurance under this BPA will be performed in accordance with Attachment J.3 - Quality Assurance Surveillance Plan.

**[End of Section E]**

Page **19** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

---

## SECTION F DELIVERIES AND PERFORMANCE

### F.1 CAR 1352.270-70 PERIOD OF PERFORMANCE (APR 2010)

(a) The base period of performance of this contract is from **the Date of Award** through **October 31, 2024**. If an option is exercised, the period of performance shall be extended through the end of that option period.

(b) The option periods that may be exercised are as follows:

| PERIOD OF PERFORMANCE | Period Start Date | Period End Date |
|---|---|---|
| Option Period 1 | November 1, 2024 | October 31, 2025 |
| Option Period 2 | November 1, 2025 | October 31, 2026 |
| Option Period 3 | November 1, 2026 | October 31, 2027 |
| Option Period 4 | November 1, 2027 | October 31, 2028* |

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-9.

(End of clause)

*Each Period of Performance under this BPA is 12-months. Contractors are put on notice that the date of award and subsequent start and end dates of each period of performance are subject to change prior to award of the BPA if award is made before or after the anticipated award date of November 1, 2023. The total life-cycle period of performance if all available option periods are exercised will remain unchanged at 60-months.*

### F.1.2 EXERCISE OF OPTIONAL PERIODS OF PERFORMANCE

The Government reserves the right to unilaterally exercise any optional Periods of Performance based on the Contractors successful completion and submission of contract deliverables/work products. The Government will issue written notification of its intent to exercise an optional Period of Performance in accordance with the FAR 52.217-9.

The option periods included in the BPA and subsequent Orders will only be exercised if the contractor's Master GSA MAS IT FSS contract remains in full force and effect.

### F.2    PLACE OF PERFORMANCE AND REMOTE ACCESS CLAUSE

Considering the virtuality of the 'cloud' environment, an ordering activity remotely orders virtual machines, applications, and cloud services on-demand. The nature of the requirements requires network access as large clouds often have functions distributed over multiple locations.

Page **20** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Therefore, the place of performance may be considered to be the residence of the CSP or the location of the access point of the personnel managing the cloud services. Although these requirements are offered, for the most part, virtually, it is required that the CSP reside in the continental United States. All CSP facilities shall be located in the continental United States and be FedRAMP'd at the moderate or higher level, unless otherwise supported by a delegation of one of the following:

- A current FedRAMP designation of Ready, In-Process, or Approved; or
- At a minimum, Ready for agency sponsorship to undergo FedRAMP process.

On occasion, at the Order level, services may be required to be performed at the USCB located at 4600 Silver Hill Road, Suitland, MD, 20746 or at the Bowie Data Center located at 17101 Belford Drive, Bowie, MD 20716. The USCB requires security review and clearance of employees in order to gain access to USCB facilities. All contractor staff must be U.S. Citizens in order to be cleared to enter the USCB Data Center. Additionally, services may be performed at other Census Bureau facilities and remote locations not directly managed by the Census Bureau only with approval of the COR, and subject to any other approvals as required by Census Bureau policy and described below.

The COR may authorize the performance of services under this BPA at facilities not managed by the Census Bureau provided those services do not involve access to or use of: Census Bureau data protected under Title 13 U.S.C.; Federal Tax Information protected under Title 26. U.S.C.; any system that stores or processes data protected under Title 13 or Title 26; or the Census Bureau's corporate information technology (IT) network. Contractors are, at all times, prohibited from accessing any of these data or assets from non-authorized locations.

The COR may authorize performance of services under this BPA and issued Orders (including services that require electronic access to information protected by Title 13 U.S.C. and if authorized by the Internal Revenue Service information protected by Title 26 U.S.C.) at the contractor's individual place of residence. To facilitate performance of these services, access to Census Bureau IT resources may, subject to Division or Office Chief approval and as determined necessary at the Order level, be granted via a Virtual Private Network (VPN) enabled Census Bureau-issued Laptop or through the Virtual Desktop Infrastructure (VDI).

Except as described above, the performance of any services at locations not managed by the Census Bureau that involve access to or use of: data protected under Title 13 U.S.C.; Federal Tax Information protected under Title 26. U.S.C.; any system that stores or processes data protected by Title 13 or Title 26; or the Census Bureau's corporate IT network may be subject to the following additional approvals:

- Review and approval of the physical security controls at the remote location by the Census Bureau's Office of Security. This review may include an on-site inspection.
- Review and approval of the IT security controls in place at the remote location by the

Page **21** of **69**

ANT_AR-0607

Attachment 3 Page



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Census Bureau's Office of Information Security. This review may involve the authorization of any systems that will handle and process the Census Bureau's data, or that will connect to the Census Bureau's network.
- Review and approval by the Internal Revenue Service if the services to be performed involve access to or use of Federal Tax Information protected under Title 26 U.S.C.
- Review and approval by the Census Bureau's Policy Coordination Office and/or Data Stewardship Executive Policy Committee.

Contractors are not authorized to work remotely with Federal Tax Information (FTI) protected by Title 26 U.S.C. unless executed by federal government contingency planning due to uncertain events and approval from the Internal Revenue Service (IRS). If allowed to work remotely with FTI, each vendor contract must contain language for safeguarding federal tax information as mentioned in IRS Publication 1075, Exhibit 7 (https://www.irs.gov/pub/irs-pdf/p1075.pdf).

Contractors may only perform services for the Census Bureau from approved locations. If authorized to work remotely, contractors must still adhere to all applicable Census Bureau Data Stewardship and IT Security Policies and complete all required training. The COR is responsible for ensuring the required training is completed for every contractor authorized to work remotely, and the contractor's access to Census Bureau IT resources and data assets will be terminated for non-compliance.

## F.3    HOURS OF OPERATION
Cloud computing is the on-demand virtual availability of computer system resources, including data storage (cloud storage) and computing power, without direct active management by the user. Given the virtual nature of the requirements, hours of operation are limited to only those services performed by contracted personnel.

The following general guidelines apply to the hours of operation when services are acquired via contracted personnel on a specific Order. Census Bureau work hours are from 6:00 AM to 6:30 PM EST Monday - Friday (except for Federal Holidays). Normal entry to the Census Bureau headquarters is 6:00 AM though 6:30 PM Monday through Friday except Federal holidays. Access to the Census Bureau headquarters after hours and to other facilities requires additional security authorization and approval from the COR and CO. Exceptions or changes to the above hours of operation may be required in individual Orders, and as approved by the COR.

## F.4    FEDERAL HOLIDAYS
(a)  Following are the annual federal holidays:

| | |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |

ANT_AR-0608



**Cloud Services**
**BPA Number: 1333LB24A00000001**

| | |
|---|---|
| Juneteenth | 19 June |
| Independence Day | 4 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

(b) In addition to the annual holidays, the Government may observe additional days as holidays, those to include:
- Any other day designated by Federal Statue
- Any other day designated by Executive Order
- Any other day designated by the President's Proclamation

(c) Unless otherwise authorized by the Contracting Officer, observance of holidays by Government personnel shall not otherwise be a reason for an extension to the period of performance, delivery schedule, or entitlement of payment by the Government to the Contractor. In the event the Contractor's personnel (including subcontractor) work during the holiday, they may be compensated for the work in accordance with the Contractor's operational/employee/business procedures; however, no form of holiday or other premium compensation will be paid by the Government, either as an additional direct or indirect cost, over the payments authorized in the contract.

(d) When the Government grants excused absence to its employees (example: office closing due to inclement weather), onsite Contractor personnel may be dismissed by the Contractor at its discretion. However, such a dismissal will not be an excuse to change any service or delivery requirements under the contract.

(e) Extension of a Order period of performance or delivery schedule will not be provided for federal holidays in paragraph (a) or (b) above.  However, if necessary, and with approval of the COR, extension of the period of performance or delivery schedule may be granted by the Contracting Officer on a case-by-case basis for closings described in paragraph (d) above.

(f) In order for the CO or COR to approve work during a holiday, the contractor must work with the CO or COR to determine the proper documentation that should be submitted. There shall be a request submitted that has been an agreed upon format between government and contractor one (1) day prior to the holiday. Within this request the contractor should at a minimum provide the following:
- Reasoning for the immediate need to continue working on that holiday,
- What deliverables would be impacted (provide due dates),

Page **23** of **69**

Attachment 33 Page



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- Will it be the full contractor staff or just a few? If not full specify which contract staff will be working on that Holiday,
- Is this work required to be onsite or a remote location?

If the request submitted is approved by the CO or COR, the contractor must follow up no later than one week after the Holiday providing a report that demonstrates the work that was accomplished during that time.

### F.4.1 DELAY AND HOLIDAY PAY

Unless otherwise authorized by the Contracting Officer (CO), observance of holidays by Government personnel shall not otherwise be a reason for an extension to the period of performance, delivery schedule, or entitlement of payment by the Government to the Contractor.

In the event the Contractor's staff (including subcontractors) work during the holiday, upon COR approval, may be compensated for the work, in accordance with the Contractor's operation/employee /business procedures; however, no form of holiday or other premium compensation will be paid by the Government, either as an additional direct or indirect price, over the payments authorized in this contract.

### F.4.2 EXCUSED ABSENCE

When the Government grants excused absence to its employees (i.e. office closed due to inclement weather), onsite Contractor staff may be dismissed by the Contractor at its discretion. However, such a dismissal will not be an excuse to change any service or delivery requirements under the contract. For Time-and-Material or Labor-Hour contracts, the Contractor is cautioned that only those hours actually worked and approved by the COR may be billed to the Government. The Contractor agrees to continue to provide sufficient Contractor staff to perform critical tasks already in operation or scheduled, unless otherwise authorized by the Contracting Officer (CO).

### F.5    DELIVERABLES AND WORK PRODUCTS

NOTE:   FAR 52.249-14 Excusable Delays (APR 1984)

In performance of the requirements described in individual Orders, at a minimum the contractor **shall** provide the written deliverable items (including work products) as described within this BPA in addition to any deliverables (or work products) defined within individual Orders themselves.

All deliverables and work products shall be submitted to the COR/ACOR for inspection, review, and acceptance by the due date. Required deliverables or work products will be described in depth for each individual Order issued under the BPA.

ANT_AR-0610



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## F.5.1  ACCEPTANCE CRITERIA

The Government will work with the contractor to define specific quality standards for each deliverable and work product produced.  For any documents, the Government expects them to be timely, thorough, and accurate.  As each deliverable is usually the end result of a series of activities, it is vital that the contractor and the Government have the same expectations on the content and approach for the deliverable, the activities involved to develop it, including reviews of drafts, organization, and any other expectations for the final product, prior to the commencement of work. The Contractor shall provide work products and deliverables that meet the criteria specified in the order as well as the following criteria, at a minimum:

- **Adherence to Requirements** - Work products and deliverables shall adhere to the requirements in the BPA and the Orders.
- **Accuracy** – Work products and deliverables shall be free from errors and mistakes; and be developed in accordance with applicable laws, regulations, policies, and procedures.
- **Completeness** – Work products and deliverables shall have all parts or elements adhering to the required content.
- **Clarity** – Work products and deliverables shall be easy to understand.
- **Timeliness** – Work products and deliverables shall be available at time required and be delivered on or before specified due dates.
- **Format** – Work products and deliverables shall be submitted in hard and/or soft copy, as agreed by the contractor and the Census Bureau.  Both hard and soft copy formats shall follow specified guidance, directives, and/or policies.

## F.5.2  REVIEW AND ACCEPTANCE – DELIVERABLES AND WORK PRODUCTS

After the delivery of a document, the Government will have ten (10) business days to review the document and provide the contractor with a list of any required revisions and/or corrections. The contractor then will have five (5) business days to make these corrections and re-deliver the document to the Government.  However, the contractor is encouraged to review drafts of documents with the COR or the COR's designee, reducing the likelihood that the document will be found deficient, and therefore reducing re-work for all parties.

In the event of rejection of any deliverables, the contractor will be notified in writing by the COR of the specific reasons why the deliverables is unacceptable.  The contractor must return revised deliverables to the COR within five (5) workdays.

**After acceptance, all deliverables and their associated exclusive rights become the property of the Government.**

Page **25** of **69**

**Cloud Services**
**BPA Number: 1333LB24A00000001**

The contractor shall provide deliverables that are compliant with statutory Section 508 of the Rehabilitation Act of 1973 (found at 29 U.S.C. 794d) to ensure that end users with disabilities have access to and use of information and data that is comparable to that provided to others. The statutory language of section 508 can be found at www.section508.gov.

Additional information regarding Deliverable/work product Review and Acceptance at the Order level will be specified in the Order.

### F.5.3   METHOD OF DELIVERY

Deliverables **shall** be provided electronically whenever possible.  If electronic delivery is not possible, deliverables/work products shall be provided as hard copies to the COR or the COR's designee. Electronic and hard copy delivery **shall** be submitted in Microsoft (MS) Word, MS Project and/or MS Excel format unless the Government requests a different format (e.g., PDF).

### F.5.4 LIST OF DELIVERABLES – MASTER BPA

The following chart provides a list of deliverables required during performance at the BPA level if there is at least one active Order for the contractor.  Please note that the dates reflected in the chart are subject to change, as approved by the COR and formally executed via a modification to the BPA.

The BPA level deliverables include, but are not limited to the following:

| Section | Deliverables | Delivery Date: |
|---------|--------------|----------------|
| F.5.4.1 | Kick-Off Meeting, Agenda, Materials, and Meeting Minutes | No later than 10 business days after BPA award; Meeting Minutes no later than 3 business days after Kick-Off meeting. |
| F.5.4.2 | Consolidated BPA-Level Weekly Funding Status Report | Weekly: COB Monday or as directed by the COR |
| F.5.4.3 | Consolidated BPA-Level Monthly Funding Status Report | 15th of Each Month or as directed by the COR |
| F.5.4.4 | BPA-Level Quality Control Plan | Initial Draft with Technical Quote; Finalized within 15 calendar days of BPA award and incorporated in the BPA QASP upon acceptance. |
| F.5.4.5 | BPA Management Plan | Initial Draft with Technical Quote; Finalized within 30 calendar days of BPA award. |

Page **26** of **69**

ANT_AR-0612



All deliverables shall be submitted electronically and written in clear and precise language that follows structured writing/coding techniques to the maximum extent practicable. All deliverables shall conform to an approved standard for format and content. For written deliverables that do not have an established template, the parties will mutually agree upon the format.

**F.5.4.1 Kick-Off Meeting, Agenda, and Materials**
The Contractor shall conduct a team kick-off meeting, within ten (10) business days of BPA award, with the Government at a time/date/location determined by the Government. The purpose of the kick-off meeting is to introduce the major project participants; communicate the background, scope, and schedule; ensure a common understanding of the BPA and all obligations and responsibilities of the Contractor and the Government; review the activities required to initiate and manage the BPA and Orders; and inform the team of necessary administrative items.  The Contractor shall provide an agenda and any necessary materials to successfully conduct the Kick-Off meeting. The Contractor shall work with the COR and Technical Point of Contact to schedule the BPA kick-off meeting.

The Contractor shall develop meeting minutes and action items associated with the team kick-off meeting and deliver to the Government within 3 business days after the kickoff meeting. The Kick-off Meeting Minutes shall describe the major events of the meeting, a statement of the issues considered by the participants, and related responses or decisions for the issues. For each Kick-off Meeting Action Item, the Contractor shall document the item, and to whom the item is assigned. The Contractor personnel to whom the Action Item is assigned is then obligated to perform the action and provide the results by the designated date provided in the document, as directed by the COR.

**F.5.4.2 Consolidated BPA-Level Weekly Funding Status Report**
The Contractor shall provide a consolidated status report on a weekly basis on the funding across all issued Orders. This report shall include, at a minimum, the following:
- All orders tracked against the ceiling of the BPA.
- All open orders with funding applied, invoiced amounts, and remaining balance.
- Projections for remaining funding by order.

Following award and prior to the delivery of the first report, the COR, CSvD, and the Contractor will jointly agree upon the full content requirements of the report as well as the format and delivery form preference.

**F.5.4.3 Consolidated Monthly Funding Status Report**
The Contractor shall provide a consolidated status report on a monthly basis on the funding across all issued Orders. This report shall include, at a minimum, the following:
- All orders tracked against the ceiling of the BPA
- All open orders with funding applied, invoiced amounts, remaining balance
- Projections for remaining funding by Order.

Page **27** of **69**

# United States™ Census Bureau

**Cloud Services**
**BPA Number: 1333LB24A00000001**

Following award and prior to the delivery of the first report, the COR, CSvD, and the Contractor will jointly agree upon the full content requirements of the report as well as the format and delivery form preference.

## F.5.4.4 BPA Quality Control Plan (QCP)

The Contractor shall develop, deliver, maintain, and adhere to a Quality Control (QC) Plan. The contractor's BPA level QCP provides the methodology the contractor will use to assure services, including deliverables/work products, are satisfactorily (as a minimum) provided. The QCP is a contract deliverable for the BPA. The methodology established in the BPA QCP may flow through to orders to ensure consistency in delivery. The Offeror shall submit the QC Plan as part of the technical quote, which will identify the minimum performance indicators, indices, and metrics to be used. The QC Plan shall be delivered in Word and PDF format. The Contractor's QC Plan shall consist of the following information at a minimum:

- A description of the Contractor's proposed performance parameters or Minimum Quality Standards including indicators, metrics, and baselines for services, deliverables, and work products provided under this BPA. The Contractor shall map performance parameters (Quality Standards) to the Government's Performance Requirements and Standards outlined in Section G.8 and Quality Standards outlined in Section F.5.1.
- A description of the methods of surveillance/review/audit process, its documentation, methods of internal review, identification of resources performing the reviews and surveillance, and the frequency of the reviews and surveillance.
- A description of the approach and procedures for communicating with the Government; handling corrective actions; and identifying and implementing potential improvements to the program services.
- A process for project tracking, consumption monitoring, and other agreed upon processes including any deliverables/work products.

Upon acceptance, the QC Plan will be included as an attachment to the Quality Assurance Surveillance Plan (QASP) (Reference: E.3 GOVERNMENT CONTRACT QUALITY ASSURANCE).

## F.5.4.5 BPA Management Plan

The Contractor shall develop, deliver, maintain, and adhere to the BPA Management Plan that shall describe the management strategy, approach, controls, processes, and efforts that will be utilized to effectively organize and manage all requirements under this BPA and all issued Orders. The BPA Management Plan shall be submitted as part of the Contractor's quote and subsequently finalized within 30 calendar days of BPA order award. At a minimum, the BPA Management Plan shall:

Page **28** of **69**



- Establish Contractor Points of Contact and communication protocols by defining interfaces between the project and the Government.
- Establish the project organization, structure, authority, roles, responsibilities, and internal reporting relationships.
- Establish project management procedures and policies that will be followed for all Orders to include a consistent approach, controls, processes, and efforts that will be utilized to effectively organize and manage all cloud services, consumption monitoring, and cost tracking required for ALL ORDERS awarded under this BPA.
- Establish and document comprehensive activity schedules and milestones.
- Establish reporting requirements (including Consumption and utilization reporting as well as CSP SLA compliance reporting) and describe cost and schedule reporting mechanisms.
- Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV (as applicable) Participation Plan to include (at a minimum):
  - Details regarding qualifications and responsibilities;
  - Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV management approach defining the lines of authority and assignment/reporting procedures; and
  - Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV policies and practices.

**[The Contractor must notify the BPA contracting officer in writing of any changes to the partners identified above as it may affect the terms and conditions or performance of the contract as negotiated. The written notification shall stipulate the reason for the change and identify any impacts resulting from the change]**

The Contractor and the Government shall jointly determine the full contents of the BPA Management Plan following BPA award.

**F.5.5 ORDER - DELIVERABLES**
Order deliverables will be specified at the order level.

**F.5.6 STATUS MEETINGS**
If requested, the contractor shall prepare materials for and participate in status meetings at a frequency/date/time and method agreed upon by the contractor and the COR. Status meetings may be in-person, teleconference, or online depending as agreed upon between the contractor and the COR.

**F.5.7 WORK PRODUCTS: ORDERS**
Work products may be included, as necessary, in Orders and will provide a tangible

ANT_AR-0615



**Cloud Services**
**BPA Number: 1333LB24A00000001**

methodology for capturing and reporting critical information related to specific requirements or technical direction. Work products, as defined in Orders, are considered an inherent part of the contractor's roles and responsibilities under each Order. After the delivery of a work product, the Government will review and utilize the document to support operations. The COR, or COR's designee, will review, approve, or reject, and utilize, work products submitted under awarded Orders.  All work products and their associated exclusive rights become the property of the Government.

## F.5.8 NOTICE REGARDING LATE DELIVERY

In the event the Contractor anticipates that it will not meet the schedule as specified in the Deliverables/Work Products listing or performance requirements identified in the BPA, the Contractor shall immediately notify the CO and the COR orally and in writing giving pertinent rationale and proposed corrective action(s) and adequate consideration.  This notice shall not be construed as a waiver by the Government of any of its rights or remedies available under the BPA including termination.

## F.5.9 SPECIAL INSTRUCTIONS

The contractor shall agree that upon termination of or end of the BPA or issued Orders, the contractor shall have no property or possessive right to any of the correspondence, files or materials of whatever kind or description, or any copies or duplicates of such, whether developed or prepared by them or furnished to them by the Government in connection with the performance of the contract and that, upon demand, they shall surrender immediately to the Government such items, matters, materials and copies.

In addition to the provisions, terms, and conditions relating to the deliverables stated in this Performance Work Statement (including any hardware, software, and algorithmic code), the United States Government has rights set forth in FAR 52.227-17 Rights in Data--Special Works and FAR 52.227-14 Rights in Data-General.

**Data Rights and Usage:** The contractor shall deliver data sources and work products to the Census Bureau with unlimited usage rights in perpetuity. The Census Bureau may use the data sources or work products for future research projects as well as to publish research results or findings in professional journals or in presentations.

## F.5.10 TRANSFER OF OWNERSHIP AND RISK OF LOSS

Ownership of deliverable products shall pass to the Census Bureau upon formal acceptance, regardless of when or where the Census Bureau takes physical possession.  Unless the BPA or issued Order specifically provides otherwise, risk of loss of or damage to products shall remain with the Contractor until delivered and accepted by the Census Bureau.  Ownership of products remains with the Contractor until acceptance or cure.  The Contractor shall not be liable for loss

ANT_AR-0616



**Cloud Services**
**BPA Number: 1333LB24A00000001**

of or damage to deliverables caused by the negligence of officers, agents, or employees of the Census Bureau acting within the scope of their employment.

*All work products/Deliverables and their associated exclusive rights become the property of the Government.*

**[End of Section F]**

Page **31** of **69**

ANT_AR-0617



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION G   CONTRACT ADMINISTRATION DATA

**G.1 BLANKET PURCHASE AGREEMENT TERMS AND CONDITIONS**
Terms and conditions of the GSA Schedule Master Contract apply to this BPA and Orders issued against the BPA. In the event there is any inconsistency or conflict between the terms and conditions in the contractor's submission and those in the Agreement or Orders, the terms and conditions of the Agreement or Orders take precedence and shall govern this agreement between the parties. Any other specific clause will be specified at the time of award of each Order.

In the event of any inconsistencies, unless otherwise stated in the relevant order, the order of precedence is as follows:

>    1. The GSA Schedule Contract
>    2. The terms of the BPA and Orders

**G.2 CONTRACTING OFFICER**
Redacted          is hereby designated as the Contracting Officer (CO).  The CO is located at:
U.S. Census Bureau
Acquisition Division (ACQ)
4600 Silver Hill Road
Suitland, MD 20746
Phone: 301.763.4247
Email: Redacted

**G.2.1   CAR 1352.201-70 – CONTRACTING OFFICER'S AUTHORITY (APR 2010)**
The Contracting Officer is the only person authorized to make or approve any changes in any of the requirements of this BPA or order, and, notwithstanding any provisions contained elsewhere in this BPA, the said authority remains solely in the Contracting Officer. In the event the contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the BPA or order terms and conditions, including price.

(End of Clause)

**G.3    CONTRACTING OFFICER'S REPRESENTATIVE**
**G.3.1   CAR 1352.201-72 – CONTRACTING OFFICER'S REPRESENTATIVE (APR 2010)**

Page **32** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

a. █Redacted█ is hereby designated as the Contracting Officer's Representative (COR).  The COR may be changed at any time by the Government without prior notice to the Contractor by written unilateral modification to the BPA and orders. The COR is located at:

U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746
Phone: 301.763.4803
Email: Rebecca.reid@census.gov

b. The responsibilities and limitations of the COR are as follows:
1. The COR is responsible for the technical aspects of the BPA/Orders and serves as a technical liaison with the Contractor.  The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the BPA and issued orders.

2. The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the BPA or Order price, terms, or conditions.  Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COR.  No such final changes shall be made without the express written prior authorization of the Contracting Officer.  The Contracting Officer by designate Assistance or Alternate CORs (ACOR) to act for the COR by naming such ACOR in writing and transmitting a copy of such designation to the Contractor.
(End of Clause)

**G.3.2  ALTERNATE CONTRACTING OFFICER'S REPRESENTATIVE (ACOR)**
*At this time an ACOR has not been identified for this BPA. However, if at a future time, an ACOR is assigned to this BPA, the following applies.*
a. **TBD** is hereby designated as the ACOR.  The ACOR may be changed at any time by the Government without prior notice to the Contractor by a unilateral modification to the BPA.  The ACOR is located at:
U.S. Census Bureau
4600 Silver Hill Road
Room TBD
Suitland, MD 20746
Phone: TBD
Email: TBD

Page **33** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

b. The responsibilities and limitations of the ACOR are as follows:

1. The ACOR is responsible for the technical aspects of the BPA and serves as a technical liaison with the Contractor. The ACOR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the BPA.

2. The ACOR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect any price, terms, or conditions of the BPA. Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COR or ACOR. No such changes shall be made without the expressed written prior authorization of the Contracting Officer.

**G.4 GOVERNMENT PROVIDED SUPPLIES, EQUIPMENT, AND DATA**

If required under an issued Order, the Contractor may need access to Government-Furnished Property (GFP) as necessary to perform the services required. The necessary GFP clause (FAR 52.245-1, Government Property) is included in the BPA and issued orders, as necessary. Government provided resources may include the following:

| DESCRIPTION OF GOVERNMENT PROVIDED RESOURCES | DATE TO BE DELIVERED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Access to Government facilities, and the use of equipment, i.e., desk, phone, laptop computer, shared printer, and miscellaneous office supplies etc. | As determined by the needs of the project. | Access is subject to contractor complying with security requirements, and approval by the Government. |
| Government Provided Laptops | As determined by the needs of the project. | During normal operations, the COR will submit an Entrance ticket. During COVID-19 environment, the contractor must schedule the badge appointment prior to laptop pick up using the online USA Access Site. The badge appointment must be scheduled by 4pm on the business day prior to pick up: https://portal.usaccess.gsa.gov/scheduler/select-activity Laptop pick up must be scheduled with CSD via help desk 301-763-3333. CSD will provide new entering contractors with log on assistance to the network. |

Page **34** of **69**

ANT_AR-0620



**Cloud Services**
**BPA Number: 1333LB24A00000001**

| Virtual Desktop Infrastructure (VDI)/VPN | As determined by the needs of the project. | Vendor must attend training before VDI/VPN access is granted |
|---|---|---|
| Access to Government reports, information, etc. associated with the project. | As determined by the needs of the project. | Access is subject to contractor complying with security requirements, and approval by the Government. |

### G.5 BILLING INSTRUCTIONS

**\*ORDER BILLING WILL BE DEPENDENT UPON ORDER TYPE. ADDITIONAL BILLING INSTRUCTIONS WILL BE INCLUDED AT THE ORDER LEVEL.\***

(a) The Contractor shall provide a single point of contact for handling billing and invoicing issues as well as his/her mailing address and telephone number.

(b) The Contractor shall submit billing on a monthly basis.

(c) The Contractor may use Standard Form 1034 – Public Voucher for Purchases and Services Other than Personal (FAR 53.301–1034) or may submit a company-generated voucher.   However, no matter what type of voucher is submitted, it must contain the proper invoice/voucher information describe in G.5 below.

(d) In accordance with the requirements set forth in FAR Clause 52.233-1 Payments, all Vouchers/Invoices submitted to the COR must be accompanied by appropriate cost-related documentation including affidavits, time and attendance sheets, or other standard proof-of-performance documents previously approved by the Contracting Officer. Vouchers/Invoices must be clearly marked "ORIGINAL".

(e) Vouchers/invoices received without the substantiating documents shall be considered incomplete and will be returned by the COR to the contractor without payment.

### G.5.1  PROCEDURES FOR INVOICING

FAR Subpart 32.905 requires that payment will be made based on the receipt of a proper invoice and satisfactory Order performance.  FAR 32.905(b) specifically states the minimum information an invoice must include to be considered a "proper" invoice for payment.  In accordance with FAR 32.903(a)(3), the U.S. Census Bureau has supplemented these requirements.  Contractors may use Standard Form 1034 – Public Voucher for Purchases and Services Other than Personal (FAR 53-301-1034) or a company-generated invoice.  The invoice document submitted to Fin.finance.invoice.claim.submission@census.gov  (courtesy copy to the COR) must contain the following information:

Page **35** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### PROPER INVOICE INFORMATION

- Government BPA and Order Number
- Government BPA and Order Name/Title
- Name and Address of contractor
- Contact Name, Title and Telephone Number of contractor
- Contractor's Unique Entity ID (UEI) Number
- Date of the Invoice
- Unique Invoice Number, Account Number, and/or any other identifying payment request number.  (The final invoice shall be identified as "FINAL.")  Final Invoices shall be sent to Contracting Officer, COR, and Fin.finance.invoice.claim.submission@census.gov.
- Actual date services were performed and completed.
- Current BPA and Order Period of Performance on all invoices.
- Description of goods or services for which payment is requested – (for example, contract line/sub line number, price, and quantity of goods and services rendered.)
- Care should be taken by the contractor to assure invoices are submitted for items/services and related prices, Contract Line Item Numbers (CLINS), as detailed in Section B of the contract.
- Other supporting or substantiating documentation or information required by the Order (i.e. travel or direct material reimbursement, as authorized by the terms of the BPA).
- CSP SLA Credits, as applicable.
- Invoice total for the current month
- Total amount invoiced to date under the Order
- Total funds remaining for respective period of performance.
- Percent of Allocated Funds Invoiced to Date
- Percent of Funds Remaining for the respective period of performance.
- Payment discount terms.
- Other Substantiating Documentation or Information as required by the BPA or Order

Each voucher/invoice shall include the following statements and signature lines:

> *I hereby certify to the best of my knowledge and belief, that the services set forth herein were performed during the period stated above are current, accurate and complete.*
>
> _____  _____  _____
> Date        Name and Title of Contractor Representative       Signature
>
> (The above statement will be signed by a representative of the Contractor.)

Page **36** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

> *I certify, that to the best of my knowledge and belief that the services/supplies shown on the voucher/invoice have been performed and/or furnished and are accepted. Further, I certify that this voucher/invoice is correct and proper for payment.*
>
>
> _____  _____  _____
> Date          Name of Designated COR                Signature
>
> (The above statement will be signed by the designated COR.)

Vouchers/invoices shall be submitted electronically to U.S. Census Bureau, Finance Division, the designated payment office, at Fin.finance.invoice.claim.submission@census.gov. Concurrently, provide a courtesy copy of the voucher/invoice to the designated COR.  The contractor is notified that it is their responsibility for ensuring the vouchers/invoices are delivered and received by the Finance Division.   CORs and/or Task Managers are **not** responsible for providing copies of the vouchers/invoices are provided to the Finance Division.

Invoices, which are submitted to an incorrect office, or which do not contain the information specified herein, will be returned to the Contractor for corrections.

***THE CONTRACTOR IS NOTIFIED THAT IT IS THEIR RESPONSIBILITY FOR ENSURING THE VOUCHERS/INVOICES ARE DELIVERED TO THE FINANCE DIVISION, AND THE COR ARE NOT RESPONSIBLE FOR ENSURING THE ADVANCED COPIES OF THE VOUCHERS/INVOICES ARE PROVIDED TO THE FINANCE DIVISION.***

**G.5.2 PAYMENT DUE DATE**
Payment schedules will be determined at the Order Level.

**G.5.3 METHOD OF PAYMENT**
Payments made against Orders issued under this BPA will be made in accordance FAR 52.232-33 Payment by Electronic Funds Transfer – System for Award Management (OCT 2018).

**G.6 TAVEL AND PER DIEM**
The USCB will indicate if travel is required for each Order.

Travel is anticipated under this BPA.  When authorized as part of the work scope of an awarded Order, and as approved by the CO or COR, or Alternate COR (ACOR), travel expenses may be



**Cloud Services**
**BPA Number: 1333LB24A00000001**

reimbursed in an amount no higher than that allowed by Federal Travel Regulations (FTR) in effect at the time of travel.  Normal commuting expenses are not allowed.

To be reimbursable, the travel expenses shall be:

1. Allowable under the FTR
2. Approved by the CO or COR/ACOR prior to travel expenditure
3. Allocable and necessary to the services under this BPA

Request for travel approval shall be submitted to the COR/ACOR at least two (2) weeks prior to the time of travel, and shall identify:

1. Name of the traveler
2. Destination(s), including itinerary
3. Purpose of the travel
4. Cost breakdown

Invoices for travel expenses shall include original or legible copies of receipts as prescribed in the FTR, including, at a minimum:

1. Actual airfare or other public conveyance expenses
2. Transportation including car rental expenses for each rental day
3. Lodging expenses

Any burden added to the travel cost will be allowed only as defined in the contractor's standard accounting practice or disclosure agreement.

Travel, both local and long distance, is an acceptable item to be invoiced.  The contractor shall invoice this Other Direct Cost (ODC) shall in accordance with the Federal Travel Regulations (FTR) and shall invoice only as required for individual Order requirements.  Unless authorized by the Contracting Officer (CO), reimbursement of lodging, meals and incidental expenses will not exceed the applicable rates set forth in the FTR for the travel destinations.  The contractor may invoice for all allocable and allowable other direct costs (ODCs) such as printing cost, telephone usage, computer time, etc., in accordance with FAR Clause 52.232-7, Payment under Time and Materials and Labor-Hour contracts.  The Government will not consider allowable the purchase or lease of word processing equipment and/or computer hardware and software.

Non-local travel shall not be undertaken without prior, written approval of the COR or ACOR.  If non-local travel is required and urgent circumstances warrant, then immediate supervisory approval is required at a minimum. Urgent circumstances should be a rare occurrence.  Approved travel reimbursement shall be in accordance to rates set forth in the Federal Travel Regulations (FTR). Unless authorized by the Contracting Officer (CO), reimbursement of lodging, meals and

ANT_AR-0624



**Cloud Services**
**BPA Number: 1333LB24A00000001**

incidental expenses will not exceed the rates in the FTR. Reimbursement of local commuting expenses is not allowed for local travel inside the Washington, DC metropolitan area.

A.  Outside the Washington, DC Metropolitan Area:
Travel by air will be reimbursed at actual costs, not to exceed coach fare. Travel subsistence reimbursement will be authorized under the rates and conditions of the Federal Travel Regulations. Per diem will be reimbursed at actual costs, not to exceed the per diem rates set forth in FAR 31.205-46 (in effect at time of travel), or at said per diem rates regardless of actual cost, whichever is in accordance with the contractor's standard accounting practice or disclosure statement.

When there is travel of more than 10 hours, but less than 24 hours, when no lodging is required, per diem shall be one-half of the Meals and Incidental Expenses (M&IE) rate applicable to the location of the temporary duty assignment. If more than one temporary duty point is involved, the allowance will be one-half of the M&IE rate prescribed for the location where the majority of the time is spent performing official business. The per diem allowance shall not be allowed when the period of official travel is 10 hours or less during the same calendar day. Travel by privately owned vehicle will be reimbursed at the current GSA approved mileage rate. If the contractor incurs travel costs in excess of the approved travel plan, then they will do so at their own expense.

B.  Inside the Washington, DC Metropolitan Area:
Travel reimbursement is not authorized for travel to and from the US Census Bureau for contractors assigned to work at the Census Bureau for the whole term of the contract.  Travel will be reimbursed based on the policies stated in paragraph (a) above.

## G.7    ORDERING PROCEDURES FOR ORDERS AUTHORIZED ORDERING PROCEDURES
No organization, directorate, or office outside of the USCB's CSvD can utilize this BPA without prior approval.  All Orders will be approved and executed by a designated Contracting Officer.

### G.7.1 NOTIFICATION PROCEDURES
Any office, USCB or DOC, with a need to issue an Order under this Master BPA, prior to engaging with ACQ to issue Order Request for Quote, must first contact the Contracting Officer, Contract Specialist, and Contracting Officer's Representative.

### G.7.2  ORDER GUIDANCE
The Government anticipates the award of a Single Master Blanket Purchase Agreement (BPA) will be issued with Optional Periods of Performance included in Section F.1. Orders may be issued up to or on the final date of the Master BPA expiration date.  Orders may be issued at any

ANT_AR-0625



**Cloud Services**
**BPA Number: 1333LB24A00000001**

time during the performance of this BPA and may include option periods as well as the Optional 6-month Extension of Services period in accordance with FAR 52.217-8. The Period of Performance of any issued Order may extend past the BPA expiration date for a period not-to-exceed two (2) years in total.

The Government may exercise option periods at its own discretion based on the continuous need of the services, contractor's performance, and the availability of funding. NOTE: Option Periods included in the BPA and subsequent Orders will be exercised so long as there are Option Periods in the Contractor's GSA Multiple Award Schedule Master Contract that, if exercised, will cover the BPA's period of performance.

### G.7.3 REQUESTING ORDER QUOTES
Specific requirements shall be authorized and funded through the issuance of Orders. Upon the determination that there is a need for the requirements covered under this agreement, the Contracting Officer will provide a Request for Quotation to the contractor inclusive of a Performance Work Statement (PWS) defining the USCB's needs.

The Request for Quotation will include the following information, at a minimum:
   a. Date of Request.
   a. Quote due date.
   b. Period of performance and place of performance of Order.
   d. Type of Order (Firm Fixed Price, Time and Material, Labor Hour, Requirements, or any combination).
   e. Government's Technical Point of Contact (TPOC), COR, and CO.
   f. A description of the requirements including deliverables/work products, performance standards, and as applicable: Service Level Agreements, key personnel, Government-furnished materials, etc.
   g. Technical and Price quote instructions and evaluation criteria.
   k. Security requirements, if different from the BPA.
   l. If applicable, additional provisions/clauses that may be unique to the Order. *(All clauses contained in the BPA and GSA MAS FSS shall be applicable to the Order Request for Quotation and the resultant Order award.)*
   k. Detailed Invoicing Requirements
   l. Any other pertinent information.

### G.8 PERFORMANCE MEASURES
The Government will monitor the contractor's performance for the duration of the BPA and of every Order issued under the BPA in accordance with the QASP, Performance Requirements

Page **40** of **69**

ANT_AR-0626



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Matrix and Standards (Attachment J.5), and established and applicable Service Level Agreements. At a minimum, the Government's monitoring both at the BPA and Order level will include:

- Compliance with BPA level requirements, deliverables, and measures.
- Responsiveness to the Government.
- Cooperative working relationship with all other contractors doing business at the USCB.
- Compliance with requirements, deliverables and measures stated in Orders.
- Cost adherence, control, tracking, and variance reporting at the BPA level and on Orders.
- Schedule adherence control, tracking, and variance reporting at the BPA level and on Orders.

### G.8.1 PERFORMANCE MEASUREMENT REQUIREMENTS

The Performance Requirements can be located in Attachment J.5 – Performance Requirements Matrix and Performance Standards.

**(End of Section G)**



Attachment 3 Page

**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION H   SPECIAL BPA AND ORDER REQUIREMENTS

**H.1 CAR 1352.237-75 – KEY PERSONNEL (APR 2010)**
**NOTE** IF DEEMED NECESSARY, SPECIFIC DETAILS REGARDING KEY PERSONNEL WILL BE PROVIDED AT THE INDIVIDUAL ORDER LEVEL, IF REQUIRED.

(a) The contractor shall assign to this contract the following key personnel:
   (Name) (Position Title)
   (Name) (Position Title)

(b) The contractor shall obtain the consent of the Contracting Officer prior to making key personnel substitutions. Replacements for key personnel must possess qualifications equal to or exceeding the qualifications of the personnel being replaced, unless an exception is approved by the Contracting Officer.

(c) Requests for changes in key personnel shall be submitted to the Contracting Officer at least 15 working days prior to making any permanent substitutions. The request should contain a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. The Contracting Officer will notify the contractor within 10 working days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes.

(End of clause)

**H.2 CAR 1352.208-70 – RESTRICTIONS ON PRINTING AND DUPLICATING (APR 2010)**

   a. The Contractor is authorized to duplicate or copy production units provided the requirement does not exceed 5,000 production units of any one page or 25,000 production units in the aggregate of multiple pages.  Such pages must not exceed a maximum image size of 10¾ x 14¼ inches.  A "production unit" is one sheet, size 8 1/2 x 11 inches, one side only, and one-color ink.  Production unit requirements are outlined in the Government Printing and Binding Regulations.
   b. This clause does not preclude writing, editing, preparation of manuscript copy, or preparation of related illustrative material as part of this BPA/Orders, or administrative duplicating/copying (for example, necessary forms and instructional materials used by the Contractor to respond to the terms of this BPA/Orders).
   c. Costs associated with printing, duplicating, or copying in excess of the limits in paragraph (a) of this clause are unallowable without prior written approval of the Contracting Officer.  If the Contractor has reason to believe that any activity required in fulfillment of the BPA/Orders will necessitate any printing or substantial duplicating or copying, it shall immediately provide written notice to the Contracting Officer and request approval prior to proceeding with the activity.  Requests will be processed by the Contracting Officer in accordance with FAR 8.802.

ANT_AR-0628



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(End of clause)

**H.3 CAR 1352.209-71 – LIMITATIONS OF FUTURE CONTRACTING (APR 2010)**
(a) The following restrictions and definitions apply to prevent conflicting roles, which may bias the Contractor's judgment or objectivity, or to preclude the Contractor from obtaining an unfair competitive advantage in concurrent or future acquisitions.

(1) Descriptions or definitions:

(i) "Contractor" means the business entity receiving the award of this contract, its parents, affiliates, divisions and subsidiaries, and successors in interest.

(ii) "Development" means all efforts towards solution of broadly defined problems. This may encompass research, evaluating technical feasibility, proof of design and test, or engineering of programs not yet approved for acquisition or operation.

(iii) "Proprietary Information" means all information designated as proprietary in accordance with law and regulation and held in confidence or disclosed under restriction to prevent uncontrolled distribution. Examples include limited or restricted data, trade secrets, sensitive financial information, and computer software; and may appear in cost and pricing data or involve classified information.

(iv) "System" means the system that is the subject of this contract.

(v) "System Life" means all phases of the system's development, production, or support.

(vi) "Systems Engineering" means preparing specifications, identifying, and resolving interface problems, developing test requirements, evaluating test data, and supervising design.

(vii) "Technical Direction" means developing work statements, determining parameters, directing other Contractors' operations, or resolving technical controversies.

(2) Restrictions: The Contractor shall perform systems engineering and/or technical direction but will not have overall contractual responsibility for the system's development, integration, assembly and checkout, or production. The parties recognize that the Contractor shall occupy a highly influential and responsible position in determining the system's basic concepts and supervising their execution by other Contractors. The Contractor's judgment and recommendations must be objective, impartial, and independent. To avoid the prospect of the Contractor's judgment or recommendations being influenced by its own products or capabilities, it is agreed that the Contractor is precluded for the life of the system from award of a DOC contract to supply the system or any of its major components, and from acting as a subContractor or consultant to a DOC supplier for the system or any of its major components.

Page **43** of **69**

ANT_AR-0629



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(b) The above restrictions shall be included in all subcontracts, Teaming arrangements, and other agreements calling for performance of work which is subject to the organizational conflict of interest restrictions identified in this clause, unless excused in writing by the Contracting Officer.

(*End of Clause*)

**H.4     CAR 1352.209-73 COMPLIANCE WITH THE LAWS (APR 2010)**
The contractor shall comply with all applicable laws, rules and regulations which deal with or relate to performance in accord with the terms of this BPA.

(End of clause)

**H.5     CAR 1352.209-72 – RESTRICTIONS AGAINST DISCLOSURE (APR 2010)**
(a)  The contractor agrees, in the performance of this contract, to keep the information furnished by the Government or acquired/developed by the contractor in performance of the contract and designated by the Contracting Officer or Contracting Officer's Representative, in the strictest confidence.  The contractor also agrees not to publish or otherwise divulge such information, in whole or in part, in any manner or form, nor to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the contractor's possession, to those employees needing such information to perform the work described herein, *i.e.*, on a "need to know" basis.  The contractor agrees to immediately notify the Contracting Officer in writing in the event that the contractor determines or has reason to suspect a breach of this requirement has occurred.

(b)  The contractor agrees that it will not disclose any information described in subsection (a) to any person unless prior written approval is obtained from the Contracting Officer.  The contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

**H.6     CAR 1352.209-74 – ORGANIZATIONAL CONFLICT OF INTEREST (APR 2010)**
(a) *Purpose.* The purpose of this clause is to ensure that the contractor and its subcontractors:
(1) Are not biased because of their financial, contractual, organizational, or other interests which relate to the work under this contract, and
(2) Do not obtain any unfair competitive advantage over other parties by virtue of their performance of this contract.
(b) *Scope.* The restrictions described herein shall apply to performance or participation by the contractor, its parents, affiliates, divisions and subsidiaries, and successors in interest (hereinafter collectively referred to as "contractor") in the activities covered by this clause as a prime contractor, subcontractor, co-sponsor, joint venture, consultant, or in any similar capacity. For

Page **44** of **69**

the purpose of this clause, affiliation occurs when a business concern is controlled by or has the power to control another or when a third party has the power to control both.

(c) *Warrant and Disclosure.* The warrant and disclosure requirements of this paragraph apply with full force to both the contractor and all subcontractors. The contractor warrants that, to the best of the contractor's knowledge and belief, there are no relevant facts or circumstances which would give rise to an organizational conflict of interest, as defined in FAR Subpart 9.5, and that the contractor has disclosed all relevant information regarding any actual or potential conflict. The contractor agrees it shall make an immediate and full disclosure, in writing, to the Contracting Officer of any potential or actual organizational conflict of interest or the existence of any facts that may cause a reasonably prudent person to question the contractor's impartiality because of the appearance or existence of bias or an unfair competitive advantage. Such disclosure shall include a description of the actions the contractor has taken or proposes to take in order to avoid, neutralize, or mitigate any resulting conflict of interest.

(d) *Remedies.* The Contracting Officer may terminate this contract for convenience, in whole or in part, if the Contracting Officer deems such termination necessary to avoid, neutralize or mitigate an actual or apparent organizational conflict of interest. If the contractor fails to disclose facts pertaining to the existence of a potential or actual organizational conflict of interest or misrepresents relevant information to the Contracting Officer, the Government may terminate the contract for default, suspend or debar the contractor from Government contracting, or pursue such other remedies as may be permitted by law or this contract.

(e) *Subcontracts.* The contractor shall include a clause substantially similar to this clause, including paragraphs (f) and (g), in any subcontract or consultant agreement at any tier expected to exceed the simplified acquisition threshold. The terms "contract," "contractor," and "Contracting Officer" shall be appropriately modified to preserve the Government's rights.

(f) *Prime Contractor Responsibilities.* The contractor shall obtain from its subcontractors or consultants the disclosure required in FAR Part 9.507-1, and shall determine in writing whether the interests disclosed present an actual, or significant potential for, an organizational conflict of interest. The contractor shall identify and avoid, neutralize, or mitigate any subcontractor organizational conflict prior to award of the contract to the satisfaction of the Contracting Officer. If the subcontractor's organizational conflict cannot be avoided, neutralized, or mitigated, the contractor must obtain the written approval of the Contracting Officer prior to entering into the subcontract. If the contractor becomes aware of a subcontractor's potential or actual organizational conflict of interest after contract award, the contractor agrees that the Contractor may be required to eliminate the subcontractor from its team, at the contractor's own risk.

(g) *Waiver.* The parties recognize that this clause has potential effects which will survive the performance of this contract and that it is impossible to foresee each circumstance to which it might be applied in the future. Accordingly, the contractor may at any time seek a waiver from the Head of the Contracting Activity by submitting such waiver request to the Contracting Officer, including a full written description of the requested waiver and the reasons in support thereof.

Page **45** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(End of Clause)

## H.7 SAFETY

The contractor shall:

1. Comply with all applicable safety and occupational health requirements, to include OSHA's 29 CFR 1910. If the contractor fails or refuses to promptly comply with safety requirements, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.
2. Verbally inform the COR of any unsafe/hazardous conditions within thirty (30) minutes of becoming aware of the condition, and in writing within one (1) workday.
3. Verbally inform the COR within two (2) clock hours of the occurrence of all types of injuries and illnesses (first aid, limited duty, lost time and fatality) sustained by a contractor employee arising out of and in the course of his/her employment. A detailed written report shall be submitted to the COR within 24 clock hours.
4. Report to the COR all incidents where contractor employees damage government property. A verbal report shall be made within four (4) clock hours of an occurrence, and a written report of the facts and extent of damage shall be submitted within three (3) workdays.

The Contractor shall be responsible for all damages caused by the negligence of its employees.

## H.8 HARMLESS FROM LIABILITY

The Contractor shall hold and save the Government, its officers, agents, and employees harmless from liability of any nature or kind, including costs and expenses to which they may be subject, for or on account of any or all suits or damages of any character whatsoever resulting from injuries or damages sustained by any person or persons or property by virtue of performance of this BPA/Orders, arising or resulting in whole or in part from the fault, negligence, wrongful act or wrongful omission of the contractor, or any subcontractor, their employees, and agents.

## H.9 CAR 1352.231-71 – DUPLICATION OF EFFORT (APR 2010)

The Contractor hereby certifies that costs for work to be performed under this BPA/Orders and any subcontracts hereunder are not duplicative of any cost charged against any other Government contract, subcontract, or other Government source. The Contractor agrees to advise the Contracting Officer, in writing, of any other Government contract or subcontract it has performed or is performing which involves work directly related to the purpose of this BPA/Orders. The Contractor also certifies and agrees that any and all work performed under this BPA/Orders shall be directly and exclusively for the use and benefit of the Government, and not incidental to any other work, pursuit, research, or purpose of the Contractor, whose responsibility it will be to account for it accordingly.

(End of clause)

Page **46** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## H.10 CONFIDENTIAL INFORMATION

Any designs, equipment, software and processes, and concepts that evolve from performance hereunder shall be considered as "Confidential Information." The Contractor shall not disclose any confidential information obtained in the performance of this BPA and orders. Any presentation of any designs, equipment, or concepts based on information obtained will be subject to review and approval by the Government before publication or dissemination for accuracy of factual data and interpretation.

During the course of this BPA and orders, the Contractor shall have access to Government data relevant to this project as required. Any information, not previously published, received from the Government in connection with this BPA and orders or furnished to the Contractor from other sources in response to the Government's requirements under this BPA and orders, will be restricted to this project, and may not be disclosed or used for any other purpose without the prior written approval of the Contracting Officer. Title to Government-owned data shall remain with the Government. The Contractor shall use the Government-owned data only in connection with this BPA and orders. These restrictions do not apply to information which:

    a.    Currently or subsequently enters the public domain;

    b.    Has been released to any third party, without restrictions; or

    c.    Is obtained by the Contractor independent of the Government.

Physical access to the Contractor's office areas that contain PII and sensitive data shall be controlled to prevent unauthorized personnel from acquiring access to this data.  The Contractor shall not release USCB data outside of its facility, either orally or in written form, without the express written consent of the USCB CO/COR.

## H.11 KEY CONTROL

The Contractor shall ensure that all keys issued to Contractor support personnel are accounted for and controlled.  At a minimum, the Contractor shall be responsible for the following:

1. Ensuring keys are only used by the Contractor's employees.
2. Prohibiting the opening of locked areas by the Contractor's employees to permit entrance of persons other than the Contractor or USCB employees engaged in the performance of assigned work in those areas.
3. Ensuring keys issued to the Contractor by the Government are not duplicated.
4. Ensuring keys issued by the Government are not lost or misplaced.
5. Reporting the loss of any key in writing to the COR within eight (8) clock hours of occurrence or at the beginning of the next scheduled workday, whichever occurs first.

ANT_AR-0633



**Cloud Services
BPA Number: 1333LB24A00000001**

**H.12 SECURITY
H.12.1 CAR 1352.209-72 – RESTRICTIONS AGAINST DISCLOSURE (APR 2010)**

a. The Contractor agrees, in the performance of this BPA, to keep the information furnished by the Government or acquired/developed by the Contractor in performance of the BPA and designated by the Contracting Officer or Contracting Officer's Representative, in the strictest confidence.  The Contractor also agrees not to publish or otherwise divulge such information, in whole or in part, in any manner or form, nor to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the Contractor's possession, to those employees needing such information to perform the work described herein, *i.e.*, on a "need to know" basis.  The Contractor agrees to immediately notify the Contracting Officer in writing in the event that the Contractor determines or has reason to suspect a breach of this requirement has occurred.

b. The Contractor agrees that it will not disclose any information described in subsection (a) to any person unless prior written approval is obtained from the Contracting Officer.  The Contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

(End of clause)

**H.12.2 CAR 1352.237-70 – SECURITY PROCESSING REQUIREMENTS – HIGH OR MODERATE RISK CONTRACTS (APR 2010)**

    a.   Investigative Requirements for High and Moderate Risk Contracts. All Contractor (and subcontractor) personnel proposed to be employed under a High or Moderate Risk contract shall undergo security processing by the Department's Office of Security before being eligible to work on the premises of any Department of Commerce owned, leased, or controlled facility in the United States or overseas, or to obtain access to a Department of Commerce IT system. All Department of Commerce security processing pertinent to this contract will be conducted at no cost to the Contractor. The level of contract risk will determine the type and scope of such processing, as noted below.

1. Investigative requirements for Non-IT Service Contracts are:

    i.        High Risk – Background Investigation (BI)

    ii.       Moderate Risk – Moderate Background Investigation (MBI)

2. Investigative requirements for IT Service Contracts are:

    i.        High Risk IT – Background Investigation (BI)

Page **48** of **69**

ANT_AR-0634



  ii.  Moderate Risk IT – Background Investigation (BI)

b. In addition to the investigations noted above, non-U.S. citizens must have a pre appointment check that includes an Immigration and Customs Enforcement agency check.

c. Additional Requirements for Foreign Nationals (Non-U.S. Citizens).  To be employed under this contract within the United States, non-U.S. citizens must have:

1. Official legal status in the United States;

2. Continuously resided in the United States for the last two years; and

3. Obtained advance approval from the servicing Security Officer of the contracting operating unit in consultation with the DOC Office of Security (OSY) headquarters. (OSY routinely consults with appropriate agencies regarding the use of non-U.S. citizens on contracts and can provide up-to-date information concerning this matter.)

d. Security Processing Requirement. Processing requirements for High and Moderate Risk Contracts are as follows:

1. The Contractor must complete and submit the following forms to the Contracting Officer's Representative (COR):

  i.  Standard Form 85P (SF-85P), Questionnaire for Public Trust Positions;

  ii.  FD-258, Fingerprint Chart with OPM's designation in the ORI Block; and

  iii.  Credit Release Authorization.

2. The Sponsor will ensure that these forms have been properly completed, initiate the CD-254, Contract Security Classification Specification, and forward the documents to the cognizant Security Officer.

3. Upon completion of security processing, the Office of Security, through the servicing Security Officer and the Sponsor, will notify the Contractor in writing of an individual's eligibility to be provided access to a Department of Commerce facility or Department of Commerce IT system.

4. Security processing shall consist of limited personal background inquiries pertaining to verification of name, physical description, marital status, present and former residences, education, employment history, criminal record, personal references, medical fitness, fingerprint classification, and other pertinent information. For non-U.S. citizens, the Sponsor must request an Immigration and Customs

ANT_AR-0635



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Enforcement agency check. It is the option of the Office of Security to repeat the security processing on any contract employee at its discretion.

e. Notification of Disqualifying Information.  If the Office of Security receives disqualifying information on a contract employee, the COR will be notified. The Sponsor, in coordination with the Contracting Officer, will immediately remove the contract employee from duties requiring access to Departmental facilities or IT systems. Contract employees may be barred from working on the premises of a facility for any of the following:

1. Conviction of a felony crime of violence or of a misdemeanor involving moral turpitude;

2. Falsification of information entered on security screening forms or on other documents submitted to the Department;

3. Improper conduct once performing on the contract, including criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct or other conduct prejudicial to the Government, regardless of whether the conduct was directly related to the contract;

4. Any behavior judged to pose a potential threat to Departmental information systems, personnel, property, or other assets.

f. Failure to comply with security processing requirements may result in termination of the contract or removal of contract employees from Department of Commerce facilities or denial of access to IT systems.

g. Access to National Security Information.  Compliance with these requirements shall not be construed as providing a contract employee clearance to have access to national security information.

h. The Contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

**H.12.3 CAR 1352.239-72 – SECURITY REQUIREMENTS FOR INFORMATION TECHNOLOGY RESOURCES (APR 2010)**

a.  Applicability.  This clause is applicable to all contracts that require Contractor electronic access to Department of Commerce sensitive non-national security or national security

ANT_AR-0636



**Cloud Services**
**BPA Number: 1333LB24A00000001**

information contained in systems or administrative control of systems by a Contractor that process or store information that directly supports the mission of the Agency.

b. Definitions.  For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (P.L.  100-235), including the following definition of the term:

1.  Sensitive information is "… any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

2.  For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information.

Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

3.  Information technology resources include hardware, application software, system software, and information (data).  Information technology services include the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

c.  The Contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the Contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the Contractor.

d.  All Contractor personnel performing under this contract and Contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (see

Page **51** of **69**



DOC, Office of the Chief Information Officer website), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

e.  Contractor personnel requiring a user account for access to systems operated by the Contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

f.  Within 5 days of receiving agency clearance notification from the COR and no later than 45 days after contract award, the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy,* chapter 15, section 15.3.  The COR will inform the Contractor of any other available DOC training resources.  Annually thereafter the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

g.  Within 15 days of contract award, the Contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures* using Attachment J.3., Company-Non-Disclosure Agreement, and Attachment J.4., Employee-Non-Disclosure Agreement.

h.  The Contractor shall afford DOC, including the Office of Inspector General, access to the Contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract.  Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

i.  For all Contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the Contractor shall provide, implement, and maintain a System Accreditation Order in accordance with the *DOC IT Security Program Policy*.  Specifically, the Contractor shall:

   1.  Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy*.  The Certification Work Plan, approved by the COR, in

Page **52** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the Contractor of the system that will process DOC data or connect to DOC networks.  Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

2.  Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Order portions of the System Accreditation Order for approval and system accreditation by an appointed DOC official.

3.  Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Order, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

j.  The Contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

## H.13 HSPD-12 IMPLEMENTATION

The performance of this BPA and Orders may require contractors to have physical access to Federal premises for more than 180 days or access to a Federal information system.  Any items or services delivered under this BPA and Orders shall comply with the Department of Commerce personal identity verification procedures that implement HSPD-12, FIPS PUB 201, and OMB Memorandum M-05-24.  The contractor shall insert this clause in all subcontracts when the subcontractor is required to have physical access to a Federally controlled facility or access to a Federal information system.

## H.14    TITLE 13 CLAUSES
## H.14.1  TITLE 13 CLAUSE

Definition: The term "Title 13 Information" in this section refers to any information that are subject to the confidentiality and use restrictions contained in 13 U.S.C Sections 8 and 9. This includes any aggregation or statistic derived from these confidential data if it has not passed the Census Bureau's disclosure review.

These provisions must be in place for any contract requiring the contractor to directly access Title 13 information, or requires them to access Census Bureau facilities, the Census Bureau's

Page **53** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

internal network, or facilities or systems involved in the storage, handling, and processing of any Title 13 information.

In performance of this BPA and Orders, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements. The agency will have the right to void the BPA and orders if the contractor fails to provide the safeguards described below. The Census Bureau retains exclusive authority for determining the appropriate safeguards for Title 13 information and reserves the right to modify these safeguards at any time.

1. No work involving either access to or use of Title 13 information furnished under this contract will be subcontracted without prior written approval of the Census Bureau.
2. In addition to any required background or suitability determinations, all contractors who require direct access to Title 13 information, or to Census facilities, the Census network, or facilities or systems where Title 13 information are stored, handled, or processed must take an oath and complete the Census Bureau Form BC–1759 (Special Sworn Status) that legally binds them to not disclose Title 13 information. An authorized Census Bureau employee or a Notary Public must administer the oath of nondisclosure.
3. These contractors will be required to complete the appropriate Data Stewardship and IT Security Awareness training as specified by the Census Bureau and determined by level of access. This requirement must be met prior to contractor onboarding, and annually thereafter.
4. The two provisions specified above do not apply to support staff in cloud data centers who are not granted systems access above a level as specified by the Census Bureau's Office of Information Security.
5. The Census Bureau is granting the contractor access to Title 13 information only for the purpose of assisting the Census Bureau with statistical activities as authorized under Title 13 U.S.C. These statistical activities are defined in the terms of this contract. Any use of Title 13 information by the contractor for a purpose not specified in the contract is prohibited.
6. Title 13 information will be treated as confidential and will not be divulged or made known in any manner to any person except Special Sworn Status individuals as may be necessary in the performance of this contract. All use or disclosure of Title 13 information must be in accordance with Census Bureau policies including, but not limited to:

| **Data Stewardship Policies** |
| --- |
| PP: Privacy Principles |
| DS001: Access to and Uses of Administrative Data |

Page **54** of **69**

United States™ Census Bureau

**Cloud Services**
**BPA Number: 1333LB24A00000001**

| |
|---|
| DS002: Articulating the Title 13 Benefits of Census Bureau Projects |
| DS006: Controlling Non-Employee Access to Title 13 Data |
| DS007: Safeguarding and Managing Information |
| DS017: Data Stewardship Awareness Training |
| DS018: Unauthorized Browsing |
| DS021: Custom Tabulations |
| DS022: Personally Identifiable Information (PII) Breach Policy |
| DS025: Organization of the Disclosure Review Board |
| **Other Policies** |
| Telework Policy |
| Contractor Home Worksite Policy |
| Acceptable Use Policy for U.S. Census Bureau Information Technology Resources [IT AUP] |
| Data Access and Transfer Policy |
| Incident Reporting Policy |
| BOC Laptop Policies and Procedures |
| Information Technology Security (PPM S5) |
| Records Management (PPM K3) |

7. The Census Bureau retains full ownership of any Title 13 information involved in the performance of this contract including any derivative information unless specifically authorized by the Census Bureau.

8. All Title 13 information involved in the performance of the contract will remain on systems that are owned, maintained, or authorized to operate by the Census Bureau. These systems will be authorized at the FISMA moderate level, with additional technical controls as specified by the Census Bureau.

Page **55** of **69**



9.  Any Title 13 information processed during the performance of this contract will be completely purged from all data storage components of the contractor's computer facility or systems per the Census Bureau's media sanitization procedures either at the Census Bureau's request, or at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any Title 13 information remaining in any storage component will be safeguarded in accordance with Census Bureau policy to prevent unauthorized disclosures.

10. Access to any system or physical space involved in the storage or processing of Title 13 information will be restricted to only authorized individuals with Special Sworn Status.

11. The Census Bureau must specifically authorize, in accordance with Census Bureau policy, any facility where Title 13 information are stored, handled or processed, as well as any location from which the contractor will access the Census Bureau's network, Title 13 information, or any systems that store or process Title 13 information. The contractor will be required to secure any such facility or location to prevent any unauthorized access to Title 13 information and may be required to submit a security plan to the Census Bureau for review. Any authorized site may be subject to inspection by the Census Bureau at any time and for any purpose.

12. The contractor may, at the discretion of the COR, be authorized to perform work that involves access to the Census Bureau's network, or any system that stores and processes Title 13 information from their individual place of residence. This will not be authorized if that work involves any physical media containing Title 13 information. The Census Bureau reserves the right to conduct a physical inspection of the contractor's place of residence if they are authorized to perform work there.

13. Any physical media containing Title 13 information will be secured, stored, handled, and shipped per Census Bureau policies. The contractor will destroy all physical media according to Census Bureau policy or return it to the agency either at the agency's request, or at the time the work is completed. If immediate destruction or return of the Title 13 information is not possible, the contractor certifies that they will continue to safeguard any physical media in their possession to prevent unauthorized disclosures.

Criminal Sanctions:

1.  Under Title 13, U.S.C. section 214, and Title 18, U.S.C. Sections 3551, 3559, and 3571, the penalty for unlawful disclosure by the contractor of any Title 13 information provided to, or accessed by the contractor in the performance of this contract is a fine of not more than $250,000 or imprisonment for not more than 5 years, or both.

**H.14.2 CAR 1352.209-75 – TITLE 13 AND NON-DISCLOSURE REQUIREMENTS (APR 2010)**

Page **56** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

The USCB's data are protected by Title 13 of the United States Code.  The Contractor may not use Title 13 data for any purpose other than the intended purpose for which it is supplied or obtained. All Contractor personnel who will have access to Title 13 data must take an oath and complete the Census Bureau Form BC-1759 (Special Sworn Status) that requires nondisclosure of Title 13 data.  An authorized USCB employee or a Notary Public must administer the oath of nondisclosure.

(End of clause)

## H.15 VIRUS-FREE CHECK AND CERTIFICATION OF DATA DELIVERED VIA ELECTRONIC MEDIA

All data delivered via electronic media (by disk, telecommunications transmission, or any other manner of electronic medium) shall be checked and certified as virus-free at data point of origin. Virus-free electronic media data certification shall be required to accompany all such delivered data identifying the specific certifying party, telephone number, data generation location, date certified, a list of each data item being certified, and the following certifying statement, "All data provided for by this delivery is virus-free".

## H.16 OBTAINING ACCESS TO PROPRIETARY INFORMATION

Prior to gaining access to proprietary information of any other company (which may occur in performing advisory services for the Government), the Contractor shall protect each company's information from unauthorized use or disclosure for as long as such information remains proprietary, and refrain from using the information for any purpose other than that for which it was furnished and required by performance. The Contractor shall provide the Government copies of all such agreements and await written approval by the CO, or their designee, to ensure that such agreements have been completed and properly executed prior to the Contractor gaining access to proprietary information.

## H.17 SYSTEM OF RECORDS NOTICE (SORN)

Reference Attachment J.1 PARC.

## H.18 CAR 1352.228-70 – INSURANCE COVERAGE (APR 2010)

a. Workers Compensation and Employer's Liability. The Contractor is required to comply with applicable federal and state workers' compensation and occupational disease statutes.  If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a Contractor's commercial operations that it would not be practical to require this coverage.  Employer's liability coverage of at least $100,000 shall be required, except in states with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.

Page **57** of **69**



b. General liability.

1. The Contractor shall have bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

2. When special circumstances apply in accordance with FAR 28.307-2(b), Property Damage Liability Insurance shall be required in the amount of $0.00.

c. Automobile liability. The Contractor shall have automobile liability insurance written on the comprehensive form of policy.  The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract.   Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

d. Aircraft public and passenger liability. When aircraft are used in connection with performing the contract, the Contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger liability, and $200,000 per occurrence for property damage.  Coverage for passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

e. Vessel liability. When contract performance involves use of vessels, the Contractor shall provide, vessel collision liability and protection and indemnity liability insurance as determined by the Government.

(End of clause)

**H.19 CAR 1352.245-70 GOVERNMENT FURNISHED PROPERTY (APRIL 2010)**
The Government will provide the following item(s) of Government property to the contractor.

(a)  Access to appropriate Census Bureau staff and consultants as agreed to complete the required deliverables.
(b)  Upon request, the Government may provide Standard Operational Procedures, regulations, manuals, texts, briefs, and other materials associated with the project.
(c)  The Government may provide the following to Contractor staff working on site:
    (1) Temporary office space
    (2) Personal computers
    (3) Telephone access
The contractor shall be accountable for, and have stewardship of, the property in the performance of this BPA and Orders. This property shall be used and maintained by the contractor in accordance with provisions of the "Government Property" clause included in this BPA.

ANT_AR-0644



(End of clause)

**H.20 CAR 1352.237-73 FOREIGN NATIONAL VISITOR AND GUEST ACCESS TO DEPARTMENTAL RESOURCES (APR 2010)**
(a) The Contractor shall comply with the provisions of Department Administrative Order 207-12, Foreign National Visitor and Guest Access Program; Bureau of Industry and Security Export Administrative Regulations Part 734, and [insert operating unit counsel specific procedures]. The Contractor shall provide the Government with notice of foreign nationals requiring access to any Department of Commerce facility or through a Department of Commerce IT system.

   (b) The Contractor shall identify each foreign national who requires access to any Departmental resources, and shall provide all requested information in writing to the Contracting Officer's Representative.

   (c) The Contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

**H.21 CAR 1352.227-70 RIGHTS IN DATA, ASSIGNMENT OF COPYRIGHT (APR 2010)**
In accordance with 48 CFR 52.227-17, Rights in Data – Special Works, the Contractor agrees to assign copyright to data, including reports and other copyrightable materials, first produced in performance of this contract to the United States Government, as represented by the Secretary of Commerce.

(End of Clause)

**H.22 CAR 1352.239-71 – ELECTRONIC AND INFORMATION TECHNOLOGY (APR 2010)**
a.  To be considered eligible for award, Offerors must propose electronic and information technology (EIT) that meet the applicable Access Board accessibility standards at 36 CFR 1194 designated below:

   _____1194.21 Software applications and operating systems
   ____X____1194.22 Web-based intranet and internet information and applications
   _____1194.23 Telecommunications products
   _____1194.24 Video and multimedia products
   _____1194.25 Self-contained, closed products
   _____1194.26 Desktop and portable computers
   _____1194.31 Functional performance criteria
   ____x____1194.41 Information, documentation and support

b.  The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

ANT_AR-0645



c. Alternatively, Offerors may propose products and services that provide equivalent facilitation. Such offers will be considered to have met the provisions of the Access Board standards for the feature or components providing equivalent facilitation.  If none of the offers that meet all applicable provisions of the standards could be accepted without imposing an undue burden on the agency or component, or if none of the Offerors propose products or services that fully meet all of the applicable Access Board's provisions, those Offerors whose products or services meet some of the applicable provisions will be considered eligible for award.  Awards will not be made to an Offeror meeting all or some of the applicable Access Board provisions if award would impose an undue burden upon the agency.

d. Offerors must submit representation information concerning their products by completing the VPAT template at www.Section508.gov.

(End of clause)

**H. 22.1 SECTION 508 OF THE REHABILITATION ACT OF 1973, AS AMENDED**
Any electronic and information technology products delivered under this contract must comply with applicable requirements of Section 508 of the Rehabilitation Act of 1973, as amended. Section 508 ensures that individuals with disabilities who seek information or services from a Federal agency access to and use of information and data that is comparable to that provided to the public who are not individuals with disabilities. The contractor will provide Voluntary Product Accessibility Template (VPAT) statements for applicable products.

**H.23   NEW WORK**
The Contractor performing under this BPA may be required to provide access to additional CSPs and perform additional cloud-related products/services related to the work identified in Section C. The government reserves the right to include additional work, in accordance with FAR 52.243-3 Changes-Time-and-Materials or Labor-Hours or 52.212-4 Contract Terms and Conditions—Commercial Products and Commercial Services, which is deemed as within the scope of this BPA and issued Orders.

**H.24 TITLE AND RISK OF LOSS**
a.  After award of this BPA, the title to all materials acquired by the Contractor in the performance of the task order properly chargeable there to under sound accounting practices is the property of the Government and shall vest in the Government.  All material acquired under this task order shall become property of the Government.

b.   The Contractor shall bear this risk of loss of property, title to which vests in the Government pursuant to this clause, in the event of loss, theft or destruction or for damage to any such property before delivery acceptance by the Government.

Page **60** of **69**



## H.25 COMPLIANCE WITH CLAUSES IDENTIFIED IN IRC SECTION 6103(P) OF IRS PUBLICATION 1075 (AUG 2017)
## I. PERFORMANCE

In performance of this BPA and Orders, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements:

(1) All work will be done under the supervision of the contractor or the contractor's employees.

(2) Any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this BPA. Information contained in such material will be treated as confidential and will not be divulged or made known in any manner to any person except as may be necessary in the performance of this BPA and Orders. Disclosure to anyone other than an officer or employee of the contractor with a need-to-know is prohibited.

(3) All returns and return information will be accounted for upon receipt and properly stored before, during, and after processing. In addition, all related output will be given the same level of protection as required for the source material.

(4) The contractor certifies that the data processed during the performance of this BPA and Orders will be completely purged from all data storage components of his or her computer facility, and no output will be retained by the contractor at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any IRS data remaining in any storage component will be safeguarded to prevent unauthorized disclosures.

(5) Any spoilage or any intermediate hard copy printout that may result during the processing of IRS data will be given to the agency or his or her designee. When this is not possible, the contractor will be responsible for the destruction of the spoilage or any intermediate hard copy printouts, and will provide the agency or his or her designee with a statement containing the date of destruction, description of material destroyed, and the method used.

**(6) All computer systems receiving, processing, storing or transmitting FTI must meet the requirements defined in IRS Publication 1075.** To meet functional and assurance requirements, the security features of the environment must provide for the managerial, operational, and technical controls. All security features must be available and activated to protect against unauthorized use of and access to Federal Tax Information.

(7) No work directly involving Federal Tax Information furnished under this BPA/Orders will be subcontracted without prior written approval of the IRS.

ANT_AR-0647



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(8) The contractor will maintain a list of employees authorized access. Such list will be provided to the agency and, upon request, to the IRS reviewing office.

(9) The agency will have the right to void the BPA and Order if the contractor fails to provide the safeguards described above.

## II. CRIMINAL/CIVIL SANCTIONS

(1) Each officer or employee of any person to whom returns or return information is or may be disclosed will be notified in writing by such person that returns or return information disclosed to such officer or employee can be used only for a purpose and to the extent authorized herein, and that further disclosure of any such returns or return information for a purpose or to an extent unauthorized herein constitutes a felony punishable upon conviction by a fine of as much as $5,000 or imprisonment for as long as 5 years, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized further disclosure of returns or return information may also result in an award of civil damages against the officer or employee in an amount not less than $1,000 with respect to each instance of unauthorized disclosure. These penalties are prescribed by IRCs 7213 and 7431 and set forth at 26 CFR 301.6103(n)-1.

(2) Each officer or employee of any person to whom returns or return information is or may be disclosed shall be notified in writing by such person that any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this BPA/Orders. Information contained in such material shall be treated as confidential and shall not be divulged or made known in any manner to any person except as may be necessary in the performance of the BPA/Orders. Inspection by or disclosure to anyone without an official need-to-know constitutes a criminal misdemeanor punishable upon conviction by a fine of as much as $1,000 or imprisonment for as long as 1 year, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized inspection or disclosure of returns or return information may also result in an award of civil damages against the officer or employee [United States for Federal employees] in an amount equal to the sum of the greater of $1,000 for each act of unauthorized inspection or disclosure with respect to which such defendant is found liable or the sum of the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure plus in the case of a willful inspection or disclosure which is the result of gross negligence, punitive damages, plus the costs of the action. These penalties are prescribed by IRC 7213A and 7431.

(3) Additionally, it is incumbent upon the contractor to inform its officers and employees of the penalties for improper disclosure imposed by the Privacy Act of 1974, 5 U.S.C. 552a. Specifically, 5 U.S.C. 552a(i)(1), which is made applicable to contractors by 5 U.S.C.

Page **62** of **69**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

552a(m)(1), provides that any officer or employee of a contractor, who by virtue of his/her employment or official position, has possession of or access to agency records which contain individually identifiable information, the disclosure of which is prohibited by the Privacy Act or regulations established thereunder, and who knowing that disclosure of the specific material is prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and be fined not more than $5,000.

(4) Granting a contractor access to FTI must be preceded by certifying that each individual understands the agency's security policy and procedures for safeguarding IRS information. Annual training and certification is required.  Training is accessible for all Census contractors provided email access, i.e. @census.gov, can access the training at https://doc.csod.com/LMS/catalog/Welcome.aspx?  For contractors without a Census email, please contact the Policy Coordination Office on (301) 763-6440 for training procedures.

## III. INSPECTION

The IRS and the Agency shall have the right to send its officers and employees into the offices and plants of the contractor for inspection of the facilities and operations provided for the performance of any work under this BPA and orders. On the basis of such inspection, specific measures may be required in cases where the contractor is found to be noncompliant with contract safeguards.

**[End of Section H]**

ANT_AR-0649



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION I: CONTRACT CLAUSES

All applicable clauses from the contractor's master General Services Administration (GSA) Multiple Award Schedule (MAS) contract are applicable to this BPA and Orders issued against the BPA. The clauses below are being provided either as supplements or to highlight their inclusion.

**I.1 FAR 52.252-2 – CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**
This BPA incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at: https://www.acquisition.gov

The following FAR clauses are incorporated by reference:

- FAR 52.202-1 DEFINITIONS (NOV 2013)
- FAR 52.239-1 PRIVACY OR SECURITY SAFEGUARDS (AUG 1996)
- FAR 52.227-14 RIGHTS IN DATA – GENERAL (MAY 2014)
- FAR 52.227-16 ADDITIONAL DATA REQUIREMENTS (JUN 1987)
- FAR 52.227-17 RIGHTS IN DATA-SPECIAL WORKS
- FAR 52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)
- FAR 52.237-3 CONTINUTITY OF SERVICES (JAN 1991)
- FAR 52.245-1 GOVERNMENT PROPERTY (SEP 2021)
- FAR 52-245-9  USE AND CHARGES (APR 2012)
-  FAR 52.203-17 CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS. (JUN 2020)
- FAR 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 2012)
- FAR 52.204-21 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (NOV 2021)
- FAR 52.212-4 CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS (DEC 2022)
- FAR 52.244-6 SUBCONTRACTS FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAR 2023)
- FAR 52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (NOV 2021)
- FAR 52.223-6 DRUG-FREE WORKPLACE (MAY 2001)
- FAR 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 2020)
- FAR 52.228-7 INSURANCE—LIABILITY TO THIRD PERSONS (MAR 1996)

Page **64** of **69**



- FAR 52.232-40 PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (MAR 2023)
- FAR 52.232-18 AVAILABILITY OF FUNDS (APR 1984)
- FAR 52.232-22 LIMITATION OF FUNDS (APR 1984)
- FAR 52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUNE 2013)
- FAR 52.232-23 ASSIGNMENT OF CLAIMS (MAY 2014)
- FAR 52.232-7 PAYMENTS UNDER TIME AND MATERIALS AND LABOR HOUR CONTRACTS (NOV 2021)
- FAR 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002)
- FAR 52.243-3 CHANGES-TIME AND MATERIALS OR LABOR HOURS (SEP 2000)
- FAR 52.243-1 CHANGES-FIXED-PRICE (AUG 1987)
- FAR 52.246-6 INSPECTION-TIME AND MATERIAL AND LABOR HOUR (MAY 2001)
- FAR 52.246-4 INSPECTION OF SERVICES – FIXED PRICE (AUG 1996)
- FAR 52.249-14 EXCUSABLE DELAYS (APR 1984)
- FAR 52.227-1 AUTHORIZATION AND CONSENT (JUN 2020)

**I.2 FAR CLAUSES INCORPORATED BY FULL TEXT:**
The following FAR clauses apply to this acquisition and are hereby incorporated by full text. Full text of these clauses can be found at: https://www.acquisition.gov/browsefar

**FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**
(a) The Government may extend the term of this contract by written notice to the Contractor prior to contract expiration; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 1 day before the contract expires. The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.
(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of clause)



**Cloud Services**
**BPA Number: 1333LB24A00000001**

**FAR 52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021)**

(a) *Definitions.* As used in this clause—

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (*e.g.*, connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (*e.g.*, fiber optic, coaxial cable, Ethernet).

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means–

(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means–

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

(ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

Page **66** of **69**

ANT_AR-0652



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (*e.g.*, connection of a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Reasonable inquiry* means an inquiry designed to uncover any information in the entity's possession about the identity of the producer or provider of covered telecommunications equipment or services used by the entity that excludes the need to include an internal or third-party audit.

*Roaming* means cellular communications services (*e.g.*, voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

(b) *Prohibition.*

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. The Contractor is prohibited from providing to the Government any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract, or extending or renewing a contract, with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract.

(c) *Exceptions.* This clause does not prohibit contractors from providing—

(1) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

ANT_AR-0653



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(2) Telecommunications equipment that cannot route or redirect user data traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(d) Reporting requirement.

(1) In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system, during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (d)(2) of this clause to the Contracting Officer, unless elsewhere in this contract are established procedures for reporting the information; in the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (d)(1) of this clause

(i) Within one business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (d)(2)(i) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

(e) *Subcontracts.* The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (b)(2), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products or commercial services.

(End of clause)

**[End of Section I]**

Page **68** of **69**

ANT_AR-0654



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION J – LIST OF ATTACHMENTS

J.1     PARC
J.2     Representations and Certifications Addendum
J.3     Quality Assurance Surveillance Plan (QASP)
J.4     Price Quote Worksheet
J.5     Performance Requirements Matrix and Performance Standards
J.6     Census Cloud Inventory
J.7     [Reserved]
J.8     Marketplace Ordering Process


**[End of Section J]**

Page **69** of **69**

ANT_AR-0655

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Accounting and Appropriation Data:<br>Redacted<br><br>Cost Applied: $Redacted<br><br>Cloud Services<br>The estimated value of this BPA is $Redacted .<br><br>Base Period: Date of Award through October 31, 2024<br>Option Period 1: November 1, 2024 October 31, 2025<br>Option Period 2: November 1, 2025 October 31, 2026<br>Option Period 3: November 1, 2026 October 31, 2027<br>Option Period 4: November 1, 2027 October 31, 2028 | 1.00 | EA | Redacted | Redacted |

ANT_AR-0656

| **ORDER FOR SUPPLIES AND SERVICES** | REQUISITION/REFERENCE NUMBER BCYA1323-24-00129 | PAGE 1 | OF | PAGES 39 |
|---|---|---|---|---|

| 1. DATE OF ORDER See Block 26C | 2. ORDER NUMBER 1333LB24A00000001/1333LB24F00000016 | 3. CONTRACT NUMBER 47QTCA19D00MP | 4. PDN NUMBER |
|---|---|---|---|

**5. ACCOUNTING AND APPROPRIATION DATA    See Schedule**

| FOR GOVERNMENT USE ONLY | FUND | FUNCTION CODE | B/A CODE | CC-A | C/E CODE | FY | REGION |
|---|---|---|---|---|---|---|---|
| | CC-B | PROJ./PROS NO. | O/C CODE | ORG. CODE | W/ITEM | PRT./CRFT | |

**6. TO: CONTRACTOR (Name, address and zip code)**   00003604
FOUR POINTS TECHNOLOGY, L.L.C.
14900 CONFERENCE CENTER DRIVE
SUITE 100
CHANTILLY VA 20151

**7. TYPE OF ORDER**

A. ☐ PURCHASE
Please furnish the following on the terms and conditions specified on the order and the attached sheets, if any, including delivery as indicated.

B. ☐ DELIVERY (For Supplies)
This delivery order is issued subject to the terms and conditions of the above numbered contract.

C. ☐ TASK ORDER (For Services)
This task order is issued subject to the terms and conditions of the above numbered contract.

| D. MODIFICATION NUMBER | AUTHORITY FOR ISSUING |
|---|---|

Except as provided herein, all terms and conditions of the original order, as heretofore mentioned, remain unchanged.

9B. START DATE:   See Block 26C
9C. COMPLETION DATE:   MAY 31, 2024

| 8A. Data Universal Numbering System (DUNS) Number H1KHJPJH9R51 | 8B. Taxpayer Identification Number (TIN) 030433660 |
|---|---|

**9A. BUSINESS CLASSIFICATION**

☐ a. SMALL   ☒ b. OTHER THAN SMALL   ☐ c. SMALL DISADVANTAGED
☐ d. WOMAN-OWNED   ☐ e. HUBZone   ☐ f. EMERGING SMALL
☒ g. VETERAN   ☒ h. SERVICE DISABLED VETERAN

| 10. ISSUING OFFICE (Address, Zip Code, and Telephone Number)   COACQSU | 11. REMITTANCE ADDRESS (MANDATORY)   00003604 | 12. SHIP TO (Consignee Address, Zip Code and Telephone Number)   SCBOWI |
|---|---|---|
| BUREAU OF CENSUS ACQUISITION DIVISION, 2J438 4600 SILVER HILL ROAD WASHINGTON DC 20746 | FOUR POINTS TECHNOLOGY, L.L.C. 14900 CONFERENCE CENTER DRIVE SUITE 100 CHANTILLY VA 20151 | BUREAU OF THE CENSUS BOWIE COMPUTER CENTER 17101 MELFORD BLVD BOWIE MD 20715 |

| 13. PLACE OF INSPECTION AND ACCEPTANCE | 14. REQUISITION OFFICE (Name, Symbol and Telephone Number) SUITLAND |
|---|---|

| 15. F.O.B. POINT Destination | 16. GOVERNMENT B/L NUMBER | 17. DELIVERY F.O.B. POINT See Block 26C | 18. PAYMENT/DISCOUNT TERMS 0 Days 0% Net 30 |
|---|---|---|---|

**19. SCHEDULE**

| ITEM NUMBER (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | **Effective Date: See Block 26C** | | | | |
| | See Continuation Page for Line Item Details. | | | | |

| 20. RECEIVING OFFICE (Name, Symbol and Telephone Number) | TOTAL FROM 300-A(s) | Redacted |
|---|---|---|

| 21. MAIL INVOICE TO: (Electronic Invoice Preferred)   PYFINSU BUREAU OF CENSUS FINANCE DIVISION 4600 SILVER HILL ROAD - 2K419 WASHINGTON DC 20233-4400 | 22. GROSS SHIP WEIGHT | GRAND TOTAL | Redacted |
|---|---|---|---|

23. SHIPPING POINT

| 24A. FOR INQUIRIES REGARDING PAYMENT CONTACT: Redacted | 24B. TELEPHONE NUMBER Redacted |
|---|---|

| Redacted Redacted | 26A. UNITED STATES OF AMERICA   (NAME OF CONTRACTING/ORDERING OFFICER) Redacted | |
|---|---|---|
| | Redacted | |
| 25C. DATE SIGNED 12/19/2023 | 26B. SIGNATURE   Date: 2023.12.20 07:33:31 -05'00' | 26C. DATE SIGNED 12/20/2023 |

**GENERAL SERVICES ADMINISTRATION**     **GSA 300 (REV. 5/2010)**

ANT_AR-0657



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

## 1. ORDER TYPE

This Order is issued against the U.S. Census Bureau's Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001. This is a 'Requirements' Type Order with optional CLINs of fixed size cost blocks also referred to as 'Fixed Price Non-Term (On-Demand) Cloud Computing Services' in accordance with *GSAR Clause 552.238-199 Special Ordering Procedures Applicable when Procuring Cloud Computing on a Consumption Basis* as provided in the underlying GSA MAS FSS. Reference GSA MAS SIN 518210C Ordering Guide.

## 2. CAR 1352.270-70 PERIOD OF PERFORMANCE (APR 2010)

(a) The base period of performance of this call order is from **the Date of Award** through **May 31, 2024.** If an option is exercised, the period of performance shall be extended through the end of that option period.

(b) The option periods that may be exercised are as follows:

| Period of Performance | Start date | End date |
|---|---|---|
| Base Period | Date of Award | May 31, 2024 |
| Option Period 1 | June 01, 2024 | May 31, 2025 |
| Option Period 2 | June 01, 2025 | May 31, 2026 |
| Option Period 3 | June 01, 2026 | May 31, 2027 |
| Option Period 4 | June 01, 2027 | May 31, 2028 |

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-9.

(End of clause)

## 3. CALL ORDER PRICING

### 3.1 PRICING MODEL

The USCB is purchasing Cloud on a consumption basis in increments in which 1 unit (AWS_CLOUD_CREDIT) = $1 of consumption-based credits. This is a 'Requirements' Type Order with optional CLINs of fixed size cost blocks also referred to as 'Fixed Price Non-Term (On-Demand) Cloud Computing Services' in accordance with GSAR Clause 552.238-199 *Special Ordering Procedures Applicable when Procuring Cloud Computing on a Consumption Basis* as provided in the underlying GSA MAS FSS.

This Fixed Price Non-Term Cloud Computing Services (e.g., On-Demand) order type has the following properties:

- **Awarded CLINs:**
  - Each Awarded CLIN has a defined scope (i.e. AWARDED CLIN 1001 – AWS BUNDLE – Base Period) and are fully funded at time of award with funded values being the 'Fixed Size Cost Block ($) – Not to Exceed Fixed Funded Amount'. See Table in Section 3.3.

ANT_AR-0658



- o Under Awarded CLINs are Sub-CLINs. Sub-CLINs have explicitly defined scope (i.e., explicit compute type or CSP Offering) that falls within the scope of the Awarded CLIN. Sub-CLINs have a negotiated fixed unit cost and unit of measure. The 'quantity' at time of award is 'Not Applicable' as it is based on units consumed over the period.
  - o Sub-CLINs are not individually funded at time of award, all funding remains obligated at the Awarded CLIN level.
  - o As the Government consumes units within listed Sub-CLINs, the Government is invoiced in arrears on a monthly basis. In addition to applying all established invoicing procedures, each invoice lists the quantity of services (units) used for each Sub-CLIN and provides an incurred cost for each explicit service. The total incurred costs for all Sub-CLINs is then subtracted from the Award CLIN resulting in a balance of funding (i.e., remaining funding on the CLIN).
  - o Under this model, the Government documents what cloud services have been awarded and the awarded price per listed unit of measure for that service (i.e., Fixed Price). This allows consumed (i.e., used) services to be traceable at time of invoice. The Government's usage is cumulative month to month and each invoice will list the cumulative usage (quantity) for each CLIN.

- **Optional CLINs:**
  - o Not funded at time of award. Optional CLINs are activated and fully funded via the execution of an order modification.
  - o Optional CLINs allow the Government to incrementally fund services by executing and fully funding each optional CLIN as funds are expensed.
  - o Sub-CLINs - The same logic for an awarded CLINs Sub-CLIN above apply here.
  - o Optional CLINs are a duplication of the awarded CLIN. All established Fixed Pricing at the Awarded CLIN level flow to all Optional CLINs, unless otherwise agreed upon. As long as an Optional CLIN has been activated via modification and the obligation of funds, there is no disruption in services when Awarded CLINs or Activated Optional CLINs are fully expended. The ongoing incurred costs simply transition to following CLIN without interruption.

Section 3.3 of this Order illustrates the Pricing Structure.

## 3.2 ESTIMATED CLOUD SERVICE NEEDS

In accordance with *GSAR Clause 552.238-199*:
"(2) Estimates for cloud computing services to be procured on a consumption basis.
      (i) The Ordering Activity Contracting Officer must state a realistic estimate of—
      (A) The consumption of cloud computing services in the task order solicitation; and
      (B) The total amount in dollars to be expended on cloud consumption in the task order."

The Government's current estimated cloud service needs anticipated under this Call Order is estimated at the following units per Period of Performance:

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 2 of 21**

PAGE 3 OF 39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016       ANT_AR-0659



| Period of Performance | Estimated Consumption Units |
|---|---|
| Base Period | Redacted |
| Option Period 1 | Redacted |
| Option Period 2 | Redacted |
| Option Period 3 | Redacted |
| Option Period 4 | Redacted |
| Total Estimated Units | Redacted |

The total amount in dollars to be expended on cloud consumption in the order is estimated at $Redacted . In accordance with *CAR 1352.216-77 ESTIMATED CEILING PRICE (APR 2010)*, the total estimated ceiling price of this call order is:

| Period of Performance | Estimated Values Based on Anticipated Expended Dollars on Cloud Consumption [Assumption $1.00 = 1 Unit] |
|---|---|
| Base Period | $Redacted |
| Option Period 1 | $Redacted |
| Option Period 2 | $Redacted |
| Option Period 3 | $Redacted |
| Option Period 4 | $Redacted |
| Total Call Order Value = | $Redacted |

The Contractor shall notify the Contracting Officer (CO), in writing, 60 calendar days prior to incurring 50% and 75% of obligated funds [Refer to formal procedures outlined in GSAR Clause 552.238-199], or whenever there is reason to believe that costs may be either greater or substantially less than previously estimated or are not adequate to complete the balance of work remaining in the Call Order. If remaining funds are inadequate, include:
1.  A fully supported cost proposal disclosing the amount of funds remaining;
2.  The amount of additional funding required to continue timely performance;
3.  When the funds will be required.

(End of Clause)

*The Government expects the actual amount of units and types of cloud services (i.e. CLIN/Sub-CLIN) needed as well as estimated total amount of dollars to be expended to support the Government under this order could increase or decrease throughout the life cycle to allow for currently unforeseen workload increases or decreases. As a result, the awarded Call Order Values may increase or decrease accordingly dependent upon awarded CLINs and Optional CLINs executed over the period of performance.*

ANT_AR-0660



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

## 3.3 PRICING STRUCTURE

| CLIN - Pricing Component | Unit Description | Discount (%) Per Unit | Quoted Price Per Unit | Fixed Size Cost Block ($) – Not to Exceed Fixed Funded Amount |
|---|---|---|---|---|
| Redacted | | | | |

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 4 of 21**

PAGE 5 OF  39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016          ANT_AR-0661

Attachment Page



Redacted

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 5 of 21**

ANT_AR-0662



Redacted

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 6 of 21**





**OPTIONAL CLINs**

*Each Optional CLIN represents a 'Fixed Size Cost block'. Following order award and when additional computing needs are required, an Optional CLIN will be activated via a modification to fully fund the Optional CLIN. Funded values of Optional CLINs will be the Fixed Not-To-Exceed value of the Optional CLIN or "Fixed-Size Cost Block".*

*The following 'Optional CLINs' may be activated at any time and as many times as necessary per the fixed unit rates of the Awarded CLIN above (unless otherwise agreed upon) until the total not-to-exceed ceiling of the order is met. Therefore, additional Optional CLINs may be added throughout the Period of Performance.*

Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 7 of 21

PAGE 8 OF 39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016        ANT_AR-0664





This table will be updated as funding is allocated to the order and CLINs/Optional CLINs are activated via modification to the order.

## 3.4    DISCOUNT CONSIDERATIONS

The unit discounts provided in Call Order Section 3.3 have the following properties:

- The percent (%) discount applies for a complete performance period.
- The percent (%) discount applies to all services/products within the scope of the Functional Area/Sub-CLIN.
- The percent (%) discount applies to posted unit list prices of current CSP products and services offerings as well as any new and future offerings.
- The percent (%) discounts apply unless an additional discount or other competitive pricing arrangements are negotiated (i.e. bulk/tiered pricing).
- Unless otherwise negotiated in this order in Section 3.3 above, at a minimum, the BPA-level discount percentage for this Cloud Service Provider (CSP)'s offerings by functional area for each period of performance will be applied to this order.
- The percent (%) discount offered is in consideration of the "Not Separately Priced" Requirements [Reference Functional Area 0004: Cost Management and Resource Optimization (BPA Section C.4.4)].

## 3.5  CSP OFFERINGS AND PRICE CONSIDERATIONS

Changes to a CSP's list prices over the life of the order shall be addressed as follows:

- If list prices change during a Period of Performance of an issued Order, then the lowest of the two prices (the original list price with discount applied or new list price with discount applied) shall apply. The Contractor shall certify that a rate drop during any calendar month becomes effective the first day of the calendar month.

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 8 of 21**

PAGE 9 OF  39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016        ANT_AR-0665



- GSA MAS posted list prices are the **maximum** fixed price a contractor can charge on an order placed against a GSA MAS FSS. Decreases made to GSA Advantage Price Lists or Competitive Commercial Price Lists shall flow through to this order accordingly.

When available, the Contractor shall provide the Government specialized, discount bulk purchasing or tiered pricing arrangements. The Contractor shall take into consideration consumption at the BPA level when offering specialized, discounted, and/or bulk purchasing or tiered pricing models.

## 3.6 ORDER LEVEL MATERIALS & OPEN-MARKET CONSIDERATIONS

If applicable under this order, the processes provided in BPA Sections B.4.5 and B.4.6.

## 4.0 FUNDING CONSIDERATIONS

The obligated funding under this Call Order is provided at the time of Call Order award against Awarded CLINs and via modification to activate Optional CLINs (i.e. 'Fixed Price' Cost Blocks).  The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the Call Order, and the Contractor shall not be obligated to continue performance if doing so would exceed the ceiling price set forth in the Call Order.

In accordance with GSAR Clause 552.238-199(f):


(1) The Ordering Activity may allot funds incrementally as the bona fide need arises for predefined and established fixed-priced procurement requirements on individual CLINs.

(2) The Ordering Activity shall ensure sufficient funds are allotted to the task order—

(i) At the time of award to cover the total amount payable to the Contractor for the awarded CLIN(s); and

(ii) At the time an optional CLIN is exercised to cover the total amount payable to the Contractor for that optional CLIN.

(3) Nothing in this clause shall be construed to supersede the Ordering Activity's contract funding policies.

The Contractor will only be paid for work that has been authorized by the Government and performed in accordance with the Call Order specifications. The Contractor shall note that residual funding at the end of a performance period may be de-obligated through a unilateral modification. Inclusion of this funding in the following performance period is subject to budget approval based on appropriations and fiscal constraints.

*The following clause applies: FAR 52.232-22 LIMITATION OF FUNDS (APR 1984) and FAR 52.232-20 Limitation of Cost.*



## 5.0 REQUIREMENTS

### 5.1 BACKGROUND

The U.S. Census Bureau's (USCB) Computer Services Division (CSvD) is dedicated to providing secure, timely, and reliable enterprise network and unified communications services and solutions to satisfy the USCB mission.  This includes managing and facilitating the use of Amazon Web Services (AWS) across Census.

The USCB seeks to acquire cloud hosting and support services for the Census enterprise to provide increasing capacity, portability, and flexibility of the infrastructure.  The cloud services shall support Amazon Web Services (AWS) deployments  All cloud capabilities shall be FedRAMP compliant and provide isolation of USCB data and applications while providing data sanitization, protection, and access control measures that meet Federal and USCB-specific requirements.

### 5.2 PURPOSE

The purpose of this acquisition is to provide a vehicle to obtain on-demand access to AWS Commercial Cloud Service Provider's available offerings for internal capabilities and those offered through the vendor's cloud marketplace to support the USCB's current on-demand, self-service cloud environment accounts. The objective is to support the existing and integrated cloud delivery capability and enable future development of Infrastructure (IaaS), Platform (PaaS) and Software as a Service (SaaS).

### 5.3 SCOPE AND FUNCTIONAL AREAS

The scope of services and Functional Areas under this call order align with the requirements outlined BPA #1333LB24A00000001 which include the following:
- FUNCTIONAL AREA 0001: CLOUD COMPUTE (5.3.1)
- FUNCTIONAL AREA 0002: CSP MARKETPLACE (5.3.2)
- FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING (5.3.3)
- FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced] (5.3.4)

### 5.3.1 FUNCTIONAL AREA 0001: CLOUD COMPUTE
The contractor shall provide AWS cloud computing services in the capacity of an authorized contractor that meet NIST definition of Cloud Computing composed of the five essential characteristics, the three service models, and four deployment models outlined in Section C.4.1 of the BPA. All considerations and requirements of BPA Section C.4.1.1 ACCESS TO CSPs AND CLOUD PRODUCTS/SERVICES apply to this call order.

### 5.3.1.1 MIGRATION/TRANSITION-IN AND TRANSITION-OUT
The Contractor shall support the migration or transition-in/transition-out of workloads between accounts within AWS and from the incumbent to Four Points Technology, LLC as needed and



without interruption. The Contractor shall work collaboratively with Census and other vendors to plan migration activities, advise on risks and funding considerations, and ensure delivery is made in accordance with an agreed upon schedule. At this time, the USCB envisions transition in services to be primarily an administrative (e.g., logical transfer of accounts) activity that would not require a migration of system resources. Reference BPA Section C.4.1.2.

### 5.3.1.2 ENTERPRISE SUPPORT (BPA SECTION C.4.1.3)

The contractor shall provide access to AWS Enterprise Support consistent with BPA Section C.4.1.3.

### 5.3.2 FUNCTIONAL AREA 0002: CSP MARKETPLACE

The Contractor shall provide access to CSP marketplaces to provide an efficient way to activate cloud products and services necessary to support business and technical requirements. The objective of CSP Marketplaces services is to provide access to the CSPs' digital catalogs, and to accelerate adoption by easing the buying, testing, and deployment of software. Access to CSP marketplaces also provides the USCB's customers a catalog of software solutions optimized for the cloud environments they reside in, often by the software vendor themselves, which aids the need for simplified integration and streamlined deployment and provisioning.

The Contractor shall follow the USCB's Marketplace Ordering Process established in the BPA and BPA Attachment J.8 Marketplace Ordering Process. All Marketplace considerations identified in BPA Section C.4.2 apply to this Call Order.

### 5.3.3 FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING

Cloud offerings are rapidly evolving with each evolution providing more functionality and value to customers. CSP product iterations continue to abstract layers of the traditional information system away from the customer. In abstracting the layers, engineers and developers can become more specialized in the products they support. To help customers adopt and adapt to the specific CSP technologies, the USCB requires CSP Professional Services and CSP training offerings within the scope of BPA Section C.4.3 of the BPA on-demand.

### 5.3.4 FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced] – REFERENCE BPA SECTION C.4.4

*Functional Area 0004 is inherent to Cloud Services and are performed in support of all other Functional Areas. Functional Area 0004 is identified as 'Not Separately Priced (NSP) item' and spans all Functional Areas, CLINs, Sub-CLINs, and Optional CLINs.*

Foundational for the successful operations is the ability to fairly and transparently account for the technology costs that are expended on behalf of the Government's use of cloud-related resources or services. Cost Management and Resource Optimization are the tasks needed to track and optimize spend on an ongoing basis as well as to align resource capacity to actual workload demand. The contractor shall monitor this order to enable cost management and resource optimization including all bulleted requirements in Section C.4.4 of the BPA.

The Contractor shall provide Cost Management consisting of Order Funds Management and invoicing to include all bulleted requirements in Section C.4.4 of the BPA. The following bullets

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 11 of 21**

PAGE 12 OF 39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016          ANT_AR-0668



are included in this order as replications of those listed in Section C.4.4 of the BPA to highlight their importance or specify call order specific needs at the Order level:

- The Government requires the ability to view total spend in various dimensions (i.e., CSP, Customer, Project, CLIN, Funding, and any other dimensions determined by the Government). The Contractor shall provide on-demand, unrestricted access, visibility, and tracking into funding allocations, any agreed upon apportionment across services, monthly invoicing, and remaining funding amounts through the use of a provided interface.
- The Contractor shall provide monthly invoices and supporting documentation that include detailed usage such as cost per account or subscription, detailed costs per usage type (e.g. per server types, storage type and amount, egress bandwidth used, etc). The Contractor shall provide back-up and supporting information to support invoice reconciliation as well as other types of consolidated and cumulative data reports as requested. At a minimum, the Contractor shall provide the following documentation:
  - **Weekly Call Order Status Report** – At a minimum, this report shall include:
    - All Obligated funding to Call Order broken out by Project/Program and CLIN/Functional Area as directed by the COR or designee.
    - All Real-Time Consumption: Up-to-Date record of consumption as of COB Friday prior to the delivery of the report. Consumption shall be broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
    - Any risks, actions, or pertinent information
  - **Monthly Call Order Status report** – At a minimum, this report shall include:
    - All Obligated funding to Call Order broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
    - All Invoices paid against this Call Order as well as funding availability/balances by Project/Program and/or Functional Area/CLIN as directed by COR or designee.
    - All Real-Time Consumption: Up-to-Date record of consumption as of COB Friday prior to the delivery of the report. Consumption shall be broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
    - Any risks, actions, or pertinent information
    - Projections for Call Order funding and identify estimated 50% and 75% of allocated funding and ceiling price will have been expended.
  - Monthly Call Order Status Meeting – This meeting will include a presentation and Discussion of Monthly Status Report and any other topics of concern.
  - Monthly Invoice Support Detail Report – At a minimum, this shall include:
    - Detailed Billing Report from CSP with mapping of discounts applied;
    - Accepted Marketplace quotes for services included on invoice, as applicable; and
    - Accepted Training quotes for services included on invoice, as applicable.
- The Contractor ensure that funds are available proactively to support the current and projected usage.



- The Contractor shall reformat invoices as needed to ensure Census can correlate invoiced usage with actual usage.
- The Contractor shall notify the customer, the contracting officer's representative, and contracting officer when 50% and 75% of allocated funding and ceiling price for each CLIN/Order ceiling price have been expended or when there are three months or less of cloud services available based on the remaining funds.
- The Contractor shall ensure consumption monitoring in accordance with GSAR Clause 552.238-199.

## 6. PERFORMANCE REQUIREMENTS SUMMARY

BPA Attachment J.5 - Performance Requirements Matrix and Performance Standards apply to this Call Order. The COR will measure performance through monitoring. The contractor must fully document and explain any deviations from the stated objectives. The contractor's services shall be considered successful if performance provides the expected outcomes within the performance standards.

## 7. DELIVERABLES

In performance of this order, the Contractor shall provide the written deliverables as described within this Call Order and the table below. All deliverables shall be submitted to the COR and/or designee(s) for inspection, review, and acceptance by the due date. All deliverables including interim steps and final product delivery shall be the property of the USCB.

| Deliverable | Initial Delivery Date | Subsequent Delivery Date(s) | Recipients |
|---|---|---|---|



*FAR 52.249-14 Excusable Delays (APR 1984)



Contents of the Deliverables identified in this chart will be agreed upon by the COR and the Contractor following Order Award. Deliverables shall be provided electronically whenever possible. If electronic delivery is not possible, deliverables shall be provided as hard copies to the COR or the COR's designee. Electronic and hard copy delivery shall be submitted in Microsoft (MS) Word, MS Project and/or MS Excel format unless the Government requests a different format (e.g., PDF). Reference BPA Section F.5 DELIVERABLES AND WORK PRODUCTS.

## 8. DELIVERABLES ACCEPTANCE CRITERIA

Review and acceptance of deliverables under this Call Order will be conducted in accordance with BPA Section F.5.2 Review and Acceptance. Acceptance Criteria is provided in BPA Section F.5.1   ACCEPTANCE CRITERIA. Refer to BPA SECTION E – INSPECTION AND ACCEPTANCE and D.3 MARKING DELIVERABLES.

## 9. QUALITY ASSURANCE SURVEILLANCE PLAN

Notwithstanding the requirements in Subsection E.2 of the Master BPA, and as applicable under executed FAR clauses 52.246-4 Inspection of Services – Fixed Price, quality assurance under this Call Order will be performed in accordance with BPA *Attachment J.3 - Quality Assurance Surveillance Plan.*

## 10. PLACE AND HOURS OF PERFORMANCE AND REMOTE ACCESS CLAUSE

Reference BPA Section F.2 PLACE OF PERFORMANCE AND REMOTE ACCESS CLAUSE.

## 11. CONTRACTING OFFICER AND CONTRACTING OFFICER'S REPRESENTATIVE

### 11.1 CAR 1352.201-70 CONTRACTING OFFICER'S AUTHORITY (APRIL 2010)

The Contracting Officer is the only person authorized to make or approve any changes in any of the requirements of this order, and, notwithstanding any provisions contained elsewhere in this contract, the said authority remains solely in the Contracting Officer. In the event the contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract terms and conditions, including price. The Contracting Officer for this Call Order is:

Redacted
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233 (regular mail)
Suitland, Maryland 20746 (FedEx)
Redacted

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 14 of 21**



**11.2 CAR 1352.201-72 CONTRACTING OFFICER'S REPRESENTATIVE (COR) (APRIL 2010)**

(a)  Ms. Redacted  is hereby designated as the Contracting Officer's Representative (COR). The COR may be changed at any time by the Government without prior notice to the contractor by a unilateral modification to the contract. The COR is located at:

Redacted

U.S. Census Bureau
4600 Silver Hill Road
Washington DC 20233 (regular mail)
Suitland MD 20746 (FedEx)
Redacted

(b)  The responsibilities and limitations of the COR are as follows:
(1) The COR is responsible for the technical aspects of the contract and serves as technical liaison with the contractor. The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the contract.
(2) The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms or conditions. Any contractor request for changes shall be referred to the Contracting Officer directly or through the COR. No such changes shall be made without the express written prior authorization of the Contracting Officer. The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the contractor.

**12. PROCEDURES FOR INVOICING**

FAR Subpart 32.905 requires that payment will be made based on the receipt of a proper invoice and satisfactory task order performance.  FAR 32.905(b) specifically states the minimum information an invoice must include to be considered a "proper" invoice for payment.  In accordance with FAR 32.903(a)(3), the U.S. Census Bureau has supplemented these requirements.  Contractors may use Standard Form 1034 – Public Voucher for Purchases and Services Other than Personal (FAR 53-301-1034) or a company-generated invoice.  The invoice document submitted to Fin.finance.invoice.claim.submission@census.gov  (courtesy copy to the COR) must contain the following information, unless otherwise agree upon between the Government:

- Government BPA and Call Order Number
- Government BPA and Call Order Name/Title
- Name and Address of Contractor
- Contact Name, Title and Telephone Number of Contractor
- Contractor's DUNS number
- Date of the Invoice
- Unique Invoice Number, Account Number, and/or any other identifying payment request number.   (The final invoice shall be identified as **"FINAL."**)  **Final Invoices shall be sent to Contracting Officer, COR, and** Fin.finance.invoice.claim.submission@census.gov.



- Actual date services were performed and completed.
- Current Call Order Period of Performance on all invoices.
- Description of goods or services for which payment is requested – (for example, contract line/sub line number, price, and quantity of goods and services rendered.)
- Care should be taken by the Contractor to assure invoices are submitted for items/services and related prices, Contract Line Item Numbers (CLINS), as detailed in this Call Order.
- Other supporting or substantiating documentation or information required by the Call Order (i.e. travel or direct material reimbursement, when authorized in the contract terms).
- Invoice total for the current month
- Total amount invoiced to date under the Call Order
- Total funds remaining for respective period of performance
- Percent of Allocated Funds Invoiced to Date
- Percent of Funds Remaining for the respective period of performance.
- Payment discount terms.
- Other Substantiating Documentation or Information as required by the Call Order.

Each voucher/invoice shall include the following statements and signature lines:

> *I hereby certify to the best of my knowledge and belief, that the services set forth herein were performed during the period stated above are current, accurate and complete.*
>
> _____ _____ _____
> Date           Name and Title of Contractor Representative           Signature
>
> (The above statement will be signed by a representative of the Contractor.)
>
>
> *I certify, that to the best of my knowledge and belief that the services/supplies shown on the voucher/invoice have been performed and/or furnished and are accepted. Further, I certify that this voucher/invoice is correct and proper for payment.*
>
> _____ _____ _____
> Date           Name of Designated COR           Signature
>
> (The above statement will be signed by the designated COR.)

Vouchers/invoices shall be submitted electronically to U.S. Census Bureau, Finance Division, the designated payment office, at Fin.finance.invoice.claim.submission@census.gov. Concurrently, provide a courtesy copy of the voucher/invoice to the designated COR. The contractor is notified that it is their responsibility for ensuring the vouchers/invoices are delivered and received by the Finance Division. CORs and/or Task Managers are **not** responsible for providing copies of the vouchers/invoices are provided to the Finance Division.



Invoices, which are submitted to an incorrect office, or which do not contain the information specified herein, will be returned to the Contractor for corrections.

## 12.1 METHOD OF PAYMENT

Payments under this order will be made in accordance FAR 52.232-33 Payment by Electronic Funds Transfer – System for Award Management (OCT 2018).

## 13. CAR 1352.245-70 - GOVERNMENT FURNISHED PROPERTY (APRIL 2010)

Reference BPA Section G.4 GOVERNMENT FURNISHED EQUIPMENT, DATA AND RESOURCES and Section H.19 CAR 1352.245-70 GOVERNMENT FURNISHED PROPERTY (APRIL 2010).

## 14. CALL ORDER ADMINISTRATION AND TERMS AND CONDITIONS

This Call Order is issued under BPA #1333-LB-24-A-0000-0001 and is subject to **ALL** Provisions, Clauses, Terms and Conditions of the BPA, as well as those of the Contractor's GSA MAS IT contract. Reference BPA Section H and Section I for all applicable Terms, Conditions, and Clauses. Specialized terms and conditions specific to this Call Order are included in Attachment 2 – Call Order Clauses/Terms and Conditions.

The following clause is incorporated in full text into this Call Order to emphasize its applicability.

## GSAR 552.238-199 SPECIAL ORDERING PROCEDURES APPLICABLE WHEN PROCURING CLOUD COMPUTING ON A CONSUMPTION BASIS (MAR 2022)

(a)Definitions.

(1)"Capital asset" has the meaning given the term by Office of Management and Budget (OMB) Circular A-11 Capital Programming Guide and any amendatory or superseding document(s) thereto.

(2) "Cloud computing" has the meaning given the term by the National Institute of Standards and Technology in Special Publication (SP) 800–145 and any amendatory or superseding document(s) thereto.

(3) "Consumption basis" or "consumption-based" means any offering that is metered with charges that accrue on a predetermined periodic basis (e.g., per second, minute, hour, week, month, or another per-unit basis) and is billed based on actual usage during an elapsed period with predetermined pricing or discounts.

(4) "Requirements task order" means a task order that provides for filling all actual purchase requirements of a designated Ordering Activity during a specified contract period, with performance by the Contractor being scheduled when the Ordering Activity awards, or exercises options for, individual contract line items (CLINs) under the task order.



(i) This task order type is appropriate when the Ordering Activity anticipates recurring requirements but cannot predetermine the precise quantities of services that it will need during a definite period.

(ii) A requirements task order issued under a FSS contract is a single contract award as defined FAR 2.101. Individual CLINs executed and funded under this task order type are not considered to be second-tier instruments issued under the awarded task order.

(iii) A requirements task order is not a requirements contract as described at FAR 16.503.

**(b) Ordering procedures.**

(1) FAR 8.403(b) provides that GSA may establish special ordering procedures for a particular FSS offering.

(2) The procedures in FAR subpart 8.4 apply to this contract, with the exceptions listed in this clause. If a requirement in this clause is inconsistent with FAR subpart 8.4, this clause takes precedence pursuant to FAR 8.403(b).

**(c) Applicability.**

(1) The Ordering Activity Contracting Officer shall follow the procedures contained within this clause when placing an incrementally funded task order under this contract for cloud computing services on a consumption basis.

(2) The Ordering Activity Contracting Officer is permitted, but not required to, use the procedures contained within this clause for task orders that are not incrementally funded.

(3) The Ordering Activity Contracting Officer shall not use the procedures contained within this clause for the acquisition, maintenance, or modification of capital assets.

**(d) Pricing.**

(1) The Ordering Activity Contracting Officer shall establish a task order ceiling price for all estimated requirements.

(2) All cloud computing services offered under this FSS contract are considered fixed-price.

**(e) Task order type.** The Ordering Activity Contracting Officer shall use a requirements task order for cloud computing services procured on a consumption basis in accordance with this clause.

(1) This task order type may include other contract types, such as firm-fixed-price, when procuring other offerings under this contract that are not being procured on a consumption-basis.

(2) Estimates for cloud computing services to be procured on a consumption basis.
(i) The Ordering Activity Contracting Officer must state a realistic estimate of—



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

(A) The consumption of cloud computing services in the task order solicitation; and

(B) The total amount in dollars to be expended on cloud consumption in the task order.

(ii) This estimate is not a representation to an Offeror or Contractor that the estimated consumption will be required or ordered, or that conditions affecting requirements will be stable or normal.

(iii) The Ordering Activity Contracting Officer may obtain the estimate from records of previous requirements and consumption, or by other means, and should base the estimate on the most current information available.

(iv) If the Government's requirements do not meet this estimate, that fact shall not constitute the basis for an equitable price adjustment.

(3) All CLINs within the task order must include a defined scope with all services priced at the time of award.

**(f) Incremental funding.**

(1) The Ordering Activity may allot funds incrementally as the bona fide need arises for predefined and established fixed-priced procurement requirements on individual CLINs.

(2) The Ordering Activity shall ensure sufficient funds are allotted to the task order—

(i) At the time of award to cover the total amount payable to the Contractor for the awarded CLIN(s); and

(ii) At the time an optional CLIN is exercised to cover the total amount payable to the Contractor for that optional CLIN.

(3) Nothing in this clause shall be construed to supersede the Ordering Activity's contract funding policies.

**(g) Consumption monitoring.**

(1) The Contractor shall—

(i) Provide, at no additional cost to the Government, access to tools that enable the Government to track its usage of cloud computing services offered on a consumption basis; or

(ii) Notify the Ordering Activity Contracting Officer when total consumption reaches—

(A) 50 percent and 75 percent of the ceiling price for each CLIN for consumption-based cloud computing services, or other milestones as agreed upon by the Contractor and the Ordering Activity Contracting Officer; and

ANT_AR-0676



(B) 50 percent and 75 percent of the task order ceiling price, or other milestones as agreed upon by the Contractor and the Ordering Activity Contracting Officer.

(2) The Ordering Activity Contracting Officer shall determine that the consumption monitoring capabilities offered by the Contractor will enable the Government to adequately track its incurred costs before awarding a task order in accordance with this clause.

**(h) Limitation of funds.**

(1) The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the task order, and the Contractor shall not be obligated to continue performance if doing so would exceed the ceiling price set forth in the task order.

(2) The Ordering Activity Contracting Officer may use a Limitation of Funds clause when CLINs under the task order are incrementally funded.

**(i) Scope reviews.**

(1) The Ordering Activity Contracting Officer is encouraged to request a scope review from the GSA Federal Acquisition Service (FAS) Office of Information Technology Category (ITC) before placing a task order in accordance with these special ordering procedures.

(2) The purpose of a scope review is to analyze whether the planned acquisition is—

(i) compatible with the scope of Special Item Number (SIN) 518210C (previously 132-40) or successor SINs;

(ii) utilizing recommended best practices; and

(iii) not for the acquisition, maintenance, or modification of capital assets.

(3) The Ordering Activity Contracting Officer may request a scope review by contacting FAS ITC at cloud-sin-rfi@gsa.gov.

(End of clause)

## 14.1 SECURITY CONSIDERATIONS

All Security Policies provided in BPA Section C.5 SECURITY POLICIES apply to this order.

## 14.2 SYSTEMS OF RECORDS NOTICE (SORNS)

The System of Records Notices (SORN) applicable to this Call Order are listed in the Attachment 1 - Privacy Acquisition Review Checklist (PARC).

## 15. CALL ORDER ATTACHMENTS

| ATTACHMENT NO. | ATTACHMENT NAME |
|---|---|
| Attachment 1 | Privacy Acquisition Review Checklist (PARC) |

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 20 of 21**

PAGE 21 OF 39   47QTCA19D00MP/1333LB24A00000001/1333LB24F00000016

ANT_AR-0677



| Attachment 2 | Call Order Clauses/Terms and Conditions |
|---|---|

ATTACHMENT 1 PRIVACY ACT REQUIREMENTS

**In an event of a suspected data breach, the contractor shall notify the agency within one hour of discovery of the incident. M-17-12 requires that agencies report all incidents involving PII to CISA within one hour of discovering the incident.**

**The following checked items apply to the requirement defined in this solicitation and resulting contract:**

PARC-CSVD-CO-132-12-05-2023

### 52.224-1 Privacy Act Notification (Apr 1984)

The Contractor will be required to design, develop, or operate a system of records on individuals, to accomplish an agency function subject to the Privacy Act of 1974, Public Law 93-579, December 31, 1974 (5 U.S.C.552a) and applicable agency regulations. Violation of the Act may involve the imposition of criminal penalties.

(End of Clause)

### 52.224-2 Privacy Act (Apr 1984)

(a) The Contractor agrees to --

(1) Comply with the Privacy Act of 1974 (the Act) and the agency rules and regulations issued under the Act in the design, development, or operation of any system of records on individuals to accomplish an agency function when the contract specifically identifies -- (i) The systems of records; and (ii) The design, development, or operation work that the contractor is to perform;

(2) Include the Privacy Act notification contained in this contract in every solicitation and resulting subcontract and in every subcontract awarded without a solicitation, when the work statement in the proposed subcontract requires the redesign, development, or operation of a system of records on individuals that is subject to the Act; and

(3) Include this clause, including this subparagraph (3), in all subcontracts awarded under this contract which requires the design, development, or operation of such a system of records.

(b) In the event of violations of the Act, a civil action may be brought against the agency involved when the violation concerns the design, development, or operation of a system of records on individuals to accomplish an agency function, and criminal penalties may be imposed upon the officers or employees of the agency when the violation concerns the operation of a system of records on individuals to accomplish an agency function. For purposes of the Act, when the contract is for the operation of a system of records on individuals to accomplish an agency function, the Contractor is considered to be an employee of the agency.

(c) (1) "Operation of a system of records," as used in this clause, means performance of any of the activities associated with maintaining the system of records, including the collection, use, and dissemination of records.

(2) "Record," as used in this clause, means any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, education, financial

transactions, medical history, and criminal or employment history and that contains the person's name, or the identifying number, symbol, or other identifying particular assigned to the individual, such as a fingerprint or voiceprint or a photograph.

(3) "System of records on individuals," as used in this clause, means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual.

(End of Clause)

**52.224-3 Privacy Training (JAN 2017)**

(a) Definition. As used in this clause, "personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A-130, Managing Federal Information as a Strategic Resource).

(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who--

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or

(3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).

(c) The contracting agency will provide initial privacy training, and annual privacy training thereafter, to Contractor employees for the duration of this contract.

(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will--

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or

(3) Design, develop, maintain, or operate a system of records.

(End of clause)

<u>System of Records Notice (SORN) No(s).</u>

Census-2 Performance Measurements Records,Census-3 Demographic Survey Collection (Census Bureau Sampling Frame),Census-4 Economic Survey Collection,Census-5 Decennial Census Program,Census-6 Population Census Records for 1910 and All Subsequent Decennial Censuses,Census-7 Demographic Survey Collection (non-Census Bureau Sampling Frame),Census-8 Statistical Administrative Records System (STARS),Census-9 Longitudinal Employer Household Dynamics System,Census-12 Foreign Trade Statistics,COMMERCE/DEPT-1, Attendance, Leave, and Payroll Records of Employees and Certain Other Persons,COMMERCE/DEPT-2, Accounts Receivable,COMMERCE/DEPT-18, Employees Personnel Files Not Covered by Notices of Other Agencies,COMMERCE/DEPT-19, Department Mailing Lists,OPM/GOVT-1, General Personnel Records,OPM/GOVT-5, Recruiting, Examining, and Placement Records,OPM/GOVT-7, Applicant Race, Sex, National Origin, and Disability Status,OPM/GOVT-10, Employee Medical File Systems Records,

<u>Other SORNs (if selected)</u>

**(X)   IRS Publication 1075 Compliance with clauses identified in IRC section 6103(p) of IRS Publication 1075 (AUG2017)**

I. PERFORMANCE

In performance of this contract, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements:

(1) All work will be done under the supervision of the contractor or the contractor's employees.

(2) Any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this contract. Information contained in such material will be treated as confidential and will not be divulged or made known in any manner to any person except as may be necessary in the performance of this contract. Disclosure to anyone other than an officer or employee of the contractor with a need-to-know is prohibited.

(3) All returns and return information will be accounted for upon receipt and properly stored before, during, and after processing. In addition, all related output will be given the same level of protection as required for the source material.

(4) The contractor certifies that the data processed during the performance of this contract will be completely purged from all data storage components of his or her computer facility, and no output will be retained by the contractor at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any IRS data remaining in any storage component will be safeguarded to prevent unauthorized disclosures.

(5) Any spoilage or any intermediate hard copy printout that may result during the processing of IRS data will be given to the agency or his or her designee. When this is not possible, the contractor will be responsible for the destruction of the spoilage or any intermediate hard copy printouts, and will provide the agency or his or her designee with a statement containing the date of destruction, description of material destroyed, and the method used.

(6) All computer systems receiving, processing, storing or transmitting FTI must meet the requirements defined in IRS Publication 1075. To meet functional and assurance requirements, the security features of the environment must provide for the managerial, operational, and technical controls. All security features must be available and activated to protect against unauthorized use of and access to Federal Tax Information.

(7) No work directly involving Federal Tax Information furnished under this contract will be subcontracted without prior written approval of the IRS.

(8) The contractor will maintain a list of employees authorized access. Such list will be provided to the agency and, upon request, to the IRS reviewing office.

(9) The agency will have the right to void the contract if the contractor fails to provide the safeguards described above.

## II. CRIMINAL/CIVIL SANCTIONS

(1) Each officer or employee of any person to whom returns or return information is or may be disclosed will be notified in writing by such person that returns or return information disclosed to such officer or employee can be used only for a purpose and to the extent authorized herein, and that further disclosure of any such returns or return information for a purpose or to an extent unauthorized herein constitutes a felony punishable upon conviction by a fine of as much as $5,000 or imprisonment for as long as 5 years, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized further disclosure of returns or return information may also result in an award of civil damages against the officer or employee in an amount not less than $1,000 with respect to each instance of unauthorized disclosure. These penalties are prescribed by IRCs 7213 and 7431 and set forth at 26 CFR 301.6103(n)-1.

(2) Each officer or employee of any person to whom returns or return information is or may be disclosed shall be notified in writing by such person that any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this contract. Information contained in such material shall be treated as confidential and shall not be divulged or made known in any manner to any person except as may be necessary in the performance of the contract. Inspection by or disclosure to anyone without an official need-to-know constitutes a criminal misdemeanor punishable upon conviction by a fine of as much as $1,000 or imprisonment for as long as 1 year, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized inspection or disclosure of returns or return information may also result in an award of civil damages against the officer or employee [United States for Federal employees] in an amount equal to the sum of the greater of $1,000 for each act of unauthorized inspection or disclosure with respect to which such defendant is found liable or the sum of the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure plus in the case of a willful inspection or disclosure which is the result of gross negligence, punitive damages, plus the costs of the action. These penalties are prescribed by IRC 7213A and 7431.

(3) Additionally, it is incumbent upon the contractor to inform its officers and employees of the penalties for improper disclosure imposed by the Privacy Act of1974, 5 U.S.C. 552a. Specifically, 5 U.S.C. 552a(i)(1), which is made applicable to contractors by 5 U.S.C. 552a(m)(1), provides that any officer or employee of a contractor, who by virtue of his/her employment or official position, has possession of or access to agency records which contain individually identifiable information, the disclosure of which is prohibited by the Privacy Act or regulations established thereunder, and who knowing that disclosure of the specific material is prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and be fined not more than $5,000.

(4) Granting a contractor access to FTI must be preceded by certifying that each individual understands the

agency's security policy and procedures for safeguarding IRS information. Annual training and certification is required. Training is accessible for all Census contractors provided email access, i.e. @census.gov, can access the training at https://doc.csod.com/LMS/catalog/Welcome.aspx? For contractors without a Census email, please contact the Policy Coordination Office on (301) 763-6440 for training procedures.

## III. INSPECTION

The IRS and the Agency shall have the right to send its officers and employees into the offices and plants of the contractor for inspection of the facilities and operations provided for the performance of any work under this contract. On the basis of such inspection, specific measures may be required in cases where the contractor is found to be noncompliant with contract safeguards.

ANT_AR-0683

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

## APPLICABLE CAR CLAUSES

## CAR 1352.209-72 RESTRICTIONS AGAINST DISCLOSURE (APR 2010)

(a) The contractor agrees, in the performance of this contract, to keep the information furnished by the Government or acquired/developed by the contractor in performance of the contract and designated by the Contracting Officer or Contracting Officer's Representative, in the strictest confidence. The contractor also agrees not to publish or otherwise divulge such information, in whole or in part, in any manner or form, nor to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the contractor's possession, to those employees needing such information to perform the work described herein, *i.e.,* on a "need to know" basis. The contractor agrees to immediately notify the Contracting Officer in writing in the event that the contractor determines or has reason to suspect a breach of this requirement has occurred.

(b) The contractor agrees that it will not disclose any information described in subsection (a) to any person unless prior written approval is obtained from the Contracting Officer. The contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

(End of clause)

## CAR 1352.209-75 TITLE 13 AND NON-DISCLOSURE REQUIREMENTS (APR 2010)

The USCB's data are protected by Title 13 of the United States Code. The Contractor may not use Title 13 data for any purpose other than the intended purpose for which it is supplied or obtained. All Contractor personnel who will have access to Title 13 data must take an oath and complete the Census Bureau Form BC-1759 (Special Sworn Status) that requires nondisclosure of Title 13 data. An authorized USCB employee or a Notary Public must administer the oath of nondisclosure.

(End of clause)

## CAR 1352.237-70 SECURITY PROCESSING REQUIREMENTS— HIGH OR MODERATE RISK CONTRACTS (APR 2010)

(a)Investigative Requirements for High and Moderate Risk Contracts. All contractor (and subcontractor) personnel proposed to be employed under a High or Moderate Risk contract shall undergo security processing by the Department's Office of Security before being eligible to work on the premises of any Department of Commerce owned, leased, or controlled facility in the United States or overseas, or to obtain access to a Department of Commerce IT system. All Department of Commerce security processing pertinent to this contract will be conducted at no cost to the contractor. The level of contract risk will determine the type and scope of such processing, as noted below.
(1) Investigative requirements for Non-IT Service Contracts are:
(i) High Risk—Background Investigation (BI).
(ii) Moderate Risk—Moderate Background Investigation (MBI).
(2) Investigative requirements for IT Service Contracts are:

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

(i) High Risk IT—Background Investigation (BI).

(ii) Moderate Risk IT—Background Investigation (BI).

(b) In addition to the investigations noted above, non-U.S. citizens must have a pre-appointment check that includes an Immigration and Customs Enforcement agency check.

(c) Additional Requirements for Foreign Nationals (Non-U.S. Citizens). To be employed under this contract within the United States, non-U.S. citizens must have:

(1) Official legal status in the United States;

(2) Continuously resided in the United States for the last two years; and

(3) Obtained advance approval from the servicing Security Officer of the contracting operating unit in consultation with the DOC Office of Security (OSY) headquarters. (OSY routinely consults with appropriate agencies regarding the use of non-U.S. citizens on contracts and can provide up-to-date information concerning this matter.)

(d) Security Processing Requirement. Processing requirements for High and Moderate Risk Contracts are as follows:

(1) The contractor must complete and submit the following forms to the Contracting Officer's Representative (COR):

(i) Standard Form 85P (SF-85P), Questionnaire for Public Trust Positions;

(ii) FD-258, Fingerprint Chart with OPM's designation in the ORI Block; and

(iii) Credit Release Authorization.

(2) The Sponsor will ensure that these forms have been properly completed, initiate the CD-254, Contract Security Classification Specification, and forward the documents to the cognizant Security Officer.

(3) Upon completion of security processing, the Office of Security, through the servicing Security Officer and the Sponsor, will notify the contractor in writing of an individual's eligibility to be provided access to a Department of Commerce facility or Department of Commerce IT system.

(4) Security processing shall consist of limited personal background inquiries pertaining to verification of name, physical description, marital status, present and former residences, education, employment history, criminal record, personal references, medical fitness, fingerprint classification, and other pertinent information. For non-U.S. citizens, the Sponsor must request an Immigration and Customs Enforcement agency check. It is the option of the Office of Security to repeat the security processing on any contract employee at its discretion.

(e) Notification of Disqualifying Information. If the Office of Security receives disqualifying information on a contract employee, the COR will be notified. The Sponsor, in coordination with the Contracting Officer, will immediately remove the contract employee from duties requiring access to Departmental facilities or IT systems. Contract employees may be barred from working on the premises of a facility for any of the following:

(1) Conviction of a felony crime of violence or of a misdemeanor involving moral turpitude;

(2) Falsification of information entered on security screening forms or on other documents submitted to the Department;

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

(3) Improper conduct once performing on the contract, including criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct or other conduct prejudicial to the Government, regardless of whether the conduct was directly related to the contract;

(4) Any behavior judged to pose a potential threat to Departmental information systems, personnel, property, or other assets.

(f) Failure to comply with security processing requirements may result in termination of the contract or removal of contract employees from Department of Commerce facilities or denial of access to IT systems.

(g) Access to National Security Information. Compliance with these requirements shall not be construed as providing a contract employee clearance to have access to national security information.

(h) The contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

## CAR 1352.239-71 – ELECTRONIC AND INFORMATION TECHNOLOGY (APR 2010)

(a) To be considered eligible for award, Quoters must propose electronic and information technology (EIT) that meet the applicable Access Board accessibility standards at 36 CFR 1194 designated below:

_____1194.21 Software applications and operating systems

\_\_\_X\_\_1194.22 Web-based intranet and internet information and applications

_____1194.23 Telecommunications products

_____1194.24 Video and multimedia products

_____1194.25 Self-contained, closed products

_____1194.26 Desktop and portable computers

_____1194.31 Functional performance criteria

\_\_\_X\_\_1194.41 Information, documentation and support

(b) The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

(c) Alternatively, Quoters may propose products and services that provide equivalent facilitation. Such offers will be considered to have met the provisions of the Access Board standards for the feature or components providing equivalent facilitation. If none of the offers that meet all applicable provisions of the standards could be accepted without imposing an undue burden on the agency or component, or if none of the Quoters propose products or services that fully meet all of the applicable Access Board's provisions, those Quoters whose products or services meet some of the applicable provisions will be considered eligible for award. Awards will not be made to an Quoter meeting all or some of the applicable Access Board provisions if award would impose an undue burden upon the agency.

(d) Quoters must submit representation information concerning their products by completing the VPAT template at *http://www.Section508.gov*.

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

## CAR 1352.239-72 – SECURITY REQUIREMENTS FOR INFORMATION TECHNOLOGY RESOURCES (APR 2010)

a.  Applicability.  This clause is applicable to all contracts that require Contractor electronic access to Department of Commerce sensitive non-national security or national security information contained in systems or administrative control of systems by a Contractor that process or store information that directly supports the mission of the Agency.

b.  Definitions.  For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (P.L.  100-235), including the following definition of the term:

1.  Sensitive information is "… any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

2.  For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information.

Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

3.  Information technology resources include hardware, application software, system software, and information (data).  Information technology services include the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

c.  The Contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the Contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the Contractor.

d.  All Contractor personnel performing under this contract and Contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (see DOC, Office of the Chief Information Officer website), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

e.  Contractor personnel requiring a user account for access to systems operated by the Contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

f.  Within 5 days of receiving agency clearance notification from the COR and no later than 45 days after contract award, the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy,* chapter 15, section 15.3.  The COR will inform the Contractor of any other available DOC training resources.  Annually thereafter the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

g.  Within 15 days of contract award, the Contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures* using Attachment J.3., Company-Non-Disclosure Agreement, and Attachment J.4., Employee-Non-Disclosure Agreement.

h.  The Contractor shall afford DOC, including the Office of Inspector General, access to the Contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract.  Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

i.  For all Contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the Contractor shall provide, implement, and maintain a System Accreditation Order in accordance with the *DOC IT Security Program Policy*.  Specifically, the Contractor shall:

1.  Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy*.  The Certification Work Plan, approved by the COR, in consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the Contractor of the system that will process DOC data or connect to DOC networks.  Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

2.  Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Order portions of the System Accreditation Order for approval and system accreditation by an appointed DOC official.

3.  Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Order, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

j.  The Contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

## APPLICABLE FEDERAL ACQUISITION REGULATION (FAR) CLAUSES

## FAR 52.252-2 – CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This Call Order incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at https://www.acquisition.gov.

The following FAR clauses are incorporated by reference:
- **FAR 52.227-14 – RIGHTS IN DATA – GENERAL (MAY 2014)**
- **FAR 52.237-3 – CONTINUITY OF SERVICES (JAN 1991)**
- **FAR 52.245-1 – GOVERNMENT PROPERTY (SEP 2021)**
- **FAR 52.203-17 - CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS (NOV 2023)**
- **FAR 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 2012)**
- **FAR 52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB COVERED ENTITIES (DEC 2023)**

## FAR 52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATION AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021)

(a) *Definitions.* As used in this clause—

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (*e.g.*, connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (*e.g.*, fiber optic, coaxial cable, Ethernet).

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means–

(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means–

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

(ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (*e.g.*, connection of a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Reasonable inquiry* means an inquiry designed to uncover any information in the entity's possession about the identity of the producer or provider of covered telecommunications equipment or services used by the entity that excludes the need to include an internal or third-party audit.

*Roaming* means cellular communications services (*e.g.*, voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

(b) *Prohibition.*

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. The Contractor is prohibited from providing to the Government any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract, or extending or renewing a contract, with an entity that

ANT_AR-0690

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract.

(c) *Exceptions.* This clause does not prohibit contractors from providing—

(1) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(2) Telecommunications equipment that cannot route or redirect user data traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(d) Reporting requirement.

(1) In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system, during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (d)(2) of this clause to the Contracting Officer, unless elsewhere in this contract are established procedures for reporting the information; in the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (d)(1) of this clause

(i) Within one business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (d)(2)(i) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

(e) *Subcontracts.* The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (b)(2), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products or commercial services.

(End of clause)

Attachment Page

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

## TITLE 13 CLAUSES

### TITLE 13 CLAUSE

Definition: The term "Title 13 Information" in this section refers to any information that are subject to the confidentiality and use restrictions contained in 13 U.S.C Sections 8 and 9. This includes any aggregation or statistic derived from these confidential data if it has not passed the Census Bureau's disclosure review.

These provisions must be in place for any contract requiring the contractor to directly access Title 13 information, or requires them to access Census Bureau facilities, the Census Bureau's internal network, or facilities or systems involved in the storage, handling, and processing of any Title 13 information.

In performance of this contract, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements. The agency will have the right to void the contract if the contractor fails to provide the safeguards described below. The Census Bureau retains exclusive authority for determining the appropriate safeguards for Title 13 information and reserves the right to modify these safeguards at any time.

1. No work involving either access to or use of Title 13 information furnished under this contract will be subcontracted without prior written approval of the Census Bureau.
2. In addition to any required background or suitability determinations, all contractors who require direct access to Title 13 information, or to Census facilities, the Census network, or facilities or systems where Title 13 information are stored, handled, or processed must take an oath and complete the Census Bureau Form BC–1759 (Special Sworn Status) that legally binds them to not disclose Title 13 information. An authorized Census Bureau employee or a Notary Public must administer the oath of nondisclosure.
3. These contractors will be required to complete the appropriate Data Stewardship and IT Security Awareness training as specified by the Census Bureau and determined by level of access. This requirement must be met prior to contractor onboarding, and annually thereafter.
4. The two provisions specified above do not apply to support staff in cloud data centers who are not granted systems access above a level as specified by the Census Bureau's Office of Information Security.
5. The Census Bureau is granting the contractor access to Title 13 information only for the purpose of assisting the Census Bureau with statistical activities as authorized under Title 13 U.S.C. These statistical activities are defined in the terms of this contract. Any use of Title 13 information by the contractor for a purpose not specified in the contract is prohibited.
6. Title 13 information will be treated as confidential and will not be divulged or made known in any manner to any person except Special Sworn Status individuals as may be necessary in the performance of this contract. All use or disclosure of Title 13 information must be in accordance with Census Bureau policies including, but not limited to:

| Data Stewardship Policies |
|---|
| PP: Privacy Principles |
| DS001: Access to and Uses of Administrative Data |
| DS002: Articulating the Title 13 Benefits of Census Bureau Projects |

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

| |
|---|
| DS006: Controlling Non-Employee Access to Title 13 Data |
| DS007: Safeguarding and Managing Information |
| DS017: Data Stewardship Awareness Training |
| DS018: Unauthorized Browsing |
| DS021: Custom Tabulations |
| DS022: Personally Identifiable Information (PII) Breach Policy |
| DS025: Organization of the Disclosure Review Board |
| **Other Policies** |
| Telework Policy |
| Contractor Home Worksite Policy |
| Acceptable Use Policy for U.S. Census Bureau Information Technology Resources [IT AUP] |
| Data Access and Transfer Policy |
| Incident Reporting Policy |
| BOC Laptop Policies and Procedures |
| Information Technology Security (PPM S5) |
| Records Management (PPM K3) |

7. The Census Bureau retains full ownership of any Title 13 information involved in the performance of this contract including any derivative information unless specifically authorized by the Census Bureau.

8. All Title 13 information involved in the performance of the contract will remain on systems that are owned, maintained, or authorized to operate by the Census Bureau. These systems will be authorized at the FISMA moderate level, with additional technical controls as specified by the Census Bureau.

9. Any Title 13 information processed during the performance of this contract will be completely purged from all data storage components of the contractor's computer facility or systems per the Census Bureau's media sanitization procedures either at the Census Bureau's request, or at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any Title 13 information remaining in any storage component will be safeguarded in accordance with Census Bureau policy to prevent unauthorized disclosures.

10. Access to any system or physical space involved in the storage or processing of Title 13 information will be restricted to only authorized individuals with Special Sworn Status.

11. The Census Bureau must specifically authorize, in accordance with Census Bureau policy, any facility where Title 13 information are stored, handled or processed, as well as any location from which the contractor will access the Census Bureau's network, Title 13 information, or any systems that store or process Title 13 information. The contractor will be required to secure any such facility or location to prevent any unauthorized access to Title 13 information and may be required to submit a security plan to the Census Bureau for review. Any authorized site may be subject to inspection by the Census Bureau at any time and for any purpose.

12. The contractor may, at the discretion of the COR, be authorized to perform work that involves access to the Census Bureau's network, or any system that stores and processes Title 13 information from their individual place of residence. This will not be authorized if that work involves any physical media containing Title 13 information. The Census Bureau

ANT_AR-0693

Attachment 2 - *Additional Call Order Clauses/Terms and Conditions*

reserves the right to conduct a physical inspection of the contractor's place of residence if they are authorized to perform work there.

13. Any physical media containing Title 13 information will be secured, stored, handled, and shipped per Census Bureau policies. The contractor will destroy all physical media according to Census Bureau policy or return it to the agency either at the agency's request, or at the time the work is completed. If immediate destruction or return of the Title 13 information is not possible, the contractor certifies that they will continue to safeguard any physical media in their possession to prevent unauthorized disclosures.

Criminal Sanctions:

1. Under Title 13, U.S.C. section 214, and Title 18, U.S.C. Sections 3551, 3559, and 3571, the penalty for unlawful disclosure by the contractor of any Title 13 information provided to, or accessed by the contractor in the performance of this contract is a fine of not more than $250,000 or imprisonment for not more than 5 years, or both.

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Accounting and Appropriation Data: Redacted | | | | |
| | Cost Applied: $Redacted | | | | |
| | Redacted | | | | |
| | Cost Applied: $Redacted | | | | |
| | Redacted | | | | |
| | Cost Applied: $Redacted | | | | |
| | 04.24.6551J08.000.2383.040510105. 1112002100000000.23310500.000000 Cost Applied: $Redacted | | | | |
| | Call Order 0001 issued against BPA 1333LB24A00000001. "Requirements" Type Order with optional CLINs of fixed size cost blocks also referred to as "Fixed Price Non-Term (On-Demand) Cloud Computing Services". | | | | |
| 0001 | Line Item 0001 funds awarded CLIN 1000 in the amount of $Redacted. Awarded CLIN 1000 is fully funded in the amount of $Redacted. | 1.00 | EA | Redacted | Redacted |
| 0002 | Line Item 0002 funds awarded CLIN 1000 in the amount of $Redacted. Awarded CLIN 1000 is fully funded in the amount of $Redacted. | 1.00 | EA | Redacted | Redacted |
| 0003 | Line Item 0003 funds awarded CLIN 1000 in the amount of $Redacted. Awarded CLIN 1000 is fully funded in the amount of $1,833,122.00. | 1.00 | EA | Redacted | Redacted |
| 0004 | Line Item 0004 funds awarded CLIN 1000 in the amount of $Redacted. Awarded CLIN 1000 is fully funded in the amount of $Redacted. | 1.00 | EA | Redacted | Redacted |
| 0005 | Line Item 0005 funds awarded CLIN 1000 in the amount of $Redacted. Awarded CLIN 1000 is fully funded in the amount of $Redacted. | 1.00 | EA | Redacted | Redacted |

ANT_AR-0695

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 69 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P26005 | See Block 16C | | |

| 6. ISSUED BY | CODE | 1333LB | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|---|---|

US CENSUS BUREAU
ACQUISITION DIVISION
4600 SILVER HILL ROAD
SUITLAND MD 20746

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

FOUR POINTS TECHNOLOGY, L.L.C.
Attn: Joel Lipkin
13221 WOODLAND PARK RD
STE 400
HERNDON VA 20171

(X) 9A. AMENDMENT OF SOLICITATION NUMBER

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333LB24A00000001

[X] 10B. DATED (SEE ITEM 13)
10/26/2023

CODE H1KHJPJH9R51    FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

CHECK ONE

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
FAR 52.212-4 Contract Terms and Conditions - Commercial Products and Commercial Services

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See continuation page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Redacted |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | Redacted (Signature of Contracting Officer) | 12/17/2025 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0696

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED |  | PAGES |
|---|---|---|---|
|  | 1333LB24A00000001/P26005 |  | PAGE 2 OF 69 |

NAME OF OFFEROR OR CONTRACTOR
FOUR POINTS TECHNOLOGY, L.L.C.

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
|  | GSA Contract #: 47QTCA19D00MP<br>The purpose of this Modification is to update System Information within BAS PRISM in order to remove encountered Errors in subsequent Call Order Modifications.<br><br>LIST OF CHANGES:<br>Reason for Modification: Other Administrative Action<br>Start Date for the Issuance of the BPA Data changed from NOV 01, 2025 to OCT 26, 2023.<br>Update the Vendor Size from "Other than Small" to "Small Business" per GSA eLibrary's listing as of 12/16/2025.<br><br>All other terms and conditions of this BPA remain unchanged.<br>Payment:<br>BUREAU OF CENSUS<br>FINANCE DIVISION<br>4600 SILVER HILL ROAD - 2K419<br>WASHINGTON DC 20233-4400<br>Period of Performance: 10/26/2023 to 10/31/2026 |  |  |  |  |

NSN 7540-01-152-8067



**Cloud Services**
**BPA Number: 1333LB24A00000001**

---

### SECTION B- SUPPLIES OR SERVICES AND PRICE/COST

**B.1    GENERAL**

This is a Single-Award Blanket Purchase Agreement (BPA) for related native Cloud Services for the U.S. Census Bureau (USCB).

The Contractor shall provide all management, supervision, and labor, and shall plan, schedule, coordinate, and assure effective performance for all requirements as outlined in Section C.

**B.1.1   BPA AWARD INFORMATION**

The applicable North American Industry Classification System (NAICS) for this procurement is 518210 – Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services.

This BPA is competed amongst General Services Administration (GSA) Multiple Award Schedule (MAS) Federal Supply Schedule (FSS) authorized contractors under Special Item Number (SIN) 518210C – Cloud Computing and Cloud Related IT Professional Services.

**B.2    CONTRACT TYPE**

This Single-Award BPA is issued pursuant to the authority of Federal Acquisition Regulation (FAR) General Services Administration (GSA) 8.405-3 – Blanket Purchase Agreements (BPAs), under GSA Multiple Award Schedule (MAS) Special Item Number (SIN) 518210C – Cloud Computing and Cloud Related IT Professional Services.  This BPA includes a 1-year base period of performance and four 1-year Option Periods, which shall enable the USCB to fulfill necessary requirements in the form of issued Orders.

Orders may be issued on a Firm-Fixed-Price (FFP), Labor Hour (LH), Requirements models (Reference: *GSAR Clause 552.238-199*), and Time and Materials (T&M) basis or any combination thereof as required to meet agency needs. Order type will be determined at the Order level.

The Government reserves the right to re-negotiate the contract type of any order issued against the BPA with the Contractor at any time after the completion of the base period to ensure the Government's requirement is being met under the most effective arrangement.

**B.3    OVERALL BPA ESTIMATED VALUE**

The estimated value of this BPA is $Redacted. *The final estimated value the BPA will be dependent on the Orders issued and the allocated budget each fiscal year. The BPA estimated value is not indicative of a promise of usage/funding.*

Page **1** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

*\*CAR 1352.216-77 ESTIMATED CEILING PRICE (APR 2010) as applicable at the order level.*

### B.3.1  BPA ORDER LIMITATIONS
The Government is under no obligation:
1. To issue Orders under this BPA; and
2. To issue Orders for every Functional Area under Section C.

### B.4  PRICE/QUOTE SCHEDULE
### B.4.1  BPA-Level Discount
As quoted in Attachment J.4 – Price Quote Worksheet, a minimum BPA-level discount percentage for Cloud Service Provider (CSP) offerings for each period of performance will be applied to all issued Orders under this BPA. The BPA-level discounts included in Attachment J.4 are incorporated into this BPA award.

The minimum BPA-Level discounts (By Functional Area or CLIN as referred to Attachment J.4 and Performance Period) have the following properties:
- The percent (%) discount applies for a complete performance period.
- The percent (%) discount applies to all services/products within the scope of the Functional Area/CLIN.
- The percent (%) discount applies to posted unit list prices of current CSP products and services offerings as well as any new and future offerings.
- The percent (%) discount applies to all Orders issued under the BPA, unless an additional discount is available at the Order level or other competitive pricing arrangements are negotiated (i.e. bulk/tiered pricing).
- The percent (%) discount offered is in consideration of the "Not Separately Priced" Requirements [Functional Area 0004: Cost Management and Resource Optimization (C.4.4)].

The GSA unit price, as of the date of quote submission, represents the not-to-exceed**,** ceiling price per unit. The BPA-Level minimum discounts will be applied in accordance with B.4.1. In accordance with FAR 8.405-4 Price Reductions, the contractor may offer, or the Government, at its discretion, may negotiate further discounts on an individual basis at the Order level.

### B.4.2 CSP Offerings and Price Considerations
Changes to a CSP's list prices over the life of the BPA shall be addressed as follows:

- If prices change during a Period of Performance of an issued Order, then the lowest of the two prices (the original list price with discount applied or new list price with discount applied) shall apply. The Contractor shall certify that a rate drop during any calendar month becomes effective the first day of the calendar month.

ANT_AR-0699



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- GSA MAS posted list prices are the **maximum** fixed price per unit a contractor can charge on an order placed against a GSA MAS FSS. Decreases made to GSA Advantage Price Lists or Competitive Commercial Price Lists shall flow through to Orders issued under this BPA accordingly.

When available, the Contractor shall provide the Government specialized, discount bulk purchasing or tiered pricing arrangements. The Contractor shall take into consideration consumption at the BPA level when offering specialized, discounted, and/or bulk purchasing or tiered pricing models.

Over the life of this BPA, the Contractor may offer such items under the BPA that are not available on their own GSA schedule. To the extent practicable, those items should be available through teaming arrangements with other GSA schedule holders (and should be annotated on their quotes and on the awarded order) in accordance with FAR Part 8.402(f).

In accordance with FAR 8.405-3(e), when conducting the annual review of this BPA, the Contracting Officer will request the Contractor quote additional price reductions and future CSPs and CSP Offerings to ensure the BPA still represents the Best Value to the Government.

## B.4.3   ORDER CONSIDERATIONS

Following the establishment of this single-award BPA, the Government intends to issue individual Orders with more specifically defined requirements, as needs arise. Order performance will serve as an element in the evaluation of the contractor's performance under the BPA and the Government will articulate deliverables at the time of issuance. Through this method, the Government and contractor will be able to work more collaboratively and responsively in a dynamic operating environment.

Following receipt of an issued Order, the authorized Contractor shall provide any assistance and expertise necessary to successfully meet the requirements as defined in the Order. All issued Orders will remain consistent with the requirements described in Section C unless exclusively stated otherwise at the Order level.

At a minimum, Orders will:
- Detail requirements;
- Identify deliverables, reporting needs, and invoicing specifications;
- Specify Contract Structure (i.e. CLIN/Sub-CLIN Type, CLIN/Sub-CLIN Number, CLIN/Sub-CLIN Scope, Unit Cost, Unit of Measure, CLIN/Sub-CLIN Quantity) as applicable.
- Set performance standards and schedule objectives; and,

ANT_AR-0700



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- Identify place of performance.

Order Pricing considerations are provided in Section B.4. Ordering Procedures are provided in Section G.7.

The period of performance (PoP) of an issued Order may extend past the BPA expiration date so long as there are option periods in the Contractor's GSA Schedule contract that, if exercised, will cover the period of performance..

### B.4.4   TRAVEL/OTHER DIRECT COSTS (ODCs)

Travel is not anticipated under this BPA. However, if deemed necessary it will be identified at the Order level as needed to successfully meet Order requirements. Travel will be reimbursed in accordance with FAR 31.205-46, Travel Costs, BPA Section G.6, and the General Service Administration's Federal Travel Regulations. Travel will not be reimbursed for daily commuting to or from the USCB Facilities in the DC Metro Area. Other Direct Costs will be identified in individual Orders, as required, and as determined to be allowable, allocable, and reasonable. ODCs may be reimbursed to the Contractor at cost plus any allowable material handling fee.

### B.4.5 Order-Level Materials (OLM)

Order Level Material (OLM), if required at the order level, may only be offered under the schedules designated and by the Contractors who have been authorized to do so by GSA. OLMs are specifically for offering supplies and services in direct support of a specific requirement and cannot exceed 33.33% of the value of any one order or the cumulative value of all orders places under this BPA. Special Ordering Instructions shall be followed if/when OLM apply at the order level. *GSA-established ordering procedures for Order-Level Materials can be found at GSAR subpart 538-72. Refer to GSAR clause 552.238-115, Special Ordering Procedures for the Acquisition of Order-Level Materials.*

### B.4.6 Open-Market Considerations

In the event of an instance where particular items are required and sourcing the items through the schedules or a government source of supply is not possible, open market acquisition regulations must be followed in accordance with FAR 8.402(f). In addition, a fair and reasonable price determination must be made for those items and the applicable clauses required added, if not already included in the underlying GSA schedule or BPA.

### B.5   FUNDING

No funding will be obligated on this BPA.  Funding will be obligated only at the Order level.

### B.5.1   INCREMENTAL FUNDING

ANT_AR-0701

Docusign Envelope ID: E633C85D-ADD0-4CF9-9B44-95D1C89A7B49



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Funding may be added to Orders by the execution of modifications to the Order, up to the estimated amount for the applicable Order's performance period or designated CLIN. The contractor shall note that residual funding at the end of an Order's performance period shall be de-obligated through a bilateral modification; inclusion of this funding in the following performance period of the Order is subject to budget approval based on appropriations and fiscal constraints.

*The following clause applies: FAR 52.232-22 LIMITATION OF FUNDS (APR 1984) and FAR 52.232-20 Limitation of Cost.*

## B.6    PRIME CONTRACTOR RESPONSIBILITIES
The contractor shall be held responsible for the performance and obligations of all services required under this BPA and under issued orders. The Government, in-turn, shall render all payments due for services performed solely to the prime contractor.

## B.7    EMERGENCY SITUATIONS
Emergency situations and contingency operations at the U.S. Census Bureau (USCB) may require the Contractor to operate at times not considered normal operating hours, as directed by the CO or Contacting Officer's Representative (COR).  This normally involves utility outages, weather driven contingencies, or any work involving support for significant technical related services, including mission critical applications and processing systems.  The Government may negotiate an equitable adjustment with the Contractor for the cost of these emergency requirements.

## B.8    PERFORMANCE OF SERVICES DURING CRISIS DECLARED BY NATIONAL SECURITY.
On occasion, services may be required to support an activation or exercise of contingency plans outside the normal duty hours.  Emergencies (i.e., accident and rescue operations, civil disturbances, terrorist attacks, and natural disasters) may necessitate the Contractor to provide increased or reduced support as determined by the CO.  The Government may negotiate an equitable adjustment with the Contractor for the cost of these emergency requirements.

**[End of Section B]**

ANT_AR-0702



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION C – PERFORMANCE WORK STATEMENT

**C.1    OVERVIEW**

The U.S. Census Bureau (USCB) is the Federal Government's largest statistical agency dedicated to providing current statistical data about America's people, places, and economy. These statistics assist Congress, the executive branch of the Federal Government, state, and local Governments, the general-public, and the private sector in the development and evaluation of social and economic activities. Reliable collection, preparation, tabulation, and dissemination of demographic and economic statistics are vital to the USCB's overall mission and strategic goals and objectives.  The USCB's unique mission has required it to leverage modern information technology (IT) solutions to address its priorities.

In accordance with the Report to the President on Federal IT Modernization and Executive Order 13800, the Office of Management and Budget (OMB) proposed to accelerate agency adoption of cloud-based solutions via 'Cloud Smart'. 'Cloud Smart' operates on the principle that agencies should be equipped to evaluate their options based on their service and mission needs, technical requirements, and existing policy limitations. Suitably, the USCB's focus as an agency must no longer be simply to field surveys and censuses and to publish the results, but rather to shift to combining data science with traditional survey methods, elevating and diversifying data products, and placing data at the center of the approach, by accelerating to secure native cloud services.

Through the adoption of a 'Cloud Smart' approach, the USCB has embarked on modernizing its current IT infrastructure, data collection, storage, and processing capabilities to align with mission needs under the Census Acceleration to Secure Cloud (CASC) Initiative. The CASC initiative is made up of three pillars:

- Pillar 1: Technical support for the Census on-premises data center with the goal of reducing the on-premises footprint over time using **native cloud technologies**.
- Pillar 2: Technical capabilities and services for **secure cloud services**. This includes supporting ongoing applications using Census cloud capabilities and future applications targeting **native cloud services**.
- Pillar 3: Technical services to assist migration of existing and new applications onto **native cloud technologies** in a secure and cost-effective manner. This includes migrating existing applications hosted within the Census on-premises data center to **cloud technologies** and standing up new applications within **cloud environments**.

The success of each pillar is in many ways dependent upon the success of others and all pillars are ultimately dependent upon the USCB's access to cloud services, as demonstrated in bold lettering above. The Office of the Chief Information Officer (OCIO) aims to standardize and

ANT_AR-0703



**Cloud Services**
**BPA Number: 1333LB24A00000001**

centralize cloud services that provide secure, efficient, and cost-effective business and technology innovation through the establishment of a centralized ordering framework for Cloud services under this Blanket Purchase Agreement. This will allow the agency to maintain pace with changing market dynamics and to improve IT service offerings through the shift to a modern, flexible, scalable, efficient, and effective means of utilizing and consuming data in the cloud.

*Current Environment:*

On Premises - At present, the current USCB ecosystem includes a mix of on-premises data centers and multiple cloud environments. Data centers exist in Jeffersonville, Indiana and Bowie, Maryland.  Additionally, there is computer room space in the Census Headquarters building located in Suitland, Maryland.

Cloud Environment - Currently, the USCB is leveraging Amazon Web Services (AWS). The Cloud environments exist primarily in AWS GovCloud with some workloads in AWS Public Cloud and Azure Public. Key capabilities include, but are not limited to, servers, storage, database as a service, Infrastructure as Code, container technology, serverless, Application Programming Interface (API) integrations, etc. All environments are integrated with and governed by enterprise capabilities and services such as, but not limited to, enterprise Active Directory, Lightweight Directory Access Protocol (LDAP), time service, network, and monitoring. Attachment J.6 Census Cloud Inventory provides a complete detailed list. The USCB expects traditional Data Center and IaaS usage to significantly decline and cloud technology usage to increase to take advantage of PaaS and SaaS and the inherently more flexible, scalable, and highly available cloud capabilities.

*Evolving Needs:*
Many of the USCB's current and future critical programs and technical "changes" including, but not limited to, Census Operations and Data Ecosystem (CODE), Enterprise Data Lake (EDL), Frames, Data Ingest and Collection for the Enterprise (DICE), and Center for Enterprise Dissemination Services and Consumer Innovation (CEDSCI), are dependent upon access to cloud services from AWS. The USCB requires continued access to AWS to continue supporting the USCB's current and future on-demand, self-service, cloud environment accounts.

As the underlying IT infrastructure modernizes, critical cloud migration efforts are initiated, programs adapt to the change, and technology offerings evolve, the USCB is actively and continuously assessing the enterprise needs and organizational directives to determine a long-term multi-cloud environment and compute solutions to meet the changing needs of the organization. As the USCB expands its cloud environment, it is expected that different customers and applications may be hosted across multiple CSPs. Taking into consideration the evolving IT environment, the varying needs, both known and unknown, of customers across the enterprise,

Page **7** of **67**

ANT_AR-0704



**Cloud Services**
**BPA Number: 1333LB24A00000001**

this centralized vehicle for cloud buys positions the USCB to expand its multi-cloud environment by providing customers access to multiple CSPs and their service offerings.

## C.1.1 TERMINOLOGY

- **Authorized Reseller:** an entity that has been contractually authorized by a cloud service provider (CSP) to act as an authorized agent or intermediary cloud broker to offer, negotiate, and sell, on the behalf of the CSP, the CSP's cloud services.
- **Authorized Contractor:** an entity that has been awarded SIN 518210C Cloud Computing and Cloud Related IT Professional Services on their GSA MAS award. An authorized vendor can be either a CSP or an authorized reseller.
- **Cloud Service Provider (CSP):** an entity that directly operates and manages the cloud services (i.e., IaaS, PaaS, SaaS) technology (e.g., facility, hardware, software).

## C.2 PURPOSE/EXPECTED OUTCOME

In support of portability, service scalability, and flexibility with infrastructure needs, the USCB seeks to acquire cloud native services, functions, and capabilities. This BPA will establish a marketplace for the USCB to obtain on-demand access to cloud native technologies and services from authorized contractors under GSA MAS SIN 518210C.

## C.2.1 BPA Goals and Objectives

The objective of this BPA is to support the existing integrated cloud delivery capabilities and enable future development of the USCB's Cloud environment using on-demand secure native cloud services. The primary goals of this BPA include:

- **Access to Multiple CSPs:** In addition to Amazon Web Services (AWS), which is currently hosting the USCB's architecture, this BPA will provide initial access to multiple FedRAMP authorized [Refer to C.4.1.1] CSPs capable of offering Infrastructure as a Service (IaaS), Platform as a Service (PaaS), and Software as a Service (SaaS) efficiently and cost-effectively in parity with cloud services available in the commercial marketplace.
- **Cloud-smart Adoption:** Deployment of workloads in cloud environments that best satisfy customer requirements (e.g., business, operations, security, technical).
- **Innovation and Specialized Services:** Position Census customers to leverage and take advantage of various CSPs evolving innovation and/or CSP-specific current and future specialized services (e.g. machine learning, artificial intelligence).
- **On-Demand Self-Service Capabilities and Resource Optimization:** Recognize the core benefits associated with cloud compute.
- **Improved Security Posture:** Manage attack surfaces by centralizing cloud buys and propagating modern cyber security policies and standards.

Page **8** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- **Centralized Purchasing Vehicle:** Centralized standardization and cloud spend under one vehicle to promote seamless identification and implementation of cloud products and services for stakeholders.
- **Cost Optimization and Efficiencies:** Capitalize on cost efficiencies through competitive, enterprise-wide pricing and quantity/volume discounts.
- **Governance and Oversight:** Streamlined management and oversight of cloud services delivered to Customers, including the management of cloud budgets and expenditures.

*Cloud Services BPA Usage*

This BPA shall serve as the basis for providing native cloud services across the enterprise to stakeholders and users from various Directorates within the USCB, including, but not limited to, the Office of the Chief Information Officer (OCIO) and the Office of the Chief Financial Officer (OCFO). The services and support provided by this BPA and issued Orders are not limited to the main stakeholders listed above. Cloud services can be requested from any organization within the USCB using the ordering processes outlined in Section G.7 Ordering Procedures for Orders. All initial requests for use of this BPA must come through the designated Contracting Officer's Representative (COR) of the underlying BPA.

**C.3 SCOPE**
The scope of this BPA includes current and future on-demand access to native cloud services, features, and functionality of AWS and a minimum of three (3) other CSPs. This includes, but is not limited to, the following:
- CSP Cloud Compute
- CSP Professional Services and Training
- CSP Marketplace Access
- CSP Cost Management, Consumption & Utilization, and Resource Optimization

This BPA may be updated in the future to change (add, delete, or modify) CSP offerings as well as access to additional CSPs based on the needs of the Government. Any CSPs or future CSP offerings added will be considered within scope of the requirement and will follow the appropriate procurement regulations for formal modification.

**C.4 FUNCTIONAL AREAS**
The contractor shall provide access to on-demand cloud services for AWS and a minimum of three (3) other CSPs via authorized reseller arrangements as defined in Section C.1.1. This includes access to CSP available offerings for internal capabilities and those offered through the cloud marketplace to support the USCB's current and future on-demand, self-service, cloud environment accounts. This section describes the technical and support objectives that shall be performed by the contractor.

Page **9** of **67**

ANT_AR-0706



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- **Functional Area 0001:** Cloud Compute (C.4.1)
- **Functional Area 0002:** CSP Marketplace (C.4.2)
- **Functional Area 0003:** CSP Professional Services and Training (C.4.3)
- **Functional Area 0004:** Cost Management and Resource Optimization (C.4.4)

### C.4.1 FUNCTIONAL AREA 0001: CLOUD COMPUTE

The National Institute for Standards and Technology (NIST) defines Cloud compute as:

*"...a model for enabling ubiquitous, convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction. This cloud model is composed of five essential characteristics, three service models, and four deployment models."*

The contractor shall provide CSP cloud computing services in the capacity of an authorized contractor that meet NIST definition of Cloud Computing composed of the five essential characteristics, the three service models, and four deployment models outlined in this section.

### I. ESSENTIAL CLOUD COMPUTE CHARACTERISTICS

The definition of "cloud" by the *National Institute of Standards and Technology (NIST) Special Publication 800-145: The NIST Definition of Cloud Computing* will serve as the definition of Cloud under this BPA. Cloud computing is broken down into five distinct characteristics as detailed below. All cloud compute services procured under this BPA via the issuance of Orders shall meet all five of the distinct characteristics.

- **On Demand Self Service** – A consumer can unilaterally provision computing capabilities, such as server time and network storage, as needed automatically without requiring human interaction with each service provider.
- **Rapid Elasticity** – Capabilities can be elastically provisioned and released, manually or automatically, to scale rapidly outward and inward commensurate with demand; Capabilities available for provisioning often appear to be unlimited and can be appropriated in any quantity at any time.
- **Broad Network Access** – Capabilities are available over the network and accessed through standard mechanisms that promote use by heterogeneous thin or thick client platforms (e.g., mobile phones, tablets, laptops, and workstations).
- **Resource Pooling** – The provider's computing resources are pooled to serve multiple consumers using a multi-tenant model, with different physical and virtual resources dynamically assigned and reassigned according to consumer demand. There is a sense of location independence in that the customer generally has no control or knowledge over the exact location of the provided resources but may be able to specify location at a

ANT_AR-0707



**Cloud Services**
**BPA Number: 1333LB24A00000001**

higher level of abstraction (e.g., country, state, or datacenter). Examples of resources include storage, processing, memory, and network bandwidth.

- **Measured Service** – Cloud systems automatically control and optimize resource use by leveraging a metering capability at some level of abstraction appropriate to the type of service (e.g., storage, processing, bandwidth, and active user accounts). Resource usage can be monitored, controlled, and reported, providing transparency for both the provider and consumer of the utilized service.

## II.    CLOUD SERVICE MODELS

The three primary cloud service models, as defined by NIST, available under this BPA include:

- **IaaS (Infrastructure as a Service)** – The capability provided to the consumer is to provision processing, storage, networks, and other fundamental computing resources where the consumer is able to deploy and run arbitrary software, which can include operating systems and applications. The consumer does not manage or control the underlying cloud infrastructure but has control over operating systems, storage, and deployed applications; and possibly limited control of select networking components (e.g., host firewalls).
- **PaaS (Platform as a Service)** – The capability provided to the consumer is to deploy onto the cloud infrastructure consumer-created or acquired applications created using programming languages, libraries, services, and tools supported by the provider. The consumer does not manage or control the underlying cloud infrastructure including network, servers, operating systems, or storage, but has control over the deployed applications and possibly configuration settings for the application-hosting environment.
- **SaaS (Software as a Service)** – The capability provided to the consumer is to use the provider's applications running on a cloud infrastructure. The applications are accessible from various client devices through either a thin client interface, such as a web browser (e.g., web-based email), or a program interface. The consumer does not manage or control the underlying cloud infrastructure including network, servers, operating systems, storage, or even individual application capabilities, with the possible exception of limited user specific application configuration settings.

## III.    CLOUD DEPLOYMENT MODELS

The contractor shall enable cloud compute access open to all deployment models defined as follows:

- **Public Cloud** – The cloud infrastructure is provisioned for open use by the general public. It may be owned, managed, and operated by a business, academic, or government organization, or some combination of them. It exists on the premises of the cloud provider.

ANT_AR-0708



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- **Private Cloud** – The cloud infrastructure is provisioned for exclusive use by a single organization comprising multiple consumers (e.g., business units). It may be owned, managed, and operated by the organization, a third party, or some combination of SIN 518210C.
- **Community Cloud** – The cloud infrastructure is provisioned for exclusive use by a specific community of consumers from organizations that have shared concerns (e.g., mission, security requirements, policy, and compliance considerations). It may be owned, managed, and operated by one or more of the organizations in the community, a third party, or some combination of them, and it may exist on or off premises.
- **Hybrid Cloud** – The cloud infrastructure is a composition of two or more distinct cloud infrastructures (private, community, or public) that remain unique entities, but are bound together by standardized or proprietary technology that enables data and application portability (e.g., cloud bursting for load balancing between clouds).

## C.4.1.1 ACCESS TO CSPs AND CLOUD PRODUCTS/SERVICES

The Government requires initial and direct access to authorized CSPs with the ability to support all service models. The Contractor shall enable the USCB direct access including all administrative and "root" credentials. The contractor shall be the authorized reseller and payor to the CSP.  The Government will be the "Owner" and "Account Holder" of CSP linked/member/subscription accounts supported under this BPA and all issued Orders, with all associated rights and responsibilities. As the "Owner" and "Account Holder", the Government shall be enabled to configure CSP support agreements using a CSP interface on demand.  This includes configuring different levels of CSP support per account/subscription/collection of accounts or for the Census Enterprise. The Government shall have direct access to the CSP's marketplace with the ability to order and configure services on-demand, create new accounts or subscriptions, and configure credentialing, networking, and all aspects of integrating the CSP into the USCB ecosystem where appropriate.

Accounts/subscriptions established on the Government's behalf in performance of this BPA are to be considered Government Furnished Equipment (GFE). The Government's role as the "Owner" and "Account Holder" explicitly includes Government's unrestricted and exclusive rights and ownership of all data placed into the CSP products and services by the Government, all Government developed and licensed software operating within the account, and all mechanisms configured, constructed, or developed by the Government for purposes of operating workloads, applications, and services within the account.

The contractor, within its authorized capacity, shall:

ANT_AR-0709



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- Provide access to all authorized CSP cloud product and services offerings from multiple CSPs. There may be instances where specific CSP products and services are required and will be justified at the order level.
- Provide access that supports cloud automation solutions (i.e. API) for creation and delivery of new accounts.
- Support all CSP products and services that are FedRAMP authorized or one of the following:
  - A current FedRAMP designation of Ready, In-Process, or Approved; or
  - At a minimum, Ready for agency sponsorship to undergo FedRAMP process.
- Provide access to all existing and, upon CSP public announcement and general availability, new or enhanced service and product offerings released during the performance of this BPA.
- Provide the ability to fully manage and provision all services (e.g. new accounts, all capabilities available via marketplace and console, virtual machines, storage, containers, databases and bandwidth dynamically, as requested and as required).
- Provide access to additional CSPs when required. The addition of CSPs will be done via a modification to the Blanket Purchase Agreement.
- Ensure cloud products or services are available from all FedRAMP authorized, or other appropriately designated status as noted above, and contractually available CSPs as required.
- Provide access to the same terms and conditions of commercial CSPs to Customers including all CSP Service Level Agreements.
- Support the terms of service requirement of terminating the service at any time (on-demand).
- Provide account administration to operate, maintain, and sustain the environment.
- Flow down and inherit all cloud Service Level Agreements (SLAs) from the CSPs utilized to support cloud operations. Accordingly, the Contractor shall be responsible for the collection, consolidation, and monthly reporting of all SLA data finalized between the Contractor and Government. Reporting requirements include, but are not limited to, tracking performance data and measurements; tracking and reporting under-performance, dispute submission, and results where credits or information correction are applicable to the Government.
- Ensure all solutions comply with the Federal Information Security Modernization Act of 2014 (FISMA), as well as Department of Commerce, Census, and other Government mandates, policies, federal regulations and laws (e.g. (National Institute of Standards and Technology, etc.). Reference Section C.5.

Specific CSP requirements:

ANT_AR-0710



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- CSP products shall be available to all Customers in the selected CSP regions. The combination of Cloud CSPs shall be in at least two of the following three geographically dispersed locations - East coast location; Midwest location; and West coast location.
- All facilities shall be located in the continental United States and be FedRAMP'd at the moderate or higher level; unless otherwise stated or approved by the Government.

### C.4.1.2 MIGRATION/TRANSITION-IN AND TRANSITION-OUT

The Contractor shall support the migration or transition-in/transition-out of workloads between accounts within CSPs, between CSPs, to other vendors or the Government as needed and without interruption. The Contractor shall work collaboratively with Census and other vendors to plan migration activities, advise on risks and funding considerations, and ensure delivery is made in accordance with an agreed upon schedule. At this time, the USCB envisions transition in/out services to be primarily an administrative (e.g., logical transfer of accounts) activity that would not require a migration of system resources following BPA award and via the issuance of orders.

### C.4.1.3 ENTERPRISE SUPPORT

The contractor shall provide access to Enterprise Support of the CSPs offered and utilized under this BPA. Enterprise Support shall include access to 24x7 technical support from high-quality engineers, tools, and technology to automatically manage the health of the environment, consultative architectural guidance delivered in the context of Census applications and use-cases, and a designated Technical Account Manager (TAM) to coordinate access to proactive/preventative programs and subject matter experts. The response times shall be in alignment with the CSP's published SLAs.

### C.4.2 FUNCTIONAL AREA 0002: CSP MARKETPLACE

The Contractor shall provide access to CSP marketplaces. These marketplaces provide an efficient way to activate cloud products and services necessary to support business and technical requirements. For example, customers may utilize CSP Marketplaces services to support compute, storage, network, or software needs to validate assumptions via proofs of concepts or pilots. CSP marketplaces serve to identify the optimal cloud operating environment or to address surge support requirements (e.g., rapidly analyzing data and generating reports). In these and similar situations, the Government expects the Contractor to offer packaged turn-key solutions that can be rapidly deployed and terminated as needed to offer maximum benefit of those technologies to the Government. If available, the USCB requests access to CSPs digital catalog (i.e., marketplace) that can meet this need for immediate access to solutions that may typically operate under short durations. The objective of CSP Marketplaces services is to provide access to the CSPs' digital catalogs, and to accelerate adoption by easing the buying, testing, and deployment of software for short-term use. Access to CSP marketplaces also provides the USCB's customers a catalog of software solutions optimized for the cloud environments they reside in, often by the software vendor themselves, which aids the need for simplified integration

ANT_AR-0711

Docusign Envelope ID: E633C85D-ADD0-4CF9-9B44-95D1C89A7B49



**Cloud Services**
**BPA Number: 1333LB24A00000001**

and streamlined deployment and provisioning. The Contractor shall follow the USCB's Marketplace Ordering Process to order marketplace services from CSPs in accordance with the requirements within this BPA and Attachment J.8 Marketplace Ordering Process.

*Marketplace items may be procured under this vehicle for short-term solutions, however they must be identified, authorized for use against a specific SIN, and formally approved, by the Contracting Officer, using the Marketplace Ordering Process in BPA Attachment J.8. Marketplace items are permissible to the extent they do not circumvent or contradict any organizational or procurement limitations or processes.*

**C.4.3 FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING**
Cloud offerings are rapidly evolving with each evolution providing more functionality and value to customers. CSP product iterations continue to abstract layers of the traditional information system away from the customer. In abstracting the layers, engineers and developers can become more specialized in the products they support. To help customers adopt and adapt to the specific CSP technologies, the USCB requires CSP Professional Services and CSP training offerings on-demand.

CSP Professional Services include consultants that possess a deep understanding of CSP best practices as well as current and future services, features, and functionality and have access to the corresponding CSP proprietary resources – including source code as well as product development and engineering teams.

CSP Training shall cover a range of introductory to advanced business and technical trainings delivered in a variety of settings (e.g., instructor led, online self-paced). The objective of CSP Training is to provide a capability for Customers to identify, select, and consume standard CSP developed and delivered training by whatever delivery channel is provided by the CSP. The Contractor shall coordinate with CSPs under this BPA to ensure timely availability of CSP specific training opportunities and events. The contractor may be required, as determined at the order level, to provide any course materials required to successfully perform the training.

**C.4.4 FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced]**
*Offerors are advised that Functional Area 0004 is inherent to Cloud Services and are performed in support of all other Functional Areas. Functional Area 0005 is identified as 'Not Separately Priced (NSP) item' and spans all Functional Areas.*

Foundational for the successful operations is the ability to fairly and transparently account for the technology costs that are expended on behalf of the Government's use of cloud-related resources or services. Cost Management and Resource Optimization are the tasks needed to track and optimize spend on an ongoing basis as well as to align resource capacity to actual workload

ANT_AR-0712



**Cloud Services**
**BPA Number: 1333LB24A00000001**

demand. The contractor shall monitor the BPA and all issued orders to enable cost management and resource optimization including:

- The Contractor shall enable the Government with the self-service access to create/delete new accounts/subscriptions, purchase CSP Savings Plans, adjust usage, enable premium support and allocate funding in order to optimize costs.
- By providing the Government access to the Management Account (Master Payor) and all "root" credentials and all data associated with use and spend, the Contractor shall enable direct access to live, unrestricted CSP cost data on-demand via the CSP cost tracking accounts or portals, with no intermediary interfaces or manipulation. In doing so, the Government shall have the ability to assign, edit, and control costing "tags", run reports to parse out costs using native CSP FinOps capabilities, export and manipulate cost data, create cost monitoring dashboards, etc.
- The Contractor shall advise on cost savings measures including tiered discount pricing or other form of bulk pricing based on usage as available and provide the Government with cost effective solutions that are equal to or less than publicly available prices by proposing improvements, optimization opportunities, and alternatives for consuming cloud at optimal costs when multiple options exist.
- The Contractor shall participate in Cost Management, including, but not limited to, cost estimation, forecasting, and optimization to support planning and ongoing cost management.
- The Contractor shall act in the best interest of the Government in relationships with other commercial providers and shall maintain complete confidentiality and the highest ethical standards in these matters, as related to the performance of this contract.

The Contractor shall provide Cost Management consisting of Order Funds Management and invoicing to include the following:

- The Government requires the ability to view total spend in various dimensions (i.e., CSP, Customer, Project, CLIN, Funding, and any other dimensions determined by the Government). The Contractor shall provide on-demand, unrestricted access, visibility, and tracking into funding allocations, any agreed upon apportionment across services, monthly invoicing, and remaining funding amounts through the use of a provided interface.
- The Contractor shall provide monthly invoices and supporting documentation that include detailed usage such as cost per account or subscription, detailed costs per usage type (e.g. per server types, storage type and amount, egress bandwidth used, etc).
- The Contractor shall provide backup and supporting information to support invoice reconciliation as well as other types of consolidated and cumulative data reports as requested.
- The Contractor ensure that funds are available proactively to support the current and projected usage.

ANT_AR-0713

Docusign Envelope ID: E633C85D-ADD0-4CF9-9B44-95D1C89A7B49



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- The Contractor shall reformat invoices as needed to ensure Census can correlate invoiced usage with actual usage.
- The Contractor shall notify the customer, the contracting officer's representative, and contracting officer when 50% and 75% of allocated funding and ceiling price for each CLIN/ Order ceiling price have been expended or when there are three months or less of cloud services available based on the remaining funds.
- The Contractor shall ensure consumption monitoring in accordance with GSAR Clause 552.238-199.
- The Contractor shall maintain all BPA, Order, and/or project deliverables, reports, invoices, etc. on an approved collaboration site to be identified following BPA award.

## C.5 SECURITY POLICIES

All services acquired under this BPA and issued Orders shall adhere to all current USCB Cybersecurity and IT standards, policies, and procedures.  At a minimum, all services must be in compliance with the current versions of the following:

- National Institute of Standards and Technology (NIST) Risk Management Framework (RMF)
- National Institute of Standards and Technology (NIST) Cyber Resilience Engineering Framework
- National Initiative for Cybersecurity Education (NICE), Cybersecurity Workforce Framework, National Institute of Standards and Technology (NIST) Special Publication 800-181
- Federal Information Security Modernization Act of 2014 (FISMA)
- Clinger-Cohen Act of 1996 also known as the "Information Technology Management Reform Act of 1996"
- Federal Information Technology Acquisition Reform Act (FITARA) of 2014
- Chief Financial Officers Act of 1990 (Public Law 101–576)
- Cyber Supply Chain Management and Transparency Act of 2014
- Federal Information Security Management Act of 2002
- e-Government Act of 2002
- Trade Agreements Act (TAA) of 1979
- Privacy Act of 1974
- Office of Management and Budget (OMB) Circular A-130
- Office of Management and Budget (OMB) Memorandum M-05-24

**[End of Section C]**

ANT_AR-0714



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION D    PACKAGING AND MARKING

**D.1 PAYMENT OF POSTAGE AND FEES**
All postage and fees related to the submission of information, including forms, reports, etc., to the CO, the COR, or the person(s) designated to receive, shall be the responsibility of the Contractor.

**D.2 PACKING FOR DOMESTIC SHIPMENT**
Materials shall be packed for shipment in such a manner that will ensure acceptance by common carriers and safe delivery at destination. Containers and closures shall comply with the Interstate Commerce Commission regulations, Uniform Freight Classification rules, or regulations of other carriers as applicable to the mode of transportation.

**D.3 MARKING DELIVERABLES**
The BPA and Order number shall be placed on or adjacent to all exterior mailing or shipping labels of deliverable items called for by the BPA/Order, except for reports.

Mark deliverables for: (unless otherwise specified at the Order Level)

Redacted
U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746
Phone:  Please see section G.3.1
Email:  Please see section G.3.1

Delivery locations for deliverables specified in this BPA and orders (such as reports, papers, and documentation) will be communicated to the contractor as needed by the Contracting Officer's Representative (COR).

**[End of Section D]**

ANT_AR-0715



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION E – INSPECTION AND ACCEPTANCE

**E.1  CAR 1352.246-70 – PLACE OF ACCEPTANCE (APR 2010)**
(a) The Contracting Officer or the duly authorized representative will accept supplies and services to be provided under this contract.
(b) The place of acceptance will be:

> U.S. Census Bureau
> 4600 Silver Hill Road
> Suitland, MD  20746

**E.2 RESPONSIBILITY FOR INSPECTION AND ACCEPTANCE**
The Government's designated Contracting Officer Representative (COR) will accomplish inspection and acceptance of all items and services under this BPA and orders.  The COR will inspect and be responsible for, the review and acceptance of all deliverables under the BPA and orders. Acceptance testing will be specified, if required.

The stated objectives in BPA Attachment J.5 - Performance Requirements Matrix, and in the Performance Requirements Matrices developed at the Order level, shall be met or exceeded by the contractor. Exceptions to the standards at the BPA level will be specified at the Order level when applicable.  To ensure that the minimum performance levels are met, the COR or his/her designee will monitor performance and review the required status reports.  Any deviations from the stated objectives must be fully documented and explained by the contractor.

It is the Government's intent to, at minimum, conduct monthly performance evaluations for each period of performance of an Order. Spot and unscheduled inspections may also be performed. The COR or his/her designee will do a final evaluation at the completion of the Order.

Attachment J.3- Quality Assurance Surveillance Plan (QASP) shall apply to all awarded Orders.

**E.3 GOVERNMENT CONTRACT QUALITY ASSURANCE**
Notwithstanding the requirements in Subsection E.2 above, and as applicable under executed FAR clauses 52.246-6 – Inspection Time-and-Material and 52.246-4 Inspection of Services-Fixed Price, quality assurance under this BPA will be performed in accordance with Attachment J.3 - Quality Assurance Surveillance Plan.

**[End of Section E]**

ANT_AR-0716



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## SECTION F DELIVERIES AND PERFORMANCE

### F.1 CAR 1352.270-70 PERIOD OF PERFORMANCE (APR 2010)
(a) The base period of performance of this contract is from **the Date of Award** through **October 31, 2024**. If an option is exercised, the period of performance shall be extended through the end of that option period.
(b) The option periods that may be exercised are as follows:

| PERIOD OF PERFORMANCE | Period Start Date | Period End Date |
|---|---|---|
| Option Period 1 | November 1, 2024 | October 31, 2025 |
| Option Period 2 | November 1, 2025 | October 31, 2026 |
| Option Period 3 | November 1, 2026 | October 31, 2027 |
| Option Period 4 | November 1, 2027 | October 31, 2028* |

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-9.

(End of clause)

*Each Period of Performance under this BPA is 12-months. Contractors are put on notice that the date of award and subsequent start and end dates of each period of performance are subject to change prior to award of the BPA if award is made before or after the anticipated award date of November 1, 2023. The total life-cycle period of performance if all available option periods are exercised will remain unchanged at 60-months.*

### F.1.2 EXERCISE OF OPTIONAL PERIODS OF PERFORMANCE

The Government reserves the right to unilaterally exercise any optional Periods of Performance based on the Contractors successful completion and submission of contract deliverables/work products. The Government will issue written notification of its intent to exercise an optional Period of Performance in accordance with the FAR 52.217-9.

The option periods included in the BPA and subsequent Orders will only be exercised if the contractor's Master GSA MAS IT FSS contract remains in full force and effect.

### F.2    PLACE OF PERFORMANCE AND REMOTE ACCESS CLAUSE
Considering the virtuality of the 'cloud' environment, an ordering activity remotely orders virtual machines, applications, and cloud services on-demand. The nature of the requirements requires network access as large clouds often have functions distributed over multiple locations.

ANT_AR-0717



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Therefore, the place of performance may be considered to be the residence of the CSP or the location of the access point of the personnel managing the cloud services. Although these requirements are offered, for the most part, virtually, it is required that the CSP reside in the continental United States. All CSP facilities shall be located in the continental United States and be FedRAMP'd at the moderate or higher level, unless otherwise supported by a delegation of one of the following:

- A current FedRAMP designation of Ready, In-Process, or Approved; or
- At a minimum, Ready for agency sponsorship to undergo FedRAMP process.

On occasion, at the Order level, services may be required to be performed at the USCB located at 4600 Silver Hill Road, Suitland, MD, 20746 or at the Bowie Data Center located at 17101 Belford Drive, Bowie, MD 20716. The USCB requires security review and clearance of employees in order to gain access to USCB facilities. All contractor staff must be U.S. Citizens in order to be cleared to enter the USCB Data Center. Additionally, services may be performed at other Census Bureau facilities and remote locations not directly managed by the Census Bureau only with approval of the COR, and subject to any other approvals as required by Census Bureau policy and described below.

The COR may authorize the performance of services under this BPA at facilities not managed by the Census Bureau provided those services do not involve access to or use of: Census Bureau data protected under Title 13 U.S.C.; Federal Tax Information protected under Title 26. U.S.C.; any system that stores or processes data protected under Title 13 or Title 26; or the Census Bureau's corporate information technology (IT) network. Contractors are, at all times, prohibited from accessing any of these data or assets from non-authorized locations.

The COR may authorize performance of services under this BPA and issued Orders (including services that require electronic access to information protected by Title 13 U.S.C. and if authorized by the Internal Revenue Service information protected by Title 26 U.S.C.) at the contractor's individual place of residence. To facilitate performance of these services, access to Census Bureau IT resources may, subject to Division or Office Chief approval and as determined necessary at the Order level, be granted via a Virtual Private Network (VPN) enabled Census Bureau-issued Laptop or through the Virtual Desktop Infrastructure (VDI).

Except as described above, the performance of any services at locations not managed by the Census Bureau that involve access to or use of: data protected under Title 13 U.S.C.; Federal Tax Information protected under Title 26. U.S.C.; any system that stores or processes data protected by Title 13 or Title 26; or the Census Bureau's corporate IT network may be subject to the following additional approvals:

- Review and approval of the physical security controls at the remote location by the Census Bureau's Office of Security. This review may include an on-site inspection.
- Review and approval of the IT security controls in place at the remote location by the

ANT_AR-0718



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Census Bureau's Office of Information Security. This review may involve the authorization of any systems that will handle and process the Census Bureau's data, or that will connect to the Census Bureau's network.

- Review and approval by the Internal Revenue Service if the services to be performed involve access to or use of Federal Tax Information protected under Title 26 U.S.C.
- Review and approval by the Census Bureau's Policy Coordination Office and/or Data Stewardship Executive Policy Committee.

Contractors are not authorized to work remotely with Federal Tax Information (FTI) protected by Title 26 U.S.C. unless executed by federal government contingency planning due to uncertain events and approval from the Internal Revenue Service (IRS). If allowed to work remotely with FTI, each vendor contract must contain language for safeguarding federal tax information as mentioned in IRS Publication 1075, Exhibit 7 (https://www.irs.gov/pub/irs-pdf/p1075.pdf).

Contractors may only perform services for the Census Bureau from approved locations. If authorized to work remotely, contractors must still adhere to all applicable Census Bureau Data Stewardship and IT Security Policies and complete all required training. The COR is responsible for ensuring the required training is completed for every contractor authorized to work remotely, and the contractor's access to Census Bureau IT resources and data assets will be terminated for non-compliance.

## F.3   HOURS OF OPERATION
Cloud computing is the on-demand virtual availability of computer system resources, including data storage (cloud storage) and computing power, without direct active management by the user. Given the virtual nature of the requirements, hours of operation are limited to only those services performed by contracted personnel.

The following general guidelines apply to the hours of operation when services are acquired via contracted personnel on a specific Order. Census Bureau work hours are from 6:00 AM to 6:30 PM EST Monday - Friday (except for Federal Holidays). Normal entry to the Census Bureau headquarters is 6:00 AM though 6:30 PM Monday through Friday except Federal holidays. Access to the Census Bureau headquarters after hours and to other facilities requires additional security authorization and approval from the COR and CO. Exceptions or changes to the above hours of operation may be required in individual Orders, and as approved by the COR.

## F.4   FEDERAL HOLIDAYS
(a)  Following are the annual federal holidays:

| | |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King's Birthday | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |

Page **22** of **67**

ANT_AR-0719



**Cloud Services**
**BPA Number: 1333LB24A00000001**

| | |
|---|---|
| Juneteenth | 19 June |
| Independence Day | 4 July |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Veterans Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

(b) In addition to the annual holidays, the Government may observe additional days as holidays, those to include:
  - Any other day designated by Federal Statue
  - Any other day designated by Executive Order
  - Any other day designated by the President's Proclamation

(c) Unless otherwise authorized by the Contracting Officer, observance of holidays by Government personnel shall not otherwise be a reason for an extension to the period of performance, delivery schedule, or entitlement of payment by the Government to the Contractor. In the event the Contractor's personnel (including subcontractor) work during the holiday, they may be compensated for the work in accordance with the Contractor's operational/employee/business procedures; however, no form of holiday or other premium compensation will be paid by the Government, either as an additional direct or indirect cost, over the payments authorized in the contract.

(d) When the Government grants excused absence to its employees (example: office closing due to inclement weather), onsite Contractor personnel may be dismissed by the Contractor at its discretion. However, such a dismissal will not be an excuse to change any service or delivery requirements under the contract.

(e) Extension of a Order period of performance or delivery schedule will not be provided for federal holidays in paragraph (a) or (b) above.  However, if necessary, and with approval of the COR, extension of the period of performance or delivery schedule may be granted by the Contracting Officer on a case-by-case basis for closings described in paragraph (d) above.

(f) In order for the CO or COR to approve work during a holiday, the contractor must work with the CO or COR to determine the proper documentation that should be submitted. There shall be a request submitted that has been an agreed upon format between government and contractor one (1) day prior to the holiday. Within this request the contractor should at a minimum provide the following:
  - Reasoning for the immediate need to continue working on that holiday,
  - What deliverables would be impacted (provide due dates),

ANT_AR-0720



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- Will it be the full contractor staff or just a few? If not full specify which contract staff will be working on that Holiday,
- Is this work required to be onsite or a remote location?

If the request submitted is approved by the CO or COR, the contractor must follow up no later than one week after the Holiday providing a report that demonstrates the work that was accomplished during that time.

### F.4.1 DELAY AND HOLIDAY PAY

Unless otherwise authorized by the Contracting Officer (CO), observance of holidays by Government personnel shall not otherwise be a reason for an extension to the period of performance, delivery schedule, or entitlement of payment by the Government to the Contractor.

In the event the Contractor's staff (including subcontractors) work during the holiday, upon COR approval, may be compensated for the work, in accordance with the Contractor's operation/employee /business procedures; however, no form of holiday or other premium compensation will be paid by the Government, either as an additional direct or indirect price, over the payments authorized in this contract.

### F.4.2 EXCUSED ABSENCE

When the Government grants excused absence to its employees (i.e. office closed due to inclement weather), onsite Contractor staff may be dismissed by the Contractor at its discretion. However, such a dismissal will not be an excuse to change any service or delivery requirements under the contract. For Time-and-Material or Labor-Hour contracts, the Contractor is cautioned that only those hours actually worked and approved by the COR may be billed to the Government. The Contractor agrees to continue to provide sufficient Contractor staff to perform critical tasks already in operation or scheduled, unless otherwise authorized by the Contracting Officer (CO).

### F.5    DELIVERABLES AND WORK PRODUCTS

NOTE:   FAR 52.249-14 Excusable Delays (APR 1984)

In performance of the requirements described in individual Orders, at a minimum the contractor **shall** provide the written deliverable items (including work products) as described within this BPA in addition to any deliverables (or work products) defined within individual Orders themselves.

All deliverables and work products shall be submitted to the COR/ACOR for inspection, review, and acceptance by the due date. Required deliverables or work products will be described in depth for each individual Order issued under the BPA.

Page **24** of **67**

ANT_AR-0721



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### F.5.1 ACCEPTANCE CRITERIA

The Government will work with the contractor to define specific quality standards for each deliverable and work product produced.  For any documents, the Government expects them to be timely, thorough, and accurate.  As each deliverable is usually the end result of a series of activities, it is vital that the contractor and the Government have the same expectations on the content and approach for the deliverable, the activities involved to develop it, including reviews of drafts, organization, and any other expectations for the final product, prior to the commencement of work. The Contractor shall provide work products and deliverables that meet the criteria specified in the order as well as the following criteria, at a minimum:

- **Adherence to Requirements** - Work products and deliverables shall adhere to the requirements in the BPA and the Orders.
- **Accuracy** – Work products and deliverables shall be free from errors and mistakes; and be developed in accordance with applicable laws, regulations, policies, and procedures.
- **Completeness** – Work products and deliverables shall have all parts or elements adhering to the required content.
- **Clarity** – Work products and deliverables shall be easy to understand.
- **Timeliness** – Work products and deliverables shall be available at time required and be delivered on or before specified due dates.
- **Format** – Work products and deliverables shall be submitted in hard and/or soft copy, as agreed by the contractor and the Census Bureau.  Both hard and soft copy formats shall follow specified guidance, directives, and/or policies.

### F.5.2 REVIEW AND ACCEPTANCE – DELIVERABLES AND WORK PRODUCTS

After the delivery of a document, the Government will have ten (10) business days to review the document and provide the contractor with a list of any required revisions and/or corrections. The contractor then will have five (5) business days to make these corrections and re-deliver the document to the Government.  However, the contractor is encouraged to review drafts of documents with the COR or the COR's designee, reducing the likelihood that the document will be found deficient, and therefore reducing re-work for all parties.

In the event of rejection of any deliverables, the contractor will be notified in writing by the COR of the specific reasons why the deliverables is unacceptable.  The contractor must return revised deliverables to the COR within five (5) workdays.

**After acceptance, all deliverables and their associated exclusive rights become the property of the Government.**

ANT_AR-0722



**Cloud Services**
**BPA Number: 1333LB24A00000001**

The contractor shall provide deliverables that are compliant with statutory Section 508 of the Rehabilitation Act of 1973 (found at 29 U.S.C. 794d) to ensure that end users with disabilities have access to and use of information and data that is comparable to that provided to others. The statutory language of section 508 can be found at www.section508.gov.

Additional information regarding Deliverable/work product Review and Acceptance at the Order level will be specified in the Order.

### F.5.3   METHOD OF DELIVERY
Deliverables **shall** be provided electronically whenever possible.  If electronic delivery is not possible, deliverables/work products shall be provided as hard copies to the COR or the COR's designee. Electronic and hard copy delivery **shall** be submitted in Microsoft (MS) Word, MS Project and/or MS Excel format unless the Government requests a different format (e.g., PDF).

### F.5.4 LIST OF DELIVERABLES – MASTER BPA
The following chart provides a list of deliverables required during performance at the BPA level if there is at least one active Order for the contractor.  Please note that the dates reflected in the chart are subject to change, as approved by the COR and formally executed via a modification to the BPA.

The BPA level deliverables include, but are not limited to the following:

| Section | Deliverables | Delivery Date: |
| --- | --- | --- |



ANT_AR-0723



**Cloud Services**
**BPA Number: 1333LB24A00000001**

All deliverables shall be submitted electronically and written in clear and precise language that follows structured writing/coding techniques to the maximum extent practicable. All deliverables shall conform to an approved standard for format and content. For written deliverables that do not have an established template, the parties will mutually agree upon the format.

### F.5.4.1 Kick-Off Meeting, Agenda, and Materials

The Contractor shall conduct a team kick-off meeting, within ten (10) business days of BPA award, with the Government at a time/date/location determined by the Government. The purpose of the kick-off meeting is to introduce the major project participants; communicate the background, scope, and schedule; ensure a common understanding of the BPA and all obligations and responsibilities of the Contractor and the Government; review the activities required to initiate and manage the BPA and Orders; and inform the team of necessary administrative items.  The Contractor shall provide an agenda and any necessary materials to successfully conduct the Kick-Off meeting. The Contractor shall work with the COR and Technical Point of Contact to schedule the BPA kick-off meeting.

The Contractor shall develop meeting minutes and action items associated with the team kick-off meeting and deliver to the Government within 3 business days after the kickoff meeting. The Kick-off Meeting Minutes shall describe the major events of the meeting, a statement of the issues considered by the participants, and related responses or decisions for the issues. For each Kick-off Meeting Action Item, the Contractor shall document the item, and to whom the item is assigned. The Contractor personnel to whom the Action Item is assigned is then obligated to perform the action and provide the results by the designated date provided in the document, as directed by the COR.

### F.5.4.2 Consolidated BPA-Level Weekly Funding Status Report

The Contractor shall provide a consolidated status report on a weekly basis on the funding across all issued Orders. This report shall include, at a minimum, the following:
- All orders tracked against the ceiling of the BPA.
- All open orders with funding applied, invoiced amounts, and remaining balance.
- Projections for remaining funding by order.

Following award and prior to the delivery of the first report, the COR, CSvD, and the Contractor will jointly agree upon the full content requirements of the report as well as the format and delivery form preference.

### F.5.4.3 Consolidated Monthly Funding Status Report

The Contractor shall provide a consolidated status report on a monthly basis on the funding across all issued Orders. This report shall include, at a minimum, the following:
- All orders tracked against the ceiling of the BPA
- All open orders with funding applied, invoiced amounts, remaining balance
- Projections for remaining funding by Order.

ANT_AR-0724

Docusign Envelope ID: E633C85D-ADD0-4CF9-9B44-95D1C89A7B49



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Following award and prior to the delivery of the first report, the COR, CSvD, and the Contractor will jointly agree upon the full content requirements of the report as well as the format and delivery form preference.

### F.5.4.4 BPA Quality Control Plan (QCP)

The Contractor shall develop, deliver, maintain, and adhere to a Quality Control (QC) Plan. The contractor's BPA level QCP provides the methodology the contractor will use to assure services, including deliverables/work products, are satisfactorily (as a minimum) provided. The QCP is a contract deliverable for the BPA. The methodology established in the BPA QCP may flow through to orders to ensure consistency in delivery. The Offeror shall submit the QC Plan as part of the technical quote, which will identify the minimum performance indicators, indices, and metrics to be used. The QC Plan shall be delivered in Word and PDF format. The Contractor's QC Plan shall consist of the following information at a minimum:

- A description of the Contractor's proposed performance parameters or Minimum Quality Standards including indicators, metrics, and baselines for services, deliverables, and work products provided under this BPA. The Contractor shall map performance parameters (Quality Standards) to the Government's Performance Requirements and Standards outlined in Section G.8 and Quality Standards outlined in Section F.5.1.
- A description of the methods of surveillance/review/audit process, its documentation, methods of internal review, identification of resources performing the reviews and surveillance, and the frequency of the reviews and surveillance.
- A description of the approach and procedures for communicating with the Government; handling corrective actions; and identifying and implementing potential improvements to the program services.
- A process for project tracking, consumption monitoring, and other agreed upon processes including any deliverables/work products.

Upon acceptance, the QC Plan will be included as an attachment to the Quality Assurance Surveillance Plan (QASP) (Reference: E.3 GOVERNMENT CONTRACT QUALITY ASSURANCE).

### F.5.4.5 BPA Management Plan

The Contractor shall develop, deliver, maintain, and adhere to the BPA Management Plan that shall describe the management strategy, approach, controls, processes, and efforts that will be utilized to effectively organize and manage all requirements under this BPA and all issued Orders. The BPA Management Plan shall be submitted as part of the Contractor's quote and subsequently finalized within 30 calendar days of BPA order award. At a minimum, the BPA Management Plan shall:

ANT_AR-0725



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- Establish Contractor Points of Contact and communication protocols by defining interfaces between the project and the Government.
- Establish the project organization, structure, authority, roles, responsibilities, and internal reporting relationships.
- Establish project management procedures and policies that will be followed for all Orders to include a consistent approach, controls, processes, and efforts that will be utilized to effectively organize and manage all cloud services, consumption monitoring, and cost tracking required for ALL ORDERS awarded under this BPA.
- Establish and document comprehensive activity schedules and milestones.
- Establish reporting requirements (including Consumption and utilization reporting as well as CSP SLA compliance reporting) and describe cost and schedule reporting mechanisms.
- Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV (as applicable) Participation Plan to include (at a minimum):
    - Details regarding qualifications and responsibilities;
    - Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV management approach defining the lines of authority and assignment/reporting procedures; and
    - Sub-Contractor(s)/Contractor Teaming Arrangement(s)/JV policies and practices.

**[The Contractor must notify the BPA contracting officer in writing of any changes to the partners identified above as it may affect the terms and conditions or performance of the contract as negotiated.  The written notification shall stipulate the reason for the change and identify any impacts resulting from the change]**

The Contractor and the Government shall jointly determine the full contents of the BPA Management Plan following BPA award.

**F.5.5 ORDER - DELIVERABLES**
Order deliverables will be specified at the order level.

**F.5.6 STATUS MEETINGS**
If requested, the contractor shall prepare materials for and participate in status meetings at a frequency/date/time and method agreed upon by the contractor and the COR.  Status meetings may be in-person, teleconference, or online depending as agreed upon between the contractor and the COR.

**F.5.7 WORK PRODUCTS: ORDERS**
Work products may be included, as necessary, in Orders and will provide a tangible

ANT_AR-0726



methodology for capturing and reporting critical information related to specific requirements or technical direction. Work products, as defined in Orders, are considered an inherent part of the contractor's roles and responsibilities under each Order. After the delivery of a work product, the Government will review and utilize the document to support operations. The COR, or COR's designee, will review, approve, or reject, and utilize, work products submitted under awarded Orders.  All work products and their associated exclusive rights become the property of the Government.

### F.5.8 NOTICE REGARDING LATE DELIVERY
In the event the Contractor anticipates that it will not meet the schedule as specified in the Deliverables/Work Products listing or performance requirements identified in the BPA, the Contractor shall immediately notify the CO and the COR orally and in writing giving pertinent rationale and proposed corrective action(s) and adequate consideration.  This notice shall not be construed as a waiver by the Government of any of its rights or remedies available under the BPA including termination.

### F.5.9 SPECIAL INSTRUCTIONS
The contractor shall agree that upon termination of or end of the BPA or issued Orders, the contractor shall have no property or possessive right to any of the correspondence, files or materials of whatever kind or description, or any copies or duplicates of such, whether developed or prepared by them or furnished to them by the Government in connection with the performance of the contract and that, upon demand, they shall surrender immediately to the Government such items, matters, materials and copies.

In addition to the provisions, terms, and conditions relating to the deliverables stated in this Performance Work Statement (including any hardware, software, and algorithmic code), the United States Government has rights set forth in FAR 52.227-17 Rights in Data--Special Works and FAR 52.227-14 Rights in Data-General.

**Data Rights and Usage:** The contractor shall deliver data sources and work products to the Census Bureau with unlimited usage rights in perpetuity. The Census Bureau may use the data sources or work products for future research projects as well as to publish research results or findings in professional journals or in presentations.

### F.5.10 TRANSFER OF OWNERSHIP AND RISK OF LOSS
Ownership of deliverable products shall pass to the Census Bureau upon formal acceptance, regardless of when or where the Census Bureau takes physical possession.  Unless the BPA or issued Order specifically provides otherwise, risk of loss of or damage to products shall remain with the Contractor until delivered and accepted by the Census Bureau.  Ownership of products remains with the Contractor until acceptance or cure.  The Contractor shall not be liable for loss

ANT_AR-0727

Docusign Envelope ID: E633C85D-ADD9-4CF9-9B44-95D1C89A7B49



**Cloud Services**
**BPA Number: 1333LB24A00000001**

of or damage to deliverables caused by the negligence of officers, agents, or employees of the Census Bureau acting within the scope of their employment.

*All work products/Deliverables and their associated exclusive rights become the property of the Government.*

**[End of Section F]**

ANT_AR-0728



**Cloud Services**
**BPA Number: 1333LB24A00000001**

---

## SECTION G   CONTRACT ADMINISTRATION DATA

**G.1 BLANKET PURCHASE AGREEMENT TERMS AND CONDITIONS**
Terms and conditions of the GSA Schedule Master Contract apply to this BPA and Orders issued against the BPA. In the event there is any inconsistency or conflict between the terms and conditions in the contractor's submission and those in the Agreement or Orders, the terms and conditions of the Agreement or Orders take precedence and shall govern this agreement between the parties. Any other specific clause will be specified at the time of award of each Order.

In the event of any inconsistencies, unless otherwise stated in the relevant order, the order of precedence is as follows:

    1. The GSA Schedule Contract
    2. The terms of the BPA and Orders

**G.2 CONTRACTING OFFICER**
Redacted          is hereby designated as the Contracting Officer (CO).  The CO is located at:
    U.S. Census Bureau
    Acquisition Division (ACQ)
    4600 Silver Hill Road
    Suitland, MD 20746
    Phone: 301.763.4247
    Email: Redacted                    .

**G.2.1   CAR 1352.201-70 – CONTRACTING OFFICER'S AUTHORITY (APR 2010)**
The Contracting Officer is the only person authorized to make or approve any changes in any of the requirements of this BPA or order, and, notwithstanding any provisions contained elsewhere in this BPA, the said authority remains solely in the Contracting Officer. In the event the contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the BPA or order terms and conditions, including price.

(End of Clause)

**G.3    CONTRACTING OFFICER'S REPRESENTATIVE**
**G.3.1   CAR 1352.201-72 – CONTRACTING OFFICER'S REPRESENTATIVE (APR 2010)**

ANT_AR-0729



**Cloud Services**
**BPA Number: 1333LB24A00000001**

a.   **Redacted**   is hereby designated as the Contracting Officer's Representative (COR).  The COR may be changed at any time by the Government without prior notice to the Contractor by written unilateral modification to the BPA and orders. The COR is located at:

U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746
Phone: 301.763.4803
Email: **Redacted**

b.   The responsibilities and limitations of the COR are as follows:
1.   The COR is responsible for the technical aspects of the BPA/Orders and serves as a technical liaison with the Contractor.  The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the BPA and issued orders.

2.   The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the BPA or Order price, terms, or conditions.  Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COR.  No such final changes shall be made without the express written prior authorization of the Contracting Officer.  The Contracting Officer by designate Assistance or Alternate CORs (ACOR) to act for the COR by naming such ACOR in writing and transmitting a copy of such designation to the Contractor.
(End of Clause)

**G.3.2  ALTERNATE CONTRACTING OFFICER'S REPRESENTATIVE (ACOR)**
*At this time an ACOR has not been identified for this BPA. However, if at a future time, an ACOR is assigned to this BPA, the following applies.*
a. **TBD** is hereby designated as the ACOR.  The ACOR may be changed at any time by the Government without prior notice to the Contractor by a unilateral modification to the BPA.  The ACOR is located at:
U.S. Census Bureau
4600 Silver Hill Road
Room TBD
Suitland, MD 20746
Phone: TBD
Email: TBD

Page **33** of **67**

ANT_AR-0730



**Cloud Services**
**BPA Number: 1333LB24A00000001**

b. The responsibilities and limitations of the ACOR are as follows:

1. The ACOR is responsible for the technical aspects of the BPA and serves as a technical liaison with the Contractor. The ACOR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the BPA.

2. The ACOR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect any price, terms, or conditions of the BPA. Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COR or ACOR. No such changes shall be made without the expressed written prior authorization of the Contracting Officer.

## G.4 GOVERNMENT PROVIDED SUPPLIES, EQUIPMENT, AND DATA

If required under an issued Order, the Contractor may need access to Government-Furnished Property (GFP) as necessary to perform the services required. The necessary GFP clause (FAR 52.245-1, Government Property) is included in the BPA and issued orders, as necessary. Government provided resources may include the following:

| DESCRIPTION OF GOVERNMENT PROVIDED RESOURCES | DATE TO BE DELIVERED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Access to Government facilities, and the use of equipment, i.e., desk, phone, laptop computer, shared printer, and miscellaneous office supplies etc. | As determined by the needs of the project. | Access is subject to contractor complying with security requirements, and approval by the Government. |
| Government Provided Laptops | As determined by the needs of the project. | During normal operations, the COR will submit an Entrance ticket. During COVID-19 environment, the contractor must schedule the badge appointment prior to laptop pick up using the online USA Access Site. The badge appointment must be scheduled by 4pm on the business day prior to pick up: https://portal.usaccess.gsa.gov/scheduler/select-activity Laptop pick up must be scheduled with CSD via help desk 301-763-3333. CSD will provide new entering contractors with log on assistance to the network. |

ANT_AR-0731



**Cloud Services**
**BPA Number: 1333LB24A00000001**

| Virtual Desktop Infrastructure (VDI)/VPN | As determined by the needs of the project. | Vendor must attend training before VDI/VPN access is granted |
|---|---|---|
| Access to Government reports, information, etc. associated with the project. | As determined by the needs of the project. | Access is subject to contractor complying with security requirements, and approval by the Government. |

**G.5 PROCEDURES FOR INVOICING - DEPARTMENT OF COMMERCE ELECTRONIC SUBMISSION OF PAYMENT REQUESTS INVOICING PROCESSING PLATFORM (DEC 2022)**

**\*ADDITIONAL BILLING INSTRUCTIONS TAILORED TO THE ACQUIRING AGENCY MAY BE INCLUDED AT THE ORDER LEVEL.\***

Payment requests must be submitted electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable payment request or invoicing instructions, Prompt Payment clause included in the contract, *FAR 32.905 Payment Documentation and Process*, or the *FAR Clause 52.212-4 Contract Terms and Conditions - Commercial Items* included in commercial item contracts. At the discretion of the Contracting Officer or the Contracting Officer's Representative, additional documentation or information may be required.

The IPP website address is https://www.ipp.gov. The Contractor must use the IPP website to register, access, and use IPP for submitting payment requests. If not already enrolled, the Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email within three to five business days of the addition of the contract award to IPP. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email: *IPPCustomerSupport@fiscal.treasury.gov* or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting payment requests, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation. Contact the Contracting Officer for more information on submitting a waiver request.

ANT_AR-0732



**Cloud Services**
**BPA Number: 1333LB24A00000001**

### G.6 TAVEL AND PER DIEM

The USCB will indicate if travel is required for each Order.

Travel is anticipated under this BPA.  When authorized as part of the work scope of an awarded Order, and as approved by the CO or COR, or Alternate COR (ACOR), travel expenses may be reimbursed in an amount no higher than that allowed by Federal Travel Regulations (FTR) in effect at the time of travel.  Normal commuting expenses are not allowed.

To be reimbursable, the travel expenses shall be:

1.   Allowable under the FTR
2.   Approved by the CO or COR/ACOR prior to travel expenditure
3.   Allocable and necessary to the services under this BPA

Request for travel approval shall be submitted to the COR/ACOR at least two (2) weeks prior to the time of travel, and shall identify:

1.   Name of the traveler
2.   Destination(s), including itinerary
3.   Purpose of the travel
4.   Cost breakdown

Invoices for travel expenses shall include original or legible copies of receipts as prescribed in the FTR, including, at a minimum:

1.   Actual airfare or other public conveyance expenses
2.   Transportation including car rental expenses for each rental day
3.   Lodging expenses

Any burden added to the travel cost will be allowed only as defined in the contractor's standard accounting practice or disclosure agreement.

Travel, both local and long distance, is an acceptable item to be invoiced.  The contractor shall invoice this Other Direct Cost (ODC) shall in accordance with the Federal Travel Regulations (FTR) and shall invoice only as required for individual Order requirements.  Unless authorized by the Contracting Officer (CO), reimbursement of lodging, meals and incidental expenses will not exceed the applicable rates set forth in the FTR for the travel destinations.  The contractor may invoice for all allocable and allowable other direct costs (ODCs) such as printing cost, telephone usage, computer time, etc., in accordance with FAR Clause 52.232-7, Payment under Time and Materials and Labor-Hour contracts.  The Government will not consider allowable the purchase or lease of word processing equipment and/or computer hardware and software.

ANT_AR-0733



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Non-local travel shall not be undertaken without prior, written approval of the COR or ACOR. If non-local travel is required and urgent circumstances warrant, then immediate supervisory approval is required at a minimum. Urgent circumstances should be a rare occurrence.  Approved travel reimbursement shall be in accordance to rates set forth in the Federal Travel Regulations (FTR). Unless authorized by the Contracting Officer (CO), reimbursement of lodging, meals and incidental expenses will not exceed the rates in the FTR. Reimbursement of local commuting expenses is not allowed for local travel inside the Washington, DC metropolitan area.

A.  Outside the Washington, DC Metropolitan Area:
Travel by air will be reimbursed at actual costs, not to exceed coach fare. Travel subsistence reimbursement will be authorized under the rates and conditions of the Federal Travel Regulations. Per diem will be reimbursed at actual costs, not to exceed the per diem rates set forth in FAR 31.205-46 (in effect at time of travel), or at said per diem rates regardless of actual cost, whichever is in accordance with the contractor's standard accounting practice or disclosure statement.

When there is travel of more than 10 hours, but less than 24 hours, when no lodging is required, per diem shall be one-half of the Meals and Incidental Expenses (M&IE) rate applicable to the location of the temporary duty assignment. If more than one temporary duty point is involved, the allowance will be one-half of the M&IE rate prescribed for the location where the majority of the time is spent performing official business. The per diem allowance shall not be allowed when the period of official travel is 10 hours or less during the same calendar day. Travel by privately owned vehicle will be reimbursed at the current GSA approved mileage rate. If the contractor incurs travel costs in excess of the approved travel plan, then they will do so at their own expense.

B.  Inside the Washington, DC Metropolitan Area:
Travel reimbursement is not authorized for travel to and from the US Census Bureau for contractors assigned to work at the Census Bureau for the whole term of the contract.  Travel will be reimbursed based on the policies stated in paragraph (a) above.

## G.7    ORDERING PROCEDURES FOR ORDERS AUTHORIZED ORDERING PROCEDURES
No organization, directorate, or office outside of the USCB's CSvD can utilize this BPA without prior approval.  All Orders will be approved and executed by a designated Contracting Officer.

### G.7.1 NOTIFICATION PROCEDURES
Any office, USCB or DOC, with a need to issue an Order under this Master BPA, prior to engaging with ACQ to issue Order Request for Quote, must first contact the Contracting Officer, Contract Specialist, and Contracting Officer's Representative.

ANT_AR-0734



**Cloud Services**
**BPA Number: 1333LB24A00000001**

---

**G.7.2  ORDER GUIDANCE**

The Government anticipates the award of a Single Master Blanket Purchase Agreement (BPA) will be issued with Optional Periods of Performance included in Section F.1. Orders may be issued up to or on the final date of the Master BPA expiration date.  Orders may be issued at any time during the performance of this BPA and may include option periods as well as the Optional 6-month Extension of Services period in accordance with FAR 52.217-8. The Period of Performance of any issued Order may extend past the BPA expiration date.

The Government may exercise option periods at its own discretion based on the continuous need of the services, contractor's performance, and the availability of funding. NOTE: Option Periods included in the BPA and subsequent Orders will be exercised so long as there are Option Periods in the Contractor's GSA Multiple Award Schedule Master Contract that, if exercised, will cover the BPA's period of performance.

**G.7.3 REQUESTING ORDER QUOTES**

Specific requirements shall be authorized and funded through the issuance of Orders. Upon the determination that there is a need for the requirements covered under this agreement, the Contracting Officer will provide a Request for Quotation to the contractor inclusive of a Performance Work Statement (PWS) defining the USCB's needs.

The Request for Quotation will include the following information, at a minimum:

a. Date of Request.
a. Quote due date.
b. Period of performance and place of performance of Order.
d. Type of Order (Firm Fixed Price, Time and Material, Labor Hour, Requirements, or any combination).
e. Government's Technical Point of Contact (TPOC), COR, and CO.
f. A description of the requirements including deliverables/work products, performance standards, and as applicable: Service Level Agreements, key personnel, Government-furnished materials, etc.
g. Technical and Price quote instructions and evaluation criteria.
k. Security requirements, if different from the BPA.
l. If applicable, additional provisions/clauses that may be unique to the Order. *(All clauses contained in the BPA and GSA MAS FSS shall be applicable to the Order Request for Quotation and the resultant Order award.)*
k. Detailed Invoicing Requirements
l. Any other pertinent information.

Page **38** of **67**

ANT_AR-0735



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## G.8 PERFORMANCE MEASURES

The Government will monitor the contractor's performance for the duration of the BPA and of every Order issued under the BPA in accordance with the QASP, Performance Requirements Matrix and Standards (Attachment J.5), and established and applicable Service Level Agreements. At a minimum, the Government's monitoring both at the BPA and Order level will include:

- Compliance with BPA level requirements, deliverables, and measures.
- Responsiveness to the Government.
- Cooperative working relationship with all other contractors doing business at the USCB.
- Compliance with requirements, deliverables and measures stated in Orders.
- Cost adherence, control, tracking, and variance reporting at the BPA level and on Orders.
- Schedule adherence control, tracking, and variance reporting at the BPA level and on Orders.

## G.8.1 PERFORMANCE MEASUREMENT REQUIREMENTS

The Performance Requirements can be located in Attachment J.5 – Performance Requirements Matrix and Performance Standards.

**(End of Section G)**

ANT_AR-0736



**Cloud Services**
**BPA Number: 1333LB24A00000001**

SECTION H   SPECIAL BPA AND ORDER REQUIREMENTS

**H.1 CAR 1352.237-75 – KEY PERSONNEL (APR 2010)**
**NOTE** IF DEEMED NECESSARY, SPECIFIC DETAILS REGARDING KEY PERSONNEL WILL BE PROVIDED AT THE INDIVIDUAL ORDER LEVEL, IF REQUIRED.

(a) The contractor shall assign to this contract the following key personnel:

(Name) (Position Title)
(Name) (Position Title)

(b) The contractor shall obtain the consent of the Contracting Officer prior to making key personnel substitutions. Replacements for key personnel must possess qualifications equal to or exceeding the qualifications of the personnel being replaced, unless an exception is approved by the Contracting Officer.

(c) Requests for changes in key personnel shall be submitted to the Contracting Officer at least 15 working days prior to making any permanent substitutions. The request should contain a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. The Contracting Officer will notify the contractor within 10 working days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes.

(End of clause)

**H.2 CAR 1352.208-70 – RESTRICTIONS ON PRINTING AND DUPLICATING (APR 2010)**

a. The Contractor is authorized to duplicate or copy production units provided the requirement does not exceed 5,000 production units of any one page or 25,000 production units in the aggregate of multiple pages.  Such pages must not exceed a maximum image size of 10¾ x 14¼ inches.  A "production unit" is one sheet, size 8 1/2 x 11 inches, one side only, and one-color ink.  Production unit requirements are outlined in the Government Printing and Binding Regulations.

b. This clause does not preclude writing, editing, preparation of manuscript copy, or preparation of related illustrative material as part of this BPA/Orders, or administrative duplicating/copying (for example, necessary forms and instructional materials used by the Contractor to respond to the terms of this BPA/Orders).

c. Costs associated with printing, duplicating, or copying in excess of the limits in paragraph (a) of this clause are unallowable without prior written approval of the Contracting Officer.  If the Contractor has reason to believe that any activity required in fulfillment of the BPA/Orders will necessitate any printing or substantial duplicating or copying, it shall immediately provide written notice to the Contracting Officer and request approval prior to proceeding with the activity.  Requests will be processed by the Contracting Officer in accordance with FAR 8.802.

ANT_AR-0737



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(End of clause)

**H.3 CAR 1352.209-71 – LIMITATIONS OF FUTURE CONTRACTING (APR 2010)**
(a) The following restrictions and definitions apply to prevent conflicting roles, which may bias the Contractor's judgment or objectivity, or to preclude the Contractor from obtaining an unfair competitive advantage in concurrent or future acquisitions.

(1) Descriptions or definitions:

(i) "Contractor" means the business entity receiving the award of this contract, its parents, affiliates, divisions and subsidiaries, and successors in interest.

(ii) "Development" means all efforts towards solution of broadly defined problems. This may encompass research, evaluating technical feasibility, proof of design and test, or engineering of programs not yet approved for acquisition or operation.

(iii) "Proprietary Information" means all information designated as proprietary in accordance with law and regulation and held in confidence or disclosed under restriction to prevent uncontrolled distribution. Examples include limited or restricted data, trade secrets, sensitive financial information, and computer software; and may appear in cost and pricing data or involve classified information.

(iv) "System" means the system that is the subject of this contract.

(v) "System Life" means all phases of the system's development, production, or support.

(vi) "Systems Engineering" means preparing specifications, identifying, and resolving interface problems, developing test requirements, evaluating test data, and supervising design.

(vii) "Technical Direction" means developing work statements, determining parameters, directing other Contractors' operations, or resolving technical controversies.

(2) Restrictions: The Contractor shall perform systems engineering and/or technical direction but will not have overall contractual responsibility for the system's development, integration, assembly and checkout, or production. The parties recognize that the Contractor shall occupy a highly influential and responsible position in determining the system's basic concepts and supervising their execution by other Contractors. The Contractor's judgment and recommendations must be objective, impartial, and independent. To avoid the prospect of the Contractor's judgment or recommendations being influenced by its own products or capabilities, it is agreed that the Contractor is precluded for the life of the system from award of a DOC contract to supply the system or any of its major components, and from acting as a subContractor or consultant to a DOC supplier for the system or any of its major components.

ANT_AR-0738



**Cloud Services**
**BPA Number: 1333LB24A00000001**

 (b) The above restrictions shall be included in all subcontracts, Teaming arrangements, and other agreements calling for performance of work which is subject to the organizational conflict of interest restrictions identified in this clause, unless excused in writing by the Contracting Officer.

(*End of Clause*)

### H.4    CAR 1352.209-73 COMPLIANCE WITH THE LAWS (APR 2010)

The contractor shall comply with all applicable laws, rules and regulations which deal with or relate to performance in accord with the terms of this BPA.

(End of clause)

### H.5    CAR 1352.209-72 – RESTRICTIONS AGAINST DISCLOSURE (APR 2010)

(a)  The contractor agrees, in the performance of this contract, to keep the information furnished by the Government or acquired/developed by the contractor in performance of the contract and designated by the Contracting Officer or Contracting Officer's Representative, in the strictest confidence.  The contractor also agrees not to publish or otherwise divulge such information, in whole or in part, in any manner or form, nor to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the contractor's possession, to those employees needing such information to perform the work described herein, *i.e.*, on a "need to know" basis.  The contractor agrees to immediately notify the Contracting Officer in writing in the event that the contractor determines or has reason to suspect a breach of this requirement has occurred.

(b)  The contractor agrees that it will not disclose any information described in subsection (a) to any person unless prior written approval is obtained from the Contracting Officer.  The contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

### H.6    CAR 1352.209-74 – ORGANIZATIONAL CONFLICT OF INTEREST (APR 2010)

(a) *Purpose.* The purpose of this clause is to ensure that the contractor and its subcontractors:
(1) Are not biased because of their financial, contractual, organizational, or other interests which relate to the work under this contract, and
(2) Do not obtain any unfair competitive advantage over other parties by virtue of their performance of this contract.
(b) *Scope.* The restrictions described herein shall apply to performance or participation by the contractor, its parents, affiliates, divisions and subsidiaries, and successors in interest (hereinafter collectively referred to as "contractor") in the activities covered by this clause as a prime contractor, subcontractor, co-sponsor, joint venture, consultant, or in any similar capacity. For

ANT_AR-0739



the purpose of this clause, affiliation occurs when a business concern is controlled by or has the power to control another or when a third party has the power to control both.

(c) *Warrant and Disclosure.* The warrant and disclosure requirements of this paragraph apply with full force to both the contractor and all subcontractors. The contractor warrants that, to the best of the contractor's knowledge and belief, there are no relevant facts or circumstances which would give rise to an organizational conflict of interest, as defined in FAR Subpart 9.5, and that the contractor has disclosed all relevant information regarding any actual or potential conflict. The contractor agrees it shall make an immediate and full disclosure, in writing, to the Contracting Officer of any potential or actual organizational conflict of interest or the existence of any facts that may cause a reasonably prudent person to question the contractor's impartiality because of the appearance or existence of bias or an unfair competitive advantage. Such disclosure shall include a description of the actions the contractor has taken or proposes to take in order to avoid, neutralize, or mitigate any resulting conflict of interest.

(d) *Remedies.* The Contracting Officer may terminate this contract for convenience, in whole or in part, if the Contracting Officer deems such termination necessary to avoid, neutralize or mitigate an actual or apparent organizational conflict of interest. If the contractor fails to disclose facts pertaining to the existence of a potential or actual organizational conflict of interest or misrepresents relevant information to the Contracting Officer, the Government may terminate the contract for default, suspend or debar the contractor from Government contracting, or pursue such other remedies as may be permitted by law or this contract.

(e) *Subcontracts.* The contractor shall include a clause substantially similar to this clause, including paragraphs (f) and (g), in any subcontract or consultant agreement at any tier expected to exceed the simplified acquisition threshold. The terms "contract," "contractor," and "Contracting Officer" shall be appropriately modified to preserve the Government's rights.

(f) *Prime Contractor Responsibilities.* The contractor shall obtain from its subcontractors or consultants the disclosure required in FAR Part 9.507-1, and shall determine in writing whether the interests disclosed present an actual, or significant potential for, an organizational conflict of interest. The contractor shall identify and avoid, neutralize, or mitigate any subcontractor organizational conflict prior to award of the contract to the satisfaction of the Contracting Officer. If the subcontractor's organizational conflict cannot be avoided, neutralized, or mitigated, the contractor must obtain the written approval of the Contracting Officer prior to entering into the subcontract. If the contractor becomes aware of a subcontractor's potential or actual organizational conflict of interest after contract award, the contractor agrees that the Contractor may be required to eliminate the subcontractor from its team, at the contractor's own risk.

(g) *Waiver.* The parties recognize that this clause has potential effects which will survive the performance of this contract and that it is impossible to foresee each circumstance to which it might be applied in the future. Accordingly, the contractor may at any time seek a waiver from the Head of the Contracting Activity by submitting such waiver request to the Contracting Officer, including a full written description of the requested waiver and the reasons in support thereof.

ANT_AR-0740



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(End of Clause)

## H.7 SAFETY

The contractor shall:

1. Comply with all applicable safety and occupational health requirements, to include OSHA's 29 CFR 1910. If the contractor fails or refuses to promptly comply with safety requirements, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.
2. Verbally inform the COR of any unsafe/hazardous conditions within thirty (30) minutes of becoming aware of the condition, and in writing within one (1) workday.
3. Verbally inform the COR within two (2) clock hours of the occurrence of all types of injuries and illnesses (first aid, limited duty, lost time and fatality) sustained by a contractor employee arising out of and in the course of his/her employment. A detailed written report shall be submitted to the COR within 24 clock hours.
4. Report to the COR all incidents where contractor employees damage government property. A verbal report shall be made within four (4) clock hours of an occurrence, and a written report of the facts and extent of damage shall be submitted within three (3) workdays.

The Contractor shall be responsible for all damages caused by the negligence of its employees.

## H.8 HARMLESS FROM LIABILITY

The Contractor shall hold and save the Government, its officers, agents, and employees harmless from liability of any nature or kind, including costs and expenses to which they may be subject, for or on account of any or all suits or damages of any character whatsoever resulting from injuries or damages sustained by any person or persons or property by virtue of performance of this BPA/Orders, arising or resulting in whole or in part from the fault, negligence, wrongful act or wrongful omission of the contractor, or any subcontractor, their employees, and agents.

## H.9 CAR 1352.231-71 – DUPLICATION OF EFFORT (APR 2010)

The Contractor hereby certifies that costs for work to be performed under this BPA/Orders and any subcontracts hereunder are not duplicative of any cost charged against any other Government contract, subcontract, or other Government source. The Contractor agrees to advise the Contracting Officer, in writing, of any other Government contract or subcontract it has performed or is performing which involves work directly related to the purpose of this BPA/Orders. The Contractor also certifies and agrees that any and all work performed under this BPA/Orders shall be directly and exclusively for the use and benefit of the Government, and not incidental to any other work, pursuit, research, or purpose of the Contractor, whose responsibility it will be to account for it accordingly.

(End of clause)

Page **44** of **67**

ANT_AR-0741



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## H.10 CONFIDENTIAL INFORMATION

Any designs, equipment, software and processes, and concepts that evolve from performance hereunder shall be considered as "Confidential Information." The Contractor shall not disclose any confidential information obtained in the performance of this BPA and orders. Any presentation of any designs, equipment, or concepts based on information obtained will be subject to review and approval by the Government before publication or dissemination for accuracy of factual data and interpretation.

During the course of this BPA and orders, the Contractor shall have access to Government data relevant to this project as required. Any information, not previously published, received from the Government in connection with this BPA and orders or furnished to the Contractor from other sources in response to the Government's requirements under this BPA and orders, will be restricted to this project, and may not be disclosed or used for any other purpose without the prior written approval of the Contracting Officer. Title to Government-owned data shall remain with the Government. The Contractor shall use the Government-owned data only in connection with this BPA and orders. These restrictions do not apply to information which:

a.    Currently or subsequently enters the public domain;

b.    Has been released to any third party, without restrictions; or

c.    Is obtained by the Contractor independent of the Government.

Physical access to the Contractor's office areas that contain PII and sensitive data shall be controlled to prevent unauthorized personnel from acquiring access to this data.  The Contractor shall not release USCB data outside of its facility, either orally or in written form, without the express written consent of the USCB CO/COR.

## H.11 KEY CONTROL

The Contractor shall ensure that all keys issued to Contractor support personnel are accounted for and controlled.  At a minimum, the Contractor shall be responsible for the following:

1. Ensuring keys are only used by the Contractor's employees.
2. Prohibiting the opening of locked areas by the Contractor's employees to permit entrance of persons other than the Contractor or USCB employees engaged in the performance of assigned work in those areas.
3. Ensuring keys issued to the Contractor by the Government are not duplicated.
4. Ensuring keys issued by the Government are not lost or misplaced.
5. Reporting the loss of any key in writing to the COR within eight (8) clock hours of occurrence or at the beginning of the next scheduled workday, whichever occurs first.

ANT_AR-0742



**Cloud Services**
**BPA Number: 1333LB24A00000001**

**H.12 SECURITY**
**H.12.1 CAR 1352.209-72 – RESTRICTIONS AGAINST DISCLOSURE (APR 2010)**

a. The Contractor agrees, in the performance of this BPA, to keep the information furnished by the Government or acquired/developed by the Contractor in performance of the BPA and designated by the Contracting Officer or Contracting Officer's Representative, in the strictest confidence. The Contractor also agrees not to publish or otherwise divulge such information, in whole or in part, in any manner or form, nor to authorize or permit others to do so, taking such reasonable measures as are necessary to restrict access to such information while in the Contractor's possession, to those employees needing such information to perform the work described herein, *i.e.*, on a "need to know" basis. The Contractor agrees to immediately notify the Contracting Officer in writing in the event that the Contractor determines or has reason to suspect a breach of this requirement has occurred.

b. The Contractor agrees that it will not disclose any information described in subsection (a) to any person unless prior written approval is obtained from the Contracting Officer. The Contractor agrees to insert the substance of this clause in any consultant agreement or subcontract hereunder.

(End of clause)

**H.12.2 CAR 1352.237-70 – SECURITY PROCESSING REQUIREMENTS – HIGH OR MODERATE RISK CONTRACTS (APR 2010)**

    a.  Investigative Requirements for High and Moderate Risk Contracts. All Contractor (and subcontractor) personnel proposed to be employed under a High or Moderate Risk contract shall undergo security processing by the Department's Office of Security before being eligible to work on the premises of any Department of Commerce owned, leased, or controlled facility in the United States or overseas, or to obtain access to a Department of Commerce IT system. All Department of Commerce security processing pertinent to this contract will be conducted at no cost to the Contractor. The level of contract risk will determine the type and scope of such processing, as noted below.
1. Investigative requirements for Non-IT Service Contracts are:

        i.      High Risk – Background Investigation (BI)

        ii.     Moderate Risk – Moderate Background Investigation (MBI)

2. Investigative requirements for IT Service Contracts are:

        i.      High Risk IT – Background Investigation (BI)

Page **46** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

    ii.       Moderate Risk IT – Background Investigation (BI)

b.  In addition to the investigations noted above, non-U.S. citizens must have a pre appointment check that includes an Immigration and Customs Enforcement agency check.

c. Additional Requirements for Foreign Nationals (Non-U.S. Citizens).  To be employed under this contract within the United States, non-U.S. citizens must have:

1. Official legal status in the United States;

2. Continuously resided in the United States for the last two years; and

3. Obtained advance approval from the servicing Security Officer of the contracting operating unit in consultation with the DOC Office of Security (OSY) headquarters. (OSY routinely consults with appropriate agencies regarding the use of non-U.S. citizens on contracts and can provide up-to-date information concerning this matter.)

d. Security Processing Requirement. Processing requirements for High and Moderate Risk Contracts are as follows:

1. The Contractor must complete and submit the following forms to the Contracting Officer's Representative (COR):

    i.       Standard Form 85P (SF-85P), Questionnaire for Public Trust Positions;

    ii.       FD-258, Fingerprint Chart with OPM's designation in the ORI Block; and

    iii.      Credit Release Authorization.

2. The Sponsor will ensure that these forms have been properly completed, initiate the CD-254, Contract Security Classification Specification, and forward the documents to the cognizant Security Officer.

3. Upon completion of security processing, the Office of Security, through the servicing Security Officer and the Sponsor, will notify the Contractor in writing of an individual's eligibility to be provided access to a Department of Commerce facility or Department of Commerce IT system.

4. Security processing shall consist of limited personal background inquiries pertaining to verification of name, physical description, marital status, present and former residences, education, employment history, criminal record, personal references, medical fitness, fingerprint classification, and other pertinent information. For non-U.S. citizens, the Sponsor must request an Immigration and Customs

Page **47** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

Enforcement agency check. It is the option of the Office of Security to repeat the security processing on any contract employee at its discretion.

e. Notification of Disqualifying Information.  If the Office of Security receives disqualifying information on a contract employee, the COR will be notified. The Sponsor, in coordination with the Contracting Officer, will immediately remove the contract employee from duties requiring access to Departmental facilities or IT systems. Contract employees may be barred from working on the premises of a facility for any of the following:

1. Conviction of a felony crime of violence or of a misdemeanor involving moral turpitude;

2. Falsification of information entered on security screening forms or on other documents submitted to the Department;

3. Improper conduct once performing on the contract, including criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct or other conduct prejudicial to the Government, regardless of whether the conduct was directly related to the contract;

4. Any behavior judged to pose a potential threat to Departmental information systems, personnel, property, or other assets.

f. Failure to comply with security processing requirements may result in termination of the contract or removal of contract employees from Department of Commerce facilities or denial of access to IT systems.

g. Access to National Security Information.  Compliance with these requirements shall not be construed as providing a contract employee clearance to have access to national security information.

h. The Contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

**H.12.3 CAR 1352.239-72 – SECURITY REQUIREMENTS FOR INFORMATION TECHNOLOGY RESOURCES (APR 2010)**

a.  Applicability.  This clause is applicable to all contracts that require Contractor electronic access to Department of Commerce sensitive non-national security or national security

ANT_AR-0745



information contained in systems or administrative control of systems by a Contractor that process or store information that directly supports the mission of the Agency.

b. Definitions. For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (P.L. 100-235), including the following definition of the term:

1. Sensitive information is "… any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

2. For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information.

Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

3. Information technology resources include hardware, application software, system software, and information (data). Information technology services include the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

c. The Contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the Contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the Contractor.

d. All Contractor personnel performing under this contract and Contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (see

ANT_AR-0746



**Cloud Services**
**BPA Number: 1333LB24A00000001**

DOC, Office of the Chief Information Officer website), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

e.  Contractor personnel requiring a user account for access to systems operated by the Contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

f.  Within 5 days of receiving agency clearance notification from the COR and no later than 45 days after contract award, the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy,* chapter 15, section 15.3.  The COR will inform the Contractor of any other available DOC training resources.  Annually thereafter the Contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

g.  Within 15 days of contract award, the Contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures* using Attachment J.3., Company-Non-Disclosure Agreement, and Attachment J.4., Employee-Non-Disclosure Agreement.

h.  The Contractor shall afford DOC, including the Office of Inspector General, access to the Contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract.  Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

i.  For all Contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the Contractor shall provide, implement, and maintain a System Accreditation Order in accordance with the *DOC IT Security Program Policy*.  Specifically, the Contractor shall:

  1.  Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy.*  The Certification Work Plan, approved by the COR, in

Page **50** of **67**

ANT_AR-0747



**Cloud Services**
**BPA Number: 1333LB24A00000001**

consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the Contractor of the system that will process DOC data or connect to DOC networks.  Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

2.  Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Order portions of the System Accreditation Order for approval and system accreditation by an appointed DOC official.

3.  Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Order, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

j.  The Contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

**H.13 HSPD-12 IMPLEMENTATION**
The performance of this BPA and Orders may require contractors to have physical access to Federal premises for more than 180 days or access to a Federal information system.  Any items or services delivered under this BPA and Orders shall comply with the Department of Commerce personal identity verification procedures that implement HSPD-12, FIPS PUB 201, and OMB Memorandum M-05-24.  The contractor shall insert this clause in all subcontracts when the subcontractor is required to have physical access to a Federally controlled facility or access to a Federal information system.

**H.14    TITLE 13 CLAUSES**
**H.14.1  TITLE 13 CLAUSE**

Definition: The term "Title 13 Information" in this section refers to any information that are subject to the confidentiality and use restrictions contained in 13 U.S.C Sections 8 and 9. This includes any aggregation or statistic derived from these confidential data if it has not passed the Census Bureau's disclosure review.

These provisions must be in place for any contract requiring the contractor to directly access Title 13 information, or requires them to access Census Bureau facilities, the Census Bureau's

ANT_AR-0748



**Cloud Services**
**BPA Number: 1333LB24A00000001**

internal network, or facilities or systems involved in the storage, handling, and processing of any Title 13 information.

In performance of this BPA and Orders, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements. The agency will have the right to void the BPA and orders if the contractor fails to provide the safeguards described below. The Census Bureau retains exclusive authority for determining the appropriate safeguards for Title 13 information and reserves the right to modify these safeguards at any time.

1. No work involving either access to or use of Title 13 information furnished under this contract will be subcontracted without prior written approval of the Census Bureau.
2. In addition to any required background or suitability determinations, all contractors who require direct access to Title 13 information, or to Census facilities, the Census network, or facilities or systems where Title 13 information are stored, handled, or processed must take an oath and complete the Census Bureau Form BC–1759 (Special Sworn Status) that legally binds them to not disclose Title 13 information. An authorized Census Bureau employee or a Notary Public must administer the oath of nondisclosure.
3. These contractors will be required to complete the appropriate Data Stewardship and IT Security Awareness training as specified by the Census Bureau and determined by level of access. This requirement must be met prior to contractor onboarding, and annually thereafter.
4. The two provisions specified above do not apply to support staff in cloud data centers who are not granted systems access above a level as specified by the Census Bureau's Office of Information Security.
5. The Census Bureau is granting the contractor access to Title 13 information only for the purpose of assisting the Census Bureau with statistical activities as authorized under Title 13 U.S.C. These statistical activities are defined in the terms of this contract. Any use of Title 13 information by the contractor for a purpose not specified in the contract is prohibited.
6. Title 13 information will be treated as confidential and will not be divulged or made known in any manner to any person except Special Sworn Status individuals as may be necessary in the performance of this contract. All use or disclosure of Title 13 information must be in accordance with Census Bureau policies including, but not limited to:

| Data Stewardship Policies |
| --- |
| PP: Privacy Principles |
| DS001: Access to and Uses of Administrative Data |

Page **52** of **67**

ANT_AR-0749



| |
|---|
| DS002: Articulating the Title 13 Benefits of Census Bureau Projects |
| DS006: Controlling Non-Employee Access to Title 13 Data |
| DS007: Safeguarding and Managing Information |
| DS017: Data Stewardship Awareness Training |
| DS018: Unauthorized Browsing |
| DS021: Custom Tabulations |
| DS022: Personally Identifiable Information (PII) Breach Policy |
| DS025: Organization of the Disclosure Review Board |
| **Other Policies** |
| Telework Policy |
| Contractor Home Worksite Policy |
| Acceptable Use Policy for U.S. Census Bureau Information Technology Resources [IT AUP] |
| Data Access and Transfer Policy |
| Incident Reporting Policy |
| BOC Laptop Policies and Procedures |
| Information Technology Security (PPM S5) |
| Records Management (PPM K3) |

7. The Census Bureau retains full ownership of any Title 13 information involved in the performance of this contract including any derivative information unless specifically authorized by the Census Bureau.
8. All Title 13 information involved in the performance of the contract will remain on systems that are owned, maintained, or authorized to operate by the Census Bureau. These systems will be authorized at the FISMA moderate level, with additional technical controls as specified by the Census Bureau.

ANT_AR-0750



**Cloud Services**
**BPA Number: 1333LB24A00000001**

9. Any Title 13 information processed during the performance of this contract will be completely purged from all data storage components of the contractor's computer facility or systems per the Census Bureau's media sanitization procedures either at the Census Bureau's request, or at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any Title 13 information remaining in any storage component will be safeguarded in accordance with Census Bureau policy to prevent unauthorized disclosures.

10. Access to any system or physical space involved in the storage or processing of Title 13 information will be restricted to only authorized individuals with Special Sworn Status.

11. The Census Bureau must specifically authorize, in accordance with Census Bureau policy, any facility where Title 13 information are stored, handled or processed, as well as any location from which the contractor will access the Census Bureau's network, Title 13 information, or any systems that store or process Title 13 information. The contractor will be required to secure any such facility or location to prevent any unauthorized access to Title 13 information and may be required to submit a security plan to the Census Bureau for review. Any authorized site may be subject to inspection by the Census Bureau at any time and for any purpose.

12. The contractor may, at the discretion of the COR, be authorized to perform work that involves access to the Census Bureau's network, or any system that stores and processes Title 13 information from their individual place of residence. This will not be authorized if that work involves any physical media containing Title 13 information. The Census Bureau reserves the right to conduct a physical inspection of the contractor's place of residence if they are authorized to perform work there.

13. Any physical media containing Title 13 information will be secured, stored, handled, and shipped per Census Bureau policies. The contractor will destroy all physical media according to Census Bureau policy or return it to the agency either at the agency's request, or at the time the work is completed. If immediate destruction or return of the Title 13 information is not possible, the contractor certifies that they will continue to safeguard any physical media in their possession to prevent unauthorized disclosures.

Criminal Sanctions:

1. Under Title 13, U.S.C. section 214, and Title 18, U.S.C. Sections 3551, 3559, and 3571, the penalty for unlawful disclosure by the contractor of any Title 13 information provided to, or accessed by the contractor in the performance of this contract is a fine of not more than $250,000 or imprisonment for not more than 5 years, or both.

**H.14.2 CAR 1352.209-75 – TITLE 13 AND NON-DISCLOSURE REQUIREMENTS (APR 2010)**

Page **54** of **67**

ANT_AR-0751



**Cloud Services**
**BPA Number: 1333LB24A00000001**

The USCB's data are protected by Title 13 of the United States Code.  The Contractor may not use Title 13 data for any purpose other than the intended purpose for which it is supplied or obtained. All Contractor personnel who will have access to Title 13 data must take an oath and complete the Census Bureau Form BC-1759 (Special Sworn Status) that requires nondisclosure of Title 13 data.  An authorized USCB employee or a Notary Public must administer the oath of nondisclosure.

(End of clause)

## H.15 VIRUS-FREE CHECK AND CERTIFICATION OF DATA DELIVERED VIA ELECTRONIC MEDIA

All data delivered via electronic media (by disk, telecommunications transmission, or any other manner of electronic medium) shall be checked and certified as virus-free at data point of origin. Virus-free electronic media data certification shall be required to accompany all such delivered data identifying the specific certifying party, telephone number, data generation location, date certified, a list of each data item being certified, and the following certifying statement, "All data provided for by this delivery is virus-free".

## H.16 OBTAINING ACCESS TO PROPRIETARY INFORMATION

Prior to gaining access to proprietary information of any other company (which may occur in performing advisory services for the Government), the Contractor shall protect each company's information from unauthorized use or disclosure for as long as such information remains proprietary, and refrain from using the information for any purpose other than that for which it was furnished and required by performance. The Contractor shall provide the Government copies of all such agreements and await written approval by the CO, or their designee, to ensure that such agreements have been completed and properly executed prior to the Contractor gaining access to proprietary information.

## H.17 SYSTEM OF RECORDS NOTICE (SORN)

Reference Attachment J.1 PARC.

## H.18 CAR 1352.228-70 – INSURANCE COVERAGE (APR 2010)

a. Workers Compensation and Employer's Liability. The Contractor is required to comply with applicable federal and state workers' compensation and occupational disease statutes.  If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a Contractor's commercial operations that it would not be practical to require this coverage.  Employer's liability coverage of at least $100,000 shall be required, except in states with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.

ANT_AR-0752



**Cloud Services**
**BPA Number: 1333LB24A00000001**

b. General liability.

1. The Contractor shall have bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

2. When special circumstances apply in accordance with FAR 28.307-2(b), Property Damage Liability Insurance shall be required in the amount of $0.00.

c. Automobile liability. The Contractor shall have automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

d. Aircraft public and passenger liability. When aircraft are used in connection with performing the contract, the Contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger liability, and $200,000 per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

e. Vessel liability. When contract performance involves use of vessels, the Contractor shall provide, vessel collision liability and protection and indemnity liability insurance as determined by the Government.

(End of clause)

**H.19 CAR 1352.245-70 GOVERNMENT FURNISHED PROPERTY (APRIL 2010)**
The Government will provide the following item(s) of Government property to the contractor.

(a) Access to appropriate Census Bureau staff and consultants as agreed to complete the required deliverables.
(b) Upon request, the Government may provide Standard Operational Procedures, regulations, manuals, texts, briefs, and other materials associated with the project.
(c) The Government may provide the following to Contractor staff working on site:
        (1) Temporary office space
        (2) Personal computers
        (3) Telephone access
The contractor shall be accountable for, and have stewardship of, the property in the performance of this BPA and Orders. This property shall be used and maintained by the contractor in accordance with provisions of the "Government Property" clause included in this BPA.

ANT_AR-0753



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(End of clause)

## H.20 CAR 1352.237-73 FOREIGN NATIONAL VISITOR AND GUEST ACCESS TO DEPARTMENTAL RESOURCES (APR 2010)

(a) The Contractor shall comply with the provisions of Department Administrative Order 207-12, Foreign National Visitor and Guest Access Program; Bureau of Industry and Security Export Administrative Regulations Part 734, and [insert operating unit counsel specific procedures]. The Contractor shall provide the Government with notice of foreign nationals requiring access to any Department of Commerce facility or through a Department of Commerce IT system.

(b) The Contractor shall identify each foreign national who requires access to any Departmental resources, and shall provide all requested information in writing to the Contracting Officer's Representative.

(c) The Contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

## H.21 CAR 1352.227-70 RIGHTS IN DATA, ASSIGNMENT OF COPYRIGHT (APR 2010)

In accordance with 48 CFR 52.227-17, Rights in Data – Special Works, the Contractor agrees to assign copyright to data, including reports and other copyrightable materials, first produced in performance of this contract to the United States Government, as represented by the Secretary of Commerce.

(End of Clause)

## H.22 CAR 1352.239-71 – ELECTRONIC AND INFORMATION TECHNOLOGY (APR 2010)

a.  To be considered eligible for award, Offerors must propose electronic and information technology (EIT) that meet the applicable Access Board accessibility standards at 36 CFR 1194 designated below:

_____1194.21 Software applications and operating systems
____X____1194.22 Web-based intranet and internet information and applications
_____1194.23 Telecommunications products
_____1194.24 Video and multimedia products
_____1194.25 Self-contained, closed products
_____1194.26 Desktop and portable computers
_____1194.31 Functional performance criteria
____x____1194.41 Information, documentation and support

b.  The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

ANT_AR-0754



**Cloud Services**
**BPA Number: 1333LB24A00000001**

c.  Alternatively, Offerors may propose products and services that provide equivalent facilitation. Such offers will be considered to have met the provisions of the Access Board standards for the feature or components providing equivalent facilitation.  If none of the offers that meet all applicable provisions of the standards could be accepted without imposing an undue burden on the agency or component, or if none of the Offerors propose products or services that fully meet all of the applicable Access Board's provisions, those Offerors whose products or services meet some of the applicable provisions will be considered eligible for award.  Awards will not be made to an Offeror meeting all or some of the applicable Access Board provisions if award would impose an undue burden upon the agency.

d.  Offerors must submit representation information concerning their products by completing the VPAT template at www.Section508.gov.

(End of clause)

**H. 22.1 SECTION 508 OF THE REHABILITATION ACT OF 1973, AS AMENDED**
Any electronic and information technology products delivered under this contract must comply with applicable requirements of Section 508 of the Rehabilitation Act of 1973, as amended. Section 508 ensures that individuals with disabilities who seek information or services from a Federal agency access to and use of information and data that is comparable to that provided to the public who are not individuals with disabilities. The contractor will provide Voluntary Product Accessibility Template (VPAT) statements for applicable products.

**H.23   NEW WORK**
The Contractor performing under this BPA may be required to provide access to additional CSPs and perform additional cloud-related products/services related to the work identified in Section C. The government reserves the right to include additional work, in accordance with FAR 52.243-3 Changes-Time-and-Materials or Labor-Hours or 52.212-4 Contract Terms and Conditions—Commercial Products and Commercial Services, which is deemed as within the scope of this BPA and issued Orders.

**H.24 TITLE AND RISK OF LOSS**
a.  After award of this BPA, the title to all materials acquired by the Contractor in the performance of the task order properly chargeable there to under sound accounting practices is the property of the Government and shall vest in the Government.  All material acquired under this task order shall become property of the Government.

b.   The Contractor shall bear this risk of loss of property, title to which vests in the Government pursuant to this clause, in the event of loss, theft or destruction or for damage to any such property before delivery acceptance by the Government.

Page **58** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

## H.25 COMPLIANCE WITH CLAUSES IDENTIFIED IN IRC SECTION 6103(P) OF IRS PUBLICATION 1075 (AUG 2017)
## I. PERFORMANCE

In performance of this BPA and Orders, the contractor agrees to comply with and assume responsibility for compliance by his or her employees with the following requirements:

(1) All work will be done under the supervision of the contractor or the contractor's employees.

(2) Any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this BPA. Information contained in such material will be treated as confidential and will not be divulged or made known in any manner to any person except as may be necessary in the performance of this BPA and Orders. Disclosure to anyone other than an officer or employee of the contractor with a need-to-know is prohibited.

(3) All returns and return information will be accounted for upon receipt and properly stored before, during, and after processing. In addition, all related output will be given the same level of protection as required for the source material.

(4) The contractor certifies that the data processed during the performance of this BPA and Orders will be completely purged from all data storage components of his or her computer facility, and no output will be retained by the contractor at the time the work is completed. If immediate purging of all data storage components is not possible, the contractor certifies that any IRS data remaining in any storage component will be safeguarded to prevent unauthorized disclosures.

(5) Any spoilage or any intermediate hard copy printout that may result during the processing of IRS data will be given to the agency or his or her designee. When this is not possible, the contractor will be responsible for the destruction of the spoilage or any intermediate hard copy printouts, and will provide the agency or his or her designee with a statement containing the date of destruction, description of material destroyed, and the method used.

**(6) All computer systems receiving, processing, storing or transmitting FTI must meet the requirements defined in IRS Publication 1075.** To meet functional and assurance requirements, the security features of the environment must provide for the managerial, operational, and technical controls. All security features must be available and activated to protect against unauthorized use of and access to Federal Tax Information.

(7) No work directly involving Federal Tax Information furnished under this BPA/Orders will be subcontracted without prior written approval of the IRS.

ANT_AR-0756



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(8) The contractor will maintain a list of employees authorized access. Such list will be provided to the agency and, upon request, to the IRS reviewing office.

(9) The agency will have the right to void the BPA and Order if the contractor fails to provide the safeguards described above.

## II. CRIMINAL/CIVIL SANCTIONS

(1) Each officer or employee of any person to whom returns or return information is or may be disclosed will be notified in writing by such person that returns or return information disclosed to such officer or employee can be used only for a purpose and to the extent authorized herein, and that further disclosure of any such returns or return information for a purpose or to an extent unauthorized herein constitutes a felony punishable upon conviction by a fine of as much as $5,000 or imprisonment for as long as 5 years, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized further disclosure of returns or return information may also result in an award of civil damages against the officer or employee in an amount not less than $1,000 with respect to each instance of unauthorized disclosure. These penalties are prescribed by IRCs 7213 and 7431 and set forth at 26 CFR 301.6103(n)-1.

(2) Each officer or employee of any person to whom returns or return information is or may be disclosed shall be notified in writing by such person that any return or return information made available in any format shall be used only for the purpose of carrying out the provisions of this BPA/Orders. Information contained in such material shall be treated as confidential and shall not be divulged or made known in any manner to any person except as may be necessary in the performance of the BPA/Orders. Inspection by or disclosure to anyone without an official need-to-know constitutes a criminal misdemeanor punishable upon conviction by a fine of as much as $1,000 or imprisonment for as long as 1 year, or both, together with the costs of prosecution. Such person shall also notify each such officer and employee that any such unauthorized inspection or disclosure of returns or return information may also result in an award of civil damages against the officer or employee [United States for Federal employees] in an amount equal to the sum of the greater of $1,000 for each act of unauthorized inspection or disclosure with respect to which such defendant is found liable or the sum of the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure plus in the case of a willful inspection or disclosure which is the result of gross negligence, punitive damages, plus the costs of the action. These penalties are prescribed by IRC 7213A and 7431.

(3) Additionally, it is incumbent upon the contractor to inform its officers and employees of the penalties for improper disclosure imposed by the Privacy Act of1974, 5 U.S.C. 552a. Specifically, 5 U.S.C. 552a(i)(1), which is made applicable to contractors by 5 U.S.C.

ANT_AR-0757



**Cloud Services**
**BPA Number: 1333LB24A00000001**

552a(m)(1), provides that any officer or employee of a contractor, who by virtue of his/her employment or official position, has possession of or access to agency records which contain individually identifiable information, the disclosure of which is prohibited by the Privacy Act or regulations established thereunder, and who knowing that disclosure of the specific material is prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and be fined not more than $5,000.

(4) Granting a contractor access to FTI must be preceded by certifying that each individual understands the agency's security policy and procedures for safeguarding IRS information. Annual training and certification is required.  Training is accessible for all Census contractors provided email access, i.e. @census.gov, can access the training at https://doc.csod.com/LMS/catalog/Welcome.aspx?  For contractors without a Census email, please contact the Policy Coordination Office on (301) 763-6440 for training procedures.

## III. INSPECTION

The IRS and the Agency shall have the right to send its officers and employees into the offices and plants of the contractor for inspection of the facilities and operations provided for the performance of any work under this BPA and orders. On the basis of such inspection, specific measures may be required in cases where the contractor is found to be noncompliant with contract safeguards.

**[End of Section H]**

Page **61** of **67**

ANT_AR-0758



**Cloud Services**
**BPA Number: 1333LB24A00000001**

**SECTION I: CONTRACT CLAUSES**

All applicable clauses from the contractor's master General Services Administration (GSA) Multiple Award Schedule (MAS) contract are applicable to this BPA and Orders issued against the BPA. The clauses below are being provided either as supplements or to highlight their inclusion.

**I.1 FAR 52.252-2 – CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This BPA incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at: https://www.acquisition.gov

The following FAR clauses are incorporated by reference:

- FAR 52.202-1 DEFINITIONS (NOV 2013)
- FAR 52.239-1 PRIVACY OR SECURITY SAFEGUARDS (AUG 1996)
- FAR 52.227-14 RIGHTS IN DATA – GENERAL (MAY 2014)
- FAR 52.227-16 ADDITIONAL DATA REQUIREMENTS (JUN 1987)
- FAR 52.227-17 RIGHTS IN DATA-SPECIAL WORKS
- FAR 52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)
- FAR 52.237-3 CONTINUTITY OF SERVICES (JAN 1991)
- FAR 52.245-1 GOVERNMENT PROPERTY (SEP 2021)
- FAR 52-245-9  USE AND CHARGES (APR 2012)
- FAR 52.203-17 CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS. (JUN 2020)
- FAR 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 2012)
- FAR 52.204-21 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (NOV 2021)
- FAR 52.212-4 CONTRACT TERMS AND CONDITIONS – COMMERCIAL ITEMS (DEC 2022)
- FAR 52.244-6 SUBCONTRACTS FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAR 2023)
- FAR 52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (NOV 2021)
- FAR 52.223-6 DRUG-FREE WORKPLACE (MAY 2001)
- FAR 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 2020)
- FAR 52.228-7 INSURANCE—LIABILITY TO THIRD PERSONS (MAR 1996)

ANT_AR-0759



**Cloud Services**
**BPA Number: 1333LB24A00000001**

- FAR 52.232-40 PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (MAR 2023)
- FAR 52.232-18 AVAILABILITY OF FUNDS (APR 1984)
- FAR 52.232-22 LIMITATION OF FUNDS (APR 1984)
- FAR 52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUNE 2013)
- FAR 52.232-23 ASSIGNMENT OF CLAIMS (MAY 2014)
- FAR 52.232-7 PAYMENTS UNDER TIME AND MATERIALS AND LABOR HOUR CONTRACTS (NOV 2021)
- FAR 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002)
- FAR 52.243-3 CHANGES-TIME AND MATERIALS OR LABOR HOURS (SEP 2000)
- FAR 52.243-1 CHANGES-FIXED-PRICE (AUG 1987)
- FAR 52.246-6 INSPECTION-TIME AND MATERIAL AND LABOR HOUR (MAY 2001)
- FAR 52.246-4 INSPECTION OF SERVICES – FIXED PRICE (AUG 1996)
- FAR 52.249-14 EXCUSABLE DELAYS (APR 1984)
- FAR 52.227-1 AUTHORIZATION AND CONSENT (JUN 2020)

**I.2 FAR CLAUSES INCORPORATED BY FULL TEXT:**
The following FAR clauses apply to this acquisition and are hereby incorporated by full text. Full text of these clauses can be found at: https://www.acquisition.gov/browsefar

**FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**

a. The Government may extend the term of this contract by written notice to the Contractor prior to contract expiration; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 1 day before the contract expires.  The preliminary notice does not commit the Government to an extension.  If the Government fails to extend the term of the contract within the period identified and the Government has provided a written notice to the Contractor that the action is undergoing review in accordance with Department of Commerce procedures for implementing Executive Order 14222 or other reasons , the contractor shall stop all work and incur no costs to be charged to the Government. Once the Department of Commerce's review process has occurred, or no later than the number of days provided in the initial notification, the Government will notify the contractor if the option may be exercised and, if so, adjust start and end dates of the period of performance accordingly. The Government will then extend the term of the contract with a bilateral modification.

ANT_AR-0760



**Cloud Services**
**BPA Number: 1333LB24A00000001**

b. If the Government exercises this option, the extended contract shall be considered to include this option clause.
c. The total duration for this contract, including the exercise of any options under this clause, shall not exceed five (5) years.

## FAR 52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021)

(a) *Definitions.* As used in this clause—

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (*e.g.*, connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (*e.g.*, fiber optic, coaxial cable, Ethernet).

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means–

(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means–

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

(ii) For reasons relating to regional stability or surreptitious listening;

Page **64** of **67**

ANT_AR-0761



**Cloud Services**
**BPA Number: 1333LB24A00000001**

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (*e.g.*, connection of a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Reasonable inquiry* means an inquiry designed to uncover any information in the entity's possession about the identity of the producer or provider of covered telecommunications equipment or services used by the entity that excludes the need to include an internal or third-party audit.

*Roaming* means cellular communications services (*e.g.*, voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

(b) *Prohibition*.

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. The Contractor is prohibited from providing to the Government any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract, or extending or renewing a contract, with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

Page **65** of **67**



**Cloud Services**
**BPA Number: 1333LB24A00000001**

This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract.

(c) *Exceptions.* This clause does not prohibit contractors from providing—

(1) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(2) Telecommunications equipment that cannot route or redirect user data traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(d) Reporting requirement.

(1) In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system, during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (d)(2) of this clause to the Contracting Officer, unless elsewhere in this contract are established procedures for reporting the information; in the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (d)(1) of this clause

(i) Within one business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (d)(2)(i) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

(e) *Subcontracts.* The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (b)(2), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products or commercial services.

(End of clause)

**[End of Section I]**

Page **66** of 67

**Cloud Services**
**BPA Number: 1333LB24A00000001**

### SECTION J – LIST OF ATTACHMENTS

J.1    PARC
J.2    Representations and Certifications Addendum
J.3    Quality Assurance Surveillance Plan (QASP)
J.4    Price Quote Worksheet
J.5    Performance Requirements Matrix and Performance Standards
J.6    Census Cloud Inventory
J.7    [Reserved]
J.8    Marketplace Ordering Process


**[End of Section J]**

ANT_AR-0764

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | | 24 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| P26026 | See Block 16C | 041112-26-0112 | |

| 6. ISSUED BY          CODE | 13TECH | 7.ADMINISTERED BY *(If other than Item 6)* CODE | |
|---|---|---|---|

US CENSUS BUREAU
CHIEF INFORMATION OFFICER
4600 SILVER HILL ROAD
SUITLAND MD 20746

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| FOUR POINTS TECHNOLOGY LLC<br>Attn: None<br>13221 WOODLAND PARK RD<br>STE 400<br>HERNDON VA 20171 | (X) | |
| | | 9B. DATED *(SEE ITEM 11)* |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333LB24A00000001<br>1333LB24F00000016 |
| | ☒ | 10B. DATED *(SEE ITEM 13)*<br>12/19/2023 |

| CODE  H1KHJPJH9R51 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* Net Increase: | $Redacted |
|---|---|

See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER *(Specify type of modification and authority)*<br>Call Order Section 4.0 FUNDING CONSIDERATIONS |

E. **IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
See continuation page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Redacted |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | Signed by<br>**Redacted** | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | 5/11/2026 |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-0765

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGES |
|---|---|---|
| | 1333LB24A00000001/1333LB24F00000016/P26026 | PAGE 2 OF 24 |

NAME OF OFFEROR OR CONTRACTOR
FOUR POINTS TECHNOLOGY LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | GSA Contract #: 47QTCA19D00MP<br>DUNS Number:  Not Available<br>UEI:  H1KHJPJH9R51<br><br>Update Item 0216 to include 0216-9 and 0216-10<br>as follows (amount shown is the Obligated<br>Amount)<br><br>Incremental Funding for Cloud Services BPA Call<br>Order 1 for Option Period Two (2)<br>Obligation Amount: Redacted<br><br>Line Item: 0216-9<br>Incremental Funding for Cloud Services BPA AW<br>Call Order 1 OP2<br>DBIT# 125051 IT PACT #26-458<br>Product/Service Code: R799<br>Accounting Info:<br>04XWIT6400-26DE3-041112002100000000-25700100<br>PROJECT - TASK: 04XWIT6400-26DE3 EXPEND ORG:<br>041112002100000000 EXPEND TYPE: 25700100<br>Funded: $Redacted<br>Period of Performance: 05/11/2026 to<br>05/31/2026<br><br>Line Item: 0216-10<br>Incremental Funding for Cloud Services BPA AW<br>17,234.00 Call Order 1 OP2<br>DBIT# 127806 IT PACT #26-458<br>Product/Service Code: R799<br>Accounting Info:<br>04263C7144-26000-041112002100000000-25700100<br>PROJECT - TASK: 04263C7144-26000 EXPEND ORG:<br>041112002100000000 EXPEND TYPE: 25700100<br>Funded: $Redacted<br>Period of Performance: 05/11/2026 to<br>05/31/2026<br><br>Period of Performance: DoA – to 05/31/2026<br><br>Payment:<br>BUREAU OF CENSUS<br>FINANCE DIVISION<br>4600 SILVER HILL ROAD - 2K419<br>WASHINGTON DC 20233-4400<br>Period of Performance: 12/19/2023 to<br>05/31/2026 | | | | |

The purpose of this Modification is to complete the following:

1. Activate *OPTIONAL CLIN 4100 – AWS BUNDLE – Option Period 2* in the amount of $Redacted. See Tracked Changes Section 3.3 *PRICING STRUCTURE* (Attached).

2. Funding for Option Period Two (2) is hereby increased by $Redacted from Redacted to $Redacted.

If the Contractor chooses to exceed the funded amount, they do so at their own risk.

The Total Estimated Ceiling Value for this Call Order remains unchanged at $Redacted.

This is a 'Requirements' Type Order with Optional CLINs of fixed size cost blocks also referred to as 'Fixed Price Non-Term (On-Demand) Cloud Computing Services'.

All other Terms and Conditions remain unchanged.

COR: Redacted

ANT_AR-0767



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

## 1. ORDER TYPE

This Order is issued against the U.S. Census Bureau's Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001. This is a 'Requirements' Type Order with optional CLINs of fixed size cost blocks also referred to as 'Fixed Price Non-Term (On-Demand) Cloud Computing Services' in accordance with *GSAR Clause 552.238-199 Special Ordering Procedures Applicable when Procuring Cloud Computing on a Consumption Basis* as provided in the underlying GSA MAS FSS. Reference GSA MAS SIN 518210C Ordering Guide.

## 2. CAR 1352.270-70 PERIOD OF PERFORMANCE (APR 2010)

(a) The base period of performance of this call order is from **the Date of Award** through **May 31, 2024.** If an option is exercised, the period of performance shall be extended through the end of that option period.

(b) The option periods that may be exercised are as follows:

| Period of Performance | Start date | End date |
| --- | --- | --- |



(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-9.

(End of clause)

## 2.1 FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor prior to contract expiration; provided that the Government gives the Contractor a preliminary written notice of its intent to extend before the contract expires. The preliminary notice does not commit the Government to an extension. *If the Government fails to extend the term of the Contract within the period identified and the Government has provided a Written Notice to the Contractor that the action is undergoing review in accordance with Department of Commerce procedures for implementing Executive Order 14222, **the Contractor shall stop all work and incur no costs to be charged to the Government.** Once the Department of Commerce's review process has occurred, or no later than **30 days** from the initial review notification, the Government will notify the Contractor if the Option may be exercised and, if so, adjust start and end dates of the Period of Performance accordingly. The Government will then extend the term of the Contract with a bilateral modification.*

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 1 of 21

ANT_AR-0768



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 25-Months.

## 3. CALL ORDER PRICING

### 3.1 PRICING MODEL

The USCB is purchasing Cloud on a consumption basis in increments in which 1 unit (AWS_CLOUD_CREDIT) = $1 of consumption-based credits. This is a 'Requirements' Type Order with optional CLINs of fixed size cost blocks also referred to as 'Fixed Price Non-Term (On-Demand) Cloud Computing Services' in accordance with GSAR Clause 552.238-199 *Special Ordering Procedures Applicable when Procuring Cloud Computing on a Consumption Basis* as provided in the underlying GSA MAS FSS.

This Fixed Price Non-Term Cloud Computing Services (e.g., On-Demand) order type has the following properties:
- **Awarded CLINs:**
  - Each Awarded CLIN has a defined scope (i.e. AWARDED CLIN 1001 – AWS BUNDLE – Base Period) and are fully funded at time of award with funded values being the 'Fixed Size Cost Block ($) – Not to Exceed Fixed Funded Amount'. See Table in Section 3.3.
  - Under Awarded CLINs are Sub-CLINs. Sub-CLINs have explicitly defined scope (i.e., explicit compute type or CSP Offering) that falls within the scope of the Awarded CLIN. Sub-CLINs have a negotiated fixed unit cost and unit of measure. The 'quantity' at time of award is 'Not Applicable' as it is based on units consumed over the period.
  - Sub-CLINs are not individually funded at time of award, all funding remains obligated at the Awarded CLIN level.
  - As the Government consumes units within listed Sub-CLINs, the Government is invoiced in arrears on a monthly basis. In addition to applying all established invoicing procedures, each invoice lists the quantity of services (units) used for each Sub-CLIN and provides an incurred cost for each explicit service. The total incurred costs for all Sub-CLINs is then subtracted from the Award CLIN resulting in a balance of funding (i.e., remaining funding on the CLIN).
  - Under this model, the Government documents what cloud services have been awarded and the awarded price per listed unit of measure for that service (i.e., Fixed Price). This allows consumed (i.e., used) services to be traceable at time of invoice. The Government's usage is cumulative month to month and each invoice will list the cumulative usage (quantity) for each CLIN.

- **Optional CLINs:**
  - Not funded at time of award. Optional CLINs are activated and fully funded via the execution of an order modification.
  - Optional CLINs allow the Government to incrementally fund services by executing and fully funding each optional CLIN as funds are expensed.
  - Sub-CLINs - The same logic for an awarded CLINs Sub-CLIN above apply here.

ANT_AR-0769



    o   Optional CLINs are a duplication of the awarded CLIN. All established Fixed Pricing at the Awarded CLIN level flow to all Optional CLINs, unless otherwise agreed upon. As long as an Optional CLIN has been activated via modification and the obligation of funds, there is no disruption in services when Awarded CLINs or Activated Optional CLINs are fully expended. The ongoing incurred costs simply transition to following CLIN without interruption.

Section 3.3 of this Order illustrates the Pricing Structure.

## 3.2 ESTIMATED CLOUD SERVICE NEEDS

In accordance with *GSAR Clause 552.238-199*:
"(2) Estimates for cloud computing services to be procured on a consumption basis.
    (i) The Ordering Activity Contracting Officer must state a realistic estimate of—
    (A) The consumption of cloud computing services in the task order solicitation; and
    (B) The total amount in dollars to be expended on cloud consumption in the task order."

The Government's current estimated cloud service needs anticipated under this Call Order is estimated at the following units per Period of Performance:

| Period of Performance | Estimated Consumption Units |
|---|---|
| Base Period | Redacted |
| Option Period 1 | Redacted |
| Option Period 2 | Redacted |
| Option Period 3 | Redacted |
| Option Period 4 | Redacted |
| Total Estimated Units | Redacted |

The total amount in dollars to be expended on cloud consumption in the order is estimated at $Redacted . In accordance with *CAR 1352.216-77 ESTIMATED CEILING PRICE (APR 2010)*, the total estimated ceiling price of this call order is:

| Period of Performance | Estimated Values Based on Anticipated Expended Dollars on Cloud Consumption [Assumption $1.00 = 1 Unit] |
|---|---|
| Base Period | $Redacted |
| Option Period 1 | $Redacted |
| Option Period 2 | $Redacted |
| Option Period 3 | $Redacted |
| Option Period 4 | $Redacted |
| Total Call Order Value = | $Redacted |

The Contractor shall notify the Contracting Officer (CO), in writing, 60 calendar days prior to incurring 50% and 75% of obligated funds [Refer to formal procedures outlined in GSAR Clause 552.238-199], or whenever there is reason to believe that costs may be either greater or

ANT_AR-0770



**United States Census Bureau**

Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

substantially less than previously estimated or are not adequate to complete the balance of work remaining in the Call Order. If remaining funds are inadequate, include:

1. A fully supported cost proposal disclosing the amount of funds remaining;
2. The amount of additional funding required to continue timely performance;
3. When the funds will be required.

(End of Clause)

*The Government expects the actual amount of units and types of cloud services (i.e. CLIN/Sub-CLIN) needed as well as estimated total amount of dollars to be expended to support the Government under this order could increase or decrease throughout the life cycle to allow for currently unforeseen workload increases or decreases. As a result, the awarded Call Order Values may increase or decrease accordingly dependent upon awarded CLINs and Optional CLINs executed over the period of performance.*

### 3.3 PRICING STRUCTURE

| CLIN - Pricing Component | Unit Description | Discount (%) Per Unit | Quoted Price Per Unit | Fixed Size Cost Block ($) – Not to Exceed Fixed Funded Amount |
| --- | --- | --- | --- | --- |



ANT_AR-0771



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

Redacted

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 5 of 21**

ANT_AR-0772



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

Redacted

**Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001**
**Call Order No. 0001 Amazon Web Services**
**Page 6 of 21**

ANT_AR-0773



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

Redacted

## OPTIONAL CLINs

*Each Optional CLIN represents a 'Fixed Size Cost block'. Following order award and when additional computing needs are required, an Optional CLIN will be activated via a modification to fully fund the Optional CLIN. Funded values of Optional CLINs will be the Fixed Not-To-Exceed value of the Optional CLIN or "Fixed-Size Cost Block".*

*The following 'Optional CLINs' may be activated at any time and as many times as necessary per the fixed unit rates of the Awarded CLIN above (unless otherwise agreed upon) until the total not-to-exceed ceiling of the order is met. Therefore, additional Optional CLINs may be added throughout the Period of Performance.*

Redacted

ANT_AR-0774



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

Redacted

Redacted

This table will be updated as funding is allocated to the order and CLINs/Optional CLINs are activated via modification to the order.

## 3.4    DISCOUNT CONSIDERATIONS

The unit discounts provided in Call Order Section 3.3 have the following properties:
- The percent (%) discount applies for a complete performance period.

Cloud Services Blanket Purchase Agreement (BPA) No. 1333-LB-24-A-0000-0001
Call Order No. 0001 Amazon Web Services
Page 8 of 21

ANT_AR-0775

Docusign Envelope ID: D56G0E28-1116-8C51-81D5-570A3AE0C0E2



- The percent (%) discount applies to all services/products within the scope of the Functional Area/Sub-CLIN.
- The percent (%) discount applies to posted unit list prices of current CSP products and services offerings as well as any new and future offerings.
- The percent (%) discounts apply unless an additional discount or other competitive pricing arrangements are negotiated (i.e. bulk/tiered pricing).
- Unless otherwise negotiated in this order in Section 3.3 above, at a minimum, the BPA-level discount percentage for this Cloud Service Provider (CSP)'s offerings by functional area for each period of performance will be applied to this order.
- The percent (%) discount offered is in consideration of the "Not Separately Priced" Requirements [Reference Functional Area 0004: Cost Management and Resource Optimization (BPA Section C.4.4)].

## 3.5  CSP OFFERINGS AND PRICE CONSIDERATIONS

Changes to a CSP's list prices over the life of the order shall be addressed as follows:
- If list prices change during a Period of Performance of an issued Order, then the lowest of the two prices (the original list price with discount applied or new list price with discount applied) shall apply. The Contractor shall certify that a rate drop during any calendar month becomes effective the first day of the calendar month.
- GSA MAS posted list prices are the **maximum** fixed price a contractor can charge on an order placed against a GSA MAS FSS. Decreases made to GSA Advantage Price Lists or Competitive Commercial Price Lists shall flow through to this order accordingly.

When available, the Contractor shall provide the Government specialized, discount bulk purchasing or tiered pricing arrangements. The Contractor shall take into consideration consumption at the BPA level when offering specialized, discounted, and/or bulk purchasing or tiered pricing models.

## 3.6 ORDER LEVEL MATERIALS & OPEN-MARKET CONSIDERATIONS

If applicable under this order, the processes provided in BPA Sections B.4.5 and B.4.6.

## 4.0 FUNDING CONSIDERATIONS

The obligated funding under this Call Order is provided at the time of Call Order award against Awarded CLINs and via modification to activate Optional CLINs (i.e. 'Fixed Price' Cost Blocks).  The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the Call Order, and the Contractor shall not be obligated to continue performance if doing so would exceed the ceiling price set forth in the Call Order.

In accordance with GSAR Clause 552.238-199(f):


(1) The Ordering Activity may allot funds incrementally as the bona fide need arises for predefined and established fixed-priced procurement requirements on individual CLINs.

ANT_AR-0776



(2) The Ordering Activity shall ensure sufficient funds are allotted to the task order—

(i) At the time of award to cover the total amount payable to the Contractor for the awarded CLIN(s); and

(ii) At the time an optional CLIN is exercised to cover the total amount payable to the Contractor for that optional CLIN.

(3) Nothing in this clause shall be construed to supersede the Ordering Activity's contract funding policies.

The Contractor will only be paid for work that has been authorized by the Government and performed in accordance with the Call Order specifications. The Contractor shall note that residual funding at the end of a performance period may be de-obligated through a unilateral modification. Inclusion of this funding in the following performance period is subject to budget approval based on appropriations and fiscal constraints.

*The following clause applies: FAR 52.232-22 LIMITATION OF FUNDS (APR 1984) and FAR 52.232-20 Limitation of Cost.*

## 5.0 REQUIREMENTS

### 5.1 BACKGROUND

The U.S. Census Bureau's (USCB) Computer Services Division (CSvD) is dedicated to providing secure, timely, and reliable enterprise network and unified communications services and solutions to satisfy the USCB mission.  This includes managing and facilitating the use of Amazon Web Services (AWS) across Census.

The USCB seeks to acquire cloud hosting and support services for the Census enterprise to provide increasing capacity, portability, and flexibility of the infrastructure.  The cloud services shall support Amazon Web Services (AWS) deployments  All cloud capabilities shall be FedRAMP compliant and provide isolation of USCB data and applications while providing data sanitization, protection, and access control measures that meet Federal and USCB-specific requirements.

### 5.2 PURPOSE

The purpose of this acquisition is to provide a vehicle to obtain on-demand access to AWS Commercial Cloud Service Provider's available offerings for internal capabilities and those offered through the vendor's cloud marketplace to support the USCB's current on-demand, self-service cloud environment accounts. The objective is to support the existing and integrated cloud delivery capability and enable future development of Infrastructure (IaaS), Platform (PaaS) and Software as a Service (SaaS).

ANT_AR-0777



## 5.3 SCOPE AND FUNCTIONAL AREAS

The scope of services and Functional Areas under this call order align with the requirements outlined BPA #1333LB24A00000001 which include the following:

- FUNCTIONAL AREA 0001: CLOUD COMPUTE (5.3.1)
- FUNCTIONAL AREA 0002: CSP MARKETPLACE (5.3.2)
- FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING (5.3.3)
- FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced] (5.3.4)

### 5.3.1 FUNCTIONAL AREA 0001: CLOUD COMPUTE

The contractor shall provide AWS cloud computing services in the capacity of an authorized contractor that meet NIST definition of Cloud Computing composed of the five essential characteristics, the three service models, and four deployment models outlined in Section C.4.1 of the BPA. All considerations and requirements of BPA Section C.4.1.1 ACCESS TO CSPs AND CLOUD PRODUCTS/SERVICES apply to this call order.

### 5.3.1.1 MIGRATION/TRANSITION-IN AND TRANSITION-OUT

The Contractor shall support the migration or transition-in/transition-out of workloads between accounts within AWS and from the incumbent to Four Points Technology, LLC as needed and without interruption. The Contractor shall work collaboratively with Census and other vendors to plan migration activities, advise on risks and funding considerations, and ensure delivery is made in accordance with an agreed upon schedule. At this time, the USCB envisions transition in services to be primarily an administrative (e.g., logical transfer of accounts) activity that would not require a migration of system resources. Reference BPA Section C.4.1.2.

### 5.3.1.2 ENTERPRISE SUPPORT (BPA SECTION C.4.1.3)

The contractor shall provide access to AWS Enterprise Support consistent with BPA Section C.4.1.3.

### 5.3.2 FUNCTIONAL AREA 0002: CSP MARKETPLACE

The Contractor shall provide access to CSP marketplaces to provide an efficient way to activate cloud products and services necessary to support business and technical requirements. The objective of CSP Marketplaces services is to provide access to the CSPs' digital catalogs, and to accelerate adoption by easing the buying, testing, and deployment of software. Access to CSP marketplaces also provides the USCB's customers a catalog of software solutions optimized for the cloud environments they reside in, often by the software vendor themselves, which aids the need for simplified integration and streamlined deployment and provisioning.

The Contractor shall follow the USCB's Marketplace Ordering Process established in the BPA and BPA Attachment J.8 Marketplace Ordering Process. All Marketplace considerations identified in BPA Section C.4.2 apply to this Call Order.

### 5.3.3 FUNCTIONAL AREA 0003: CSP PROFESSIONAL SERVICES AND TRAINING

ANT_AR-0778



Cloud offerings are rapidly evolving with each evolution providing more functionality and value to customers. CSP product iterations continue to abstract layers of the traditional information system away from the customer. In abstracting the layers, engineers and developers can become more specialized in the products they support. To help customers adopt and adapt to the specific CSP technologies, the USCB requires CSP Professional Services and CSP training offerings within the scope of BPA Section C.4.3 of the BPA on-demand.

### 5.3.4 FUNCTIONAL AREA 0004: COST MANAGEMENT AND RESOURCE OPTIMIZATION [Not Separately Priced] – REFERENCE BPA SECTION C.4.4

*Functional Area 0004 is inherent to Cloud Services and are performed in support of all other Functional Areas. Functional Area 0004 is identified as 'Not Separately Priced (NSP) item' and spans all Functional Areas, CLINs, Sub-CLINs, and Optional CLINs.*

Foundational for the successful operations is the ability to fairly and transparently account for the technology costs that are expended on behalf of the Government's use of cloud-related resources or services. Cost Management and Resource Optimization are the tasks needed to track and optimize spend on an ongoing basis as well as to align resource capacity to actual workload demand. The contractor shall monitor this order to enable cost management and resource optimization including all bulleted requirements in Section C.4.4 of the BPA.

The Contractor shall provide Cost Management consisting of Order Funds Management and invoicing to include all bulleted requirements in Section C.4.4 of the BPA. The following bullets are included in this order as replications of those listed in Section C.4.4 of the BPA to highlight their importance or specify call order specific needs at the Order level:

- The Government requires the ability to view total spend in various dimensions (i.e., CSP, Customer, Project, CLIN, Funding, and any other dimensions determined by the Government). The Contractor shall provide on-demand, unrestricted access, visibility, and tracking into funding allocations, any agreed upon apportionment across services, monthly invoicing, and remaining funding amounts through the use of a provided interface.
- The Contractor shall provide monthly invoices and supporting documentation that include detailed usage such as cost per account or subscription, detailed costs per usage type (e.g. per server types, storage type and amount, egress bandwidth used, etc). The Contractor shall provide back-up and supporting information to support invoice reconciliation as well as other types of consolidated and cumulative data reports as requested. At a minimum, the Contractor shall provide the following documentation:
    - **Weekly Call Order Status Report** – At a minimum, this report shall include:
        - All Obligated funding to Call Order broken out by Project/Program and CLIN/Functional Area as directed by the COR or designee.
        - All Real-Time Consumption: Up-to-Date record of consumption as of COB Friday prior to the delivery of the report. Consumption shall be broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
        - Any risks, actions, or pertinent information
    - **Monthly Call Order Status report** – At a minimum, this report shall include:

ANT_AR-0779



- All Obligated funding to Call Order broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
- All Invoices paid against this Call Order as well as funding availability/balances by Project/Program and/or Functional Area/CLIN as directed by COR or designee.
- All Real-Time Consumption: Up-to-Date record of consumption as of COB Friday prior to the delivery of the report. Consumption shall be broken out by Project/Program and Functional Area/CLIN as directed by the COR or designee.
- Any risks, actions, or pertinent information
- Projections for Call Order funding and identify estimated 50% and 75% of allocated funding and ceiling price will have been expended.
  - o Monthly Call Order Status Meeting – This meeting will include a presentation and Discussion of Monthly Status Report and any other topics of concern.
  - o Monthly Invoice Support Detail Report – At a minimum, this shall include:
    - Detailed Billing Report from CSP with mapping of discounts applied;
    - Accepted Marketplace quotes for services included on invoice, as applicable; and
    - Accepted Training quotes for services included on invoice, as applicable.
- The Contractor ensure that funds are available proactively to support the current and projected usage.
- The Contractor shall reformat invoices as needed to ensure Census can correlate invoiced usage with actual usage.
- The Contractor shall notify the customer, the contracting officer's representative, and contracting officer when 50% and 75% of allocated funding and ceiling price for each CLIN/Order ceiling price have been expended or when there are three months or less of cloud services available based on the remaining funds.
- The Contractor shall ensure consumption monitoring in accordance with GSAR Clause 552.238-199.

## 6. PERFORMANCE REQUIREMENTS SUMMARY

BPA Attachment J.5 - Performance Requirements Matrix and Performance Standards apply to this Call Order. The COR will measure performance through monitoring. The contractor must fully document and explain any deviations from the stated objectives. The contractor's services shall be considered successful if performance provides the expected outcomes within the performance standards.

## 7. DELIVERABLES

In performance of this order, the Contractor shall provide the written deliverables as described within this Call Order and the table below. All deliverables shall be submitted to the COR and/or designee(s) for inspection, review, and acceptance by the due date. All deliverables including interim steps and final product delivery shall be the property of the USCB.

ANT_AR-0780



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

| Deliverable | Initial Delivery Date | Subsequent Delivery Date(s) | Recipients |
|---|---|---|---|
|  | | | |

*FAR 52.249-14 Excusable Delays (APR 1984)

Contents of the Deliverables identified in this chart will be agreed upon by the COR and the Contractor following Order Award. Deliverables shall be provided electronically whenever possible. If electronic delivery is not possible, deliverables shall be provided as hard copies to the COR or the COR's designee. Electronic and hard copy delivery shall be submitted in Microsoft (MS) Word, MS Project and/or MS Excel format unless the Government requests a different format (e.g., PDF). Reference BPA Section F.5 DELIVERABLES AND WORK PRODUCTS.

## 8. DELIVERABLES ACCEPTANCE CRITERIA

Review and acceptance of deliverables under this Call Order will be conducted in accordance with BPA Section F.5.2 Review and Acceptance. Acceptance Criteria is provided in BPA Section F.5.1   ACCEPTANCE CRITERIA. Refer to BPA SECTION E – INSPECTION AND ACCEPTANCE and D.3 MARKING DELIVERABLES.

## 9. QUALITY ASSURANCE SURVEILLANCE PLAN

Notwithstanding the requirements in Subsection E.2 of the Master BPA, and as applicable under executed FAR clauses 52.246-4 Inspection of Services – Fixed Price, quality assurance under this Call Order will be performed in accordance with BPA *Attachment J.3 - Quality Assurance Surveillance Plan.*

ANT_AR-0781



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

**10. PLACE AND HOURS OF PERFORMANCE AND REMOTE ACCESS CLAUSE**

Reference BPA Section F.2 PLACE OF PERFORMANCE AND REMOTE ACCESS CLAUSE.

**11. CONTRACTING OFFICER AND CONTRACTING OFFICER'S REPRESENTATIVE**

**11.1 CAR 1352.201-70 CONTRACTING OFFICER'S AUTHORITY (APRIL 2010)**

The Contracting Officer is the only person authorized to make or approve any changes in any of the requirements of this order, and, notwithstanding any provisions contained elsewhere in this contract, the said authority remains solely in the Contracting Officer. In the event the contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract terms and conditions, including price. The Contracting Officer for this Call Order is:

Redacted
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233 (regular mail)
Suitland, Maryland 20746 (FedEx)
Redacted

**11.2 CAR 1352.201-72 CONTRACTING OFFICER'S REPRESENTATIVE (COR) (APRIL 2010)**

(a) Redacted is hereby designated as the Contracting Officer's Representative (COR). The COR may be changed at any time by the Government without prior notice to the contractor by a unilateral modification to the contract. The COR is located at:

Redacted
U.S. Census Bureau
4600 Silver Hill Road
Washington DC 20233 (regular mail)
Suitland MD 20746 (FedEx)
Rebecca.Reid@census.gov

(b)  The responsibilities and limitations of the COR are as follows:
(1) The COR is responsible for the technical aspects of the contract and serves as technical liaison with the contractor. The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the contract.
(2) The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms or conditions. Any contractor request for changes shall be referred to the Contracting Officer directly or through the COR. No such changes shall be made without the express written prior authorization of the Contracting Officer. The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the contractor.

ANT_AR-0782



## 12. PROCEDURES FOR INVOICING

FAR Subpart 32.905 requires that payment will be made based on the receipt of a proper invoice and satisfactory task order performance.  FAR 32.905(b) specifically states the minimum information an invoice must include to be considered a "proper" invoice for payment.  In accordance with FAR 32.903(a)(3), the U.S. Census Bureau has supplemented these requirements.  Contractors may use Standard Form 1034 – Public Voucher for Purchases and Services Other than Personal (FAR 53-301-1034) or a company-generated invoice.  The invoice document submitted to Fin.finance.invoice.claim.submission@census.gov  (courtesy copy to the COR) must contain the following information, unless otherwise agree upon between the Government:

- Government BPA and Call Order Number
- Government BPA and Call Order Name/Title
- Name and Address of Contractor
- Contact Name, Title and Telephone Number of Contractor
- Contractor's DUNS number
- Date of the Invoice
- Unique Invoice Number, Account Number, and/or any other identifying payment request number.  (The final invoice shall be identified as **"FINAL.")  Final Invoices shall be sent to Contracting Officer, COR, and** Fin.finance.invoice.claim.submission@census.gov.
- Actual date services were performed and completed.
- Current Call Order Period of Performance on all invoices.
- Description of goods or services for which payment is requested – (for example, contract line/sub line number, price, and quantity of goods and services rendered.)
- Care should be taken by the Contractor to assure invoices are submitted for items/services and related prices, Contract Line Item Numbers (CLINS), as detailed in this Call Order.
- Other supporting or substantiating documentation or information required by the Call Order (i.e. travel or direct material reimbursement, when authorized in the contract terms).
- Invoice total for the current month
- Total amount invoiced to date under the Call Order
- Total funds remaining for respective period of performance
- Percent of Allocated Funds Invoiced to Date
- Percent of Funds Remaining for the respective period of performance.
- Payment discount terms.
- Other Substantiating Documentation or Information as required by the Call Order.

Each voucher/invoice shall include the following statements and signature lines:

> *I hereby certify to the best of my knowledge and belief, that the services set forth herein were performed during the period stated above are current, accurate and complete.*

_____   _____   _____
Date             Name and Title of Contractor Representative             Signature

ANT_AR-0783



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

(The above statement will be signed by a representative of the Contractor.)

*I certify, that to the best of my knowledge and belief that the services/supplies shown on the voucher/invoice have been performed and/or furnished and are accepted. Further, I certify that this voucher/invoice is correct and proper for payment.*

_____  _____    _____
Date      Name of Designated COR                    Signature

(The above statement will be signed by the designated COR.)

Vouchers/invoices shall be submitted electronically to U.S. Census Bureau, Finance Division, the designated payment office, at Fin.finance.invoice.claim.submission@census.gov. Concurrently, provide a courtesy copy of the voucher/invoice to the designated COR. The contractor is notified that it is their responsibility for ensuring the vouchers/invoices are delivered and received by the Finance Division. CORs and/or Task Managers are **not** responsible for providing copies of the vouchers/invoices are provided to the Finance Division.

Invoices, which are submitted to an incorrect office, or which do not contain the information specified herein, will be returned to the Contractor for corrections.

### 12.1 METHOD OF PAYMENT

Payments under this order will be made in accordance FAR 52.232-33 Payment by Electronic Funds Transfer – System for Award Management (OCT 2018).

### 13. CAR 1352.245-70 - GOVERNMENT FURNISHED PROPERTY (APRIL 2010)

Reference BPA Section G.4 GOVERNMENT FURNISHED EQUIPMENT, DATA AND RESOURCES and Section H.19 CAR 1352.245-70 GOVERNMENT FURNISHED PROPERTY (APRIL 2010).

### 14. CALL ORDER ADMINISTRATION AND TERMS AND CONDITIONS

This Call Order is issued under BPA #1333-LB-24-A-0000-0001 and is subject to **ALL** Provisions, Clauses, Terms and Conditions of the BPA, as well as those of the Contractor's GSA MAS IT contract. Reference BPA Section H and Section I for all applicable Terms, Conditions, and Clauses. Specialized terms and conditions specific to this Call Order are included in Attachment 2 – Call Order Clauses/Terms and Conditions.

The following clause is incorporated in full text into this Call Order to emphasize its applicability.

ANT_AR-0784



### GSAR 552.238-199 SPECIAL ORDERING PROCEDURES APPLICABLE WHEN PROCURING CLOUD COMPUTING ON A CONSUMPTION BASIS (MAR 2022)

(a)Definitions.

(1)"Capital asset" has the meaning given the term by Office of Management and Budget (OMB) Circular A-11 Capital Programming Guide and any amendatory or superseding document(s) thereto.

(2) "Cloud computing" has the meaning given the term by the National Institute of Standards and Technology in Special Publication (SP) 800–145 and any amendatory or superseding document(s) thereto.

(3) "Consumption basis" or "consumption-based" means any offering that is metered with charges that accrue on a predetermined periodic basis (e.g., per second, minute, hour, week, month, or another per-unit basis) and is billed based on actual usage during an elapsed period with predetermined pricing or discounts.

(4) "Requirements task order" means a task order that provides for filling all actual purchase requirements of a designated Ordering Activity during a specified contract period, with performance by the Contractor being scheduled when the Ordering Activity awards, or exercises options for, individual contract line items (CLINs) under the task order.

(i) This task order type is appropriate when the Ordering Activity anticipates recurring requirements but cannot predetermine the precise quantities of services that it will need during a definite period.

(ii) A requirements task order issued under a FSS contract is a single contract award as defined FAR 2.101. Individual CLINs executed and funded under this task order type are not considered to be second-tier instruments issued under the awarded task order.

(iii) A requirements task order is not a requirements contract as described at FAR 16.503.

**(b) Ordering procedures.**

(1) FAR 8.403(b) provides that GSA may establish special ordering procedures for a particular FSS offering.

(2) The procedures in FAR subpart 8.4 apply to this contract, with the exceptions listed in this clause. If a requirement in this clause is inconsistent with FAR subpart 8.4, this clause takes precedence pursuant to FAR 8.403(b).

**(c) Applicability.**

(1) The Ordering Activity Contracting Officer shall follow the procedures contained within this clause when placing an incrementally funded task order under this contract for cloud computing services on a consumption basis.

ANT_AR-0785



(2) The Ordering Activity Contracting Officer is permitted, but not required to, use the procedures contained within this clause for task orders that are not incrementally funded.

(3) The Ordering Activity Contracting Officer shall not use the procedures contained within this clause for the acquisition, maintenance, or modification of capital assets.

**(d) Pricing.**

(1) The Ordering Activity Contracting Officer shall establish a task order ceiling price for all estimated requirements.

(2) All cloud computing services offered under this FSS contract are considered fixed-price.

**(e) Task order type.** The Ordering Activity Contracting Officer shall use a requirements task order for cloud computing services procured on a consumption basis in accordance with this clause.

(1) This task order type may include other contract types, such as firm-fixed-price, when procuring other offerings under this contract that are not being procured on a consumption-basis.

(2) Estimates for cloud computing services to be procured on a consumption basis. (i) The Ordering Activity Contracting Officer must state a realistic estimate of—

(A) The consumption of cloud computing services in the task order solicitation; and

(B) The total amount in dollars to be expended on cloud consumption in the task order.

(ii) This estimate is not a representation to an Offeror or Contractor that the estimated consumption will be required or ordered, or that conditions affecting requirements will be stable or normal.

(iii) The Ordering Activity Contracting Officer may obtain the estimate from records of previous requirements and consumption, or by other means, and should base the estimate on the most current information available.

(iv) If the Government's requirements do not meet this estimate, that fact shall not constitute the basis for an equitable price adjustment.

(3) All CLINs within the task order must include a defined scope with all services priced at the time of award.

**(f) Incremental funding.**

(1) The Ordering Activity may allot funds incrementally as the bona fide need arises for predefined and established fixed-priced procurement requirements on individual CLINs.

ANT_AR-0786



(2) The Ordering Activity shall ensure sufficient funds are allotted to the task order—

(i) At the time of award to cover the total amount payable to the Contractor for the awarded CLIN(s); and

(ii) At the time an optional CLIN is exercised to cover the total amount payable to the Contractor for that optional CLIN.

(3) Nothing in this clause shall be construed to supersede the Ordering Activity's contract funding policies.

**(g) Consumption monitoring.**

(1) The Contractor shall—

(i) Provide, at no additional cost to the Government, access to tools that enable the Government to track its usage of cloud computing services offered on a consumption basis; or

(ii) Notify the Ordering Activity Contracting Officer when total consumption reaches—

(A) 50 percent and 75 percent of the ceiling price for each CLIN for consumption-based cloud computing services, or other milestones as agreed upon by the Contractor and the Ordering Activity Contracting Officer; and

(B) 50 percent and 75 percent of the task order ceiling price, or other milestones as agreed upon by the Contractor and the Ordering Activity Contracting Officer.

(2) The Ordering Activity Contracting Officer shall determine that the consumption monitoring capabilities offered by the Contractor will enable the Government to adequately track its incurred costs before awarding a task order in accordance with this clause.

**(h) Limitation of funds.**

(1) The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the task order, and the Contractor shall not be obligated to continue performance if doing so would exceed the ceiling price set forth in the task order.

(2) The Ordering Activity Contracting Officer may use a Limitation of Funds clause when CLINs under the task order are incrementally funded.

**(i) Scope reviews.**

(1) The Ordering Activity Contracting Officer is encouraged to request a scope review from the GSA Federal Acquisition Service (FAS) Office of Information Technology Category (ITC) before placing a task order in accordance with these special ordering procedures.

ANT_AR-0787



Call Order No. 1333LB24F00000016
Call Order 0001 Amazon Web Services

(2) The purpose of a scope review is to analyze whether the planned acquisition is—

(i) compatible with the scope of Special Item Number (SIN) 518210C (previously 132-40) or successor SINs;

(ii) utilizing recommended best practices; and

(iii) not for the acquisition, maintenance, or modification of capital assets.

(3) The Ordering Activity Contracting Officer may request a scope review by contacting FAS ITC at cloud-sin-rfi@gsa.gov.

(End of clause)

## 14.1 SECURITY CONSIDERATIONS

All Security Policies provided in BPA Section C.5 SECURITY POLICIES apply to this order.

## 14.2 SYSTEMS OF RECORDS NOTICE (SORNS)

The System of Records Notices (SORN) applicable to this Call Order are listed in the Attachment 1 - Privacy Acquisition Review Checklist (PARC).

## 15. CALL ORDER ATTACHMENTS

| ATTACHMENT NO. | ATTACHMENT NAME |
|---|---|
| Attachment 1 | Privacy Acquisition Review Checklist (PARC) |
| Attachment 2 | Call Order Clauses/Terms and Conditions |

ANT_AR-0788

# carahsoft.

| | Invoice | | Date | Page |
|---|---|---|---|---|
| | | | 2/12/2026 | 1 |
| | | | **Invoice Number** | |
| | | | 26022065INV | |

Carahsoft Technology Corp.
11493 Sunset Hills Road, Suite 100
Reston, Virginia 20190

**Phone:** (703) 871-8500
**Fax:** (703) 871-8505

**Bill To:**
Industry & Analysis | U.S. Department of Commerce
ATTN: Redacted
1401 Constitution Ave. NW
Washington, DC 20230

**Ship To:**
US Department of Commerce
ATTN: Redacted
1401 Constitution Ave. NW
Washington, DC 20560

| PO Number | Order Date | Customer No. | Salesperson | Order No. | Ship VIA | Terms |
|---|---|---|---|---|---|---|
| VISA | 2/9/2026 | DOC001 | Redacted | 26022065 | ESD | CC |

| Quantity | Item Number | Start/End Date | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1.00 | C4G-Fed-611 | 8/10/2026 | Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or | 1.00 | 1.00 |
| 300.00 | User Count | | User Count - 300 Additional Description: | 0.00 | 0.00 |

**Paid**
2/9/2026
VISA

**Remit to:**
Carahsoft Technology Corporation
11493 Sunset Hills Road Ste 100
Reston, VA 20190
FEIN 52-2189693 DUNS 088365767
CA Sales Tax # SC OHB 100-529633
GST/HST# 848833299 RT0001
BC-PST# PST-1487-7716

For questions on this invoice, please contact AR at 703-581-6566
or via email at AR@Carahsoft.com

Currency USD unless otherwise specified

| | |
|---|---|
| Subtotal | 1.00 |
| Total Sales Tax | |
| Total Amount | 1.00 |
| Less Payment | |
| Amount Due | 1.00 |

## Hekman, Rebecca (Federal)

| | |
|---|---|
| **From:** | May Cheng (Federal) <May.Cheng@trade.gov> |
| **Sent:** | Monday, March 2, 2026 7:49 AM |
| **To:** | Amanda Reynolds (Federal) (ITA); Eric Baran (Federal) (ITA); Scott Tatlock (Federal) (ITA) |
| **Cc:** | Jeffrey Hall (Federal) (ITA); John Arrington (Federal) (ITA); Marques Young (Federal) (ITA); Kimberly Becht (Federal) (ITA) |
| **Subject:** | Fw: Anthropic |

FYSA

Best,
-May

---

**From:** Brandon Remington (Federal) <Brandon.Remington@trade.gov>
**Sent:** Friday, February 27, 2026 17:48
**To:** May Cheng (Federal) <May.Cheng@trade.gov>; Marcus Points (Federal) <Marcus.Points@trade.gov>; Jeffrey Hall (Federal) <Jeffrey.G.Hall@trade.gov>
**Cc:** Trevor Kellogg (Federal) <Trevor.Kellogg@trade.gov>; John Arrington (Federal) <John.Arrington@trade.gov>
**Subject:** Re: Anthropic

Great, thanks May.

Best,

## Brandon Remington
Deputy Under Secretary for Policy
U.S. Department of Commerce | International Trade Administration
brandon.remington@trade.gov | 202.839.0383



---

**From:** May Cheng (Federal) <May.Cheng@trade.gov>
**Sent:** Friday, February 27, 2026 5:47 PM
**To:** Brandon Remington (Federal) <Brandon.Remington@trade.gov>; Marcus Points (Federal) <Marcus.Points@trade.gov>; Jeffrey Hall (Federal) <Jeffrey.G.Hall@trade.gov>
**Cc:** Trevor Kellogg (Federal) <Trevor.Kellogg@trade.gov>; John Arrington (Federal) <John.Arrington@trade.gov>
**Subject:** Re: Anthropic

Hi Brandon,
Anthropic is blocked on our network. The team will continue to scan and ensure no one can access it on our network.
Best,

ANT_AR-0790

-May

---

**From:** May Cheng (Federal) <May.Cheng@trade.gov>
**Sent:** Friday, February 27, 2026 4:48:50 PM
**To:** Brandon Remington (Federal) <Brandon.Remington@trade.gov>; Marcus Points (Federal) <Marcus.Points@trade.gov>; Jeffrey Hall (Federal) <Jeffrey.G.Hall@trade.gov>
**Cc:** Trevor Kellogg (Federal) <Trevor.Kellogg@trade.gov>; John Arrington (Federal) <John.Arrington@trade.gov>
**Subject:** Re: Anthropic

Thanks, Brandon. Got it. I will inform the team immediately.
Best,
-May

---

**From:** Brandon Remington (Federal) <Brandon.Remington@trade.gov>
**Sent:** Friday, February 27, 2026 4:44:41 PM
**To:** May Cheng (Federal) <May.Cheng@trade.gov>; Marcus Points (Federal) <Marcus.Points@trade.gov>; Jeffrey Hall (Federal) <Jeffrey.G.Hall@trade.gov>
**Cc:** Trevor Kellogg (Federal) <Trevor.Kellogg@trade.gov>
**Subject:** Anthropic

May, please see the President's post about Anthropic. We are to immediately cease using Anthropic products, with a six month phase out period.

Please comply and raise any questions as needed.

Best,

**Brandon Remington**
Deputy Under Secretary for Policy
U.S. Department of Commerce | International Trade Administration
brandon.remington@trade.gov | 202.839.0383

2

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER<br>NB184000-24-00015 | | PAGE 1 OF 23 |
|---|---|---|---|---|

| 2. CONTRACT NO.<br>NNG15SD22B | 3. AWARD/EFFECTIVE DATE<br>APR 01, 2024 | 4. ORDER NUMBER<br>1333ND24FNB180081 | 5. SOLICITATION NUMBER<br>1333ND24QNB180069 | 6. SOLICITATION ISSUE DATE<br>MAR 04, 2024 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME<br>Redacted<br>Redacted | b. TELEPHONE NUMBER *(No collect calls)*<br>Redacted | 8. OFFER DUE DATE/ LOCAL TIME<br>MAR 04, 2024<br>2:00 PM ET |
|---|---|---|---|

**9. ISSUED BY**    CODE    000SB

NATIONAL INST OF STDS AND TECHNOLOGY
100 BUREAU DRIVE  STOP 1640
BUILDING 301  ROOM B129
GAITHERSBURG MD 20899-1640

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☒ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8 (A)

NAICS: 541519
SIZE STANDARD: 150

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br>0 Days<br>0%<br>Net 30 | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) ☐ | 13b. RATING |
|---|---|---|---|

**14. METHOD OF SOLICITATION**    ☒ RFQ    ☐ IFB    ☐ RFP

| 15. DELIVER TO    CODE    SB1341 | 16. ADMINISTERED BY    CODE    000SB |
|---|---|
| NATIONAL INST OF STDS AND TECHNOLOGY<br>100 BUREAU DRIVE  STOP 1640<br>BUILDING 301 ROOM B129<br>GAITHERSBURG MD 20899-1640 | NATIONAL INST OF STDS AND TECHNOLOGY<br>100 BUREAU DRIVE  STOP 1640<br>BUILDING 301  ROOM B129<br>GAITHERSBURG MD 20899-1640 |

| 17a CONTRACTOR/ OFFEROR.    CODE 00016342    FACILITY CODE | 18a. PAYMENT WILL BE MADE BY    CODE    000003 |
|---|---|
| FOUR POINTS TECHNOLOGY, L.L.C.<br>13221 WOODLAND PARK RD<br>STE 400<br>HERNDON VA 20171<br><br>CAGE:  1YS78<br>TIN:  030433660    UEI:    H1KHJPJH9R51<br>TELEPHONE NO. | NATIONAL INST OF STDS AND TECHNOLOGY<br>ACCOUNTS PAYABLE OFFICE<br>100 BUREAU DRIVE 101/A836  STOP 1621<br>GAITHERSBURG MD 20899-1621 |

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER ☐

18b. SUBMIT INVOICES TO ADDRESS  SHOWN IN BLOCK 18a UNLESS  BLOCK BELOW IS CHECKED ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| Please | see continuation page for line item details. | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

**25. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*
Redacted

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA ☐ ARE ☒ ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA    *(SIGNATURE OF CONTRACTING OFFICER)*<br>Redacted |
|---|---|
| 30b. NAME AND TITLE OF SIGNER    *(Type or print)* | 31b. NAME OF CONTRACTING OFFICER    *(Type or print)*<br>Redacted<br>Redacted |
| 30c. DATE SIGNED | 31c. DATE SIGNED<br>MAR 28, 2024 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449    (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0792

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED     ☐ INSPECTED     ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | | |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY        (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT        (Location) |
| | | 42c. DATE REC'D     (YY/MM/DD)     42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012)    **BACK**

NNG15SD22B/1333ND24FNB180081

ANT_AR-0793

1.  **Contract Type:**  firm-fixed-price per unit task order with an established not to exceed ceiling of $52M

2.  **Contracting Officer's Representative (COR) (*Reference CAM 1301.670 Section 3.2*):**
    Name: Redacted
    Email: Redacted
    Phone: Redacted

3.  **Contracting Officer's Representative (COR) (*Reference CAM 1301.670 Section 3.2*):**
    Name: Redacted
    Email: Redacted
    Phone: Redacted

4.  **Alternate Contracting Officer's Representative (COR) (*Reference CAM 1301.670 Section 3.2*):**
    Name: Redacted
    Email: Redacted
    Phone: Redacted

5.  **Designated Government Official: (*Reference CAM 1301.670 Section 1.7.11*):**
    a._____ Contracting Officer
    b._X_____ Contracting Officer's Representative (COR)
    c._____ Other NIST Organizational Unit (OU) Representative (Technical Point of Contact)/Invoice Approver

6.  **The contractor shall submit invoices in accordance with the contract terms and conditions.**

7.  **Additional Information:  N/A**

SCHEDULE Continued

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Invoicing Address:<br><br>SEE LOCAL BILLING CLAUSE<br><br>null MD null<br><br>Reference Four Points Quote#:  2885295_3870863<br>Base Period: Item Numbers 0001 and 0002 | | | | |
| 0001 | Contractor shall provide Cloud Services in accordance with the incorporated Statement of Work (SOW).  Firm Fixed unit rates shall be discounted at 6%.<br><br>Accounting and Appropriation Data:<br>57.24.0098.060200000.1845598.012.<br>1018018400000000.25060000.000000<br>Redacted<br>Period of Performance:  04/01/2024  to  03/31/2025 | 1.00 | LO | NTE<br>Redacted | NTE<br>Redacted |
| 0002 | Optional Line Item, Separately Priced to be exercised at any time from 04/01/2024 - 03/31/2025<br><br>Cloud Surge Increase Option.  Firm Fixed unit rates shall be discounted at 6%.<br><br>Period of Performance:  04/01/2024  to  03/31/2025 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| | Option Period 1: Item Numbers 1001 and 1002 | | | | |
| 1001 | Contractor shall provide Cloud Services in accordance with the incorporated Statement of Work (SOW).  Firm Fixed unit rates shall be discounted at 6%.<br><br>Accounting and Appropriation Data:<br>00.00.0000.000000000.0000000.000.<br>0000000000000000.00000000.000000<br>$0.00<br>Period of Performance:  04/01/2025  to  03/31/2026 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| 1002 | Optional Line Item, Separately Priced to be exercised at any time from 04/01/2025 - 03/31/2026<br><br>Cloud Surge Increase Option. Firm Fixed unit rates shall be discounted at 6%.<br><br>Period of Performance:  04/01/2025  to  03/31/2026 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| | Option Period 2: Item Numbers 2001 and 2002 | | | | |
| 2001 | Contractor shall provide Cloud Services in accordance with the incorporated Statement of Work (SOW). Firm Fixed unit rates shall be discounted at 6.25%.<br><br>Accounting and Appropriation Data:<br>00.00.0000.000000000.0000000.000.<br>0000000000000000.00000000.000000<br>$0.00<br>Period of Performance:  04/01/2026  to  03/31/2027 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| 2002 | Optional Line Item, Separately Priced to be exercised at | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |

ANT_AR-0795

**SCHEDULE Continued**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | any time from 04/01/2026 - 03/31/2027<br><br>Cloud Surge Increase Option.  Firm Fixed unit rates shall be discounted at 6.25%.<br><br>Period of Performance:  04/01/2026  to  03/31/2027 | | | | |
| | Option Period 3: Item Numbers 3001 and 3002 | | | | |
| 3001 | Contractor shall provide Cloud Services in accordance with the incorporated Statement of Work (SOW).  Firm Fixed unit rates shall be discounted at 6.25%.<br><br>Accounting and Appropriation Data:<br>00.00.0000.000000000.0000000.000.<br>0000000000000000.00000000.000000<br>$0.00<br>Period of Performance:  04/01/2027  to  03/31/2028 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| 3002 | Optional Line Item, Separately Priced to be exercised at any time from 04/01/2027 - 03/31/2028<br><br>Cloud Surge Increase Option.  Firm Fixed unit rates shall be discounted at 6.25%.<br><br>Period of Performance:  04/01/2027  to  03/31/2028 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| | Option Period 4: Item Numbers 4001 and 4002 | | | | |
| 4001 | Contractor shall provide Cloud Services in accordance with the incorporated Statement of Work (SOW). Firm Fixed unit rates shall be discounted at 6.5%.<br><br>Accounting and Appropriation Data:<br>00.00.0000.000000000.0000000.000.<br>0000000000000000.00000000.000000<br>$0.00<br>Period of Performance:  04/01/2028  to  03/31/2029 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |
| 4002 | Optional Line Item, Separately Priced to be exercised at any time from 04/01/2028 - 03/31/2029.  Firm Fixed unit rates shall be discounted at 6.5%.<br><br>Cloud Surge Increase Option<br><br>Period of Performance:  04/01/2028  to  03/31/2029 | 1.00 | LO | NTE<br>Redacted | NTE/OPT<br>Redacted |

ANT_AR-0796

## Table of Contents

Statement of Work................................................................................ 7

52.204-27PROHIBITION ON A BYTEDANCE COVERED APPLICATION (JUNE 2023)................................ 12

52.204-30FEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS--PROHIBITION (DEC 2023)...............12

52.204-30 IFEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS--PROHIBITION (DEC 2023)--ALTERNATE I (DEC 2023).............................................................................14

52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)...................... 17

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)......................................................17

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)....................................17

1352.201-70 CONTRACTING OFFICER?s AUTHORITY (APR 2010)............................................ 17

1352.201-72 CONTRACTING OFFICER`S REPRESENTATIVE (COR) (APR 2010).................................. 18

1352.209-73 COMPLIANCE WITH THE LAWS (APR 2010)....................................................18

1352.209-74 ORGANIZATIONAL CONFLICT OF INTEREST (APR 2010).........................................18

1352.216-77 CEILING PRICE (APR 2010)..............................................................19

1352.231-71 DUPLICATION OF EFFORT (APR 2010)......................................................19

1352.239-71 ELECTRONIC AND INFORMATION TECHNOLOGY (APR 2010)......................................19

1352.239-72 SECURITY REQUIREMENTS FOR INFORMATION TECHNOLOGY RESOURCES (APR 2010)..................20

NIST LOCAL-40BILLING INSTRUCTIONS FOR DELIVERY/TASK ORDERS........................................ 21

NIST LOCAL-41SOFTWARE LICENSE ADDENDUM............................................................ 21

NIST LOCAL-53CONTRACT PERFORMANCE DURING CHANGES IN NIST OPERATING STATUS......................... 22

NIST LOCAL-56INVOICING PROCESSING PLATFORM-ALTERNATE I (DEC 2022)................................. 23

ANT_AR-0797

Statement of Work

# Statement of Work

### 1.1 Background

Produced by the Office of Management & Budget (OMB), the February 2011 Federal Cloud Strategy outlines the impetus and benefits of migrating to cloud services, including acceleration of data center consolidation and better utilization of existing infrastructure assets. Based on the December 2010 25 Point Plan to reform Federal Information Technology Management, also from OMB, each Federal agency CIO has been directed to leverage this strategy to begin planning the migration of their IT services to cloud solutions. NIST recognizes the importance of harnessing these fundamental shifts in IT investment patterns to increase IT efficiencies and cut IT costs.

In compliance with the OMB strategy, NIST has initiated an Infrastructure as a Service (IaaS) project to provide the ability to host applications, servers, and storage space and provide access to these resources on demand in a cloud environment.  These resources are used to facilitate the NIST's increased role in promoting U.S. innovation and industrial competitiveness by advancing measurement science, standards and technology.  The mission of the Infrastructure Services Division (ISD) is to provide state of the art infrastructure to support the science and administrative functions of the agency with a mandate to provide quick time to delivery of these services at an affordable cost.

The project objectives include:

- Identify the challenges presented in implementing/offering private, public, and hybrid cloud-based IaaS capabilities in NIST's environment
- Identify chargeback, network, and security strategies for an on-demand self-service infrastructure
- Identify cloud platform virtualization layer requirements
- Identify cloud management layer requirements
- Identify the challenges in migrating virtual servers among on-premise and off-premise IaaS providers
- Understand interoperability between NIST Private cloud and commercial cloud
- Increase NIST Office of Information Systems Management (OISM) expertise in Cloud Computing deployment models

### 1.2 Scope of Work

The purpose of this procurement is to purchase commercial cloud services through a authorized cloud broker that will provide an on-demand, self-service Infrastructure as a Service (IaaS) offering to NIST OISM's customers. The goal is to establish consolidated and integrated public service delivery capability for Development/Testing that will streamline the implementation and support of virtual machines, and applications to the Public Cloud. NIST requires access to Public Cloud offerings compatible with private cloud platforms we are currently testing. Interoperability between cloud platforms is an important objective of the IaaS pilot and evaluating Hybrid Clouds.

Cloud Service providers offer a broad set of compute, storage, database, analytics, application, and deployment services that provides NIST with agility, lowers IT costs, and scale applications. With Cloud services, NIST can requisition compute, storage, and other services on demand,

ANT_AR-0798

gaining access to a suite of secure, scalable, and flexible IT infrastructure services as needed. Commercial cloud services offer a pay-as-you-go model, delivering access to technology resources that are managed by experts. Access to cloud services are provided over the internet, with no upfront costs, and NIST pays only for the computing resources that are consumed. The delivered services shall be compliant with all management, operational and technical security control and continuous monitoring requirements as specified by FedRAMP, a government-wide program that provides a standardized approach to security assessment, authorization, and continuous monitoring for cloud products and services.

The scope of this procurement includes all available services offered by commercial cloud providers and at a minimum, must offer access to Microsoft Azure, Google Cloud Platform and Amazon Web Services to support NIST's current accounts on those platforms. Cloud platforms must meet the criteria outlined in section 1.5 of this statement of work and include any future services offered by the cloud platforms as they become available. This requirement is for both commercial cloud offerings and the government only offerings.

## 1.3 Period and Place of Performance

The period of performance shall be for a base period of one year plus four (4) one-year option periods. Each period will include an optional line item to allow for an increase in requirements. This task will be exercised at the Government's discretion to cover unanticipated demand, pursuant to FAR 52.217-7. All cloud services shall be delivered from the Service Provider's location.

## 1.4 Requirements

The requirements focus on IaaS service offerings, specifically for Virtual Machines (VM). Anticipated usage rates during the period of performance are projected to double with each option year. Currently ISD is supporting over 100 storage buckets and on average 200-300 compute images over 70 linked organizational accounts.

The contractor shall provide an infrastructure that meets the following general requirements:

- Provide the capability to unilaterally provision computing capabilities, such as server time and network storage, as needed automatically without requiring human interaction.
- Support internet bandwidth of at least 10Gb/s.
- Provide a minimum of three data center facilities at three different geographic locations in the Continental United States (CONUS) to perform cloud replication. All datacenters must meet FedRamp Moderate certifications.
- Support service provisioning and de-provisioning times (scale up/down), making the service available within near real-time of ordering.

- Provide commercial and government cloud services that meet NIST requirements

- Provide visibility into service usage via tools available through management consoles.

ANT_AR-0799

- Provide visibility into spending rates via cost explorer and other tools and API's available through management consoles.
- Provide ability to control IP networking configuration.
- Provide ability to create multiple private and public subnets.
- Provide ability to set up, operate, and scale a relational database.
- Provide storage infrastructure for storing and retrieving any amount of data, at any time, from anywhere on the Web.
- Provide archival storage for infrequently accessed data.
- Provide a marketplace with virtual machines solution designed for the cloud.
- Provide the ability to offer direct network connections from NIST.

The contractor shall provide the following service management and provisioning requirements:
- Provide the ability to provision virtual machines, storage and bandwidth dynamically, as requested and as required.
- Support secure provisioning, de-provisioning and administering [such as Secure Sockets Layer (SSL)/Transport Layer Security (TLS) or Secure Shell (SSH)] in its service offerings.
- Support the terms of service requirement of terminating the service at any time (on-demand).

The contractor shall meet the following management requirements:
- Provide the ability to request multiple billing accounts tailored to the NIST organizational structure
- Provide the ability to request accounts in both the commercial cloud and if offered government only areas of the services
- Provide both itemized invoicing consolidated across all accounts and per individual billing accounts.
- Provide a robust, fault tolerant infrastructure that allows for high availability of 99.95%.
- Provide Helpdesk and Technical support services to include system maintenance windows.
- Ensure the security of the services and data hosted at their facilities by providing DR (Disaster Recovery) and COOP (Continuity of Operations) capabilities.
- Perform Network load balancing
- Manage data isolation in a multi-tenant environment.
- Provide billing capability allowing NIST to see and track spend/burn rates.
- Provide automatic monitoring of resource utilization and other events such as failure of service, degraded service, availability of services via dashboards.
- Provide the government with notifications when spend rates exceed 75% of available funds on any given task on the contract.

The contractor shall provide the following virtual machine requirements:
- Provide scalable, redundant, dynamic computing capabilities or virtual machines.
- Provide users with the ability to procure and provision computing services or virtual machine instances online via the Internet.
- Provide users with the ability to remotely load applications and data onto the computing or virtual machine instance from the Internet.

ANT_AR-0800

- Support a secure administration interface - such as SSL/TLS or SSH - for the Government designated personnel to remotely administer their virtual instance.
- Provide the capability to dynamically reallocate virtual machines based on load, with no service interruption.
- Provide the capability to copy or clone virtual machines for archiving, troubleshooting, and testing.
- Provide multiple processor virtual machines.

## 1.5  Pricing and Price Reduction Pass-through to NIST

Due to the constant downward pricing trend in commercial cloud services driven by new technology and competition, the metered service unit price paid by NIST under this requirement shall never exceed the unit pricing published on the cloud providers website that is effective at the time the unit of service is consumed by NIST. The same requirement exists for non-metered services consumed by NIST such as Business and Enterprise support.

Additionally, the contractor will provide consolidated billing services for NIST, discounts associated with volume pricing tiers across applicable usage dimensions shall be passed on to NIST commensurate with each NIST account's usage portion of the NIST Master account's consolidated billing total.

## 1.6 Reseller Relationship with Cloud Providers

NIST requires that the contractor be directly affiliated with the cloud provider as an authorized reseller of that provider.

## 1.7 Transition Planning

The contractor must work with the incumbent contractor to develop a plan and ensure that all existing and applicable services and support are successfully transitioned from the existing account should one exist with the individual provider.  This must be accomplished prior to or at the end of the current order to ensure no down time for existing work loads.  The current order will expire on March 31, 2024.  It is expected that the contractor will have completed all administrative tasks at the cloud provider levels prior to the expiration date and time.

## 1.8 Deliverables and Reports:

### Status Reports.

- The Contractor shall submit accurate status reports to the COR by the 2nd week of the each month.

**Other Reporting Requirements.** In addition to the monthly status reports, the contractor shall:

- Bring problems or potential problems affecting invoicing or administration to the COR in writing as soon as possible
- Notify the COR and Contracting Officer in writing at least 30 days in advance of when the Contractor projects that the amount of expenditure for each each Item Number in the order is projected to reach 75% of the amount of funds obligated for that Item number

ANT_AR-0801

- Consolidate expenditures invoice for all billing accounts into a single invoice for each billing cycle, detailing usage and amount being billed for each service provided by each cloud provider.
- Additional written reports may be required and negotiated.

ANT_AR-0802

52.204-27 PROHIBITION ON A BYTEDANCE COVERED APPLICATION (JUNE 2023)
  (a) Definitions. As used in this clause--
    Covered application means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.
    Information technology, as defined in 40 U.S.C. 11101(6)--
    (1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use--
      (i) Of that equipment; or
      (ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;
    (2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but
    (3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.
  (b) Prohibition. Section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328), the No TikTok on Government Devices Act, and its implementing guidance under Office of Management and Budget (OMB) Memorandum M-23-13, dated February 27, 2023, "No TikTok on Government Devices" Implementation Guidance, collectively prohibit the presence or use of a covered application on executive agency information technology, including certain equipment used by Federal contractors. The Contractor is prohibited from having or using a covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees; however, this prohibition does not apply if the Contracting Officer provides written notification to the Contractor that an exception has been granted in accordance with OMB Memorandum M-23-13.
  (c) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts, including subcontracts for the acquisition of commercial products or commercial services.
                        (End Of Clause)


52.204-30 FEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS--PROHIBITION (DEC 2023)
  (a) Definitions. As used in this clause--
    Covered article, as defined in 41 U.S.C. 4713(k), means--
    (1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;
    (2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);
    (3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or
    (4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.
    FASCSA order means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring the removal of covered articles from executive agency information systems or the exclusion of one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):
    (1) The Secretary of Homeland Security may issue FASCSA orders applicable to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.
    (2) The Secretary of Defense may issue FASCSA orders applicable to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.
    (3) The Director of National Intelligence (DNI) may issue FASCSA orders applicable to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.
    Intelligence community, as defined by 50 U.S.C. 3003(4), means the following--
    (1) The Office of the Director of National Intelligence;
    (2) The Central Intelligence Agency;
    (3) The National Security Agency;
    (4) The Defense Intelligence Agency;
    (5) The National Geospatial-Intelligence Agency;
    (6) The National Reconnaissance Office;

ANT_AR-0803

(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

National security system, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency--

(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

Reasonable inquiry means an inquiry designed to uncover any information in the entity's possession about the identity of any covered articles, or any products or services produced or provided by a source. This applies when the covered article or the source is subject to an applicable FASCSA order. A reasonable inquiry excludes the need to include an internal or third-party audit.

Sensitive compartmented information means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

Sensitive compartmented information system means a national security system authorized to process or store sensitive compartmented information.

Source means a non-Federal supplier, or potential supplier, of products or services, at any tier.

(b) Prohibition.

(1) Unless an applicable waiver has been issued by the issuing official, Contractors shall not provide or use as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA orders as follows:

(i) For solicitations and contracts awarded by a Department of Defense contracting office, DoD FASCSA orders apply.

(ii) For all other solicitations and contracts DHS FASCSA orders apply.

(2) The Contractor shall search for the phrase ''FASCSA order'' in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders identified in paragraph (b)(1).

(3) The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resultant contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 4.2304(c)). However, see paragraph (c) of this clause.

(5)(i) If the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification, then the Contractor shall disclose the following:

(A) Name of the product or service provided to the Government;

(B) Name of the covered article or source subject to a FASCSA order;

(C) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied or supplies the covered article or the product or service to the Offeror;

(D) Brand;

(E) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(F) Item description;

(G) Reason why the applicable covered article or the product or service is being provided or used;

(ii) Executive agency review of disclosures. The contracting officer will review disclosures provided in paragraph (b)(5)(i) to determine if any waiver is warranted. A contracting officer may choose not to pursue a waiver for covered articles or sources otherwise covered by a FASCSA order and to instead pursue other appropriate action.

(c) Notice and reporting requirement.

(1) During contract performance, the Contractor shall review SAM.gov at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (b) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance.

(3)(i) The Contractor shall submit a report to the contracting office as identified in paragraph (c)(3)(ii) of this clause, if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract performance and is subject to a FASCSA order(s) identified in paragraph (b) of this clause, or a new FASCSA order identified in paragraph (c)(2) of this clause. For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(ii) If a report is required to be submitted to a contracting office under (c)(3)(i) of this clause, the Contractor shall submit the report as follows:

(A) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.

(B) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(4) The Contractor shall report the following information for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order, pursuant to paragraph (c)(3)(i) of this clause:

(i) Within 3 business days from the date of such identification or notification:

(A) Contract number;

(B) Order number(s), if applicable;

(C) Name of the product or service provided to the Government or used during performance of the contract;

(D) Name of the covered article or source subject to a FASCSA order;

(E) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Contractor;

(F) Brand;

(G) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(H) Item description; and

(I) Any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (c)(4)(i) of this clause:

(A) Any further available information about mitigation actions undertaken or recommended.

(B) In addition, the Contractor shall describe the efforts it undertook to prevent submission or use of the covered article or the product or service produced or provided by a source subject to an applicable FASCSA order, and any additional efforts that will be incorporated to prevent future submission or use of the covered article or the product or service produced or provided by a source that is subject to an applicable FASCSA order.

(d) Removal. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that is subject to an applicable FASCSA order.

(e) Subcontracts.

(1) The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (c)(1) of this clause, in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products and commercial services.

(2) The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the contract and any subcontracts and other contractual instruments under the contract. The Contractor or higher-tier subcontractor shall notify their subcontractors, and suppliers under other contractual instruments, that the FASCSA orders in the solicitation that are not in SAM apply to the contract and all subcontracts.

(End Of Clause)

52.204-30 I FEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS--PROHIBITION (DEC 2023)--ALTERNATE I (DEC 2023)

(a) Definitions. As used in this clause--

Covered article, as defined in 41 U.S.C. 4713(k), means--

(1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;

(2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);

(3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or

(4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

FASCSA order means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring the removal of covered articles from executive agency information systems or the exclusion of one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):

(1) The Secretary of Homeland Security may issue FASCSA orders applicable to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.

(2) The Secretary of Defense may issue FASCSA orders applicable to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.

(3) The Director of National Intelligence (DNI) may issue FASCSA orders applicable to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

Intelligence community, as defined by 50 U.S.C. 3003(4), means the following--

(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;

(3) The National Security Agency;

(4) The Defense Intelligence Agency;

(5) The National Geospatial-Intelligence Agency;

(6) The National Reconnaissance Office;

(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

National security system, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency--

(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

Reasonable inquiry means an inquiry designed to uncover any information in the entity's possession about the identity of any covered articles, or any products or services produced or provided by a source. This applies when the covered article or the source is subject to an applicable FASCSA order. A reasonable inquiry excludes the need to include an internal or third-party audit.

Sensitive compartmented information means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

Sensitive compartmented information system means a national security system authorized to process or store sensitive compartmented information.

Source means a non-Federal supplier, or potential supplier, of products or services, at any tier.

(b) Prohibition.

(1) Contractors are prohibited from providing or using as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by any applicable FASCSA orders identified by the checkbox(es) in this paragraph (b)(1).

Yes [ ] No [ ] DHS FASCSA Order

Yes [ ] No [ ] DoD FASCSA Order

Yes [ ] No [ ] DNI FASCSA Order

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders identified in paragraph (b)(1).

(3) The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resultant contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 4.2304(c)). However, see paragraph (c) of this clause.

(5)(i) If the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification, then the Contractor shall disclose the following:

(A) Name of the product or service provided to the Government;

(B) Name of the covered article or source subject to a FASCSA order;

(C) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied or supplies the covered article or the product or service to the Offeror;

(D) Brand;

(E) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(F) Item description;

(G) Reason why the applicable covered article or the product or service is being provided or used;

(ii) Executive agency review of disclosures. The contracting officer will review disclosures provided in paragraph (b)(5)(i) to determine if any waiver is warranted. A contracting officer may choose not to pursue a waiver for covered articles or sources otherwise covered by a FASCSA order and to instead pursue other appropriate action.

(c) Notice and reporting requirement.

(1) During contract performance, the Contractorshall review SAM.gov at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (b) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance.

(3)(i) The Contractor shall submit a report to the contracting office as identified in paragraph (c)(3)(ii) of this clause, if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract performance and is subject to a FASCSA order(s) identified in paragraph (b) of this clause, or a new FASCSA order identified in paragraph (c)(2) of this clause. For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(ii) If a report is required to be submitted to a contracting office under (c)(3)(i) of this clause, the Contractor shall submit the report as follows:

(A) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.

(B) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(4) The Contractor shall report the following information for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order, pursuant to paragraph (c)(3)(i) of this clause:

(i) Within 3 business days from the date of such identification or notification:

(A) Contract number;

(B) Order number(s), if applicable;

(C) Name of the product or service provided to the Government or used during performance of the contract;

(D) Name of the covered article or source subject to a FASCSA order;

(E) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Contractor;

(F) Brand;

(G) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(H) Item description; and

(I) Any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (c)(4)(i) of this clause:

(A) Any further available information about mitigation actions undertaken or recommended.

(B) In addition, the Contractor shall describe the efforts it undertook to prevent submission or use of the covered article or the product or service produced or provided by a source subject to

PAGE 16 OF 23  NNG15SD22B/1333ND24FNB180081          ANT_AR-0807

an applicable FASCSA order, and any additional efforts that will be incorporated to prevent future submission or use of the covered article or the product or service produced or provided by a source that is subject to an applicable FASCSA order.

  (d) Removal. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that is subject to an applicable FASCSA order.

  (e) Subcontracts.

    (1) The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (c)(1) of this clause, in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products and commercial services.

    (2) The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the contract and any subcontracts and other contractual instruments under the contract. The Contractor or higher-tier subcontractor shall notify their subcontractors, and suppliers under other contractual instruments, that the FASCSA orders in the solicitation that are not in SAM apply to the contract and all subcontracts.

                        (End Of Clause)


52.217-7  OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

  The Government may require the delivery of the numbered line item,  identified in the Schedule as an option item, in the quantity and  at the price stated in the Schedule. The Contracting Officer may  exercise the option by written notice to the Contractor within  at any time during the period of performance of a given task order period Delivery of added items shall continue at the same rate that  like items are called for under the contract, unless the parties  otherwise agree.



        (End of Clause)


52.217-8  OPTION TO EXTEND SERVICES (NOV 1999)

  The Government may require continued performance of any services  within the limits and at the rates specified in the contract. These  rates may be adjusted only as a result of revisions to prevailing  labor rates provided by the Secretary of Labor. The option  provision may be exercised more than once, but the total extension  of performance hereunder shall not exceed 6 months. The  Contracting Officer may exercise the option by written notice to  the Contractor within 30 days.



        (End of Clause)


52.217-9  OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

  (a) The Government may extend the term of this contract by written  notice to the Contractor within 1 day to the expiration date of the contract provided that the Government  gives the Contractor a preliminary written notice of its intent to  extend at least 15 days days before the contract expires. The  preliminary notice does not commit the Government to an extension.

  (b) If the Government exercises this option, the extended contract  shall be considered to include this option clause.

  (c) The total duration of this contract, including the exercise  of any options under this clause, shall not exceed 60 months or 5 years.



        (End of Clause)


1352.201-70  CONTRACTING OFFICER?s AUTHORITY (APR 2010)

  The Contracting Officer is the only person authorized to make or approve any  changes in any of the requirements of this contract, and, notwithstanding any  provisions contained elsewhere in this contract, the said authority remains  solely in the Contracting Officer. In the event the contractor makes any changes  at the direction of any person other than the Contracting Officer, the change  will be considered to have been made without authority and no adjustment will  be made in the contract terms and conditions, including price.

                      (End of clause)

1352.201-72  CONTRACTING OFFICER`S REPRESENTATIVE (COR) (APR 2010)

 (a) Redacted        is hereby designated as the Contracting Officer`s Representative (COR). The COR may be changed at any time by the Government without prior notice to the contractor by a unilateral modification to the contract. The COR is located at:

    National Institute of Standards and Technology
    100 Bureau Drive
    Gaithersburg, MD 20899
    Phone Number: 303-497-7858
    Email: Redacted

 (b) The responsibilities and limitations of the COR are as follows:
   (1) The COR is responsible for the technical aspects of the contract and serves as technical liaison with the contractor. The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the contract.
   (2) The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms or conditions. Any contractor request for changes shall be referred to the Contracting Officer directly or through the COR. No such changes shall be made without the express written prior authorization of the Contracting Officer.  The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the contractor.

                    (End of clause)


1352.209-73  COMPLIANCE WITH THE LAWS (APR 2010)

  The contractor shall comply with all applicable laws, rules and regulations  which deal with or relate to performance in accord with the terms of the  contract.

                    (End of clause)


1352.209-74  ORGANIZATIONAL CONFLICT OF INTEREST (APR 2010)

 (a) Purpose.  The purpose of this clause is to ensure that the contractor and  its subcontractors:
   (1) Are not biased because of their financial, contractual, organizational,  or other interests which relate to the work under this contract, and
   (2) Do not obtain any unfair competitive advantage over other parties by  virtue of their performance of this contract.
 (b) Scope.  The restrictions described herein shall apply to performance or  participation by the contractor, its parents, affiliates, divisions and  subsidiaries, and successors in interest (hereinafter collectively referred  to as "contractor") in the activities covered by this clause as a prime  contractor, subcontractor, co-sponsor, joint venturer, consultant, or in any  similar capacity.  For the purpose of this clause, affiliation occurs when a  business concern is controlled by or has the power to control another or  when a third party has the power to control both.
 (c) Warrant and Disclosure.  The warrant and disclosure requirements of  this paragraph apply with full force to both the contractor and all  subcontractors.  The contractor warrants that, to the best of the contractor?s  knowledge and belief, there are no relevant facts or circumstances which  would give rise to an organizational conflict of interest, as defined in FAR  Subpart 9.5, and that the contractor has disclosed all relevant information  regarding any actual or potential conflict.  The contractor agrees it shall  make an immediate and full disclosure, in writing, to the Contracting  Officer of any potential or actual organizational conflict of interest or  the existence of any facts that may cause a reasonably prudent person to  question the contractor?s impartiality because of the appearance or existence  of bias or an unfair competitive advantage. Such disclosure shall include a  description of the actions the contractor has taken or proposes to take in  order to avoid, neutralize, or mitigate any resulting conflict of interest.
 (d) Remedies.  The Contracting Officer may terminate this contract for  convenience, in whole or in part, if the Contracting Officer deems such  termination necessary to avoid, neutralize or mitigate an actual or apparent  organizational conflict of interest.  If the contractor fails to disclose facts pertaining to the existence of a potential or actual organizational  conflict of interest or misrepresents relevant information to the Contracting  Officer, the Government may terminate the contract for default, suspend or  debar the contractor from Government contracting, or pursue such other  remedies as may be permitted by law or this contract.

ANT_AR-0809

(e) Subcontracts.  The contractor shall include a clause substantially  similar to this clause, including paragraphs (f) and (g), in any subcontract  or consultant agreement at any tier expected to exceed the simplified  acquisition threshold.  The terms "contract," "contractor," and "Contracting Officer" shall be appropriately modified to preserve the Government?s rights.

 (f) Prime Contractor Responsibilities.  The contractor shall obtain from  its subcontractors or consultants the disclosure required in FAR Part 9.507-1,  and shall determine in writing whether the interests disclosed present an  actual, or significant potential for, an organizational conflict of interest.  The contractor shall identify and avoid, neutralize, or mitigate any  subcontractor organizational conflict prior to award of the contract to the  satisfaction of the Contracting Officer.  If the subcontractor?s  organizational conflict cannot be avoided, neutralized, or mitigated, the  contractor must obtain the written approval of the Contracting Officer prior  to entering into the subcontract.  If the contractor becomes aware of a  subcontractor?s potential or actual organizational conflict of interest  after contract award, the contractor agrees that the Contractor may be  required to eliminate the subcontractor from its team, at the contractor?s  own risk.

 (g) Waiver.  The parties recognize that this clause has potential effects  which will survive the performance of this contract and that it is impossible  to foresee each circumstance to which it might be applied in the future.   Accordingly, the contractor may at any time seek a waiver from the Head of  the Contracting Activity by submitting such waiver request to the Contracting  Officer, including a full written description of the requested waiver and  the reasons in support thereof.

                        (End of clause)


1352.216-77  CEILING PRICE (APR 2010)

  The ceiling price of this contract is ▮Redacted▮ . The contractor shall not make  expenditures nor incur obligations in the performance of this contract which  exceed the ceiling price specified herein, except at the contractor?s own risk.

                        (End of clause)


1352.231-71  DUPLICATION OF EFFORT (APR 2010)

  The contractor hereby certifies that costs for work to be performed under  this contract and any subcontract hereunder are not duplicative of any costs  charged against any other Government contract, subcontract, or other Government  source. The contractor agrees to advise the Contracting Officer, in writing,  of any other Government contract or subcontract it has performed or is performing which involves work directly related to the purpose of this  contract. The contractor also certifies and agrees that any and all work  performed under this contract shall be directly and exclusively for the use  and benefit of the Government, and not incidental to any other work, pursuit,  research, or purpose of the contractor, whose responsibility it will be to  account for it accordingly.

                        (End of clause)


1352.239-71  ELECTRONIC AND INFORMATION TECHNOLOGY (APR 2010)

 (a)  To be considered eligible for award, offerors must propose electronic  and information technology (EIT) that meet the applicable Access Board  accessibility standards at 36 CFR 1194 designated below:
     1194.21 Software applications and operating systems
     1194.22 Web-based intranet and internet information and applications
     1194.23 Telecommunications products
     1194.24 Video and multimedia products
   XX   1194.25 Self-contained, closed products
     1194.26 Desktop and portable computers
   XX   1194.31 Functional performance criteria
     1194.41 Information, documentation and support
 (b) The standards do not require the installation of specific  accessibility-related software or the attachment of an assistive technology  device, but merely require that the EIT be compatible with such software and  devices so that it can be made accessible if so required by the agency in the future.

(c) Alternatively, offerors may propose products and services that provide  equivalent facilitation. Such offers will be considered to have met the  provisions of the Access Board standards for the feature or components  providing equivalent facilitation.  If none of the offers that meet all applicable provisions of the standards could be accepted without imposing an  undue burden on the agency or component, or if none of the offerors propose  products or services that fully meet all of the applicable Access Board?s  provisions, those offerors whose products or services meet some of the  applicable provisions will be considered eligible for award.  Awards will  not be made to an offeror meeting all or some of the applicable Access Board  provisions if award would impose an undue burden upon the agency.

(d) Offerors must submit representation information concerning their  products by completing the VPAT template at www.Section508.gov.

(End of clause)


1352.239-72  SECURITY REQUIREMENTS FOR INFORMATION TECHNOLOGY RESOURCES (APR 2010)

(a)  Applicability.  This clause is applicable to all contracts that  require contractor electronic access to Department of Commerce sensitive  non-national security or national security information contained in systems,  or administrative control of systems by a contractor that process or store information that directly supports the mission of the Agency.

(b)  Definitions.  For purposes of this clause, the term "Sensitive" is  defined by the guidance set forth in the Computer Security Act of 1987 (P.L.  100-235), including the following definition of the term:

(1)  Sensitive information is "? any information, the loss, misuse, or  unauthorized access to, or modification of which could adversely affect the  national interest or the, conduct of federal programs, or the privacy to  which individuals are entitled under section 552a of title 5, United States  Code (The Privacy Act), but which has not been specifically authorized under  criteria established by an Executive Order or an Act of Congress to be kept  secret in the interest of national defense or foreign policy."

(2)  For purposes of this clause, the term "National Security" is  defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation  Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security  Information. Classified or national security information is information that  has been specifically authorized to be protected from unauthorized  disclosure in the interest of national defense or foreign policy under an  Executive Order or Act of Congress.

(3)  Information technology resources include, but are not limited to,  hardware, application software, system software, and information (data).  Information technology services include, but are not limited to, the  management, operation (including input, processing, transmission, and  output),  maintenance, programming, and system administration of computer systems,  networks, and telecommunications systems.

(c)  The contractor shall be responsible for implementing sufficient  Information Technology security, to reasonably prevent the compromise of DOC  IT resources for all of the contractor?s systems that are interconnected  with a DOC network or DOC systems that are operated by the contractor.

(d)  All contractor personnel performing under this contract and contractor  equipment used to process or store DOC data, or to connect to DOC networks,  must comply with the requirements contained in the DOC Information Technology  Management Handbook (see DOC, Office of the Chief Information Officer  website), or equivalent/more specific agency or operating unit counsel  guidance as specified immediately hereafter  .

(e)  Contractor personnel requiring a user account for access to systems  operated by the contractor for DOC or interconnected to a DOC network to  perform contract services shall be screened at an appropriate level in  accordance with Commerce Acquisition Manual 1337.70, Security Processing Requirements for Service Contracts.

(f)  Within 5 days after contract award, the contractor shall certify in  writing to the COR that its employees, in performance of the contract, have  completed initial IT security orientation training in DOC IT Security  policies, procedures, computer ethics, and best practices, in accordance  with DOC IT Security Program Policy, chapter 15, section 15.3. The COR will  inform the contractor of any other available DOC training resources. Annually  thereafter the contractor shall certify in writing to the COR that its  employees, in performance of the contract, have completed annual refresher  training as required by section 15.4 of the DOC IT Security Program Policy.

(g)  Within 5 days of contract award, the contractor shall provide the COR  with signed acknowledgement of the provisions as contained in Commerce  Acquisition Regulation (CAR), 1352.209-72, Restrictions Against Disclosures.

(h)  The contractor shall afford DOC, including the Office of Inspector  General, access to the contractor?s and subcontractor?s facilities,  installations, operations, documentation, databases, and personnel used in  performance of the contract. Access shall be provided to the extent required  to carry out a program of IT inspection, investigation, and audit to  safeguard against threats and hazards to the integrity, availability, and  confidentiality of DOC data or to the function of computer systems operated  on behalf of DOC, and to preserve evidence of computer crime.

(i)  For all contractor-owned systems for which performance of the  contract requires interconnection with a DOC network on which DOC data will  be stored or processed, the contractor shall provide, implement, and  maintain a System Accreditation Package in accordance with the DOC IT Security Program Policy. Specifically, the contractor shall:

(1)  Within 14 days after contract award, submit for DOC approval a  System Certification Work Plan, including project management information (at  a minimum the tasks, resources, and milestones) for the certification effort,  in accordance with DOC IT Security Program Policy and   . The Certification Work Plan, approved by the COR, in consultation  with the DOC IT Security Officer, or Agency/operating unit counsel IT  Security Manager/Officer, shall be incorporated as part of the contract and  used by the COR to monitor performance of certification activities by the  contractor of the system that will process DOC data or connect to DOC networks.  Failure to submit and receive approval of the Certification Work Plan may  result in termination of the contract.

(2)  Upon approval, follow the work plan schedule to complete system  certification activities in accordance with DOC IT Security Program Policy  Section 6.2, and provide the COR with the completed System Security Plan and  Certification Documentation Package portions of the System Accreditation Package for approval and system accreditation by an appointed DOC official.

(3) Upon receipt of the Security Assessment Report and Authorizing  Official?s written accreditation decision from the COR, maintain the  approved level of system security as documented in the Security  Accreditation Package, and assist the COR in annual assessments of control effectiveness in accordance with DOC IT Security Program Policy, Section  6.3.1.1.

(j)  The contractor shall incorporate this clause in all subcontracts that  meet the conditions in paragraph (a) of this clause.

(End of clause)

NIST LOCAL-40 BILLING INSTRUCTIONS FOR DELIVERY/TASK ORDERS
(a) NIST prefers electronic Invoice/Voucher submissions and they should be emailed to  INVOICE@NIST.GOV.

(b) Each Delivery/Task Order Invoice or Voucher submitted shall include the following: (1) Contract  Number; identified in Block 2 of the OF347. (2) Delivery/Task Order number identified in Block  3 of the OF347. (3) Contractor Name and Address. (4) Date of Invoice. (5) Invoice Number. (6)  Amount of Invoice and Cumulative Amount Invoiced to-date. (7) Contract Line Item Number (CLIN).  (8) Description, Quantity, Unit of Measure, Unit Price, and Extended Price of Supplies/Services  Delivered. (9) Prompt Payment Discount Terms, if Offered. (10) Any other information or documentation  required by the contract.

(c) In the event electronic submissions are not used, the Contractor shall submit an original invoice  or voucher in accordance with paragraph (b) above to the address identified in Block 21 of the OF347.  (END OF CLAUSE)

NIST LOCAL-41 SOFTWARE LICENSE ADDENDUM
(a) This Addendum incorporates certain terms and conditions relating to

federal procurement actions.  The terms and conditions of this Addendum

take precedence over the terms and conditions contained in any license

agreement or other contract documents entered into between the parties.
Governing Law:  Federal procurement law and regulations, including

the Contract Disputes Act, 41 U.S.C. Section 601 et.seq., and the Federal

Acquisition Regulation (FAR), govern the agreement between the parties.

Litigation arising out of this contract may be filed only in those having

jurisdiction over federal procurement matters.
Attorney's Fees:  Attorney's fees are payable by the federal

ANT_AR-0812

government in any action arising under this contract only pursuant to the

Equal Access in Justice Act, 5 U.S.C. Section 504.

No Indemnification:  The federal government will not be liable for

any claim for indemnification; such payments may violate the

Anti-Deficiency Act, 31 U.S.C. Section 1341(a).

Assignment:  Payments may only be assigned in accordance with the

Assignment of Claims Act, 31 U.S.C. Section 3727, and FAR Subpart 32.8,

"Assignment of Claims."

Invoices:  Invoices will be handled in accordance with the Prompt

Payment Act (31 U.S.C. Section 3903) and Office of Management and Budget

(OMB) Circular A-125, Prompt Payment.

Patent and Copyright Infringement:  Patent or copyright infringement

suits brought against the United States as a party may only be defended by

the U.S. Department of Justice (28 U.S.C. Section 516).

Renewal of Support after Expiration of this Award:  Service will not

automatically renew after expiration of the initial term of this agreement.

Renewal may only occur in accord with (1) the mutual agreement of

the parties; or (2) an option renewal clause allowing the government to

unilaterally exercise one or more options to extend the term of the

agreement.

(END OF CLAUSE)

NIST LOCAL-53 CONTRACT PERFORMANCE DURING CHANGES IN NIST OPERATING STATUS
All contractors performing work on active contracts at the U.S. Department of Commerce(DOC), National
 Institute of Standards and Technology (NIST) campuses and/or working in NIST workspaces should go
  to the www.nist.gov website and under the "About NIST" tab click on "Visit". This site includes
 information about campus access and security information; identification requirements; parking
 information and more.

Contractor personnel are required to check the appropriate campus operating status and personnel
 requirements at https://www.nist.gov/campus-status daily prior to arriving on site. All personnel
 must adhere to the requirements set forth in the operating status.

Unless otherwise stated in the contract terms and conditions, normal days of business operation
 are Monday through Friday, excluding Federal Holidays. However, throughout the contract period of
 performance, there may be circumstances beyond the control of NIST that will impact normal days of
 business operation such as inclement weather, power outages, etc. In circumstances such as these, the
 Contractor must call the appropriate NIST campus status line to verify the operating status:

Gaithersburg Campus Operating Status Line:
(301) 975-8000
(800) 437-4385 x8000 (toll free)

Boulder Campus Operating Status Line:
(303) 497-4000
(303) 497-3000 option 2

In the event of a lapse in appropriation, access to Government facilities and resources, including
 equipment and systems will be limited to excepted personnel for both Federal employees and contractor
 personnel. If performance of the contract is onsite and/or requires Government interaction, unless
 the contractor has been, or is notified that it is required to work under an excepted status, the
 contractor must stop work. The work stoppage shall remain in effect until the lapse is resolved and
 notification is provided via the NIST website at www.nist.gov (banner on front page) and/or the NIST

ANT_AR-0813

operating status line(s). Additionally, contractors are encouraged to monitor public broadcasts or the Office of Personnel Management's website at www.opm.gov for the Federal Government operating status.

NIST will provide notification to all contractors that are determined to have excepted status. All excepted contractors are required to continue performance and communicate with the appointed Contracting Officer's Representative (COR) for further guidance, or NIST Contracting Officer if a COR is not appointed.

Contractors with active supply or service contracts that are fully funded at the time of contract award and do not require access to Government facilities, resources, or active administration by Government personnel in a manner that would not cause the Government to incur additional obligations during the lapse in appropriation may continue performance.

Please note that in all circumstances that impact operations on the NIST campuses, contractors are expected to follow all direction and guidance provided by NIST authorities.

NIST LOCAL-56 INVOICING PROCESSING PLATFORM-ALTERNATE I (DEC 2022)
Upon written notice from the contracting officer the following supersedes all other instructions for the submission of payment requests.  Accordingly, following written notice payment requests must be submitted electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP).

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in the applicable payment request or invoicing instructions, Prompt Payment clause included in the contract, or the clause 52.212-4 Contract Terms and Conditions - Commercial Items included in commercial item contracts. The IPP website address is https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

The Contractor must use the IPP website to register, access, and use IPP for submitting payment requests. If not already enrolled, the Contractor Government Business Point of Contact (as listed in SAM) will receive enrollment instructions via email within three to five business days of the addition of the contract award to IPP. Contractor assistance with enrollment can be obtained by contacting the IPP Production Helpdesk via email: IPPCustomerSupport@fiscal.treasury.gov or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting payment requests, the Contractor must submit a waiver request in writing to the Contracting Officer with its proposal or quotation. Contact the contracting officer for more information on submitting a waiver request.

ANT_AR-0814

## NIST Purchase Card Request & Checklist

| | |
|---|---|
| Requisition# | 26-183-1009 |
| Reconciliation Amount $ | |
| Reconciliation Date | |
| Approval Amount | Redacted |

| | | | |
|---|---|---|---|
| Fiscal Year | 2026 | OU/Division # | 183 |
| Vendor Name | Carahsoft | Created By | Redacted |
| Website | www.carahsoft.com | Official Requester | Redacted |
| Phone Number | 571-668-7006 | Requester Signature | |
| Contact Name | Redacted | Needed By Date | 02/11/2026 |
| Email | Redacted | Delivery Address | NIST |

**Additional Comments or Instructions (Mission Critical Jusitcation):**

See Attached OISM MISSION CRITICAL JUSTIFICATION

**Approvals (Separation of Duties - in accordance with CAM 1313.301, Section 4.1)**

| | | | |
|---|---|---|---|
| Div Approver/Supervisor (Bona Fide Need Certifier) | | Date of Approval | |
| OU Mission Critical Approver | See Attached | Date of Approval | |
| Fund Certifying Official | | Date of Approval | |
| Approving Official | Redacted | Date of Approval | |
| Cardholder's Name (Signature on Page 4) | | Date Assigned | |
| Division Chief Signature | | | |

| Order Totals | Project Task | Object Class | Cost (Actual) | Cost (Estimate) |
|---|---|---|---|---|
| Item Totals | 1836954-000 | 25-06 | Redacted | 5 |
| SHIPPING & HANDLING | | | | |
| GRAND TOTAL | | | | |

**Item List** (unless shopping cart file or quote #          attached)          R = Reallocated

| Item Name | Project Task | Object Class | Quantity | Unit Price | Cost (Actual) | Cost (Estimate) | R |
|---|---|---|---|---|---|---|---|
| Anthropic Claude Enterpr | | | 1 | Redacted | $Redacted | Redacted | |
| Item Catalog # : C4E-Fed-611 Transaction # : Statement Date: | | | | Description Claude for Enterprise Federal - Securely connect Claud | | | |
| Anthropic Claude Govern | | | Redacted | Redacted | Redacted | Redacted | |
| Item Catalog # : C4G-Fed-611 Transaction # : Statement Date: | | | | Description Claude for Government Federal - FedRAMP High Com | | | |
| | | | | | | | |
| Item Catalog # : Transaction # : Statement Date: | | | | Description | | | |

**\*All** IT Purchases require the **IT Compliance in Acquisition Checklist.** See **Reference Information.**

The Requester completes the IT Compliance in Acquisition Checklist and obtains all **approvals** as required.

ANT_AR-0815

**Bankcard Request Summary - Overflow Items List**

**Requisition #**

| Item Name | Project Task | Object Class | Quantity (Actual) | Unit Price (Actual) | Cost (Actual) | o  t      te | R |
|-----------|--------------|--------------|-------------------|---------------------|---------------|--------------|---|
|  |  |  |  |  |  |  |  |

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

Item Catalog #  :  **Description**
Transaction #    :
Statement Date:

Note: E = Extracted and R = Reconciled

ANT_AR-0816

**ALL PURCHASE CARD REQUESTS MUST BE REVIEWED AND APPROVED AS MISSION CRITICAL.**

**PLEASE CHECK ONE OF THE THREE CATEGORIES BELOW.**

☑ **TIME-CRITICAL, MISSION-CRITICAL RESEARCH NEEDS**

☐ **LIFE SAFETY**

☐ **PHYSICAL AND IT INFRASTRUCTURE MAINTENANCE AND REPAIR**

**JUSTIFICATION REQUIRED:**

This procurement would assist the NIST AI working group in establishing a pilot with Anthropic for market research and to evaluate how it would address use cases submitted by the NIST community, covering research and application development, as well as operational and workflow efficiency.

OU Director Approval:

**Definition of Mission Critical Purchase Categories:**

**Time Critical, Mission Critical Research Need:** Critical purchases are required to directly support critical, time-sensitive research. This includes chemicals and cryogens, other consumables required to directly support the related research activities, research equipment, and research equipment construction and maintenance. Without these purchases, mission-critical research would stop.

**Life safety:** Supplies, equipment, and services to support life safety and related regulatory compliance activities. Without these purchases, NIST staff cannot perform their jobs safely.

**Physical and IT Infrastructure Maintenance and Repair:** Infrastructure maintenance and repair: parts, supplies, equipment, and services required to maintain facilities. Without these purchases, mission-critical facilities and IT infrastructure would risk damage or failure.

ANT_AR-0817

# GPC PURCHASE CARD CHECKLIST (CHECK ALL BOXES THAT APPLY)

## REQUESTOR SECTION (this section to be completed by the Requestor)

☐ Non-information Technology (IT) GPC Purchase: this purchase request does not include any **IT equipment, software, or IT services**.

☑ IT GPC Purchase: attach an approved **IT Compliance in Acquisition Checklist v5.0**-NIST as part of the required supporting documentaiton for all IT equipment, software, and IT services, regardless of dollar amount.

☑ This purchase is either not applicable to **Section 508 standards** or has been vetted as 508 compliant (attached form from CAM, Appendix F).

☑ This purchase has conformed to **Energy Star** availability as reasonably as possible.  (if applicable) (CAM 1323.70) If available but not purchased, explain why.

## PURCHASE CARDHOLDER SECTION (this section to be completed by the Purchase Cardholder)

☑ The amount of this purchase is within my single monthly spending limit and is not a split purchase.

☑ This purchase is for official Government business only and screened against the **Restricted Items** List and the Atypical Bankcard Expense items list *(NIST Purchase Card Handbook, pg 25)*.

☑ I have checked the mandatory sources of supply prior to purchasing from commercial vendor *(Excess property, Supplies on hand, Unicor, Ability One Vendors, GSA Advantage, DOC contract vendor)*.

☑ Request Sales Tax Exempt status from vendor (NIST Purchase Card Handbook, pg 31).

☑ Pricing for this purchase is fair and reasonable (for example: obtain at least two quotes from other vendors, past experience, or GSA Contract # 47QSWA18D008F

☑ Vendor is section 889 Compliant as self-certified on **www.sam.gov** (Section 889 Compliance).

☐ The intended merchant is a third-party vendor. It was necessary to use a third-party vendor. It was necessary to use a third-party vendor

(explain): NA

As  Government Purchase Cardholder this information is true to the best of my knowledge.

### PURCHASE CARD HOLDER USE ONLY

Date    Ordered:

Date    Received:

Date Reconciled:

*Upload **supporting documentation** to CitiManager as transactions post to the account. Reconciliation and reallocation is due by the 10th of each month (work day prior if the 10th falls on a weekend or holiday.*

☐ Vendor Order Confirmation or Invoice showing line item detail for the fully burdened price.

☐ Signed and date packing slip or email confirmation from end-user/receiver (software recipients must notify the Purchase Cardholder once the software has been obtained electronically/downloaded).

☐ Copy of approved **SF-182** (if purchase card was used to purchase training, attendee must confirm that they attended training/conference.

☐ Copy of this Government Purchase Card (GPC) Request Form and Checklist.

☐ Additional documents as required to support this purchase (see list of documents on page 13).

ANT_AR-0818

## Reference Information

**Definition of Information Technology (IT):**
This includes hardware, application software, system software, and information (data). Information technology services include, but are not limited to, the management, operation (including input, processing, transmission and output), maintenance, programming and system administration of computer systems, networks, telecommunications and video surveillance systems and equipment*.

*Per DOC **Procurement Memorandum 2019-04**, all purchases for **telecommunications equipment and services** must be purchased using DOC's strategically sourced Network Contract, to the maximum extent possible. **Video surveillance** equipment may not be purchased with a government purchase card.

**IT Compliance in Acquisition Checklist Requirements for GPC Purchases:**
In accordance with DOC Procurement Memorandum (PM) 2024-08, the IT Compliance in Acquisition Checklist must be completed prior to **ALL** IT Purchases. **NIST Directive PR 6106.01 establishes all procedures for the IT Compliance in Acquisition Checklist.**

1. Respond to all questions (#1 - #7) to include the system and procurement description.
2. Only the Procurement COR (Requestor) and IT Security Officer signatures are required as follows:

| Signature Block (as cited on form): | Accepted Signature for GPC Requests: |
|---|---|
| Procurement COR | Requestor |
| IT Information System Security Officer (ISSO) | Security Officer (System Owner or Division ITSO) |
| OU OCIO or Point of Contact (Designee) | IT Security Officer (OU ITSO) |
| Chief Information Security Officer | IT Security Officer (OU ITSO) |
| Chief Privacy Officer (*as applicable*) | IT Security Officer (OU ITSO) |

For a list of System Owners and Division/OU IT Security Officers click **here.**

ANT_AR-0819

IT Compliance in Acquisition Checklist v5.0-NIST                    Page 1 of 7

**Background:**

This checklist was developed to ensure that the acquisition of IT resources complies with Federal and DOC information security policy requirements and to provide a means to document compliance.

To assist in completing this form, a compilation of Frequently Asked Questions (FAQ) is available.

| System(s): [Provide full name of system(s) and any corresponding acronym(s)] | Date: |
|---|---|
| 183-01 | 02/05/2026 |
| **Procurement Description:** [Provide 1-2 sentences on what the IT acquisition is for] | |
| Anthropic Claude for Enterprise and Federal AI Solution | |

| 1.a. | Does this acquisition involve a hardware purchase? | Yes ○ No ● |
|---|---|---|

If the answer is No, proceed to question 1.b.
If the answer is Yes, include appropriate clauses into the solicitation and contract to ensure this acquisition meets the following:

- DOC Enterprise Cybersecurity Policy (ECP) Program requirements
- Personal identity verification DOC Enterprise Cybersecurity Policy (ECP) Program requirements in accordance with FAR 4.1302, FIPS PUB 201-3, and Homeland Security Presidential Directive (HSPD-12).
- FAR part 11.002(g) requirements which state that *unless the agency Chief Information Officer waives the requirement, when acquiring information technology using Internet Protocol, the requirements documents must include reference to the appropriate technical capabilities defined in the USGv6 Profile (NIST Special Publication (SP) 500-267) and the corresponding declarations of conformance defined in the USGv6 Test Program. To meet this requirement each DOC acquisition of IP protocol technology must express requirements for IPv6 capabilities in terms of the USGv6 Profile (i.e., using the USGV6 Capabilities Check List) and vendors must be required to document their product's support of the requested capabilities through the USGv6 test program, using the USGv6 Suppliers Declaration of Conformity* (USGv6 Profile Supplier's Declaration of Conformity | NIST).

**Proceed to question 1.b.**

| 1.b. | Does this acquisition involve a software purchase? | Yes ● No ○ |
|---|---|---|

If the answer is No, proceed to question 1.c.
If the answer is Yes, include appropriate clauses into the solicitation and contract to ensure this acquisition meets the following:

- DOC Enterprise Cybersecurity Policy (ECP) Program requirements
- Personal identity verification DOC Enterprise Cybersecurity Policy (ECP) Program requirements in accordance with FAR 4.1302, FIPS PUB 201-3, and Homeland Security Presidential Directive (HSPD-12).
- FAR part 11.002(g) requirements which state that *unless the agency Chief Information Officer waives the requirement, when acquiring information technology using Internet Protocol, the requirements documents must include reference to the appropriate technical capabilities defined in the USGv6 Profile (NIST Special Publication (SP) 500-267) and the corresponding declarations of conformance defined in the USGv6 Test Program. To meet this requirement each DOC acquisition of IP protocol technology must express requirements for IPv6 capabilities in terms of the USGv6 Profile (i.e., using the USGV6 Capabilities Check List) and vendors must be required to document their product's support of the requested capabilities through the USGv6 test program, using the USGv6 Suppliers Declaration of Conformity* (USGv6 Profile Supplier's Declaration of Conformity | NIST).

**Proceed to question 1.b.1. and 1.b.2.**

ANT_AR-0820

| | | |
|---|---|---|
| 1.b.1. | If the answer to 1.b. is Yes, do any of the exceptions below apply to the entirety of the software associated with the acquisition? (select ONLY one) <br><br>(i) Software with a release date or a major version change on or before September 14, 2022. <br>(ii) Software that is not used in a Federal information system. <br>(iii) Certain Government-developed software as identified in the requirements documents. <br>(iv) Open source software that is freely and directly obtained by a Federal agency. <br>(v) Software that is freely obtained and publicly available. <br>(vi) None of the above <br><br>If no exception applies (i.e., None of the above), then Secure Software Development Attestation requirements are applicable and a Secure Software Development Attestation Form, extension, or waiver is required prior to award.  See Procedures for the Collection of Secure Software Development Attestations for instructions. <br><br>**Proceed to question 1.b.2.** | ○ (i) <br> ○ (ii) <br> ○ (iii) <br> ○ (iv) <br> ○ (v) <br> ◉ (vi) |
| 1.b.2. | **Is an attestation available (if yes, identify source or select None)?** <br><br>See Procedures for the Collection of Secure Software Development Attestations for instructions. <br><br>**Proceed to question 1.c.** | ◉ CISA <br> ○ Publicly <br> ○ Other <br><br> ○ None |
| 1.c. | **Does this acquisition involve collection/storage/processing of data on behalf of the government?** | Yes ○  No ◉ |
| | If the answer is No, proceed to question 2. <br>If the answer is Yes, include appropriate clauses into the solicitation and contract to ensure this acquisition meets the following: <br>• DOC Enterprise Cybersecurity Policy (ECP) Program requirements <br>• Personal identity verification DOC Enterprise Cybersecurity Policy (ECP) Program requirements in accordance with FAR 4.1302, FIPS PUB 201-3, and Homeland Security Presidential Directive (HSPD-12). <br>• FAR part 11.002(g) requirements which state that unless the agency Chief Information Officer waives the requirement, when acquiring information technology using Internet Protocol, the requirements documents must include reference to the appropriate technical capabilities defined in the USGv6 Profile (NIST Special Publication (SP) 500-267) and the corresponding declarations of conformance defined in the USGv6 Test Program. To meet this requirement each DOC acquisition of IP protocol technology must express requirements for IPv6 capabilities in terms of the USGv6 Profile (i.e., using the USGV6 Capabilities Check List) and vendors must be required to document their product's support of the requested capabilities through the USGv6 test program, using the USGv6 Suppliers Declaration of Conformity (USGv6 Profile Supplier's Declaration of Conformity | NIST). <br><br>**Proceed to question 2.** | |
| 2 | **Will any personnel involved in this acquisition perform a function/role that requires access to a system(s) that processes non-public or sensitive NIST data?** <br><br>*For example, requiring a NIST e-mail account, system administrator access to a NIST system, vendor installation/maintenance, or contractor personnel operating system(s) that process NIST data or NIST entrusted personally identifiable information (PII) being transferred to, shared with, and/or accessed by a contractor.* | Yes ○  No ◉ |

ANT_AR-0821

**IT Compliance in Acquisition Checklist v5.0-NIST**                    Page 3 of 7

If the answer is No, proceed to question 3.
If the answer is Yes, Contracting Officials should work with the COR to perform the following and review and include appropriate clauses into the solicitation and contract:

- Determine and document contract risk using the Commerce Acquisition Manual 1337.70. Insert the appropriate clauses into the contract based on risk level.  Select from the Security Processing Requirements found at: https://www.acquisition.gov/car/part-1352-solicitation- provisions-and-contract-clauses
- Determine and document appropriate FISMA requirements to be met in the contract, and assist in the coordination with DOC Office of Security (OSY) for personnel screenings, see Chapter 11 Investigative Processing, of the Manual of Security Policies and Procedures, and the Office of Cybersecurity and IT Risk Management (OCRM) involving ECP Program requirements for a Security and Privacy Assessment & Authorization (A&A).
- Take appropriate action, in consultation with the COR, OSY, and NIST Office of General Counsel, regarding the personnel screening forms.
- Determine the appropriateness of allowing interim access to NIST IT systems pending favorable completion of a pre-employment check.
- Incorporate CAR *1352.239-72  Security Requirements for Information Technology Resources* into the solicitation and contract to ensure that the requirements, such as annual IT security awareness training, are enforceable on contract personnel.
- Take appropriate action, in consultation with your Privacy Officer, to ensure that the services, systems, and/or products being procured comply with existing privacy laws and policies regarding protection, maintenance, dissemination and disclosure of information.
- FAR Subpart 4.19— Basic Safeguarding of Covered Contractor Information Systems
  - FAR Clause 52.204–21
- FAR Subpart 24.1—Protection of Individual Privacy
  - FAR Clause 52.224-1 "Privacy Act Notification"
  - FAR Clause 52.224-2 "Privacy Act"
- FAR 39.101—Acquisition of Information Technology—General—Policy
- FAR 39.105—Acquisition of Information Technology—General–Privacy
- FAR 39.106— Acquisition of Information Technology—General–Contract Clause
  - FAR Clause 52.239-1 "Privacy or Security Safeguards"
- FAR Subpart 27.4--Rights in Data and Copyrights

**Proceed to question 3.**

ANT_AR-0822

| 3 | Will this acquisition involve Government property located at an off-site contractor-controlled facility that will be used for transmitting, processing, and storing NIST data and/or NIST data collected, transmitted, processed, or stored at an off-site contractor-controlled facility? | Yes ⭕  No ⦿ |
|---|---|---|

If the answer is No, proceed to question 4.
If the answer is Yes, include CAR 1352.239-72, Security Requirements for Information Technology Resources, into the solicitation and contract. Initiate the appropriate A&A of the system(s) involved and include A&A clauses to ensure this acquisition meets ECP Program security requirements for transmitting, processing, and storing data; and review and include appropriate clauses into the solicitation and contract as identified below:

- FAR Subpart 4.19— Basic Safeguarding of Covered Contractor Information Systems
  - FAR Clause 52.204–21
- FAR Subpart 24.1—Protection of Individual Privacy
  - FAR Clause 52.224-1 "Privacy Act Notification"
  - FAR Clause 52.224-2 "Privacy Act"
- FAR 39.101—Acquisition of Information Technology—General—Policy
- FAR 39.105—Acquisition of Information Technology—General–Privacy
- FAR 39.106— Acquisition of Information Technology—General–Contract Clause
  - FAR Clause 52.239-1 "Privacy or Security Safeguards"
- FAR Subpart 27.4--Rights in Data and Copyrights

**Proceed to question 4.**

| 4 | Will this acquisition involve a Service Level Agreement (SLA)? | Yes ⭕  No ⦿ |
|---|---|---|

*For example, contractor maintenance on NIST system hardware or software, administration of Software as a Service (SaaS), i.e., Cloud Computing, or External Data Storage or Contingency Emergency Back-up facility.*

If the answer is No, proceed to question 5.
If the answer is Yes, initiate appropriate A&A of the system(s) involved and include clauses to ensure this acquisition meets ECP Program security requirements for transmitting, processing, and storing data. 1.1), *Secure Software Development Framework (SSDF) Recommendations for Mitigating the Risk of Software Vulnerabilities*). Ensure that data portability, data breach notification, and data disposal are considered in the contract. Insert clauses from Commerce Acquisition Regulation 1337.110-70 IT Service Contracts,
- High or Moderate Risk Contracts -- 48 CFR Ch. 13 1352.237-70;
- Low Risk Contracts – 48 CFR Ch. 13 1352.237.71;
- National Security Contracts – 48 CFR Ch. 13 1352.237.72; and
- Foreign National Visitor and Guest Access to Departmental Resources - 1352.237-73 (for all DOC solicitations and contracts for services where foreign national access to any DOC facility or DOC IT system is required).
into the contract. Also, ensure FAR part 11.002(g) requirements cited in question 1 of this checklist are followed.

**Security Authority to Operate Requirements**

| **4.A: Is the Service Level Agreement in regards to a FedRAMP Authorized service?** | Yes ⭕  No ⭕ |
|---|---|

If the answer to 4.A is No, stop and work with your Operating Unit IT Security Officer to identify if a FedRAMP Authorized Solution is available, and/or plan for NIST assessment and authorization (A&A).
If the answer to 4.A is Yes, or if Contractor has yet to be identified, next question.

ANT_AR-0823

**4.B: Does an Authority to Operate (ATO) signed letter exist for the contractor SLA?**     Yes ○  No ○

If the answer to 4B is No, Stop and work with your Operating Unit IT Security Officer. If the answer to 4B is Yes, next question.

**4.C: Has the Cost of an ATO been considered in this acquisition?**     Yes ○  No ○

If the answer to 4C is No, stop and work with your Operating Unit IT Security Officer for a Cost Estimate.
If the answer to 4C is Yes, next question.

**4.D: Has the timeline for an ATO been considered before acquisition?**     Yes ○  No ○

If the answer to 4D is No, stop and work with your Operating Unit IT Security Officer for an ATO Timeline.
If the answer to 4D is Yes, proceed to question 5.

---

**5**     **Supply Chain Risk Requirements**

The acquisition may be subject to supply chain risk considerations[1] within contract language and/or a Supply Chain Risk Assessment[2] based on the below criteria.

**Supply Chain Risk Assessment (SCRA) Applicability:**

**5.A: Is this an acquisition of a new high-impact or moderate-impact information system[3] using appropriated funds?[4]**     Yes ○  No ◉

**5.B: Is this an acquisition (hardware, software, services) for a National Security System (NSS)?[5]**     Yes ○  No ◉

If the answers to 5A *or* 5B are Yes, a SCRA is required. *Please refer to Procurement Memorandum-2015-08 for procedures.*

**Supply Chain Risk Considerations Applicability:**

**5.C: Is this an acquisition for a system, system service, system component, and/or software product identified as supporting a Mission Essential function (MEF) or a Primary Mission Essential Function (PMEF)?**     Yes ○  No ◉

**5.D: Is this an acquisition for a system, system service, system component, and/or software product supporting a High Value Asset (HVA)?[6]**     Yes ○  No ◉

If the answer to 5C *or* 5D is Yes, *then Supply Chain Risk Considerations are applicable. Please refer to Procurement Memorandum 2023-12 for procedures.*

In addition to criteria 5A – 5D above, Operating Unit management may also require supply chain risk considerations and/or a SCRA for an acquisition at their discretion. Operating Units may contact their ITSO with questions on supply chain risk considerations and/or SCRA requirements.

ANT_AR-0824

| 6 | **Artificial Intelligence (AI)** | |
|---|---|---|
| | Consistent with the *AI in Government Act of 2020*, the *Advancing American AI Act*, and *Executive Order 14110 on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence*, agencies must manage risks from the use of AI in the Federal Government, particularly those affecting the rights and safety of the public. The acquisition, deployment, and use of AI technology is subject to the *U.S. Department of Commerce Technology Insertion (TI) Policy*, and any unauthorized or unsafe use of AI may result in the system being shut down until the violations have been remediated and the system is reauthorized. | |
| | **6.A: Does this acquisition contain AI?** | Yes ⦿  No ◯ |
| | You must have approval from the NIST CIO. | |
| | If you do not have documented approval from the NIST CIO, review the guidance at https://inet.nist.gov/oism/path-forward-genai-review-approval-nist/generative-ai-gen-ai-guidance and submit the use case for approval, if applicable. Documented approval must accompany this Checklist (see question 7). Approval must be received before any acquisition. | |
| | **6.B: Has this acquisition been reviewed by the organization's chief architect or enterprise architecture for use of AI?** | Yes ⦿  No ◯ |
| | Answer YES when documented approval is obtained by the NIST CIO (which includes review for enterprise architecture). See instruction for 6.A. | |
| | **6.C: Does this acquisition contain GenAI?** | Yes ⦿  No ◯ |
| | You must have approval from the NIST CIO.<br>If you do not have documented approval from the NIST CIO, review the guidance at https://inet.nist.gov/oism/path-forward-genai-review-approval-nist/generative-ai-gen-ai-guidance and submit the use case for approval, if applicable. Documented approval must accompany this Checklist (see question 7). Approval must be received before any acquisition. | |
| 7 | **Do you have any supplemental information to add to this checklist?** | Yes ◯  No ⦿ |
| | If the answer is No, proceed to *Signatures* section below to obtain signatures.<br>If the answer is Yes, please attach appropriate supplemental information (i.e., project org chart, previous acquisition checklist) to this checklist and proceed to *Signatures* section below to obtain signatures. | |

---

[1] Please refer to Procurement Memorandum-2023-12 for supply chain considerations procedures.
[2] Please refer to Procurement Memorandum 2015-08 for supply chain risk assessment requirements.
[3] A new high-impact or moderate-impact information system is defined as: acquisition of a new information system that is designated as FIPS 199 moderate-impact or high-impact.
[4] Systems purchased using appropriated funds are defined in accordance with Section 515 of the Consolidated and Further Continuing Appropriations Act, 2015, Public Law 113-235 and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions).
[5] National Security System is defined in FIPS 200. The acquisition may include software, firmware, microprocessors, integrated circuitry, printed circuit boards, or any active or passive microcircuit components.
[6] High Value Assets (HVA) are designated by the agency Senior Accountable Official for Risk Management (SAORM) based on the criteria set in OMB M-19-03.

ANT_AR-0825

**Signatures:**

By signing this checklist, the Information System Security Officer, Procurement COR, Chief Information Security Officer, and Contracting Officer/GPC Approving Official are representing that Operating Unit information security management oversight and appropriate due diligence were considered for this acquisition process.

**Cognizant Office of Chief Information Officer Representative (OCIO):** *(delegated to Requestor's OU ITSO if SCRA)*

| Name: N/A | Phone: |
|---|---|
| Signature: | |
| Date: | |

**Information System Security Officer (ISSO):**

| Name: Redacted | Phone: |
|---|---|
| Signature: | |
| Date: | |

**Chief Architect or Enterprise Architecture (if answer to Q.6.A, Q.6.B, or Q.6.C. is "Yes"):** *(i.e., CIO or CISO)*

| Name: Redacted | Phone: |
|---|---|
| Signature: | |
| Date: | |

**NIST Chief Privacy Officer (if answer to Q.1., Q.2., or Q.3. is "Yes"):** *(delegated to Requestor's OU ITSO)*

| Name: Redacted | Phone: |
|---|---|
| Signature: | |
| Date: | |

**Requestor or Procurement COR (if applicable):**

| Name: Redacted | Phone: |
|---|---|
| Signature: | |
| Date: | |

**NIST Chief Information Security Officer:** *(delegated to Requestor's OU ITSO)*

| Name: Redacted | Phone: |
|---|---|
| Signature: | |
| Date: | |

**Contracting Officer or GPC Approving Official:**

| Name: Redacted | Phone: 240.255.8194 |
|---|---|
| Signature: | |
| Date: | |

Last updated: 02/04/2025

ANT_AR-0826

List of required supporting documentation for each and every transaction posting to your account (combine into one PDF document as necessary to meet CitiManager file limits):

1. **Purchase Request**, Requisition Form, or document that initiated the purchase card transaction
2. **Mission Critical statement and approval** from your OU Director or designated approver
3. Evidence of **funds approval** prior to purchase
4. **Purchase Card Checklist**
5. Evidence of **approving official approval** prior to purchase
6. **Itemized receipt, invoice, or order confirmation** from the vendor with the fully burdened price, including shipping and all associated fees.
7. Evidence of **government acceptance** of products or services, i.e. packing slip with requestor's signature indicating the product or services were received or an email from the end user stating they received the product or service.
8. Monthly Purchase Card Order Log, this is a log maintained by the cardholder in CitiManager or manually outside of CitiManager.

Additional supporting documentation that may be required depending on the type of purchase made (combine into one PDF document as necessary to meet CitiManager file limits):

1. **Market research**, if required.
2. **Office Supplies from a commercial source** – a statement explaining why the items were not purchased from one of the FSSI OS4 BPAs.
3. **Training** – a copy of the SF-182 "Authorization, Agreement and Certification of Training"
4. **Third-Party Vendors** (i.e., PayPal, Groupon, Amazon) – a statement explaining why it was necessary to use a third-party vendor.
5. **IT product or services** – an IT Compliance in Acquisition Checklist approved by the OU ITSO and evidence that the vendor is Section 889 compliant.
6. **EIT product** – Section 508 checklist (see appendix D in the CAM or page 23 of the NIST Purchase Card Handbook.
7. **Accountable property** – evidence that the items have been added to the property listing or a statement explaining why the property has not been added to the property listing.
8. **Sales Tax** – if charged sales tax, provide a copy of documentation requesting a credit from the vendor for the sales tax charged or the date of the credit posted to CitiManager.
9. **Restricted or Atypical Item** – a copy of an approved waiver or Atypical Bankcard Expense Memorandum from the Head of Contracting Office.
10. **Printing** – a copy of an approved waiver from the Printing Services Division.
11. **Convenience Check** – a statement explaining why it was necessary to pay the vendor with a convenience check instead of using a purchase card.
12. **Disputed Transactions** – a copy of documentation disputing a transaction with the vendor, Citibank, or both.
13. **Credit Vouchers**, if applicable.
14. **Memorandum to File** explaining any unusual circumstances surrounding the transaction.

ANT_AR-0827

# carahsoft.

**Invoice**

| | Date | Page |
|---|---|---|
| | 2/16/2026 | 1 |
| | **Invoice Number** | |
| | 26024830INV | |

Carahsoft Technology Corp.
11493 Sunset Hills Road, Suite 100
Reston, Virginia 20190

Phone:    (703) 871-8500
Fax:       (703) 871-8505

**Bill To:**
NIST, Office of Information Systems Management
ATTN: Redacted
325 Broadway MS: 1840
Boulder, CO 80305

**Ship To:**
National Institute of Standards & Technology
ATTN Redacted
100 Bureau Drive Building 225/B206
Gaithersburg, MD 20899

| PO Number | Order Date | Customer No. | Salesperson | Order No. | Ship VIA | Terms |
|---|---|---|---|---|---|---|
| VISA | 2/13/2026 | NIST01 | Redacted | 26024830 | ESD | CC |

| Quantity | Item Number | Start/End Date | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1.00 | C4E-Fed-611 | 8/10/2026 | Claude for Enterprise Federal - Securely connect Claude to your agency's knowledge and empower every team with trusted AI features such as:  Web search and advanced research, Encryption, not used for training, complies with business regulations, Can inte | 1.00 | 1.00 |
| 500.00 | User Count | | User Count - 500 Additional Description: | 0.00 | 0.00 |
| 1.00 | C4G-Fed-611 | 8/10/2026 | Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or | 1.00 | 1.00 |
| 500.00 | User Count | | User Count - 500 Additional Description: | 0.00 | 0.00 |

**Paid**
2/16/2026
VISA

Currency USD unless otherwise specified

**Remit to:**
Carahsoft Technology Corporation
11493 Sunset Hills Road Ste 100
Reston, VA 20190
FEIN 52-2189693 DUNS 088365767
CA Sales Tax # SC OHB 100-529633
GST/HST# 848833299 RT0001
BC-PST# PST-1487-7716

For questions on this invoice, please contact AR at 703-581-6566
or via email at AR@Carahsoft.com

| | |
|---|---|
| Subtotal | 2.00 |
| Total Sales Tax | |
| Total Amount | 2.00 |
| Less Payment | |
| Amount Due | 2.00 |

# carahsoft.

**Invoice**

| Date | Page |
|---|---|
| 2/16/2026 | 1 |
| **Invoice Number** | |
| 26024830INV | |

Carahsoft Technology Corp.
11493 Sunset Hills Road, Suite 100
Reston, Virginia 20190

Phone: (703) 871-8500
Fax: (703) 871-8505

**Bill To:**
NIST, Office of Information Systems Management
ATTN: Redacted
325 Broadway MS: 1840
Boulder, CO 80305

**Ship To:**
National Institute of Standards & Technology
ATTN: Redacted
100 Bureau Drive Building 225/B206
Gaithersburg, MD 20899

| PO Number | Order Date | Customer No. | Salesperson | Order No. | Ship VIA | Terms |
|---|---|---|---|---|---|---|
| VISA | 2/13/2026 | NIST01 | Redacted | 26024830 | ESD | CC |

| Quantity | Item Number | Start/End Date | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1.00 | C4E-Fed-611 | 8/10/2026 | Claude for Enterprise Federal - Securely connect Claude to your agency's knowledge and empower every team with trusted AI features such as: Web search and advanced research, Encryption, not used for training, complies with business regulations, Can inte | 1.00 | 1.00 |
| 500.00 | User Count | | User Count - 500 Additional Description: | 0.00 | 0.00 |
| 1.00 | C4G-Fed-611 | 8/10/2026 | Claude for Government Federal - FedRAMP High Compliant. This allows Claude to handle Sensitive but Unclassified data (SBU) such as: Health records (HIPAA-covered data), Law enforcement data, Controlled unclassified information (CUI), Financial, legal, or | 1.00 | 1.00 |
| 500.00 | User Count | | User Count - 500 Additional Description: | 0.00 | 0.00 |

**Paid**
2/16/2026
VISA

26-183-1009
Redacted
received
Please Sign:

Currency USD unless otherwise specified

| | |
|---|---|
| Subtotal | 2.00 |
| Total Sales Tax | |
| Total Amount | 2.00 |
| Less Payment | |
| Amount Due | 2.00 |

For questions on this invoice, please contact AR at 703-581-6566
or via email at AR@Carahsoft.com

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|---|---|---|
| OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 142085-24-0012 | | 1 | 41 |

| 2. CONTRACT NO. 75N98119D00086 | 3. AWARD/ EFFECTIVE DATE 09/29/2024 | 4. ORDER NUMBER 1305M224F0258 | | 5. SOLICITATION NUMBER 1305M224Q0054 | 6. SOLICITATION ISSUE DATE 04/24/2024 |
|---|---|---|---|---|---|

| 7. | FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME **Redacted** | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|---|

**9. ISSUED BY**    CODE EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: 100.00 % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 541512
SIZE STANDARD: $34

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP |

**15. DELIVER TO**    CODE WK000001

OFFICE OF SCI & TECH INT /W/STI
1325 East-West Highway
Silver Spring MD 20910

**16. ADMINISTERED BY**    CODE EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

**17a. CONTRACTOR/ OFFEROR**    CODE C81ZW3KPFGV9    FACILITY CODE

Arch Systems LLC
1800 WASHINGTON BLVD STE 421
BALTIMORE MD 21230

**18a. PAYMENT WILL BE MADE BY**    CODE WK000001

OFFICE OF SCI & TECH INT /W/STI
1325 East-West Highway
Silver Spring MD 20910

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | UEI:  C81ZW3KPFGV9 PROJECT - TASK: 140X8MWFST-23P00 EXPEND ORG: 142085000000000000 EXPEND TYPE: 25101190 | | | | |
| 1001 | Base Period | | | | **Redacted** |
| | Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS. Incrementally Funded Amount: **Redacted** Product/Service Code:  R408 Continued ... | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

**25. ACCOUNTING AND APPROPRIATION DATA**
140X8MWFST-23P00-142085000000000000-25101190

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**
**Redacted**

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.     ADDENDA    ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.     ADDENDA    ☒ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☒ 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR DocuSigned by: **Redacted** | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Signed by: **Redacted** |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) **Redacted** Director of BD Operations/Partner | 30c. DATE SIGNED 7/19/2024 | 31b. NAME OF CONTRACTING OFFICER **Redacted** | 31c. DATE SIGNED 7/19/2024 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0830

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1002 | Base Period<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Product/Service Code:  R408 | | | | Redacted |
| 1003 | Base Period<br><br>CIO-SP3 FFS 0.55% Fee for Service<br>Product/Service Code:  R408 | | | | Redacted |
| 2001 | Option Period 1<br><br>Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS.<br>Amount: Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2025<br>Product/Service Code:  R408 | | | | Redacted |
| 2002 | Option Period 1<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Continued ... | | | | Redacted |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED          ☐ INSPECTED          ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br><br>☐ PARTIAL    ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE    ☐ PARTIAL    ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)    42d. TOTAL CONTAINERS |

ANT_AR_0831

STANDARD FORM 1449 (REV. 2/2012) BACK

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>75N98119D00086/1305M224F0258 | | PAGE<br>3 | OF<br>41 |
|---|---|---|---|---|

**NAME OF OFFEROR OR CONTRACTOR**
Arch Systems LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Amount: Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2025<br>Product/Service Code: R408 | | | | |
| 2003 | Option Period 1<br><br>CIO-SP3 FFS 0.55% Fee for Service<br>Amount: Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2025<br>Product/Service Code: R408 | | | | Redacted |
| 3001 | Option Period 2<br><br>Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS.<br>Amount: $ Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2026<br>Product/Service Code: R408 | | | | Redacted |
| 3002 | Option Period 2<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Amount: Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2026<br>Product/Service Code: R408 | | | | Redacted |
| 3003 | Option Period 2<br><br>CIO-SP3 FFS 0.55% Fee for Service<br>Amount: Redacted (Option Line Item)<br>Anticipated Exercise Date: 09/29/2026<br>Product/Service Code: R408 | | | | Redacted |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

ANT-AR-0832

75N98119D00086/1305M224F0258 BASE

Section II - Supplies or Services and Price/Costs ...........................................................5
Section VI - Deliveries or Performance .........................................................................10
Section VII - Order Administration .............................................................................11
Section VIII - Special Contract Requirements ..............................................................12
Section IX - Order Clauses.........................................................................................15
Section X - List of Attachments...................................................................................41

75N98119D00086/1305M224F0258BASE

## Section II - Supplies or Services and Price/Costs

**CLIN List**

| Item Number | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1001 | Base Period<br><br>Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS.<br>Award Type: Time-and-materials<br><br>Incrementally Funded Amount: Redacted<br>Product/Service Code: R408<br>Requisition No: 142085-24-0012<br>Period of Performance: 09/29/2024 to 09/28/2025 | | | | Redacted |
| 1002 | Base Period<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Award Type: Firm-fixed-price<br>Product/Service Code: R408<br>Requisition No: 142085-24-0012<br>Period of Performance: 09/29/2024 to 09/28/2025 | | | | Redacted |
| 1003 | Base Period<br><br>CIO-SP3 FFS 0.55% Fee for Service<br>Award Type: Time-and-materials<br>Product/Service Code: R408<br>Requisition No: 142085-24-0012<br>Period of Performance: 09/29/2024 to 09/28/2025 | | | | Redacted |
| 2001 | Option Period 1<br><br>Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS.<br>Award Type: Time-and-materials<br>Amount: Redacted<br>(Option Line Item)<br><br>Anticipated Exercise Date: 09/29/2025<br>Product/Service Code: R408 | | | | Redacted |

75N98119D00086/1305M224F0258BASE

| Item Number | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 2002 | Period of Performance: 09/29/2025 to 09/28/2026<br><br>Option Period 1<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Award Type: Firm-fixed-price<br>Amount: Redacted<br>(Option Line Item) | | | | Redacted |
| 2003 | Anticipated Exercise Date: 09/29/2025<br>Product/Service Code: R408<br>Period of Performance: 09/29/2025 to 09/28/2026<br><br>Option Period 1<br><br>CIO-SP3 FFS 0.55% Fee for Service<br>Award Type: Time-and-materials<br>Amount: Redacted<br>(Option Line Item) | | | | Redacted |
| 3001 | Anticipated Exercise Date: 09/29/2025<br>Product/Service Code: R408<br>Period of Performance: 09/29/2025 to 09/28/2026<br><br>Option Period 2<br><br>Labor and Travel (T&M) - Labor and travel shall be completed in accordance with the PWS.<br>Award Type: Time-and-materials<br>Amount: Redacted<br>(Option Line Item) | | | | Redacted |
| 3002 | Anticipated Exercise Date: 09/29/2026<br>Product/Service Code: R408<br>Period of Performance: 09/29/2026 to 09/28/2027<br><br>Option Period 2<br><br>Program Manager (Key Personnel) (FFP) - Labor shall be completed in accordance with the PWS.<br>Award Type: Firm-fixed-price<br>Amount: $Redacted | | | | Redacted |

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

75N98119D00086/1305M224F0258BASE

| Item Number | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | (Option Line Item) | | | | |
| 3003 | Anticipated Exercise Date: 09/29/2026 Product/Service Code: R408 Period of Performance: 09/29/2026 to 09/28/2027 Option Period 2 CIO-SP3 FFS 0.55% Fee for Service Award Type: Time-and-materials Amount: Redacted (Option Line Item) Anticipated Exercise Date: 09/29/2026 Product/Service Code: R408 Period of Performance: 09/29/2026 to 09/28/2027 | | | | Redacted |

**FAR Deviations 52.219-14 Limitations on Subcontracting (OCT 2022) (DEVIATION SEPT 2021)**

52.219-14 Limitations on Subcontracting.

As prescribed in 19.507(e), insert the following clause:

LIMITATIONS ON SUBCONTRACTING (SEP 2021) (DEVIATION SEP 2021)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) Definition. Similarly situated entity, as used in this clause, means a first-tier subcontractor, including an independent contractor, that—

  (1) Has the same small business program status as that which qualified the prime contractor for the award (e.g., for a small business set-aside contract, any small business concern, without regard to its socioeconomic status); and

  (2) Is considered small for the size standard under the North American Industry Classification System (NAICS) code the prime contractor assigned to the subcontract.

(c) Applicability. This clause applies only to—

  (1) Contracts that have been set aside for any of the small business concerns identified in 19.000(a)(3);

  (2) Part or parts of a multiple-award contract that

have been set aside for any of the small business concerns identified in 19.000(a)(3);

(3) Contracts that have been awarded on a sole-source basis in accordance with subparts 19.8, 19.13, 19.14, and 19.15;

(4) Orders expected to exceed the simplified acquisition threshold and that are—

(i) Set aside for small business concerns under multiple-award contracts, as described in 8.405-5 and 16.505(b)(2)(i)(F); or

(ii) Issued directly to small business concerns under multiple-award contracts as described in 19.504(c)(1)(ii);

(5) Orders, regardless of dollar value, that are—

(i) Set aside in accordance with subparts 19.8, 19.13, 19.14, or 19.15 under multiple-award contracts, as described in 8.405-5 and 16.505(b)(2)(i)(F); or

(ii) Issued directly to concerns that qualify for the programs described in subparts 19.8, 19.13, 19.14, or 19.15 under multiple-award contracts, as described in 19.504(c)(1)(ii); and

(6) Contracts using the HUBZone price evaluation preference to award to a HUBZone small business concern unless the concern waived the evaluation preference.

(d) Independent contractors. An independent contractor shall be considered a subcontractor.

(e) Limitations on subcontracting. By submission of an offer and execution of a contract, the Contractor agrees to the following requirements in the performance of a contract assigned a North American Industry Classification System (NAICS) code applicable to this contract:

(1) Services (except construction). It will not pay more than 50 percent of the amount paid by the Government for contract performance, excluding certain other direct costs and certain work performed outside the United States (see paragraph (e)(1)(i)), to subcontractors that are not similarly situated entities. Any work that a similarly situated entity further subcontracts will count towards the prime contractor's 50 percent subcontract amount that cannot be exceeded. When a contract includes both services and supplies, the 50 percent limitation shall apply only to the service portion of the contract.

(i) The following services may be excluded from the 50 percent limitation:

(A) Other direct costs, to the extent they are not the principal purpose of the acquisition and small business concerns do not provide the service. Examples include airline travel, work performed by a transportation or disposal entity under a contract assigned the environmental remediation NAICS code (562910), cloud computing services, or mass media purchases.

(B) Work performed outside the United States on awards made pursuant to the Foreign Assistance Act of 1961, or work performed outside the United States required to be performed by a local contractor.

(2) Supplies (other than procurement from a nonmanufacturer of such supplies). It will not pay more than 50 percent of the amount paid by the Government for contract performance, excluding the cost of materials, to subcontractors that are not similarly situated entities. Any work that a similarly situated entity further subcontracts will count towards the prime contractor's 50 percent subcontract amount

ANT_AR-0837

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

75N98119D00086/1305M224F0258BASE

that cannot be exceeded. When a contract includes both supplies and services, the 50 percent limitation shall apply only to the supply portion of the contract.

  (3) General construction. It will not pay more than 85 percent of the amount paid by the Government for contract performance, excluding the cost of materials, to subcontractors that are not similarly situated entities. Any work that a similarly situated entity further subcontracts will count towards the prime contractor's 85 percent subcontract amount that cannot be exceeded.

  (4) Construction by special trade contractors. It will not pay more than 75 percent of the amount paid by the Government for contract performance, excluding the cost of materials, to subcontractors that are not similarly situated entities. Any work that a similarly situated entity further subcontracts will count towards the prime contractor's 75 percent subcontract amount that cannot be exceeded.

(f) The Contractor shall comply with the limitations on subcontracting as follows:

  (1) For contracts, in accordance with paragraphs (c)(1), (2), (3) and (6) of this clause –

[Contracting Officer check as appropriate.]

_X_ By the end of the base term of the contract and then by the end of each subsequent option period; or

__ By the end of the performance period for each order issued under the contract.

  (2) For orders, in accordance with paragraphs (c)(4) and (5) of this clause, by the end of the performance period for the order.

(g) A joint venture agrees that, in the performance of the contract, the applicable percentage specified in paragraph (e) of this clause will be performed by the aggregate of the joint venture participants.

(End of clause)

ANT_AR-0838

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

## Section VI - Deliveries or Performance

**FAR 52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

- FAR: https://www.acquisition.gov
- CAR: https://www.acquisition.gov/car
- NAM: Can be provided upon request

(End of clause)

**CAR 1352.270-70 Period of performance. (APR 2010)**

(a) The base period of performance of this contract is from 09/29/2024 through 09/28/2025. If an option is exercised, the period of performance shall be extended through the end of that option period.

(b) The option periods that may be exercised are as follows:

Option Period I:          09/29/2025 - 09/28/2026
Option Period II:          09/29/2026 - 09/28/2027

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-9.

(End of clause)

ANT_AR-0839

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-F4DB7D808FA0

75N98119D00086/1305M224F0258BASE

## Section VII - Order Administration

**UTILIZATION OF FEDCONNECT FOR CONTRACT ADMINISTRATION**

The Department of Commerce (DOC) will utilize the FedConnect web portal in administering this award. The contractor must be registered in FedConnect and have access to the FedConnect website located at https://www.fedconnect.net/Fedconnect/ . For assistance in registering or for other FedConnect questions please call the FedConnect Help Desk at (800) 899-6665 or email at support@fedconnect.net There is no charge for registration in or use of FedConnect.

**CAR 1352.201-72 Contracting Officer's Representative (COR). (APR 2010)**

(a) Redacted is hereby designated as the Contracting Officer's Representative (COR). The COR may be changed at any time by the Government without prior notice to the contractor by a unilateral modification to the contract. The COR is located at:

NOAA National Weather Service
Office of Science and Technology Integration
1325 East West Highway
Silver Spring, MD 20910

Phone Number: Redacted

E-mail: Redacted

(b) The responsibilities and limitations of the COR are as follows:

(1) The COR is responsible for the technical aspects of the contract and serves as technical liaison with the contractor. The COR is also responsible for the final inspection and acceptance of all deliverables and such other responsibilities as may be specified in the contract.

(2) The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms or conditions. Any contractor request for changes shall be referred to the Contracting Officer directly or through the COR. No such changes shall be made without the express written prior authorization of the Contracting Officer. The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the contractor.

(End of clause)

ANT_AR-0840

75N98119D00086/1305M224F0258BASE

## Section VIII - Special Contract Requirements

**NOAA/EAD OTHER DIRECT COSTS - TRAVEL**

a.    If travel is required under this contract, it must be requested and approved in advance and (except as otherwise authorized herein) in writing by the COR or Contracting Officer (CO). All travel hereunder shall be accomplished in accordance with the requirements of the Federal Travel Regulation (FTR) and the DOC Travel Handbook (DOCTH), available online respectively at:

FTR – http://www.gsa.gov/portal/content/104790
DOCTH - http://www.osec.doc.gov/ofm/OAP/TMD/

b.    All travel requests shall be submitted to the COR five business days prior to the departure date and shall include:

1. The purpose of the trip
2. The destination
3. The duration (and times of initial departure and return)
4. The number of personnel traveling, and their respective names and titles
5.The estimated cost per person, including a breakdown of the costs for transportation (airfare, car rental, parking) and Meals and Incidental Expenses.

c.    Travel invoices shall include an affirmation signed by an authorized corporate representative stating that the costs being submitted are in compliance with the FTR and FAR Part 31—Contract Cost Principles and Procedures.

d.    If emergency travel is required, the Contractor must provide the information described above to the COR via e-mail, and submit a formal request as soon as practicable thereafter.

e.    The Contractor will be reimbursed for reasonable, allocable and allowable travel and transportation expenses incurred under and for the performance of this contract. Determination of reasonableness, allocability and allowability will be made by the COR or CO based on the applicable cost principles, and the particular needs of the project being implemented by this contract.

The vendor shall be reimbursed by the Government for travel and training costs incurred by vendor personnel who are specifically authorized under the task order by the COR in accordance with the FTR. Reimbursement for training and travel costs will be made only if such training and/or travel are authorized in advance by the COR. Reimbursement shall not exceed the rates and expenses allowed by the FTR to a Government employee traveling under identical circumstances and shall not exceed Federal Travel limits without prior approval from the CO. The vendor shall make a good faith effort to obtain the lowest standard coach or equivalent airfare.

The vendor shall take advantage of travel discounts whenever possible. Except as otherwise provided herein, payment will be made for actual common carrier fares plus cost of travel between the vendor employee's home (or regular duty station) and the carrier terminal and temporary duty points for travel by the most reasonable and economical means. At the option of the Government, the Government may provide to the vendor Government-owned vehicles to use and the vendor shall provide the driver's license numbers for those contract employees who will drive the vehicles.

The Government will reimburse only those training costs associated with requirements unique to the National Oceanic and Atmospheric Administration (NOAA). The Government will not reimburse any training costs associated with training required to enable a contract employee to meet the minimum skill level requirements (basic skills), personal enhancement skills, or training required for job (new career) progression skills.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-F4DB7D808FA0

**CONTRACTOR PERFORMANCE ASSESSMENT REPORT SYSTEM (CPARS)**
In accordance with FAR 42.1502 'Policy', past performance information shall be entered into the CPARS at least annually.

The CPARS is a web enabled application that collects and manages the library of automated CPARS.A CPARS assesses a contractor's performance and provides a record both positive and negative, if any, on a given contract during a specific period of time.  The contractor's performance on this contract will be entered into CPARS by the Government at the completion of each contract year.

The Contractor shall furnish the Contracting Officer with the name, position title, phone number, and email address for each person designated to have access to past performance evaluation(s) for this contract, and for each applicable task order, no later than 30 days after award.  Each person granted access will have the ability to provide comments in the Contractor portion of the report.It is recommended that the Contractor become familiar with CPARS, the following class is recommended: 'CPARS Overview Course' at https://www.cpars.gov/webtrain_auto.htm.

Performance will be rated based on the performance measurements listed in the Quality Assurance Surveillance Plan and Performance Requirement Summary.  The Contracting Officer Representative will, in addition to providing documentation to the CO, maintain a complete Quality Assurance file.  The file will contain copies of all reports, evaluations, recommendations, and any actions related to the Government's performance of the quality assurance function.The COR shall retain all such records for the life of this contract and forward to the Contracting Officer at termination or completion of the contract.

Completion of the Performance Assessment Report is a requirement of this contract to be completed at the end of each one year performance period by the COR and submitted to the CPARS.  Contractors have the ability to electronically submit comments regarding the Government's assessment and to indicate concurrence or non-concurrence with the overall evaluation.  The report information must at all times be protected as source selection sensitive information not releasable to the public.

**NOTICE TO THE GOVERNMENT OF DELAYS**
In the event that the Contractor encounters difficulty in meeting performance requirements, or when it anticipates difficulty in complying with the contract delivery schedule or completion date, or as soon as the Contractor has knowledge that any actual or potential situation is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately notify the CO and the COR, in writing. This notification shall give pertinent details, but this data shall be informational only in character; this term shall not be construed as a waiver by the Government of any delivery schedule or date, or any rights or remedies provided by law or under this contract.

**PROGRAM MANAGER**
The Government has appointed a Program Manager (PM) who will perform various programmatic functions for the overall success of the Program. The PM has no actual, apparent or implied authority to bind the Government for any government funding, acts or omissions. The PM does not address or resolve any issues concerning contractual legal matters.  The Contractor shall address Task Order matters directly with the Task Order CO and the CO's Technical Representative.  The Program Manager

ANT_AR-0842

75N98119D00086/1305M224F0258BASE

is:

| NAME: | Redacted | |
|---|---|---|
| ADDRESS: | NOAA, NWS<br>1325 East West Highway<br>Silver Spring, MD 20910 | |
| EMAIL: | Redacted | |
| TELEPHONE NUMBER: | Redacted | |

**TIME-AND-MATERIALS TRANSITION TO FIRM-FIXED-PRICE**
The Government reserves the right at any point prior to exercising an option year to convert Time-and-Materials (T&M) work to Firm-Fixed-Price (FFP). Should the Government determine portion(s) of the T&M work can be converted to FFP, the CO will request a price quote for the requirements identified and an equitable adjustment will be negotiated by bilateral written agreement of the parties.

75N98119D00086/1305M224F0258BASE

## Section IX - Order Clauses

**Clauses Incorporated by Reference**

| Clause Number | Clause Title |
|---|---|
| 52.222-19 | Child Labor—Cooperation with Authorities and Remedies |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements. (JAN 2017) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel. (JAN 2011) |
| 52.204-13 | System for Award Management Maintenance. (OCT 2018) |
| 52.204-14 | Service Contract Reporting Requirements. (OCT 2016) |
| 52.204-18 | Commercial and Government Entity Code Maintenance. (AUG 2020) |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities. (DEC 2023) |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) |
| 52.204-29 | Federal Acquisition Supply Chain Security Act Orders-Representation and Disclosures. (DEC 2023) |
| 52.204-30 | Federal Acquisition Supply Chain Security Act Orders-Prohibition. (DEC 2023) |
| 52.222-19 | Child Labor - Cooperation with Authorities and Remedies. (FEB 2024) |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors. (MAR 2023) |
| 52.239-1 | Privacy or Security Safeguards. (AUG 1996) |
| 1352.201-70 | Contracting Officer's Authority. (MAR 2010) |
| 1352.208-70 | Restrictions on printing and duplicating. (APR 2010) |
| 1352.209-72 | Restrictions against disclosure. (APR 2010) |
| 1352.209-73 | Compliance with the laws. (APR 2010) |
| 1352.209-74 | Organizational conflict of interest. (APR 2010) |
| 1352.228-71 | Deductibles under required insurance coverage-cost reimbursement. (APR 2010) |
| 1352.228-72 | Deductibles under required insurance coverage-fixed price. (APR 2010) |
| 1352.231-71 | Duplication of effort. (APR 2010) |
| 1352.242-70 | Postaward conference. (APR 2010) |

**FAR 52.216-32 Task-Order and Delivery-Order Ombudsman. (SEP 2019) - Alternate I (SEP 2019)**

(a) In accordance with 41 U.S.C. 4106(g), the Agency has designated the following task-order and delivery-order Ombudsman for this contract. The Ombudsman must review complaints from the Contractor concerning all task-order and delivery-order actions for this contract and ensure the Contractor is afforded a fair opportunity for consideration in the award of orders, consistent with the procedures in the contract.

75N98119D00086/1305M224F0258BASE

Department of Commerce Director of Acquisition Policy and Oversight Division, email OAM_Mailbox@doc.gov.

(b) Consulting an ombudsman does not alter or postpone the timeline for any other process (*e.g.*, protests).

(c) Before consulting with the Ombudsman, the Contractor is encouraged to first address complaints with the Contracting Officer for resolution. When requested by the Contractor, the Ombudsman may keep the identity of the concerned party or entity confidential, unless prohibited by law or agency procedure.

(d) *Contracts used by multiple agencies*.

(1) This is a contract that is used by multiple agencies. Complaints from Contractors concerning orders placed under contracts used by multiple agencies are primarily reviewed by the task-order and delivery-order Ombudsman for the ordering activity.

(2) The ordering activity has designated the following task-order and delivery-order Ombudsman for this order:

Department of Commerce Director of Acquisition Policy and Oversight Division, email OAM_Mailbox@doc.gov.

(3) Before consulting with the task-order and delivery-order Ombudsman for the ordering activity, the Contractor is encouraged to first address complaints with the ordering activity's Contracting Officer for resolution. When requested by the Contractor, the task-order and delivery-order Ombudsman for the ordering activity may keep the identity of the concerned party or entity confidential, unless prohibited by law or agency procedure.

(End of clause)

**FAR 52.217-8 Option To Extend Services. (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of expiration of the period of performance.

(End of clause)

**FAR 52.217-9 Option To Extend the Term of the Contract. (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 7 days prior to expiration of the period of performance; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30days before the contract expires. The preliminary notice does not commit the Government to an extension.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 36 months.

(End of clause)

**FAR 52.227-14 Rights in Data-General. (MAY 2014)**

(a) *Definitions.* As used in this clause-

*Computer database* or *database* means a collection of recorded information in a form capable of, and for the purpose of, being stored in, processed, and operated on by a computer. The term does not include computer software.

*Computer software-* (1) Means (i) Computer programs that comprise a series of instructions, rules, routines, or statements, regardless of the media in which recorded, that allow or cause a computer to perform a specific operation or series of operations; and

(ii) Recorded information comprising source code listings, design details, algorithms, processes, flow charts, formulas, and related material that would enable the computer program to be produced, created, or compiled.

(2) Does not include computer databases or computer software documentation.

*Computer software documentation* means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

*Data* means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

*Form, fit, and function data* means data relating to items, components, or processes that are sufficient to enable physical and functional interchangeability, and data identifying source, size, configuration, mating and attachment characteristics, functional characteristics, and performance requirements. For computer software it means data identifying source, functional characteristics, and performance requirements but specifically excludes the source code, algorithms, processes, formulas, and flow charts of the software.

*Limited rights* means the rights of the Government in limited rights data as set forth in the Limited Rights Notice of paragraph (g)(3) if included in this clause.

*Limited rights data* means data, other than computer software, that embody trade secrets or are commercial or financial and confidential or privileged, to the extent that such data pertain to items, components, or processes developed at private expense, including minor modifications.

ANT_AR-0846

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

*Restricted computer software* means computer software developed at private expense and that is a trade secret, is commercial or financial and confidential or privileged, or is copyrighted computer software, including minor modifications of the computer software.

*Restricted rights,* as used in this clause, means the rights of the Government in restricted computer software, as set forth in a Restricted Rights Notice of paragraph (g) if included in this clause, or as otherwise may be provided in a collateral agreement incorporated in and made part of this contract, including minor modifications of such computer software.

*Technical data,* means recorded information (regardless of the form or method of the recording) of a scientific or technical nature (including computer databases and computer software documentation). This term does not include computer software or financial, administrative, cost or pricing, or management data or other information incidental to contract administration. The term includes recorded information of a scientific or technical nature that is included in computer databases. (See 41 U.S.C. 116).

*Unlimited rights* means the rights of the Government to use, disclose, reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

(b) *Allocation of rights.* (1) Except as provided in paragraph (c) of this clause, the Government shall have unlimited rights in-

      (i) Data first produced in the performance of this contract;

      (ii) Form, fit, and function data delivered under this contract;

      (iii) Data delivered under this contract (except for restricted computer software) that constitute manuals or instructional and training material for installation, operation, or routine maintenance and repair of items, components, or processes delivered or furnished for use under this contract; and

      (iv) All other data delivered under this contract unless provided otherwise for limited rights data or restricted computer software in accordance with paragraph (g) of this clause.

(2) The Contractor shall have the right to-

      (i) Assert copyright in data first produced in the performance of this contract to the extent provided in paragraph (c)(1) of this clause;

      (ii) Use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, unless provided otherwise in paragraph (d) of this clause;

      (iii) Substantiate the use of, add, or correct limited rights, restricted rights, or copyright notices and to take other appropriate action, in accordance with paragraphs (e) and (f) of this clause; and

ANT_AR-0847

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

(iv) Protect from unauthorized disclosure and use those data that are limited rights data or restricted computer software to the extent provided in paragraph (g) of this clause.

(c) *Copyright*- (1) Data first produced in the performance of this contract. (i) Unless provided otherwise in paragraph (d) of this clause, the Contractor may, without prior approval of the Contracting Officer, assert copyright in scientific and technical articles based on or containing data first produced in the performance of this contract and published in academic, technical or professional journals, symposia proceedings, or similar works. The prior, express written permission of the Contracting Officer is required to assert copyright in all other data first produced in the performance of this contract.

(ii) When authorized to assert copyright to the data, the Contractor shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of Government sponsorship (including contract number).

(iii) For data other than computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted data to reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly by or on behalf of the Government. For computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted computer software to reproduce, prepare derivative works, and perform publicly and display publicly (but not to distribute copies to the public) by or on behalf of the Government.

(2) Data not first produced in the performance of this contract. The Contractor shall not, without the prior written permission of the Contracting Officer, incorporate in data delivered under this contract any data not first produced in the performance of this contract unless the Contractor-

(i) Identifies the data; and

(ii) Grants to the Government, or acquires on its behalf, a license of the same scope as set forth in paragraph (c)(1) of this clause or, if such data are restricted computer software, the Government shall acquire a copyright license as set forth in paragraph (g)(4) of this clause (if included in this contract) or as otherwise provided in a collateral agreement incorporated in or made part of this contract.

(3) Removal of copyright notices. The Government will not remove any authorized copyright notices placed on data pursuant to this paragraph (c), and will include such notices on all reproductions of the data.

(d) *Release, publication, and use of data.* The Contractor shall have the right to use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, except-

ANT_AR-0848

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

75N98119D00086/1305M224F0258BASE

(1) As prohibited by Federal law or regulation (e.g., export control or national security laws or regulations);

(2) As expressly set forth in this contract; or

(3) If the Contractor receives or is given access to data necessary for the performance of this contract that contain restrictive markings, the Contractor shall treat the data in accordance with such markings unless specifically authorized otherwise in writing by the Contracting Officer.

(e) *Unauthorized marking of data.* (1) Notwithstanding any other provisions of this contract concerning inspection or acceptance, if any data delivered under this contract are marked with the notices specified in paragraph (g)(3) or (g) (4) if included in this clause, and use of the notices is not authorized by this clause, or if the data bears any other restrictive or limiting markings not authorized by this contract, the Contracting Officer may at any time either return the data to the Contractor, or cancel or ignore the markings. However, pursuant to 41 U.S.C. 4703, the following procedures shall apply prior to canceling or ignoring the markings.

(i) The Contracting Officer will make written inquiry to the Contractor affording the Contractor 60 days from receipt of the inquiry to provide written justification to substantiate the propriety of the markings;

(ii) If the Contractor fails to respond or fails to provide written justification to substantiate the propriety of the markings within the 60-day period (or a longer time approved in writing by the Contracting Officer for good cause shown), the Government shall have the right to cancel or ignore the markings at any time after said period and the data will no longer be made subject to any disclosure prohibitions.

(iii) If the Contractor provides written justification to substantiate the propriety of the markings within the period set in paragraph (e)(1)(i) of this clause, the Contracting Officer will consider such written justification and determine whether or not the markings are to be cancelled or ignored. If the Contracting Officer determines that the markings are authorized, the Contractor will be so notified in writing. If the Contracting Officer determines, with concurrence of the head of the contracting activity, that the markings are not authorized, the Contracting Officer will furnish the Contractor a written determination, which determination will become the final agency decision regarding the appropriateness of the markings unless the Contractor files suit in a court of competent jurisdiction within 90 days of receipt of the Contracting Officer's decision. The Government will continue to abide by the markings under this paragraph (e)(1)(iii) until final resolution of the matter either by the Contracting Officer's determination becoming final (in which instance the Government will thereafter have the right to cancel or ignore the markings at any time and the data will no longer be made subject to any disclosure prohibitions), or by final disposition of the matter by court decision if suit is filed.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

(2) The time limits in the procedures set forth in paragraph (e)(1) of this clause may be modified in accordance with agency regulations implementing the Freedom of Information Act (5 U.S.C. 552) if necessary to respond to a request thereunder.

(3) Except to the extent the Government's action occurs as the result of final disposition of the matter by a court of competent jurisdiction, the Contractor is not precluded by paragraph (e) of the clause from bringing a claim, in accordance with the Disputes clause of this contract, that may arise as the result of the Government removing or ignoring authorized markings on data delivered under this contract.

(f) *Omitted or incorrect markings.* (1) Data delivered to the Government without any restrictive markings shall be deemed to have been furnished with unlimited rights. The Government is not liable for the disclosure, use, or reproduction of such data.

(2) If the unmarked data has not been disclosed without restriction outside the Government, the Contractor may request, within 6 months (or a longer time approved by the Contracting Officer in writing for good cause shown) after delivery of the data, permission to have authorized notices placed on the data at the Contractor's expense. The Contracting Officer may agree to do so if the Contractor-

(i) Identifies the data to which the omitted notice is to be applied;

(ii) Demonstrates that the omission of the notice was inadvertent;

(iii) Establishes that the proposed notice is authorized; and

(iv) Acknowledges that the Government has no liability for the disclosure, use, or reproduction of any data made prior to the addition of the notice or resulting from the omission of the notice.

(3) If data has been marked with an incorrect notice, the Contracting Officer may-

(i) Permit correction of the notice at the Contractor's expense if the Contractor identifies the data and demonstrates that the correct notice is authorized; or

(ii) Correct any incorrect notices.

(g) *Protection of limited rights data and restricted computer software.* (1) The Contractor may withhold from delivery qualifying limited rights data or restricted computer software that are not data identified in paragraphs (b)(1)(i), (ii), and (iii) of this clause. As a condition to this withholding, the Contractor shall-

(i) Identify the data being withheld; and

(ii) Furnish form, fit, and function data instead.

(2) Limited rights data that are formatted as a computer database for delivery to the Government shall be treated as limited rights data and not restricted computer software.

ANT_AR-0850

75N98119D00086/1305M224F0258BASE

(3) (Reserved)

(h) *Subcontracting.* The Contractor shall obtain from its subcontractors all data and rights therein necessary to fulfill the Contractor's obligations to the Government under this contract. If a subcontractor refuses to accept terms affording the Government those rights, the Contractor shall promptly notify the Contracting Officer of the refusal and shall not proceed with the subcontract award without authorization in writing from the Contracting Officer.

(i) *Relationship to patents or other rights.* Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government.

(End of clause)

**CAR 1352.216-77 Ceiling price. (APR 2010)**

The ceiling price of this contract is ▮Redacted▮ for CLIN 1001 and CLIN 1003. The contractor shall not make expenditures nor incur obligations in the performance of this contract which exceed the ceiling price specified herein, except at the contractor's own risk.

(End of clause)

**CAR 1352.228-70 Insurance coverage. (APR 2010)**

(a) Workers Compensation and Employer's Liability. The contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 shall be required, except in states with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.

(b) General liability. (1) The contractor shall have bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

(2) When special circumstances apply in accordance with FAR 28.307-2(b), Property Damage Liability Insurance shall be required in the amount of $0.00.

(c) Automobile liability. The contractor shall have automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

(d) Aircraft public and passenger liability. When aircraft are used in connection with performing the contract, the contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

passenger liability, and $200,000 per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

(e) Vessel liability. When contract performance involves use of vessels, the Contractor shall provide, vessel collision liability and protection and indemnity liability insurance as determined by the Government.

(End of clause)

**CAR 1352.237-70 Security processing requirements-high or moderate risk contracts. (APR 2010)**

(a) Investigative Requirements for High and Moderate Risk Contracts. All contractor (and subcontractor) personnel proposed to be employed under a High or Moderate Risk contract shall undergo security processing by the Department's Office of Security before being eligible to work on the premises of any Department of Commerce owned, leased, or controlled facility in the United States or overseas, or to obtain access to a Department of Commerce IT system. All Department of Commerce security processing pertinent to this contract will be conducted at no cost to the contractor. The level of contract risk will determine the type and scope of such processing, as noted below.

(1) Investigative requirements for Non-IT Service Contracts are:

(i) High Risk-Background Investigation (BI).

(ii) Moderate Risk-Moderate Background Investigation (MBI).

(2) Investigative requirements for IT Service Contracts are:

(i) High Risk IT-Background Investigation (BI).

(ii) Moderate Risk IT-Background Investigation (BI).

(b) In addition to the investigations noted above, non-U.S. citizens must have a pre-appointment check that includes an Immigration and Customs Enforcement agency check.

(c) Additional Requirements for Foreign Nationals (Non-U.S. Citizens). To be employed under this contract within the United States, non-U.S. citizens must have:

(1) Official legal status in the United States;

(2) Continuously resided in the United States for the last two years; and

(3) Obtained advance approval from the servicing Security Officer of the contracting operating unit in consultation with the DOC Office of Security (OSY) headquarters. (OSY routinely consults with appropriate agencies regarding the use of non-U.S. citizens on contracts and can provide up-to-date information concerning this matter.)

(d) Security Processing Requirement. Processing requirements for High and Moderate Risk Contracts are as follows:

ANT_AR-0852

75N98119D00086/1305M224F0258BASE

(1) The contractor must complete and submit the following forms to the Contracting Officer's Representative (COR):

(i) Standard Form 85P (SF-85P), Questionnaire for Public Trust Positions;

(ii) FD-258, Fingerprint Chart with OPM's designation in the ORI Block; and

(iii) Credit Release Authorization.

(2) The Sponsor will ensure that these forms have been properly completed, initiate the CD-254, Contract Security Classification Specification, and forward the documents to the cognizant Security Officer.

(3) Upon completion of security processing, the Office of Security, through the servicing Security Officer and the Sponsor, will notify the contractor in writing of an individual's eligibility to be provided access to a Department of Commerce facility or Department of Commerce IT system.

(4) Security processing shall consist of limited personal background inquiries pertaining to verification of name, physical description, marital status, present and former residences, education, employment history, criminal record, personal references, medical fitness, fingerprint classification, and other pertinent information. For non-U.S. citizens, the Sponsor must request an Immigration and Customs Enforcement agency check. It is the option of the Office of Security to repeat the security processing on any contract employee at its discretion.

(e) Notification of Disqualifying Information. If the Office of Security receives disqualifying information on a contract employee, the COR will be notified. The Sponsor, in coordination with the Contracting Officer, will immediately remove the contract employee from duties requiring access to Departmental facilities or IT systems. Contract employees may be barred from working on the premises of a facility for any of the following:

(1) Conviction of a felony crime of violence or of a misdemeanor involving moral turpitude;

(2) Falsification of information entered on security screening forms or on other documents submitted to the Department;

(3) Improper conduct once performing on the contract, including criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct or other conduct prejudicial to the Government, regardless of whether the conduct was directly related to the contract;

(4) Any behavior judged to pose a potential threat to Departmental information systems, personnel, property, or other assets.

(f) Failure to comply with security processing requirements may result in termination of the contract or removal of contract employees from Department of Commerce facilities or denial of access to IT systems.

ANT_AR-0853

75N98119D00086/1305M224F0258BASE

(g) Access to National Security Information. Compliance with these requirements shall not be construed as providing a contract employee clearance to have access to national security information.

(h) The contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

**CAR 1352.237-74 Progress reports. (APR 2010)**

The contractor shall submit, to the Government, a progress report every [insert time period] month(s) after the effective date of the contract, and every [insert time period] thereafter during the period of performance. The contractor shall deliver progress reports that summarize the work completed during the performance period, the work forecast for the following period, and state the names, titles and number of hours expended for each of the contractor's professional personnel assigned to the contract, including officials of the contractor. The report shall also include any additional information-including findings and recommendations-that may assist the Government in evaluating progress under this contract. The first report shall include a detailed work outline of the project and the contractor's planned phasing of work by reporting period.

(End of clause)

**CAR 1352.237-75 Key personnel. (APR 2010)**

(a) The contractor shall assign to this contract the following key personnel:

Redacted **(PROGRAM MANAGER)**

(b) The contractor shall obtain the consent of the Contracting Officer prior to making key personnel substitutions. Replacements for key personnel must possess qualifications equal to or exceeding the qualifications of the personnel being replaced, unless an exception is approved by the Contracting Officer.

(c) Requests for changes in key personnel shall be submitted to the Contracting Officer at least 15 working days prior to making any permanent substitutions. The request should contain a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. The Contracting Officer will notify the contractor within 10 working days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes.

(End of clause)

**CAR 1352.239-72 Security requirements for information technology resources. (APR 2010)**

(a) *Applicability*. This clause is applicable to all contracts that require contractor electronic access to Department of Commerce sensitive non-national security or national security

75N98119D00086/1305M224F0258BASE

information contained in systems, or administrative control of systems by a contractor that process or store information that directly supports the mission of the Agency.

(b) *Definitions*. For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (Pub. L. 100-235), including the following definition of the term:

> (1) Sensitive information is " * * * any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

> (2) For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

>> (i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

>> (ii) The DOC Security Manual, Chapter 18.

>> (iii) Executive Order 12958, as amended, Classified National Security Information. Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

> (3) Information technology resources include, but are not limited to, hardware, application software, system software, and information (data). Information technology services include, but are not limited to, the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) The contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the contractor.

(d) All contractor personnel performing under this contract and contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (*see* DOC, Office of the Chief Information Officer Web site), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

(e) Contractor personnel requiring a user account for access to systems operated by the contractor for DOC or interconnected to a DOC network to perform contract services shall be

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

(f) Within 5 days after contract award, the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy*, chapter 15, section 15.3. The COR will inform the contractor of any other available DOC training resources. Annually thereafter the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

(g) Within 5 days of contract award, the contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures*.

(h) The contractor shall afford DOC, including the Office of Inspector General, access to the contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

(i) For all contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the contractor shall provide, implement, and maintain a System Accreditation Package in accordance with the *DOC IT Security Program Policy*. Specifically, the contractor shall:

(1) Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy* and [Insert agency or operating unit counsel specific guidance, if applicable]. The Certification Work Plan, approved by the COR, in consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the contractor of the system that will process DOC data or connect to DOC networks. Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

(2) Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Package portions of the System Accreditation Package for approval and system accreditation by an appointed DOC official.

(3) Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-F4DB7D808FA0

documented in the Security Accreditation Package, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

(j) The contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

### NOAA Acquisition Manual 1330-52.203-71 NOTICE OF POST-GOVERNMENT EMPLOYMENT RESTRICTIONS (OCT 2015)

By submission of an offer in response to a NOAA solicitation or acceptance of a contract, the contractor acknowledges the restriction on current NOAA employees regarding contact with offerors regarding prospective employment and the corresponding obligations for contractors who engage them. The contractor further acknowledges that it has provided notice to former NOAA employees who will provide service to NOAA under the contract of post-Government employment restrictions that apply to them. Such restrictions include, but are not limited to, those set forth in:

(a) 41 U.S.C. § 2103 regarding contacts between a Federal employee working on a procurement and an offeror about prospective employment;

(b) 18 U.S.C. § 207 regarding the restrictions on former Federal employees having contact with a Federal agency on behalf of another person or entity concerning a specific party matter with which the former employee was involved as a Federal employee or for which the former Federal employee had official responsibility;

(c) 18 U.S.C. § 207 regarding the restrictions on former senior employees and senior political employees from having contact with his former Federal agency on behalf of another person or entity concerning any official matter; and

(d) 41 U.S.C. § 2104 regarding the restrictions on a former Federal employee involved in an acquisition over $10,000,000 from accepting compensation from a contractor.

(End of solicitation and contract language)

### NOAA Acquisition Manual 1330-52.208-70 SUBCONTRACTING WITH ABILITYONE NONPROFIT ORGANIZATIONS (DECEMBER 2022)

NOAA recognizes and appreciates the value and talent that people with disabilities bring to our workplaces. The Committee for Purchase From People Who Are Blind or Severely Disabled (AbilityOne Program) is one of the United States' largest sources of employment for people who are blind or have significant disabilities, employing more than 40,000 individuals, including approximately 2,500 veterans. Approximately 450 nonprofit organizations employ these individuals who provide quality products and services to the Federal Government totaling nearly $4 billion each year. Contracting with AbilityOne nonprofit organizations provides veterans and individuals who are blind or have significant disabilities more opportunities to work, lead independent lives, serve in their communities, and contribute to the strength of our Nation's economy.

ANT_AR-0857

This contract action is identified as including opportunities for subcontracting. The statutory obligation for Government agencies to satisfy their requirements for supplies or services available from the AbilityOne Program also applies when contractors purchase the supplies or services for Government use. For this contract action (contracting officer select one):

[] A subcontracting plan is required. The contractor shall include AbilityOne as a separate goal on the subcontracting plan. This line must be reported in the Electronic Subcontracting Reporting System (eSRS) under Large Business. AbilityOne will give Other Than Small Business credit on subcontracting plans.

[] A subcontracting plan is not required. The contractor should consider subcontracting with AbilityOne nonprofit organizations to the maximum extent practicable and allowable consistent with other statutory and regulatory requirements applicable to the acquisition.

To engage with an AbilityOne Contractor (Non-Profit Agency) for subcontracting opportunities, the prime contractor should include the following information in an email to primecontractor@abilityone.org:

a) Solicitation number

b) Copy of the performance work statement or scope of work

c) Identification of work that will be set aside for AbilityOne

d) Estimated annual value of work for AbilityOne

e) Prime contractor point of contact email address, phone number, name, and title

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.215-70 SCHEDULE OF DELIVERABLES (SEPT 2005)**

The following is a schedule of all deliverables, including administrative deliverables, required during the period of performance of this contract:

| Item | Description | QTY | Due Date | Medium/Format | Deliver To | Reference |
|---|---|---|---|---|---|---|
| 1 | Post Award Conference / Kickoff Meeting | 1 | In coordination with the CO/COR | Teleconference | COR/CO | Performance Work Statement (PWS) Section 7.1 and CAR 1352.242.70 |

75N98119D00086/1305M224F0258BASE

| | | | | | |
|---|---|---|---|---|---|
| 2 | IT Security Orientation Training Certification | 1 | Within 3 days of issuance of NOAA IT equipment | Electronic via email – MS Word, PDF or Google doc | COR and CS | CAR 1352.239-72 |
| 3 | Signed Acknowledgement of Restrictions Against Disclosures | 1 | Within 5 days after award | Electronic via email – MS Word, PDF or Google doc | COR, CO, and CS | CAR 1352.209-72 and 1352.239-72(g) |
| 4 | Insurance Coverage Certificate | 1 | 30 days after award | Electronic via email – MS Word, PDF or Google doc | COR and CS | CAR 1352.228-70 |
| 5 | Notice of Organizational Conflict of Interest | As Required | As required under CAR 1352.209-74 | Electronic via email – MS Word, PDF or Google doc | COR, CS, and CS | CAR 1352.209-74 |
| 6 | Sexual assault and sexual harassment prevention and response training | 1 | Within 30 business days of contract award, with coordination from the Project Manager | Electronic via email – MS Word, PDF or Google doc | COR/CO | NAM 1330-52.222-70 |
| 7 | Progress Reports | 1 | By the 15th of every month | Electronic via email – MS Word, PDF or Google doc | COR/CO | CAR 1352.237-74 |

ANT_AR-0859

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808FA0

75N98119D00086/1305M224F0258BASE

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 8 | Annual Sexual assault and sexual harassment prevention and response training | 1 | No later than March 1st of each calendar year of contract performance. | Electronic via email – MS Word, PDF or Google doc | COR/CO | NAM 1330-52.222-70 |
| 9 | Annual IT Security Orientation Training Certification | 1 | Annually | Electronic via email – MS Word, PDF or Google doc | COR and CS | CAR 1352.239-72 |

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.222-70 NOAA SEXUAL ASSAULT AND SEXUAL HARASSMENT PREVENTION AND RESPONSE POLICY (MAY 2018)**

In accordance with NOAA Administrative Order (NAO) 202-1106, NOAA Sexual Assault and Sexual Harassment Prevention and Response Policy, it is the policy of NOAA to maintain a work environment free from sexual assault and sexual harassment. NOAA prohibits sexual assault and sexual harassment by or of any employee, supervisor, manager, contractor, vendor, affiliate, or other individual with whom NOAA employees come into contact by the virtue of their work for NOAA.

(a) Definitions.

Contractor Employees - The term "contractor employees," as used in this solicitation and contract language, refers to employees of the prime contractor or its subcontractors, affiliates, consultants, or team members.

Sexual Assault - The term sexual assault, as used in this solicitation and contract language, means any conduct proscribed by state or federal sexual abuse laws, including, but not limited to, those defined in chapter 109A of title 18 of the U.S. Code (sexual abuse), and assaults committed both by offenders who are strangers to the victim and by offenders who are known or related by blood or marriage to the victim.

Sexual Harassment - As defined by the Equal Employment Opportunity Commission, sexual harassment is a form of sex discrimination that violates Title VII of the Civil Rights Act of 1964. It includes unwelcome sexual advances, requests for sexual favors, and other verbal, non-verbal, or physical conduct of a sexual nature when any of the following are true:

● Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;

ANT_AR-0860

● Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual;

● The conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive working environment.

The main characteristics of sexual harassment are that the harasser's conduct is targeted against the recipient's sex, gender identity, or sexual orientation, and is unwelcome to the recipient. It may include, but is not limited to: offensive jokes, slurs, epithets or name calling, undue attention, physical assaults or threats, unwelcome touching or contact, intimidation, ridicule or mockery, insults or put-downs, constant or unwelcome questions about an individual's identity, and offensive objects or pictures.

(b) Requirements.

1. It is the responsibility of the contractor to ensure that contractor employees maintain the highest degree of conduct and standards in performance of the contract. In support of this, NOAA urges its contractors to develop and enforce comprehensive company policy addressing sexual assault and sexual harassment.

2. The contractor shall include wording substantially the same as this solicitation and contract language in every subcontract so that it is binding upon each subcontractor.

3. If a contractor employee observes or is the object of sexual assault or sexual harassment, he or she is highly encouraged to report the matter, as soon as possible, to their immediate supervisor, the COR, subset of the COR (e.g. Task Manager or Assistant COR), or contracting officer (CO) if a COR is not assigned to the contract. The contract employee may also contact the NOAA Civil Rights Office to obtain guidance on reporting instances of sexual assault or sexual harassment. If deemed necessary, the contractor employee may also report such instances to local law enforcement. In the case where the incident occurs while performing at a remote location, such as at sea or in the field (at a field camp or other isolated location) where the above referenced individuals are unavailable, the contractor employee should follow the reporting procedure set forth in NAO 202-1106, Section 6.07, Reporting from Remote Locations.

4. Swift reporting allows NOAA and the contractor to take the appropriate measures to ensure that offensive behavior stops and the complainants' needs are addressed.

5. The COR (if assigned), CO, and contractor, where applicable, will work together to ensure appropriate action is taken in accordance with applicable laws and regulations, contract terms and conditions, and the contractor's written policy (where applicable).

6. The contractor shall provide all contractor employees assigned to perform under this contract with mandatory sexual assault and sexual harassment prevention and response training in compliance with the requirements of NAO 202-1106, Section 5, Prevention Training and Awareness, as part of their initial in-processing and on an annual basis thereafter. The initial training shall be completed within business days [] of contract award or the date a contractor employee is assigned to perform under the contract, as applicable.

Evidence of initial training by name and date completed for each contractor employee, shall be submitted to the COR or contracting officer (if no COR assigned) within 10 business days of completion.

Evidence of annual training by name and date completed for each contractor employee shall be submitted to the COR or contracting officer (if no COR assigned) no later than March 1st of each calendar year of contract performance.

7. The mandatory sexual assault and sexual harassment training provided by the contractor shall include the required elements set forth by NOAA's Workplace Violence Program Manager. A link to the website including the required elements of the training is provided at https://www.noaa.gov/organization/acquisition-grants/noaa-workplace-harassment-training-for-contractors-and-financial. The website will also provide training materials and resources to assist the contractor in conducting the training. The contractor may provide training that solely addresses the NOAA required elements or may supplement existing company sexual assault and sexual harassment training in a manner that ensures all of the elements are adequately addressed.

8. The required elements of the training and resources available to the contractor for the training may be updated by NOAA periodically. The contractor is responsible for monitoring the website and incorporating any changes to the NOAA required elements into the contractor provided training.

9. NOAA's Workplace Violence Program Manager, COR, or CO may periodically review the contractor's training outline to ensure all required elements are included and, if necessary, any appropriate adjustments are made to the training by the contractor.

10. Contractor employees performing on assignments in a remote location, such as at a field camp or other isolated locations, are subject to receiving the same briefing on the parameters of the order provided to NOAA employees as set forth in Section 6 of NAO 202-1106.

11. The contractor shall provide a copy of this solicitation and contract language and NAO 202-1106 to contractor employees.

(c) Sexual Assault/Sexual Harassment (SASH) Helpline.

For NOAA employees, affiliates, and contractors who have experienced sexual assault or sexual harassment, NOAA has established the NOAA Sexual Assault/Sexual Harassment (SASH) helpline. This helpline is designed to provide crisis intervention, referrals, and emotional support to those who are victims and/or survivors of sexual harassment or sexual assault within the workplace. Contractor employees may use the helpline to receive live, confidential, one-on-one support in an occurrence of sexual harassment or assault by a Federal Government employee.

All services are anonymous, secure, and available worldwide, 24 hours a day, seven days a week. The NOAA SASH helpline is accessible through a variety of channels, including:

● Phone: 1-866-288-6558

● Website & Online Chat: https://www.noaasashhelpline.org/

● Mobile App: NOAA SASH Helpline (available via iOS and Android App Stores)

● Text: (202) 335-0265

(d) Confidentiality.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-F4DB7D808FA0

75N98119D00086/1305M224F0258BASE

Any party receiving information from the filing of a complaint alleging sexual assault or sexual harassment, or while performing an investigation into such a complaint, shall keep the information confidential. "Confidentiality" means that the information shall only be shared with others who have a need to know the information to conduct their official duties.

(e) Remedies.

In addition to other remedies available to the Government, contractor employee violations of Federal requirements (e.g., law, statutes, executive orders, code, rules, regulations) applicable to sexual assault and sexual harassment and/or failure to complete the mandatory training set forth in this solicitation and contract language, may result in:

1. Requiring the contractor to remove a contractor employee or employees from the performance of the contract;

2. Requiring the contractor to terminate a subcontract;

3. Suspension of contract payments until the Contractor has taken appropriate remedial action;

4. Termination of the contract for default or cause, in accordance with the termination clause of this contract;

5. Suspension or debarment; or

6. Other appropriate action.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-70 NOAA LIMITATION OF FUNDS ON TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (MAY 2015)**

It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price of **Redacted**. Funds in the amount of **Redacted** are hereby allotted. The balance of this contract's estimated ceiling will be allotted upon availability of funds through a unilateral modification(s).

(a) The parties estimate that performance of this contract will not cost the Government more than the ceiling amount specified in the contract. The contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within the ceiling amount.

(b) The Schedule specifies the amount of funds presently available for payment by the Government and allotted to this contract as well as the items covered. The parties contemplate that the Government will allot additional funds incrementally to the contract up to the full estimated cost to the Government specified in the Schedule, provided that funds become available. The contractor agrees to perform work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

75N98119D00086/1305M224F0258BASE

(c) The contractor shall notify the contracting officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed 85% of the total funded amount so far allotted to the contract by the Government. The notice shall state the additional funds required to continue performance for the period specified in the Schedule.

(d) Except as required by other provisions of this contract, specifically citing and stated to be an exception to this solicitation and contract language –

1. The Government is not obligated to reimburse the contractor for costs incurred in excess of the total amount allotted by the Government to this contract; and

2. The contractor is not obligated to continue performance under this contract or otherwise incur costs in excess of the amount then allotted to the contract by the Government until the contracting officer notifies the contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

(e) Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(f) Nothing in this language shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-71 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (FEB 2023)**

The Contractor must submit payment requests electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP). The Contractor must use the IPP website to register, access, and submit payment requests. The IPP website address is https://www.ipp.gov.

"Payment request" means any request for contract financing payment or invoice payment to the Contractor. To be considered proper, invoices must be prepared in accordance with, and contain all elements specified in, the contract payment clause (e.g., FAR 52.212-4(g), FAR 52.232-25(a)(3), FAR 52.232-26(a)(2), FAR 52.232-27(a)(2)).

The Contractor must include the following documents as attachments to payment requests submitted through the IPP: [].

If the Contractor is unable to comply with the requirement to submit payment requests through the IPP due to a threat to national security; a matter of unusual or compelling urgency; or because the political, financial, or communications infrastructure of a foreign country does not support access to the IPP, the Contractor must request an exception in writing. Contact the Contracting Officer for more information about requesting an exception.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-70 CONTRACTOR COMMUNICATIONS**

(a) A contractor employee shall be identified both by the individual's name and the contractor's name when:

● Included in NOAA's locator, and

● When submitting any type of electronic correspondence to any NOAA employee or stakeholder.

(b) Any written correspondence from a contractor or any contractor employee shall be printed on company/organization letterhead or otherwise clearly identify the sender as an employee of the company or organization and shall identify the contract number.

(c) Contractors and/or contractor employees shall clearly identify themselves as such in any verbal communications, whether in informal discussion or a formal meeting.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-71 NOAA GOVERNMENT-CONTRACTOR RELATIONS - NON-PERSONAL SERVICES CONTRACT (SEPT 2017)**

(a) The Government and the contractor understand and agree that the services to be delivered under this contract by the contractor to the Government are non-personal services as defined in FAR Part 37, Service Contracting, and the parties recognize and agree that no employer-employee relationship exists or will exist under the contract between the Government and the contractor's personnel. It is, therefore, in the best interest of the Government to afford both parties an understanding of their respective obligations.

(b) Contractor personnel under this contract shall not:

1. Be placed in a position where they are under relatively continuous supervision and control of a Government employee.

2. Be placed in a position of command, supervision, administration, or control over Government personnel or over personnel of other contractors performing under other NOAA contracts.

(c) The services to be performed under this contract do not require the contractor or the contractor's personnel to exercise personal judgment and discretion on behalf of the Government. Rather, the contractor's personnel will act and exercise personal judgment and discretion on behalf of the contractor.

(d) Rules, regulations, directives, and requirements that are issued by the Department of Commerce and NOAA under its responsibility for good order, administration, and security are applicable to all personnel who enter the Government installation and facilities, who are provided access to Government systems, or who travel on Government transportation. This is not to be construed or interpreted to establish any degree of Government control that is inconsistent with a non-personal services contract.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

75N98119D00086/1305M224F0258BASE

(e) Both parties are responsible for monitoring contract activities for indications of improper employee-employer relationships during performance. In the event a situation or occurrence takes place inconsistent with this contract language, the following applies:

1. The contractor shall notify the contracting officer in writing within 5 business days from the date of any situation or occurrence where the contractor considers specific contract activity to be inconsistent with the intent of this contract language. The notice must include the date, nature and circumstance of the situation or occurrence, the name, function and activity of each Government employee or contractor employee involved or knowledgeable about the situation or occurrence, provide any documents or the substance of any oral communications related to the activity, and an estimated date by which the Government is recommended to respond to the notice in order to minimize cost, delay, or disruption of performance.

2. The contracting officer will review the information provided by the contractor, obtain additional information (if needed), and respond in writing as soon as practicable after receipt of the notification from the contractor. The contracting officer's response will provide a decision on whether the contracting officer determines the situation or occurrence to be inconsistent with the intent of this contract language and, if deemed necessary, will specify any corrective action(s) to be taken in order to resolve the issue.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-72 CONTRACTOR ACCESS TO NOAA FACILITIES (SEPT 2017)**

(a)

1. The performance of this contract requires employees of the prime contractor or its subcontractors, affiliates, consultants, or team members ("contractor employees") to have access to and to the extent authorized, mobility within, a NOAA facility.

2. NOAA may close and or otherwise deny contractor employees access to a NOAA facility for a portion of a business day or longer for various reasons including, but not limited, to the following events:

i. Federal public holidays for Federal employees in accordance with 5 U.S.C. 6103;

ii. Fires, floods, earthquakes, and unusually severe weather, including but not limited to snow storms, tornadoes, and hurricanes;

iii. Occupational safety or health hazards;

iv. Lapse in Appropriations; or

v. Federal Statute, Executive Order, Presidential Proclamation, or any other unforeseen reason.

3. In such events, the contractor employees may be denied access to a NOAA facility that is ordinarily available for the contractor to perform work or make delivery, as required by the contract.

(b) In all instances where contractors are denied access or required to vacate a NOAA facility, in part or in whole, the contractor shall be responsible to ensure contractor personnel working under the contract

ANT_AR-0866

comply. If the circumstances permit, the contracting officer will provide direction to the contractor, either directly or through the COR, which could include continuing on-site performance during the NOAA facility closure period; however, if Government oversight is required and is not available, on-site performance shall not be allowed. In the absence of such direction, the contractor shall exercise sound judgment to minimize unnecessary contract costs and performance impacts, for example, performing required work off- site if possible or reassigning personnel to other activities if appropriate.

(c) The contractor shall be responsible for monitoring the Office of Personnel Management at opm.gov, the local radio, television stations, NOAA web sites, and other communication channels. Once the facility is accessible, the contractor shall resume contract performance as required by the contract.

(d) For the period that NOAA facilities were not accessible to contractors who required access in order to perform the services, the contracting officer may—

1. Adjust the contract performance or delivery schedule for a period equivalent to the period the NOAA facility was not accessible;

2. Forego the work; or

3. Reschedule the work by mutual agreement of the parties.

(e) Notification procedures of a NOAA facility closure, including contractor denial of access, are as follows:

1. The contractor shall be responsible for notification of its employees of the NOAA facility closure to include denial of access to the NOAA facility. The dismissal of NOAA employees in accordance with statute and regulations providing for such dismissals shall not, in itself, equate to a NOAA facility closure in which contractors are denied access. Moreover, the leave status of NOAA employees shall not be conveyed or imputed to contractor personnel. Accordingly, unless a NOAA facility is closed and the contractor is denied access to the facility, the contractor shall continue performance in accordance with the contract.

2. Access to Government facilities and resources, including equipment and systems, will be limited and personnel necessary to administer contract performance may not be available. Generally, supply and service contracts that are funded beyond the date of the lapse in appropriation and do not require access to Government facilities, active administration by Government personnel or the use of Government resources in a manner that would cause the Government to incur additional obligations during the lapse in appropriation may continue. If a delivery date for a contract falls during the period of a lapse in appropriations, Government personnel may not be available to receive delivery. Contractors are directed to consult with a contracting officer before attempting to make a delivery. Contracting officers will be available throughout the lapse in appropriation period to provide guidance.

Once OMB guidance is given, CORs, in consultation with the contracting officer, will notify those contractors that are deemed by the Program Office to be performing excepted work and identify the contractor personnel requiring access to NOAA facilities. CORs will also coordinate directly with facility management or physical security personnel at respective locations to ensure that the names of contractor personnel requiring access to Government facilities during the lapse in appropriations are provided to physical security personnel.

Docusign Envelope ID: 31B2B058-0EBF-4371-B620-E4DB7D808EA0

75N98119D00086/1305M224F0258BASE

Contractors who are not designated as performing excepted work are not allowed access to Government facilities or to utilize Government resources in a manner that would incur any additional obligation of funding on behalf of the Government during the lapse in appropriation.

3. Unless otherwise specified within the contract award, contractors requiring access to NOAA facilities outside normal business hours or outside the normal workweek shall submit a written request in writing through the COR to the contracting officer. The written request shall provide justification supporting the required access and be submitted [] hours/days (contracting officer insert number of days. If blank, 72 hours applies) before access to the NOAA facility is needed.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.243-70 REQUESTS FOR EQUITABLE ADJUSTMENT (OCT 2017)**

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the contractor believes the Government is liable. The request shall include only costs for performing the change. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) Any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

_____

(Official's Name)

_____

(Title)

(c) The certification in paragraph (b) of this solicitation and contract language requires full disclosure of all relevant facts, including:

1. Certified cost or pricing data, if required, in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

2. Data other than certified cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if certified cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this solicitation and contract language does not apply to:

1. Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

75N98119D00086/1305M224F0258BASE

2. Final adjustments under an incentive provision of the contract.

(End of solicitation and contract language)

75N98119D00086/1305M224F0258BASE

## Section X - List of Attachments

| Attachment Number | Title |
|---|---|
| 1 | MDL Performance Work Statement |

ANT_AR-0870

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES

| NOTE:  OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30. | 1. REQUISITION NUMBER | | PAGE 1 OF  40 |
|---|---|---|---|

| 2. CONTRACT NUMBER 1305M226A0004 | 3.AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER 1305M226Q0012 | 6. SOLICITATION ISSUE DATE 11/20/2025 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Redacted | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/ LOCAL TIME ET |
|---|---|---|---|

**9. ISSUED BY**   CODE   EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

**10. THIS ACQUISITION IS**   [X] UNRESTRICTED OR   [ ] SET ASIDE:   % FOR:

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS (SDVOSB)
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB)
[ ] ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
[ ] 8(A)

NORTH AMERICAN INDUSTRY CLASSIFICATION STANDARD (NAICS):
541511
SIZE STANDARD: Redacted

| 11. DELIVERY FOR FREE ON BOARD (FOB) DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | 13a. THIS CONTRACT IS A RATED ORDER UNDER THE DEFENSE PRIORITIES AND ALLOCATIONS SYSTEM - DPAS (15 CFR 700) [ ] | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ] REQUEST FOR QUOTE (RFQ) [ ] INVITATION FOR BID (IFB) [ ] REQUEST FOR PROPOSAL (RFP) |

**15. DELIVER TO**   CODE

As Indicated On Each Call

**16. ADMINISTERED BY**   CODE   EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

**17a. CONTRACTOR/ OFFEROR**   CODE C47BNA8GM833   FACILITY CODE

Accenture Federal Services LLC
Attn: Redacted
800 N Glebe Rd Ste 300
Arlington VA 222032151

TELEPHONE NUMBER   5714675724

**18a. PAYMENT WILL BE MADE BY**   CODE

As Indicated On Each Call

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | GSA Contract #: GS-35F-540GA Period of Performance: 02/15/2026 to 02/14/2031 | | | | |
| | (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA As Indicated On Each Call | 26. TOTAL AWARD AMOUNT (For Government Use Only) $0.00 |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE (FEDERAL ACQUISITION REGULATION) FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA   [ ] ARE   [ ] ARE NOT ATTACHED

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA   [X] ARE   [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN  1  COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[ ] 29. AWARD OF CONTRACT: REFERENCE _____ OFFER DATED._____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| Redacted Redacted, Director of Contracts- Public Safety Portfolio | 30c. DATE SIGNED FEB 19, 2026 | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Redacted |
|---|---|---|
| | | 31b. NAME OF CONTRACTING OFFICER (Type or print) Redacted |
| | | 31c. DATE SIGNED 02/13/2026 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449 (REV. 11/2021)**
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0871

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED          ☐ INSPECTED          ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. EMAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |

STOCK RECORD (S/R)

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

42a. RECEIVED BY *(Print)*

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
|---|---|---|
| | | 42c. DATE RECEIVED *(MM/DD/YYYY)*  |  42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 11/2021) **BACK**

ANT_AR-0872

1305M226Q0012 BASE

Section 2 - Section 2 .................................................................................................................................4
Section 3 - Section 3 .................................................................................................................................6
Section 4 - Section 4 .................................................................................................................................8
Section 5 - Section 5 ...............................................................................................................................40

1305M226Q0012 BASE

## Section 2 - Section 2

**BPA GENERAL INFORMATION:**
Pursuant to GSA MAS contract number(s) **GS-35F-540GA**, and General Services Acquisition (GSA) Manual/Regulation (GSAM/R) 538.7102-2 'Placing FSS orders and establishing FSS BPAs' **Accenture Federal Services LLC**, agrees to the following terms of a BPA with NOAA.

The Application Environment contract services described in Attachment A – Baseline Performance Objectives (BPO) may be ordered under this BPA.  Call orders issued under this BPA shall be limited to the scope of the Application Environment requirements defined in Attachment A - BPO and shall be issued in accordance with the BPA ordering procedures.  All call orders placed against this BPA are subject to the terms and conditions of the Contractor's underlying GSA Multiple Award Schedule (MAS) contract, except as supplemented or otherwise modified by the BPA and applicable call order.

The Contractor is authorized to perform only those services expressly ordered through a written call order issued under this BPA and within the scope of Attachment A – BPO and the underlying GSA MAS contract.  Performance of any services not so authorized, including work performed outside the scope of an issued call order or prior to call order issuance, shall be at the Contractor's sole risk and expense.

**1.** The place of performance and required deliverables shall be specified in the individual call orders issued under this BPA.

**2.** The Government estimates, but does not guarantee, that the volume of purchases through the life cycle of this BPA may approximate ▮Redacted▮, to be shared amongst the awardees of RFQ 1787538.

If the cumulative value of all Call Orders issued under this BPA is less than the estimated amount, the Government shall not be liable for the difference between the estimated value and the cumulative value of orders actually placed.  The Contractor shall have no claim for compensation, price adjustment, or damages based on the Government's failure to place orders up to the estimated value.

This estimate is provided for planning purposes only, is not a limitation on ordering activity, and may be exceeded during the BPA ordering period.

See Attachment B– Price Schedule and Labor Categories for the **Accenture Federal Services LLC** schedule of labor categories and applicable discounts.

**3.** The Government has no minimum guarantee or maximum ordering limitation under this BPA.

**4.** This BPA does not obligate any funds.  The Government is obligated only to the extent specified in the call orders issued under this BPA.

**5.** Any warranted EAD Contracting Officer (CO) is authorized to place orders against this BPA.

**6.** Orders will be placed against this BPA via Electronic Data Interchange (EDI), e-mail, or oral communication.

**7.** The requirements of a proper invoice are as specified in the GSA MAS contract.  Invoices will be

1305M226Q0012 BASE

submitted in accordance with clause 'NAM 1330-52.232-71 Electronic Submission of Payment Requests (FEB 2023),' as specified within the Call Orders.

**8.** The terms and conditions included in the vendor's GSA MAS apply to this BPA and any resulting Call Order issued against this BPA.  The BPA's terms and conditions shall also apply to all Call Orders issued.  Any inconsistencies between the GSA FSS/MAS terms and conditions and the BPA's terms and conditions, the BPA's terms and conditions will take precedence.

**9.** It is anticipated that Call Orders will be issued as firm-fixed-price (FFP), or time-and-materials (T&M), or a combination of FFP, and T&M under the resultant BPA.

**10.** The Government will review the BPA annually to determine whether changing market conditions, availability and quality of sources of supply, and other pertinent circumstances require the modification or termination of the Agreement.  In addition, the Government reserves the right at any time throughout the performance period to convert T&M work to FFP.  As appropriate, after award, T&M contract line-item numbers (CLINs) may be converted to FFP CLINs through mutual agreement of both parties, based on the rates (and labor categories) negotiated at the time of award.

**11. Accenture Federal Services LLC** shall furnish the services provided in Attachment A- Baseline Performance Objectives and as identified at the Call Order level.

**12.**  As determined at the Call Order level, the Government may require the execution of Non-Disclosure Agreements (NDAs), Conflict of Interest (COI) Statements, or Non-Compete Agreements by Contractor personnel and/or subcontractors performing under that order.  The Contracting Officer will identify any required agreements as part of the Call Order terms and conditions.  The Contractor shall ensure all required documentation is executed and maintained prior to the commencement of performance and made available to the Government upon request.

**13.** UTILIZATION OF FEDCONNECT® FOR CONTRACT ADMINISTRATION
The Department of Commerce will utilize the FedConnect® web portal in administering this award.  The contractor must be registered in FedConnect® and have access to the FedConnect® website located at https://www.fedconnect.net/Fedconnect/.  For assistance in registering or for other FedConnect® questions please call the FedConnect® Help Desk at (800) 899-6665 or email at support@fedconnect.net.  There is no charge for registration in or use of FedConnect®.

1305M226Q0012 BASE

## Section 3 - Section 3

**BPA ORDERING PROCEDURES**
When the Government requires supplies or services within the scope of this agreement, Call Orders will be issued against the BPA in the following phases:

**1. PROCEDURES:**
The Government's objective is to keep the Call Order procedure simple and cost effective for all parties to the BPA.  The Government will issue Call Orders using the following procedures:

1.1. The Government will issue a Call Order Request for Quote (CORFQ).
1.2. A written price quote will be required for all Call Orders. The quote shall include detailed price information to accomplish the requirement.
1.3. Each CORFQ will include the following: (1) a requirements document, a Statement of Work (SOW) or Performance Work Statement (PWS) as applicable; (2) the timeframe for submission of the quote; (3) a price schedule, (4) any other relevant instructions to the contractor.
1.4. Upon receipt of a CORFQ, the contractor shall submit a quote to the CO that must include the price, and any other information requested. The quote must be submitted by the time specified in the request.
1.5. Each Call Order will include the following information:
    1.5.1.   Date of order;
    1.5.2.   Contract number and order number;
    1.5.3.   Item number and description, quantity, and unit price or estimated cost or fee;
    1.5.4.   Delivery or performance date;
    1.5.5.   Place of delivery or performance (including consignee);
    1.5.6.   Packaging, packing, and shipping instructions, if any;
    1.5.7.   Accounting and appropriation data;
    1.5.8.   Method of payment and payment office, if not specified in the contract;
    1.5.9.   Any other pertinent information.

**2. AUTHORIZING CALL ORDERS:**
The CO issues the Call Order, which reflects the agreed upon price for the required services and authorizes the contractor to commence with work efforts.  The Call Order also identifies the period of performance, location, and deliverables for the particular task.

Any Call Order issued during the BPA performance period and not completed within that time shall be completed by the Contractor within the time specified in the order.  The BPA shall govern the contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the BPA's ordering period.

All GSA contract clauses are applicable to this BPA and any Call Orders issued during the duration of the BPA. Additionally, performance under any Call Orders issued in the last year of this BPA may extend no more than one year past the BPA's ordering period.

**3. MODIFYING CALL ORDERS:**
Modifications to a Call Order will be affected by issuance of a Standard Form 30, Amendment of Solicitation/Modification of Contract, identified by the particular Call Order number being modified.

ANT_AR-0876

1305M226Q0012 BASE

**4. CLOSEOUT OF CALL ORDERS:**

All Call Orders issued under the BPA shall be closed out in accordance with FAR, Department of Commerce, and NOAA policy.  In determining/verifying the actual costs incurred, the Government will retain the right to audit the costs incurred by the contractor and the contractor will, if requested by the Government, submit all records pertaining to a particular Call Order for this purpose.  In accordance with FAR 42.1102 '*Policy*', past performance information shall be entered into the Contractor Performance Assessment Report System **(**CPARS) at least annually where applicable.

ANT_AR-0877

## Section 4 - Section 4

**CAR 1352.201-70 Contracting Officer's Authority. (MAR 2010)**

**CAR 1352.209-73 Compliance with the laws. (APR 2010)**

**CAR 1352.209-74 Organizational conflict of interest. (APR 2010)**

**CAR 1352.228-71 Deductibles under required insurance coverage-cost reimbursement. (APR 2010)**

**CAR 1352.228-72 Deductibles under required insurance coverage-fixed price. (APR 2010)**

**CAR 1352.231-71 Duplication of effort. (APR 2010)**

**CAR 1352.237-70 Security processing requirements-high or moderate risk contracts. (APR 2010)**

**CAR 1352.237-73 Foreign national visitor and guest access to departmental resources. (APR 2010)**

(a) The contractor shall comply with the provisions of Department Administrative Order 207-12, Foreign National Visitor and Guest Access Program; Bureau of Industry and Security Export Administrative Regulations Part 734, and [insert operating unit counsel specific procedures]. The contractor shall provide the Government with notice of foreign nationals requiring access to any Department of Commerce facility or through a Department of Commerce IT system.

(b) The contractor shall identify each foreign national who requires access to any Departmental resources, and shall provide all requested information in writing to the Contracting Officer's Representative.

(c) The contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

**CAR 1352.239-72 Security requirements for information technology resources. (APR 2010)**

(a) *Applicability*. This clause is applicable to all contracts that require contractor electronic access to Department of Commerce sensitive non-national security or national security information contained in systems, or administrative control of systems by a contractor that process or store information that directly supports the mission of the Agency.

(b) *Definitions*. For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (Pub. L. 100-235), including the following definition of the term:

(1) Sensitive information is " * * * any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

ANT_AR-0878

(2) For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information. Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

(3) Information technology resources include, but are not limited to, hardware, application software, system software, and information (data). Information technology services include, but are not limited to, the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) The contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the contractor.

(d) All contractor personnel performing under this contract and contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (*see* DOC, Office of the Chief Information Officer Web site), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

(e) Contractor personnel requiring a user account for access to systems operated by the contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

(f) Within 5 days after contract award, the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy*, chapter 15, section 15.3. The COR will inform the contractor of any other available DOC training resources. Annually thereafter the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

(g) Within 5 days of contract award, the contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures*.

1305M226Q0012 BASE

(h) The contractor shall afford DOC, including the Office of Inspector General, access to the contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

(i) For all contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the contractor shall provide, implement, and maintain a System Accreditation Package in accordance with the *DOC IT Security Program Policy*. Specifically, the contractor shall:

(1) Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy* and [Insert agency or operating unit counsel specific guidance, if applicable]. The Certification Work Plan, approved by the COR, in consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the contractor of the system that will process DOC data or connect to DOC networks. Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

(2) Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Package portions of the System Accreditation Package for approval and system accreditation by an appointed DOC official.

(3) Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Package, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

(j) The contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

**RFO 52.203-12 Limitation on Payments to Influence Certain Federal Transactions. (JUN 2020)**

**RFO 52.203-19 Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements. (JAN 2017)**

**RFO 52.208-9 CONTRACTOR USE OF MANDATORY SOURCES OF SUPPLY OR SERVICES. (MAY 2014) (Deviation JAN 2026)**

1305M226Q0012 BASE

RFO 52.208-90 GOVERNMENT SUPPLY SOURCES. (Deviation JAN 2026)

RFO 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, PROPOSED FOR DEBARMENT, OR VOLUNTARILY EXCLUDED. (JAN 2025) (Deviation JAN 2026)

RFO 52.240-93 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS. (Deviation JAN 2026)

CAR 1352.201-72 Contracting Officer's Representative (COR). (APR 2010)

a.    **Bobby Martinez** is hereby designated as the Contracting Officer's Representative (COR). The COR may be changed at any time by the Government without prior notice to the Contractor by a unilateral modification to the Contract.

b.    The COR's contact information is as follows:

| NAME: | Bobby Martinez |
|---|---|
| ADDRESS: | Central Processing (W/CP)<br>U. S. Department of Commerce/NOAA/NWS<br>1325 East West Hwy<br>SSMC-2, Room 12326<br>Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 301-427-9240 |

The Alternate COR's (ACOR's) contact information is as follows:

| NAME: | Tingyuan (Charlie) Yang |
|---|---|
| ADDRESS: | DOC/NOAA/NWS/OPPSD/CP/Portfolio Management Branch<br>Rm 12410, SSMC 2, 1325 East West Hwy, Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 240-624-0354 |

The Alternate COR's (ACOR's) contact information is as follows:

| NAME: | Dwaine Hood |
|---|---|
| ADDRESS: | Central Processing (W/CP)<br>U. S. Department of Commerce/NOAA/NWS<br>1325 East West Hwy<br>SSMC-2, Room 15130<br>Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 301-818-3913 |

c.    The responsibilities and limitations of the COR are as follows:

ANT_AR-0881

1305M226Q0012 BASE

1. The COR is responsible for the technical aspects of the project and serves as technical liaison with the Contractor. The COR is also responsible for the final inspection and acceptance of all services delivered, deliverables and reports, and such other responsibilities as may be specified in the contract.

2. The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms, or conditions. Any Contractor request for changes shall be referred to the       Contracting Officer directly or through the COR. No such changes shall be made without the expressed prior authorization of the Contracting Officer. The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the Contractor.

(End of clause)

**CAR 1352.216-74 Task orders. (APR 2010)**

(a) In task order contracts, all work shall be initiated only by issuance of fully executed task orders issued by the Contracting Officer. The work to be performed under these orders must be within the scope of the contract. The Government is only liable for labor hours and costs expended under the terms and conditions of this contract to the extent that a fully executed task order has been issued and covers the required work and costs. Charges for any work not authorized shall be disallowed.

(b) For each task order under the contract, the Contracting Office shall send a request for proposal to the contractor(s). The request will contain a detailed description of the tasks to be achieved, a schedule for completion of the task order, and deliverables to be provided by the contractor.

(c) The contractor shall submit a proposal defining the technical approach to be taken to complete the task order, work schedule and proposed cost/price.

(d) After any necessary negotiations, the contractor shall submit a final proposal.

(e) Task orders will be considered fully executed upon signature of the Contracting Officer. The contractor shall begin work on the task order in accordance with the effective date of the order.

(f) The contractor shall notify the Contracting Officer of any instructions or guidance given that may impact the cost, schedule or deliverables of the task order. A formal modification to the task order must be issued by the Contracting Officer before any changes can be made.

(g) Task orders may be placed during the period of performance of the contract. Labor rates applicable to hours expended in performance of an order will be the contract rates that are in effect at the time the task order is issued.

(h) If multiple awards are made by the Government, the CO shall provide each awardee a fair opportunity to be considered for each task order over the micro-purchase threshold unless one of the exceptions at FAR 16.505(b) applies.

ANT_AR-0882

(End of clause)

**CAR 1352.228-70 Insurance coverage. (APR 2010)**

(a) Workers Compensation and Employer's Liability. The contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 shall be required, except in states with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.

(b) General liability. (1) The contractor shall have bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

(2) When special circumstances apply in accordance with FAR 28.307-2(b), Property Damage Liability Insurance shall be required in the amount of $50,000.00.

(c) Automobile liability. The contractor shall have automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

(d) Aircraft public and passenger liability. When aircraft are used in connection with performing the contract, the contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger liability, and $200,000 per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

(e) Vessel liability. When contract performance involves use of vessels, the Contractor shall provide, vessel collision liability and protection and indemnity liability insurance as determined by the Government.

(End of clause)

**CAR 1352.237-74 Progress reports. (APR 2010)**

**\*This section applies to all work performed at the call order level.**

The Contractor shall submit, to the Government, a progress report one month after the effective date of the contract and every month thereafter during the period of performance. The Contractor shall deliver progress reports that summarize the work completed during the month, the work forecast for the following month, and report the metrics. The report shall also include any additional information-including findings and recommendations-that may assist the Government in evaluating progress under this contract. The first report shall include a detailed work outline of the project and the Contractor's

planned phasing of work by reporting period. Progress reports shall be submitted in the first week of the month following the effective date of the contract, and in the first week of every month thereafter during the period of performance.

(End of clause)

**CAR 1352.237-75 Key personnel. (APR 2010)**

*The Contractor shall provide initial Key Personnel information at the post-award kick-off meeting, as part of the submission of the Project Management Plan. The Key Personnel identified at that time will be incorporated into the contract and managed in accordance with the requirements below.

(a) The contractor shall assign to this contract the following key personnel:

| Name | Position |
|---|---|
| Specified in the individual Call Orders issued under this BPA | Program Manager |
| Specified in the individual Call Orders issued under this BPA | Technical Solutions Lead |

(b) The contractor shall obtain the consent of the Contracting Officer prior to making key personnel substitutions. Replacements for key personnel must possess qualifications equal to or exceeding the qualifications of the personnel being replaced, unless an exception is approved by the Contracting Officer.

(c) Requests for changes in key personnel shall be submitted to the Contracting Officer at least 15 working days prior to making any permanent substitutions. The request should contain a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. The Contracting Officer will notify the contractor within 10 working days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes.

(End of clause)

**CAR 1352.242-70 Postaward conference. (APR 2010)**

A postaward conference with the successful offeror may be required. If required, the Contracting Officer will contact the contractor within 10 days of contract award to arrange the conference.

(End of clause)

**CAR 1352.245-70 Government furnished property. (APR 2010)**

The Government will provide the following item(s) of Government property to the contractor . The contractor shall be accountable for, and have stewardship of, the property in the performance of this contract. This property shall be used and maintained by the contractor in accordance with provisions of the "Government Property" clause included in this contract.

*Specified in the individual Call Orders issued under this BPA

(End of clause)

**CAR 1352.246-70 Place of acceptance. (APR 2010)**

(a) The Contracting Officer or the duly authorized representative will accept supplies and services to be provided under this contract.

(b) The place of acceptance will be:

*Specified in the individual Call Orders issued under this BPA.

(End of clause)

**CAR 1352.270-70 Period of performance. (APR 2010)**

(a) The base period of performance of this contract is from February 15, 2026 through February 14, 2031.

(b) The Government may extend the ordering period up to six months at the rates specified in the BPA if the Government exercises FAR 52.217-8, Option to Extend Services.

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-8.

(End of clause)

**NOAA Acquisition Manual 1330-52.203-71 NOTICE OF POST-GOVERNMENT EMPLOYMENT RESTRICTIONS (OCT 2015)**

By submission of an offer in response to a NOAA solicitation or acceptance of a contract, the contractor acknowledges the restriction on current NOAA employees regarding contact with offerors regarding prospective employment and the corresponding obligations for contractors who engage them. The contractor further acknowledges that it has provided notice to former NOAA employees who will provide service to NOAA under the contract of post-Government employment restrictions that apply to them. Such restrictions include, but are not limited to, those set forth in:

(a) 41 U.S.C. § 2103 regarding contacts between a Federal employee working on a procurement and an offeror about prospective employment;

(b) 18 U.S.C. § 207 regarding the restrictions on former Federal employees having contact with a Federal agency on behalf of another person or entity concerning a specific party matter with which the former employee was involved as a Federal employee or for which the former Federal employee had official responsibility;

(c) 18 U.S.C. § 207 regarding the restrictions on former senior employees and senior political employees from having contact with his former Federal agency on behalf of another person or entity concerning any official matter; and

(d) 41 U.S.C. § 2104 regarding the restrictions on a former Federal employee involved in an acquisition over $10,000,000 from accepting compensation from a contractor.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.215-70 SCHEDULE OF DELIVERABLES (SEPT 2005)**

The following is a schedule of all deliverables, including administrative deliverables, required during the period of performance of this BPA.

Call Order-specific deliverables, those unique to the technical, functional, or performance requirements of an individual Call Order, will be expressly stated within each Call Order.  Call Order deliverables will be in addition to, and not in lieu of, the BPA-level deliverables listed below.

| Item | Description | Quantity | Due Date | Medium/Format* | Deliver To | Reference |
|------|-------------|----------|----------|----------------|------------|-----------|
| 0001 | Kickoff Meeting / Postaward Conference | 1 | With coordination from the COR | With coordination from the COR | COR/CO/NWS Assessment Lead | CAR 1352.242-70 |
| 0002 | Monthly Progress Report | 1 | By the 15th of every month | Via email or Google Docs | COR/CO | CAR 1352.237-74 |

*Medium/Format can be updated with COR approval on a case-by-case basis.

End of Clause

**NOAA Acquisition Manual 1330-52.222-70 NOAA SEXUAL ASSAULT AND SEXUAL HARASSMENT PREVENTION AND RESPONSE POLICY (MAY 2018)**

In accordance with NOAA Administrative Order (NAO) 202-1106, NOAA Sexual Assault and Sexual Harassment Prevention and Response Policy, it is the policy of NOAA to maintain a work environment free from sexual assault and sexual harassment. NOAA prohibits sexual assault and sexual harassment by or of any employee, supervisor, manager, contractor, vendor, affiliate, or other individual with whom NOAA employees come into contact by the virtue of their work for NOAA.

(a) Definitions.

Contractor Employees - The term "contractor employees," as used in this solicitation and contract language, refers to employees of the prime contractor or its subcontractors, affiliates, consultants, or team members.

Sexual Assault - The term sexual assault, as used in this solicitation and contract language, means any conduct proscribed by state or federal sexual abuse laws, including, but not limited to, those defined in chapter 109A of title 18 of the U.S. Code (sexual abuse), and assaults committed both by offenders who are strangers to the victim and by offenders who are known or related by blood or marriage to the victim.

Sexual Harassment - As defined by the Equal Employment Opportunity Commission, sexual harassment is a form of sex discrimination that violates Title VII of the Civil Rights Act of 1964. It includes unwelcome

sexual advances, requests for sexual favors, and other verbal, non-verbal, or physical conduct of a sexual nature when any of the following are true:

● Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;

● Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual;

● The conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive working environment.

The main characteristics of sexual harassment are that the harasser's conduct is targeted against the recipient's sex, gender identity, or sexual orientation, and is unwelcome to the recipient. It may include, but is not limited to: offensive jokes, slurs, epithets or name calling, undue attention, physical assaults or threats, unwelcome touching or contact, intimidation, ridicule or mockery, insults or put-downs, constant or unwelcome questions about an individual's identity, and offensive objects or pictures.

(b) Requirements.

1. It is the responsibility of the contractor to ensure that contractor employees maintain the highest degree of conduct and standards in performance of the contract. In support of this, NOAA urges its contractors to develop and enforce comprehensive company policy addressing sexual assault and sexual harassment.

2. The contractor shall include wording substantially the same as this solicitation and contract language in every subcontract so that it is binding upon each subcontractor.

3. If a contractor employee observes or is the object of sexual assault or sexual harassment, he or she is highly encouraged to report the matter, as soon as possible, to their immediate supervisor, the COR, subset of the COR (e.g. Task Manager or Assistant COR), or contracting officer (CO) if a COR is not assigned to the contract. The contract employee may also contact the NOAA Civil Rights Office to obtain guidance on reporting instances of sexual assault or sexual harassment. If deemed necessary, the contractor employee may also report such instances to local law enforcement. In the case where the incident occurs while performing at a remote location, such as at sea or in the field (at a field camp or other isolated location) where the above referenced individuals are unavailable, the contractor employee should follow the reporting procedure set forth in NAO 202-1106, Section 6.07, Reporting from Remote Locations.

4. Swift reporting allows NOAA and the contractor to take the appropriate measures to ensure that offensive behavior stops and the complainants' needs are addressed.

5. The COR (if assigned), CO, and contractor, where applicable, will work together to ensure appropriate action is taken in accordance with applicable laws and regulations, contract terms and conditions, and the contractor's written policy (where applicable).

6. The contractor shall provide all contractor employees assigned to perform under this contract with mandatory sexual assault and sexual harassment prevention and response training in compliance with the requirements of NAO 202-1106, Section 5, Prevention Training and Awareness, as part of their initial

in-processing and on an annual basis thereafter. The initial training shall be completed within [ ] business days (30 unless a different number is inserted) of contract award or the date a contractor employee is assigned to perform under the contract, as applicable.

Evidence of initial training by name and date completed for each contractor employee, shall be submitted to the COR or contracting officer (if no COR assigned) within 10 business days of completion.

Evidence of annual training by name and date completed for each contractor employee shall be submitted to the COR or contracting officer (if no COR assigned) no later than March 1st of each calendar year of contract performance.

7. The mandatory sexual assault and sexual harassment training provided by the contractor shall include the required elements set forth by NOAA's Workplace Violence Program Manager. A link to the website including the required elements of the training is provided at https://www.noaa.gov/organization/acquisition-grants/noaa-workplace-harassment-training-for-contractors-and-financial. The website will also provide training materials and resources to assist the contractor in conducting the training. The contractor may provide training that solely addresses the NOAA required elements or may supplement existing company sexual assault and sexual harassment training in a manner that ensures all of the elements are adequately addressed.

8. The required elements of the training and resources available to the contractor for the training may be updated by NOAA periodically. The contractor is responsible for monitoring the website and incorporating any changes to the NOAA required elements into the contractor provided training.

9. NOAA's Workplace Violence Program Manager, COR, or CO may periodically review the contractor's training outline to ensure all required elements are included and, if necessary, any appropriate adjustments are made to the training by the contractor.

10. Contractor employees performing on assignments in a remote location, such as at a field camp or other isolated locations, are subject to receiving the same briefing on the parameters of the order provided to NOAA employees as set forth in Section 6 of NAO 202-1106.

11. The contractor shall provide a copy of this solicitation and contract language and NAO 202-1106 to contractor employees.

(c) Sexual Assault/Sexual Harassment (SASH) Helpline.

For NOAA employees, affiliates, and contractors who have experienced sexual assault or sexual harassment, NOAA has established the NOAA Sexual Assault/Sexual Harassment (SASH) helpline. This helpline is designed to provide crisis intervention, referrals, and emotional support to those who are victims and/or survivors of sexual harassment or sexual assault within the workplace. Contractor employees may use the helpline to receive live, confidential, one-on-one support in an occurrence of sexual harassment or assault by a Federal Government employee.

All services are anonymous, secure, and available worldwide, 24 hours a day, seven days a week. The NOAA SASH helpline is accessible through a variety of channels, including:

● Phone: 1-866-288-6558

● Website & Online Chat: https://www.noaasashhelpline.org/

● Mobile App: NOAA SASH Helpline (available via iOS and Android App Stores)

● Text: (202) 335-0265

(d) Confidentiality.

Any party receiving information from the filing of a complaint alleging sexual assault or sexual harassment, or while performing an investigation into such a complaint, shall keep the information confidential. "Confidentiality" means that the information shall only be shared with others who have a need to know the information to conduct their official duties.

(e) Remedies.

In addition to other remedies available to the Government, contractor employee violations of Federal requirements (e.g., law, statutes, executive orders, code, rules, regulations) applicable to sexual assault and sexual harassment and/or failure to complete the mandatory training set forth in this solicitation and contract language, may result in:

1. Requiring the contractor to remove a contractor employee or employees from the performance of the contract;

2. Requiring the contractor to terminate a subcontract;

3. Suspension of contract payments until the Contractor has taken appropriate remedial action;

4. Termination of the contract for default or cause, in accordance with the termination clause of this contract;

5. Suspension or debarment; or

6. Other appropriate action.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-70 NOAA LIMITATION OF FUNDS ON TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (MAY 2015)**

It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price of TO BE COMPLETED AT THE CALL ORDER LEVEL. Funds in the amount of TO BE COMPLETED AT THE CALL ORDER LEVEL are hereby allotted. The balance of this contract's estimated ceiling will be allotted upon availability of funds through a unilateral modification(s).

(a) The parties estimate that performance of this contract will not cost the Government more than the ceiling amount specified in the contract. The contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within the ceiling amount.

(b) The Schedule specifies the amount of funds presently available for payment by the Government and allotted to this contract as well as the items covered. The parties contemplate that the Government will

1305M226Q0012 BASE

allot additional funds incrementally to the contract up to the full estimated cost to the Government specified in the Schedule, provided that funds become available. The contractor agrees to perform work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(c) The contractor shall notify the contracting officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed 85% of the total funded amount so far allotted to the contract by the Government. The notice shall state the additional funds required to continue performance for the period specified in the Schedule.

(d) Except as required by other provisions of this contract, specifically citing and stated to be an exception to this solicitation and contract language –

1. The Government is not obligated to reimburse the contractor for costs incurred in excess of the total amount allotted by the Government to this contract; and

2. The contractor is not obligated to continue performance under this contract or otherwise incur costs in excess of the amount then allotted to the contract by the Government until the contracting officer notifies the contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

(e) Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(f) Nothing in this language shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-71 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (FEB 2023)**

The Contractor must submit payment requests electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP). The Contractor must use the IPP website to register, access, and submit payment requests. The IPP website address is https://www.ipp.gov.

"Payment request" means any request for contract financing payment or invoice payment to the Contractor. To be considered proper, invoices must be prepared in accordance with, and contain all elements specified in, the contract payment clause (e.g., FAR 52.212-4(g), FAR 52.232-25(a)(3), FAR 52.232-26(a)(2), FAR 52.232-27(a)(2)).

The Contractor must include the following documents as attachments to payment requests submitted through the IPP: [Contracting Officer list required invoice attachment(s); none if left blank].

If the Contractor is unable to comply with the requirement to submit payment requests through the IPP due to a threat to national security; a matter of unusual or compelling urgency; or because the political, financial, or communications infrastructure of a foreign country does not support access to the IPP, the Contractor must request an exception in writing. Contact the Contracting Officer for more information about requesting an exception.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-70 CONTRACTOR COMMUNICATIONS**

(a) A contractor employee shall be identified both by the individual's name and the contractor's name when:

● Included in NOAA's locator, and

● When submitting any type of electronic correspondence to any NOAA employee or stakeholder.

(b) Any written correspondence from a contractor or any contractor employee shall be printed on company/organization letterhead or otherwise clearly identify the sender as an employee of the company or organization and shall identify the contract number.

(c) Contractors and/or contractor employees shall clearly identify themselves as such in any verbal communications, whether in informal discussion or a formal meeting.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-71 NOAA GOVERNMENT-CONTRACTOR RELATIONS - NON-PERSONAL SERVICES CONTRACT (SEPT 2017)**

(a) The Government and the contractor understand and agree that the services to be delivered under this contract by the contractor to the Government are non-personal services as defined in FAR Part 37, Service Contracting, and the parties recognize and agree that no employer-employee relationship exists or will exist under the contract between the Government and the contractor's personnel. It is, therefore, in the best interest of the Government to afford both parties an understanding of their respective obligations.

(b) Contractor personnel under this contract shall not:

1. Be placed in a position where they are under relatively continuous supervision and control of a Government employee.

2. Be placed in a position of command, supervision, administration, or control over Government personnel or over personnel of other contractors performing under other NOAA contracts.

(c) The services to be performed under this contract do not require the contractor or the contractor's personnel to exercise personal judgment and discretion on behalf of the Government. Rather, the contractor's personnel will act and exercise personal judgment and discretion on behalf of the contractor.

(d) Rules, regulations, directives, and requirements that are issued by the Department of Commerce and NOAA under its responsibility for good order, administration, and security are applicable to all personnel who enter the Government installation and facilities, who are provided access to Government systems, or who travel on Government transportation. This is not to be construed or interpreted to establish any degree of Government control that is inconsistent with a non-personal services contract.

(e) Both parties are responsible for monitoring contract activities for indications of improper employee-employer relationships during performance. In the event a situation or occurrence takes place inconsistent with this contract language, the following applies:

1. The contractor shall notify the contracting officer in writing within 5 business days from the date of any situation or occurrence where the contractor considers specific contract activity to be inconsistent with the intent of this contract language. The notice must include the date, nature and circumstance of the situation or occurrence, the name, function and activity of each Government employee or contractor employee involved or knowledgeable about the situation or occurrence, provide any documents or the substance of any oral communications related to the activity, and an estimated date by which the Government is recommended to respond to the notice in order to minimize cost, delay, or disruption of performance.

2. The contracting officer will review the information provided by the contractor, obtain additional information (if needed), and respond in writing as soon as practicable after receipt of the notification from the contractor. The contracting officer's response will provide a decision on whether the contracting officer determines the situation or occurrence to be inconsistent with the intent of this contract language and, if deemed necessary, will specify any corrective action(s) to be taken in order to resolve the issue.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-72 CONTRACTOR ACCESS TO NOAA FACILITIES (SEPT 2017)**

(a)

1. The performance of this contract requires employees of the prime contractor or its subcontractors, affiliates, consultants, or team members ("contractor employees") to have access to and to the extent authorized, mobility within, a NOAA facility.

2. NOAA may close and or otherwise deny contractor employees access to a NOAA facility for a portion of a business day or longer for various reasons including, but not limited, to the following events:

i. Federal public holidays for Federal employees in accordance with 5 U.S.C. 6103;

ii. Fires, floods, earthquakes, and unusually severe weather, including but not limited to snow storms, tornadoes, and hurricanes;

iii. Occupational safety or health hazards;

iv. Lapse in Appropriations; or

v. Federal Statute, Executive Order, Presidential Proclamation, or any other unforeseen reason.

ANT_AR-0892

3. In such events, the contractor employees may be denied access to a NOAA facility that is ordinarily available for the contractor to perform work or make delivery, as required by the contract.

(b) In all instances where contractors are denied access or required to vacate a NOAA facility, in part or in whole, the contractor shall be responsible to ensure contractor personnel working under the contract comply. If the circumstances permit, the contracting officer will provide direction to the contractor, either directly or through the COR, which could include continuing on-site performance during the NOAA facility closure period; however, if Government oversight is required and is not available, on-site performance shall not be allowed. In the absence of such direction, the contractor shall exercise sound judgment to minimize unnecessary contract costs and performance impacts, for example, performing required work off- site if possible or reassigning personnel to other activities if appropriate.

(c) The contractor shall be responsible for monitoring the Office of Personnel Management at opm.gov, the local radio, television stations, NOAA web sites, and other communication channels. Once the facility is accessible, the contractor shall resume contract performance as required by the contract.

(d) For the period that NOAA facilities were not accessible to contractors who required access in order to perform the services, the contracting officer may—

1. Adjust the contract performance or delivery schedule for a period equivalent to the period the NOAA facility was not accessible;

2. Forego the work; or

3. Reschedule the work by mutual agreement of the parties.

(e) Notification procedures of a NOAA facility closure, including contractor denial of access, are as follows:

1. The contractor shall be responsible for notification of its employees of the NOAA facility closure to include denial of access to the NOAA facility. The dismissal of NOAA employees in accordance with statute and regulations providing for such dismissals shall not, in itself, equate to a NOAA facility closure in which contractors are denied access. Moreover, the leave status of NOAA employees shall not be conveyed or imputed to contractor personnel. Accordingly, unless a NOAA facility is closed and the contractor is denied access to the facility, the contractor shall continue performance in accordance with the contract.

2. Access to Government facilities and resources, including equipment and systems, will be limited and personnel necessary to administer contract performance may not be available. Generally, supply and service contracts that are funded beyond the date of the lapse in appropriation and do not require access to Government facilities, active administration by Government personnel or the use of Government resources in a manner that would cause the Government to incur additional obligations during the lapse in appropriation may continue. If a delivery date for a contract falls during the period of a lapse in appropriations, Government personnel may not be available to receive delivery. Contractors are directed to consult with a contracting officer before attempting to make a delivery. Contracting officers will be available throughout the lapse in appropriation period to provide guidance.

Once OMB guidance is given, CORs, in consultation with the contracting officer, will notify those contractors that are deemed by the Program Office to be performing excepted work and identify the

contractor personnel requiring access to NOAA facilities. CORs will also coordinate directly with facility management or physical security personnel at respective locations to ensure that the names of contractor personnel requiring access to Government facilities during the lapse in appropriations are provided to physical security personnel.

Contractors who are not designated as performing excepted work are not allowed access to Government facilities or to utilize Government resources in a manner that would incur any additional obligation of funding on behalf of the Government during the lapse in appropriation.

3. Unless otherwise specified within the contract award, contractors requiring access to NOAA facilities outside normal business hours or outside the normal workweek shall submit a written request in writing through the COR to the contracting officer. The written request shall provide justification supporting the required access and be submitted 72 hours hours/days (contracting officer insert number of days. If blank, 72 hours applies) before access to the NOAA facility is needed.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.239-170 INCIDENT/EMERGENCY MANAGEMENT (OCT 2005)**

All incident management software or services shall comply with the most current version of the OASIS Common Alerting Protocol standard.

(End of solicitation and contract language)

**RFO 52.217-8 Option To Extend Services. (NOV 1999) (This clause applies at the Call Order level)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor within 30 days prior to the expiration of the BPA or any Call Order issued thereunder.

Inclusion of FAR Clause 52.217-8, Option to Extend Services, in the BPA is for use by the Government to address potential situations such as delays in award, transition challenges, administrative processing delays, or other circumstances that create a gap between the expiration of an order and the establishment of follow-on coverage.  The option will be exercised when necessary to maintain uninterrupted services as needed at any time during the life of the BPA using the rates applicable at the time of exercise.

(End of clause)

**RFO 52.240-91 SECURITY PROHIBITIONS AND EXCLUSIONS. (Deviation JAN 2026)**

(a) *Definitions*. As used in this clause-

*American Security Drone Act-covered foreign entity* means an entity included on a list that the Federal Acquisition Security Council (FASC) develops and maintains and publishes in the System

1305M226Q0012 BASE

for Award Management (SAM) at https://www.sam.gov (section 1822 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (e.g., connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (e.g., fiber optic, coaxial cable, Ethernet).

*Covered application* means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.

*Covered article*, as defined in 41 U.S.C. 4713(k), means:

> (1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;
>
> (2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);
>
> (3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or
>
> (4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means-

> (1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
>
> (2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
>
> (3) Telecommunications or video surveillance services provided by such entities or using such equipment; or
>
> (4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means-

ANT_AR-0895

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

   (i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

   (ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*FASC-prohibited unmanned aircraft system* means an unmanned aircraft system manufactured or assembled by an American Security Drone Act-covered foreign entity.

*FASCSA order* means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring removing covered articles from executive agency information systems or excluding one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):

   (1) The Secretary of Homeland Security may issue FASCSA orders that apply to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.

   (2) The Secretary of Defense may issue FASCSA orders that apply to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.

   (3) The Director of National Intelligence (DNI) may issue FASCSA orders that apply to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

1305M226Q0012 BASE

*Information technology*, as defined in 40 U.S.C. 11101(6)-

(1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use-

(i) Of that equipment; or

(ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;

(2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but

(3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.

*Intelligence community*, as defined by 50 U.S.C. 3003(4), means the following-

(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;

(3) The National Security Agency;

(4) The Defense Intelligence Agency;

(5) The National Geospatial-Intelligence Agency;

(6) The National Reconnaissance Office;

(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

ANT_AR-0897

(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (e.g., connecting a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Kaspersky Lab-covered article* means any hardware, software, or service that-

(1) Is developed or provided by a Kaspersky Lab-covered entity;

(2) Includes any hardware, software, or service developed or provided in whole or in part by a Kaspersky Lab-covered entity; or

(3) Contains components using any hardware or software developed in whole or in part by a Kaspersky Lab-covered entity.

*Kaspersky Lab-covered entity* means-

(1) Kaspersky Lab;

(2) Any successor entity to Kaspersky Lab, including any change in name, e.g., "Kaspersky";

(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or

(4) Any entity of which Kaspersky Lab has a majority ownership.

*National security system*, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency-

(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

*Roaming* means cellular communications services (e.g., voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Sensitive compartmented information* means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

*Sensitive compartmented information system* means a national security system authorized to process or store sensitive compartmented information.

*Source* means a non-Federal supplier, or potential supplier, of products or services, at any tier.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned directly by a parent corporation or through another subsidiary of a parent corporation.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

*Unmanned aircraft* means an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft (49 U.S.C. 44801(11)).

*Unmanned aircraft system* means an unmanned aircraft and associated elements (including communication links and the components that control the unmanned aircraft) that are required for the operator to operate safely and efficiently in the national airspace system (49 U.S.C. 44801(12)).

(b) *Prohibitions on providing or using specific products or services in performance of contract*. Unless a waiver or exception applies, the Contractor is prohibited from providing any products or services to the Government or using in the performance of the contract any of the following:

> (1) A covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees (section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328));

> (2) A Kaspersky Lab-covered article (Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91));

> (3) Covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system (paragraphs (a)(1)(A) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)). This does not prohibit contractors from providing-

>> (i) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) Prohibition on unmanned aircraft systems manufactured or assembled by American Security Drone Act-covered foreign entities.

(1) Prohibition. The Contractor is prohibited from-

(i) Delivering any FASC-prohibited unmanned aircraft system, which includes unmanned aircraft (i.e., drones) and associated elements (sections 1823 and 1826 of American Security Drone Act of 2023, within the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31, Div. A, Title XVIII, Subtitle B, 41 U.S.C. 3901 note prec.);

(ii) On or after December 22, 2025, operating a FASC-prohibited unmanned aircraft system in the performance of the contract (section 1824 of Pub. L. 118-31); and

(iii) On or after December 22, 2025, using Federal funds to procure or operate a FASC-prohibited unmanned aircraft system (section 1825 of Pub. L. 118-31).

(2) *Procedures*. The Contractor shall search SAM for the FASC-maintained list of American Security Drone Act-covered foreign entities before proposing, or using in performance of the contract, any unmanned aircraft system. Also, the Contractor shall ensure any effort or expenditure associated with a FASC-prohibited unmanned aircraft system is consistent with a corresponding exemption, exception, or waiver determination expressly stated in the contract.

(3) *Exemptions, exceptions, and waivers*. The prohibitions in paragraph (c) of this clause do not apply where the agency has determined an exemption, exception, or waiver applies, and the contract indicates that such a determination has been made. See sections 1823 through 1825 and 1832 of Public Law 118-31 for statutory requirements pertaining to exemptions, exceptions, and waivers.

(d) *Prohibition on using or providing specific products or services or conducting certain transactions regardless of connection to contract*.

(1) *Certain telecommunications and video surveillance equipment, systems, or services*.

(i) Unless an applicable waiver has been issued by the Government, the Contractor cannot use any equipment, systems, or services that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system (paragraph (a)(1)(B) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)).

1305M226Q0012 BASE

(ii) This prohibition applies to using covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. This does not prohibit the contractor from using-

(A) A service that connects to the facilities of a third party, such as backhaul, roaming, or interconnection arrangements; or

(B) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) *Office of Foreign Assets Control Restrictions*.

(i) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.

(ii) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas.

(A) For lists of entities and individuals subject to economic sanctions, see OFAC's List of Specially Designated Nationals and Blocked Persons at https://home.treasury.gov/policy-issues/financial-sanctions/specially-designated-nationals-and-blocked-persons-list-sdn-human-readable-lists.

(B) For more information about these restrictions, as well as updates, see OFAC's regulations at 31 CFR chapter V and at https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information.

(C) To conduct electronic screens of potential parties to regulated transactions, see the consolidated screening list at https://www.trade.gov/consolidated-screening-list, which consolidates multiple export screening lists of the Departments of Commerce, State, and the Treasury.

(3) *Sudan prohibition*. The Contractor is prohibited from conducting any restricted business operations in Sudan in accordance with Accountability and Divestment Act of 2007 (Pub. L. 110-174).

(4) *Iran prohibitions*.

(i) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, the contractor shall not engage in certain activities

or transactions relating to Iran (section 6(b)(1)(A) of Iran Sanctions Act (50 U.S.C. 1701 note).

(ii) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, contractor shall not export certain sensitive technology to Iran, as determined by the President, and has an active exclusion in SAM (22 U.S.C. 8515).

(iii) The prohibition in paragraphs (d)(4)(i) and (d)(4)(ii) do not apply if the acquisition is subject to trade agreements and the offeror certifies that all the offered products are designated country end products or designated country construction material (see part 25).

(iv) Unless an exception applies or the Government grants a waiver, contractors are prohibited from knowingly engaging in any significant transaction (i.e., over $15,000) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked according to the International Emergency Economic Powers Act (section 6(b)(1)(B) of Iran Sanctions Act (50 U.S.C. 1701 note)).

(e) *Governmentwide exclusion and removal orders*.

(1) Unless the Government has issued an applicable waiver, contractors shall not provide or use as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order as follows:

(i) For solicitations and contracts awarded by a Department of Defense contracting office, DoD FASCSA orders apply.

(ii) For all other solicitations and contracts, DHS FASCSA orders apply.

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders.

(3) The Government may identify in the solicitation other FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resulting contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 40.204-1(c)).

(f) *Reasonable inquiry*. The contractor shall conduct a reasonable inquiry to determine if there are any prohibited products or services. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(g) *Removal of prohibited products and services*. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the

performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that this clause prohibits.

(h) *General report*.

(1) If the Contractor identifies or is notified by any source, (including a subcontractor at any tier), that any product or service provided or used (or to be provided or used) during contract performance does not comply with any prohibition in this clause, then the Contractor shall report the following information, or as much information is known, in writing to the contracting office as identified in paragraph (h)(2) within 72 hours:

(i) Contract number and order number, if applicable;

(ii) The specific prohibition the product or service is not complying with;

(iii) A description of the products or services that the Contractor identifies or has reason to suspect is prohibited (include brand; model number, such as the original equipment manufacturer (OEM) number, manufacturer part number, or wholesaler number; and item description, as applicable);

(iv) The entity that produced the product or service (include entity name, unique entity identifier, Contractor and Government Entity (CAGE) code, facilities responsible for design, fabrication, assembly, packaging, and test of the product, and whether the entity was the OEM or a distributor (provide manufacturer codes and distributor codes used for the product));

(v) Description of the functionality of the product or service and how that functionality impacts the risk to the product or service;

(vi) An explanation of any factors relevant to determining if the product or service should be permitted by an applicable exception, exemption, or waiver (if the contractor would like the Government to consider a waiver, and asks for such a waiver);

(vii) Whether alternative products or services are available that would comply with the prohibition;

(viii) If the product or service is related to item maintenance, include the following information on the item being maintained:

(A) Brand;

(B) Model number, OEM number, manufacturer part number, or wholesaler number; and

(C) Item description, as applicable.

ANT_AR-0903

(ix) Any readily available information about mitigation actions implemented or recommended.

(2) If a report must be submitted to a contracting office, the Contractor shall submit the report as follows:

(i) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.

(ii) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(iii) For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(3) If the report provided does not contain any of the information required by paragraph (h)(1) of this clause, and the contractor later discovers new information that is required by paragraph (h)(1) of this clause, then the contractor shall submit a subsequent report within 72 hours of discovering the new information.

(4) The contractor shall also report the information in paragraph (h)(1) if the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification.

(i) *New FASCSA orders report*.

(1) During contract performance, the Contractor shall review SAM at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (e) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(3) The Contractor shall submit a report to the contracting office identified in paragraph (h)(2) of this clause if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract performance and is subject to a FASCSA order(s). For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order. The Contractor shall report the following information within 72 hours for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order:

1305M226Q0012 BASE

(i) Contract number and order number, if applicable;

(ii) Name of the covered article or source subject to a FASCSA order;

(iii) The specific FASCSA order the product or service does not comply with;

(iv) The elements of (h)(1)(iii) through (ix) of this clause.

(j) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (j) but excluding subparagraphs (d)(1) and (i)(1), in all subcontracts and other contractual instruments, including subcontracts for acquiring commercial products or commercial services.

(End of clause)

**RFO 52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
FAR: https://www.acquisition.gov/browse/index/far
CAR: https://www.acquisition.gov/car

(End of clause)

**4.1. TRAVEL**
Contractor travel under this BPA may be authorized in Call Orders issued as a result of this BPA.  Travel must be priced and properly marked as an open market item per FAR 8.402(f).  Prior approval must be granted in writing by the COR with a CC copy to the Contract Specialist and CO.
- FAR -  www.acquisition.gov/far
- FTR – www.gsa.gov/travel.
- DOCTH - https://www.commerce.gov/ofm/publications/handbooks-and-manuals/travel-management

a. All travel requests shall be submitted to the COR five business days prior to the departure date and shall include:
    1. The purpose of the trip
    2. The destination
    3. The duration (and times of initial departure and return)
    4. The number of personnel traveling, and their respective names and titles
    5. The estimated cost per person, including a breakdown of the costs for transportation (airfare, car rental, parking) and Meals and Incidental Expenses (M&IE).
b. Travel invoices shall include an affirmation signed by an authorized corporate representative stating that the costs being submitted are in compliance with the FTR and FAR Part 31, 'Contract Cost Principles and Procedures.'
c. If emergency travel is required, the Contractor must provide the information described above to the COR via e-mail, and submit a formal request as soon as practicable thereafter.
d. The Contractor will be reimbursed for reasonable, allocable and allowable travel and transportation expenses incurred under and for the performance of this contract. Determination of reasonableness, allocability and allowability will be made by the COR or CO based on the applicable cost principles, and

the particular needs of the project being implemented by this contract.

**4.2. HOLIDAYS AND ADMINISTRATIVE LEAVE**

The Department of Commerce, NOAA observes the following days as official Government holidays:

| Holiday | Date |
|---|---|
| New Year's Day | January 1 |
| Birthday of Martin Luther King, Jr. | The third Monday in January |
| Washington's Birthday* | The third Monday in February |
| Memorial Day | The last Monday in May |
| Juneteenth | June 19 |
| Independence Day | July 4 |
| Labor Day | The first Monday in September |
| Columbus Day | The second Monday in October |
| Veterans Day | November 11 |
| Thanksgiving Day | The fourth Thursday in November |
| Christmas Day | December 25 |

Reference: 5 U.S.C. §6103 Holidays

For specific dates please see the following: https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

a. In addition to the days designated as holidays, the Government observes the following days:

    1. Any other day designated by Federal Statute

    2. Any other day designated by Executive Order

    3. Any other day designated by a Presidential Proclamation

b. It is understood and agreed between the Government and the Contractor that observance of such days by Government personnel shall not otherwise be a reason for an additional period of performance, or entitlement to compensation except as set forth within the contract. If a Contractor believes that an unplanned absence has an impact on the price or period of performance, it should notify the CO of the changed condition and submit a claim for equitable adjustment (see FAR 52.233-1).

c. In the event the Contractor's personnel work during the holiday, they may be reimbursed by the Contractor; however, no form of holiday or other premium compensation will be reimbursed either as a direct or indirect cost, other than their normal compensation for the time worked. This provision does not preclude reimbursement for authorized overtime work if applicable to this contract.

d. When the Federal and governmental entities grant excused absence to its employees, the Contractor agrees to continue to provide sufficient personnel to perform critical tasks already in operation or scheduled, and shall be guided by the instructions issued by the CO or the COR.

e. If Government personnel are furloughed, the Contractor shall contact the CO or the COR to receive direction. It is the Government's decision as to whether the contract Price/Cost will be affected. Generally, the following situations apply:

      1. Contractor personnel that are able to continue contract performance (either on-site or at a site other than their normal work station), shall continue to work and the contract price shall not be reduced or increased.

      2. Contractor personnel that are not able to continue contract performance (e.g., support functions), may be asked to cease their work effort.

f. In those situations that Government personnel are furloughed, the Contractor may not invoice for their employees working during the Government furlough, until such time as any special legislation affecting Government personnel is signed into law.

g. Nothing in this clause abrogates the rights and responsibilities of the parties relating to "stop work" provisions as cited in other sections of this contract.

### 4.3. CONTRACTOR CONDUCT

The Contractor shall not:

      a) Discuss with unauthorized persons any information obtained in the performance of work under this contract;

      b) Conduct business not directly related to this contract on Government premises;

      c) Use computer systems or Government facilities for company or personal business other than work related to this BPA; or

      d) Recruit on Government premises or otherwise act to disrupt official Government business.

### 4.4. NOTICE TO THE GOVERNMENT OF DELAYS

In the event that the Contractor encounters difficulty in meeting performance requirements, or when it anticipates difficulty in complying with the contract delivery schedule or completion date, or as soon as the Contractor has knowledge that any actual or potential situation is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately notify the CO and the COR, in writing. This notification shall give pertinent details, but this data shall be informational only in character; this term shall not be construed as a waiver by the Government of any delivery schedule or date, or any rights or remedies provided by law or under this contract.

### 4.5. HOMELAND SECURITY POLICY DIRECTIVE (HSPD-12) REQUIREMENTS

The performance of this contract requires Contractors to have physical access to Federal premises for more than 180 days or access to a Federal information system. Any items or services delivered under this contract shall comply with the Department of Commerce personal identity verification procedures that implement HSPD-12, FIPS PUB 201, and OMB Memorandum M-05-24. The Contractor shall insert this clause in all subcontracts when the subcontractor is required to have physical access to a Federally controlled facility or access to a Federal information system.

### 4.6. PUBLICITY OR ADVERTISING OF CONTRACT AWARD

The Contractor agrees not to refer to this award in commercial advertising in such a manner as to state or imply that the items or services provided are endorsed or preferred by the Federal Government or is considered by the Government to be superior to other items or services. The Contractor agrees that press releases, information to the public and other communications shall not be made without prior, written, approval of the CO.

ANT_AR-0907

### 4.7. GENERAL PERSONNEL REQUIREMENTS

The contractor shall provide trained, knowledgeable technical personnel capable of performing in accordance with the requirements of specific call orders. NOAA will not provide or pay for training, conferences, or seminars for contractor personnel in order for them to perform their tasks, with the exception of NOAA-specific and specialized training not obtainable outside NOAA.  If it is determined during the performance of the contract that training, conferences, or seminars are required for contractor personnel, and is not specified in the call order, prior approval is required.  The Contractor must submit a written request for approval to the Contracting Officer at least 30 days prior to the training, conference or seminar.  This written request must refer to the call order number and must include a detailed justification for the training event including how this training is either necessary or beneficial to NOAA.  The Contracting Officer will have five (5) days to approve or disapprove the request in writing.  All contractor personnel who interface with NOAA management and technical personnel must have excellent oral and written communication skills. "Excellent oral and written communication skills" are defined as the capability to converse fluently, communicate effectively, and write intelligibly in the English language.

### 4.8. PROGRAM MANAGER

The Government has appointed a Program Manager (PM) who will perform various programmatic functions for the overall success of the Program.  The PM has no actual, apparent or implied authority to bind the Government for any government funding, acts or omissions.  The PM does not address or resolve any issues concerning contractual legal matters.  The Contractor shall address Call Order matters directly with the Call Order Contracting Officer and the Contracting Officer's Representative.

### 4.9. TECHNICAL POINT OF CONTACT (TPOC) / GOVERNMENT CONTACT POINT (GCP)

The Government will designate one or more Technical Points of Contact (TPOCs) and/or Government Contact Points (GCPs) to support technical oversight of this BPA and any resulting call orders. Additional Government personnel may be assigned, as necessary, to support performance oversight and coordination.  Except for the Contracting Officer (CO), no Government personnel has authority to bind the Government or to modify the BPA or any call order.

#### 4.9.1. Authorized Functions
The TPOC/GCP is authorized to:
1. Monitor the Contractor's performance of issued call orders.
2. Perform inspections and reviews related to call order performance.
3. Communicate with the Contractor regarding technical and programmatic matters.
4. Provide technical clarification of requirements already contained in the BPA or an issued call order.
5. Identify and report performance deficiencies to the Contracting Officer.
6. Coordinate Government site or system access, as applicable.

#### 4.9.2. Limitations of Authority
The TPOC/GCP and all other Government personnel:
1. Have no actual, apparent, or implied authority to direct changes to scope, schedule, price, funding, labor mix, or contract terms.
2. Shall not authorize work outside the scope of an issued call order.
3. Shall not resolve contractual, legal, or claims-related matters.
All matters requiring contractual interpretation or modification shall be referred to the

1305M226Q0012 BASE

Contracting Officer.

**4.9.3. Contractor Reliance**

The Contractor shall rely solely on written direction issued by the Contracting Officer. Only a duly issued call order or a written modification signed by the Contracting Officer authorizes performance.  If the Contractor receives any direction from the Government personnel other than the Contracting Officer that appears to change or conflict with the BPA or a call order, the Contractor shall immediately notify the Contracting Officer and obtain written authorization before proceeding.

**4.9.4. Unauthorized Work**

Any work performed outside the scope of an issued call order, or without written authorization from the Contracting Officer, is unauthorized. The Government is not obligated to pay for such work.

All unauthorized work is performed at the Contractor's sole risk and expense.

ANT_AR-0909

## Section 5 - Section 5

**Attachment Table**

| Attachment Number | Title |
|---|---|
| 1 | Attachment A - Baseline Performance Objectives |
| 2 | Attachment B - Price Schedule and Labor Categories |
| 3 | Attachment C - Key Personnel Definitions |

ANT_AR-0910

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES

| NOTE: OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30. | 1. REQUISITION NUMBER | | PAGE 1 OF 40 |
|---|---|---|---|

| 2. CONTRACT NUMBER 1305M226A0005 | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE 11/20/2025 |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:** ▶

a. NAME **Redacted**

b. TELEPHONE NUMBER *(No collect calls)*

8. OFFER DUE DATE/ LOCAL TIME ED

---

**9. ISSUED BY** CODE EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

**10. THIS ACQUISITION IS** [X] UNRESTRICTED OR [ ] SET ASIDE: ___% FOR:

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS (SDVOSB)
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB)
[ ] ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
[ ] 8(A)

NORTH AMERICAN INDUSTRY CLASSIFICATION STANDARD (NAICS):
541511

SIZE STANDARD: **Redacted**

---

| 11. DELIVERY FOR FREE ON BOARD (FOB) DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | 13a. THIS CONTRACT IS A RATED ORDER UNDER THE DEFENSE PRIORITIES AND ALLOCATIONS SYSTEM - DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|

14. METHOD OF SOLICITATION [ ] REQUEST FOR QUOTE (RFQ) [ ] INVITATION FOR BID (IFB) [ ] REQUEST FOR PROPOSAL (RFP)

---

**15. DELIVER TO** CODE _____

As Indicated On Each Call

**16. ADMINISTERED BY** CODE EAD-NWS

EAD-NWS
FED BLDG 200 GRANBY ST SUITE 815
NORFOLK VA 23510

---

**17a. CONTRACTOR/ OFFEROR** CODE LJMMYD57SP75  FACILITY CODE _____

BOOZ ALLEN HAMILTON INC
Attn: **Redacted**
8283 GREENSBORO DRIVE
MCLEAN VA 221023830

TELEPHONE NUMBER  7033770195

[ ] **17b.** CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE _____

As Indicated On Each Call

**18b.** SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

---

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | GSA Contract #: GS-35F-386DA Period of Performance: 02/15/2026 to 02/14/2031 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

---

**25. ACCOUNTING AND APPROPRIATION DATA**
As Indicated On Each Call

**26. TOTAL AWARD AMOUNT** *(For Government Use Only)*
$0.00

[ ] **27a.** SOLICITATION INCORPORATES BY REFERENCE (FEDERAL ACQUISITION REGULATION) FAR 52.212-1, 52.212-4. ADDENDA FAR 52.212-3 AND 52.212-5 ARE ATTACHED. [ ] ARE [ ] ARE NOT ATTACHED

[X] **27b.** CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[X] **28.** CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[ ] **29.** AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

---

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**
Redacted

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*
Redacted

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* Redacted , Senior Contracts Manager | 30c. DATE SIGNED 02/20/2026 | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Redacted | 31c. DATE SIGNED 02/13/2026 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449 (REV. 11/2021)**
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0911

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32c. DATE

32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. EMAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

33. SHIP NUMBER

☐ PARTIAL    ☐ FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT

☐ COMPLETE    ☐ PARTIAL    ☐ FINAL

37. CHECK NUMBER

STOCK RECORD (S/R)

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE RECEIVED *(MM/DD/YYYY)*

42d. TOTAL CONTAINERS

**STANDARD FORM 1449** (REV. 11/2021) **BACK**

ANT_AR-0912

1305M226A0005 BASE

Section 2 - Section 2 ...........................................................................................................................4
Section 3 - Section 3 ...........................................................................................................................6
Section 4 - Section 4 ...........................................................................................................................8
Section 5 - Section 5 .........................................................................................................................40

## Section 2 - Section 2

BPA GENERAL INFORMATION:
Pursuant to GSA MAS contract number(s) **47QREA21D0001 and GS-35F-386DA** and General Services Acquisition (GSA) Manual/Regulation (GSAM/R) 538.7102-2 'Placing FSS orders and establishing FSS BPAs' **Booz Allen Hamilton**, agrees to the following terms of a BPA with NOAA.

The Data Environment contract services described in Attachment A – Baseline Performance Objectives (BPO) may be ordered under this BPA.  Call orders issued under this BPA shall be limited to the scope of the Data Environment requirements defined in Attachment A - BPO and shall be issued in accordance with the BPA ordering procedures.  All call orders placed against this BPA are subject to the terms and conditions of the Contractor's underlying GSA Multiple Award Schedule (MAS) contract, except as supplemented or otherwise modified by the BPA and applicable call order.

The Contractor is authorized to perform only those services expressly ordered through a written call order issued under this BPA and within the scope of Attachment A – BPO and the underlying GSA MAS contract.  Performance of any services not so authorized, including work performed outside the scope of an issued call order or prior to call order issuance, shall be at the Contractor's sole risk and expense.

1. The place of performance and required deliverables shall be specified in the individual call orders issued under this BPA.

2. The Government estimates, but does not guarantee, that the volume of purchases through the life cycle of this BPA may approximate **Redacted**, to be shared amongst the awardees of RFQ 1787538.

If the cumulative value of all Call Orders issued under this BPA is less than the estimated amount, the Government shall not be liable for the difference between the estimated value and the cumulative value of orders actually placed.  The Contractor shall have no claim for compensation, price adjustment, or damages based on the Government's failure to place orders up to the estimated value.

This estimate is provided for planning purposes only, is not a limitation on ordering activity, and may be exceeded during the BPA ordering period.

See Attachment B– Price Schedule and Labor Categories for the **Booz Allen Hamilton** schedule of labor categories and applicable discounts.

**3.** The Government has no minimum guarantee or maximum ordering limitation under this BPA.

**4.** This BPA does not obligate any funds.  The Government is obligated only to the extent specified in the call orders issued under this BPA.

**5.** Any warranted EAD Contracting Officer (CO) is authorized to place orders against this BPA.

**6.** Orders will be placed against this BPA via Electronic Data Interchange (EDI), e-mail, or oral communication.

**7.** The requirements of a proper invoice are as specified in the GSA MAS contract.  Invoices will be

submitted in accordance with clause 'NAM 1330-52.232-71 Electronic Submission of Payment Requests (FEB 2023),' as specified within the Call Orders.

**8.** The terms and conditions included in the vendor's GSA MAS apply to this BPA and any resulting Call Order issued against this BPA.  The BPA's terms and conditions shall also apply to all Call Orders issued.  Any inconsistencies between the GSA FSS/MAS terms and conditions and the BPA's terms and conditions, the BPA's terms and conditions will take precedence.

**9.** It is anticipated that Call Orders will be issued as firm-fixed-price (FFP), or time-and-materials (T&M), or a combination of FFP, and T&M under the resultant BPA.

**10.** The Government will review the BPA annually to determine whether changing market conditions, availability and quality of sources of supply, and other pertinent circumstances require the modification or termination of the Agreement.  In addition, the Government reserves the right at any time throughout the performance period to convert T&M work to FFP.  As appropriate, after award, T&M contract line-item numbers (CLINs) may be converted to FFP CLINs through mutual agreement of both parties, based on the rates (and labor categories) negotiated at the time of award.

**11. Booz Allen Hamilton** shall furnish the services provided in Attachment A- Baseline Performance Objectives and as identified at the Call Order level.

**12.** As determined at the Call Order level, the Government may require the execution of Non-Disclosure Agreements (NDAs), Conflict of Interest (COI) Statements, or Non-Compete Agreements by Contractor personnel and/or subcontractors performing under that order.  The Contracting Officer will identify any required agreements as part of the Call Order terms and conditions.  The Contractor shall ensure all required documentation is executed and maintained prior to the commencement of performance and made available to the Government upon request.

**13. UTILIZATION OF FEDCONNECT® FOR CONTRACT ADMINISTRATION**
The Department of Commerce will utilize the FedConnect® web portal in administering this award.  The contractor must be registered in FedConnect® and have access to the FedConnect® website located at https://www.fedconnect.net/Fedconnect/.  For assistance in registering or for other FedConnect® questions please call the FedConnect® Help Desk at (800) 899-6665 or email at support@fedconnect.net.  There is no charge for registration in or use of FedConnect®.

ANT_AR-0915

## Section 3 - Section 3

**BPA ORDERING PROCEDURES**
When the Government requires supplies or services within the scope of this agreement, Call Orders will be issued against the BPA in the following phases:

**1. PROCEDURES:**
The Government's objective is to keep the Call Order procedure simple and cost effective for all parties to the BPA.  The Government will issue Call Orders using the following procedures:

**1.1.** The Government will issue a Call Order Request for Quote (CORFQ).
**1.2.** A written price quote will be required for all Call Orders. The quote shall include detailed price information to accomplish the requirement.
**1.3.** Each CORFQ will include the following: (1) a requirements document, a Statement of Work (SOW) or Performance Work Statement (PWS) as applicable; (2) the timeframe for submission of the quote; (3) a price schedule, (4) any other relevant instructions to the contractor.
**1.4.** Upon receipt of a CORFQ, the contractor shall submit a quote to the CO that must include the price, and any other information requested. The quote must be submitted by the time specified in the request.
**1.5.** Each Call Order will include the following information:

**1.5.1.** Date of order;
**1.5.2.** Contract number and order number;
**1.5.3.** Item number and description, quantity, and unit price or estimated cost or fee;
**1.5.4.** Delivery or performance date;
**1.5.5.** Place of delivery or performance (including consignee);
**1.5.6.** Packaging, packing, and shipping instructions, if any;
**1.5.7.** Accounting and appropriation data;
**1.5.8.** Method of payment and payment office, if not specified in the contract;
**1.5.9.** Any other pertinent information.

**2. AUTHORIZING CALL ORDERS:**
The CO issues the Call Order, which reflects the agreed upon price for the required services and authorizes the contractor to commence with work efforts. The Call Order also identifies the period of performance, location, and deliverables for the particular task.

Any Call Order issued during the BPA performance period and not completed within that time shall be completed by the Contractor within the time specified in the order. The BPA shall govern the contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the BPA's ordering period.

All GSA contract clauses are applicable to this BPA and any Call Orders issued during the duration of the BPA. Additionally, performance under any Call Orders issued in the last year of this BPA may extend no more than one year past the BPA's ordering period.

**3. MODIFYING CALL ORDERS:**
Modifications to a Call Order will be affected by issuance of a Standard Form 30, Amendment of Solicitation/Modification of Contract, identified by the particular Call Order number being modified.

1305M226A0005 BASE

**4. CLOSEOUT OF CALL ORDERS:**

All Call Orders issued under the BPA shall be closed out in accordance with FAR, Department of Commerce, and NOAA policy.  In determining/verifying the actual costs incurred, the Government will retain the right to audit the costs incurred by the contractor and the contractor will, if requested by the Government, submit all records pertaining to a particular Call Order for this purpose. In accordance with FAR 42.1102 '*Policy*', past performance information shall be entered into the Contractor Performance Assessment Report System (CPARS) at least annually where applicable.

ANT_AR-0917

## Section 4 - Section 4

**CAR 1352.201-70 Contracting Officer's Authority. (MAR 2010)**

**CAR 1352.209-73 Compliance with the laws. (APR 2010)**

**CAR 1352.209-74 Organizational conflict of interest. (APR 2010)**

**CAR 1352.228-71 Deductibles under required insurance coverage-cost reimbursement. (APR 2010)**

**CAR 1352.228-72 Deductibles under required insurance coverage-fixed price. (APR 2010)**

**CAR 1352.231-71 Duplication of effort. (APR 2010)**

**CAR 1352.237-70 Security processing requirements-high or moderate risk contracts. (APR 2010)**

**CAR 1352.237-73 Foreign national visitor and guest access to departmental resources. (APR 2010)**

(a) The contractor shall comply with the provisions of Department Administrative Order 207-12, Foreign National Visitor and Guest Access Program; Bureau of Industry and Security Export Administrative Regulations Part 734, and [insert operating unit counsel specific procedures]. The contractor shall provide the Government with notice of foreign nationals requiring access to any Department of Commerce facility or through a Department of Commerce IT system.

(b) The contractor shall identify each foreign national who requires access to any Departmental resources, and shall provide all requested information in writing to the Contracting Officer's Representative.

(c) The contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of clause)

**CAR 1352.239-72 Security requirements for information technology resources. (APR 2010)**

(a) *Applicability*. This clause is applicable to all contracts that require contractor electronic access to Department of Commerce sensitive non-national security or national security information contained in systems, or administrative control of systems by a contractor that process or store information that directly supports the mission of the Agency.

(b) *Definitions*. For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (Pub. L. 100-235), including the following definition of the term:

(1) Sensitive information is " * * * any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

1305M226A0005 BASE

(2) For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information. Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

(3) Information technology resources include, but are not limited to, hardware, application software, system software, and information (data). Information technology services include, but are not limited to, the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) The contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the contractor.

(d) All contractor personnel performing under this contract and contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC *Information Technology Management Handbook* (*see* DOC, Office of the Chief Information Officer Web site), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [insert agency or operating unit counsel specific guidance, if applicable].

(e) Contractor personnel requiring a user account for access to systems operated by the contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, *Security Processing Requirements for Service Contracts*.

(f) Within 5 days after contract award, the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with *DOC IT Security Program Policy*, chapter 15, section 15.3. The COR will inform the contractor of any other available DOC training resources. Annually thereafter the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the *DOC IT Security Program Policy*.

(g) Within 5 days of contract award, the contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209-72, *Restrictions Against Disclosures*.

(h) The contractor shall afford DOC, including the Office of Inspector General, access to the contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

(i) For all contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the contractor shall provide, implement, and maintain a System Accreditation Package in accordance with the *DOC IT Security Program Policy*. Specifically, the contractor shall:

(1) Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with *DOC IT Security Program Policy* and [Insert agency or operating unit counsel specific guidance, if applicable]. The Certification Work Plan, approved by the COR, in consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the contractor of the system that will process DOC data or connect to DOC networks. Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

(2) Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC *IT Security Program Policy* Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Package portions of the System Accreditation Package for approval and system accreditation by an appointed DOC official.

(3) Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Package, and assist the COR in annual assessments of control effectiveness in accordance with DOC *IT Security Program Policy*, Section 6.3.1.1.

(j) The contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of clause)

**RFO 52.203-12 Limitation on Payments to Influence Certain Federal Transactions. (JUN 2020)**

**RFO 52.203-19 Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements. (JAN 2017)**

**RFO 52.208-9 CONTRACTOR USE OF MANDATORY SOURCES OF SUPPLY OR SERVICES. (MAY 2014) (Deviation JAN 2026)**

ANT_AR-0920

RFO 52.208-90 GOVERNMENT SUPPLY SOURCES. (Deviation JAN 2026)

RFO 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, PROPOSED FOR DEBARMENT, OR VOLUNTARILY EXCLUDED. (JAN 2025) (Deviation JAN 2026)

RFO 52.240-93 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS. (Deviation JAN 2026)

CAR 1352.201-72 Contracting Officer's Representative (COR). (APR 2010)

a.   Redacted   is hereby designated as the Contracting Officer's Representative (COR). The COR may be changed at any time by the Government without prior notice to the Contractor by a unilateral modification to the Contract.

b.   The COR's contact information is as follows:

| NAME: | Bobby Martinez |
|---|---|
| ADDRESS: | Central Processing (W/CP)<br>U. S. Department of Commerce/NOAA/NWS<br>1325 East West Hwy<br>SSMC-2, Room 12326<br>Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 301-427-9240 |

The Alternate COR's (ACOR's) contact information is as follows:

| NAME: | Tingyuan (Charlie) Yang |
|---|---|
| ADDRESS: | DOC/NOAA/NWS/OPPSD/CP/Portfolio Management Branch<br>Rm 12410, SSMC 2, 1325 East West Hwy, Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 240-624-0354 |

The Alternate COR's (ACOR's) contact information is as follows:

| NAME: | Dwaine Hood |
|---|---|
| ADDRESS: | Central Processing (W/CP)<br>U. S. Department of Commerce/NOAA/NWS<br>1325 East West Hwy<br>SSMC-2, Room 15130<br>Silver Spring, MD 20910 |
| EMAIL: | Redacted |
| TELEPHONE NUMBER: | 301-818-3913 |

c.   The responsibilities and limitations of the COR are as follows:

1. The COR is responsible for the technical aspects of the project and serves as technical liaison with the Contractor. The COR is also responsible for the final inspection and acceptance of all services delivered, deliverables and reports, and such other responsibilities as may be specified in the contract.

2. The COR is not authorized to make any commitments or otherwise obligate the Government or authorize any changes which affect the contract price, terms, or conditions. Any Contractor request for changes shall be referred to the Contracting Officer directly or through the COR. No such changes shall be made without the expressed prior authorization of the Contracting Officer. The Contracting Officer may designate assistant or alternate COR(s) to act for the COR by naming such assistant/alternate(s) in writing and transmitting a copy of such designation to the Contractor.

(End of clause)

**CAR 1352.216-74 Task orders. (APR 2010)**

(a) In task order contracts, all work shall be initiated only by issuance of fully executed task orders issued by the Contracting Officer. The work to be performed under these orders must be within the scope of the contract. The Government is only liable for labor hours and costs expended under the terms and conditions of this contract to the extent that a fully executed task order has been issued and covers the required work and costs. Charges for any work not authorized shall be disallowed.

(b) For each task order under the contract, the Contracting Office shall send a request for proposal to the contractor(s). The request will contain a detailed description of the tasks to be achieved, a schedule for completion of the task order, and deliverables to be provided by the contractor.

(c) The contractor shall submit a proposal defining the technical approach to be taken to complete the task order, work schedule and proposed cost/price.

(d) After any necessary negotiations, the contractor shall submit a final proposal.

(e) Task orders will be considered fully executed upon signature of the Contracting Officer. The contractor shall begin work on the task order in accordance with the effective date of the order.

(f) The contractor shall notify the Contracting Officer of any instructions or guidance given that may impact the cost, schedule or deliverables of the task order. A formal modification to the task order must be issued by the Contracting Officer before any changes can be made.

(g) Task orders may be placed during the period of performance of the contract. Labor rates applicable to hours expended in performance of an order will be the contract rates that are in effect at the time the task order is issued.

(h) If multiple awards are made by the Government, the CO shall provide each awardee a fair opportunity to be considered for each task order over the micro-purchase threshold unless one of the exceptions at FAR 16.505(b) applies.

(End of clause)

**CAR 1352.228-70 Insurance coverage. (APR 2010)**

(a) Workers Compensation and Employer's Liability. The contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 shall be required, except in states with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.

(b) General liability. (1) The contractor shall have bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

> (2) When special circumstances apply in accordance with FAR 28.307-2(b), Property Damage Liability Insurance shall be required in the amount of $50,000.00.

(c) Automobile liability. The contractor shall have automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.

(d) Aircraft public and passenger liability. When aircraft are used in connection with performing the contract, the contractor shall have aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per person and $500,000 per occurrence for bodily injury, other than passenger liability, and $200,000 per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

(e) Vessel liability. When contract performance involves use of vessels, the Contractor shall provide, vessel collision liability and protection and indemnity liability insurance as determined by the Government.

(End of clause)

**CAR 1352.237-74 Progress reports. (APR 2010)**

**\*This section applies to all work performed at the call order level.**

The Contractor shall submit, to the Government, a progress report one month after the effective date of the contract and every month thereafter during the period of performance. The Contractor shall deliver progress reports that summarize the work completed during the month, the work forecast for the following month, and report the metrics. The report shall also include any additional information-including findings and recommendations-that may assist the Government in evaluating progress under this contract. The first report shall include a detailed work outline of the project and the Contractor's

planned phasing of work by reporting period. Progress reports shall be submitted in the first week of the month following the effective date of the contract, and in the first week of every month thereafter during the period of performance.

(End of clause)

**CAR 1352.237-75 Key personnel. (APR 2010)**

*The Contractor shall provide initial Key Personnel information at the post-award kick-off meeting, as part of the submission of the Project Management Plan. The Key Personnel identified at that time will be incorporated into the contract and managed in accordance with the requirements below.

(a) The contractor shall assign to this contract the following key personnel:

| Name | Position |
|---|---|
| Specified in the individual Call Orders issued under this BPA | Program Manager |
| Specified in the individual Call Orders issued under this BPA | Technical Solutions Lead |

(b) The contractor shall obtain the consent of the Contracting Officer prior to making key personnel substitutions. Replacements for key personnel must possess qualifications equal to or exceeding the qualifications of the personnel being replaced, unless an exception is approved by the Contracting Officer.

(c) Requests for changes in key personnel shall be submitted to the Contracting Officer at least 15 working days prior to making any permanent substitutions. The request should contain a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. The Contracting Officer will notify the contractor within 10 working days after receipt of all required information of the decision on substitutions. The contract will be modified to reflect any approved changes.

(End of clause)

**CAR 1352.242-70 Postaward conference. (APR 2010)**

A postaward conference with the successful offeror may be required. If required, the Contracting Officer will contact the contractor within 10 days of contract award to arrange the conference.

(End of clause)

**CAR 1352.245-70 Government furnished property. (APR 2010)**

The Government will provide the following item(s) of Government property to the contractor . The contractor shall be accountable for, and have stewardship of, the property in the performance of this contract. This property shall be used and maintained by the contractor in accordance with provisions of the "Government Property" clause included in this contract.

*Specified in the individual Call Orders issued under this BPA

(End of clause)

**CAR 1352.246-70 Place of acceptance. (APR 2010)**

(a) The Contracting Officer or the duly authorized representative will accept supplies and services to be provided under this contract.

(b) The place of acceptance will be:

*Specified in the individual Call Orders issued under this BPA.

(End of clause)

**CAR 1352.270-70 Period of performance. (APR 2010)**

(a) The base period of performance of this contract is from February 15, 2026 through February 14, 2031.

(b) The Government may extend the ordering period up to six months at the rates specified in the BPA if the Government exercises FAR 52.217-8, Option to Extend Services.

(c) The notice requirements for unilateral exercise of option periods are set out in FAR 52.217-8.

(End of clause)

**NOAA Acquisition Manual 1330-52.203-71 NOTICE OF POST-GOVERNMENT EMPLOYMENT RESTRICTIONS (OCT 2015)**

By submission of an offer in response to a NOAA solicitation or acceptance of a contract, the contractor acknowledges the restriction on current NOAA employees regarding contact with offerors regarding prospective employment and the corresponding obligations for contractors who engage them. The contractor further acknowledges that it has provided notice to former NOAA employees who will provide service to NOAA under the contract of post-Government employment restrictions that apply to them. Such restrictions include, but are not limited to, those set forth in:

(a) 41 U.S.C. § 2103 regarding contacts between a Federal employee working on a procurement and an offeror about prospective employment;

(b) 18 U.S.C. § 207 regarding the restrictions on former Federal employees having contact with a Federal agency on behalf of another person or entity concerning a specific party matter with which the former employee was involved as a Federal employee or for which the former Federal employee had official responsibility;

(c) 18 U.S.C. § 207 regarding the restrictions on former senior employees and senior political employees from having contact with his former Federal agency on behalf of another person or entity concerning any official matter; and

(d) 41 U.S.C. § 2104 regarding the restrictions on a former Federal employee involved in an acquisition over $10,000,000 from accepting compensation from a contractor.

1305M226A0005 BASE

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.215-70 SCHEDULE OF DELIVERABLES (SEPT 2005)**

The following is a schedule of all deliverables, including administrative deliverables, required during the period of performance of this BPA.

Call Order-specific deliverables, those unique to the technical, functional, or performance requirements of an individual Call Order, will be expressly stated within each Call Order.  Call Order deliverables will be in addition to, and not in lieu of, the BPA-level deliverables listed below.

| Item | Description | Quantity | Due Date | Medium/Format* | Deliver To | Reference |
|---|---|---|---|---|---|---|
| 0001 | Kickoff Meeting / Postaward Conference | 1 | With coordination from the COR | With coordination from the COR | COR/CO/NWS Assessment Lead | CAR 1352.242-70 |
| 0002 | Monthly Progress Report | 1 | By the 15th of every month | Via email or Google Docs | COR/CO | CAR 1352.237-74 |

*Medium/Format can be updated with COR approval on a case-by-case basis.

End of Clause

**NOAA Acquisition Manual 1330-52.222-70 NOAA SEXUAL ASSAULT AND SEXUAL HARASSMENT PREVENTION AND RESPONSE POLICY (MAY 2018)**

In accordance with NOAA Administrative Order (NAO) 202-1106, NOAA Sexual Assault and Sexual Harassment Prevention and Response Policy, it is the policy of NOAA to maintain a work environment free from sexual assault and sexual harassment. NOAA prohibits sexual assault and sexual harassment by or of any employee, supervisor, manager, contractor, vendor, affiliate, or other individual with whom NOAA employees come into contact by the virtue of their work for NOAA.

(a) Definitions.

Contractor Employees - The term "contractor employees," as used in this solicitation and contract language, refers to employees of the prime contractor or its subcontractors, affiliates, consultants, or team members.

Sexual Assault - The term sexual assault, as used in this solicitation and contract language, means any conduct proscribed by state or federal sexual abuse laws, including, but not limited to, those defined in chapter 109A of title 18 of the U.S. Code (sexual abuse), and assaults committed both by offenders who are strangers to the victim and by offenders who are known or related by blood or marriage to the victim.

Sexual Harassment - As defined by the Equal Employment Opportunity Commission, sexual harassment is a form of sex discrimination that violates Title VII of the Civil Rights Act of 1964. It includes unwelcome

ANT_AR-0926

sexual advances, requests for sexual favors, and other verbal, non-verbal, or physical conduct of a sexual nature when any of the following are true:

● Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;

● Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual;

● The conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive working environment.

The main characteristics of sexual harassment are that the harasser's conduct is targeted against the recipient's sex, gender identity, or sexual orientation, and is unwelcome to the recipient. It may include, but is not limited to: offensive jokes, slurs, epithets or name calling, undue attention, physical assaults or threats, unwelcome touching or contact, intimidation, ridicule or mockery, insults or put-downs, constant or unwelcome questions about an individual's identity, and offensive objects or pictures.

(b) Requirements.

1. It is the responsibility of the contractor to ensure that contractor employees maintain the highest degree of conduct and standards in performance of the contract. In support of this, NOAA urges its contractors to develop and enforce comprehensive company policy addressing sexual assault and sexual harassment.

2. The contractor shall include wording substantially the same as this solicitation and contract language in every subcontract so that it is binding upon each subcontractor.

3. If a contractor employee observes or is the object of sexual assault or sexual harassment, he or she is highly encouraged to report the matter, as soon as possible, to their immediate supervisor, the COR, subset of the COR (e.g. Task Manager or Assistant COR), or contracting officer (CO) if a COR is not assigned to the contract. The contract employee may also contact the NOAA Civil Rights Office to obtain guidance on reporting instances of sexual assault or sexual harassment. If deemed necessary, the contractor employee may also report such instances to local law enforcement. In the case where the incident occurs while performing at a remote location, such as at sea or in the field (at a field camp or other isolated location) where the above referenced individuals are unavailable, the contractor employee should follow the reporting procedure set forth in NAO 202-1106, Section 6.07, Reporting from Remote Locations.

4. Swift reporting allows NOAA and the contractor to take the appropriate measures to ensure that offensive behavior stops and the complainants' needs are addressed.

5. The COR (if assigned), CO, and contractor, where applicable, will work together to ensure appropriate action is taken in accordance with applicable laws and regulations, contract terms and conditions, and the contractor's written policy (where applicable).

6. The contractor shall provide all contractor employees assigned to perform under this contract with mandatory sexual assault and sexual harassment prevention and response training in compliance with the requirements of NAO 202-1106, Section 5, Prevention Training and Awareness, as part of their initial

in-processing and on an annual basis thereafter. The initial training shall be completed within [ ] business days (30 unless a different number is inserted) of contract award or the date a contractor employee is assigned to perform under the contract, as applicable.

Evidence of initial training by name and date completed for each contractor employee, shall be submitted to the COR or contracting officer (if no COR assigned) within 10 business days of completion.

Evidence of annual training by name and date completed for each contractor employee shall be submitted to the COR or contracting officer (if no COR assigned) no later than March 1st of each calendar year of contract performance.

7. The mandatory sexual assault and sexual harassment training provided by the contractor shall include the required elements set forth by NOAA's Workplace Violence Program Manager. A link to the website including the required elements of the training is provided at https://www.noaa.gov/organization/acquisition-grants/noaa-workplace-harassment-training-for-contractors-and-financial. The website will also provide training materials and resources to assist the contractor in conducting the training. The contractor may provide training that solely addresses the NOAA required elements or may supplement existing company sexual assault and sexual harassment training in a manner that ensures all of the elements are adequately addressed.

8. The required elements of the training and resources available to the contractor for the training may be updated by NOAA periodically. The contractor is responsible for monitoring the website and incorporating any changes to the NOAA required elements into the contractor provided training.

9. NOAA's Workplace Violence Program Manager, COR, or CO may periodically review the contractor's training outline to ensure all required elements are included and, if necessary, any appropriate adjustments are made to the training by the contractor.

10. Contractor employees performing on assignments in a remote location, such as at a field camp or other isolated locations, are subject to receiving the same briefing on the parameters of the order provided to NOAA employees as set forth in Section 6 of NAO 202-1106.

11. The contractor shall provide a copy of this solicitation and contract language and NAO 202-1106 to contractor employees.

(c) Sexual Assault/Sexual Harassment (SASH) Helpline.

For NOAA employees, affiliates, and contractors who have experienced sexual assault or sexual harassment, NOAA has established the NOAA Sexual Assault/Sexual Harassment (SASH) helpline. This helpline is designed to provide crisis intervention, referrals, and emotional support to those who are victims and/or survivors of sexual harassment or sexual assault within the workplace. Contractor employees may use the helpline to receive live, confidential, one-on-one support in an occurrence of sexual harassment or assault by a Federal Government employee.

All services are anonymous, secure, and available worldwide, 24 hours a day, seven days a week. The NOAA SASH helpline is accessible through a variety of channels, including:

● Phone: 1-866-288-6558

ANT_AR-0928

● Website & Online Chat: https://www.noaasashhelpline.org/

● Mobile App: NOAA SASH Helpline (available via iOS and Android App Stores)

● Text: (202) 335-0265

(d) Confidentiality.

Any party receiving information from the filing of a complaint alleging sexual assault or sexual harassment, or while performing an investigation into such a complaint, shall keep the information confidential. "Confidentiality" means that the information shall only be shared with others who have a need to know the information to conduct their official duties.

(e) Remedies.

In addition to other remedies available to the Government, contractor employee violations of Federal requirements (e.g., law, statutes, executive orders, code, rules, regulations) applicable to sexual assault and sexual harassment and/or failure to complete the mandatory training set forth in this solicitation and contract language, may result in:

1. Requiring the contractor to remove a contractor employee or employees from the performance of the contract;

2. Requiring the contractor to terminate a subcontract;

3. Suspension of contract payments until the Contractor has taken appropriate remedial action;

4. Termination of the contract for default or cause, in accordance with the termination clause of this contract;

5. Suspension or debarment; or

6. Other appropriate action.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-70 NOAA LIMITATION OF FUNDS ON TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (MAY 2015)**

It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price of TO BE COMPLETED AT THE CALL ORDER LEVEL. Funds in the amount of TO BE COMPLETED AT THE CALL ORDER LEVEL are hereby allotted. The balance of this contract's estimated ceiling will be allotted upon availability of funds through a unilateral modification(s).

(a) The parties estimate that performance of this contract will not cost the Government more than the ceiling amount specified in the contract. The contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within the ceiling amount.

(b) The Schedule specifies the amount of funds presently available for payment by the Government and allotted to this contract as well as the items covered. The parties contemplate that the Government will

allot additional funds incrementally to the contract up to the full estimated cost to the Government specified in the Schedule, provided that funds become available. The contractor agrees to perform work on the contract up to the point at which the total amount paid and payable by the Government under the contract approximates but does not exceed the total amount actually allotted by the Government to the contract.

(c) The contractor shall notify the contracting officer in writing whenever it has reason to believe that the costs it expects to incur under this contract in the next 60 days, when added to all costs previously incurred, will exceed 85% of the total funded amount so far allotted to the contract by the Government. The notice shall state the additional funds required to continue performance for the period specified in the Schedule.

(d) Except as required by other provisions of this contract, specifically citing and stated to be an exception to this solicitation and contract language –

1. The Government is not obligated to reimburse the contractor for costs incurred in excess of the total amount allotted by the Government to this contract; and

2. The contractor is not obligated to continue performance under this contract or otherwise incur costs in excess of the amount then allotted to the contract by the Government until the contracting officer notifies the contractor in writing that the amount allotted by the Government has been increased and specifies an increased amount, which shall then constitute the total amount allotted by the Government to this contract.

(e) Change orders shall not be considered an authorization to exceed the amount allotted by the Government specified in the Schedule, unless they contain a statement increasing the amount allotted.

(f) Nothing in this language shall affect the right of the Government to terminate this contract. If this contract is terminated, the Government and the contractor shall negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.232-71 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (FEB 2023)**

The Contractor must submit payment requests electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP). The Contractor must use the IPP website to register, access, and submit payment requests. The IPP website address is https://www.ipp.gov.

"Payment request" means any request for contract financing payment or invoice payment to the Contractor. To be considered proper, invoices must be prepared in accordance with, and contain all elements specified in, the contract payment clause (e.g., FAR 52.212-4(g), FAR 52.232-25(a)(3), FAR 52.232-26(a)(2), FAR 52.232-27(a)(2)).

The Contractor must include the following documents as attachments to payment requests submitted through the IPP: [Contracting Officer list required invoice attachment(s); none if left blank].

If the Contractor is unable to comply with the requirement to submit payment requests through the IPP due to a threat to national security; a matter of unusual or compelling urgency; or because the political, financial, or communications infrastructure of a foreign country does not support access to the IPP, the Contractor must request an exception in writing. Contact the Contracting Officer for more information about requesting an exception.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-70 CONTRACTOR COMMUNICATIONS**

(a) A contractor employee shall be identified both by the individual's name and the contractor's name when:

● Included in NOAA's locator, and

● When submitting any type of electronic correspondence to any NOAA employee or stakeholder.

(b) Any written correspondence from a contractor or any contractor employee shall be printed on company/organization letterhead or otherwise clearly identify the sender as an employee of the company or organization and shall identify the contract number.

(c) Contractors and/or contractor employees shall clearly identify themselves as such in any verbal communications, whether in informal discussion or a formal meeting.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-71 NOAA GOVERNMENT-CONTRACTOR RELATIONS - NON-PERSONAL SERVICES CONTRACT (SEPT 2017)**

(a) The Government and the contractor understand and agree that the services to be delivered under this contract by the contractor to the Government are non-personal services as defined in FAR Part 37, Service Contracting, and the parties recognize and agree that no employer-employee relationship exists or will exist under the contract between the Government and the contractor's personnel. It is, therefore, in the best interest of the Government to afford both parties an understanding of their respective obligations.

(b) Contractor personnel under this contract shall not:

1. Be placed in a position where they are under relatively continuous supervision and control of a Government employee.

2. Be placed in a position of command, supervision, administration, or control over Government personnel or over personnel of other contractors performing under other NOAA contracts.

(c) The services to be performed under this contract do not require the contractor or the contractor's personnel to exercise personal judgment and discretion on behalf of the Government. Rather, the contractor's personnel will act and exercise personal judgment and discretion on behalf of the contractor.

(d) Rules, regulations, directives, and requirements that are issued by the Department of Commerce and NOAA under its responsibility for good order, administration, and security are applicable to all personnel who enter the Government installation and facilities, who are provided access to Government systems, or who travel on Government transportation. This is not to be construed or interpreted to establish any degree of Government control that is inconsistent with a non-personal services contract.

(e) Both parties are responsible for monitoring contract activities for indications of improper employee-employer relationships during performance. In the event a situation or occurrence takes place inconsistent with this contract language, the following applies:

1. The contractor shall notify the contracting officer in writing within 5 business days from the date of any situation or occurrence where the contractor considers specific contract activity to be inconsistent with the intent of this contract language. The notice must include the date, nature and circumstance of the situation or occurrence, the name, function and activity of each Government employee or contractor employee involved or knowledgeable about the situation or occurrence, provide any documents or the substance of any oral communications related to the activity, and an estimated date by which the Government is recommended to respond to the notice in order to minimize cost, delay, or disruption of performance.

2. The contracting officer will review the information provided by the contractor, obtain additional information (if needed), and respond in writing as soon as practicable after receipt of the notification from the contractor. The contracting officer's response will provide a decision on whether the contracting officer determines the situation or occurrence to be inconsistent with the intent of this contract language and, if deemed necessary, will specify any corrective action(s) to be taken in order to resolve the issue.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.237-72 CONTRACTOR ACCESS TO NOAA FACILITIES (SEPT 2017)**

(a)

1. The performance of this contract requires employees of the prime contractor or its subcontractors, affiliates, consultants, or team members ("contractor employees") to have access to and to the extent authorized, mobility within, a NOAA facility.

2. NOAA may close and or otherwise deny contractor employees access to a NOAA facility for a portion of a business day or longer for various reasons including, but not limited, to the following events:

i. Federal public holidays for Federal employees in accordance with 5 U.S.C. 6103;

ii. Fires, floods, earthquakes, and unusually severe weather, including but not limited to snow storms, tornadoes, and hurricanes;

iii. Occupational safety or health hazards;

iv. Lapse in Appropriations; or

v. Federal Statute, Executive Order, Presidential Proclamation, or any other unforeseen reason.

3. In such events, the contractor employees may be denied access to a NOAA facility that is ordinarily available for the contractor to perform work or make delivery, as required by the contract.

(b) In all instances where contractors are denied access or required to vacate a NOAA facility, in part or in whole, the contractor shall be responsible to ensure contractor personnel working under the contract comply. If the circumstances permit, the contracting officer will provide direction to the contractor, either directly or through the COR, which could include continuing on-site performance during the NOAA facility closure period; however, if Government oversight is required and is not available, on-site performance shall not be allowed. In the absence of such direction, the contractor shall exercise sound judgment to minimize unnecessary contract costs and performance impacts, for example, performing required work off- site if possible or reassigning personnel to other activities if appropriate.

(c) The contractor shall be responsible for monitoring the Office of Personnel Management at opm.gov, the local radio, television stations, NOAA web sites, and other communication channels. Once the facility is accessible, the contractor shall resume contract performance as required by the contract.

(d) For the period that NOAA facilities were not accessible to contractors who required access in order to perform the services, the contracting officer may—

1. Adjust the contract performance or delivery schedule for a period equivalent to the period the NOAA facility was not accessible;

2. Forego the work; or

3. Reschedule the work by mutual agreement of the parties.

(e) Notification procedures of a NOAA facility closure, including contractor denial of access, are as follows:

1. The contractor shall be responsible for notification of its employees of the NOAA facility closure to include denial of access to the NOAA facility. The dismissal of NOAA employees in accordance with statute and regulations providing for such dismissals shall not, in itself, equate to a NOAA facility closure in which contractors are denied access. Moreover, the leave status of NOAA employees shall not be conveyed or imputed to contractor personnel. Accordingly, unless a NOAA facility is closed and the contractor is denied access to the facility, the contractor shall continue performance in accordance with the contract.

2. Access to Government facilities and resources, including equipment and systems, will be limited and personnel necessary to administer contract performance may not be available. Generally, supply and service contracts that are funded beyond the date of the lapse in appropriation and do not require access to Government facilities, active administration by Government personnel or the use of Government resources in a manner that would cause the Government to incur additional obligations during the lapse in appropriation may continue. If a delivery date for a contract falls during the period of a lapse in appropriations, Government personnel may not be available to receive delivery. Contractors are directed to consult with a contracting officer before attempting to make a delivery. Contracting officers will be available throughout the lapse in appropriation period to provide guidance.

Once OMB guidance is given, CORs, in consultation with the contracting officer, will notify those contractors that are deemed by the Program Office to be performing excepted work and identify the

contractor personnel requiring access to NOAA facilities. CORs will also coordinate directly with facility management or physical security personnel at respective locations to ensure that the names of contractor personnel requiring access to Government facilities during the lapse in appropriations are provided to physical security personnel.

Contractors who are not designated as performing excepted work are not allowed access to Government facilities or to utilize Government resources in a manner that would incur any additional obligation of funding on behalf of the Government during the lapse in appropriation.

3. Unless otherwise specified within the contract award, contractors requiring access to NOAA facilities outside normal business hours or outside the normal workweek shall submit a written request in writing through the COR to the contracting officer. The written request shall provide justification supporting the required access and be submitted 72 hours hours/days (contracting officer insert number of days. If blank, 72 hours applies) before access to the NOAA facility is needed.

(End of solicitation and contract language)

**NOAA Acquisition Manual 1330-52.239-170 INCIDENT/EMERGENCY MANAGEMENT (OCT 2005)**

All incident management software or services shall comply with the most current version of the OASIS Common Alerting Protocol standard.

(End of solicitation and contract language)

**RFO 52.217-8 Option To Extend Services. (NOV 1999) (This clause applies at the Call Order level)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor within 30 days prior to the expiration of the BPA or any Call Order issued thereunder.

Inclusion of FAR Clause 52.217-8, Option to Extend Services, in the BPA is for use by the Government to address potential situations such as delays in award, transition challenges, administrative processing delays, or other circumstances that create a gap between the expiration of an order and the establishment of follow-on coverage.  The option will be exercised when necessary to maintain uninterrupted services as needed at any time during the life of the BPA using the rates applicable at the time of exercise.

(End of clause)

**RFO 52.240-91 SECURITY PROHIBITIONS AND EXCLUSIONS. (Deviation JAN 2026)**

(a) *Definitions*. As used in this clause-

*American Security Drone Act-covered foreign entity* means an entity included on a list that the Federal Acquisition Security Council (FASC) develops and maintains and publishes in the System

1305M226A0005 BASE

for Award Management (SAM) at https://www.sam.gov (section 1822 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (e.g., connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (e.g., fiber optic, coaxial cable, Ethernet).

*Covered application* means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.

*Covered article*, as defined in 41 U.S.C. 4713(k), means:

> (1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;

> (2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);

> (3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or

> (4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means-

> (1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

> (2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

> (3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

> (4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means-

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled-

> (i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

> (ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*FASC-prohibited unmanned aircraft system* means an unmanned aircraft system manufactured or assembled by an American Security Drone Act-covered foreign entity.

*FASCSA order* means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring removing covered articles from executive agency information systems or excluding one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):

> (1) The Secretary of Homeland Security may issue FASCSA orders that apply to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.

> (2) The Secretary of Defense may issue FASCSA orders that apply to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.

> (3) The Director of National Intelligence (DNI) may issue FASCSA orders that apply to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

ANT_AR-0936

*Information technology*, as defined in 40 U.S.C. 11101(6)-

(1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use-

(i) Of that equipment; or

(ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;

(2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but

(3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.

*Intelligence community*, as defined by 50 U.S.C. 3003(4), means the following-

(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;

(3) The National Security Agency;

(4) The Defense Intelligence Agency;

(5) The National Geospatial-Intelligence Agency;

(6) The National Reconnaissance Office;

(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

ANT_AR-0937

(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (e.g., connecting a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Kaspersky Lab-covered article* means any hardware, software, or service that-

(1) Is developed or provided by a Kaspersky Lab-covered entity;

(2) Includes any hardware, software, or service developed or provided in whole or in part by a Kaspersky Lab-covered entity; or

(3) Contains components using any hardware or software developed in whole or in part by a Kaspersky Lab-covered entity.

*Kaspersky Lab-covered entity* means-

(1) Kaspersky Lab;

(2) Any successor entity to Kaspersky Lab, including any change in name, e.g., "Kaspersky";

(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or

(4) Any entity of which Kaspersky Lab has a majority ownership.

*National security system*, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency-

(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

*Roaming* means cellular communications services (e.g., voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Sensitive compartmented information* means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

*Sensitive compartmented information system* means a national security system authorized to process or store sensitive compartmented information.

*Source* means a non-Federal supplier, or potential supplier, of products or services, at any tier.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned directly by a parent corporation or through another subsidiary of a parent corporation.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

*Unmanned aircraft* means an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft (49 U.S.C. 44801(11)).

*Unmanned aircraft system* means an unmanned aircraft and associated elements (including communication links and the components that control the unmanned aircraft) that are required for the operator to operate safely and efficiently in the national airspace system (49 U.S.C. 44801(12)).

(b) *Prohibitions on providing or using specific products or services in performance of contract.* Unless a waiver or exception applies, the Contractor is prohibited from providing any products or services to the Government or using in the performance of the contract any of the following:

> (1) A covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees (section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328));

> (2) A Kaspersky Lab-covered article (Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91));

> (3) Covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system (paragraphs (a)(1)(A) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)). This does not prohibit contractors from providing-

>> (i) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) Prohibition on unmanned aircraft systems manufactured or assembled by American Security Drone Act-covered foreign entities.

(1) Prohibition. The Contractor is prohibited from-

(i) Delivering any FASC-prohibited unmanned aircraft system, which includes unmanned aircraft (i.e., drones) and associated elements (sections 1823 and 1826 of American Security Drone Act of 2023, within the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31, Div. A, Title XVIII, Subtitle B, 41 U.S.C. 3901 note prec.);

(ii) On or after December 22, 2025, operating a FASC-prohibited unmanned aircraft system in the performance of the contract (section 1824 of Pub. L. 118-31); and

(iii) On or after December 22, 2025, using Federal funds to procure or operate a FASC-prohibited unmanned aircraft system (section 1825 of Pub. L. 118-31).

(2) *Procedures*. The Contractor shall search SAM for the FASC-maintained list of American Security Drone Act-covered foreign entities before proposing, or using in performance of the contract, any unmanned aircraft system. Also, the Contractor shall ensure any effort or expenditure associated with a FASC-prohibited unmanned aircraft system is consistent with a corresponding exemption, exception, or waiver determination expressly stated in the contract.

(3) *Exemptions, exceptions, and waivers*. The prohibitions in paragraph (c) of this clause do not apply where the agency has determined an exemption, exception, or waiver applies, and the contract indicates that such a determination has been made. See sections 1823 through 1825 and 1832 of Public Law 118-31 for statutory requirements pertaining to exemptions, exceptions, and waivers.

(d) *Prohibition on using or providing specific products or services or conducting certain transactions regardless of connection to contract*.

(1) *Certain telecommunications and video surveillance equipment, systems, or services*.

(i) Unless an applicable waiver has been issued by the Government, the Contractor cannot use any equipment, systems, or services that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system (paragraph (a)(1)(B) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)).

1305M226A0005 BASE

(ii) This prohibition applies to using covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. This does not prohibit the contractor from using-

(A) A service that connects to the facilities of a third party, such as backhaul, roaming, or interconnection arrangements; or

(B) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) *Office of Foreign Assets Control Restrictions*.

(i) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.

(ii) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas.

(A) For lists of entities and individuals subject to economic sanctions, see OFAC's List of Specially Designated Nationals and Blocked Persons at https://home.treasury.gov/policy-issues/financial-sanctions/specially-designated-nationals-and-blocked-persons-list-sdn-human-readable-lists.

(B) For more information about these restrictions, as well as updates, see OFAC's regulations at 31 CFR chapter V and at https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information.

(C) To conduct electronic screens of potential parties to regulated transactions, see the consolidated screening list at https://www.trade.gov/consolidated-screening-list, which consolidates multiple export screening lists of the Departments of Commerce, State, and the Treasury.

(3) *Sudan prohibition*. The Contractor is prohibited from conducting any restricted business operations in Sudan in accordance with Accountability and Divestment Act of 2007 (Pub. L. 110-174).

(4) *Iran prohibitions*.

(i) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, the contractor shall not engage in certain activities

or transactions relating to Iran (section 6(b)(1)(A) of Iran Sanctions Act (50 U.S.C. 1701 note).

(ii) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, contractor shall not export certain sensitive technology to Iran, as determined by the President, and has an active exclusion in SAM (22 U.S.C. 8515).

(iii) The prohibition in paragraphs (d)(4)(i) and (d)(4)(ii) do not apply if the acquisition is subject to trade agreements and the offeror certifies that all the offered products are designated country end products or designated country construction material (see part 25).

(iv) Unless an exception applies or the Government grants a waiver, contractors are prohibited from knowingly engaging in any significant transaction (i.e., over $15,000) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked according to the International Emergency Economic Powers Act (section 6(b)(1)(B) of Iran Sanctions Act (50 U.S.C. 1701 note)).

(e) *Governmentwide exclusion and removal orders*.

(1) Unless the Government has issued an applicable waiver, contractors shall not provide or use as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order as follows:

(i) For solicitations and contracts awarded by a Department of Defense contracting office, DoD FASCSA orders apply.

(ii) For all other solicitations and contracts, DHS FASCSA orders apply.

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders.

(3) The Government may identify in the solicitation other FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resulting contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 40.204-1(c)).

(f) *Reasonable inquiry*. The contractor shall conduct a reasonable inquiry to determine if there are any prohibited products or services. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(g) *Removal of prohibited products and services*. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the

performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that this clause prohibits.

(h) *General report*.

(1) If the Contractor identifies or is notified by any source, (including a subcontractor at any tier), that any product or service provided or used (or to be provided or used) during contract performance does not comply with any prohibition in this clause, then the Contractor shall report the following information, or as much information is known, in writing to the contracting office as identified in paragraph (h)(2) within 72 hours:

(i) Contract number and order number, if applicable;

(ii) The specific prohibition the product or service is not complying with;

(iii) A description of the products or services that the Contractor identifies or has reason to suspect is prohibited (include brand; model number, such as the original equipment manufacturer (OEM) number, manufacturer part number, or wholesaler number; and item description, as applicable);

(iv) The entity that produced the product or service (include entity name, unique entity identifier, Contractor and Government Entity (CAGE) code, facilities responsible for design, fabrication, assembly, packaging, and test of the product, and whether the entity was the OEM or a distributor (provide manufacturer codes and distributor codes used for the product));

(v) Description of the functionality of the product or service and how that functionality impacts the risk to the product or service;

(vi) An explanation of any factors relevant to determining if the product or service should be permitted by an applicable exception, exemption, or waiver (if the contractor would like the Government to consider a waiver, and asks for such a waiver);

(vii) Whether alternative products or services are available that would comply with the prohibition;

(viii) If the product or service is related to item maintenance, include the following information on the item being maintained:

(A) Brand;

(B) Model number, OEM number, manufacturer part number, or wholesaler number; and

(C) Item description, as applicable.

(ix) Any readily available information about mitigation actions implemented or recommended.

(2) If a report must be submitted to a contracting office, the Contractor shall submit the report as follows:

(i) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.

(ii) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(iii) For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(3) If the report provided does not contain any of the information required by paragraph (h)(1) of this clause, and the contractor later discovers new information that is required by paragraph (h)(1) of this clause, then the contractor shall submit a subsequent report within 72 hours of discovering the new information.

(4) The contractor shall also report the information in paragraph (h)(1) if the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification.

(i) *New FASCSA orders report*.

(1) During contract performance, the Contractor shall review SAM at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (e) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(3) The Contractor shall submit a report to the contracting office identified in paragraph (h)(2) of this clause if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract performance and is subject to a FASCSA order(s). For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order. The Contractor shall report the following information within 72 hours for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order:

(i) Contract number and order number, if applicable;

(ii) Name of the covered article or source subject to a FASCSA order;

(iii) The specific FASCSA order the product or service does not comply with;

(iv) The elements of (h)(1)(iii) through (ix) of this clause.

(j) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (j) but excluding subparagraphs (d)(1) and (i)(1), in all subcontracts and other contractual instruments, including subcontracts for acquiring commercial products or commercial services.

(End of clause)

**RFO 52.252-2 Clauses Incorporated by Reference. (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
FAR: https://www.acquisition.gov/browse/index/far
CAR: https://www.acquisition.gov/car

(End of clause)

**4.1. TRAVEL**
Contractor travel under this BPA may be authorized in Call Orders issued as a result of this BPA. Travel must be priced and properly marked as an open market item per FAR 8.402(f). Prior approval must be granted in writing by the COR with a CC copy to the Contract Specialist and CO.

- FAR -  www.acquisition.gov/far
- FTR – www.gsa.gov/travel.
- DOCTH - https://www.commerce.gov/ofm/publications/handbooks-and-manuals/travel-management

a. All travel requests shall be submitted to the COR five business days prior to the departure date and shall include:
        1. The purpose of the trip
        2. The destination
        3. The duration (and times of initial departure and return)
        4. The number of personnel traveling, and their respective names and titles
        5. The estimated cost per person, including a breakdown of the costs for transportation (airfare, car rental, parking) and Meals and Incidental Expenses (M&IE).
b. Travel invoices shall include an affirmation signed by an authorized corporate representative stating that the costs being submitted are in compliance with the FTR and FAR Part 31, 'Contract Cost Principles and Procedures.'
c. If emergency travel is required, the Contractor must provide the information described above to the COR via e-mail, and submit a formal request as soon as practicable thereafter.
d. The Contractor will be reimbursed for reasonable, allocable and allowable travel and transportation expenses incurred under and for the performance of this contract. Determination of reasonableness,

ANT_AR-0945

1305M226A0005 BASE

allocability and allowability will be made by the COR or CO based on the applicable cost principles, and the particular needs of the project being implemented by this contract.

**4.2. HOLIDAYS AND ADMINISTRATIVE LEAVE**

The Department of Commerce, NOAA observes the following days as official Government holidays:

| Holiday | Date |
|---|---|
| New Year's Day | January 1 |
| Birthday of Martin Luther King, Jr. | The third Monday in January |
| Washington's Birthday* | The third Monday in February |
| Memorial Day | The last Monday in May |
| Juneteenth | June 19 |
| Independence Day | July 4 |
| Labor Day | The first Monday in September |
| Columbus Day | The second Monday in October |
| Veterans Day | November 11 |
| Thanksgiving Day | The fourth Thursday in November |
| Christmas Day | December 25 |

Reference: 5 U.S.C. §6103 Holidays

For specific dates please see the following: https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

a. In addition to the days designated as holidays, the Government observes the following days:

    1. Any other day designated by Federal Statute

    2. Any other day designated by Executive Order

    3. Any other day designated by a Presidential Proclamation

b. It is understood and agreed between the Government and the Contractor that observance of such days by Government personnel shall not otherwise be a reason for an additional period of performance, or entitlement to compensation except as set forth within the contract. If a Contractor believes that an unplanned absence has an impact on the price or period of performance, it should notify the CO of the changed condition and submit a claim for equitable adjustment (see FAR 52.233-1).

c. In the event the Contractor's personnel work during the holiday, they may be reimbursed by the Contractor; however, no form of holiday or other premium compensation will be reimbursed either as a direct or indirect cost, other than their normal compensation for the time worked. This provision does not preclude reimbursement for authorized overtime work if applicable to this contract.

d. When the Federal and governmental entities grant excused absence to its employees, the Contractor agrees to continue to provide sufficient personnel to perform critical tasks already in operation or

scheduled, and shall be guided by the instructions issued by the CO or the COR.
e. If Government personnel are furloughed, the Contractor shall contact the CO or the COR to receive direction. It is the Government's decision as to whether the contract Price/Cost will be affected. Generally, the following situations apply:

      1. Contractor personnel that are able to continue contract performance (either on-site or at a site other than their normal work station), shall continue to work and the contract price shall not be reduced or increased.

      2. Contractor personnel that are not able to continue contract performance (e.g., support functions), may be asked to cease their work effort.

f. In those situations that Government personnel are furloughed, the Contractor may not invoice for their employees working during the Government furlough, until such time as any special legislation affecting Government personnel is signed into law.
g. Nothing in this clause abrogates the rights and responsibilities of the parties relating to "stop work" provisions as cited in other sections of this contract.

### 4.3. CONTRACTOR CONDUCT

The Contractor shall not:
a) Discuss with unauthorized persons any information obtained in the performance of work under this contract;
b) Conduct business not directly related to this contract on Government premises;
c) Use computer systems or Government facilities for company or personal business other than work related to this BPA; or
d) Recruit on Government premises or otherwise act to disrupt official Government business.

### 4.4. NOTICE TO THE GOVERNMENT OF DELAYS

In the event that the Contractor encounters difficulty in meeting performance requirements, or when it anticipates difficulty in complying with the contract delivery schedule or completion date, or as soon as the Contractor has knowledge that any actual or potential situation is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately notify the CO and the COR, in writing. This notification shall give pertinent details, but this data shall be informational only in character; this term shall not be construed as a waiver by the Government of any delivery schedule or date, or any rights or remedies provided by law or under this contract.

### 4.5. HOMELAND SECURITY POLICY DIRECTIVE (HSPD-12) REQUIREMENTS

The performance of this contract requires Contractors to have physical access to Federal premises for more than 180 days or access to a Federal information system. Any items or services delivered under this contract shall comply with the Department of Commerce personal identity verification procedures that implement HSPD-12, FIPS PUB 201, and OMB Memorandum M-05-24. The Contractor shall insert this clause in all subcontracts when the subcontractor is required to have physical access to a Federally controlled facility or access to a Federal information system.

### 4.6. PUBLICITY OR ADVERTISING OF CONTRACT AWARD

The Contractor agrees not to refer to this award in commercial advertising in such a manner as to state or imply that the items or services provided are endorsed or preferred by the Federal Government or is considered by the Government to be superior to other items or services. The Contractor agrees that press releases, information to the public and other communications shall not be made without prior, written, approval of the CO.

## 4.7. GENERAL PERSONNEL REQUIREMENTS

The contractor shall provide trained, knowledgeable technical personnel capable of performing in accordance with the requirements of specific call orders. NOAA will not provide or pay for training, conferences, or seminars for contractor personnel in order for them to perform their tasks, with the exception of NOAA-specific and specialized training not obtainable outside NOAA.  If it is determined during the performance of the contract that training, conferences, or seminars are required for contractor personnel, and is not specified in the call order, prior approval is required.  The Contractor must submit a written request for approval to the Contracting Officer at least 30 days prior to the training, conference or seminar.  This written request must refer to the call order number and must include a detailed justification for the training event including how this training is either necessary or beneficial to NOAA.  The Contracting Officer will have five (5) days to approve or disapprove the request in writing.  All contractor personnel who interface with NOAA management and technical personnel must have excellent oral and written communication skills. "Excellent oral and written communication skills" are defined as the capability to converse fluently, communicate effectively, and write intelligibly in the English language.

## 4.8. PROGRAM MANAGER

The Government has appointed a Program Manager (PM) who will perform various programmatic functions for the overall success of the Program.  The PM has no actual, apparent or implied authority to bind the Government for any government funding, acts or omissions.  The PM does not address or resolve any issues concerning contractual legal matters.  The Contractor shall address Call Order matters directly with the Call Order Contracting Officer and the Contracting Officer's Representative.

## 4.9. TECHNICAL POINT OF CONTACT (TPOC) / GOVERNMENT CONTACT POINT (GCP)

The Government will designate one or more Technical Points of Contact (TPOCs) and/or Government Contact Points (GCPs) to support technical oversight of this BPA and any resulting call orders. Additional Government personnel may be assigned, as necessary, to support performance oversight and coordination.  Except for the Contracting Officer (CO), no Government personnel has authority to bind the Government or to modify the BPA or any call order.

### 4.9.1. Authorized Functions
The TPOC/GCP is authorized to:
1. Monitor the Contractor's performance of issued call orders.
2. Perform inspections and reviews related to call order performance.
3. Communicate with the Contractor regarding technical and programmatic matters.
4. Provide technical clarification of requirements already contained in the BPA or an issued call order.
5. Identify and report performance deficiencies to the Contracting Officer.
6. Coordinate Government site or system access, as applicable.

### 4.9.2. Limitations of Authority
The TPOC/GCP and all other Government personnel:
1. Have no actual, apparent, or implied authority to direct changes to scope, schedule, price, funding, labor mix, or contract terms.
2. Shall not authorize work outside the scope of an issued call order.
3. Shall not resolve contractual, legal, or claims-related matters.

ANT_AR-0948

1305M226A0005 BASE

All matters requiring contractual interpretation or modification shall be referred to the Contracting Officer.

**4.9.3. Contractor Reliance**

The Contractor shall rely solely on written direction issued by the Contracting Officer. Only a duly issued call order or a written modification signed by the Contracting Officer authorizes performance.  If the Contractor receives any direction from the Government personnel other than the Contracting Officer that appears to change or conflict with the BPA or a call order, the Contractor shall immediately notify the Contracting Officer and obtain written authorization before proceeding.

**4.9.4. Unauthorized Work**

Any work performed outside the scope of an issued call order, or without written authorization from the Contracting Officer, is unauthorized.  The Government is not obligated to pay for such work.  All unauthorized work is performed at the Contractor's sole risk and expense.

1305M226A0005 BASE

## Section 5 - Section 5

**Attachment Table**

| Attachment Number | Title |
|---|---|
| 1 | Attachment A - Baseline Performance Objectives |
| 2 | Attachment B – Price Schedule and Labor Categories |
| 3 | Attachment C - Key Personnel Definitions |

ANT_AR-0950

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30 | | 1. REQUISITION NUMBER 284P2150045 | |
|---|---|---|---|

| 2. CONTRACT NO. 47QTCK18D0003 | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER 1333BJ21F00280055 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | | b. TELEPHONE NUMBER (No collect calls) 571-272-8014 | 8. OFFER DUE DATE / LOCAL TIME |

**9. ISSUED BY**  CODE  1333BJ
Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

**10. THE ACQUISITION IS** [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN OWNED SMALL BUSINESS

[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 518210

SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS 0 Days: 0.00 % 0 Days: 0.00 % 0 Days: 0.00 % 0 Days: 0.00 % | | 13a. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP |
|---|---|---|---|---|
| 15. DELIVER TO  CODE | | 16. ADMINISTERED BY  CODE | | |

**17a. CONTRACTOR/ OFFEROR**  CODE  GENDYNCORP   FACILITY CODE  *
GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
DUNS: 067641597

Telephone No.

**18a. PAYMENT WILL BE MADE BY**  CODE

| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER [ ] | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [ ] SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Lines | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) Redacted |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[ ] 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| Redacted  Contract Administrator Advisor | Users, Redacted |

| 30b. Redacted | 30c. DATE SIGNED 09/24/2021 | 31b. NAME OF THE CONTRACTING OFFICER (TYPE OR PRINT) Redacted | 31c. DATE SIGNED 9/27/2021 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 02/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

ANT_AR-0951

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) · 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 02/2012) BACK

ANT_AR-0952

Document Number: 1338323-0028 Contract Number: GS40K18D100235

## Table of Contents

| Section | Description | Page Number |
|---------|-------------|-------------|
| 1 | Continuation Sheet...................................................................................................................... | |

ANT_AR-0953

## Section 1 - Continuation Sheet

This is a Time and Material Task Order with a total ceiling of $190,587,392.00 (inclusive of CAF). All Alliant 2 Contract 47QTCK18D0003 terms and conditions are in full force and effect and are applicable against this Task Order.

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0001 | UACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2021 - 09/26/2022 | |
| **Extended Description:** See GDIT quote dated August 20, 2021 and attached labor distribution. | |
| **Reference Line:** 284P2150045 - 0001 | |
| **Pricing Options:** Base | |
| **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0002 | UMACS Team<br><br>Time and Materials | 1.000000 | LOT | Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2021 - 09/26/2022 | |
| **Extended Description:** See GDIT quote dated August 20, 2021 and attached labor distribution. | |
| **Reference Line:** 284P2150045 - 0001 | |
| **Pricing Options:** Base | |
| **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0003 | UGCS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2021 - 09/26/2022 | |
| **Extended Description:** See GDIT quote dated August 20, 2021 and attached labor distribution. | |
| **Reference Line:** 284P2150045 - 0002 | |
| **Pricing Options:** Base | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0004 | Assessment and Migration Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:** See GDIT quote dated August 20, 2021 and attached labor distribution.

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Base

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0005 | Usage and Professional Service<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:** See GDIT quote dated August 20, 2021 and attached labor distribution.

**Reference Line:** 284P2150045 - 0002

**Pricing Options:** Base

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0006 | Additional funding for CLIN 0002<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:**

**Reference Line:** 284P2150045 - 0002

**Pricing Options:** Base

**Additional Funding:**
1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted

ANT_AR-0955

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | 2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted | | | | |
| | 3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0007 | Additional funding for CLIN 0003<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:**

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Base

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0008 | Additional funding for CLIN 0005<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:**

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Base

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 0009 | Contract Access Fee<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2021 - 09/26/2022

**Extended Description:** Calculated based on amount funded for the base year. If additional funds are added, the CAF will be increased NTE $Redacted

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Base

ANT_AR-0956

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1001 | UACS Team<br><br>Time and Materials | 1.000000 | LOT | Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2022 - 09/26/2023 | |
| **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | |
| **Reference Line:** 284P2150045 - 0001 | |
| **Pricing Options:** Unexercised Option | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1002 | UMACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2022 - 09/26/2023 | |
| **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | |
| **Reference Line:** 284P2150045 - 0001 | |
| **Pricing Options:** Unexercised Option | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1003 | UGCS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Period of Performance:** 09/27/2022 - 09/26/2023 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0002 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1004 | Assessment and Migration Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2022 - 09/26/2023 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0001 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1005 | Usage and Professional Service<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2022 - 09/26/2023 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0002 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 1006 | Contract Access Fee | 1.000000 | LOT | $Redacted | $Redacted |

ANT_AR-0958

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | Time and Materials | | | | |

**Period of Performance:** 09/27/2022 - 09/26/2023

**Extended Description:**

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2001 | UACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2002 | UMACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | 5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2003 | UGCS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0002

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $0.00
2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $0.00
3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $0.00

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2004 | Assessment and Migration Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2005 | Usage and Professional Service<br><br>Time and Materials | 1.000000 | LOT | $Redacted | Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0002

**Pricing Options:** Unexercised Option

**Additional Funding:**

ANT_AR-0960

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | 1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted | | | | |
| | 2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted | | | | |
| | 3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 2006 | Contract Access Fee<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2023 - 09/26/2024

**Extended Description:**

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3001 | UACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2024 - 09/26/2025

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0001

**Pricing Options:** Unexercised Option

**Additional Funding:**
1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted
2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted
4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted
5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted
6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3002 | UMACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

**Period of Performance:** 09/27/2024 - 09/26/2025

**Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution.

**Reference Line:** 284P2150045 - 0001

ANT_AR-0961

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3003 | UGCS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2024 - 09/26/2025 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0002 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3004 | Assessment and Migration Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2024 - 09/26/2025 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0001 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3005 | Usage and Professional Service<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2024 - 09/26/2025 | | | | |

ANT_AR-0962

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0002 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 3006 | Contract Access Fee<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2024 - 09/26/2025 | | | | |
| | **Extended Description:** | | | | |
| | **Reference Line:** 284P2150045 - 0001 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4001 | UACS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |
| | **Period of Performance:** 09/27/2025 - 09/26/2026 | | | | |
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | | | | |
| | **Reference Line:** 284P2150045 - 0001 | | | | |
| | **Pricing Options:** Unexercised Option | | | | |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | | | | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4002 | UMACS Team | 1.000000 | LOT | $Redacted | $Redacted |

ANT_AR-0963

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| | Time and Materials | | | | |

| | **Period of Performance:** 09/27/2025 - 09/26/2026 |
|---|---|
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. |
| | **Reference Line:** 284P2150045 - 0001 |
| | **Pricing Options:** Unexercised Option |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4003 | UGCS Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| | **Period of Performance:** 09/27/2025 - 09/26/2026 |
|---|---|
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. |
| | **Reference Line:** 284P2150045 - 0002 |
| | **Pricing Options:** Unexercised Option |
| | **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4004 | Assessment and Migration Team<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| | **Period of Performance:** 09/27/2025 - 09/26/2026 |
|---|---|
| | **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. |
| | **Reference Line:** 284P2150045 - 0001 |
| | **Pricing Options:** Unexercised Option |
| | **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted |

ANT_AR-0964

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4005 | Usage and Professional Service<br><br>Time and Materials | 1.000000 | LOT | $Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2025 - 09/26/2026 | |
| **Extended Description:** Option year pricing will be determined per GDIT quote dated August 20, 2021 and a revised labor distribution. | |
| **Reference Line:** 284P2150045 - 0002 | |
| **Pricing Options:** Unexercised Option | |
| **Additional Funding:**<br>1. (2021-A-00-284700-SCLD00-NONCOMP-2570-6522-O02040-284700-2021): $Redacted<br>2. (2021-A-00-284700-SCLD00-NONCOMP-2570-6521-O02040-284700-2021): $Redacted<br>3. (2021-A-00-284700-SCLD00-NONCOMP-2576-6493-O02040-284700-2021): $Redacted | |

| Number | Supplies or Services | Quantity | Unit | Unit Price | Total (Inc. disc., tax, and fees) |
|---|---|---|---|---|---|
| 4006 | Contract Access Fee<br><br>Time and Materials | 1.000000 | LOT | Redacted | $Redacted |

| | |
|---|---|
| **Period of Performance:** 09/27/2025 - 09/26/2026 | |
| **Extended Description:** | |
| **Reference Line:** 284P2150045 - 0001 | |
| **Pricing Options:** Unexercised Option | |
| **Additional Funding:**<br>1. (2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021): $Redacted<br>2. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>3. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-S99999-284700-2021): $Redacted<br>4. (2021-A-00-289430-SCLD00-NONCOMP-2570-6807-O02040-284700-2021): $Redacted<br>5. (2021-A-00-289430-SCLD00-NONCOMP-2576-6806-S99999-284700-2021): $Redacted<br>6. (2021-A-00-289430-SCLD00-NONCOMP-2576-7020-S99999-284700-2021): $Redacted | |

| | CLIN Funding: | Cost: |
|---|---|---|
| **Base Totals:** | $Redacted | $Redacted |
| **Exercised Options Totals:** | $Redacted | $Redacted |
| **Unexercised Options Totals:** | $Redacted | $Redacted |
| **Base and Options Totals:** | $Redacted | $Redacted |

**POCs: Contracts:** Redacted
Redacted          **COR:** Redacted          **Vendor:** Redacted

**Accounting and Appropriations Data:**

**Accounting and Funding Total:**
$Redacted

ANT_AR-0965



Redacted

FTE Count

Task Area 1: Cloud User an
Task Area 2: Financial Oper
Task Area 3: Operations, M
Task Area 4: Cloud Infrastru
Task Area 5: Storage, Data,
Task Area 6: End to End Sec
Task Area 7: Application Ass
Task Area 8: Authorized Res
Task Area 9: Cloud Intake Pr

Optional Tasks
Task Area 10: Deployed Ap
Task Area 11: Cloud Govern
Task Area 12: Vendor Profe
ODC – Cloud Professional Se
Task Area 13: Cloud Applica
Team by Award

Funded

Redacted

Redacted

Working Funds amount
Usage and Professional Service
Task Areas

ANT_AR-0966

Task Order # 1333BJ21F00280055

Table of Contents

Section A. Statement of Objectives
Section B. Clauses
Section C. PWS and Pricing

ANT_AR-0967

Task Order # 1333BJ21F00280055

<br>

**STATEMENT OF OBJECTIVES (SOO)**
**USPTO Patent and Trademark Office (USPTO)**
**Enterprise Cloud Modernization**


## 1. Purpose

The United States Patent & Trademark Office (USPTO), Office of Chief Information Officer (OCIO) has begun disruptive Information Technology (IT) transformation initiatives in Fiscal Year (FY) 2020 leading to an agile infrastructure, intelligent operations, and enabling flexibilities to decrease operating expenses. This transformation will continue over the next two fiscal years.  A few of the modernization activities resulting from the transformation initiatives include:

- A multi-site, fully redundant hybrid cloud infrastructure
- A resilient application architecture in a hybrid cloud, with containerized solution
- Fully capable, mission critical applications running stand-alone in the disaster recovery site or external cloud
- Infrastructure consolidated into a reduced/dense and efficient data center space

The USPTO OCIO seeks to implement these transformation initiatives to support the vision of conducting the majority of Agency business via digital means by 2025.  To support this vision our organization will require:
- A multi-site, highly scalable, innovative and elastic infrastructure and technology platform
- Adapting current IT to support future digital needs with a multi-faceted approach
- Adapting to a public cloud computing service that is uniquely positioned to support our future strategic technology requirements with no need to undertake long-term capital investments
- Adapting to the Cloud Product to deliver capabilities to provide use-as-you-need compute, storage, and cloud native services
- The enabling of Highly Available, Disaster Recovery (HA/DR) infrastructure, engineering, and provisioning to include Datacenter, Network, Storage, Compute, and Cloud
- Provide capability to shift Datacenter centric Network, Storage, and Compute to Cloud Services to be fit for purpose

The USPTO OCIO seeks one vendor to support the Infra/Hosting - Cloud product, with public cloud enhancements for effective cost savings, streamlined efforts and a purposeful investment. All work performed under this contract must conform to applicable federal government regulations and policies, as well as other agency supplemental regulations and policies as appropriate.  These include the Department of Commerce (DOC) and USPTO policies provided for reference as follows:

ANT_AR-0968

Task Order # 1333BJ21F00280055

Attachment 1: DOC IT Security Baseline Policy

Attachment 2: USPTO Cloud Services Usage Policy

Attachment 3: USPTO Coding Standards

Attachment 4: USPTO Continuous Monitoring Strategy

Attachment 5: USPTO Rules of the Road OCIO-POL-36

## 2.  Scope

The Enterprise Cloud Modernization effort will allow USPTO Product teams to assess, migrate, develop and deploy to the cloud using FEDRAMP approved commercial cloud services through a single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers.  This effort will also provide but is not limited to the following capabilities and enhancements

**Hybrid Multi-Cloud**
Single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers, to deliver the below capabilities while also upholding the listed architecture principles:

**Cloud Support Capability:**
1. Perform data assessments and migrations
2. Develop/mature architecture
3. Develop and/or mature a financial model to track and allocate costs across product lines and products (e.g., chargeback model)
4. Develop enterprise approach to data tagging to be used across Product Lines to support financial reporting and optimal uptime to reduce unnecessary cost incurred
5. Refine and implement cloud strategy recommendations at the USPTO
6. Determine security level based on USPTO data hosted in the cloud

**Architecture Principles**
- Cloud First and Cloud Smart
- Multi-Cloud Compute Ecosystem
- Reduced Data Center Footprint
- FedRAMP Certifications
- Delivering IT Solutions better, cheaper and faster
- Adopting cloud services with a cloud-first approach for both new and existing workloads when cost feasible
- Accelerating the decrease in data center footprint
- Becoming more agile and responsive to business demands by lowering the time to market for new projects and prototypes
- Enhancing our ability to react to scalability requirements

Page **3** of **51**

ANT_AR-0969

Task Order # 1333BJ21F00280055

Unless otherwise annotated, the stated objectives, requirements, and metrics in the SOO apply across all Infra/Hosting products, to include Network, Data Center, Compute, Storage and Cloud components. Also, unless otherwise stated, all date ranges in the SOO are 6 calendar days. The Government understands that some Cloud Service Providers (CSPs) may propose functionality beyond anything specified in the SOO as part of their commercial cloud offerings. The SOO should not be interpreted as limiting any potential functionality within the proposed solution.

## 3. Objectives

The objectives of this procurement are to award a contract to a vendor for efficient and cost effective support services resulting in three Agile Teams (contractor and government) utilizing Agile/DevOps methodologies to support USPTO Product teams to assess, migrate, develop and deploy to the cloud. The three Agile Teams will consist of:

1. USPTO Amazon Cloud Services (UACS), USPTO Google Cloud Services (UGCS) Team
2. USPTO Microsoft Azure Cloud Services (UMACS) Team
3. Assessment and Migration Team

The vendor will engage with the external cloud providers specified in task area 4, on behalf of the USPTO, whereas the USPTO will remain the master account holder/admin with the external cloud providers.

The proposed staffing allocations for these Agile Teams to manage their respective product backlogs, are as follows:

| Task Areas | UACS + UGCS | UMACS | Migration Team |
|---|---|---|---|
| Cloud User and Admin Account Management | 70.00% | 20.00% | 10.00% |
| Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | 50.00% | 50.00% | ~ |
| Operations and Maintenance/Performance Monitoring | 80.00% | 20.00% | ~ |
| Cloud Infrastructure Enhancements | 75.00% | 25.00% | |
| Storage, Data, Optimization | 10.00% | 10.00% | 80.00% |
| Security Operations and Compliance, Cloud ISSO | 60.00% | 40.00% | ~ |
| Application Assessment, Migration and Modernization | ~ | ~ | 100.00% |
| Authorized Reseller Capabilities | ~ | ~ | ~ |
| Cloud Intake Process | 75.00% | 25.00% | ~ |

Page 4 of 51

ANT_AR-0970

Task Order # 1333BJ21F00280055

USPTO has a vision to become fully automated by realizing the potential of Cloud by 2025, and efforts to date have resulted in a high-level, enterprise-wide cloud computing strategy and an assessment tool to identify existing candidates, products and components to lead the charge. In addition to this vision, USPTO has also articulated a framework, architecture principles, business values, and the enablers required to realize this vision, and is now seeking knowledgeable industry partners that can align the foundational work already completed to deliver a hybrid multi-cloud solution that meets both current and future-state requirements.

At a high level, there are nine (9) primary objectives envisioned to fully implement the USPTO Cloud Strategy as referenced below:

Objective 1: Fully automated CI / CD environment with infrastructure as code (IaC) on all cloud workloads

Objective 2: Usage-based chargeback of platform, infrastructure, and operations

Objective 3: Cloud SaaS first, buy and host on cloud, then build on cloud (PaaS, then IaaS)

Objective 4: New systems to be cloud-native and utilize microservices architecture with API-first design

Objective 5: Common standards for software development and technology stack

Objective 6: End-to-end security using leading cybersecurity practices (e.g. data encryption, MFA, IAM, FedRAMP)

Objective 7: Event-driven design

Objective 8: Verify and test product recovery process to alternate cloud region for disaster recovery prior to production deployment with acceptable performance and with annual testing

Objective 9: Promote standardization of tools across hybrid multi-cloud for observability, operations, and maintenance

4. **Task Areas**

- **4.1 Task Area 1: Cloud User and Admin Account Management**
  Provisioning of user accounts, cloud accounts, configuration of role policies, tracking, management, and upkeep.

Page **5** of **51**

ANT_AR-0971

Task Order # 1333BJ21F00280055

4.1.1 The offeror is to provide support in Cloud account management through the USPTO change management process/system and modify the best practice guide as needed. The contractor shall recommend efficiencies where noted for Cloud account administration (create, modify, delete), password resets, managing access and secret keys, role administration, group administration, policy administration.

4.1.2 The offeror is to track all Cloud account activities for management and upkeep in a centralized location/ platform on a monthly basis across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.1.3 The offeror is to integrate Federated authentication across multiple cloud platforms with USPTO credentials.

4.1.4 The offeror is to manage creation of roles and instance profiles so development teams will have access to pre-created roles to where they can attach policies to instances.

4.1.5 The offeror is to manage Access Keys issued to users for programmatic access to APIs.

4.1.6 The offeror is to provide support and development related to Identity Access Management (IAM) in Cloud Hosted Services to include billing, user, and service/principal accounts. IAM support shall ensure all tasks, processes, and objects conform to USPTO Security, compliance, and monitoring requirements.

**4.2   Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports**

Billing and cost analysis, usage tracking, recommendation and implementation of cost reduction methods and strategies, adapt to USPTO data analytic platforms as needed

4.2.1 The offeror is to provide detailed billing on all Cloud costs, to include infrastructure, project support services, and usage.

4.2.2 The offeror is to develop a solution that automatically checks service usage against Cloud Service Limits (cost by account) to prevent resource creation failures when the usage approaches a defined threshold (e.g. percentage of the associated service limit).

4.2.3 The offeror is provide budget threshold setting alerts based on usage costs or caps against the monthly allocated budget to the Product team/Stakeholders.

4.2.4 The offeror is to provide a billing dashboard with the capability to setup and manage budgeting caps and alerts in advance of caps being reached based on allocated funding provided for each account.

4.2.5 The offeror is to provide a billing dashboard that tracks real-time (or near real-time) Cloud usage and cost by services and components used by Product

ANT_AR-0972

Task Order # 1333BJ21F00280055

Teams across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.6　The offeror is to provide machine-learning to monitor spikes and drops in Cloud usage and costs across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.7　The offeror is to display multi-level thresholds showing graphical data and allow for action to reduce resource usage cost for projected and usage at cap, and providing recommendations for usage within budget caps.

4.2.8　The offeror is to provide the ability to control access to different views, groups and permissions on the billing dashboard.  The contractor shall configure authentication to the billing dashboard with USPTO credentials.

4.2.9　The offeror is to provide the Product teams access to its own account billing information to see their Cloud usage and cost by a specified time period and resource ID or tag.

4.2.10　The offeror is to provide recommendations to optimize Cloud usage costs by analyzing usage patterns and provide recommendations for consolidating instance types based on demand across all billing accounts. The recommendations shall include Reserved and/or Spot Instance quantities as appropriate, changes to Application configurations, USPTO operational standards, and policy conditions for the creation of new instances.

4.2.11　The offeror is to provide the capability for an authorized Cloud reseller partner to configure the Consolidated Billing for account administration services, which allows clients to create and own their own accounts, configured to allow Product teams to have full API and billing access.

## 4.3　Task Area 3: Operations, Maintenance, and Performance Monitoring

Day-to-day support of operating a enterprise cloud implementation, vulnerabilities and findings, POAM remediations, assessment findings resolutions, implementation of monitoring to support infrastructure O&M, performance, capacity planning

4.3.1　The offeror is to provide support for cloud services and cloud hosting of USPTO applications and systems, which may include various components and interfaces with the public and internal users.

4.3.2　The offeror is to maintain availability of production systems deployed into USPTO Cloud platforms where there is no designated support through the Product Team.  The offeror is to provide communication, including responding to the CIO Command Center, Alert distributions, support team requests, system business area requests, requests within 30 minutes of receipt, during business hours and investigate reported and suspected outage issues,

ANT_AR-0973

Task Order # 1333BJ21F00280055

documenting issues, providing resolution, and maintain a knowledge base of known issues.

4.3.3 The offeror has the ability to work remotely with current USPTO collaboration tools, with the presence indicator depicting daily status, in addition to being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. The offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). The offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.

4.3.4 The offeror is to follow the USPTO's Product Framework using agile methodologies and best practices, USPTO operational standards (OCIO Playbook), and USPTO Cloud Computing strategies and best practices. The offeror is to support change control activities related to system lifecycle; track defects due to non-compliance with standards, best practices or system/software bugs and provide a remediation plan for each.

4.3.5 The offeror is to support the enhancement of monitoring and logging capabilities to include the identification, collection, and organization of data to provide a comprehensive view of the health of a system.

4.3.6 The offeror is to analyze log data to provide intrusion detection and prevention capabilities by defining event thresholds and generating alert notifications for suspicious behaviors along with affected resources and associated data for incident response, mitigation, and integration with on-premise monitoring systems. The contractor shall persist the log files according to USPTO retention requirements and make them accessible by the USPTO Security Information and Event Management (SIEM) system.

4.3.7 The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall manage system security vulnerabilities in accordance with FISMA, NIST, DOC, and USPTO standards, policies, and guidelines. The contractor shall have knowledge of security scan tools to ensure remediation of findings.

4.3.8 The offeror is to establish and maintain advance tag mapping and asset tracking, demonstrating in-depth knowledge to setup and manage one to one, one to many, many to many asset mapping across multi-cloud resources, accounting for missing, duplicate tags, abbreviated, unsupported resource tagging, and mix-case tags. Tags are to be compliant with USPTO Cloud Strategy and have ability to display usage and assets across multiple Cloud providers.

ANT_AR-0974

4.3.9    The offeror is to provide analysis, presentation, and processing of data to inform stakeholder decisions and actions to include: Unsuccessful login attempts, Network-level attacks or intrusion attempts, stack updates, instance inventory, Public facing endpoints, Disk and memory utilization of instances, resource usage costs, Non-US region activity, Application health monitors, HTTP access/request traceability.

## 4.4   Task Area 4: Cloud Infrastructure Enhancements

Includes support improvements to cloud enterprise infrastructure implementation for HA/DR, automation.

4.4.1    The offeror is to provide specialized technical support in cloud-hosted services in relation to various Operating Systems (OS), Networking, Program languages, Databases, Web Services, Cloud services, change management, technical writing, analysis, and/or middleware as required.

4.4.2    The offeror is to provide the ability to provision all available Cloud Services to include infrastructure (Compute, Storage, and Networking) utilizing the various cloud service on demand, dedicated, or reserved instance model. Provisioning may include Cloud services, 3rd party services, GOTS, COTS, and custom app integrations, maintenance, and monitoring.

4.4.3    The offeror is to be responsible for supporting configuration, change management, architecture, engineering, and administration of Cloud hosted Infrastructure as a Service.  This also includes review and enhance Operational Service Plans (OSPs), Run books, known issues knowledge bases, log defects, and other artifacts as requested by USPTO staff.

4.4.4    The offeror is to serve as subject matter experts who design, develop, test, and/or demonstrate working solutions that meet USPTO objectives for enhancing infrastructure capabilities within Cloud and deliver documentation to effectively plan and implement those solutions. This includes step-by-step procedures and any supporting artifacts necessary to successfully deploy working systems and/or configurations.

4.4.5    The offeror is to ensure the Confidentiality, Integrity, and Availability of all cloud resources in all regions and availability groups. The contractor shall design, develop, test and implement automation and procedures for managing the configurations of guardrails, server baselines, blueprints, policies, tagging, dashboards, and reporting.

4.4.6    The offeror is to design, develop, and test an integration solution with the current Continuous Integration/Delivery/Deployment systems (i.e. Subversion, GitHub, Jenkins, Ansible) and change control processes to deliver a seamless fully automated deployment capability. The deployment process, as the target procedure for automation, shall be based on the Deployment Best Practices defined as part of the USPTO Operational Standards.

ANT_AR-0975

Task Order # 1333BJ21F00280055

4.4.7    The offeror is to ensure deployment automation standards will be enhanced by integrating an authoritative source repository at the beginning of the deployment process to replace the manual step of copying and organizing sources files to the Cloud. Enhancements to Continuous Integration/Configuration Management tooling for deployment automation will focus on replacing the manual step of creating or updating a Cloud stack and rollback.

4.4.8    The offeror is to develop and test configuration standards and adapt processes, tooling, and Cloud components to support container-based workloads. The overall solution shall be portable across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.4.9    The offeror is to develop baseline containers based on security configuration benchmarks that will serve as the runtime environment for container images.

4.4.10   The Contractor shall develop configuration standards for container images and build files to meet standard deployment procedures.

4.4.11   The offeror is to design, develop, test and implement Guardrails – automation for managing the configurations that grants access to cloud services and resources in accordance with Cybersecurity policy and other FISMA controls to address shared responsibilities as applicable/defined in the CSP's FedRAMP accreditation package. This includes network topologies that support layered security architectures (e.g. restrict public access) and standard configurations (as appropriate to each CSP) to support separation of duties and resource isolation between projects/teams and environments (lab vs prod).

4.4.12   The offeror is to develop server baseline(s) – Design, create, develop, test, implement, and/or adopt baseline images used to create servers based on approved security benchmarks and operational tools.

4.4.13   The offeror is to transition from Center for Internet Security (CIS) Benchmarks to Defense Information Systems Agency (DISA) Security Technical Implementation Guide (STIG) benchmarks for securing products and components hosted in the Cloud.

## 4.5   Task Area 5: Storage, Data, Optimization

Recommending, performing, managing, S3, Glacier, data lifecycle implementations, provide policy updates to minimize cost while meeting needs for varying storage options. Includes auto data cleanup, de-duplications, Storage Migration (lower cost storage), inventory of ULs, PII considerations, long-term storage; low access; carving out structure and be able to manage storage in cloud; Actual migration of the application and data; work with storage & server admin team and manage back-end process

ANT_AR-0976

Task Order # 1333BJ21F00280055

4.5.1    The offeror is to provide support for operation, monitoring, troubleshooting, configuration, upgrade, storage architecture designs, and maintenance of data storage in the Cloud. These tasks include but are not limited to: Storage Administration (software and components) support for all external cloud storage equipment (e.g. Amazon Snowball and Snowball Edge), disk space monitoring, integration and testing of storage related scripts.

4.5.2    The offeror is to support the archival of USPTO data (e.g. image files) to a cloud storage service for data archiving and long-term backup.

4.5.3    The offeror is to secure the cloud storage solution and support cost analysis to determine cost savings compared to on-premises solutions.

4.5.4    The offeror is to support the migration for data storage from on-premise to a cloud provider.

4.5.5    The offeror is to ensure storage containing personally identifiable information is protected from on-premise to a cloud provider.

4.5.6    The offeror is to support a solution for long-term cloud storage where there is no immediate need for retrieval of the data.

4.5.7    The offeror is to support a solution that provides bulk storage of data from on-premise to a cloud provider.

4.5.8    The offeror is to manage storage utilization in the Cloud and support the actual migration of the application data.

4.5.9    The offeror is to work with the storage & server admin team and manage the process for storage migration to the cloud.

4.5.10   The offeror is to provide technical writing skills and requirements/procedural documentation associated with, but not limited to Storage as a Service requirements, Storage processes and procedures for Cloud, Service Catalogs.

### 4.6   Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support

What a general service system ATO (UACS, UMACS, UGCP) will need to be compliant to, supporting infrastructure team in recommending compliant solutions to meet cyber assessment/audit expectations. Zero Trust implementation, CASB, Provide ISSO services.

4.6.1    The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall serve as a principal advisor on all matters, technical and otherwise, involving the controls for the system. The contractor must have the knowledge and expertise to manage the security or privacy aspects of an organizational system and may be assigned responsibility for the day-to-day system security or privacy operations.

4.6.2    The offeror is to be responsible for the development, management, and maintenance of System Security and Privacy Plans (SSPP). The Contractor will also assist in preparing system-level policies, guidelines, and standards for USPTO information systems and system users in order to implement

ANT_AR-0977

Task Order # 1333BJ21F00280055

USPTO security directives and policies and assist the system owner develop and maintain an IT security program that addresses implementation of Federal Information Security Modernization Act (FISMA 2014) requirements as mandated by the White House Office of Management and Budget (OMB), in accordance with NIST Standards and special publications, Security Technical Implementation Guide (STIG), and DOC and USPTO Security policies and procedures.

4.6.3    The offeror is to implement USPTO cloud services in accordance with FISMA, NIST, FedRAMP, DOC, and USPTO standards, policies, and guidelines as follows:

4.6.3.1 The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

4.6.3.2 The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

4.6.4    The offeror is to provide Information System Security Officer (ISSO) services.

4.6.5    The offeror is to have the following certifications: Certified Information Systems Security Professional (CISSP) or Certified Information Security Manager (CISM), and Certified Authorization Professional (CAP).  The Certified Cloud Security Professional (CCSP) certification is highly desired.

## 4.7  Task Area 7: Application Assessment, Migration and Modernization

Migration readiness, TCO, business case analysis, playbook for migration and ability to migrate and handoff.

ANT_AR-0978

Task Order # 1333BJ21F00280055

4.7.1  The offeror is to establish a Cloud Adoption and Migration Guideline with Training materials, the guideline and training shall indicate how and why the cloud is cheaper, faster and better.

4.7.2  The offeror is to ensure guideline/training has business justification and application lifecycle information.

4.7.3  The offeror is to ensure guideline/training provides business use cases for each cloud service providers to include AWS, Azure, and Google.

4.7.4  The offeror is to ensure guideline/training indicates the development type; new, upgrade, lift and shift.

4.7.5  The offeror is to ensure guideline/training covers application architecture (N-tier, Microservices, Service oriented) technology (OS, COTS, codebase, database, etc.).

4.7.6  The offeror is to ensure guideline/training includes staff resources and knowledge about cloud developments

4.7.7  The offeror is to ensure guideline/training has business continuity and disaster recover requirements.

4.7.8  The offeror is to establish a Self-Assessment Cloud Migration Checklist, the solution shall automatically generate evaluation report to determine if the migration is mutually beneficial.

4.7.9  The offeror is to ensure the self-assessment includes application lifecycle information.

4.7.10  The offeror is to ensure the assessment includes the cloud deployment type (public/hybrid), cloud tier (AWS, Azure, and Google).

4.7.11  The offeror is to ensure the assessment includes OS, COTS, codebase, database, cloud services, etc.

4.7.12  The offeror is to ensure the assessment includes application dependencies, disaster resilience requirements

4.7.13  The offeror is to provide migration options

4.7.14  The offeror is to perform migration, modernization of USPTO custom developed applications, to include refactoring, re-architecting components, products, and re-deploy to USPTO enterprise cloud environments, including product CI/CD pipeline if available, in alignment with USPTO Cloud Strategy, USPTO Cloud best practices

4.7.15  The offeror is to provide knowledge transfer, run-book hand-off, updates to DOSPs, GEARS, and other relevant records systems to Product DevSecOps team and other USPTO teams

## 4.8  Task Area 8: Authorized Reseller Capabilities

Maintain reseller relationship with the following public cloud vendors. Provide reach back to Public Cloud vendor specialized professional services.

4.8.1  UACS Requirement:

ANT_AR-0979

Task Order # 1333BJ21F00280055

4.8.1.1 AWS Public Sector Partner - The AWS Public Sector Partner (PSP) Program recognizes APN Partners with solutions and experience in delivering government, education, and nonprofit customer missions around the world. We enable partners to accelerate their business growth on AWS through alignment with our public sector sales, marketing, capture and proposal, and funding teams. Partners also receive designation as a Public Sector Partner in our APN Partner Solutions Finder, and access to additional differentiation programs

4.8.1.2 AWS Public Sector Solution Provider - The AWS Solution Provider Program is designed for systems integrators, managed service providers, value-added resellers, and public sector partners to resell AWS Services to end customers as part of their differentiated solution. Under this program, Authorized Solution Providers manage, service, support, and bill Amazon Web Services (AWS) accounts for end customers.

The AWS Solution Provider Program provides Authorized Solution Providers a tiered discount structure based on partners' technical capabilities and success in driving new business, has flexible contracting options to meet the unique needs of end customers, and provides partners multiple AWS Support models that align to a partners' AWS practice.

4.8.1.3 Advanced Consulting Partner - APN Consulting Partners are professional services firms that help customers of all types and sizes design, architect, build, migrate, and manage their workloads and applications on AWS, accelerating their journey to the cloud. These professional services firms include system integrators, strategic consultancies, agencies, managed service providers (MSPs), and value-added resellers.

4.8.1.4 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.2   UMACS Requirement:

4.8.2.1 Microsoft Direct-Bill Partner - Direct-bill partners are partners with a direct billing relationship with Microsoft. As a direct-bill partner, you can purchase first-party offers and third-party offers directly from the Microsoft marketplace, then sell them to your customers. You need to fulfill certain programmatic requirements for the role of direct-bill partner. This includes the ability to integrate with Microsoft using APIs. You also need to be able to provide billing, support, and managed

ANT_AR-0980

Task Order # 1333BJ21F00280055

services to customers on an on-going basis. For more information, please see Enroll as a direct-bill partner.

4.8.2.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.3   UGCP Requirement:

4.8.3.1 Google Cloud Platform Partner, Reseller – Google Cloud Partners are partners that have a direct relationship with Google with proven technical mastery, reach back to Google resources, and the ability to provide Cloud Usage management as a reseller.

4.8.3.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

## 4.9   Task Area 9: Cloud Intake Process

Onboarding of teams, training material, best practices, communications, managing cloud knowledge portal content.

4.9.1   The offeror is to establish intake guideline and on-boarding procedure.

4.9.2   The offeror is to review current on-boarding process, if any, and provide process improvements.

4.9.3   The offeror is to ensure the intake guideline and on-boarding procedure includes detailed steps regarding dependencies, targeted cloud, hybrid cloud design, cloud cost estimations including detailed calculator, requests and approval processes.

4.9.4   The offeror is to provide training materials to guide cloud adoption and migration.

4.9.5   The offeror is to provide communication and promote industry and ESSD / EIPL Infra/Hosting cloud best practices along with continuous process improvements.

4.9.6   The offeror is to ensure new DevSecOps teams moving to cloud have completed intake process guidelines, set cloud usage budgets, tagging, and budget management expectations, monitor adherence to cloud best practices and guardrails, and take administrative action to ensure notification and compliance.

## 4.10 Task Area 10: Deployed Applications Support (OPTIONAL)

Optional CLIN - Support of CPC, AS, and future deployed applications.

Page **15** of **51**

ANT_AR-0981

Task Order # 1333BJ21F00280055

4.10.1   The offeror is to support deployments of systems, configurations, applications and other changes to controlled environments such as PVT/PROD/DR.

4.10.2   The offeror is to follow established Change Control Procedures (CAB, DART, ORRs, DevSecOps) and USPTO Deployment Best Practices for all deployments,

4.10.3   The offeror is to provide operations and maintenance support of the product, creation, running of reports.

4.10.4   The offeror is to ensure cloud usage by the product is sized fitted to the needs of the product, leveraging automation, Autoscaling, tagging, scripts to stop services, VMs, to minimize cost.

4.10.5   The offeror is to ensure deployment procedures are aligned with USPTO Cloud Strategy, automated deployments using infrastructure-as-code (CloudFormation, Terraforms etc), established, reviewed and agreed from all supported teams before deployments.

4.10.6   The offeror is to integrate with the current USPTO DevSecOps CI/CD pipeline where applicable

4.10.7   The offeror is to ensure applications are compliant with Cyber Security controls before each deployment.

4.10.8   The offeror is to ensure deployable artifacts are archived within USPTO authoritative repository sources

4.10.9   The offeror is to ensure applications meet USPTO Operational Standard Ratings; all findings should be addressed and resolved with development teams

4.10.10 The offeror is to maintain synchronization between PVT/PROD/DR

## 4.11 Task Area 11: Cloud Governance (OPTIONAL)

Optional CLIN for Support of CCoE, CCAC, and CTO/enterprise infrastructure in establishing guardrails, Cloud Usage policies, SLAs, SLCs, implementation patterns, converting  cloud strategy into implementation and assist with policies and recommendations.

4.11.1   The offeror is to deploy a Cloud Portal as part of the Cloud Center of Excellence.  The portal shall be the one stop shop for learning about cloud, developing on cloud, cloud governance, assessment, migrations, deployments, and implementation patterns (Containers, cloud vendor usage, cloud native deployment, multi-cloud).

4.11.2   The offeror is to support development of Cloud Training material, in alignment with current USPTO cloud best practices and future cloud enhancements that will support onboarding product teams to the cloud. The training shall include FedRAMP, USPTO implementation, usage of non-FedRAMP services, security process, migration to the cloud, cloud readiness

Page **16** of **51**

Task Order # 1333BJ21F00280055

checklist, and the delineation between Cloud Infrastructure support and Product Team.

4.11.3  The offeror is to support development of a formal cloud implementation strategy and program with a defined set of capabilities, processes and tools to enable modern end-to-end cloud monitoring and observability.

4.11.4  The offeror is to support monitoring product evaluations, and proof of concepts in collaboration with internal IT and business teams (the technologies and tools used to support the program and processes)

4.11.5  The offeror is to define program key performance indicators (KPI) to monitor program effectiveness and progress towards improvements

4.11.6  The offeror is to support communications, key stakeholder collaboration, to rollout Cloud Team implementation of a chosen recommendation.

4.11.7  The offeror is to develop a Cloud Roadmap, encapsulating all related Cloud Computing, Cloud Modernization with a visual graphic that can be modified and expanded as new work streams are identified.

### 4.12 Task Area 12: Vendor Professional Service (OPTIONAL)

Optional CLIN - pass-through ODC access to direct Proserv resources (i.e., AWS Professional Service)

4.12.1  Provide cloud service provider professional services personnel to leverage knowledge of cloud vendor specific technologies in collaboration with cloud service provider, hybrid solution technologies, and partner teams to propose, architect, and implement transformational solutions for customers.

4.12.2  Provide professional services for architecture, design; coding, integration, performance, security, user experience design, and governance for cloud hosted applications and systems following Federal Cloud Computing Strategy.

4.12.3  Conduct a current state assessment of the on premise systems and applications; assessment shall include cost benefit analysis for hosting the applications and systems in the cloud vs. on premise and determine areas of readiness of systems and applications to host in the cloud based platform to include but not limited to:

4.12.3.1  Organizational Readiness

4.12.3.2  Technical Readiness

4.12.3.3  Process Readiness

4.12.4  Provide target state roadmap to migrate on premise systems and application to a cloud based platform. Target state alternative solutions under consideration shall consider:

4.12.4.1  Software as a Services (SaaS) solution

4.12.4.2  Platform as a Service (PaaS) solution

4.12.4.3  Infrastructure as a Service (IaaS) solution

Page **17** of **51**

Task Order # 1333BJ21F00280055

    4.12.5  Identify what existing or planned future capabilities and functionalities USPTO relies on for conducting business will be supported by the target state solution(s) (i.e. SaaS, PaaS, or IaaS).

### 4.13 Task Area 13: Cloud Application, Architect Support (OPTIONAL)

Optional CLIN - support and lead product teams in designing, architecting, development, for USPTO products in USPTO managed cloud / alignment with Cloud Strategy.

    4.13.1  Provide professional services for architecture design on specific solutions for product team, include but not limited to cloud provider and services selection, sizing and choices of those services, integration with other cloud and/or no cloud services and data, information security consideration and implementation, and automation.

    4.13.2  Provide proper product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions.

    4.13.3  Assist USPTO government cloud team with other governance body (Cyber security, data officers, CCoE members, etc.) to conduct design review, architecture walk through, and deep dive discussion to approve product team's design artifacts. Conduct potential launch review before rollout to approve product team's implementation artifacts. Assist USPTO government cloud team and compliance body (Cyber security, C3, etc.,) to conduct post-launch audit and remediate architecture deficiencies and implementation flaws when requested by management.

    4.13.4  Participate USPTO cloud team internal architecture review and improvement activities. Provide and implement approved solutions to enhance the overall USPTO cloud foundation. Update SSP and other required documents upon completion.

    4.13.5  Assist USPTO government cloud team to collaborate with partners from application development, technology officers and key stakeholders (business and IT) on subjects related to cloud architecture.

    4.13.6  Maximize automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Participate and assist implementation of 3rd part cloud operation tools if requested. Develop customized USPTO Cloud team operation tools if requested.

### 4.14 Optional Surge Capability

The Government reserves the unilateral right to exercise Optional Surge Capability to support unforeseen, ad hoc requirements or unplanned increases in workload that may arise under the scope of this PWS. Optional surge capability support will be invoked at the Government's discretion through a written Task Order modification issued by the Contracting Officer. For

ANT_AR-0984

Task Order # 1333BJ21F00280055

pricing purposes, the Not-To-Exceed (NTE) ceiling amount established for this Optional Surge capability in each year of performance is shown in the price matrix.

## 5.  Deliverables

The table below summarizes the products to be prepared and delivered by the Contractor in support of this task order. All deliverables will become the property of the Government.

| Item Number | Task Area | Deliverable | Delivery Date(s) |
|---|---|---|---|
| 1 | Task Area 1:  Cloud User and Admin Account Management | • Service guide for Cloud account management in draft and final versions | Initial draft within 30 days of award and monthly thereafter until final |
| 2 | Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | • Billing Dashboard Standard Operating Procedures in draft and final versions<br>• Spend rate per account | Monthly:  First business day of  month, and spend rate as requested |
| 3 | Task Area 3: Operations, Maintenance, and Performance Monitoring | • Dynamic Operational Support Plan (DOSP)<br>• Meeting Agenda, Meeting Minutes and Action Items | Initial draft within 30 days of award and monthly thereafter; Meeting artifacts weekly |
| 4 | Task Area 4:  Cloud Infrastructure Enhancements | • Knowledge base, log defects, run books, procedures, best practices, network and architecture diagrams | Weekly; as needed |
| 5 | Task Area 5: Storage, Data, Optimization | • Storage architecture diagrams<br>• Storage as a Service requirement<br>• Storage processes and procedures for Cloud | Weekly; as needed |
| 6 | Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support | • System Security and Privacy Plans (SSPP)<br>• Other policies, guidelines, standards and analysis related to system-level security and privacy | Weekly; as needed |

ANT_AR-0985

Task Order # 1333BJ21F00280055

| 7 | Task Area 7: Application Assessment, Migration and Modernization | • Cloud Adoption and Migration guideline and training, <br> • Automated Self-Assessment cloud migration checklist assessment tool | Weekly; as needed |
|---|---|---|---|
| 8 | Task Area 8: Authorized Reseller Capabilities | • Authorized reseller capabilities | As needed |
| 9 | Task Area 9: Cloud Intake Process | • Intake guideline and training materials <br> • On-Boarding procedure <br> • Cloud Cost calculator and design of product team onboarding use-case <br> • Budget thresholds for each onboarding product | Weekly; as needed |
| 10 | Task Area 10: Deployed Applications Support (OPTIONAL) | • Deployment activity reports | Weekly |
| 11 | Task Area 11: Cloud Governance (OPTIONAL) | • Cloud readiness checklist <br> • Cloud implementation strategy <br> • Key Performance metrics <br> • Cloud Roadmap | Weekly; as needed |
| 12 | Task Area 12: Vendor Professional Service (OPTIONAL) | • Target State Roadmap and alternatives plan <br> • Tailored migration plan to move USPTO on premise application to a Cloud-Based solution <br> • Product specific modernization plans to migrate, modernize for Cloud-Based solution | Initial draft within 60 days of award and monthly on the first business day thereafter |

ANT_AR-0986

Task Order # 1333BJ21F00280055

| | | | |
|---|---|---|---|
| | | • Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise | |
| 13 | Task Area 13: Cloud Application, Architect Support (OPTIONAL) | • As is and To be USPTO cloud architecture document (updated annually)<br>• Tailored product team specific cloud architecture and design (when requested)<br>• Review findings related to cloud design review, launch review, and post-launch operation audit.<br>• Requested prototypes and white paper by USPTO government cloud team<br>• Automation scripts, new operation processed requested by USPTO government cloud team.<br>• Maintain and update cloud infrastructure architecture artifacts. | Initial draft within 30 days of award and monthly on first business day thereafter |

**Note:** All deliverables shall be submitted electronically to the TOM and Product Owner and cc'd to the CO and COR in a format that is compatible with Microsoft Office 2016 / Microsoft Project 2016 (or new versions) and are subject to Government review and acceptance. Additionally, all Deliverables in this SOO are to be S.508 compliant

## 6.  Period of Performance

There will be one base year and 4 twelve month options.

ANT_AR-0987

Task Order # 1333BJ21F00280055

## 7.   Place of Performance

The place of performance will be off-site, except when attending ad-hoc meetings when USPTO is reopened, at which time a 24-hour notice in advance will primarily be given.

- Contractors who access USPTO's network from outside the USPTO main campus have various types of access described below:
  a)  Direct Connect (Contractor Access System - CAS). CAS connects to PTONet through the ETU firewall which monitors and filters all traffic between CAS and PTONet

  b)  External Partners. Some projects require contractors to collaborate and work closely with USPTO government employees and resources. This collaboration and close interworking relationship may require file and data transfer from the contractor's network into the PTONet environment. Carefully evaluating the level of collaboration or interaction is critical so that the appropriate access and security levels can be established.

  c)  EAIS – Secure File Transfer. EAIS is a group of file transport servers and proxies approved by USPTO to transfer and receive files within the USA.

  d)  Internet-based access (Secure External Access System – SEAS). SEAS connect to PTONet through the Enterprise Remote Access Cisco VPNs and the ETU firewall. All traffic between SEAS and PTONet is monitored and filtered by the ETU firewall. Contractor access is limited; local upload/download of files and network printing are prohibited with this option.

  e)  Each network connection and process for approval is described in Contracting Access Engineering (CAE) document.

  f)  Regardless of network connection selected, the Contractor shall follow the Rules of the Road Policy and complete the IT Security Training through the Learning Center upon onboarding and annually thereafter.

## 8.   Security and Privacy Requirements for USPTO Information Systems
8.1. The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring

ANT_AR-0988

Task Order # 1333BJ21F00280055

and Activities including assessment of the impacted controls and scan of the systems/applications.

The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

8.2. Privacy Compliance Requirements
Personally Identifiable Information
Personally identifiable information (PII) data is not in the scope of the acquisition and PII data is not expected to be stored, processed, or transmitted in the vendor's SaaS solution.

The contractor shall work with USPTO to prepare a Privacy Threshold Assessment (PTA) to confirm and document PII is not in scope, or to determine which categories of information will be stored, processed, or transmitted by the system. The PTA must be completed before development begins and whenever a change with a privacy impact (e.g., a new category of information is collected) is made to an existing system. PTAs are required as part of USPTO's process to determine whether a Privacy Impact Assessment (PIA) and/or a System of Records Notice (SORN) is required, and if any other privacy requirements apply to the information system.

Privacy data (should it come into scope) will require that the vendor's SaaS solution be FedRAMP authorized at least at the FIPS PUB 199 Moderate level.

The collection, maintenance or dissemination of any PII that is subject to the Privacy Act and/or the E-Government Act will be handled in full accordance with all USPTO Rules of the Road and in accordance with USPTO Privacy Program requirements.

8.3. Protection of Information
In accordance with FAR Part 52-239-1, the Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. To the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases. If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

ANT_AR-0989

Task Order # 1333BJ21F00280055

8.3.1 USPTO requires FIPS 140-2 validated cryptographic mechanisms to be implemented to protect the confidentiality and integrity of sensitive information stored on digital media during transport outside of controlled areas.

8.3.2 As prescribed in the Federal Acquisition Regulation (FAR) clause 24.104, if the system involves the design, development, or operation of a system of records on individuals, the contractor shall implement requirements in FAR clause 52.224-1, "Privacy Act Notification" and FAR clause 52.224-2, "Privacy Act."

8.3.3 The contractor shall also comply with any additional FISMA or FedRAMP privacy requirements.

8.4. Revocation of a Cloud Service

USPTO has the right to act in response to the CSP's lack of compliance and/or increased level of risk. In the event the CSP fails to meet USPTO and FedRAMP security and privacy requirements and/or there is an incident involving sensitive information, USPTO may suspend or revoke an existing agency ATO (either in part or in whole) and/or cease operations. If an ATO is suspended or revoked in accordance with this provision, the CO and/or COR may direct the CSP to take additional security measures to secure sensitive information. These measures may include restricting access to sensitive information on the Contractor information system under this contract. Restricting access may include disconnecting the system processing, storing, or transmitting the sensitive information from the Internet or other networks or applying additional security controls.

8.5. Data Jurisdiction

The Contractor shall store all information within the security authorization boundary, data at rest or data backup, within the Continental United States (CONUS) if so required.

## 9.   Travel - If required

The Government does not anticipate travel to perform the tasks associated with the effort.

## 10.  Key Personnel

The offeror is to identify and provide resumes for all Key Personnel to the CO who will coordinate review and approval with the USPTO COR and TOM. Key Personnel include(s) the following: Program Manager, Cloud Architect or Sr. Cloud Engineer, DevOps Engineer/ Architect, Performance Specialist/Architect, or qualified resources that possess similar skillsets to provide the full scope of expertise and capabilities required to perform objectives in this SOO.

Resumes must be submitted for key personnel who will be involved in the Enterprise Cloud Modernization effort, at a minimum, resumes must demonstrate significant experience with the following:

• Cloud User and Admin Account Management

ANT_AR-0990

Task Order # 1333BJ21F00280055

- Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports

- Operations and Maintenance/Performance Monitoring

- Cloud Infrastructure Enhancements

- Storage, Data, Optimization

- Security Operations and Compliance, Cloud ISSO

- Application Assessment, Migration and Modernization

- Authorized Reseller Capabilities

- Cloud Intake Process

- Deployed Applications Support (OPTIONAL)

- Cloud Governance (OPTIONAL)

- Vendor Professional Service (OPTIONAL)

- Cloud Application, Architect Support (OPTIONAL)

**Note:** The above task areas will apply to Amazon Web Services, Microsoft Azure and Google Cloud platforms.

Before replacing any individual designated as key personnel, the contractor shall notify the CO no less than ten business days in advance, submitting written justification for the replacement, and providing the name and qualifications of any proposed substitute(s). The federal government reserves the right to reject any proposed replacement that does not demonstrate the necessary experience and proficiency required.

All contractor personnel attending meetings, answering government telephones and working in situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression that they are government officials. They must also ensure that all documents or reports produced are suitably marked as contactor products or that contractor participation is appropriately disclosed.

## 11. Operating Hours and Government Closures

The offeror has the ability to work remotely utilizing current USPTO collaboration tools, with the presence indicator depicting daily status, however some tasks may routinely require that the offeror being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. Additionally, the offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and federal holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). During these occasions, the

ANT_AR-0991

Task Order # 1333BJ21F00280055

offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.
https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

## 12. Training

The government will provide USPTO product-specific training as directed by the government and for government-unique systems. The contractor is responsible for and shall ensure staff are properly trained and hold the appropriate credentials as required for the services being performed.

The offeror may, at its own discretion, adopt Train-the-Trainer framework for training subject matter experts to enable them to train other people in their respective organizations

## 13. Data Rights

The Government shall have unlimited rights in software first produced in the performance of this contract, in accordance with the FAR clause at 52.217-14. For the purposes of this clause, "software first produced in the performance of this contract" shall include, but not be limited to the following: non-COTS computer program developed or previously developed and implemented by the contractor in the performance of this contract, related computer data bases and documentation thereof, source code, object code, algorithms, library code, library routine, and technical data (including but not limited to that necessary to produce, install, and maintain as well as data produced from said software during the performance of this contract) of all software first produced in the performance of this contract. Additionally this encompasses all logs and other application data produced by software (including but not limited to COTS, contract specific custom ("software first produced in the performance of this contract), GOTS, and or OSS) utilized in conjunction with or for the performance of this contract.
For the purpose of this clause, "unlimited rights" shall mean the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

## 14. Disaster Recovery/Continuity of Operations (COOP)

The offeror is to establish at least one or more High Availability / Disaster Recovery and Business Continuity Disaster Recovery (BCDR) implementation within UACS, UMACS, UGCP, to enable infrastructure capability for establishing HA rollout and implementation of BCDR tiers, and provide design templates to implement Products deployed to UACS, UMACS, UGCP.

ANT_AR-0992

Task Order # 1333BJ21F00280055

<u>Clauses</u>

**PTO-04 Data Security 02/14/2017**

REPRODUCTION AND DISCLOSURE OF CONFIDENTIAL DATA

Reproduction or disclosure of confidential data provided by the USPTO, or to which the Contractor will have access to as a result of this contract, is prohibited. It is understood that throughout performance of this contract, the Contractor may have access to confidential data which is the sole property of the USPTO, as well as access to proprietary data which is the sole property of other than the contracting parties. The Contractor hereby agrees to maintain the confidentiality of all such data to which access may be obtained throughout contract performance whether title thereto vests in the USPTO or otherwise. The Contractor hereby agrees not to disclose said data, any interpretation thereof or data derivative there from, to unauthorized parties in contravention of these provisions, without prior written approval of the Contracting Officer and any party in which title thereto is wholly vested. The Contractor agrees to immediately notify the Contracting Officer in writing in the event that the Contractor determines or has reason to suspect a breach of this requirement has occurred. All Contractor personnel working on any of the described tasks may, at Government request, be required to sign formal non-disclosure and/or conflict of interest agreements to guarantee the protection and integrity of Government information and documents. This clause also applies to any subcontractors and/or consultants used by the Contractor.

GOVERNMENT FURNISHED DATA (IF APPLICABLE)

The Government shall deliver to the Contractor, as may be requested, Government-Furnished Data (GFD) during the performance of this contract. GFD will be delivered to the Contractor as agreed upon.
Title to GFD shall remain in the Government, and the Contractor shall use the GFD only in connection with this contract.
Upon completion of or termination of this contract, the Contractor shall return to the Government all GFD.

RIGHTS IN DATA

When using any FAR clause as prescribed in FAR Subpart 27.4, *Rights in Data and Copyrights*, that contains the definitions "unlimited rights" and "computer software," the definitions shall be expanded to include the following:
"Unlimited rights" means the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.
"Computer software" shall also additionally include, but not be limited to: non-COTS computer programs developed or previously developed and implemented by the Contractor in the performance of this contract, related to computer data bases and documentation thereof, source

Page **27** of **51**

ANT_AR-0993

Task Order # 1333BJ21F00280055

code, object code, algorithms, library code, library routine, and technical data of all computer software first produced in the performance of this contract.

SECRECY AND USE OF PATENT INFORMATION (IF APPLICABLE)

Work under this contract does not affect national security. However, patent applications are required by law (35 U.S.C. 122) to be kept in confidence. Information contained in any patent application file(s) is restricted to authorized Contractor personnel on a need-to-know basis. The Contractor acquires no right or privilege to use or disclose any information contained in any patent application file (in any form whatsoever) except to perform the work under this contract. Furthermore, the Contractor shall not copyright or make any use or disclosure whatsoever of any patent information contained in any application or related copy or data furnished to the Contractor by the Government, or obtained by the Contractor from the Government, except in performing the requirements of this contract. Security requirements of patent application file data maintained in a computer-accessible medium are an extension of the security requirements for the hard copy or of patent application folders. All processing, storage, or transmission of patent application file data by means of electronic communications systems is prohibited unless use of such systems is approved by the USPTO. All personnel having access to patent application files or data or information concerning the same, must take the following affirmation, signed in writing:
"I do swear and affirm that I will preserve the applications for patents in secrecy, that I will not divulge any information concerning the same to unauthorized persons while employed in work under this contract or at any time thereafter, and that I take this obligation freely, and without mental reservation or purpose of evasion."
Each employee's signed oath, or affirmation, shall be retained in the Contractor's file, subject to inspection by authorized Government representatives. Without advance notice, the Government shall have the right to inspect the Contractor's premises, records, and work in process pertaining to the secrecy of patent information.

(End of Clause)

**PTO-06 Prohibition on Contractor Endorsements**
The Contractor shall not refer to this or any other contract between itself and the USPTO in advertisements, press releases, or other forms of endorsement in such a manner that states or implies the Federal Government sanctions, prefers, or considers the products and/or services provided by the Contractor superior to those of other vendors without the express written consent of the Contracting Officer. Forms of endorsement containing such statements or implications shall be submitted to the Contracting Officer for preliminary review prior to any publication in order to ensure compliance with this clause. Upon receipt the Contracting Officer will relay the request to the Office of the Chief Communications Officer for final USPTO approval. Dissemination as described above will only be permitted with the express written consent of both the Contracting Officer and the Office of the Chief Communication Officer.

(End of Clause)

ANT_AR-0994

Task Order # 1333BJ21F00280055

**PTO-08 Physical Access to Government Facilities**

During the life of this contract, the right of ingress and egress to and from the Government facility for Contractor personnel shall be made available only when and to the extent necessary to carry out contract requirements. The Government reserves the right to require Contractor personnel to sign in upon ingress, or sign out upon egress, to and from the Government facility. During all operations on Government premises, Contractor personnel shall comply with the rules and regulations governing the conduct of personnel and the operations of the facility. The Contractor is required to immediately notify the COR upon temporary or permanent termination of Contractor personnel with Government facility access when such access is no longer required. The Contractor shall insert this clause in all subcontracts when the subcontractor is required to have routine physical access to a federally controlled facility.

(End of Clause)

**PTO-10 USPTO Agency Level Protests 02/14/2017**

**PURPOSE**

a.  This contract is subject to the requirements of Executive Order No. 12979 and Federal Acquisition Regulation (FAR 33.103).

**PROCEDURES**

a.  An agency protest is one that may be filed with **either** the Contracting Officer (CO) **or** the protest decision authority (Director of Procurement) **but not both**. For protests filed directly with the CO, follow the procedures in FAR 33.103(d). When a protester decides to file a protest at the agency level with the protest decision authority, the guidelines set forth in these established agency level protest procedures above the CO apply. These procedures are in addition to the existing protest procedures contained in the Federal Acquisition Regulation (FAR) 33.102 and 33.103.

b.  A day is a calendar day. In computing a period of time for the purpose of these procedures, the day from which the period begins to run is not counted. When the last day of the period is a Saturday, Sunday, or Federal holiday, the period extends to the next day that is not a Saturday, Sunday, or Federal holiday. Similarly, when the Washington, DC offices of the Department of Commerce are closed for all or part of the last day, the period extends to the next day on which the Department is open.

c.  Protesters using these procedures may protest to the protest decision authority who will make the final decision for the Department. Protests shall be addressed to

> Director of Procurement
> U.S. Patent & Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450

ANT_AR-0995

Task Order # 1333BJ21F00280055

The outside of the envelope or beginning of the FAX transmission must be marked "Agency-level Protest". The protester shall also provide a copy of the protest the same day to the responsible CO and a copy to the addressee indicated below:

> Office of the General Counsel
> General Law Office
> U.S. Patent & Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450
> (FAX Number 571-273-0099)

d.  Election of forum: While a protest is pending at the agency level with the protest decision authority, the protester agrees not to protest to the Government Accountability Office (GAO) or any other external forums. If the protester has already filed with the GAO or other external forums, the procedures described here may not be used.

   a.  Protests based upon alleged improprieties in a solicitation which are apparent prior to bid opening or time set for receipt of proposals shall be filed prior to bid opening or the time set for receipt of proposals. If the contract has been awarded, protests must be filed within 10 calendar days after contract award or 5 calendar days after the date the protester was given the opportunity to be debriefed, whichever date is later. In cases other than those covered in the preceding two sentences, protests shall be filed not later than 10 calendar days after the basis of the protest is known or should have been known, whichever is earlier.

   b.  To be filed on a given day, protests must be received by 4:30 PM current local time. Amy protests received after that time will be considered to be filed on the next calendar day. Incomplete submissions will not be considered filed until all information is provided.

   c.  To be complete, protests must contain the following information:

       i.   The protester's name, address, telephone number, and fax number

       ii.  The solicitation or contract number, name of contracting office and the CO

       iii. A detailed statement of all factual and legal grounds for protests, and an explanation of how the protester was prejudiced

       iv.  Copies of relevant documents supporting protester's statement

       v.   A request for ruling by the agency

       vi.  Statement as to form of relief requested

ANT_AR-0996

Task Order # 1333BJ21F00280055

vii. All information establishing that the protester is an interested party for the purpose of filing a protest

viii. All information establishing the timeliness of the protest

All protests must be signed by an authorized representative of the protester. Within 14 calendar days after the protest is filed, the CO will prepare an administrative report that responds to the issues raised by the protester and addresses any other issues, which, even if not raised by the protester, have been identified by agency officials as being relevant to the fairness of the procurement process. For good cause shown, the protest decision authority may grant an extension of time for filing the administrative report and for issuing the written decision. When an extension is granted, the protest decision authority will notify the protester and all interested parties within 1 calendar day of the decision to grant the extension. Unless an extension is granted, the protest decision authority will issue a decision within 35 calendar days of the protest. The protest decision authority's final decision will be binding on the Department of Commerce and not subject to further appeals. The protest decision authority shall send a written ruling and a summary of the reasons supporting the ruling to the protester by certified mail, return receipt requested with information copies to the applicable contracting office and Office of Acquisition Management.

e. Effect of protest on award and performance: When a protest is filed prior to award, a contract may not be awarded unless authorized by the Head of the Contracting Activity (HCA) based on a written finding that:

a. The supplies or services are urgently required,

b. Delivery or performance would be unduly delayed by failure to make the award promptly, or

c. A prompt award will be in the best interest of the Government.

When a protest is filed within 10 calendar days after contract award or 5 calendar days after a debriefing date was offered to the protester under a timely debriefing request in accordance with FAR 15.506, whichever is later, the CO shall immediately suspend performance pending the resolution of the protest within the agency, including any review by an independent higher official, unless continued performance is justified. The HCA may authorize contract performance, notwithstanding the protest, based on a written finding that:

a. Contract performance would be in the best interest of the United States, or

ANT_AR-0997

Task Order # 1333BJ21F00280055

b.  Urgent and compelling circumstances that significantly affect the interests of the United States will not permit waiting for a decision.

**REMEDIES**

a.  The protest decision authority may grant one or more of the following remedies:

   a.  Terminate the contract,

   b.  Re -compete the requirement,

   c.  Issue a new solicitation,

   d.  Award a contract consistent with statutes and regulations,

   e.  Amend the solicitation provisions which gave rise to the protest and continue with the procurement,

   f.  Amend the solicitation provisions which gave rise to the protest and continue with the procurement, or

   g.  Such other remedies as the decision-maker may determine are necessary to correct a defect.

(End of Clause)

**PTO-12 Security Processing Requirements – High or Moderate Risk Contracts 10/6/2014**

**In accordance with CAR 1352.237-70, Security Processing Requirements—High or Moderate Risk Contracts (APR 2010)**

(a) Investigative Requirements for High and Moderate Risk Contracts. All contractor (and subcontractor) personnel proposed to be employed under a High or Moderate Risk contract shall undergo security processing by the Department's Office of Security before being eligible to work on the premises of any Department of Commerce or USPTO owned, leased, or controlled facility in the United States or overseas, or to obtain access to a Department of Commerce or USPTO IT system. All Department of Commerce or USPTO security processing pertinent to this contract will be conducted at no cost to the contractor. The level of contract risk will determine the type and scope of such processing, as noted below.

   (1) Investigative requirements for Non-IT Service Contracts are:

   (i) High Risk—Background Investigation (BI).

   (ii) Moderate Risk—Moderate Background Investigation (MBI).

ANT_AR-0998

Task Order # 1333BJ21F00280055

(2) Investigative requirements for IT Service Contracts are:

(i) High Risk IT—Background Investigation (BI).

(ii) Moderate Risk IT—*m*inimum Background Investigation (*m*BI).  Should the COR believe a more stringent background investigation is warranted based on the duties and functions of the contract, a BI may be requested.

(b) In addition to the investigations noted above, non-U.S. citizens must have a pre-appointment check that includes an Immigration and Customs Enforcement agency check.  To that end, contractors are required to use E-Verify (FAR 22.18) and shall provide proof of their enrollment in accordance with clause 52.222-54, Employment Eligibility Verification.

(c) Additional Requirements for Foreign Nationals (Non-U.S. Citizens). To be employed under this contract within the United States, non-U.S. citizens must have:

(1) Official legal status in the United States; and

(2) Continuously resided in the United States for the last two years.

(d) Security Processing Requirement. Processing requirements for High and Moderate Risk Contracts are as follows:

1. The background investigation processing is conducted through the Office of Personnel Management e-QIP, a secure website designed to house all personnel investigative forms.  The contractor must complete and submit the required forms in coordination with the Contracting Officer's Representative (COR)/Sponsor and the USPTO Office of Safety and Security.
    i.   The forms to be completed include, but are not limited to the following:

    - Standard Form 85P (SF-85P), Questionnaire for Public Trust Positions; and
    - Optional Form 306 (OF-306), Declaration for Federal Employment

    ii.   FD-258, Fingerprint Chart with OPM's designation in the ORI Block; and
    iii.   Credit Release Authorization (if required).

(2) The Sponsor will ensure that these forms have been properly completed, initiate the CD-254, Contract Security Classification Specification, and forward the documents to the cognizant Security Officer in the USPTO Office of Security and Safety.

(3) Upon completion of security processing, the Office of Security, through the servicing Security Officer and the Sponsor, will notify the contractor in writing of an individual's ineligibility to be provided access to a Department of Commerce or USPTO facility or Department of Commerce or USPTO IT system.

ANT_AR-0999

Task Order # 1333BJ21F00280055

(4) Security processing shall consist of limited personal background inquiries pertaining to verification of name, physical description, marital status, present and former residences, education, employment history, criminal record, personal references, medical fitness, fingerprint classification, and other pertinent information. For non-U.S. citizens, the Sponsor must request an Immigration and Customs Enforcement agency check. It is the option of the Department's Office of Security or the USPTO's Office of Security and Safety to repeat the security processing on any contract employee at its discretion.

(e) Notification of Disqualifying Information. If the Office of Security receives disqualifying information on a contract employee, the COR will be notified. The Sponsor, in coordination with the Contracting Officer, will immediately remove the contract employee from duties requiring access to Departmental or USPTO facilities or IT systems. Contract employees may be barred from working on the premises of a facility for any of the following:

(1) Conviction of a felony crime of violence or of a misdemeanor involving moral turpitude;

(2) Falsification of information entered on security screening forms or on other documents submitted to the Department or USPTO;

(3) Improper conduct once performing on the contract, including criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct or other conduct prejudicial to the Government, regardless of whether the conduct was directly related to the contract;

(4) Any behavior judged to pose a potential threat to Departmental or USPTO information systems, personnel, property, or other assets.

(f) Failure to comply with security processing requirements may result in termination of the contract or removal of contract employees from Department of Commerce or USPTO facilities or denial of access to IT systems.

(g) Access to National Security Information. Compliance with these requirements shall not be construed as providing a contract employee clearance to have access to national security information.

(h) The contractor shall include the substance of this clause, including this paragraph, in all subcontracts.

(End of Clause)

**PTO-16 Contractor Notification Requirement (Mar 2010)**
The Contractor is required to notify the Contract Officer's Representative (COR) within one business day upon temporary or permanent termination of a Contractor employee, when that Contractor employee has USPTO system access rights, and at any other time when a Contractor

ANT_AR-1000

Task Order # 1333BJ21F00280055

employee no longer requires USPTO IT system access permissions.

(End of Clause)

**PTO-17 Contractor FOIA Requirements**

Within fourteen (14) calendar days of receiving the contract award, the contractor shall, at no additional expense to the government, submit an electronic copy of the resultant contract with any proposed redactions deemed necessary by the contractor or required by law, along with the basis for such redactions, to be forward to the USPTO FOIA Officer within the Office of General Counsel.

(End of Clause)

**PTO-24 Security Requirements for Information Technology Resources 02/14/2017**

**In accordance with CAR 1352.239-72 Security Requirements for Information Technology Resources (APR 2010)**

(a) Applicability. This clause is applicable to all contracts that require contractor electronic access to Department of Commerce sensitive non-national security or national security information contained in systems, or administrative control of systems by a contractor that process or store information that directly supports the mission of the Agency.

(b) Definitions. For purposes of this clause, the term "Sensitive" is defined by the guidance set forth in the Computer Security Act of 1987 (Pub. L. 100–235), including the following definition of the term:

(1) Sensitive information is " * * * any information, the loss, misuse, or unauthorized access to, or modification of which could adversely affect the national interest or the, conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (The Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy."

(2) For purposes of this clause, the term "National Security" is defined by the guidance set forth in:

(i) The DOC IT Security Program Policy and Minimum Implementation Standards, Section 4.3.

(ii) The DOC Security Manual, Chapter 18.

(iii) Executive Order 12958, as amended, Classified National Security Information. Classified or national security information is information that has been specifically authorized to be protected from unauthorized disclosure in the interest of national defense or foreign policy under an Executive Order or Act of Congress.

ANT_AR-1001

Task Order # 1333BJ21F00280055

(3) Information technology resources include, but are not limited to, hardware, application software, system software, and information (data). Information technology services include, but are not limited to, the management, operation (including input, processing, transmission, and output), maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c) The contractor shall be responsible for implementing sufficient Information Technology security, to reasonably prevent the compromise of DOC IT resources for all of the contractor's systems that are interconnected with a DOC network or DOC systems that are operated by the contractor.

(d) All contractor personnel performing under this contract and contractor equipment used to process or store DOC data, or to connect to DOC networks, must comply with the requirements contained in the DOC Information Technology Management Handbook ( see DOC, Office of the Chief Information Officer Web site), or equivalent/more specific agency or operating unit counsel guidance as specified immediately hereafter [Control].

(e) Contractor personnel requiring a user account for access to systems operated by the contractor for DOC or interconnected to a DOC network to perform contract services shall be screened at an appropriate level in accordance with Commerce Acquisition Manual 1337.70, Security Processing Requirements for Service Contracts.

(f) Within 5 days after contract award, the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed initial IT security orientation training in DOC IT Security policies, procedures, computer ethics, and best practices, in accordance with DOC IT Security Program Policy, chapter 15, section 15.3. The COR will inform the contractor of any other available DOC training resources. Annually thereafter the contractor shall certify in writing to the COR that its employees, in performance of the contract, have completed annual refresher training as required by section 15.4 of the DOC IT Security Program Policy.

(g) Within 5 days of contract award, the contractor shall provide the COR with signed acknowledgement of the provisions as contained in Commerce Acquisition Regulation (CAR), 1352.209–72, Restrictions Against Disclosures.

(h) The contractor shall afford DOC, including the Office of Inspector General, access to the contractor's and subcontractor's facilities, installations, operations, documentation, databases, and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of DOC data or to the function of computer systems operated on behalf of DOC, and to preserve evidence of computer crime.

(i) For all contractor-owned systems for which performance of the contract requires interconnection with a DOC network on which DOC data will be stored or processed, the

Page **36** of **51**

ANT_AR-1002

Task Order # 1333BJ21F00280055

contractor shall provide, implement, and maintain a System Accreditation Package in accordance with the DOC IT Security Program Policy. Specifically, the contractor shall:

(1) Within 14 days after contract award, submit for DOC approval a System Certification Work Plan, including project management information (at a minimum the tasks, resources, and milestones) for the certification effort, in accordance with DOC IT Security Program Policy and [Insert agency or operating unit counsel specific guidance, if applicable]. The Certification Work Plan, approved by the COR, in consultation with the DOC IT Security Officer, or Agency/operating unit counsel IT Security Manager/Officer, shall be incorporated as part of the contract and used by the COR to monitor performance of certification activities by the contractor of the system that will process DOC data or connect to DOC networks. Failure to submit and receive approval of the Certification Work Plan may result in termination of the contract.

(2) Upon approval, follow the work plan schedule to complete system certification activities in accordance with DOC IT Security Program Policy Section 6.2, and provide the COR with the completed System Security Plan and Certification Documentation Package portions of the System Accreditation Package for approval and system accreditation by an appointed DOC official.

(3) Upon receipt of the Security Assessment Report and Authorizing Official's written accreditation decision from the COR, maintain the approved level of system security as documented in the Security Accreditation Package, and assist the COR in annual assessments of control effectiveness in accordance with DOC IT Security Program Policy, Section 6.3.1.1.

(j) The contractor shall incorporate this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

(End of Clause)

**PTO-30 Release of Residual Funds (<$100)**
RELEASE OF RESIDUAL FUNDS (<$100)
Upon completion of the contract period of performance and receipt and payment of the final invoice, it is understood and agreed that all outstanding obligations incurred on the above-referenced contract have been satisfied. If residual funds on the contract total $100 or less, the government will automatically deobligate the residual funds without further communication with the vendor. Therefore, it is further understood and agreed that the government shall not be liable for the payment of any future invoices that may be submitted under the above-referenced contract. Nothing in this clause is intended to limit or restrict any claim or remedy otherwise available.
(End of Clause)

**PTO-31 Release of Residual Funds (>$100)**
RELEASE OF RESIDUAL FUNDS (>$100)
If funds greater than $100 remain on this contract after completion of the contract period of performance and receipt and payment of the final invoice, the government will deobligate the

ANT_AR-1003

Task Order # 1333BJ21F00280055

remaining funds as follows:

For time and material (T&M) or labor hour (LH) awards, or awards containing T&M or LH CLINs:

It is understood and agreed that all outstanding obligations incurred on T&M or LH contract CLINs have been satisfied. Therefore, the government shall not be liable for the payment of any future invoices that may be submitted under the above referenced contract, and the government will automatically deobligate the residual funds without further communication with the vendor.

For firm-fixed price (FFP) awards, or awards containing FFP CLINs:

The government will issue a bilateral modification to authorize release of those funds. The Contractor's signature on the modification will constitute understanding and agreement that all outstanding obligations incurred on this contract have been satisfied. The government shall not be held liable for the payment of any further invoices submitted under this contract. The contractor will have up to 30 calendar days after issuance of the modification to sign the modification and return it. Further, failure to sign and return the modification within the stated time period shall be considered acceptance of the government's intent to deobligate the residual funds, and releases the government from any future liability stemming from or related to this contract. Nothing in this clause is intended to limit or restrict any claim or remedy otherwise available.

(End of Claus)

## PTO-32 USPTO Green Supplies and Services Contracting 02/14/2017

The USPTO is committed to procuring environmentally friendly and energy efficient products and services meeting requirement performance and quality standards and at a reasonable price, as set forth under FAR Part 23.7 and the Commerce Acquisition Manual (CAM) 1323.70.  To the maximum extent practicable, or unless otherwise required by product or service specifications, the contractor shall adhere to the  USPTO "Green Requirements" which includes but is not limited to the following:

a.  Recycled Content and Hard-copies
   1. Maximize the delivery and/or use of non-paper office products and supplies when practicable
   2. General-purpose office paper or packaging products delivered under contract is made of post-consumer material
   3. General-purpose ink and/or toner cartridge products include environmentally sound take-back and recycling options
   4. When hard-copy paper deliverables are required, convey double-sided.

b.  Green Meetings, Conferences and Events
   1. Teleconference or conduct virtual meetings whenever possible
   2. Maximize electronic distribution of meeting materials
   3. Maximize the use of recycled, disposable and biodegradable products.

c.  Energy Consumables

ANT_AR-1004

Task Order # 1333BJ21F00280055

1. Information Technology (IT) products, electronic devices and other energy consumable office equipment delivered under the contract conforms to the energy efficiency standards of programs such as ENERGY STAR®, Federal Energy Management Program (FEMP) and Electronic Product Environmental Assessment Tool  (EPEAT), or uses minimal standby power
2. Use practical water conservation practices or techniques whenever water consumption is used to perform a service

d.  Bio-based, Non-hazardous, Non-Toxic and Less Toxic Materials
1. Consider the use of bio-based cleaning products in the performance of janitorial services, facilities/operations management or any other service performance where bio-based materials are appropriate
2. Use non-hazardous or bio-based chemicals and processes in the performance of equipment maintenance
3. Consider the use of non-toxic and less toxic alternatives under the performance of this contract

(End of Clause)


**PTO-33 USPTO Personal Identity Verification Card Requirements for Contractors 11/15/2017**

The USPTO is committed to maintaining secure access to its information technology (IT) systems through the use of Personal Identity Verification (PIV) Cards as set forth in Homeland Security Presidential Directive 12 (HSPD-12) and Department of Commerce Federal Information Processing Standards and Special Publications.  Contractors with an expected service period of 180 day or more, requiring access to PTONet, and who require access to PTO facilities or use PTO equipment, will be required to obtain PIV cards.  Within three (3) business days of the beginning of the period of performance, Contractors requiring a PIV shall provide the following information to the Contracting Officer's Representative (COR):

1. Display Name [Last Name, First Name (Name of Employer)]
2. First Name (Note*this must be spelled identically to how it was provided in their security information)
3. Last Name (Note*this must be spelled identically to how it was provided in their security information)
4. Suffix
5. Date of Birth
6. USPTO Email Address
7. Employee Affiliation
8. Log-On-ID
9. Citizenship Code
10. Employee ID

ANT_AR-1005

Task Order # 1333BJ21F00280055

The Contractor shall provide any additional information, as requested by the COR, determined to be necessary for issuance of a PIV Card.

(End of Clause)

**PTO-37 USPTO Invoices, Vendor Portal (October 2018)**

INVOICING AND PAYMENT INSTRUCTIONS

a.       The Contractor shall submit their invoice using the USPTO Vendor Portal.  Valid invoices must contain all of the information required in paragraph (b) below.  Vendor Portal access information and training materials can be found at the following link: https://www.uspto.gov/about-us/vendor-information

b.       To constitute a proper invoice, the Contractor's invoice shall include:

1.       Name and address of the business concern
2.       Contractor DUNS number (or DUNS+4)
3.       Invoice date and invoice number
4.       Contract number [including order number and contract line item number (CLIN)]
5.       Task Order (or Delivery Order) Number and Title (as applicable)
6.       Taxpayer Identification Number (TIN) (if required)
7.       Period covered by the invoice
8.       Terms of any applicable discount(s)
9.       Shipping number and date of shipment (if applicable)
10.      Bill of lading number and weight of shipment (if applicable)
11.      Name, title, address, and phone number of the official to whom payment is to be sent
12.      Name, title, address, and phone number of person to notify in the event of a defective invoice
13.      Description, quantity, unit of measure, unit price, and extended price of goods and services delivered or rendered, including:
A.       Total Task Order Costs Invoiced Previously to Date:  All labor categories (individually listed), hours being billed, and hourly rates, should be listed and broken down separately for the total contract prior to the current invoice.
B.       Total Current Period:  All labor (individually listed) categories, hours being billed, and hourly rates, should be listed and broken down separately for the period covered by the invoice. These costs should also be broken down by site, if more than one site.
C.       Total Contract Costs To-Date:  All labor categories (individually listed), hours being billed, and hourly rates should be listed and broken down separately for the total contract through the current invoice.
14.      Electronic Funds Transfer (EFT) banking information
A.       The Contractor must include EFT banking information on the invoice only if not registered with the System for Award Management.
B.       If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor must have submitted correct EFT banking information in

ANT_AR-1006

Task Order # 1333BJ21F00280055

accordance with the applicable solicitation provision (e.g. FAR 52.232-38 or FAR 52.232-34), applicable contract clause (e.g. FAR 52.232-33) or applicable agency procedures.

C.    EFT banking information is not required if the Government waived the requirement to pay by EFT.

15.    For OCIO contracts, identify all applicable Project/Program/Activity (PPA) codes

c.    The Contractor shall clearly mark its final invoice for payment as "Final Invoice for Payment." A final invoice represents the amount remaining to be paid by the USPTO to the Contractor for services rendered, which, once paid, will represent the final total cumulative value of the contract.

d.    The Government may reject any invoice that contains billing errors, improperly billed costs, or otherwise fails to comply with any invoice or other contractual requirement. If deliverables or services are rejected for failure to conform to contract requirements, the provisions in the Prompt Payment clause (FAR 52.23225) will apply to the acceptance of replacement deliverables or services.

e.    Costs being billed for individual task orders, delivery orders, etc. shall be invoiced separately; billing for more than one task order, delivery order, etc. per invoice is not allowed.

INVOICING/PAYMENT FREQUENCY

The Contractor shall submit invoices on a monthly basis for services rendered and deliverables furnished during the previous month, or otherwise as agreed upon.

(End of clause)

**PTO-39 Contractor Reporting of Actual Expenditures/Deliverables, Vendor Portal (October 2018)**

**CONTRACTOR REPORTING OF ACTUAL EXPENDITURES/ DELIVERABLES**

a.    The USPTO requires timely, accurate, and complete reporting of actual expenditures to facilitate decision making and contract management.

(b) The Contractor shall submit the information required in the Contractor Actuals Deliverables templates (attached) in the format prescribed by each template:
1. Contractor's **High Level Planned Template** or Level of Effort (LOE) estimate, if applicable.
2. Contractor's **Detailed Planned Template**, if applicable.
3. Contractor's **Actuals Template**, if applicable, and
4. Contractor's **Invoice Template.**

(c) The Contractor shall submit the required templates in accordance with the schedule below:
1. The Contractor shall deliver the Contractor's **High Level Planned Template** (USPTO Document FN07 (Resource Estimate)) within five (5) calendar days of award and shall

ANT_AR-1007

Task Order # 1333BJ21F00280055

submit an updated template in its entirety with revisions for any funding or period of performance changes issued by modification of the award within five calendar days of modification.

2.   The Contractor shall deliver the Contractor's **Detailed Planned Template** for Approved Task Management Plan (USPTO Document TM02), if applicable, with the submission of each new or revised Task Management Plan within 30 - 60 calendar days of award or modification.

3.   The Contractor shall deliver the Contractor's **Actuals Template** (USPTO Document FN01) on a bimonthly basis, i.e., one for each reporting period based on the Schedule Template to be provided by the contractor. For contracts with a **4/4/5 Calendar** the Contractor shall deliver the Contractor's **Schedule Template,** which will identify the break out of each month to ensure there are two reporting periods per month. The template should include dates for the base and all option periods. The template should be submitted at the time of award or upon inclusion of this clause into an award, whichever comes first.

The Contractor shall utilize the Actuals Template to provide the Contractor's Actuals information on Firm Fixed Price (FFP) and Time and Material (T&M) or Labor Hour (LH) task orders. Program Project Activity (PPA) code usage report will not be required as this template includes all necessary data elements to process FFP task orders. The Contractor shall wait for the Contractor's Actual File A and File B to pass validation before submitting the invoice.

4.   The Contractor shall deliver Contractor's **Invoice Template** with the submission of the Contractor's monthly invoice for the same month no later than 10th of the following month. The Contractor shall submit this template after the validation of bimonthly Contractor's Actuals templates. If the validated Contractor's Actuals mismatch the respective invoice, the Government shall reject the invoice. The Contractor shall wait for Contractor's Actuals File A and File B to pass validation before submitting the correct invoice to avoid unnecessary invoice rejection and to ensure timely processing.

(d) The Contractor shall submit the templates in two electronic formats: Excel and Tab Delimited.

(e) The Contractor shall submit the electronic data files with the "naming conventions" designated below.

| Deliverable | Electronic File Naming Convention |
|---|---|
| **High Level Planned Template** | Contract Number_Contractor  Name_Month_Year_Planned |
| **Detailed Contractor Planned Template** | Contract Number_Contractor Name_Month_Year_Detailed Planned |

ANT_AR-1008

Task Order # 1333BJ21F00280055

**Actuals Templates**      Contract Number_Contractor Name_Month_Year_A or B _Actuals

**Invoice Templates**      Contract Number_Contractor Name_Month_Year_Invoice

**Schedule Template**      Contract Number_Contractor Name_SCHEDULE

(f) The Contractor shall submit the High Level Planned Template, the Detailed Contractor Planned Template, the Actuals Templates and the Schedule Template via the USPTO Vendor Portal.  Vendor Portal access information and training materials can be found at the following link: https://www.uspto.gov/about-us/vendor-information  The Contractor shall clearly mark its final invoice for payment as "Final Invoice for Payment."  A final invoice represents the amount remaining to be paid by the USPTO to the Contractor for services rendered, which, once paid, will represent the final total cumulative value of the contract.

(g) Upon receipt of the electronic template file through the Vendor Portal, the USPTO will validate certain data elements against the USPTO's financial and acquisition system of record. The USPTO will generate an error report should the validation fail. The USPTO will send the error report to the Contractor for correction. The Contractor shall correct all errors in the electronic template file(s) and shall submit complete, corrected template file(s) within five (5) calendar days of receipt of the error report. The Contractor shall deliver all corrected templates through the Vendor Portal. The USPTO will reject deliverables that include only corrected information rather than all required information. Corrected templates should include all data inclusive of corrections.

(End of Clause)

**52.217-8 Option to Extend Services (Nov 1999)**
The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within the period of performance.

(End of clause)

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**
(a) The Government may extend the term of this contract by written notice to the Contractor within the period of performance; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 10 days  before the contract expires. The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

ANT_AR-1009

Task Order # 1333BJ21F00280055

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years (months)(years).

(End of clause)

**52.204-21 Basic Safeguarding of Covered Contractor Information Systems.**
Basic Safeguarding of Covered Contractor Information Systems (Jun 2016)

(a) Definitions. As used in this clause–

Covered contractor information system means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

Federal contract information means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public websites) or simple transactional information, such as necessary to process payments.

Information means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

Information system means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

Safeguarding means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures.

(1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered contractor information systems shall include, at a minimum, the following security controls:

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information

Page **44** of **51**

ANT_AR-1010

Task Order # 1333BJ21F00280055

systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

(xii) Identify, report, and correct information and information system flaws in a timely manner.

(xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

(xiv) Update malicious code protection mechanisms when new releases are available.

(xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

(2) Other requirements. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial items, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.

ANT_AR-1011

Task Order # 1333BJ21F00280055

(End of clause)

**52.227-14 Rights in Data-General (May 2014)**

(a) *Definitions.* As used in this clause-

*Computer database* or "database means" a collection of recorded information in a form capable of, and for the purpose of, being stored in, processed, and operated on by a computer. The term does not include computer software.

*Computer software-*

(1) Means

(i) Computer programs that comprise a series of instructions, rules, routines, or statements, regardless of the media in which recorded, that allow or cause a computer to perform a specific operation or series of operations; and

(ii) Recorded information comprising source code listings, design details, algorithms, processes, flow charts, formulas, and related material that would enable the computer program to be produced, created, or compiled.

(2) Does not include computer databases or computer software documentation.

*Computer software documentation* means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

*Data* means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

*Form, fit, and function data* means data relating to items, components, or processes that are sufficient to enable physical and functional interchangeability, and data identifying source, size, configuration, mating and attachment characteristics, functional characteristics, and performance requirements. For computer software it means data identifying source, functional characteristics, and performance requirements but specifically excludes the source code, algorithms, processes, formulas, and flow charts of the software.

*Limited rights* means the rights of the Government in limited rights data as set forth in the Limited Rights Notice of paragraph (g)(3) if included in this clause.

Page **46** of **51**

ANT_AR-1012

Task Order # 1333BJ21F00280055

*Limited rights data* means data, other than computer software, that embody trade secrets or are commercial or financial and confidential or privileged, to the extent that such data pertain to items, components, or processes developed at private expense, including minor modifications.

*Restricted computer software* means computer software developed at private expense and that is a trade secret, is commercial or financial and confidential or privileged, or is copyrighted computer software, including minor modifications of the computer software.

*Restricted rights*, as used in this clause, means the rights of the Government in restricted computer software, as set forth in a Restricted Rights Notice of paragraph (g) if included in this clause, or as otherwise may be provided in a collateral agreement incorporated in and made part of this contract, including minor modifications of such computer software.

*Technical data* means recorded information (regardless of the form or method of the recording) of a scientific or technical nature (including computer databases and computer software documentation). This term does not include computer software or financial, administrative, cost or pricing, or management data or other information incidental to contract administration. The term includes recorded information of a scientific or technical nature that is included in computer databases (See 41 U.S.C. 116).

*Unlimited rights* means the rights of the Government to use, disclose, reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

(b) Allocation of rights.

(1) Except as provided in paragraph (c) of this clause, the Government shall have unlimited rights in-

(i) Data first produced in the performance of this contract;

(ii) Form, fit, and function data delivered under this contract;

(iii) Data delivered under this contract (except for restricted computer software) that constitute manuals or instructional and training material for installation, operation, or routine maintenance and repair of items, components, or processes delivered or furnished for use under this contract; and

(iv) All other data delivered under this contract unless provided otherwise for limited rights data or restricted computer software in accordance with paragraph (g) of this clause.

(2) The Contractor shall have the right to-

ANT_AR-1013

Task Order # 1333BJ21F00280055

(i) Assert copyright in data first produced in the performance of this contract to the extent provided in paragraph (c)(1) of this clause;

(ii) Use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, unless provided otherwise in paragraph (d) of this clause;

(iii) Substantiate the use of, add, or correct limited rights, restricted rights, or copyright notices and to take other appropriate action, in accordance with paragraphs (e) and (f) of this clause; and

(iv) Protect from unauthorized disclosure and use those data that are limited rights data or restricted computer software to the extent provided in paragraph (g) of this clause.

(c) Copyright-

(1) Data first produced in the performance of this contract.

(i) Unless provided otherwise in paragraph (d) of this clause, the Contractor may, without prior approval of the Contracting Officer, assert copyright in scientific and technical articles based on or containing data first produced in the performance of this contract and published in academic, technical or professional journals, symposia proceedings, or similar works. The prior, express written permission of the Contracting Officer is required to assert copyright in all other data first produced in the performance of this contract.

(ii) When authorized to assert copyright to the data, the Contractor shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of Government sponsorship (including contract number).

(iii) For data other than computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted data to reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly by or on behalf of the Government. For computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted computer software to reproduce, prepare derivative works, and perform publicly and display publicly (but not to distribute copies to the public) by or on behalf of the Government.

(2) *Data not first produced in the performance of this contract.* The Contractor shall not, without the prior written permission of the Contracting Officer, incorporate in data delivered under this contract any data not first produced in the performance of this contract unless the Contractor-

(i) Identifies the data; and

ANT_AR-1014

Task Order # 1333BJ21F00280055

(ii) Grants to the Government, or acquires on its behalf, a license of the same scope as set forth in paragraph (c)(1) of this clause or, if such data are restricted computer software, the Government shall acquire a copyright license as set forth in paragraph (g)(4) of this clause (if included in this contract) or as otherwise provided in a collateral agreement incorporated in or made part of this contract.

(3) *Removal of copyright notices.* The Government will not remove any authorized copyright notices placed on data pursuant to this paragraph (c), and will include such notices on all reproductions of the data.

(d) *Release, publication, and use of data.* The Contractor shall have the right to use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, except-

(1) As prohibited by Federal law or regulation (*e.g.*, export control or national security laws or regulations);

(2) As expressly set forth in this contract; or

(3) If the Contractor receives or is given access to data necessary for the performance of this contract that contain restrictive markings, the Contractor shall treat the data in accordance with such markings unless specifically authorized otherwise in writing by the Contracting Officer.

(e) Unauthorized marking of data.

(1) Notwithstanding any other provisions of this contract concerning inspection or acceptance, if any data delivered under this contract are marked with the notices specified in paragraph (g)(3) or (g) (4) if included in this clause, and use of the notices is not authorized by this clause, or if the data bears any other restrictive or limiting markings not authorized by this contract, the Contracting Officer may at any time either return the data to the Contractor, or cancel or ignore the markings. However, pursuant to 41 U.S.C. 4703, the following procedures shall apply prior to canceling or ignoring the markings.

(i) The Contracting Officer will make written inquiry to the Contractor affording the Contractor 60 days from receipt of the inquiry to provide written justification to substantiate the propriety of the markings;

(ii) If the Contractor fails to respond or fails to provide written justification to substantiate the propriety of the markings within the 60-day period (or a longer time approved in writing by the Contracting Officer for good cause shown), the Government shall have the right to cancel or ignore the markings at any time after said period and the data will no longer be made subject to any disclosure prohibitions.

ANT_AR-1015

Task Order # 1333BJ21F00280055

(iii) If the Contractor provides written justification to substantiate the propriety of the markings within the period set in paragraph (e)(1)(i) of this clause, the Contracting Officer will consider such written justification and determine whether or not the markings are to be cancelled or ignored. If the Contracting Officer determines that the markings are authorized, the Contractor will be so notified in writing. If the Contracting Officer determines, with concurrence of the head of the contracting activity, that the markings are not authorized, the Contracting Officer will furnish the Contractor a written determination, which determination will become the final agency decision regarding the appropriateness of the markings unless the Contractor files suit in a court of competent jurisdiction within 90 days of receipt of the Contracting Officer's decision. The Government will continue to abide by the markings under this paragraph (e)(1)(iii) until final resolution of the matter either by the Contracting Officer's determination becoming final (in which instance the Government will thereafter have the right to cancel or ignore the markings at any time and the data will no longer be made subject to any disclosure prohibitions), or by final disposition of the matter by court decision if suit is filed.

(2) The time limits in the procedures set forth in paragraph (e)(1) of this clause may be modified in accordance with agency regulations implementing the Freedom of Information Act ( 5 U.S.C. 552) if necessary to respond to a request thereunder.

(3) Except to the extent the Government's action occurs as the result of final disposition of the matter by a court of competent jurisdiction, the Contractor is not precluded by paragraph (e) of the clause from bringing a claim, in accordance with the Disputes clause of this contract, that may arise as the result of the Government removing or ignoring authorized markings on data delivered under this contract.

(f) Omitted or incorrect markings.

(1) Data delivered to the Government without any restrictive markings shall be deemed to have been furnished with unlimited rights. The Government is not liable for the disclosure, use, or reproduction of such data.

(2) If the unmarked data has not been disclosed without restriction outside the Government, the Contractor may request, within 6 months (or a longer time approved by the Contracting Officer in writing for good cause shown) after delivery of the data, permission to have authorized notices placed on the data at the Contractor's expense. The Contracting Officer may agree to do so if the Contractor-

(i) Identifies the data to which the omitted notice is to be applied;

(ii) Demonstrates that the omission of the notice was inadvertent;

(iii) Establishes that the proposed notice is authorized; and

ANT_AR-1016

Task Order # 1333BJ21F00280055

(iv) Acknowledges that the Government has no liability for the disclosure, use, or reproduction of any data made prior to the addition of the notice or resulting from the omission of the notice.

(3) If data has been marked with an incorrect notice, the Contracting Officer may-

(i) Permit correction of the notice at the Contractor's expense if the Contractor identifies the data and demonstrates that the correct notice is authorized; or

(ii) Correct any incorrect notices.

(g) Protection of limited rights data and restricted computer software.

(1) The Contractor may withhold from delivery qualifying limited rights data or restricted computer software that are not data identified in paragraphs (b)(1)(i), (ii), and (iii) of this clause. As a condition to this withholding, the Contractor shall-

(i) Identify the data being withheld; and

(ii) Furnish form, fit, and function data instead.

(2) Limited rights data that are formatted as a computer database for delivery to the Government shall be treated as limited rights data and not restricted computer software.

(3) [Reserved]

(h) *Subcontracting.* The Contractor shall obtain from its subcontractors all data and rights therein necessary to fulfill the Contractor's obligations to the Government under this contract. If a subcontractor refuses to accept terms affording the Government those rights, the Contractor shall promptly notify the Contracting Officer of the refusal and shall not proceed with the subcontract award without authorization in writing from the Contracting Officer.

(i) *Relationship to patents or other rights.* Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government.

(End of clause)

Page **51** of **51**

ANT_AR-1017

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P22001 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER<br>284P2150045 | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.<br>DBA: GDIT<br>3150 FAIRVIEW PARK DR STE 100<br>FALLS CHURCH, VA 22042-4504<br>DUNS: 067641597 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers  [ ] is extended,  [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.212-4(c) Changes | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor  [ ] is not,  [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to: Incorporate the attached Exhibit A for Microsoft products. Base IDIQ award clause GSAR 552.212-4 supersede any conflicting language in Exhibit A. .

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ███████, Contract Administrator Advisor | ███████<br>Contracting Officer |
| 15B. CON ███████ | 15C. DATE SIGNED<br>01/21/2022 | 16B. UNITED STATES OF AMERICA<br>By  Users,███████<br>(Signature of Contracti███████ |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-1018

# EXHIBIT A

This Exhibit is incorporated into the Government Contract entered into between the customer who is a Government entity ("Customer") and the person or entity who has entered into a prime contract with the Government ("Contractor") as an addendum and governs your use of the Microsoft Products. It consists of the terms and conditions below, Use Rights, SLA, and all documents referenced within those documents (together, the "agreement"). It is effective on the date that the Contractor provisions the Customer's Subscription. Key terms are defined in Section 10.

*1.*     ***Grants, rights and terms.***

All rights granted under this agreement are non-exclusive and non-transferable and apply as long as neither Customer nor any of its Affiliates is in material breach of this agreement.

    a. **Software.** Upon acceptance of each order, Microsoft grants Customer a limited right to use the Software in the quantities ordered.

        (i) **Use Rights.** The Use Rights in effect when Customer orders or renews a Subscription License for Software will apply to Customer's use of the version of the Software that is current at the time. For future versions and new Software, the Use Rights in effect when those versions and Software are first released will apply. Changes Microsoft makes to the Use Rights for a particular version will not apply unless Customer chooses to have those changes apply.

        (ii) **Temporary licenses.** Licenses available on a subscription basis are temporary.

    b. **Online Services.** Customer may use the Online Services as provided in this agreement.

        (i) **Online Services Terms.** The Online Services Terms in effect when Customer orders or renews a Subscription to an Online Service will apply for the applicable Subscription term. For Online Services that are billed periodically based on Consumption Offerings, as described in Section 2.a, below, the Online Services Terms current at the start of each billing period will apply to usage during that period.

        (ii) **Suspension.** Microsoft may suspend use of an Online Service during Customer's violation of the Acceptable Use Policy or failure to respond to a claim of alleged infringement. Microsoft will give Customer notice before suspending an Online Service when reasonable.

        (iii) **End Users.** Customer controls access by End Users, and is responsible for their use of the Product in accordance with this agreement. For example, Customer will ensure End Users comply with the Acceptable Use Policy.

        (iv) **Customer Data.** Customer is solely responsible for the content of all Customer Data. Customer will secure and maintain all rights in Customer Data necessary for Microsoft to provide the Online Services to Customer without violating the rights of any third party or otherwise obligating Microsoft to Customer or to any third party. Microsoft does not and will not assume any obligations with respect to Customer Data or to Customer's use of the Product other than as expressly set forth in this agreement or as required by applicable law.

        (v) **Responsibility for your accounts.** Customer is responsible for maintaining the confidentiality of any non-public authentication credentials associated with Customer's use of the Products. Customer must promptly notify customer support about any possible misuse of Customer's accounts or authentication credentials, or any security incident related to the Products.

    c. **Reservation of rights.** Products are protected by copyright and other intellectual property rights laws and international treaties. Microsoft reserves all rights not expressly granted in this agreement. No rights will be granted or implied by waiver or estoppel. Rights to access or use Software on a device do not give Customer any right to implement Microsoft patents or other Microsoft intellectual property in the device itself or in any other software or devices.

ANT_AR-1019

d.  **Restrictions.**   Customer may use the Product only in accordance with this agreement. Customer may not (and is not licensed to): (1) reverse engineer, decompile or disassemble any Product or Fix, or attempt to do so; (2) install or use non-Microsoft software or technology in any way that would subject Microsoft's intellectual property or technology to any other license terms; or (3) work around any technical limitations in a Product or Fix or restrictions in Product documentation.   Customer may not disable, tamper with, or otherwise attempt to circumvent any billing mechanism that meters Customer's use of the Products.   Except as expressly permitted in this agreement or Product documentation, Customer may not distribute, sublicense, rent, lease, lend, resell or transfer and Products, in whole or in part, or use them to offer hosting services to a third party.

e.  **Preview releases**.  Microsoft may make Previews available.  **Previews are provided "as-is," "with all faults," and "as-available," and are excluded from the SLA and all limited warranties provided in this agreement.**  Previews may not be covered by customer support. Previews may be subject to reduced or different security, compliance, and privacy commitments, as further explained in the Use Rights and any additional notices provided with the Preview.   Microsoft may change or discontinue Previews at any time without notice. Microsoft also may choose not to release a Preview into "General Availability."

f.  **Verifying compliance for Products.**

   (i)  **Right to verify compliance.**   Customer must keep records relating to all use and distribution of Products by Customer and its Affiliates.   Microsoft has the right, at its expense, to verify compliance with the Products' license terms.  Customer must promptly provide any information reasonably requested by the independent auditors retained by Microsoft in furtherance of the verification, including access to systems running the Products and evidence of licenses for Products that Customer hosts, sublicenses, or distributes to third parties.  Customer agrees to complete Microsoft's self-audit process, which Microsoft may request as an alternative to a third-party audit.

   (ii)  **Remedies for non-compliance.**  If verification or self-audit reveals any unlicensed use of Products, then within 30 days Customer must order sufficient licenses to cover its use.  If unlicensed use or distribution is 5% or more, the Customer may be completely responsible for the costs Microsoft has incurred in verification, to the extent permitted by 31 U.S.C. § 1341 (Anti-Deficiency Act) (if applicable) and other or similar state law (as applicable). The unlicensed use percentage is based on the total number of licenses purchased compared to actual install base. Notwithstanding the foregoing, nothing in this section prevents the Customer from disputing any invoice in accordance with the Contract Disputes Act (41 U.S.C. §§7101-7109), if and as applicable.  If there is no unlicensed use, Microsoft will not subject Customer to another verification for at least one year.  By exercising the rights and procedures described above, Microsoft does not waive its rights to enforce this agreement or to protect its intellectual property by any other legal means.

   (iii) **Verification process.**  Microsoft will notify Customer at least 30 days in advance of its intent to verify Customers' compliance with the license terms for the Products Customer and its Affiliates use or distribute.  Microsoft will engage an independent auditor, which will be subject to a confidentiality obligation.  Any information collected in the self-audit will be used solely for purposes of determining compliance.  This verification will take place during normal business hours and in a manner that does not unreasonably interfere with Customer's operations.

2.  *Subscriptions, ordering.*

a.  **Available Subscription offers**.   The Subscription offers available to Customer will be established by the Government Contract and generally can be categorized as one or a combination of the following:

   (i)  **Online Services Commitment Offering**.  Customer commits in advance to purchase a specific quantity of Online Services for use during a Term and to pay upfront or on a

periodic basis for continued use of the Online Service.   Online Services Commitment Offerings are also referred to as "License Plans" in the Product Terms.

**(ii) Consumption Offering (also called Pay-As-You-Go)**.  Customer pays based on actual usage with no upfront commitment.   Consumption Offerings are billed according to Consumption Rates, as defined in the Product Terms.

**(iii) Limited Offering.**  Customer receives a limited quantity of Online Services for a limited term without charge (for example, a free trial) or as part of another Microsoft offering (for example, MSDN).  Provisions in this agreement with respect to the SLA and data retention may not apply.

**(iv) Software Commitment Offering.**   Customer commits in advance to purchase a subscription for a specific quantity of Software for use during a Term and to pay upfront or on a periodic basis for continued use of the Software.

b.  **Ordering.**

**(i)** Orders must be placed through the Contractor.  Customer may place orders for its Affiliates under this agreement and grant its Affiliates administrative rights to manage the Subscription, but, Affiliates may not place orders under this agreement. Customer also may assign the rights granted under Section 1.a and 1.b to a third party for use by that third party in Customer's internal business.  If Customer grants any rights to Affiliates or third parties with respect to Software or Customer's Subscription, such Affiliates or third parties will be bound by this agreement and Customer agrees to be jointly and severally liable for any actions of such Affiliates or third parties related to their use of the Products.

**(ii)** The Contractor may permit Customer to modify the quantity of Products ordered during the Term of a Subscription.  Additional quantities of Products added to a Subscription will expire at the end of that Subscription.

c.  **Pricing and payment.**  Prices for each Product and any terms and conditions for invoicing and payment will be established by the Contractor.

d.  **Renewal.**

**(i)** Upon renewal of a Subscription, Customer may be required to sign a new agreement, a supplemental agreement or an amendment to this agreement.

**(ii)** Customer's Subscription will automatically renew unless Customer provides the Contractor notice of its intent not to renew prior to the expiration of the Term.

e.  **Eligibility.**   Customers must qualify as Federal Agencies or State/Local Governments.  Microsoft reserves the right to verify eligibility at any time and suspend the Product if the eligibility requirements are not met.

f.  **Taxes**.  The parties are not liable for any of the taxes of the other party that the other party is legally obligated to pay, and which are incurred or arise in connection with or related to the transactions contemplated under this agreement, and all such taxes will be the financial responsibility of the party who is obligated by operation of law to pay such tax.

3.  *Term, termination.*

a.  **Agreement term and termination.** This agreement will remain in effect until the expiration or termination of the Government Contract, whichever is earliest.

b.  **Cancel a Subscription.**  The Government Contract will establish the terms and conditions, if any, upon which Customer may cancel a Subscription.

4.  *Security, privacy, and data protection.*

a.  Customer consents to the processing of personal information by Microsoft and its agents to facilitate the subject matter of this agreement.   Customer may choose to provide personal

ANT_AR-1021

information to Microsoft on behalf of third parties (including your contacts, resellers, distributors, administrators, and employees) as part of this agreement.  Customer will obtain all required consents from third parties under applicable privacy and data protection laws before providing personal information to Microsoft.

b.  Additional privacy and security details are in the Online Services Terms.  The commitments made in the Online Services Terms only apply to the Online Services purchased under this agreement and not to any services or products provided by the Contractor.

c.  As and to the extent required by law, Customer shall notify the individual users of the Online Services that their data may be processed for the purpose of disclosing it to law enforcement or other governmental authorities as directed by the Contractor or as required by law, and Customer shall obtain the users' consent to the same.

5.  *Warranties.*

a.  **Limited warranty.**

(i)  **Software.**  Microsoft warrants that each version of the Software will perform substantially as described in the applicable Product documentation for one year from the date Customer is first licensed for that version.  If it does not, and Customer notifies Microsoft within the warranty term, then Microsoft will, at its option, (1) return the price Customer paid for the Software license or (2) repair or replace the Software.

(ii)  **Online Services.**  Microsoft warrants that each Online Service will perform in accordance with the applicable SLA during Customer's use.  Customer's remedies for breach of this warranty are in the SLA.

(iii)  **Professional Services.** With respect to the provision of Professional Services, unless stated otherwise in a separate Statement of Service, each party represents and warrants it will secure the permission of the other party prior to providing any source code in a manner that would subject the other party's intellectual property to any other license terms or require the other party to distribute source code to any of its technologies. All results of any Professional Services provided as an Online Service Benefit and not subject to a separate Statement of Services and any software or technologies provided by either party during the provision of any Professional Services provided as an Online Serrvices Benefit are provided strictly "as is" and "with all faults" and without warranties of any kind except. ALL RESULTS AND ANY SOFTWARE, SERVICES AND/OR TECHNOLOGIES PROVIDED BY EITHER PARTY ARE PROVIDED STRICTLY "AS IS" AND "WITH ALL FAULTS" AND WITHOUT WARRANTIES OF ANY KIND.

(iv) The remedies above are Customer's sole remedies for breach of the warranties in this section.  Customer waives any breach of warranty claims not made during the warranty period.

b.  **Exclusions.**  The warranties in this agreement do not apply to problems caused by accident, abuse or use inconsistent with this agreement, including failure to meet minimum system requirements.  These warranties do not apply to free or trial products, Previews, Limited Offerings, or to components of Products that Customer is permitted to redistribute.

c.  **Disclaimer.  Except for the limited warranties above, to the extent not prohibited by applicable law, Microsoft provides no warranties or conditions for Products and disclaims any other express, implied, or statutory warranties for Products, including warranties of quality, title, non-infringement, merchantability and fitness for a particular purpose.**

6.  *Defense of third party claims.*

a.  **By Microsoft.**  Microsoft will defend Customer against any third-party claim to the extent it alleges that a Product or Fix made available by Microsoft for a fee and used within the scope of the license granted under this agreement (unmodified from the form provided by Microsoft and not combined with anything else), misappropriates a trade secret or directly infringes a

ANT_AR-1022

patent, copyright, trademark or other proprietary right of a third party.  If Microsoft is unable to resolve a claim of infringement under commercially reasonable terms, it may, as its option, either: (1) modify or replace the Product or Fix with a functional equivalent; or (2) terminate Customer's license and refund any prepaid subscription license fees for Products for any usage period after the termination date.  Microsoft will not be liable for any claims or damages due to Customer's continued use of a Product or Fix after being notified to stop due to a third-party claim.

b. **Customer's agreement.**  Customer agrees that use of Customer Data or non-Microsoft software Microsoft provides or otherwise makes available on Customer's behalf will not infringe any third party's patent, copyright or trademark or make unlawful use of any third party's trade secret.  In addition, Customer will not use an Online Service to gain unauthorized access to or disrupt any service, data, account or network in connection with the use of the Online Services.

c. **Rights and remedies in case of possible infringement or misappropriation.**  If Microsoft reasonably believes that a claim under this section may result in a legal bar prohibiting Customer's use of the Product or Fix, Microsoft will seek to obtain the right for Customer to keep using it or modify or replace it with a functional equivalent, in which case Customer must discontinue use of the prior version immediately. If these options are not commercially reasonable, Microsoft may terminate Customer's right to the Product or Fix and refund any amounts Customer has paid for those rights to Fixes and, for Products, any amount paid for a usage period after the termination date.

d. **Other terms.**  Customer must notify Microsoft promptly in writing of a claim subject to this section. To the extent permitted by applicable law, give Microsoft sole control over the defense and settlement (provided that for any Federal Agency Customers, the control of the defense and settlement is subject to 28 U.S.C. § 516) and provide reasonable assistance in defending the claim.  Microsoft will reimburse Customer for reasonable out of pocket expenses that it incurs in providing assistance.  The remedies provided in this section are the exclusive remedies for the claims described in this section.

Notwithstanding the foregoing, and solely with respect to Federal Agency Customers, Microsoft's rights set forth in this section (and the rights of the third party claiming infringement) shall be governed by the provisions of 28 U.S.C. § 1498.

7. *Limitation of liability.*

To the extent permitted by applicable law, for each Product, each party's maximum, aggregate liability to the other under this agreement is limited to direct damages finally awarded in an amount not to exceed the amounts Customer paid for the applicable Products during the term of this agreement, subject to the following:

a. **Online Services.**  For Online Services, Microsoft's maximum liability to Customer for any incident giving rise to a claim will not exceed the amount Customer paid for the  applicable Online Service during the 12 months before the incident.

b. **Professional Services.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE PARTIES LIMIT THEIR LIABILITY FOR ANY CLAIMS RELATED TO PROFESSIONAL SERVICES UNDER THIS AGREEMENT TO $5,000 AND IN NO EVENT WILL EITHER PARTY (INCLUDING THEIR DIRECTORS, OFFICERS AND AFFILIATES) BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL, OR EXEMPLARY DAMAGES ARISING OUT OF THE PERFORMANCE OF PROFESSIONAL SERVICES UNLESS OTHERWISE STATED IN A SPEARATE STATEMENT OF SERVICES. THESE EXCLUSIONS APPLY REGARDLESS OF WHETHER APPLICATION OF THESE EXCLUSIONS CAUSES ANY REMEDY TO FAIL OF ITS ESSENTIAL PURPOSE. THIS SECTION 7b WILL NOT APPLY TO LIABILITY ARISING OUT OF EITHER PARTY'S LIABILITY FOR (A) VIOLATION OF ITS CONFIDENTIALITY OBLIGATIONS (EXCEPT OBLIGATIONS RELATED TO DATA UNDER SECTION 8d BELOW); OR (B)

ANT_AR-1023

INFRINGEMENT, MISAPPROPRIATION, OR OTHER VIOLATIONS OF THE OTHER PARTY'S TECHNOLOGIES OR INTELLECTUAL PROPERTY.

c.   **Free Products and distributable code.**  For Products and Professional Services provided free of charge and code that Customer is authorized to redistribute to third parties without separate payment to Microsoft, Microsoft's liability is limited to direct damages finally awarded up to US$5,000.

d.   **Exclusions. In no event will either party be liable for loss of revenue or indirect, special, incidental, consequential, punitive, or exemplary damages, or damages for loss of use, lost profits, revenues, business interruption, or loss of business information, however caused or on any theory of liability.**

e.   **Exceptions.** The limits of liability in this section apply to the fullest extent permitted by applicable law, but do not apply to: (1) confidentiality obligations (except for all liability related to Customer Data or Support and Consulting Data which will remain subject to the limitations and exclusions above); (2) the parties' obligations under section 6; or (3) violation of the other's intellectual property rights.

f.   This clause shall not impair the U.S. Government's right to recover for fraud or crimes arising out of or related to these Microsoft License Terms and Conditions under any federal fraud statute, including the False Claims Act, 31 U.S.C. §§ 3729-3733.

8.   *Professional Services.*

a.   **Description of Supplier Services.**  The precise scope of the Professional Services may be specified in a Statement of Services.  Customer or any of Customer's Affiliates may enter into Statements of Services under this Agreement with Microsoft's local Affiliates.  Microsoft's ability to deliver the Professional Services depends upon Customer's full and timely cooperation, as well as the accuracy and completeness of any information Customer provides.  This Agreement does not obligate either party or its Affiliates to enter into any Statements of Services.

b.   **Proprietary Rights.**

   (i)   **Pre-existing Work.** Each party owns and retains all rights, title and interest to its pre-existing Confidential Information and technology, including technologies developed outside of this agreement, together with all related intellectual property rights (as to each party, its "**Pre-Existing Work**").  Subject to compliance with the terms of this agreement, each party grants to the other a worldwide, non-exclusive, non-assignable, fully paid-up license to use, reproduce, and create derivative works of its Pre-existing Work, provided that: (i) Microsoft's license to Customer's Pre-Existing Work is solely for the purposes of providing technical resources under this agreement; (ii) Customer's license to Microsoft Pre-Existing Work will be in accordance with this agreement; (iii) neither party may use the other party's Pre-Existing Work on a standalone basis and (iv) neither party may distribute or otherwise transfer any of the other party's Pre-Existing Work to a third party.

   (ii)   **Improvements.**  Each party shall exclusively own all modifications and derivative works created under this agreement to that party's Pre-Existing Work **("Improvements"),** regardless of who authors such Improvements.  Each party assigns to the other party all rights, title, and interest to any Improvements that it makes to the other party's Pre-Existing work.  Subject to compliance with the terms of this agreement, the parties license Improvements as follows: (i) Microsoft grants Customer a worldwide, non-exclusive, non-assignable, fully paid-up license to use, reproduce, and create derivative works, but not distribute or otherwise transfer, Improvements to Microsoft's Pre-Existing Work; and (ii) Customer grants Microsoft a worldwide, non-exclusive, non-assignable, fully paid-up license to use, reproduce, distribute, and create derivative works of only those Improvements Microsoft may create to Customer's Pre-Existing Work that are generic solutions or services.

ANT_AR-1024

(iii) **Developments.**  Either party may create new technology, written materials, or proofs of concept under this agreement that do not include any Pre-Existing Work or Improvements **("Developments").**  All Developments will be owned by Microsoft and Customer assigns to Microsoft all rights, title, and interest to any Developments that it makes.  Microsoft grants Customer a worldwide, non-exclusive, non-assignable, fully paid-up license to use, reproduce, and create derivative works, but not distribute or otherwise transfer to a third party, Developments.

c.  **Open Source.**  Microsoft may elect to release to Customer certain Improvements or Developments as open source software, published with related end user documentation to a public repository on GitHub or another mutually accepted venue, under the terms of the MIT License (http://opensource.org/licenses/MIT) or another mutually accepted open source license.  The open source license, and not the terms above, will apply to such Improvements or Developments.

d.  **Data.** Customer owns all rights to data that Customer or its affiliates may elect to share with Microsoft in Microsoft's performance of Professional Services.  The data protection terms of the Microsoft Professional Services Limited Data Protection Addendum apply and are available at http://aka.ms/mpsldpa.

e.  **Feedback.** Either party may provide suggestions, comments, ideas, know-how, or other feedback to the other party. Feedback is voluntary and the receiving party is not required to hold it in confidence. The receiving party will not disclose the source of feedback without the providing party's consent. Feedback may be used for any purpose without obligation of any kind.

f.  **Retained Rights**. Except as expressly set forth in this agreement, neither party grants the other (by implication, estoppel or otherwise) any right, title, interest, or license, in such party's patents, patent applications, trade secrets, copyrights, mask work rights, trademarks or other intellectual property.

9.  **Government Community Cloud**

a.  **Community requirements for Government Community cloud.**  Customer certifies it  is eligible for and has opted to purchase one or more Government Community Cloud services under the enrollment.  Customer agrees to use Government Community Cloud Services solely in its capacity as a member of the Community and for the benefit of end users that are members of the Community.  Microsoft reserves the right to update its lists of Government Community Cloud services from time to time.  Use of Government Community Cloud Services by an entity that is not a member of the Community or to provide services to non-Community members is strictly prohibited and could result in termination of Customer's license(s) for Government Community Cloud Services without notice.  Customer acknowledges that only Community members may use Government Community Cloud Services.

(i)  All terms and conditions applicable to non-Government Community Cloud Services also apply to their corresponding Government Community Cloud Services, except as otherwise noted in the Use Rights and this Amendment.

(ii)  Disclaimer: Government Community Cloud Services are not designed to operate in the same domain as non-Government Community Cloud.  Additionally, Office 365 GCC High cannot coexist in the same domain as Commercial Office 365 or Office 365 GCC, each as described in the Office 365 Service Descriptions.

(iii)  Any Customer in the Enterprise that uses Government Community Cloud Services must maintain its status as a member of the Community.  Maintaining status as a member of the Community is a material requirement for such services.

b.  **Use Rights for Government Community Cloud Services.**  For Government Community Cloud Services, notwithstanding anything to the contrary in the Use Rights:

c.  Government Community Cloud Services will be offered only within the United States.

ANT_AR-1025

d.  Customer Data will be stored and processed soley within the continental United States

e.  References to geographic areas in the Use Rights with respect to the location of Customer Data at rest, as set forth in the Use Rights, refer only to the United States.

f.  Additional European terms set forth in the Use Rights, including without limitation the Data Processing Terms section of the Online Services Terms (and the "Standard Contractual Clauses" that are incorporated by reference thereto) and all provisions in the Online Services Terms relating to the European Union General Data Protection Regulation, will not apply.  The System Security Plan included in the FedRAMP documentation for the specific Government Community Cloud Services details the security controls applicable to such Services.

g.  **Commercial Products**. Microsoft may make commercial products available to Customer to use with Customer's Government Community Cloud Services.  Such Products will be provisioned in the public commercial cloud and all security controls and data commitments related to these services are described in the Use Rights.

**10.    *Azure Government Secret and O365 Secret and Top Services.***

In addition to the Government Community Cloud terms above:

a.  The following terms and conditions apply solely to Azure Government Secret and Top Secret and O365 Secret and Top Secret Services and shall take precedence over any conflicting terms in this agreement or any document incorporated herein.

b.  Customer certifies that all Customers included in the Enterprise have the authority to access classified systems at the level of classification of the system being accessed.  .

c.  The existing Service Level Agreements ("SLAs") for Azure and O365 services apply to Azure Government Secret and Top Secret and O365 Secret and Top Services, except that the SLAs are modified as follows:

(i)  For the purpose of this Section 15, "data centers" as they are referred to in the existing SLAs, shall include  any Microsoft data centers, colocation data centers, or security operations centers (SOCs) that support the Azure Government Secret and Top Secret and O365 Secret and Top Secret Services provided under this Agreement.

(ii)  The SLA commitment does not apply to any unavailability, suspension or termination of Services:

a.  caused by any factor outside of Microsoft's reasonable control, including any force majeure event, which may include, but is not restricted to: limiting access to the facility by the Customer or a third party (including the U.S. government, if Customer is not a Federal Agency), limiting access to software, equipment or the space in which software or equipment are located in the facility by the Customer or a third party (including the U.S. government, if Customer is not a Federal Agency), limiting Internet access or network access, or IP transit provider issues;

b.  that results from any actions or inactions of the Customer or a third party (including the U.S. government, if Customer is not a Federal Agency), including but not limited to failure to process or deploy software patches through any government mandated vetting process or failure to meet agreed upon requirements for scaling of capacity;

c.  that results from Customer equipment, software or other technology and/or third party (including the U.S. government, if Customer is not a Federal Agency) equipment, software or other technology (other than third party equipment within our direct control), encryption devices and related software;

ANT_AR-1026

    **d.** that results from Microsoft dependencies on Customer or a third party (including the U.S. government, if Customer is not a Federal Agency) systems or any components thereof;

    **e.** that results from any maintenance as provided for pursuant to any separate Agreement;

    **f.** that result from Customer's failure to adhere to any other agreed upon policy or process documentation applicable to the environment;

    **g.** that result from customer support issues that cannot be resolved through Microsoft's standard support channels available for Azure Government Secret and Top Secret Services and O365 Secret and Top Secret Services within the standard SLA period available for such services.

**11. Description of Supplier Services.**

The precise scope of the Professional Services may be specified in a Statement of Services. Customer or any of Customer's Affiliates may enter into Statements of Services under this Agreement with Microsoft's local Affiliates. Microsoft's ability to deliver the Professional Services depends upon Customer's full and timely cooperation, as well as the accuracy and completeness of any information Customer provides. This Agreement does not obligate either party or its Affiliates to enter into any Statements of Services.

**12. *Miscellaneous.***

    ***a.*** **Notices.** Notices must be in writing and will be treated as delivered on the date received at the address, date shown on the return receipt, e-mail transmission date or date on the courier or fax confirmation of delivery. Notices to Microsoft must be sent to the following address:

        Microsoft Corporation

        Dept. 551, Volume Licensing

        6100 Neil Road, Suite 210

        Reno, Nevada 89511-1137

        USA

    **b.** Notices to Customer will be sent to the individual at the address Customer identifies to its Government Partner as its contact for notices. Microsoft may send notices and other information to Customer by email or other electronic form.**Assignment.** Either party may assign this agreement either in whole or in part to an Affiliate, but it must notify the other party in writing of the assignment. Any other proposed assignment must be approved by the other party in writing. Any prohibited assignment is void.

    **c.** **Severability.** If any part of this agreement is held unenforceable, the rest remains in full force and effect.

    **d.** **Waiver.** Failure to enforce any provision of this agreement will not constitute a waiver.

    **e.** **No agency.** This agreement does not create an agency, partnership, or joint venture.

    ***f.*** ***Third-party beneficiaries.*** *Microsoft is a third-party beneficiary to this agreement.*

    **g.** **Use of contractors.** Microsoft may use contractors to perform services, but will be responsible for their performance, subject to the terms of this agreement.

    **h.** **Microsoft as an independent contractor.** The parties are independent contractors. Customer and Microsoft each may develop products independently without using the other's confidential information.

ANT_AR-1027

i.  **Agreement not exclusive.**  Customer is free to enter into agreements to license, use or promote non-Microsoft products or services.

j.  **Entire agreement.** This agreement is the entire agreement concerning its subject matter and supersedes any prior or concurrent communications.  In the case of a conflict between any documents in this agreement that is not expressly resolved in those documents, their terms will control in the following order of descending priority: (1) this agreement, (2) the Product Terms, (3) the Use Rights, and (4) any other documents in this agreement.

k.  **Survival.**  All provisions survive termination of this agreement except those requiring performance only during the term of the agreement.

l.  **U.S. export jurisdiction.** Products are subject to U.S. export jurisdiction.  Customer must comply with all applicable international and national laws, including the U.S. Export Administration Regulations, the International Traffic in Arms Regulations, and end-user, end-use and destination restrictions issued by U.S. and other governments related to Microsoft products, services, and technologies.

m.  **Force majeure**.  Neither party will be liable for any failure in performance due to causes beyond that party's reasonable control (such as fire, explosion, power blackout, earthquake, flood, severe storms, strike, embargo, labor disputes, acts of civil or military authority, war, terrorism (including cyber terrorism), acts of God, acts or omissions of Internet traffic carriers, actions or omissions of regulatory or governmental bodies (including the passage of laws or regulations or other acts of government that impact the delivery of Online Services).  This Section will not, however, apply to your payment obligations under this agreement.

n.  **Open Source**. Certain third party license terms require that computer code be generally (1) disclosed in source code form to third parties; (2) licensed to third parties for the purpose of making derivative works; or (3) redistributable to third parties at no charge (collectively, "Open Source License Terms").  Neither Microsoft or Customer may use, incorporate, modify, distribute, provide access to, or combine the computer code of the other with any other computer code or intellectual property (collectively, "Provide") in a manner that would subject the other's computer code to Open Source License Terms.  Microsoft is not responsible for Customer's upload, use or distribution of Customer's code from the Online Services.  Customer may upload code to an Online Service and allow third parties access to use or download Customer's code on the Online Service, provided that (1) such use is not restricted by a license agreement or the License Agreement/Product Use Rights and (2) any Open Source License Terms apply solely to Customer and their uploaded code, and not to any code or Products provided by Microsoft.  Microsoft and Customer warrant that it will not provide the other with, or give third parties access through the Online Services to, computer code that is governed by Open Source License Terms, except as described above.

o.  **Contracting authority.**  If you are an individual accepting these terms on behalf of an entity, you represent that you have the legal authority to enter into this agreement on that entity's behalf.

p.  **Applicable Law.**

   **(i)  When the Customer is a State/Local Entity.** The terms of this Agreement will be governed by and construed in accordance with the laws of the state of the Customer.

   **(ii)** Where the Customer is a Federal Agency, all disputes under this Agreement shall be governed by FAR 52.233-1, Disputes and the Agreement shall be governed under applicable US Federal law.

   **(iii)** If federal jurisdiction exists, the parties consent to exclusive jurisdiction and venue in the federal courts in Customer's state.

q.  **Additional Terms Applicable when the Customer is a Federal Agency**

   **(i)** No provisions of any shrink-wrap or any click-through agreement (or other similar form of agreement) that may be provided in conjunction with any Product(s) acquired under this

ANT_AR-1028

agreement shall apply in place of, or serve to modify any provision of this agreement, even if a user or authorized officer of Customer purports to have affirmatively accepted such shrink-wrap or click-through provisions. For the avoidance of doubt and without limiting the foregoing, in the event of a conflict between any such shrink-wrap or click-through provisions (irrespective of the products or services that such provisions attach to) and any term or condition of this agreement, then the relevant term or condition of this agreement shall govern and supersede the purchase of such Product(s) to the extent of any such conflict. All acceptance of agreements and renewals shall be executed in writing.

(ii) If any document incorporated by reference into this agreement, including the Use Rights included and/or referenced or incorporated herein and/or therein, contains a provision (1) allowing for the automatic termination of your license rights or Online Services; (2) allowing for the automatic renewal of services and/or fees; (3) requiring the governing law to be anything other than the applicable law set forth above in Section 9.o; and/or (4) otherwise violates applicable law, then, such terms shall not apply with respect to the Federal Government. If any document incorporated by reference into this agreement, including the Use Rights included and/or referenced or incorporated herein and/or therein contains an indemnification provision, such provision shall not apply as to the United States indemnifying Microsoft or any other party.

## 13.    Definitions.

Any reference in this agreement to "day" will be a calendar day.

**"Acceptable Use Policy"** is set forth in the Online Services Terms.

**"Affiliate"** means,

a. for Microsoft, any legal entity that owns or controls, is owned or controlled by, or is under common ownership or control with, Microsoft;

b. for Contractor, any entity that owns or controls, is owned or controlled by, or is under common ownership or control with, Contractor; and

c. for each Customer identified on an Initial Order Form, any entity that

(i) is a bureau, office, agency, department or other subdivision of that Customer (and located in Customer's State, if Customer is a State/Local Entity) controlled by or under common control with Customer for whose use of Products Contractor is contractually responsible under its Government Contract in accordance with agreement, and

(ii) controls, is controlled by, or is under common control with, Customer.

For this definition, "ownership" means owning more than 50% of applicable interests, and "control" means the legal right to bind contractually and exercise decision power over administration, finances, and operations.

**"Azure Government Services"** means one or more of the services or features Microsoft makes available to Customer under this Enrollment and identified at http://azure.microsoft.com/en-us/regions/#services, which are Government Community Cloud Services.

**"Azure Government Secret and O365 Secret Services"** means one or more of the services or features Microsoft makes available to Customer in the Azure Government Secret and O365 Secret environment under the Enrollment. The full catalog of Azure and O365 Secret Services will be listed in the customer portals for the Azure Government Secret cloud and the O365 Secret cloud or at some other location specified by Microsoft.

**"Azure Government Top Secret and O365 Top Secret Services"** means the Microsoft Online Services that are provisioned for exclusive use by the Community for data classified at the Top-Secret level. Azure Government Top Secret and O365 Top Secret Services are considered Government Community Cloud Services. The full catalog of Azure and O365 Top Secret Services will be listed in the customer portals for

ANT_AR-1029

the Azure Government Secret cloud and the O365 Secret cloud or at some other location specified by Microsoft.

**"Community"** means the community consisting of one or more of the following: (1) a Government, (2) a Customer using eligible Government Community Cloud Services to provide solutions to a Government or a qualified member of the Community, or (3) a Customer with Customer Data that is subject to Government regulations for which the Customer determines and Microsoft agrees that the use of Government Community Cloud Services is appropriate to meet the Customer's regulatory requirements.  Membership in the Community is ultimately at Microsoft's discretion, which may vary by Government Community Cloud Service.

**"Consumption Offering"**, "Commitment Offering", or "Limited Offering" describe categories of Subscription offers and are defined in Section 2.

**"Customer Data"** is defined in the Online Services Terms or with Professional Services, Customer Data does not include Support and Consulting Data.

**"End User"** means any person you permit to access Customer Data hosted in the Online Services or otherwise use the Online Services.

**"Federal Agency"** means a bureau, office, agency, department or other entity of the United States Government.

**"Fix"** means a Product fix, modifications or enhancements, or their derivatives, that Microsoft either releases generally (such as Product service packs) or provides to Customer to address a specific issue.

**"Government"** means a Federal Agency, State/Local Entity, or Tribal Entity acting in its governmental capacity.

**"Government Community Cloud Services"** means Microsoft Online Services that are provisioned in Microsoft's multi-tenant data centers for exclusive use by or for the Community and offered in accordance with the National Institute of Standards and Technology (NIST) Special Publication 800-145.  Microsoft Online Services that are Government Community Cloud Services are designated as such in the Use Rights and Product Terms.

**"Government Contract"** means the binding agreement between the Contractor and Customer under which Customer orders Products from the Contractor and the Contractor binds Customer to the terms of the this agreement.

**"Licensing Site"** means http://www.microsoft.com/licensing/contracts or a successor site.

**"Microsoft Trust Center Compliance Page"** is Microsoft's website accessible at https://www.microsoft.com/en-us/TrustCenter/Compliance/ or a successor upon which Microsoft provides information about how each of its Online Services complies with, and/or is certified under, various government and industry control standards.

**"Non-Microsoft Product"** is defined in the Online Services Terms.

**"Office 365 Service Descriptions"** means the Service Descriptions for Office 365 GCC High, published by Microsoft at https://technet.microsoft.com/en-us/library/mt774581.aspx (for the product superset, Office 365 US Government) and https://technet.microsoft.com/en-us/library/mt774968.aspx (for the product subset, Office 365 GCC High), or at successor sites Microsoft later identifies.

**"Office 365 US Government"** means the Government Community Cloud Service described by the Office 365 Service Descriptions, and purchased by Customer pursuant to the terms and conditions of the Enrollment.

**"Office 365 GCC High"** means the Government Community Cloud Service described by the Office 365 Service Descriptions, and purchased by Customer pursuant to the terms and conditions of the Enrollment.

**"Online Services"** means any of the Microsoft-hosted online services identified as such in the Product Terms and/or Online Services Terms and subscribed to by Customer under this agreement, including but not limited to those which are Government Community Cloud Services: Microsoft Dynamics Online

ANT_AR-1030

Services, Office 365 Services, Microsoft Azure Services, Microsoft Power BI Services, or Microsoft Intune Online Services. For clarity:

    **a.** Microsoft's subcontract with Contractor may limit the scope and variety of Microsoft Online Services available to Customer, for example based upon either a Microsoft License Program restriction and/or Customer's unique regulatory or other requirement.

    **b.** Customer should not issue a purchase order to Contractor for an Online Service unless Customer is first satisfied, pursuant to Microsoft's public statements on the Microsoft Trust Center Compliance Page, that its regulatory and other requirements will be met.

    **c.** In certain cases, Microsoft may require Contractor to provide Customer with an amendment to this Customer Agreement, in cases where an Online Service's compliance with a regulation is predicated upon joint Customer responsibility, as set for in the Microsoft Trust Center Compliance Page.

**"Online Services Benefits"** means those Professional Services, made available to eligible customers at no additional charge as part of  an Online Services subscription to advise and assist with onboarding, migration, training and use of those Online Services.  Additional terms and conditions may be required to receive some Online Services Benefits.  Eligibility will be determined on a per-service basis and may vary depending on availability.  Microsoft reserves the right to change the availability of Online Service Benefits at any time in its sole discretion.

**"Online Services Terms"** means the additional terms that apply to Customer's use of Online Services published on the Licensing Site and updated from time to time.

**"Previews"** means preview, beta, or other pre-release version or feature of the Online Services or Software offered by Microsoft to obtain customer feedback.

**"Product"** means all products sold to Customer by Contractor, as identified in the Product Terms, such as all Software, Online Services and other web-based services, including Previews. For clarity, not all Products shown in the Product Terms will be available to Customer under this Agreement.  Contractor will inform Customer of Products made available to purchase under the Government Contract.

**"Product Terms"** means the document that provides information about Microsoft Products and Professional Services available through volume licensing.  The Product Terms document is published on the Licensing Site and is updated from time to time.

**"Professional Services"** means all Product support services and Microsoft research or engineering services, training, advice, consulting or other services provided to assist with onboarding, migration, training and use of Online Services or otherwise  related to any Online Service. The precise scope of the Professional Services may be specified in a Statement of Services.  This Agreement does not obligate either party or its Affiliates to enter into any Statements of Services.

**"SLA"** means Service Level Agreement, which specifies the minimum service level for the Online Services and is published on the Licensing Site.

**"State/Local Entity"** means (1) any agency of a state or local government in the United States, or (2) any United States county, borough, commonwealth, city, municipality, town, township, special purpose district, or other similar type of governmental instrumentality established by the laws of Customer's state and located within Customer's state' jurisdiction and geographic boundaries.

**"Software"** means licensed copies of Microsoft software identified on the Product Terms.  Software does not include Online Services, but Software may be a part of an Online Service.

 **"Statement of Services"** means any work orders, services descriptions, or other description of Professional Services that incorporates this Agreement.

**"Subscription"** means an enrollment for Online Services for a defined Term as established by your Reseller.

**"Support and Consulting Data"** means all data, including all text, sound, video, image files, or software, that are provided to Microsoft by, or on behalf of, Customer (or that Customer  authorizes Microsoft to obtain

ANT_AR-1031

from an Online Service) through an engagement with Microsoft to obtain Professional Services covered under this Addendum. Support and Consulting Data may include Personal Data.

**"Term"** means the duration of a Subscription (e.g., 30 days or 12 months).

**"Tribal Entity"** means a federally-recognized tribal entity performing tribal governmental functions and eligible for funding and services from the U.S. Department of Interior by virtue of its status as an Indian tribe.

**"Use Rights"** means the use rights or terms of service for each Product published on the Licensing Site and updated from time to time.  The Use Rights supersede the terms of any end user license agreement that accompanies a Product.

    **a.** The Use Rights for Online Services are published in the Online Services Terms. In addition, the Product Terms (a) contain product-specific references which may apply to certain Online Services and (b) may reference Online Services, and certain types of SKUs for them, that are not made available to Customer.

    **b.** The Use Rights for Software are published by Microsoft in the Product Terms.



ANT_AR-1032

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 5 |

| 2. AMENDMENT/MODIFICATION NUMBER<br>P22002 | 3. EFFECTIVE DATE<br>see block 16c | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X  10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2022-A-00-284700-SDS000-NONCOMP-2570-8914-S99999-284700-2022

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>52.212-4 (c) changes |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add task area 14 for software services product operations support.

From this modification,

[redacted]

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Cynthia Glasco, Contract Administrator Advisor | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Victor Martinez<br>Contracting Officer |
|---|---|
| 15B. CONTRAC[redacted]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>06/30/2022 | 16[redacted]<br>By [redacted] | 16C. DATE SIGNED<br>Jun 30 2022 |

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - (P22001) - of 1 current signed modifications as of 06/27/2022 | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1033

## Table of Contents

| Section | Description | Page Number |
|---|---|---|
| 1 | Continuation Sheet................................................................................................................ | |

ANT_AR-1034

ANT_AR-1035

ANT_AR-1036

ANT_AR-1037

**STATEMENT OF OBJECTIVES (SOO)**
**USPTO Patent and Trademark Office (USPTO)**
**Enterprise Cloud Modernization**

| Date | Modification | Impacted Section(s) | Note |
|------|-------------|--------------------|------|
|  | P22002 | 4.15, 5, and 6 | Task area 14 added |

## 1. Purpose

The United States Patent & Trademark Office (USPTO), Office of Chief Information Officer (OCIO) has begun disruptive Information Technology (IT) transformation initiatives in Fiscal Year (FY) 2020 leading to an agile infrastructure, intelligent operations, and enabling flexibilities to decrease operating expenses. This transformation will continue over the next two fiscal years. A few of the modernization activities resulting from the transformation initiatives include:

- A multi-site, fully redundant hybrid cloud infrastructure
- A resilient application architecture in a hybrid cloud, with containerized solution
- Fully capable, mission critical applications running stand-alone in the disaster recovery site or external cloud
- Infrastructure consolidated into a reduced/dense and efficient data center space

The USPTO OCIO seeks to implement these transformation initiatives to support the vision of conducting the majority of Agency business via digital means by 2025. To support this vision our organization will require:

- A multi-site, highly scalable, innovative and elastic infrastructure and technology platform
- Adapting current IT to support future digital needs with a multi-faceted approach
- Adapting to a public cloud computing service that is uniquely positioned to support our future strategic technology requirements with no need to undertake long-term capital investments
- Adapting to the Cloud Product to deliver capabilities to provide use-as-you-need compute, storage, and cloud native services
- The enabling of Highly Available, Disaster Recovery (HA/DR) infrastructure, engineering, and provisioning to include Datacenter, Network, Storage, Compute, and Cloud
- Provide capability to shift Datacenter centric Network, Storage, and Compute to Cloud Services to be fit for purpose

The USPTO OCIO seeks one vendor to support the Infra/Hosting - Cloud product, with public cloud enhancements for effective cost savings, streamlined efforts and a purposeful investment.

ANT_AR-1038

All work performed under this contract must conform to applicable federal government regulations and policies, as well as other agency supplemental regulations and policies as appropriate. These include the Department of Commerce (DOC) and USPTO policies provided for reference as follows:

Attachment 1: DOC IT Security Baseline Policy

Attachment 2: USPTO Cloud Services Usage Policy

Attachment 3: USPTO Coding Standards

Attachment 4: USPTO Continuous Monitoring Strategy

Attachment 5: USPTO Rules of the Road OCIO-POL-36

## 2. Scope

The Enterprise Cloud Modernization effort will allow USPTO Product teams to assess, migrate, develop and deploy to the cloud using FEDRAMP approved commercial cloud services through a single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers. This effort will also provide but is not limited to the following capabilities and enhancements

### Hybrid Multi-Cloud

Single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers, to deliver the below capabilities while also upholding the listed architecture principles:

### Cloud Support Capability:
1. Perform data assessments and migrations
2. Develop/mature architecture
3. Develop and/or mature a financial model to track and allocate costs across product lines and products (e.g., chargeback model)
4. Develop enterprise approach to data tagging to be used across Product Lines to support financial reporting and optimal uptime to reduce unnecessary cost incurred
5. Refine and implement cloud strategy recommendations at the USPTO
6. Determine security level based on USPTO data hosted in the cloud

### Architecture Principles
- Cloud First and Cloud Smart
- Multi-Cloud Compute Ecosystem
- Reduced Data Center Footprint
- FedRAMP Certifications
- Delivering IT Solutions better, cheaper and faster
- Adopting cloud services with a cloud-first approach for both new and existing workloads when cost feasible

ANT_AR-1039

- Accelerating the decrease in data center footprint
- Becoming more agile and responsive to business demands by lowering the time to market for new projects and prototypes
- Enhancing our ability to react to scalability requirements

Unless otherwise annotated, the stated objectives, requirements, and metrics in the SOO apply across all Infra/Hosting products, to include Network, Data Center, Compute, Storage and Cloud components. Also, unless otherwise stated, all date ranges in the SOO are 6 calendar days. The Government understands that some Cloud Service Providers (CSPs) may propose functionality beyond anything specified in the SOO as part of their commercial cloud offerings. The SOO should not be interpreted as limiting any potential functionality within the proposed solution.

## 3. Objectives

The objectives of this procurement are to award a contract to a vendor for efficient and cost effective support services resulting in three Agile Teams (contractor and government) utilizing Agile/DevOps methodologies to support USPTO Product teams to assess, migrate, develop and deploy to the cloud. The three Agile Teams will consist of:

1. USPTO Amazon Cloud Services (UACS), USPTO Google Cloud Services (UGCS) Team
2. USPTO Microsoft Azure Cloud Services (UMACS) Team
3. Assessment and Migration Team

The vendor will engage with the external cloud providers specified in task area 4, on behalf of the USPTO, whereas the USPTO will remain the master account holder/admin with the external cloud providers.

The proposed staffing allocations for these Agile Teams to manage their respective product backlogs, are as follows:

| Task Areas | UACS + UGCS | UMACS | Migration Team |
|---|---|---|---|
| Cloud User and Admin Account Management | 70.00% | 20.00% | 10.00% |
| Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | 50.00% | 50.00% | ~ |
| Operations and Maintenance/Performance Monitoring | 80.00% | 20.00% | ~ |
| Cloud Infrastructure Enhancements | 75.00% | 25.00% | |
| Storage, Data, Optimization | 10.00% | 10.00% | 80.00% |
| Security Operations and Compliance, Cloud ISSO | 60.00% | 40.00% | ~ |

ANT_AR-1040

| Application Assessment, Migration and Modernization | ~ | ~ | 100.00% |
|---|---|---|---|
| Authorized Reseller Capabilities | ~ | ~ | ~ |
| Cloud Intake Process | 75.00% | 25.00% | ~ |

USPTO has a vision to become fully automated by realizing the potential of Cloud by 2025, and efforts to date have resulted in a high-level, enterprise-wide cloud computing strategy and an assessment tool to identify existing candidates, products and components to lead the charge. In addition to this vision, USPTO has also articulated a framework, architecture principles, business values, and the enablers required to realize this vision, and is now seeking knowledgeable industry partners that can align the foundational work already completed to deliver a hybrid multi-cloud solution that meets both current and future-state requirements.

At a high level, there are nine (9) primary objectives envisioned to fully implement the USPTO Cloud Strategy as referenced below:

Objective 1: Fully automated CI / CD environment with infrastructure as code (IaC) on all cloud workloads

Objective 2: Usage-based chargeback of platform, infrastructure, and operations

Objective 3: Cloud SaaS first, buy and host on cloud, then build on cloud (PaaS, then IaaS)

Objective 4: New systems to be cloud-native and utilize microservices architecture with API-first design

Objective 5: Common standards for software development and technology stack

Objective 6: End-to-end security using leading cybersecurity practices (e.g. data encryption, MFA, IAM, FedRAMP)

Objective 7: Event-driven design

Objective 8: Verify and test product recovery process to alternate cloud region for disaster recovery prior to production deployment with acceptable performance and with annual testing

Objective 9: Promote standardization of tools across hybrid multi-cloud for observability, operations, and maintenance

## 4. Task Areas

- **4.1 Task Area 1: Cloud User and Admin Account Management**

ANT_AR-1041

Provisioning of user accounts, cloud accounts, configuration of role policies, tracking, management, and upkeep.

4.1.1    The offeror is to provide support in Cloud account management through the USPTO change management process/system and modify the best practice guide as needed. The contractor shall recommend efficiencies where noted for Cloud account administration (create, modify, delete), password resets, managing access and secret keys, role administration, group administration, policy administration.

4.1.2    The offeror is to track all Cloud account activities for management and upkeep in a centralized location/ platform on a monthly basis across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.1.3    The offeror is to integrate Federated authentication across multiple cloud platforms with USPTO credentials.

4.1.4    The offeror is to manage creation of roles and instance profiles so development teams will have access to pre-created roles to where they can attach policies to instances.

4.1.5    The offeror is to manage Access Keys issued to users for programmatic access to APIs.

4.1.6    The offeror is to provide support and development related to Identity Access Management (IAM) in Cloud Hosted Services to include billing, user, and service/principal accounts. IAM support shall ensure all tasks, processes, and objects conform to USPTO Security, compliance, and monitoring requirements.

**4.2    Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports**

Billing and cost analysis, usage tracking, recommendation and implementation of cost reduction methods and strategies, adapt to USPTO data analytic platforms as needed

4.2.1    The offeror is to provide detailed billing on all Cloud costs, to include infrastructure, project support services, and usage.

4.2.2    The offeror is to develop a solution that automatically checks service usage against Cloud Service Limits (cost by account) to prevent resource creation failures when the usage approaches a defined threshold (e.g. percentage of the associated service limit).

4.2.3    The offeror is provide budget threshold setting alerts based on usage costs or caps against the monthly allocated budget to the Product team/Stakeholders.

4.2.4    The offeror is to provide a billing dashboard with the capability to setup and manage budgeting caps and alerts in advance of caps being reached based on allocated funding provided for each account.

ANT_AR-1042

4.2.5    The offeror is to provide a billing dashboard that tracks real-time (or near real-time) Cloud usage and cost by services and components used by Product Teams across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.6    The offeror is to provide machine-learning to monitor spikes and drops in Cloud usage and costs across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.7    The offeror is to display multi-level thresholds showing graphical data and allow for action to reduce resource usage cost for projected and usage at cap, and providing recommendations for usage within budget caps.

4.2.8    The offeror is to provide the ability to control access to different views, groups and permissions on the billing dashboard. The contractor shall configure authentication to the billing dashboard with USPTO credentials.

4.2.9    The offeror is to provide the Product teams access to its own account billing information to see their Cloud usage and cost by a specified time period and resource ID or tag.

4.2.10   The offeror is to provide recommendations to optimize Cloud usage costs by analyzing usage patterns and provide recommendations for consolidating instance types based on demand across all billing accounts. The recommendations shall include Reserved and/or Spot Instance quantities as appropriate, changes to Application configurations, USPTO operational standards, and policy conditions for the creation of new instances.

4.2.11   The offeror is to provide the capability for an authorized Cloud reseller partner to configure the Consolidated Billing for account administration services, which allows clients to create and own their own accounts, configured to allow Product teams to have full API and billing access.

**4.3   Task Area 3: Operations, Maintenance, and Performance Monitoring**
Day-to-day support of operating a enterprise cloud implementation, vulnerabilities and findings, POAM remediations, assessment findings resolutions, implementation of monitoring to support infrastructure O&M, performance, capacity planning

4.3.1    The offeror is to provide support for cloud services and cloud hosting of USPTO applications and systems, which may include various components and interfaces with the public and internal users.

4.3.2    The offeror is to maintain availability of production systems deployed into USPTO Cloud platforms where there is no designated support through the Product Team. The offeror is to provide communication, including responding to the CIO Command Center, Alert distributions, support team requests, system business area requests, requests within 30 minutes of receipt, during business hours and investigate reported and suspected outage issues,

ANT_AR-1043

documenting issues, providing resolution, and maintain a knowledge base of known issues.

4.3.3    The offeror has the ability to work remotely with current USPTO collaboration tools, with the presence indicator depicting daily status, in addition to being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. The offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). The offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.

4.3.4    The offeror is to follow the USPTO's Product Framework using agile methodologies and best practices, USPTO operational standards (OCIO Playbook), and USPTO Cloud Computing strategies and best practices. The offeror is to support change control activities related to system lifecycle; track defects due to non-compliance with standards, best practices or system/software bugs and provide a remediation plan for each.

4.3.5    The offeror is to support the enhancement of monitoring and logging capabilities to include the identification, collection, and organization of data to provide a comprehensive view of the health of a system.

4.3.6    The offeror is to analyze log data to provide intrusion detection and prevention capabilities by defining event thresholds and generating alert notifications for suspicious behaviors along with affected resources and associated data for incident response, mitigation, and integration with on-premise monitoring systems. The contractor shall persist the log files according to USPTO retention requirements and make them accessible by the USPTO Security Information and Event Management (SIEM) system.

4.3.7    The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall manage system security vulnerabilities in accordance with FISMA, NIST, DOC, and USPTO standards, policies, and guidelines. The contractor shall have knowledge of security scan tools to ensure remediation of findings.

4.3.8    The offeror is to establish and maintain advance tag mapping and asset tracking, demonstrating in-depth knowledge to setup and manage one to one, one to many, many to many asset mapping across multi-cloud resources, accounting for missing, duplicate tags, abbreviated, unsupported resource tagging, and mix-case tags. Tags are to be compliant with USPTO Cloud Strategy and have ability to display usage and assets across multiple Cloud providers.

ANT_AR-1044

4.3.9    The offeror is to provide analysis, presentation, and processing of data to inform stakeholder decisions and actions to include: Unsuccessful login attempts, Network-level attacks or intrusion attempts, stack updates, instance inventory, Public facing endpoints, Disk and memory utilization of instances, resource usage costs, Non-US region activity, Application health monitors, HTTP access/request traceability.

## 4.4   Task Area 4: Cloud Infrastructure Enhancements

Includes support improvements to cloud enterprise infrastructure implementation for HA/DR, automation.

4.4.1    The offeror is to provide specialized technical support in cloud-hosted services in relation to various Operating Systems (OS), Networking, Program languages, Databases, Web Services, Cloud services, change management, technical writing, analysis, and/or middleware as required.

4.4.2    The offeror is to provide the ability to provision all available Cloud Services to include infrastructure (Compute, Storage, and Networking) utilizing the various cloud service on demand, dedicated, or reserved instance model. Provisioning may include Cloud services, 3rd party services, GOTS, COTS, and custom app integrations, maintenance, and monitoring.

4.4.3    The offeror is to be responsible for supporting configuration, change management, architecture, engineering, and administration of Cloud hosted Infrastructure as a Service. This also includes review and enhance Operational Service Plans (OSPs), Run books, known issues knowledge bases, log defects, and other artifacts as requested by USPTO staff.

4.4.4    The offeror is to serve as subject matter experts who design, develop, test, and/or demonstrate working solutions that meet USPTO objectives for enhancing infrastructure capabilities within Cloud and deliver documentation to effectively plan and implement those solutions. This includes step-by-step procedures and any supporting artifacts necessary to successfully deploy working systems and/or configurations.

4.4.5    The offeror is to ensure the Confidentiality, Integrity, and Availability of all cloud resources in all regions and availability groups. The contractor shall design, develop, test and implement automation and procedures for managing the configurations of guardrails, server baselines, blueprints, policies, tagging, dashboards, and reporting.

4.4.6    The offeror is to design, develop, and test an integration solution with the current Continuous Integration/Delivery/Deployment systems (i.e. Subversion, GitHub, Jenkins, Ansible) and change control processes to deliver a seamless fully automated deployment capability. The deployment process, as the target procedure for automation, shall be based on the Deployment Best Practices defined as part of the USPTO Operational Standards.

ANT_AR-1045

4.4.7   The offeror is to ensure deployment automation standards will be enhanced by integrating an authoritative source repository at the beginning of the deployment process to replace the manual step of copying and organizing sources files to the Cloud. Enhancements to Continuous Integration/Configuration Management tooling for deployment automation will focus on replacing the manual step of creating or updating a Cloud stack and rollback.

4.4.8   The offeror is to develop and test configuration standards and adapt processes, tooling, and Cloud components to support container-based workloads. The overall solution shall be portable across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.4.9   The offeror is to develop baseline containers based on security configuration benchmarks that will serve as the runtime environment for container images.

4.4.10   The Contractor shall develop configuration standards for container images and build files to meet standard deployment procedures.

4.4.11   The offeror is to design, develop, test and implement Guardrails – automation for managing the configurations that grants access to cloud services and resources in accordance with Cybersecurity policy and other FISMA controls to address shared responsibilities as applicable/defined in the CSP's FedRAMP accreditation package. This includes network topologies that support layered security architectures (e.g. restrict public access) and standard configurations (as appropriate to each CSP) to support separation of duties and resource isolation between projects/teams and environments (lab vs prod).

4.4.12   The offeror is to develop server baseline(s) – Design, create, develop, test, implement, and/or adopt baseline images used to create servers based on approved security benchmarks and operational tools.

4.4.13   The offeror is to transition from Center for Internet Security (CIS) Benchmarks to Defense Information Systems Agency (DISA) Security Technical Implementation Guide (STIG) benchmarks for securing products and components hosted in the Cloud.

### 4.5   Task Area 5: Storage, Data, Optimization

Recommending, performing, managing, S3, Glacier, data lifecycle implementations, provide policy updates to minimize cost while meeting needs for varying storage options. Includes auto data cleanup, de-duplications, Storage Migration (lower cost storage), inventory of ULs, PII considerations, long-term storage; low access; carving out structure and be able to manage storage in cloud; Actual migration of the application and data; work with storage & server admin team and manage back-end process

4.5.1   The offeror is to provide support for operation, monitoring, troubleshooting,

ANT_AR-1046

configuration, upgrade, storage architecture designs, and maintenance of data storage in the Cloud. These tasks include but are not limited to: Storage Administration (software and components) support for all external cloud storage equipment (e.g. Amazon Snowball and Snowball Edge), disk space monitoring, integration and testing of storage related scripts.

4.5.2 The offeror is to support the archival of USPTO data (e.g. image files) to a cloud storage service for data archiving and long-term backup.

4.5.3 The offeror is to secure the cloud storage solution and support cost analysis to determine cost savings compared to on-premises solutions.

4.5.4 The offeror is to support the migration for data storage from on-premise to a cloud provider.

4.5.5 The offeror is to ensure storage containing personally identifiable information is protected from on-premise to a cloud provider.

4.5.6 The offeror is to support a solution for long-term cloud storage where there is no immediate need for retrieval of the data.

4.5.7 The offeror is to support a solution that provides bulk storage of data from on-premise to a cloud provider.

4.5.8 The offeror is to manage storage utilization in the Cloud and support the actual migration of the application data.

4.5.9 The offeror is to work with the storage & server admin team and manage the process for storage migration to the cloud.

4.5.10 The offeror is to provide technical writing skills and requirements/procedural documentation associated with, but not limited to Storage as a Service requirements, Storage processes and procedures for Cloud, Service Catalogs.

## 4.6 Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support

What a general service system ATO (UACS, UMACS, UGCP) will need to be compliant to, supporting infrastructure team in recommending compliant solutions to meet cyber assessment/audit expectations. Zero Trust implementation, CASB, Provide ISSO services.

4.6.1 The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall serve as a principal advisor on all matters, technical and otherwise, involving the controls for the system. The contractor must have the knowledge and expertise to manage the security or privacy aspects of an organizational system and may be assigned responsibility for the day-to-day system security or privacy operations.

4.6.2 The offeror is to be responsible for the development, management, and maintenance of System Security and Privacy Plans (SSPP). The Contractor will also assist in preparing system-level policies, guidelines, and standards for USPTO information systems and system users in order to implement USPTO security directives and policies and assist the system owner develop

ANT_AR-1047

and maintain an IT security program that addresses implementation of Federal Information Security Modernization Act (FISMA 2014) requirements as mandated by the White House Office of Management and Budget (OMB), in accordance with NIST Standards and special publications, Security Technical Implementation Guide (STIG), and DOC and USPTO Security policies and procedures.

4.6.3    The offeror is to implement USPTO cloud services in accordance with FISMA, NIST, FedRAMP, DOC, and USPTO standards, policies, and guidelines as follows:

4.6.3.1  The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

4.6.3.2  The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

4.6.4    The offeror is to provide Information System Security Officer (ISSO) services.

4.6.5    The offeror is to have the following certifications: Certified Information Systems Security Professional (CISSP) or Certified Information Security Manager (CISM), and Certified Authorization Professional (CAP). The Certified Cloud Security Professional (CCSP) certification is highly desired.

## 4.7  Task Area 7: Application Assessment, Migration and Modernization

Migration readiness, TCO, business case analysis, playbook for migration and ability to migrate and handoff.

ANT_AR-1048

4.7.1    The offeror is to establish a Cloud Adoption and Migration Guideline with Training materials, the guideline and training shall indicate how and why the cloud is cheaper, faster and better.

4.7.2    The offeror is to ensure guideline/training has business justification and application lifecycle information.

4.7.3    The offeror is to ensure guideline/training provides business use cases for each cloud service providers to include AWS, Azure, and Google.

4.7.4    The offeror is to ensure guideline/training indicates the development type; new, upgrade, lift and shift.

4.7.5    The offeror is to ensure guideline/training covers application architecture (N-tier, Microservices, Service oriented) technology (OS, COTS, codebase, database, etc.).

4.7.6    The offeror is to ensure guideline/training includes staff resources and knowledge about cloud developments

4.7.7    The offeror is to ensure guideline/training has business continuity and disaster recover requirements.

4.7.8    The offeror is to establish a Self-Assessment Cloud Migration Checklist, the solution shall automatically generate evaluation report to determine if the migration is mutually beneficial.

4.7.9    The offeror is to ensure the self-assessment includes application lifecycle information.

4.7.10   The offeror is to ensure the assessment includes the cloud deployment type (public/hybrid), cloud tier (AWS, Azure, and Google).

4.7.11   The offeror is to ensure the assessment includes OS, COTS, codebase, database, cloud services, etc.

4.7.12   The offeror is to ensure the assessment includes application dependencies, disaster resilience requirements

4.7.13   The offeror is to provide migration options

4.7.14   The offeror is to perform migration, modernization of USPTO custom developed applications, to include refactoring, re-architecting components, products, and re-deploy to USPTO enterprise cloud environments, including product CI/CD pipeline if available, in alignment with USPTO Cloud Strategy, USPTO Cloud best practices

4.7.15   The offeror is to provide knowledge transfer, run-book hand-off, updates to DOSPs, GEARS, and other relevant records systems to Product DevSecOps team and other USPTO teams

## 4.8   Task Area 8: Authorized Reseller Capabilities

Maintain reseller relationship with the following public cloud vendors. Provide reach back to Public Cloud vendor specialized professional services.

4.8.1    UACS Requirement:

ANT_AR-1049

4.8.1.1 AWS Public Sector Partner - The AWS Public Sector Partner (PSP) Program recognizes APN Partners with solutions and experience in delivering government, education, and nonprofit customer missions around the world. We enable partners to accelerate their business growth on AWS through alignment with our public sector sales, marketing, capture and proposal, and funding teams. Partners also receive designation as a Public Sector Partner in our APN Partner Solutions Finder, and access to additional differentiation programs

4.8.1.2 AWS Public Sector Solution Provider - The AWS Solution Provider Program is designed for systems integrators, managed service providers, value-added resellers, and public sector partners to resell AWS Services to end customers as part of their differentiated solution. Under this program, Authorized Solution Providers manage, service, support, and bill Amazon Web Services (AWS) accounts for end customers.

The AWS Solution Provider Program provides Authorized Solution Providers a tiered discount structure based on partners' technical capabilities and success in driving new business, has flexible contracting options to meet the unique needs of end customers, and provides partners multiple AWS Support models that align to a partners' AWS practice.

4.8.1.3 Advanced Consulting Partner - APN Consulting Partners are professional services firms that help customers of all types and sizes design, architect, build, migrate, and manage their workloads and applications on AWS, accelerating their journey to the cloud. These professional services firms include system integrators, strategic consultancies, agencies, managed service providers (MSPs), and value-added resellers.

4.8.1.4 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.2   UMACS Requirement:

4.8.2.1 Microsoft Direct-Bill Partner - Direct-bill partners are partners with a direct billing relationship with Microsoft. As a direct-bill partner, you can purchase first-party offers and third-party offers directly from the Microsoft marketplace, then sell them to your customers. You need to fulfill certain programmatic requirements for the role of direct-bill partner. This includes the ability to integrate with Microsoft using APIs. You also need to be able to provide billing, support, and managed

ANT_AR-1050

services to customers on an on-going basis. For more information, please see Enroll as a direct-bill partner.

4.8.2.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.3 UGCP Requirement:

4.8.3.1 Google Cloud Platform Partner, Reseller – Google Cloud Partners are partners that have a direct relationship with Google with proven technical mastery, reach back to Google resources, and the ability to provide Cloud Usage management as a reseller.

4.8.3.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

### 4.9  Task Area 9: Cloud Intake Process

Onboarding of teams, training material, best practices, communications, managing cloud knowledge portal content.

4.9.1 The offeror is to establish intake guideline and on-boarding procedure.

4.9.2 The offeror is to review current on-boarding process, if any, and provide process improvements.

4.9.3 The offeror is to ensure the intake guideline and on-boarding procedure includes detailed steps regarding dependencies, targeted cloud, hybrid cloud design, cloud cost estimations including detailed calculator, requests and approval processes.

4.9.4 The offeror is to provide training materials to guide cloud adoption and migration.

4.9.5 The offeror is to provide communication and promote industry and ESSD / EIPL Infra/Hosting cloud best practices along with continuous process improvements.

4.9.6 The offeror is to ensure new DevSecOps teams moving to cloud have completed intake process guidelines, set cloud usage budgets, tagging, and budget management expectations, monitor adherence to cloud best practices and guardrails, and take administrative action to ensure notification and compliance.

### 4.10 Task Area 10: Deployed Applications Support (OPTIONAL)

Optional CLIN - Support of CPC, AS, and future deployed applications.

ANT_AR-1051

4.10.1  The offeror is to support deployments of systems, configurations, applications and other changes to controlled environments such as PVT/PROD/DR.

4.10.2  The offeror is to follow established Change Control Procedures (CAB, DART, ORRs, DevSecOps) and USPTO Deployment Best Practices for all deployments,

4.10.3  The offeror is to provide operations and maintenance support of the product, creation, running of reports.

4.10.4  The offeror is to ensure cloud usage by the product is sized fitted to the needs of the product, leveraging automation, Autoscaling, tagging, scripts to stop services, VMs, to minimize cost.

4.10.5  The offeror is to ensure deployment procedures are aligned with USPTO Cloud Strategy, automated deployments using infrastructure-as-code (CloudFormation, Terraforms etc), established, reviewed and agreed from all supported teams before deployments.

4.10.6  The offeror is to integrate with the current USPTO DevSecOps CI/CD pipeline where applicable

4.10.7  The offeror is to ensure applications are compliant with Cyber Security controls before each deployment.

4.10.8  The offeror is to ensure deployable artifacts are archived within USPTO authoritative repository sources

4.10.9  The offeror is to ensure applications meet USPTO Operational Standard Ratings; all findings should be addressed and resolved with development teams

4.10.10 The offeror is to maintain synchronization between PVT/PROD/DR

### 4.11 Task Area 11: Cloud Governance (OPTIONAL)

Optional CLIN for Support of CCoE, CCAC, and CTO/enterprise infrastructure in establishing guardrails, Cloud Usage policies, SLAs, SLCs, implementation patterns, converting cloud strategy into implementation and assist with policies and recommendations.

4.11.1  The offeror is to deploy a Cloud Portal as part of the Cloud Center of Excellence. The portal shall be the one stop shop for learning about cloud, developing on cloud, cloud governance, assessment, migrations, deployments, and implementation patterns (Containers, cloud vendor usage, cloud native deployment, multi-cloud).

4.11.2  The offeror is to support development of Cloud Training material, in alignment with current USPTO cloud best practices and future cloud enhancements that will support onboarding product teams to the cloud. The training shall include FedRAMP, USPTO implementation, usage of non-FedRAMP services, security process, migration to the cloud, cloud readiness

ANT_AR-1052

checklist, and the delineation between Cloud Infrastructure support and Product Team.

4.11.3  The offeror is to support development of a formal cloud implementation strategy and program with a defined set of capabilities, processes and tools to enable modern end-to-end cloud monitoring and observability.

4.11.4  The offeror is to support monitoring product evaluations, and proof of concepts in collaboration with internal IT and business teams (the technologies and tools used to support the program and processes)

4.11.5  The offeror is to define program key performance indicators (KPI) to monitor program effectiveness and progress towards improvements

4.11.6  The offeror is to support communications, key stakeholder collaboration, to rollout Cloud Team implementation of a chosen recommendation.

4.11.7  The offeror is to develop a Cloud Roadmap, encapsulating all related Cloud Computing, Cloud Modernization with a visual graphic that can be modified and expanded as new work streams are identified.

## 4.12 Task Area 12: Vendor Professional Service (OPTIONAL)

Optional CLIN - pass-through ODC access to direct Proserv resources (i.e., AWS Professional Service)

4.12.1  Provide cloud service provider professional services personnel to leverage knowledge of cloud vendor specific technologies in collaboration with cloud service provider, hybrid solution technologies, and partner teams to propose, architect, and implement transformational solutions for customers.

4.12.2  Provide professional services for architecture, design; coding, integration, performance, security, user experience design, and governance for cloud hosted applications and systems following Federal Cloud Computing Strategy.

4.12.3  Conduct a current state assessment of the on premise systems and applications; assessment shall include cost benefit analysis for hosting the applications and systems in the cloud vs. on premise and determine areas of readiness of systems and applications to host in the cloud based platform to include but not limited to:

4.12.3.1    Organizational Readiness

4.12.3.2    Technical Readiness

4.12.3.3    Process Readiness

4.12.4  Provide target state roadmap to migrate on premise systems and application to a cloud based platform. Target state alternative solutions under consideration shall consider:

4.12.4.1    Software as a Services (SaaS) solution

4.12.4.2    Platform as a Service (PaaS) solution

4.12.4.3    Infrastructure as a Service (IaaS) solution

ANT_AR-1053

4.12.5  Identify what existing or planned future capabilities and functionalities USPTO relies on for conducting business will be supported by the target state solution(s) (i.e. SaaS, PaaS, or IaaS).

### 4.13 Task Area 13: Cloud Application, Architect Support (OPTIONAL)

Optional CLIN - support and lead product teams in designing, architecting, development, for USPTO products in USPTO managed cloud / alignment with Cloud Strategy.

4.13.1  Provide professional services for architecture design on specific solutions for product team, include but not limited to cloud provider and services selection, sizing and choices of those services, integration with other cloud and/or no cloud services and data, information security consideration and implementation, and automation.

4.13.2  Provide proper product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions.

4.13.3  Assist USPTO government cloud team with other governance body (Cyber security, data officers, CCoE members, etc.) to conduct design review, architecture walk through, and deep dive discussion to approve product team's design artifacts. Conduct potential launch review before rollout to approve product team's implementation artifacts. Assist USPTO government cloud team and compliance body (Cyber security, C3, etc.,) to conduct post-launch audit and remediate architecture deficiencies and implementation flaws when requested by management.

4.13.4  Participate USPTO cloud team internal architecture review and improvement activities. Provide and implement approved solutions to enhance the overall USPTO cloud foundation. Update SSP and other required documents upon completion.

4.13.5  Assist USPTO government cloud team to collaborate with partners from application development, technology officers and key stakeholders (business and IT) on subjects related to cloud architecture.

4.13.6  Maximize automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Participate and assist implementation of 3rd part cloud operation tools if requested. Develop customized USPTO Cloud team operation tools if requested.

### 4.14 Optional Surge Capability

The Government reserves the unilateral right to exercise Optional Surge Capability to support unforeseen, ad hoc requirements or unplanned increases in workload that may arise under the scope of this PWS. Optional surge capability support will be invoked at the Government's discretion through a written Task Order modification issued by the Contracting Officer. For

ANT_AR-1054

pricing purposes, the Not-To-Exceed (NTE) ceiling amount established for this Optional Surge capability in each year of performance is shown in the price matrix.

### 4.15 Task Area 14 : Software Services Product Operations Support

Operate and Maintain RSA Access Manager on premise and in the cloud, 24 x 7 operations support required for major outages, RSA hard fobs, RSA soft token, RADIUS and RSA servers

#### ID Authenticator RSA Access Manager – RSA Token Operations Support

4.15.1  Support delivery of RSA soft tokens to all USPTO internal customers accessing USPTO network resources inside the VPN and firewall. Soft tokens may be installed on government furnished laptops, government furnished mobile devices and contractor owned laptops or mobile. Soft token licenses are limited to one per USPTO user and may be used for MFA logins to Okta-protected resources.

4.15.2  Support on-prem footprint of 8 CPU cores in PROD and 4 in LAB running RSA Access Manager 8.6. Provide necessary operating expertise for RSA COTS on Linux.

4.15.3  Update and patch on-premise RSA servers as required as part of O&M, both Windows/Linux operating system and RSA Access Manager product patches.

4.15.4  Support RSA Access Manager and RSA Soft Tokens with Okta cloud enterprise single sign-on. RSA Soft Token can be used by USPTO users as an additional authentication factor (MFA) for Cisco AnyConnect VPN and Okta SSO.

4.15.5  Development and test effort will be required for bulk token issuance and other housekeeping, admin or automation functions.

4.15.6  Provide surge support to Patent Examiner Academy and/or large scale onboarding events on a quarterly or as needed basis.

#### Delivery Services Product Support – Adobe Enterprise Manager Cloud Operations Support

4.15.7  Operate and Maintain Adobe Enterprise Manager (AEM) on premise and in the cloud, 24 x 7 operations required for EFS-WEB, Patent Center, Trademark Certificates, Trademark Gazette and other OCIO products and functions running on AEM 6.5

4.15.8  Support delivery and migration to Adobe Experience Manager in the Adobe Managed Service cloud (running in AWS). Provide expertise to operate AEM cloud platform and collaborate with Adobe Support on all issues.

ANT_AR-1055

4.15.9 Support on-prem footprint of 8 CPU cores in PROD and 4 in LAB running AEM Forms 6.5 on Red Hat Linux. Provide necessary operating expertise for AEM COTS on Linux.

4.15.10 Update and patch on-premise AEM servers as required as part of O&M, both operating system and COTS product patches.

4.15.11 Development and test effort will be required, prefer some Java development experience with Junit or other testing framework.

4.15.12 EFS-WEB and Patent Center are critical system Patent intake systems that are primary revenue generators for USPTO. Provide expertise necessary to maintain critical infrastructure including on-call and after-hour support.

4.15.13 Migrate Adobe on-prem installation from Java to OSGI deployment model to match services on Adobe Managed Services cloud platform

**ID Authenticator Cloud and Automation Support**

4.15.14 Architecture and design for cloud-based Public Key Infrastructure (PKI) managed services

4.15.15 Develop next generation authenticator technology such as fingerprint, retina scan, handprint and other biometric technologies

4.15.16 Provide engineering resources to support installation of enterprise certificate automation software/platform

**5    Skills Required to Perform this Task: Only applicable to SOO section 4.15 Task Area 14**

The Contractor shall possess in-depth knowledge as described below:

- The contractor shall provide staff that has extensive experiencing designing, deploying and troubleshooting the following client network and security infrastructure products.
- RSAM Servers (SUSE Linux) and RSA Webtier Servers (RHEL 8x) in PTO development/production/disaster recovery RSA Infrastructures
- RSA Engineer/RSA administrator with knowledge of Linux/Windows environments
- RSA Authentication Manager
- Cisco Secure ACS RADIUS/TACACS+
- RSA Soft Tokens
- The contractor shall cooperate with other USPTO Contractors, including but not limited to those responsible for system engineering, system maintenance, information security, and Independent Validation and Verification (IV & V).
- The contractor shall provide staff that has extensive experiencing in supporting a variety of general purpose operating systems for remote access including Windows 7, Windows 8, Windows Server 2008, Windows 10, SUSE Linux and Red Hat Linux.
- Windows and/or Linux Scripting skills will be needed

ANT_AR-1056

- Experience in specific COTs described in section 4.14

## 6    Deliverables

The table below summarizes the products to be prepared and delivered by the Contractor in support of this task order. All deliverables will become the property of the Government.

| Item Number | Task Area | Deliverable | Delivery Date(s) |
|---|---|---|---|
| 1 | Task Area 1: Cloud User and Admin Account Management | • Service guide for Cloud account management in draft and final versions | Initial draft within 30 days of award and monthly thereafter until final |
| 2 | Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | • Billing Dashboard Standard Operating Procedures in draft and final versions<br>• Spend rate per account | Monthly: First business day of month, and spend rate as requested |
| 3 | Task Area 3: Operations, Maintenance, and Performance Monitoring | • Dynamic Operational Support Plan (DOSP)<br>• Meeting Agenda, Meeting Minutes and Action Items | Initial draft within 30 days of award and monthly thereafter; Meeting artifacts weekly |
| 4 | Task Area 4: Cloud Infrastructure Enhancements | • Knowledge base, log defects, run books, procedures, best practices, network and architecture diagrams | Weekly; as needed |
| 5 | Task Area 5: Storage, Data, Optimization | • Storage architecture diagrams<br>• Storage as a Service | Weekly; as needed |

ANT_AR-1057

| | | | requirement<br>• Storage processes and procedures for Cloud | |
|---|---|---|---|---|
| 6 | Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support | | • System Security and Privacy Plans (SSPP)<br>• Other policies, guidelines, standards and analysis related to system-level security and privacy | Weekly; as needed |

ANT_AR-1058

| 7 | Task Area 7: Application Assessment, Migration and Modernization | • Cloud Adoption and Migration guideline and training, <br> • Automated Self-Assessment cloud migration checklist assessment tool | Weekly; as needed |
|---|---|---|---|
| 8 | Task Area 8: Authorized Reseller Capabilities | • Authorized reseller capabilities | As needed |
| 9 | Task Area 9: Cloud Intake Process | • Intake guideline and training materials <br> • On-Boarding procedure <br> • Cloud Cost calculator and design of product team onboarding use-case <br> • Budget thresholds for each onboarding product | Weekly; as needed |
| 10 | Task Area 10: Deployed Applications Support (OPTIONAL) | • Deployment activity reports | Weekly |
| 11 | Task Area 11: Cloud Governance (OPTIONAL) | • Cloud readiness checklist <br> • Cloud implementatio n strategy <br> • Key Performance metrics <br> • Cloud Roadmap | Weekly; as needed |

ANT_AR-1059

| 12 | Task Area 12: Vendor Professional Service (OPTIONAL) | • Target State Roadmap and alternatives plan<br>• Tailored migration plan to move USPTO on premise application to a Cloud-Based solution<br>• Product specific modernization plans to migrate, modernize for Cloud-Based solution | Initial draft within 60 days of award and monthly on the first business day thereafter |

ANT_AR-1060

| | | | |
|---|---|---|---|
| | | • Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise | |
| 13 | Task Area 13: Cloud Application, Architect Support (OPTIONAL) | • As is and To be USPTO cloud architecture document (updated annually)<br>• Tailored product team specific cloud architecture and design (when requested)<br>• Review findings related to cloud design review, launch review, and post-launch operation audit.<br>• Requested prototypes and white paper by USPTO government cloud team<br>• Automation scripts, new operation processed requested by USPTO government cloud team.<br>• Maintain and update cloud infrastructure | Initial draft within 30 days of award and monthly on first business day thereafter |

ANT_AR-1061

| | | architecture artifacts. | |
|---|---|---|---|
| | | | |

ANT_AR-1062

| 14 | Software Services Product Operations Support | | |
|---|---|---|---|
| | - ID Authenticator RSA Access Manager – RSA Token Operations Support | • Weekly status report for RSA Token Operations Support tasks<br>• Recurring task status reporting in Rally Agile Tool | Weekly; As Needed |
| | - Delivery Services Product Support – Adobe Enterprise Manager Cloud Operations Support | • Weekly status report for Adobe Enterprise Manager Cloud Operations Support tasks | Weekly |
| | | • Recurring task status reporting in Rally Agile Tool | Weekly; As Needed |
| | - ID Authenticator Cloud and Automation Support | • Roadmap for next generation authenticator technology | Initial draft within 30 days of award and monthly on first business day thereafter |
| | | • Design documents for cloud-based PKI managed services<br>• Provide subject matter expertise related to automation and engineering | Initial draft within 30 days of award and monthly on first business day thereafter |
| | | • Weekly status report for ID Authenticator Cloud and Automation Support | Weekly |
| | | • Recurring task status reporting in Rally Agile Tool | Weekly; As Needed |

ANT_AR-1063

**Note:** All deliverables shall be submitted electronically to the TOM and Product Owner and cc'd to the CO and COR in a format that is compatible with Microsoft Office 2016 / Microsoft Project 2016 (or new versions) and are subject to Government review and acceptance. Additionally, all Deliverables in this SOO are to be S.508 compliant

## 7    Period of Performance

There will be one base year and 4 twelve month options.

## 8    Place of Performance

The place of performance will be off-site, except when attending ad-hoc meetings when USPTO is reopened, at which time a 24-hour notice in advance will primarily be given.

- Contractors who access USPTO's network from outside the USPTO main campus have various types of access described below:
  - 8.15.9 Direct Connect (Contractor Access System - CAS). CAS connects to PTONet through the ETU firewall which monitors and filters all traffic between CAS and PTONet

  - 8.15.10 External Partners. Some projects require contractors to collaborate and work closely with USPTO government employees and resources. This collaboration and close interworking relationship may require file and data transfer from the contractor's network into the PTONet environment. Carefully evaluating the level of collaboration or interaction is critical so that the appropriate access and security levels can be established.

  - 8.15.11 EAIS – Secure File Transfer. EAIS is a group of file transport servers and proxies approved by USPTO to transfer and receive files within the USA.

  - 8.15.12 Internet-based access (Secure External Access System – SEAS). SEAS connect to PTONet through the Enterprise Remote Access Cisco VPNs and the ETU firewall. All traffic between SEAS and PTONet is monitored and filtered by the ETU firewall. Contractor access is limited; local upload/download of files and network printing are prohibited with this option.

  - 8.15.13 Each network connection and process for approval is described in Contracting Access Engineering (CAE) document.

  - 8.15.14     Regardless of network connection selected, the Contractor shall follow the Rules of the Road Policy and complete the IT Security Training through the Learning Center upon onboarding and annually thereafter.

ANT_AR-1064

**8.16 Security and Privacy Requirements for USPTO Information Systems**

8.1.  The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

8.2.  Privacy Compliance Requirements
Personally Identifiable Information
Personally identifiable information (PII) data is not in the scope of the acquisition and PII data is not expected to be stored, processed, or transmitted in the vendor's SaaS solution.

The contractor shall work with USPTO to prepare a Privacy Threshold Assessment (PTA) to confirm and document PII is not in scope, or to determine which categories of information will be stored, processed, or transmitted by the system. The PTA must be completed before development begins and whenever a change with a privacy impact (e.g., a new category of information is collected) is made to an existing system. PTAs are required as part of USPTO's process to determine whether a Privacy Impact Assessment (PIA) and/or a System of Records Notice (SORN) is required, and if any other privacy requirements apply to the information system.

Privacy data (should it come into scope) will require that the vendor's SaaS solution be FedRAMP authorized at least at the FIPS PUB 199 Moderate level.

The collection, maintenance or dissemination of any PII that is subject to the Privacy Act and/or the E-Government Act will be handled in full accordance with all USPTO Rules of the Road and in accordance with USPTO Privacy Program requirements.

8.3.  Protection of Information
In accordance with FAR Part 52-239-1, the Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. To the extent required to carry out a program of

ANT_AR-1065

inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases. If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

8.3.1 USPTO requires FIPS 140-2 validated cryptographic mechanisms to be implemented to protect the confidentiality and integrity of sensitive information stored on digital media during transport outside of controlled areas.

8.3.2 As prescribed in the Federal Acquisition Regulation (FAR) clause 24.104, if the system involves the design, development, or operation of a system of records on individuals, the contractor shall implement requirements in FAR clause 52.224-1, "Privacy Act Notification" and FAR clause 52.224-2, "Privacy Act."

8.3.3 The contractor shall also comply with any additional FISMA or FedRAMP privacy requirements.

8.4. Revocation of a Cloud Service
USPTO has the right to act in response to the CSP's lack of compliance and/or increased level of risk. In the event the CSP fails to meet USPTO and FedRAMP security and privacy requirements and/or there is an incident involving sensitive information, USPTO may suspend or revoke an existing agency ATO (either in part or in whole) and/or cease operations. If an ATO is suspended or revoked in accordance with this provision, the CO and/or COR may direct the CSP to take additional security measures to secure sensitive information. These measures may include restricting access to sensitive information on the Contractor information system under this contract. Restricting access may include disconnecting the system processing, storing, or transmitting the sensitive information from the Internet or other networks or applying additional security controls.

8.5. Data Jurisdiction
The Contractor shall store all information within the security authorization boundary, data at rest or data backup, within the Continental United States (CONUS) if so required.

## 8.17 Travel - If required

The Government does not anticipate travel to perform the tasks associated with the effort.

## 8.18 Key Personnel

The offeror is to identify and provide resumes for all Key Personnel to the CO who will coordinate review and approval with the USPTO COR and TOM. Key Personnel include(s) the following: Program Manager, Cloud Architect or Sr. Cloud Engineer, DevOps Engineer/ Architect, Performance Specialist/Architect, or qualified resources that possess similar skillsets to provide the full scope of expertise and capabilities required to perform objectives in this SOO.

ANT_AR-1066

Resumes must be submitted for key personnel who will be involved in the Enterprise Cloud Modernization effort, at a minimum, resumes must demonstrate significant experience with the following:

• Cloud User and Admin Account Management

• Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports

• Operations and Maintenance/Performance Monitoring

• Cloud Infrastructure Enhancements

• Storage, Data, Optimization

• Security Operations and Compliance, Cloud ISSO

• Application Assessment, Migration and Modernization

• Authorized Reseller Capabilities

• Cloud Intake Process

• Deployed Applications Support (OPTIONAL)

• Cloud Governance (OPTIONAL)

• Vendor Professional Service (OPTIONAL)

• Cloud Application, Architect Support (OPTIONAL)

**Note:** The above task areas will apply to Amazon Web Services, Microsoft Azure and Google Cloud platforms.

Before replacing any individual designated as key personnel, the contractor shall notify the CO no less than ten business days in advance, submitting written justification for the replacement, and providing the name and qualifications of any proposed substitute(s). The federal government reserves the right to reject any proposed replacement that does not demonstrate the necessary experience and proficiency required.

All contractor personnel attending meetings, answering government telephones and working in situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression that they are government officials. They must also ensure that all documents or reports produced are suitably marked as contactor products or that contractor participation is appropriately disclosed.

### 8.19 Operating Hours and Government Closures

The offeror has the ability to work remotely utilizing current USPTO collaboration tools, with the presence indicator depicting daily status, however some tasks may routinely require

ANT_AR-1067

that the offeror being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. Additionally, the offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and federal holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). During these occasions, the offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.
https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

## 8.20 Training

The government will provide USPTO product-specific training as directed by the government and for government-unique systems. The contractor is responsible for and shall ensure staff are properly trained and hold the appropriate credentials as required for the services being performed.

The offeror may, at its own discretion, adopt Train-the-Trainer framework for training subject matter experts to enable them to train other people in their respective organizations

## 8.21 Data Rights

The Government shall have unlimited rights in software first produced in the performance of this contract, in accordance with the FAR clause at 52.217-14. For the purposes of this clause, "software first produced in the performance of this contract" shall include, but not be limited to the following: non-COTS computer program developed or previously developed and implemented by the contractor in the performance of this contract, related computer data bases and documentation thereof, source code, object code, algorithms, library code, library routine, and technical data (including but not limited to that necessary to produce, install, and maintain as well as data produced from said software during the performance of this contract) of all software first produced in the performance of this contract. Additionally this encompasses all logs and other application data produced by software (including but not limited to COTS, contract specific custom ("software first produced in the performance of this contract), GOTS, and or OSS) utilized in conjunction with or for the performance of this contract.
For the purpose of this clause, "unlimited rights" shall mean the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

## 8.22 Disaster Recovery/Continuity of Operations (COOP)

The offeror is to establish at least one or more High Availability / Disaster Recovery and Business Continuity Disaster Recovery (BCDR) implementation within UACS, UMACS, UGCP, to enable infrastructure capability for establishing HA rollout and implementation of

ANT_AR-1068

BCDR tiers, and provide design templates to implement Products deployed to UACS, UMACS, UGCP.

ANT_AR-1069

# Pricing details for modification P22002

| Alliant 2 Labor Category | Skill | Number FTEs | Hours |
|---|---|---|---|
| **Task Area 14: Software Services Product Operations Support** | | | |
| 144 - SME - Computer Network Architect | The Adobe Enterprise Manager Specialist will provide O&M support for the AEM 6.5 on premise software including software upgrades, operating system upgrades, and maintain overall system stability. The SME will support product teams integrating their application with the software and assisting in future cloud migrations of the service | 1.00 | 592 |
| 144 - SME - Computer Network Architect | The RSA Administrator will provide O&M support the existing on premise RSA token software, escalation support for front-end support staff and assistance in future cloud migrations for all RSA products installed at the USPTO including but not limited to RSA Authentication Manager, Cisco Secure ACS RADIUS/TACAS+, integration with USPTO Microsoft and Linux operating systems | 1.00 | 592 |
| 144 - SME - Computer Network Architectt | The Senior Cloud Authentication Architect will architect and design a cloud based next generation authenticator technology including hardware (fingerprint, biometric, etc.) and software-based solutions. | 1.00 | 592 |
| 194 - SME - Computer Systems Engineer/Architect | The Senior Cloud Public Key Infrastructure (PKI) Engineer will provide support for installation and management of the USPTO enterprise certificate software/platform. Architect and design a cloud-based PKI managed service. | 1.00 | 592 |
| **Total Labor Task 14 Price** | | | |
| **Contract Access Fee @ 0.75%** | | | |
| **Total Price** | | | |

ANT_AR-1070

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 35 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P22003 | 3. EFFECTIVE DATE see block 16c | 4. REQUISITION/PURCHASE REQ. NUMBER See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

(X)

9A. AMENDMENT OF SOLICITATION NUMBER

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X  10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) 52.212-4 (c) Changes, and 52.217-9 Option to Extend the term of the Contract |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purposes of this modification are to exercise Option Period 1, to restructure CLINs, and to extend period of performance's end date for Task Area 14.
From this modification,

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contract Administrator Advisor | Contracting Officer |

| 15B. CONTRACTOR/ | 15C. DATE SIGNED | 16 | 16C. DATE SIGNED |
|---|---|---|---|
| (Sign         to sign) | 09/13/2022 | By | Sep 14 2022 |

NSN 7540-01-152-8070
Previous edition unusable

Conformed through - (P22002) - of 2 current
signed modifications as of 09/05/2022

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-1071

ANT_AR-1072

ANT_AR-1073

ANT_AR-1074

ANT_AR-1075

ANT_AR-1076

ANT_AR-1077

ANT_AR-1078

ANT_AR-1079

ANT_AR-1080

ANT_AR-1081

ANT_AR-1082

ANT_AR-1083

ANT_AR-1084

ANT_AR-1085

ANT_AR-1086

ANT_AR-1087

ANT_AR-1088

ANT_AR-1089

ANT_AR-1090

ANT_AR-1091

ANT_AR-1092

ANT_AR-1093

ANT_AR-1094

ANT_AR-1095

ANT_AR-1096

ANT_AR-1097

ANT_AR-1098

ANT_AR-1099

ANT_AR-1100

ANT_AR-1101

ANT_AR-1102

ANT_AR-1103

ANT_AR-1104

ANT_AR-1105

ANT_AR-1106

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 5 |

| 2. AMENDMENT/MODIFICATION NUMBER<br>P23004 | 3. EFFECTIVE DATE<br>see block 16c | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

**6. ISSUED BY**     CODE   1333BJ

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

**7. ADMINISTERED BY (If other than Item 6)**     CODE

**8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)**

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

(X)

**9A. AMENDMENT OF SOLICITATION NUMBER**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NUMBER**
1333BJ21F00280055

X **10B. DATED (SEE ITEM 11)**
09/27/2021

CODE GENDYNCORP          FACILITY CODE *

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers     [ ] is extended,     [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Line Item Detail

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>52.212-4 (c) Changes |

E. IMPORTANT: Contractor   [ ] is not,   [X] is required to sign this document and return __1__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The purpose of this modification is to extend period of performance (POP) for task area 14 through January 6, 2023 at no additional cost.

From this modification,

█████████████████████████

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>█████, Contract Administrator Advisor | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>█████<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OF █████<br>(Signatu ████ d to sign) | 15C. DATE SIGNED<br>11/23/2022 | 16 ██████ By ██████ | 16C. DATE SIGNED<br>Nov 23 2022 |

NSN 7540-01-152-8070
Previous edition unusable

Conformed through - (P22003) - of 3 current signed modifications as of 11/23/2022

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA-FAR (48 CFR) 53.243

ANT_AR-1107

ANT_AR-1108

ANT_AR-1109

ANT_AR-1110

ANT_AR-1111

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 6 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P23005 | see block 16c | See Lines | |

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X | 10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2023-A-00-284700-SCLD00-NONCOMP-2576-1431-S99999-284700-2023

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) 52.217-6 Option for Increased Quantity |

E. IMPORTANT: Contractor   ☐ is not,   ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purposes of this modification are to incorporate FAR Part 52.217-6 Option for Increased Quantity, to exercise optional task 14, and to change Contracting Officer.

See Continuation Sheet and 1333BJ21F00280055 P23005 Price breakdown dated December 16, 2022, for further details of this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ████████, Contract Administrator Advisor | ████████ Contracting Officer |

| 15B. CONTRACTO ████████ (Sig███████ zed to sign) | 15C. DATE SIGNED 12/19/2022 | 16B ████████ | 16C. DATE SIGNED Dec 20 2022 |
|---|---|---|---|

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P23004) - of 4 current signed modifications as of 12/22/2022 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1112

**Section 1 Continuation Sheet**

The purposes of this modification are to incorporate FAR Part 52.217-6 Option for Increased Quantity, to exercise optional task 14, and to change Contracting Officer.

From this modification,

- Total price of CLIN 1001 has increased from ███████████████████████████████████. CLIN 1007 provides supplemental funding in the amount of $688,550.40 for the increase.

- Total price of CLIN 1003 (CAF) has increased from █████████ by ████████████████. CLIN 1008 provides supplemental funding in the amount of ████████ for the increase.

- Total price of optional CLIN 1004 has decreased from ████████████████████ ████████████

- Total price of optional CAF CLIN 1005 has decreased from █████████████████████████

- Total funded value has increased from ████████████████████████████

- Total value of this contract remains unchanged at ██████████████

- The new Contracting Officer for this contract is Dennis Johnson.  Dennis.Johnson@uspto.gov

ANT_AR-1113

ANT_AR-1114

ANT_AR-1115

ANT_AR-1116

ANT_AR-1117

ANT_AR-1118

**STATEMENT OF OBJECTIVES (SOO)**
**USPTO Patent and Trademark Office (USPTO)**
**Enterprise Cloud Modernization**

| Date | Modification | Impacted Section(s) | Note |
|---|---|---|---|
| | P22002 | 4.15, 5, and 6 | Task area 14 added |
| July 19, 2022 | P22003 | 3 | Table removed |
| September 22, 2022 | P22004 | 4.15 and 6 | Task area 14 no cost extension through January 6, 2023 |
| December 1,2022 | P23005 | 4.15 and 6 | Task area 14 support remains through 9/26/2023. |

## 1. Purpose

The United States Patent & Trademark Office (USPTO), Office of Chief Information Officer (OCIO) has begun disruptive Information Technology (IT) transformation initiatives in Fiscal Year (FY) 2020 leading to an agile infrastructure, intelligent operations, and enabling flexibilities to decrease operating expenses. This transformation will continue over the next two fiscal years. A few of the modernization activities resulting from the transformation initiatives include:

- A multi-site, fully redundant hybrid cloud infrastructure
- A resilient application architecture in a hybrid cloud, with containerized solution
- Fully capable, mission critical applications running stand-alone in the disaster recovery site or external cloud
- Infrastructure consolidated into a reduced/dense and efficient data center space

The USPTO OCIO seeks to implement these transformation initiatives to support the vision of conducting the majority of Agency business via digital means by 2025. To support this vision our organization will require:

- A multi-site, highly scalable, innovative and elastic infrastructure and technology platform
- Adapting current IT to support future digital needs with a multi-faceted approach
- Adapting to a public cloud computing service that is uniquely positioned to support our future strategic technology requirements with no need to undertake long-term capital investments
- Adapting to the Cloud Product to deliver capabilities to provide use-as-you-need compute, storage, and cloud native services
- The enabling of Highly Available, Disaster Recovery (HA/DR) infrastructure, engineering, and provisioning to include Datacenter, Network, Storage, Compute, and Cloud

ANT_AR-1119

- Provide capability to shift Datacenter centric Network, Storage, and Compute to Cloud Services to be fit for purpose

The USPTO OCIO seeks one vendor to support the Infra/Hosting - Cloud product, with public cloud enhancements for effective cost savings, streamlined efforts and a purposeful investment. All work performed under this contract must conform to applicable federal government regulations and policies, as well as other agency supplemental regulations and policies as appropriate. These include the Department of Commerce (DOC) and USPTO policies provided for reference as follows:

Attachment 1: DOC IT Security Baseline Policy

Attachment 2: USPTO Cloud Services Usage Policy

Attachment 3: USPTO Coding Standards

Attachment 4: USPTO Continuous Monitoring Strategy

Attachment 5: USPTO Rules of the Road OCIO-POL-36

## 2. Scope

The Enterprise Cloud Modernization effort will allow USPTO Product teams to assess, migrate, develop and deploy to the cloud using FEDRAMP approved commercial cloud services through a single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers. This effort will also provide but is not limited to the following capabilities and enhancements

**Hybrid Multi-Cloud**

Single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers, to deliver the below capabilities while also upholding the listed architecture principles:

**Cloud Support Capability:**
1. Perform data assessments and migrations
2. Develop/mature architecture
3. Develop and/or mature a financial model to track and allocate costs across product lines and products (e.g., chargeback model)
4. Develop enterprise approach to data tagging to be used across Product Lines to support financial reporting and optimal uptime to reduce unnecessary cost incurred
5. Refine and implement cloud strategy recommendations at the USPTO
6. Determine security level based on USPTO data hosted in the cloud

**Architecture Principles**
- Cloud First and Cloud Smart
- Multi-Cloud Compute Ecosystem

ANT_AR-1120

- Reduced Data Center Footprint
- FedRAMP Certifications
- Delivering IT Solutions better, cheaper and faster
- Adopting cloud services with a cloud-first approach for both new and existing workloads when cost feasible
- Accelerating the decrease in data center footprint
- Becoming more agile and responsive to business demands by lowering the time to market for new projects and prototypes
- Enhancing our ability to react to scalability requirements

Unless otherwise annotated, the stated objectives, requirements, and metrics in the SOO apply across all Infra/Hosting products, to include Network, Data Center, Compute, Storage and Cloud components. Also, unless otherwise stated, all date ranges in the SOO are 6 calendar days. The Government understands that some Cloud Service Providers (CSPs) may propose functionality beyond anything specified in the SOO as part of their commercial cloud offerings. The SOO should not be interpreted as limiting any potential functionality within the proposed solution.

## 3. Objectives

The objectives of this procurement are to award a contract to a vendor for efficient and cost effective support services resulting in three Agile Teams (contractor and government) utilizing Agile/DevOps methodologies to support USPTO Product teams to assess, migrate, develop and deploy to the cloud. The three Agile Teams will consist of:
1. USPTO Amazon Cloud Services (UACS), USPTO Google Cloud Services (UGCS) Team
2. USPTO Microsoft Azure Cloud Services (UMACS) Team
3. Assessment and Migration Team

The vendor will engage with the external cloud providers specified in task area 4, on behalf of the USPTO, whereas the USPTO will remain the master account holder/admin with the external cloud providers.

The proposed staffing allocations for these Agile Teams to manage their respective product backlogs, are as follows:

USPTO has a vision to become fully automated by realizing the potential of Cloud by 2025, and efforts to date have resulted in a high-level, enterprise-wide cloud computing strategy and an assessment tool to identify existing candidates, products and components to lead the charge. In addition to this vision, USPTO has also articulated a framework, architecture principles, business values, and the enablers required to realize this vision, and is now seeking knowledgeable industry partners that can align the foundational work already completed to deliver a hybrid multi-cloud solution that meets both current and future-state requirements.

At a high level, there are nine (9) primary objectives envisioned to fully implement the USPTO

ANT_AR-1121

Cloud Strategy as referenced below:

Objective 1: Fully automated CI / CD environment with infrastructure as code (IaC) on all cloud workloads

Objective 2: Usage-based chargeback of platform, infrastructure, and operations

Objective 3: Cloud SaaS first, buy and host on cloud, then build on cloud (PaaS, then IaaS)

Objective 4: New systems to be cloud-native and utilize microservices architecture with API-first design

Objective 5: Common standards for software development and technology stack

Objective 6: End-to-end security using leading cybersecurity practices (e.g. data encryption, MFA, IAM, FedRAMP)

Objective 7: Event-driven design

Objective 8: Verify and test product recovery process to alternate cloud region for disaster recovery prior to production deployment with acceptable performance and with annual testing

Objective 9: Promote standardization of tools across hybrid multi-cloud for observability, operations, and maintenance

## 4. Task Areas

- **4.1 Task Area 1: Cloud User and Admin Account Management**
  Provisioning of user accounts, cloud accounts, configuration of role policies, tracking, management, and upkeep.
    4.1.1 The offeror is to provide support in Cloud account management through the USPTO change management process/system and modify the best practice guide as needed. The contractor shall recommend efficiencies where noted for Cloud account administration (create, modify, delete), password resets, managing access and secret keys, role administration, group administration, policy administration.
    4.1.2 The offeror is to track all Cloud account activities for management and upkeep in a centralized location/ platform on a monthly basis across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).
    4.1.3 The offeror is to integrate Federated authentication across multiple cloud platforms with USPTO credentials.

ANT_AR-1122

4.1.4 The offeror is to manage creation of roles and instance profiles so development teams will have access to pre-created roles to where they can attach policies to instances.

4.1.5 The offeror is to manage Access Keys issued to users for programmatic access to APIs.

4.1.6 The offeror is to provide support and development related to Identity Access Management (IAM) in Cloud Hosted Services to include billing, user, and service/principal accounts. IAM support shall ensure all tasks, processes, and objects conform to USPTO Security, compliance, and monitoring requirements.

## 4.2 Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports

Billing and cost analysis, usage tracking, recommendation and implementation of cost reduction methods and strategies, adapt to USPTO data analytic platforms as needed

4.2.1 The offeror is to provide detailed billing on all Cloud costs, to include infrastructure, project support services, and usage.

4.2.2 The offeror is to develop a solution that automatically checks service usage against Cloud Service Limits (cost by account) to prevent resource creation failures when the usage approaches a defined threshold (e.g. percentage of the associated service limit).

4.2.3 The offeror is provide budget threshold setting alerts based on usage costs or caps against the monthly allocated budget to the Product team/Stakeholders.

4.2.4 The offeror is to provide a billing dashboard with the capability to setup and manage budgeting caps and alerts in advance of caps being reached based on allocated funding provided for each account.

4.2.5 The offeror is to provide a billing dashboard that tracks real-time (or near real-time) Cloud usage and cost by services and components used by Product Teams across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.6 The offeror is to provide machine-learning to monitor spikes and drops in Cloud usage and costs across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.7 The offeror is to display multi-level thresholds showing graphical data and allow for action to reduce resource usage cost for projected and usage at cap, and providing recommendations for usage within budget caps.

4.2.8 The offeror is to provide the ability to control access to different views, groups and permissions on the billing dashboard. The contractor shall configure authentication to the billing dashboard with USPTO credentials.

ANT_AR-1123

4.2.9    The offeror is to provide the Product teams access to its own account billing information to see their Cloud usage and cost by a specified time period and resource ID or tag.

4.2.10   The offeror is to provide recommendations to optimize Cloud usage costs by analyzing usage patterns and provide recommendations for consolidating instance types based on demand across all billing accounts. The recommendations shall include Reserved and/or Spot Instance quantities as appropriate, changes to Application configurations, USPTO operational standards, and policy conditions for the creation of new instances.

4.2.11   The offeror is to provide the capability for an authorized Cloud reseller partner to configure the Consolidated Billing for account administration services, which allows clients to create and own their own accounts, configured to allow Product teams to have full API and billing access.

## 4.3   Task Area 3: Operations, Maintenance, and Performance Monitoring
Day-to-day support of operating a enterprise cloud implementation, vulnerabilities and findings, POAM remediations, assessment findings resolutions, implementation of monitoring to support infrastructure O&M, performance, capacity planning

4.3.1    The offeror is to provide support for cloud services and cloud hosting of USPTO applications and systems, which may include various components and interfaces with the public and internal users.

4.3.2    The offeror is to maintain availability of production systems deployed into USPTO Cloud platforms where there is no designated support through the Product Team. The offeror is to provide communication, including responding to the CIO Command Center, Alert distributions, support team requests, system business area requests, requests within 30 minutes of receipt, during business hours and investigate reported and suspected outage issues, documenting issues, providing resolution, and maintain a knowledge base of known issues.

4.3.3    The offeror has the ability to work remotely with current USPTO collaboration tools, with the presence indicator depicting daily status, in addition to being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. The offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). The offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.

4.3.4    The offeror is to follow the USPTO's Product Framework using agile

ANT_AR-1124

methodologies and best practices, USPTO operational standards (OCIO Playbook), and USPTO Cloud Computing strategies and best practices. The offeror is to support change control activities related to system lifecycle; track defects due to non-compliance with standards, best practices or system/software bugs and provide a remediation plan for each.

4.3.5　The offeror is to support the enhancement of monitoring and logging capabilities to include the identification, collection, and organization of data to provide a comprehensive view of the health of a system.

4.3.6　The offeror is to analyze log data to provide intrusion detection and prevention capabilities by defining event thresholds and generating alert notifications for suspicious behaviors along with affected resources and associated data for incident response, mitigation, and integration with on-premise monitoring systems. The contractor shall persist the log files according to USPTO retention requirements and make them accessible by the USPTO Security Information and Event Management (SIEM) system.

4.3.7　The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall manage system security vulnerabilities in accordance with FISMA, NIST, DOC, and USPTO standards, policies, and guidelines. The contractor shall have knowledge of security scan tools to ensure remediation of findings.

4.3.8　The offeror is to establish and maintain advance tag mapping and asset tracking, demonstrating in-depth knowledge to setup and manage one to one, one to many, many to many asset mapping across multi-cloud resources, accounting for missing, duplicate tags, abbreviated, unsupported resource tagging, and mix-case tags. Tags are to be compliant with USPTO Cloud Strategy and have ability to display usage and assets across multiple Cloud providers.

4.3.9　The offeror is to provide analysis, presentation, and processing of data to inform stakeholder decisions and actions to include: Unsuccessful login attempts, Network-level attacks or intrusion attempts, stack updates, instance inventory, Public facing endpoints, Disk and memory utilization of instances, resource usage costs, Non-US region activity, Application health monitors, HTTP access/request traceability.

### 4.4　Task Area 4: Cloud Infrastructure Enhancements

Includes support improvements to cloud enterprise infrastructure implementation for HA/DR, automation.

4.4.1　The offeror is to provide specialized technical support in cloud-hosted services in relation to various Operating Systems (OS), Networking, Program languages, Databases, Web Services, Cloud services, change management, technical writing, analysis, and/or middleware as required.

ANT_AR-1125

4.4.2    The offeror is to provide the ability to provision all available Cloud Services to include infrastructure (Compute, Storage, and Networking) utilizing the various cloud service on demand, dedicated, or reserved instance model. Provisioning may include Cloud services, 3rd party services, GOTS, COTS, and custom app integrations, maintenance, and monitoring.

4.4.3    The offeror is to be responsible for supporting configuration, change management, architecture, engineering, and administration of Cloud hosted Infrastructure as a Service. This also includes review and enhance Operational Service Plans (OSPs), Run books, known issues knowledge bases, log defects, and other artifacts as requested by USPTO staff.

4.4.4    The offeror is to serve as subject matter experts who design, develop, test, and/or demonstrate working solutions that meet USPTO objectives for enhancing infrastructure capabilities within Cloud and deliver documentation to effectively plan and implement those solutions. This includes step-by-step procedures and any supporting artifacts necessary to successfully deploy working systems and/or configurations.

4.4.5    The offeror is to ensure the Confidentiality, Integrity, and Availability of all cloud resources in all regions and availability groups. The contractor shall design, develop, test and implement automation and procedures for managing the configurations of guardrails, server baselines, blueprints, policies, tagging, dashboards, and reporting.

4.4.6    The offeror is to design, develop, and test an integration solution with the current Continuous Integration/Delivery/Deployment systems (i.e. Subversion, GitHub, Jenkins, Ansible) and change control processes to deliver a seamless fully automated deployment capability. The deployment process, as the target procedure for automation, shall be based on the Deployment Best Practices defined as part of the USPTO Operational Standards.

4.4.7    The offeror is to ensure deployment automation standards will be enhanced by integrating an authoritative source repository at the beginning of the deployment process to replace the manual step of copying and organizing sources files to the Cloud. Enhancements to Continuous Integration/Configuration Management tooling for deployment automation will focus on replacing the manual step of creating or updating a Cloud stack and rollback.

4.4.8    The offeror is to develop and test configuration standards and adapt processes, tooling, and Cloud components to support container-based workloads. The overall solution shall be portable across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.4.9    The offeror is to develop baseline containers based on security configuration benchmarks that will serve as the runtime environment for container images.

ANT_AR-1126

4.4.10 The Contractor shall develop configuration standards for container images and build files to meet standard deployment procedures.

4.4.11 The offeror is to design, develop, test and implement Guardrails – automation for managing the configurations that grants access to cloud services and resources in accordance with Cybersecurity policy and other FISMA controls to address shared responsibilities as applicable/defined in the CSP's FedRAMP accreditation package. This includes network topologies that support layered security architectures (e.g. restrict public access) and standard configurations (as appropriate to each CSP) to support separation of duties and resource isolation between projects/teams and environments (lab vs prod).

4.4.12 The offeror is to develop server baseline(s) – Design, create, develop, test, implement, and/or adopt baseline images used to create servers based on approved security benchmarks and operational tools.

4.4.13 The offeror is to transition from Center for Internet Security (CIS) Benchmarks to Defense Information Systems Agency (DISA) Security Technical Implementation Guide (STIG) benchmarks for securing products and components hosted in the Cloud.

## 4.5  Task Area 5: Storage, Data, Optimization

Recommending, performing, managing, S3, Glacier, data lifecycle implementations, provide policy updates to minimize cost while meeting needs for varying storage options. Includes auto data cleanup, de-duplications, Storage Migration (lower cost storage), inventory of ULs, PII considerations, long-term storage; low access; carving out structure and be able to manage storage in cloud; Actual migration of the application and data; work with storage & server admin team and manage back-end process

4.5.1 The offeror is to provide support for operation, monitoring, troubleshooting, configuration, upgrade, storage architecture designs, and maintenance of data storage in the Cloud. These tasks include but are not limited to: Storage Administration (software and components) support for all external cloud storage equipment (e.g. Amazon Snowball and Snowball Edge), disk space monitoring, integration and testing of storage related scripts.

4.5.2 The offeror is to support the archival of USPTO data (e.g. image files) to a cloud storage service for data archiving and long-term backup.

4.5.3 The offeror is to secure the cloud storage solution and support cost analysis to determine cost savings compared to on-premises solutions.

4.5.4 The offeror is to support the migration for data storage from on-premise to a cloud provider.

4.5.5 The offeror is to ensure storage containing personally identifiable information is protected from on-premise to a cloud provider.

4.5.6 The offeror is to support a solution for long-term cloud storage where there is

ANT_AR-1127

no immediate need for retrieval of the data.

4.5.7 The offeror is to support a solution that provides bulk storage of data from on-premise to a cloud provider.

4.5.8 The offeror is to manage storage utilization in the Cloud and support the actual migration of the application data.

4.5.9 The offeror is to work with the storage & server admin team and manage the process for storage migration to the cloud.

4.5.10 The offeror is to provide technical writing skills and requirements/procedural documentation associated with, but not limited to Storage as a Service requirements, Storage processes and procedures for Cloud, Service Catalogs.

## 4.6 Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support

What a general service system ATO (UACS, UMACS, UGCP) will need to be compliant to, supporting infrastructure team in recommending compliant solutions to meet cyber assessment/audit expectations. Zero Trust implementation, CASB, Provide ISSO services.

4.6.1 The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall serve as a principal advisor on all matters, technical and otherwise, involving the controls for the system. The contractor must have the knowledge and expertise to manage the security or privacy aspects of an organizational system and may be assigned responsibility for the day-to-day system security or privacy operations.

4.6.2 The offeror is to be responsible for the development, management, and maintenance of System Security and Privacy Plans (SSPP). The Contractor will also assist in preparing system-level policies, guidelines, and standards for USPTO information systems and system users in order to implement USPTO security directives and policies and assist the system owner develop and maintain an IT security program that addresses implementation of Federal Information Security Modernization Act (FISMA 2014) requirements as mandated by the White House Office of Management and Budget (OMB), in accordance with NIST Standards and special publications, Security Technical Implementation Guide (STIG), and DOC and USPTO Security policies and procedures.

4.6.3 The offeror is to implement USPTO cloud services in accordance with FISMA, NIST, FedRAMP, DOC, and USPTO standards, policies, and guidelines as follows:

4.6.3.1 The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to

ANT_AR-1128

Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

4.6.3.2 The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

4.6.4   The offeror is to provide Information System Security Officer (ISSO) services.

4.6.5   The offeror is to have the following certifications: Certified Information Systems Security Professional (CISSP) or Certified Information Security Manager (CISM), and Certified Authorization Professional (CAP). The Certified Cloud Security Professional (CCSP) certification is highly desired.

## 4.7  Task Area 7: Application Assessment, Migration and Modernization

Migration readiness, TCO, business case analysis, playbook for migration and ability to migrate and handoff.

4.7.1   The offeror is to establish a Cloud Adoption and Migration Guideline with Training materials, the guideline and training shall indicate how and why the cloud is cheaper, faster and better.

4.7.2   The offeror is to ensure guideline/training has business justification and application lifecycle information.

4.7.3   The offeror is to ensure guideline/training provides business use cases for each cloud service providers to include AWS, Azure, and Google.

4.7.4   The offeror is to ensure guideline/training indicates the development type; new, upgrade, lift and shift.

4.7.5   The offeror is to ensure guideline/training covers application architecture (N-tier, Microservices, Service oriented) technology (OS, COTS, codebase, database, etc.).

4.7.6   The offeror is to ensure guideline/training includes staff resources and knowledge about cloud developments

4.7.7   The offeror is to ensure guideline/training has business continuity and disaster

ANT_AR-1129

recover requirements.

4.7.8 The offeror is to establish a Self-Assessment Cloud Migration Checklist, the solution shall automatically generate evaluation report to determine if the migration is mutually beneficial.

4.7.9 The offeror is to ensure the self-assessment includes application lifecycle information.

4.7.10 The offeror is to ensure the assessment includes the cloud deployment type (public/hybrid), cloud tier (AWS, Azure, and Google).

4.7.11 The offeror is to ensure the assessment includes OS, COTS, codebase, database, cloud services, etc.

4.7.12 The offeror is to ensure the assessment includes application dependencies, disaster resilience requirements

4.7.13 The offeror is to provide migration options

4.7.14 The offeror is to perform migration, modernization of USPTO custom developed applications, to include refactoring, re-architecting components, products, and re-deploy to USPTO enterprise cloud environments, including product CI/CD pipeline if available, in alignment with USPTO Cloud Strategy, USPTO Cloud best practices

4.7.15 The offeror is to provide knowledge transfer, run-book hand-off, updates to DOSPs, GEARS, and other relevant records systems to Product DevSecOps team and other USPTO teams

## 4.8 Task Area 8: Authorized Reseller Capabilities

Maintain reseller relationship with the following public cloud vendors. Provide reach back to Public Cloud vendor specialized professional services.

4.8.1 UACS Requirement:

4.8.1.1 AWS Public Sector Partner - The AWS Public Sector Partner (PSP) Program recognizes APN Partners with solutions and experience in delivering government, education, and nonprofit customer missions around the world. We enable partners to accelerate their business growth on AWS through alignment with our public sector sales, marketing, capture and proposal, and funding teams. Partners also receive designation as a Public Sector Partner in our APN Partner Solutions Finder, and access to additional differentiation programs

4.8.1.2 AWS Public Sector Solution Provider - The AWS Solution Provider Program is designed for systems integrators, managed service providers, value-added resellers, and public sector partners to resell AWS Services to end customers as part of their differentiated solution. Under this program, Authorized Solution Providers manage, service, support, and bill Amazon Web Services (AWS) accounts for end customers.

The AWS Solution Provider Program provides Authorized Solution

ANT_AR-1130

Providers a tiered discount structure based on partners' technical capabilities and success in driving new business, has flexible contracting options to meet the unique needs of end customers, and provides partners multiple AWS Support models that align to a partners' AWS practice.

4.8.1.3 Advanced Consulting Partner - APN Consulting Partners are professional services firms that help customers of all types and sizes design, architect, build, migrate, and manage their workloads and applications on AWS, accelerating their journey to the cloud. These professional services firms include system integrators, strategic consultancies, agencies, managed service providers (MSPs), and value-added resellers.

4.8.1.4 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.2    UMACS Requirement:

4.8.2.1 Microsoft Direct-Bill Partner - Direct-bill partners are partners with a direct billing relationship with Microsoft. As a direct-bill partner, you can purchase first-party offers and third-party offers directly from the Microsoft marketplace, then sell them to your customers. You need to fulfill certain programmatic requirements for the role of direct-bill partner. This includes the ability to integrate with Microsoft using APIs. You also need to be able to provide billing, support, and managed services to customers on an on-going basis. For more information, please see Enroll as a direct-bill partner.

4.8.2.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

4.8.3    UGCP Requirement:

4.8.3.1 Google Cloud Platform Partner, Reseller – Google Cloud Partners are partners that have a direct relationship with Google with proven technical mastery, reach back to Google resources, and the ability to provide Cloud Usage management as a reseller.

4.8.3.2 Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

ANT_AR-1131

### 4.9  Task Area 9: Cloud Intake Process

Onboarding of teams, training material, best practices, communications, managing cloud knowledge portal content.

- 4.9.1  The offeror is to establish intake guideline and on-boarding procedure.
- 4.9.2  The offeror is to review current on-boarding process, if any, and provide process improvements.
- 4.9.3  The offeror is to ensure the intake guideline and on-boarding procedure includes detailed steps regarding dependencies, targeted cloud, hybrid cloud design, cloud cost estimations including detailed calculator, requests and approval processes.
- 4.9.4  The offeror is to provide training materials to guide cloud adoption and migration.
- 4.9.5  The offeror is to provide communication and promote industry and ESSD / EIPL Infra/Hosting cloud best practices along with continuous process improvements.
- 4.9.6  The offeror is to ensure new DevSecOps teams moving to cloud have completed intake process guidelines, set cloud usage budgets, tagging, and budget management expectations, monitor adherence to cloud best practices and guardrails, and take administrative action to ensure notification and compliance.

### 4.10  Task Area 10: Deployed Applications Support (OPTIONAL)

Optional CLIN - Support of CPC, AS, and future deployed applications.

- 4.10.1  The offeror is to support deployments of systems, configurations, applications and other changes to controlled environments such as PVT/PROD/DR.
- 4.10.2   The offeror is to follow established Change Control Procedures (CAB, DART, ORRs, DevSecOps) and USPTO Deployment Best Practices for all deployments,
- 4.10.3  The offeror is to provide operations and maintenance support of the product, creation, running of reports.
- 4.10.4  The offeror is to ensure cloud usage by the product is sized fitted to the needs of the product, leveraging automation, Autoscaling, tagging, scripts to stop services, VMs, to minimize cost.
- 4.10.5  The offeror is to ensure deployment procedures are aligned with USPTO Cloud Strategy, automated deployments using infrastructure-as-code (CloudFormation, Terraforms etc), established, reviewed and agreed from all supported teams before deployments.
- 4.10.6   The offeror is to integrate with the current USPTO DevSecOps CI/CD pipeline where applicable

ANT_AR-1132

4.10.7   The offeror is to ensure applications are compliant with Cyber Security controls before each deployment.

4.10.8   The offeror is to ensure deployable artifacts are archived within USPTO authoritative repository sources

4.10.9   The offeror is to ensure applications meet USPTO Operational Standard Ratings; all findings should be addressed and resolved with development teams

4.10.10 The offeror is to maintain synchronization between PVT/PROD/DR

### 4.11 Task Area 11: Cloud Governance (OPTIONAL)

Optional CLIN for Support of CCoE, CCAC, and CTO/enterprise infrastructure in establishing guardrails, Cloud Usage policies, SLAs, SLCs, implementation patterns, converting cloud strategy into implementation and assist with policies and recommendations.

4.11.1   The offeror is to deploy a Cloud Portal as part of the Cloud Center of Excellence. The portal shall be the one stop shop for learning about cloud, developing on cloud, cloud governance, assessment, migrations, deployments, and implementation patterns (Containers, cloud vendor usage, cloud native deployment, multi-cloud).

4.11.2   The offeror is to support development of Cloud Training material, in alignment with current USPTO cloud best practices and future cloud enhancements that will support onboarding product teams to the cloud. The training shall include FedRAMP, USPTO implementation, usage of non-FedRAMP services, security process, migration to the cloud, cloud readiness checklist, and the delineation between Cloud Infrastructure support and Product Team.

4.11.3   The offeror is to support development of a formal cloud implementation strategy and program with a defined set of capabilities, processes and tools to enable modern end-to-end cloud monitoring and observability.

4.11.4   The offeror is to support monitoring product evaluations, and proof of concepts in collaboration with internal IT and business teams (the technologies and tools used to support the program and processes)

4.11.5   The offeror is to define program key performance indicators (KPI) to monitor program effectiveness and progress towards improvements

4.11.6   The offeror is to support communications, key stakeholder collaboration, to rollout Cloud Team implementation of a chosen recommendation.

4.11.7   The offeror is to develop a Cloud Roadmap, encapsulating all related Cloud Computing, Cloud Modernization with a visual graphic that can be modified and expanded as new work streams are identified.

### 4.12 Task Area 12: Vendor Professional Service (OPTIONAL)

ANT_AR-1133

Optional CLIN - pass-through ODC access to direct Proserv resources (i.e., AWS Professional Service)

4.12.1 Provide cloud service provider professional services personnel to leverage knowledge of cloud vendor specific technologies in collaboration with cloud service provider, hybrid solution technologies, and partner teams to propose, architect, and implement transformational solutions for customers.

4.12.2 Provide professional services for architecture, design; coding, integration, performance, security, user experience design, and governance for cloud hosted applications and systems following Federal Cloud Computing Strategy.

4.12.3 Conduct a current state assessment of the on premise systems and applications; assessment shall include cost benefit analysis for hosting the applications and systems in the cloud vs. on premise and determine areas of readiness of systems and applications to host in the cloud based platform to include but not limited to:

4.12.3.1 Organizational Readiness

4.12.3.2 Technical Readiness

4.12.3.3 Process Readiness

4.12.4 Provide target state roadmap to migrate on premise systems and application to a cloud based platform. Target state alternative solutions under consideration shall consider:

4.12.4.1 Software as a Services (SaaS) solution

4.12.4.2 Platform as a Service (PaaS) solution

4.12.4.3 Infrastructure as a Service (IaaS) solution

4.12.5 Identify what existing or planned future capabilities and functionalities USPTO relies on for conducting business will be supported by the target state solution(s) (i.e. SaaS, PaaS, or IaaS).

### 4.13 Task Area 13: Cloud Application, Architect Support (OPTIONAL)

Optional CLIN - support and lead product teams in designing, architecting, development, for USPTO products in USPTO managed cloud / alignment with Cloud Strategy.

4.13.1 Provide professional services for architecture design on specific solutions for product team, include but not limited to cloud provider and services selection, sizing and choices of those services, integration with other cloud and/or no cloud services and data, information security consideration and implementation, and automation.

4.13.2 Provide proper product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions.

4.13.3 Assist USPTO government cloud team with other governance body (Cyber security, data officers, CCoE members, etc.) to conduct design review,

ANT_AR-1134

architecture walk through, and deep dive discussion to approve product team's design artifacts. Conduct potential launch review before rollout to approve product team's implementation artifacts. Assist USPTO government cloud team and compliance body (Cyber security, C3, etc.,) to conduct post-launch audit and remediate architecture deficiencies and implementation flaws when requested by management.

4.13.4 Participate USPTO cloud team internal architecture review and improvement activities. Provide and implement approved solutions to enhance the overall USPTO cloud foundation. Update SSP and other required documents upon completion.

4.13.5 Assist USPTO government cloud team to collaborate with partners from application development, technology officers and key stakeholders (business and IT) on subjects related to cloud architecture.

4.13.6 Maximize automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Participate and assist implementation of 3rd part cloud operation tools if requested. Develop customized USPTO Cloud team operation tools if requested.

### 4.14 Optional Surge Capability

The Government reserves the unilateral right to exercise Optional Surge Capability to support unforeseen, ad hoc requirements or unplanned increases in workload that may arise under the scope of this PWS. Optional surge capability support will be invoked at the Government's discretion through a written Task Order modification issued by the Contracting Officer. For pricing purposes, the Not-To-Exceed (NTE) ceiling amount established for this Optional Surge capability in each year of performance is shown in the price matrix.

### 4.15  Task Area 14 :  Software Services Product Operations Support

Operate and Maintain RSA Access Manager on premise and in the cloud, 24 x 7 operations support required for major outages, RSA hard fobs, RSA soft token, RADIUS and RSA servers

### ID Authenticator  RSA Access Manager – RSA Token Operations Support

4.15.1 Support delivery of RSA soft tokens to all USPTO internal customers accessing USPTO network resources inside the VPN and firewall. Soft tokens may be installed on government furnished laptops, government furnished mobile devices and contractor owned laptops or mobile. Soft token licenses are limited to one per USPTO user and may be used for MFA logins to Okta-protected resources.

4.15.2 Support on-prem footprint of 8 CPU cores in PROD and 4 in LAB running RSA Access Manager 8.6. Provide necessary operating expertise for RSA COTS on Linux.

4.15.3 Update and patch on-premise RSA servers as required as part of O&M, both Windows/Linux operating system and RSA Access Manager product patches.

ANT_AR-1135

4.15.4  Support RSA Access Manager and RSA Soft Tokens with Okta cloud enterprise single sign-on.  RSA Soft Token can be used by USPTO users as an additional authentication factor (MFA) for Cisco AnyConnect VPN and Okta SSO.

4.15.5  Development and test effort will be required for bulk token issuance and other housekeeping, admin or automation functions.

4.15.6  Provide surge support to Patent Examiner Academy and/or large scale onboarding events on a quarterly or as needed basis.

**ID Authenticator Cloud and Automation Support**

4.15.7  Architecture and design for cloud-based Public Key Infrastructure (PKI) managed services

4.15.8  Develop next generation authenticator technology such as fingerprint, retina scan, handprint and other biometric technologies

4.15.9  Provide engineering resources to support installation of enterprise certificate automation software/platform

5    **Skills Required to Perform this Task:** Only applicable to SOO section 4.15 Task Area 14

The Contractor shall possess in-depth knowledge as described below:

- The contractor shall provide staff that has extensive experiencing designing, deploying and troubleshooting the following client network and security infrastructure products.
- RSAM Servers (SUSE Linux) and RSA Webtier Servers (RHEL 8x) in PTO development/production/disaster recovery RSA Infrastructures
- RSA Engineer/RSA administrator with knowledge of Linux/Windows environments
- RSA Authentication Manager
- Cisco Secure ACS RADIUS/TACACS+
- RSA Soft Tokens
- The contractor shall cooperate with other USPTO Contractors, including but not limited to those responsible for system engineering, system maintenance, information security, and Independent Validation and Verification (IV & V).
- The contractor shall provide staff that has extensive experiencing in supporting a variety of general purpose operating systems for remote access including Windows 7, Windows 8, Windows Server 2008, Windows 10, SUSE Linux and Red Hat Linux.
- Windows and/or Linux Scripting skills will be needed
- Experience in specific COTs described in section 4.14

6    **Deliverables**

ANT_AR-1136

The table below summarizes the products to be prepared and delivered by the Contractor in support of this task order. All deliverables will become the property of the Government.

| Item Number | Task Area | Deliverable | Delivery Date(s) |
|---|---|---|---|
| 1 | Task Area 1: Cloud User and Admin Account Management | • Service guide for Cloud account management in draft and final versions | Initial draft within 30 days of award and monthly thereafter until final |
| 2 | Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | • Billing Dashboard Standard Operating Procedures in draft and final versions <br> • Spend rate per account | Monthly: First business day of month, and spend rate as requested |
| 3 | Task Area 3: Operations, Maintenance, and Performance Monitoring | • Dynamic Operational Support Plan (DOSP) <br> • Meeting Agenda, Meeting Minutes and Action Items | Initial draft within 30 days of award and monthly thereafter; Meeting artifacts weekly |
| 4 | Task Area 4: Cloud Infrastructure Enhancements | • Knowledge base, log defects, run books, procedures, best practices, network and architecture diagrams | Weekly; as needed |
| 5 | Task Area 5: Storage, Data, Optimization | • Storage architecture diagrams <br> • Storage as a Service requirement <br> • Storage processes and procedures for Cloud | Weekly; as needed |

ANT_AR-1137

| 6 | Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support | • System Security and Privacy Plans (SSPP)<br>• Other policies, guidelines, standards and analysis related to system-level security and privacy | Weekly; as needed |
|---|---|---|---|
| 7 | Task Area 7: Application Assessment, Migration and Modernization | • Cloud Adoption and Migration guideline and training,<br>• Automated Self-Assessment cloud migration checklist assessment tool | Weekly; as needed |
| 8 | Task Area 8: Authorized Reseller Capabilities | • Authorized reseller capabilities | As needed |
| 9 | Task Area 9: Cloud Intake Process | • Intake guideline and training materials<br>• On-Boarding procedure<br>• Cloud Cost calculator and design of product team onboarding use-case<br>• Budget thresholds for each onboarding product | Weekly; as needed |
| 10 | Task Area 10: Deployed Applications Support (OPTIONAL) | • Deployment activity reports | Weekly |

ANT_AR-1138

| 11 | Task Area 11: Cloud Governance (OPTIONAL) | • Cloud readiness checklist<br>• Cloud implementation strategy<br>• Key Performance metrics<br>• Cloud Roadmap | Weekly; as needed |
|----|----|----|----|
| 12 | Task Area 12: Vendor Professional Service (OPTIONAL) | • Target State Roadmap and alternatives plan<br>• Tailored migration plan to move USPTO on premise application to a Cloud-Based solution<br>• Product specific modernization plans to migrate, modernize for Cloud-Based solution | Initial draft within 60 days of award and monthly on the first business day thereafter |
|  |  | • Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise |  |

ANT_AR-1139

| | Task Area 13: Cloud Application, Architect Support (OPTIONAL) | • As is and To be USPTO cloud architecture document (updated annually)<br>• Tailored product team specific cloud architecture and design (when requested)<br>• Review findings related to cloud design review, launch review, and post-launch operation audit.<br>• Requested prototypes and white paper by USPTO government cloud team<br>• Automation scripts, new operation processed requested by USPTO government cloud team.<br>• Maintain and update cloud infrastructure architecture artifacts. | Initial draft within 30 days of award and monthly on first business day thereafter |

ANT_AR-1140

| | | | |
|---|---|---|---|
| 14 | Software Services Product Operations Support<br><br>- ID Authenticator RSA Access Manager – RSA Token Operations Support | • Weekly status report for RSA Token Operations Support tasks<br>• Recurring task status reporting in Rally Agile Tool | Weekly; As Needed |
| | ~~Delivery Services Product Support – Adobe Enterprise Manager Cloud Operations Support~~ | • ~~Weekly status report for Adobe Enterprise Manager Cloud Operations Support tasks~~<br>• ~~Recurring task status reporting in Rally Agile Tool~~ | ~~Weekly~~<br><br>~~Weekly; As Needed~~ |
| | - ID Authenticator Cloud and Automation Support | • Roadmap for next generation authenticator technology<br>• Design documents for cloud-based PKI managed services<br>• Provide subject matter expertise related to automation and engineering<br>• Weekly status report for ID Authenticator Cloud and Automation Support<br>• Recurring task status reporting in Rally Agile Tool | Initial draft within 30 days of award and monthly on first business day thereafter<br>Initial draft within 30 days of award and monthly on first business day thereafter<br><br><br>Weekly<br><br><br>Weekly; As Needed |

ANT_AR-1141

**Note:** All deliverables shall be submitted electronically to the TOM and Product Owner and cc'd to the CO and COR in a format that is compatible with Microsoft Office 2016 / Microsoft Project 2016 (or new versions) and are subject to Government review and acceptance. Additionally, all Deliverables in this SOO are to be S.508 compliant

## 7    Period of Performance

There will be one base year and 4 twelve month options.

## 8    Place of Performance

The place of performance will be off-site, except when attending ad-hoc meetings when USPTO is reopened, at which time a 24-hour notice in advance will primarily be given.

- Contractors who access USPTO's network from outside the USPTO main campus have various types of access described below:

    8.15.7  Direct Connect (Contractor Access System - CAS). CAS connects to PTONet through the ETU firewall which monitors and filters all traffic between CAS and PTONet

    8.15.8  External Partners. Some projects require contractors to collaborate and work closely with USPTO government employees and resources. This collaboration and close interworking relationship may require file and data transfer from the contractor's network into the PTONet environment. Carefully evaluating the level of collaboration or interaction is critical so that the appropriate access and security levels can be established.

    8.15.9  EAIS – Secure File Transfer. EAIS is a group of file transport servers and proxies approved by USPTO to transfer and receive files within the USA.

    8.15.10 Internet-based access (Secure External Access System – SEAS). SEAS connect to PTONet through the Enterprise Remote Access Cisco VPNs and the ETU firewall. All traffic between SEAS and PTONet is monitored and filtered by the ETU firewall. Contractor access is limited; local upload/download of files and network printing are prohibited with this option.

    8.15.11 Each network connection and process for approval is described in Contracting Access Engineering (CAE) document.

    8.15.12  Regardless of network connection selected, the Contractor shall follow the Rules of the Road Policy and complete the IT Security Training through the Learning Center upon onboarding and annually thereafter.

ANT_AR-1142

**8.16 Security and Privacy Requirements for USPTO Information Systems**

8.1. The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

8.2. Privacy Compliance Requirements
Personally Identifiable Information
Personally identifiable information (PII) data is not in the scope of the acquisition and PII data is not expected to be stored, processed, or transmitted in the vendor's SaaS solution.

The contractor shall work with USPTO to prepare a Privacy Threshold Assessment (PTA) to confirm and document PII is not in scope, or to determine which categories of information will be stored, processed, or transmitted by the system. The PTA must be completed before development begins and whenever a change with a privacy impact (e.g., a new category of information is collected) is made to an existing system. PTAs are required as part of USPTO's process to determine whether a Privacy Impact Assessment (PIA) and/or a System of Records Notice (SORN) is required, and if any other privacy requirements apply to the information system.

Privacy data (should it come into scope) will require that the vendor's SaaS solution be FedRAMP authorized at least at the FIPS PUB 199 Moderate level.

The collection, maintenance or dissemination of any PII that is subject to the Privacy Act and/or the E-Government Act will be handled in full accordance with all USPTO Rules of the Road and in accordance with USPTO Privacy Program requirements.

8.3. Protection of Information
In accordance with FAR Part 52-239-1, the Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. To the extent required to carry out a program of

ANT_AR-1143

inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases. If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

8.3.1 USPTO requires FIPS 140-2 validated cryptographic mechanisms to be implemented to protect the confidentiality and integrity of sensitive information stored on digital media during transport outside of controlled areas.

8.3.2 As prescribed in the Federal Acquisition Regulation (FAR) clause 24.104, if the system involves the design, development, or operation of a system of records on individuals, the contractor shall implement requirements in FAR clause 52.224-1, "Privacy Act Notification" and FAR clause 52.224-2, "Privacy Act."

8.3.3 The contractor shall also comply with any additional FISMA or FedRAMP privacy requirements.

8.4. Revocation of a Cloud Service

USPTO has the right to act in response to the CSP's lack of compliance and/or increased level of risk. In the event the CSP fails to meet USPTO and FedRAMP security and privacy requirements and/or there is an incident involving sensitive information, USPTO may suspend or revoke an existing agency ATO (either in part or in whole) and/or cease operations. If an ATO is suspended or revoked in accordance with this provision, the CO and/or COR may direct the CSP to take additional security measures to secure sensitive information. These measures may include restricting access to sensitive information on the Contractor information system under this contract. Restricting access may include disconnecting the system processing, storing, or transmitting the sensitive information from the Internet or other networks or applying additional security controls.

8.5. Data Jurisdiction

The Contractor shall store all information within the security authorization boundary, data at rest or data backup, within the Continental United States (CONUS) if so required.

## 8.17 Travel - If required

The Government does not anticipate travel to perform the tasks associated with the effort.

## 8.18 Key Personnel

The offeror is to identify and provide resumes for all Key Personnel to the CO who will coordinate review and approval with the USPTO COR and TOM. Key Personnel include(s) the following: Program Manager, Cloud Architect or Sr. Cloud Engineer, DevOps Engineer/ Architect, Performance Specialist/Architect, or qualified resources that possess similar skillsets to provide the full scope of expertise and capabilities required to perform objectives in this SOO.

ANT_AR-1144

Resumes must be submitted for key personnel who will be involved in the Enterprise Cloud Modernization effort, at a minimum, resumes must demonstrate significant experience with the following:

- Cloud User and Admin Account Management
- Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports
- Operations and Maintenance/Performance Monitoring
- Cloud Infrastructure Enhancements
- Storage, Data, Optimization
- Security Operations and Compliance, Cloud ISSO
- Application Assessment, Migration and Modernization
- Authorized Reseller Capabilities
- Cloud Intake Process
- Deployed Applications Support (OPTIONAL)
- Cloud Governance (OPTIONAL)
- Vendor Professional Service (OPTIONAL)
- Cloud Application, Architect Support (OPTIONAL)

**Note:** The above task areas will apply to Amazon Web Services, Microsoft Azure and Google Cloud platforms.

Before replacing any individual designated as key personnel, the contractor shall notify the CO no less than ten business days in advance, submitting written justification for the replacement, and providing the name and qualifications of any proposed substitute(s). The federal government reserves the right to reject any proposed replacement that does not demonstrate the necessary experience and proficiency required.

All contractor personnel attending meetings, answering government telephones and working in situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression that they are government officials. They must also ensure that all documents or reports produced are suitably marked as contactor products or that contractor participation is appropriately disclosed.

### 8.19 Operating Hours and Government Closures

The offeror has the ability to work remotely utilizing current USPTO collaboration tools, with the presence indicator depicting daily status, however some tasks may routinely require

ANT_AR-1145

that the offeror being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. Additionally, the offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and federal holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). During these occasions, the offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.
https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

## 8.20 Training

The government will provide USPTO product-specific training as directed by the government and for government-unique systems. The contractor is responsible for and shall ensure staff are properly trained and hold the appropriate credentials as required for the services being performed.

The offeror may, at its own discretion, adopt Train-the-Trainer framework for training subject matter experts to enable them to train other people in their respective organizations

## 8.21 Data Rights

The Government shall have unlimited rights in software first produced in the performance of this contract, in accordance with the FAR clause at 52.217-14. For the purposes of this clause, "software first produced in the performance of this contract" shall include, but not be limited to the following: non-COTS computer program developed or previously developed and implemented by the contractor in the performance of this contract, related computer data bases and documentation thereof, source code, object code, algorithms, library code, library routine, and technical data (including but not limited to that necessary to produce, install, and maintain as well as data produced from said software during the performance of this contract) of all software first produced in the performance of this contract. Additionally this encompasses all logs and other application data produced by software (including but not limited to COTS, contract specific custom ("software first produced in the performance of this contract), GOTS, and or OSS) utilized in conjunction with or for the performance of this contract.

For the purpose of this clause, "unlimited rights" shall mean the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

## 8.22 Disaster Recovery/Continuity of Operations (COOP)

The offeror is to establish at least one or more High Availability / Disaster Recovery and Business Continuity Disaster Recovery (BCDR) implementation within UACS, UMACS, UGCP, to enable infrastructure capability for establishing HA rollout and implementation of

ANT_AR-1146

BCDR tiers, and provide design templates to implement Products deployed to UACS, UMACS, UGCP.

ANT_AR-1147

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE<br>1 | OF | PAGES<br>30 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P23006 | 3. EFFECTIVE DATE<br>See 16B | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GDIT
3150 FAIRVIEW PARK DR STE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X   10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A.<br>52.243-4 changes |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor   ☐ is not,   ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>████, Contract Administrator Advisor | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>████son<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/<br>████<br>(Signa    thorized to sign) | 15C. DATE SIGNED<br>05/05/2023 | 16B. UNIT ████<br>Users, ████<br>By (Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - (P23005) - of 5 current signed modifications as of 05/05/2023 | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1148

## Table of Contents

| Section | Description | Page Number |
|---|---|---|
| 1 | Continuation Sheet | 3 |

ANT_AR-1149

ANT_AR-1150

ANT_AR-1151

ANT_AR-1152

ANT_AR-1153

ANT_AR-1154

ANT_AR-1155

ANT_AR-1156

ANT_AR-1157

ANT_AR-1158

ANT_AR-1159

ANT_AR-1160

ANT_AR-1161

ANT_AR-1162

ANT_AR-1163

ANT_AR-1164

ANT_AR-1165

ANT_AR-1166

ANT_AR-1167

ANT_AR-1168

ANT_AR-1169

ANT_AR-1170

ANT_AR-1171

ANT_AR-172

ANT_AR-1172

ANT_AR-1173

ANT_AR-1174

ANT_AR-1175

ANT_AR-1176

ANT_AR-1177

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 31 |

| 2. AMENDMENT/MODIFICATION NUMBER<br>P23007 | 3. EFFECTIVE DATE<br>See Block 16C | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Office of Procurement<br>US Patent and Trademark Office<br>PO Box 1450-Mail Stop 6<br>600 Dulany St.,MDE, 7th Floor<br>ALEXANDRIA, VA 22313-1450 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.<br>3150 FAIRVIEW PARK DR<br>SUITE 100<br>FALLS CHURCH, VA 22042-4504<br>UEI: SMNWM6HN79X5 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |
| CODE GENDYNCORP | FACILITY CODE * | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers    [ ] is extended,    [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A.<br>52.243-4 changes |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contract Administrator Advisor | Contracting Officer |
| 15B. CONTRACTOR/O_____<br>(Signat_____ to sign) | 15C. DATE SIGNED<br>07/10/2023 | 16B. U_____<br>By _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - (P23006) - of 6 current signed modifications as of | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1178

**Table of Contents**

| <u>Section</u> | <u>Description</u> | <u>Page Number</u> |
|---|---|---|
| 1 | Continuation Sheet.............................................................................................................................3 |  |

ANT_AR-1179

ANT_AR-1180

ANT_AR-1181

ANT_AR-1182

ANT_AR-1183

ANT_AR-1183

ANT_AR-1184

ANT_AR-1185

ANT_AR-1186

ANT_AR-1187

ANT_AR-1188

ANT_AR-1188

ANT_AR-1189

ANT_AR-1190

ANT_AR-1191

ANT_AR-1192

ANT_AR-1192

ANT_AR-1193

ANT_AR-1194

ANT_AR-1195

ANT_AR-1196

ANT_AR-1197

ANT_AR-1198

ANT_AR-1199

ANT_AR-1200

ANT_AR-1201

ANT_AR-1202

ANT_AR-1203

ANT_AR-1204

ANT_AR-1205

ANT_AR-1206

ANT_AR-1207

ANT_AR-1208

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 4 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P23008 | 3. EFFECTIVE DATE 07/28/2023 | 4. REQUISITION/PURCHASE REQ. NUMBER See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

10B. DATED (SEE ITEM 11) 09/27/2021  X

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2023-A-00-284700-SCLD00-NONCOMP-2570-1551-S99999-284700-2023

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. 52.243-4 changes |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to: ███████████████████████████████████

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ██████, Contract Administrator Advisor | ██████ Contracting Officer |
| 15B. CONTRACTOR/██████ (Sign██████ed to sign) | 15C. DATE SIGNED 07/28/2023 | 16B. ██████ By ██████ (Signature of Contracting Officer) | 16C. DATE SIGNED 07/28/2023 |

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P23007) - of 7 current signed modifications as of 07/28/2023 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1209

**Table of Contents**

| Section | Description | Page Number |
|---|---|---|
| 1 | Continuation Sheet.................................................................................................................................... | 3 |

ANT_AR-1210

ANT_AR-1211

ANT_AR-1212

**STATEMENT  OF OBJECTIVES  (SOO)**
**USPTO Patent and Trademark Office (USPTO)**
**Enterprise Cloud Modernization**

## 1.  Purpose

The United States Patent & Trademark Office (USPTO), Office of Chief Information Officer (OCIO) has begun disruptive Information Technology (IT) transformation initiatives in Fiscal Year (FY) 2020 leading to an agile infrastructure, intelligent operations, and enabling flexibilities to decrease operating expenses. This transformation will continue over the next two fiscal years. A few of the modernization activities resulting from the transformation initiatives include:

- A multi-site, fully redundant hybrid cloud infrastructure
- A resilient application architecture in a hybrid cloud, with containerized solution
- Fully capable, mission critical applications running stand-alone in the disaster recovery site or external cloud
- Infrastructure consolidated into a reduced/dense and efficient data center space

The USPTO OCIO seeks to implement these transformation initiatives to support the vision of conducting the majority of Agency business via digital means by 2025.  To support this vision our organization will require:

- A multi-site, highly scalable, innovative and elastic infrastructure and technology platform
- Adapting current IT to support future digital needs with a multi-faceted approach
- Adapting to a public cloud computing service that is uniquely positioned to support our future strategic technology requirements with no need to undertake long-term capital investments
- Adapting to the Cloud Product to deliver capabilities to provide use-as-you-need compute, storage, and cloud native services
- The enabling of Highly Available, Disaster Recovery (HA/DR) infrastructure, engineering, and provisioning to include Datacenter, Network, Storage, Compute, and Cloud
- Provide capability to shift Datacenter centric Network, Storage, and Compute to Cloud Services to be fit for purpose

The USPTO OCIO seeks one vendor to support the Infra/Hosting - Cloud product, with public cloud enhancements for effective cost savings, streamlined efforts and a purposeful investment. All work performed under this contract must conform to applicable federal government regulations and policies, as well as other agency supplemental regulations and policies as appropriate.  These include the Department of Commerce (DOC) and USPTO policies provided for reference as follows:

ANT_AR-1213

Attachment 1: DOC IT Security Baseline Policy

Attachment 2: USPTO Cloud Services Usage Policy

Attachment 3: USPTO Coding Standards

Attachment 4: USPTO Continuous Monitoring Strategy

Attachment 5: USPTO Rules of the Road OCIO-POL-36

## 2. Scope

The Enterprise Cloud Modernization effort will allow USPTO Product teams to assess, migrate, develop and deploy to the cloud using FEDRAMP approved commercial cloud services through a single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers. This effort will also provide but is not limited to the following capabilities and enhancements

### Hybrid Multi-Cloud
Single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers, to deliver the below capabilities while also upholding the listed architecture principles:

### Cloud Support Capability:
1. Perform data assessments and migrations
2. Develop/mature architecture
3. Develop and/or mature a financial model to track and allocate costs across product lines and products (e.g., chargeback model)
4. Develop enterprise approach to data tagging to be used across Product Lines to support financial reporting and optimal uptime to reduce unnecessary cost incurred
5. Refine and implement cloud strategy recommendations at the USPTO
6. Determine security level based on USPTO data hosted in the cloud

### Architecture Principles
- Cloud First and Cloud Smart
- Multi-Cloud Compute Ecosystem
- Reduced Data Center Footprint
- FedRAMP Certifications
- Delivering IT Solutions better, cheaper and faster
- Adopting cloud services with a cloud-first approach for both new and existing workloads when cost feasible
- Accelerating the decrease in data center footprint
- Becoming more agile and responsive to business demands by lowering the time to market for new projects and prototypes
- Enhancing our ability to react to scalability requirements

ANT_AR-1214

Unless otherwise annotated, the stated objectives, requirements, and metrics in the SOO apply across all Infra/Hosting products, to include Network, Data Center, Compute, Storage and Cloud components. Also, unless otherwise stated, all date ranges in the SOO are 6 calendar days. The Government understands that some Cloud Service Providers (CSPs) may propose functionality beyond anything specified in the SOO as part of their commercial cloud offerings. The SOO should not be interpreted as limiting any potential functionality within the proposed solution.

## 3. Objectives

The objectives of this procurement are to award a contract to a vendor for efficient and cost effective support services resulting in three Agile Teams (contractor and government) utilizing Agile/DevOps methodologies to support USPTO Product teams to assess, migrate, develop and deploy to the cloud. The three Agile Teams will consist of:
   1. USPTO Amazon Cloud Services (UACS), USPTO Google Cloud Services (UGCS) Team
   2. USPTO Microsoft Azure Cloud Services (UMACS) Team
   3. Assessment and Migration Team

The vendor will engage with the external cloud providers specified in task area 4, on behalf of the USPTO, whereas the USPTO will remain the master account holder/admin with the external cloud providers.

The proposed staffing allocations for these Agile Teams to manage their respective product backlogs, are as follows:

USPTO has a vision to become fully automated by realizing the potential of Cloud by 2025, and efforts to date have resulted in a high-level, enterprise-wide cloud computing strategy and an assessment tool to identify existing candidates, products and components to lead the charge. In addition to this vision, USPTO has also articulated a framework, architecture principles, business values, and the enablers required to realize this vision, and is now seeking knowledgeable industry partners that can align the foundational work already completed to deliver a hybrid multi-cloud solution that meets both current and future-state requirements.

At a high level, there are nine (9) primary objectives envisioned to fully implement the USPTO Cloud Strategy as referenced below:

Objective 1: Fully automated CI / CD environment with infrastructure as code (IaC) on all cloud workloads

Objective 2: Usage-based chargeback of platform, infrastructure, and operations

Objective 3: Cloud SaaS first, buy and host on cloud, then build on cloud (PaaS, then IaaS)

Objective 4: New systems to be cloud-native and utilize microservices architecture with

ANT_AR-1215

API-first design

Objective 5: Common standards for software development and technology stack

Objective 6: End-to-end security using leading cybersecurity practices (e.g. data encryption, MFA, IAM, FedRAMP)

Objective 7: Event-driven design

Objective 8: Verify and test product recovery process to alternate cloud region for disaster recovery prior to production deployment with acceptable performance and with annual testing

Objective 9: Promote standardization of tools across hybrid multi-cloud for observability, operations, and maintenance

ODCs:

According to FAR 15.408, direct costs typically include direct material, direct labor, and other direct costs (ODC). An ODC is a cost that can be identified specifically with a final cost objective that is not treated as either a direct material or direct labor cost. The Government may require the contractor to purchase software related to the services being acquired under this Task Order (TO). Such requirements may be identified during the course of the performance of this TO by the Government or the contractor. If the contractor initiates a purchase within the scope of this TO, the contractor shall submit to the USPTO COR and USPTO Contracting Officer a consent to purchase. This shall include the purpose, specific items, estimated cost, cost comparison, and rationale. The contractor shall not make any purchases without approval from USPTO CO.

4. **Task Areas**

- **4.1 Task Area 1: Cloud User and Admin Account Management**

  Provisioning of user accounts, cloud accounts, configuration of role policies, tracking, management, and upkeep.

  4.1.1   The offeror is to provide support in Cloud account management through the USPTO change management process/system and modify the best practice guide as needed. The contractor shall recommend efficiencies where noted for Cloud account administration (create, modify, delete), password resets, managing access and secret keys, role administration, group administration, policy administration.

  4.1.2   The offeror is to track all Cloud account activities for management and upkeep in a centralized location/ platform on a monthly basis across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure

ANT_AR-1216

Cloud Service, USPTO Google Cloud Platform).

4.1.3   The offeror is to integrate Federated authentication across multiple cloud platforms with USPTO credentials.

4.1.4   The offeror is to manage creation of roles and instance profiles so development teams will have access to pre-created roles to where they can attach policies to instances.

4.1.5   The offeror is to manage Access Keys issued to users for programmatic access to APIs.

4.1.6   The offeror is to provide support and development related to Identity Access Management (IAM) in Cloud Hosted Services to include billing, user, and service/principal accounts. IAM support shall ensure all tasks, processes, and objects conform to USPTO Security, compliance, and monitoring requirements.

## 4.2 Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports

Billing and cost analysis, usage tracking, recommendation and implementation of cost reduction methods and strategies, adapt to USPTO data analytic platforms as needed

4.2.1   The offeror is to provide detailed billing on all Cloud costs, to include infrastructure, project support services, and usage.

4.2.2   The offeror is to develop a solution that automatically checks service usage against Cloud Service Limits (cost by account) to prevent resource creation failures when the usage approaches a defined threshold (e.g. percentage of the associated service limit).

4.2.3   The offeror is provide budget threshold setting alerts based on usage costs or caps against the monthly allocated budget to the Product team/Stakeholders.

4.2.4   The offeror is to provide a billing dashboard with the capability to setup and manage budgeting caps and alerts in advance of caps being reached based on allocated funding provided for each account.

4.2.5   The offeror is to provide a billing dashboard that tracks real-time (or near real-time) Cloud usage and cost by services and components used by Product Teams across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.6   The offeror is to provide machine-learning to monitor spikes and drops in Cloud usage and costs across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.7   The offeror is to display multi-level thresholds showing graphical data and allow for action to reduce resource usage cost for projected and usage at cap, and providing recommendations for usage within budget caps.

4.2.8   The offeror is to provide the ability to control access to different views,

groups and permissions on the billing dashboard. The contractor shall configure authentication to the billing dashboard with USPTO credentials.

4.2.9 The offeror is to provide the Product teams access to its own account billing information to see their Cloud usage and cost by a specified time period and resource ID or tag.

4.2.10 The offeror is to provide recommendations to optimize Cloud usage costs by analyzing usage patterns and provide recommendations for consolidating instance types based on demand across all billing accounts. The recommendations shall include Reserved and/or Spot Instance quantities as appropriate, changes to Application configurations, USPTO operational standards, and policy conditions for the creation of new instances.

4.2.11 The offeror is to provide the capability for an authorized Cloud reseller partner to configure the Consolidated Billing for account administration services, which allows clients to create and own their own accounts, configured to allow Product teams to have full API and billing access.

## 4.3 Task Area 3: Operations, Maintenance, and Performance Monitoring

Day-to-day support of operating a enterprise cloud implementation, vulnerabilities and findings, POAM remediations, assessment findings resolutions, implementation of monitoring to support infrastructure O&M, performance, capacity planning

4.3.1 The offeror is to provide support for cloud services and cloud hosting of USPTO applications and systems, which may include various components and interfaces with the public and internal users.

4.3.2 The offeror is to maintain availability of production systems deployed into USPTO Cloud platforms where there is no designated support through the Product Team. The offeror is to provide communication, including responding to the CIO Command Center, Alert distributions, support team requests, system business area requests, requests within 30 minutes of receipt, during business hours and investigate reported and suspected outage issues, documenting issues, providing resolution, and maintain a knowledge base of known issues.

4.3.3 The offeror has the ability to work remotely with current USPTO collaboration tools, with the presence indicator depicting daily status, in addition to being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. The offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). The offeror is to provide responses within one-half hour of notification by email and personnel may be

6 | P a g e

required to be "on call" in order to meet product related deadlines.

4.3.4    The offeror is to follow the USPTO's Product Framework using agile methodologies and best practices, USPTO operational standards (OCIO Playbook), and USPTO Cloud Computing strategies and best practices. The offeror is to support change control activities related to system lifecycle; track defects due to non-compliance with standards, best practices or system/software bugs and provide a remediation plan for each.

4.3.5    The offeror is to support the enhancement of monitoring and logging capabilities to include the identification, collection, and organization of data to provide a comprehensive view of the health of a system.

4.3.6    The offeror is to analyze log data to provide intrusion detection and prevention capabilities by defining event thresholds and generating alert notifications for suspicious behaviors along with affected resources and associated data for incident response, mitigation, and integration with on-premise monitoring systems. The contractor shall persist the log files according to USPTO retention requirements and make them accessible by the USPTO Security Information and Event Management (SIEM) system.

4.3.7    The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall manage system security vulnerabilities in accordance with FISMA, NIST, DOC, and USPTO standards, policies, and guidelines. The contractor shall have knowledge of security scan tools to ensure remediation of findings.

4.3.8    The offeror is to establish and maintain advance tag mapping and asset tracking, demonstrating in-depth knowledge to setup and manage one to one, one to many, many to many asset mapping across multi-cloud resources, accounting for missing, duplicate tags, abbreviated, unsupported resource tagging, and mix-case tags. Tags are to be compliant with USPTO Cloud Strategy and have ability to display usage and assets across multiple Cloud providers.

4.3.9    The offeror is to provide analysis, presentation, and processing of data to inform stakeholder decisions and actions to include: Unsuccessful login attempts, Network-level attacks or intrusion attempts, stack updates, instance inventory, Public facing endpoints, Disk and memory utilization of instances, resource usage costs, Non-US region activity, Application health monitors, HTTP access/request traceability.

**4.4 Task Area 4: Cloud Infrastructure Enhancements**

Includes support improvements to cloud enterprise infrastructure implementation for HA/DR, automation.

4.4.1    The offeror is to provide specialized technical support in cloud-hosted services in relation to various Operating Systems (OS), Networking,

ANT_AR-1219

Program languages, Databases, Web Services, Cloud services, change management, technical writing, analysis, and/or middleware as required. The offeror is to provide the ability to provision all available Cloud Services to include infrastructure (Compute, Storage, and Networking) utilizing the various cloud service on demand, dedicated, or reserved instance model. Provisioning may include Cloud services, 3rd party services, GOTS, COTS, and custom app integrations, maintenance, and monitoring.

4.4.2    The offeror is to be responsible for supporting configuration, change management, architecture, engineering, and administration of Cloud hosted Infrastructure as a Service. This also includes review and enhance Operational Service Plans (OSPs), Run books, known issues knowledge bases, log defects, and other artifacts as requested by USPTO staff.

4.4.3    The offeror is to serve as subject matter experts who design, develop, test, and/or demonstrate working solutions that meet USPTO objectives for enhancing infrastructure capabilities within Cloud and deliver documentation to effectively plan and implement those solutions. This includes step-by-step procedures and any supporting artifacts necessary to successfully deploy working systems and/or configurations.

4.4.4    The offeror is to ensure the Confidentiality, Integrity, and Availability of all cloud resources in all regions and availability groups. The contractor shall design, develop, test and implement automation and procedures for managing the configurations of guardrails, server baselines, blueprints, policies, tagging, dashboards, and reporting.

4.4.5    The offeror is to design, develop, and test an integration solution with the current Continuous Integration/Delivery/Deployment systems (i.e. Subversion, GitHub, Jenkins, Ansible) and change control processes to deliver a seamless fully automated deployment capability. The deployment process, as the target procedure for automation, shall be based on the Deployment Best Practices defined as part of the USPTO Operational Standards.

4.4.6    The offeror is to ensure deployment automation standards will be enhanced by integrating an authoritative source repository at the beginning of the deployment process to replace the manual step of copying and organizing sources files to the Cloud. Enhancements to Continuous Integration/Configuration Management tooling for deployment automation will focus on replacing the manual step of creating or updating a Cloud stack and rollback.

4.4.7    The offeror is to develop and test configuration standards and adapt processes, tooling, and Cloud components to support container-based workloads. The overall solution shall be portable across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.4.8    The offeror is to develop baseline containers based on security configuration

ANT_AR-1220

benchmarks that will serve as the runtime environment for container images.

4.4.9 The Contractor shall develop configuration standards for container images and build files to meet standard deployment procedures.

4.4.10 The offeror is to design, develop, test and implement Guardrails – automation for managing the configurations that grants access to cloud services and resources in accordance with Cybersecurity policy and other FISMA controls to address shared responsibilities as applicable/defined in the CSP's FedRAMP accreditation package. This includes network topologies that support layered security architectures (e.g. restrict public access) and standard configurations (as appropriate to each CSP) to support separation of duties and resource isolation between projects/teams and environments (lab vs prod).

4.4.11 The offeror is to develop server baseline(s) – Design, create, develop, test, implement, and/or adopt baseline images used to create servers based on approved security benchmarks and operational tools.

4.4.12 The offeror is to transition from Center for Internet Security (CIS) Benchmarks to Defense Information Systems Agency (DISA) Security Technical Implementation Guide (STIG) benchmarks for securing products and components hosted in the Cloud.

### 4.5 Task Area 5: Storage, Data, Optimization

Recommending, performing, managing, S3, Glacier, data lifecycle implementations, provide policy updates to minimize cost while meeting needs for varying storage options. Includes auto data cleanup, de-duplications, Storage Migration (lower cost storage), inventory of ULs, PII considerations, long-term storage; low access; carving out structure and be able to manage storage in cloud; Actual migration of the application and data; work with storage & server admin team and manage back-end process

4.5.1 The offeror is to provide support for operation, monitoring, troubleshooting, configuration, upgrade, storage architecture designs, and maintenance of data storage in the Cloud. These tasks include but are not limited to: Storage Administration (software and components) support for all external cloud storage equipment (e.g. Amazon Snowball and Snowball Edge), disk space monitoring, integration and testing of storage related scripts.

4.5.2 The offeror is to support the archival of USPTO data (e.g. image files) to a cloud storage service for data archiving and long-term backup.

4.5.3 The offeror is to secure the cloud storage solution and support cost analysis to determine cost savings compared to on-premises solutions.

4.5.4 The offeror is to support the migration for data storage from on-premise to a cloud provider.

4.5.5 The offeror is to ensure storage containing personally identifiable information is protected from on-premise to a cloud provider.

ANT_AR-1221

The offeror is to support a solution for long-term cloud storage where there is no immediate need for retrieval of the data.

4.5.6 The offeror is to support a solution that provides bulk storage of data from on-premise to a cloud provider.

4.5.7 The offeror is to manage storage utilization in the Cloud and support the actual migration of the application data.

4.5.8 The offeror is to work with the storage & server admin team and manage the process for storage migration to the cloud.

4.5.9 The offeror is to provide technical writing skills and requirements/procedural documentation associated with, but not limited to Storage as a Service requirements, Storage processes and procedures for Cloud, Service Catalogs.

## 4.6 Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support

What a general service system ATO (UACS, UMACS, UGCP) will need to be compliant to, supporting infrastructure team in recommending compliant solutions to meet cyber assessment/audit expectations. Zero Trust implementation, CASB, Provide ISSO services.

4.6.1 The offeror is to be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall serve as a principal advisor on all matters, technical and otherwise, involving the controls for the system. The contractor must have the knowledge and expertise to manage the security or privacy aspects of an organizational system and may be assigned responsibility for the day-to-day system security or privacy operations.

4.6.2 The offeror is to be responsible for the development, management, and maintenance of System Security and Privacy Plans (SSPP). The Contractor will also assist in preparing system-level policies, guidelines, and standards for USPTO information systems and system users in order to implement USPTO security directives and policies and assist the system owner develop and maintain an IT security program that addresses implementation of Federal Information Security Modernization Act (FISMA 2014) requirements as mandated by the White House Office of Management and Budget (OMB), in accordance with NIST Standards and special publications, Security Technical Implementation Guide (STIG), and DOC and USPTO Security policies and procedures.

4.6.3 The offeror is to implement USPTO cloud services in accordance with FISMA, NIST, FedRAMP, DOC, and USPTO standards, policies, and guidelines as follows:

4.1.23.1 The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current

ANT_AR-1222

version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

4.123.1    The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

4.6.4    The offeror is to provide Information System Security Officer (ISSO) services.

4.6.5    The offeror is to have the following certifications: Certified Information Systems Security Professional (CISSP) or Certified Information Security Manager (CISM), and Certified Authorization Professional (CAP). The Certified Cloud Security Professional (CCSP) certification is highly desired.

## 4.7  Task Area 7: Application Assessment, Migration and Modernization

Migration readiness, TCO, business case analysis, playbook for migration and ability to migrate and handoff.

4.7.1    The offeror is to establish a Cloud Adoption and Migration Guideline with Training materials, the guideline and training shall indicate how and why the cloud is cheaper, faster and better.

4.7.2    The offeror is to ensure guideline/training has business justification and application lifecycle information.

4.7.3    The offeror is to ensure guideline/training provides business use cases for each cloud service providers to include AWS, Azure, and Google.

4.7.4    The offeror is to ensure guideline/training indicates the development type; new, upgrade, lift and shift.

4.7.5    The offeror is to ensure guideline/training covers application architecture (N-tier, Microservices, Service oriented) technology (OS, COTS, codebase, database, etc.).

4.7.6    The offeror is to ensure guideline/training includes staff resources and knowledge about cloud developments

ANT_AR-1223

4.7.7    The offeror is to ensure guideline/training has business continuity and disaster recover requirements.

4.7.8    The offeror is to establish a Self-Assessment Cloud Migration Checklist, the solution shall automatically generate evaluation report to determine if the migration is mutually beneficial.

4.7.9    The offeror is to ensure the self-assessment includes application lifecycle information.

4.7.10    The offeror is to ensure the assessment includes the cloud deployment type (public/hybrid), cloud tier (AWS, Azure, and Google).

4.7.11    The offeror is to ensure the assessment includes OS, COTS, codebase, database, cloud services, etc.

4.7.12    The offeror is to ensure the assessment includes application dependencies, disaster resilience requirements

4.7.13    The offeror is to provide migration options

4.7.14    The offeror is to perform migration, modernization of USPTO custom developed applications, to include refactoring, re-architecting components, products, and re-deploy to USPTO enterprise cloud environments, including product CI/CD pipeline if available, in alignment with USPTO Cloud Strategy, USPTO Cloud best practices

4.7.15    The offeror is to provide knowledge transfer, run-book hand-off, updates to DOSPs, GEARS, and other relevant records systems to Product DevSecOps team and other USPTO teams

## 4.8 Task Area 8: Authorized Reseller Capabilities

Maintain reseller relationship with the following public cloud vendors. Provide reach back to Public Cloud vendor specialized professional services.

4.8.1    UACS Requirement:

4.123.1    AWS Public Sector Partner - The AWS Public Sector Partner (PSP) Program recognizes APN Partners with solutions and experience in delivering government, education, and nonprofit customer missions around the world. We enable partners to accelerate their business growth on AWS through alignment with our public sector sales, marketing, capture and proposal, and funding teams. Partners also receive designation as a Public Sector Partner in our APN Partner Solutions Finder, and access to additional differentiation programs

4.123.1    AWS Public Sector Solution Provider - The AWS Solution Provider Program is designed for systems integrators, managed service providers, value-added resellers, and public sector partners to resell AWS Services to end customers as part of their differentiated solution. Under this program, Authorized Solution Providers manage, service, support, and bill Amazon Web Services (AWS) accounts for end

ANT_AR-1224

customers.

The AWS Solution Provider Program provides Authorized Solution Providers a tiered discount structure based on partners' technical capabilities and success in driving new business, has flexible contracting options to meet the unique needs of end customers, and provides partners multiple AWS Support models that align to a partners' AWS practice.

4.1.2.3.1   Advanced Consulting Partner - APN Consulting Partners are professional services firms that help customers of all types and sizes design, architect, build, migrate, and manage their workloads and applications on AWS, accelerating their journey to the cloud. These professional services firms include system integrators, strategic consultancies, agencies, managed service providers (MSPs), and value-added resellers.

4.1.2.3.1   Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

### 4.8.2   UMACS Requirement:

4.1.2.3.1   Microsoft Direct-Bill Partner - Direct-bill partners are partners with a direct billing relationship with Microsoft. As a direct-bill partner, you can purchase first-party offers and third-party offers directly from the Microsoft marketplace, then sell them to your customers. You need to fulfill certain programmatic requirements for the role of direct-bill partner. This includes the ability to integrate with Microsoft using APIs. You also need to be able to provide billing, support, and managed services to customers on an on-going basis. For more information, please see Enroll as a direct-bill partner.

4.1.2.3.1   Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

### 4.8.3   UGCP Requirement:

4.1.2.3.1   Google Cloud Platform Partner, Reseller – Google Cloud Partners are partners that have a direct relationship with Google with proven technical mastery, reach back to Google resources, and the ability to provide Cloud Usage management as a reseller.

4.1.2.3.1   Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

ANT_AR-1225

**4.9 Task Area 9: Cloud Intake Process**

Onboarding of teams, training material, best practices, communications, managing cloud knowledge portal content.

4.9.1   The offeror is to establish intake guideline and on-boarding procedure.

4.9.2   The offeror is to review current on-boarding process, if any, and provide process improvements.

4.9.3   The offeror is to ensure the intake guideline and on-boarding procedure includes detailed steps regarding dependencies, targeted cloud, hybrid cloud design, cloud cost estimations including detailed calculator, requests and approval processes.

4.9.4   The offeror is to provide training materials to guide cloud adoption and migration.

4.9.5   The offeror is to provide communication and promote industry and ESSD / EIPL Infra/Hosting cloud best practices along with continuous process improvements.

4.9.6   The offeror is to ensure new DevSecOps teams moving to cloud have completed intake process guidelines, set cloud usage budgets, tagging, and budget management expectations, monitor adherence to cloud best practices and guardrails, and take administrative action to ensure notification and compliance.

**4.10 Task Area 10: Deployed Applications Support (OPTIONAL)**

Optional CLIN - Support of CPC, AS, and future deployed applications.

4.10.1   The offeror is to support deployments of systems, configurations, applications and other changes to controlled environments such as PVT/PROD/DR.

4.10.2   The offeror is to follow established Change Control Procedures (CAB, DART, ORRs, DevSecOps) and USPTO Deployment Best Practices for all deployments,

4.10.3   The offeror is to provide operations and maintenance support of the product, creation, running of reports.

4.10.4   The offeror is to ensure cloud usage by the product is sized fitted to the needs of the product, leveraging automation, Autoscaling, tagging, scripts to stop services, VMs, to minimize cost.

4.10.5   The offeror is to ensure deployment procedures are aligned with USPTO Cloud Strategy, automated deployments using infrastructure-as-code (CloudFormation, Terraforms etc), established, reviewed and agreed from all supported teams before deployments.

ANT_AR-1226

4.10.6   The offeror is to integrate with the current USPTO DevSecOps CI/CD pipeline where applicable

4.10.7   The offeror is to ensure applications are compliant with Cyber Security controls before each deployment.

4.10.8   The offeror is to ensure deployable artifacts are archived within USPTO authoritative repository sources

4.10.9   The offeror is to ensure applications meet USPTO Operational Standard Ratings; all findings should be addressed and resolved with development teams

4.10.10  The offeror is to maintain synchronization between PVT/PROD/DR

## 4.11 Task Area 11: Cloud Governance (OPTIONAL)

Optional CLIN for Support of CCoE, CCAC, and CTO/enterprise infrastructure in establishing guardrails, Cloud Usage policies, SLAs, SLCs, implementation patterns, converting cloud strategy into implementation and assist with policies and recommendations.

4.11.1   The offeror is to deploy a Cloud Portal as part of the Cloud Center of Excellence. The portal shall be the one stop shop for learning about cloud, developing on cloud, cloud governance, assessment, migrations, deployments, and implementation patterns (Containers, cloud vendor usage, cloud native deployment, multi-cloud).

4.11.2   The offeror is to support development of Cloud Training material, in alignment with current USPTO cloud best practices and future cloud enhancements that will support onboarding product teams to the cloud. The training shall include FedRAMP, USPTO implementation, usage of non-FedRAMP services, security process, migration to the cloud, cloud readiness checklist, and the delineation between Cloud Infrastructure support and Product Team.

4.11.3   The offeror is to support development of a formal cloud implementation strategy and program with a defined set of capabilities, processes and tools to enable modern end-to-end cloud monitoring and observability.

4.11.4   The offeror is to support monitoring product evaluations, and proof of concepts in collaboration with internal IT and business teams (the technologies and tools used to support the program and processes)

4.11.5   The offeror is to define program key performance indicators (KPI) to monitor program effectiveness and progress towards improvements

4.11.6   The offeror is to support communications, key stakeholder collaboration, to rollout Cloud Team implementation of a chosen recommendation.

4.11.7   The offeror is to develop a Cloud Roadmap, encapsulating all related Cloud Computing, Cloud Modernization with a visual graphic that can be modified

ANT_AR-1227

and expanded as new work streams are identified.

### 4.12 Task Area 12: Vendor Professional Service (OPTIONAL)

Optional CLIN - pass-through ODC access to direct Proserv resources (i.e., AWS Professional Service)

4.12.1   Provide cloud service provider professional services personnel to leverage knowledge of cloud vendor specific technologies in collaboration with cloud service provider, hybrid solution technologies, and partner teams to propose, architect, and implement transformational solutions for customers.

4.12.2   Provide professional services for architecture, design; coding, integration, performance, security, user experience design, and governance for cloud hosted applications and systems following Federal Cloud Computing Strategy.

4.12.3   Conduct a current state assessment of the on premise systems and applications; assessment shall include cost benefit analysis for hosting the applications and systems in the cloud vs. on premise and determine areas of readiness of systems and applications to host in the cloud based platform to include but not limited to:

4.12.3.1        Organizational Readiness

4.12.3.1        Technical Readiness

4.12.3.1        Process Readiness

4.12.4   Provide target state roadmap to migrate on premise systems and application to a cloud based platform. Target state alternative solutions under consideration shall consider:

4.12.3.1        Software as a Services (SaaS) solution

4.12.3.1        Platform as a Service (PaaS) solution

4.12.3.1        Infrastructure as a Service (IaaS) solution

4.12.5   Identify what existing or planned future capabilities and functionalities USPTO relies on for conducting business will be supported by the target state solution(s) (i.e. SaaS, PaaS, or IaaS).

### 4.13 Task Area 13: Cloud Application, Architect Support (OPTIONAL)

Optional CLIN - support and lead product teams in designing, architecting, development, for USPTO products in USPTO managed cloud / alignment with Cloud Strategy.

4.13.1   Provide professional services for architecture design on specific solutions for product team, include but not limited to cloud provider and services selection, sizing and choices of those services, integration with other cloud and/or no cloud services and data, information security consideration and implementation, and automation.

ANT_AR-1228

4.13.2   Provide proper product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions.

4.13.3   Assist USPTO government cloud team with other governance body (Cyber security, data officers, CCoE members, etc.) to conduct design review, architecture walk through, and deep dive discussion to approve product team's design artifacts. Conduct potential launch review before rollout to approve product team's implementation artifacts. Assist USPTO government cloud team and compliance body (Cyber security, C3, etc.,) to conduct post-launch audit and remediate architecture deficiencies and implementation flaws when requested by management.

4.13.4   Participate USPTO cloud team internal architecture review and improvement activities. Provide and implement approved solutions to enhance the overall USPTO cloud foundation. Update SSP and other required documents upon completion.

4.13.5   Assist USPTO government cloud team to collaborate with partners from application development, technology officers and key stakeholders (business and IT) on subjects related to cloud architecture.

4.13.6   Maximize automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Participate and assist implementation of 3rd part cloud operation tools if requested. Develop customized USPTO Cloud team operation tools if requested.

## 4.14 Optional Surge Capability

The Government reserves the unilateral right to exercise Optional Surge Capability to support unforeseen, ad hoc requirements or unplanned increases in workload that may arise under the scope of this PWS. Optional surge capability support will be invoked at the Government's discretion through a written Task Order modification issued by the Contracting Officer. For pricing purposes, the Not-To-Exceed (NTE) ceiling amount established for this Optional Surge capability in each year of performance is shown in the price matrix.

## 4.15   Task Area 14 : Software Services Product Operations Support

Operate and Maintain RSA Access Manager on premise and in the cloud, 24 x 7 operations support required for major outages, RSA hard fobs, RSA soft token, RADIUS and RSA servers

### ID Authenticator  RSA Access Manager – RSA Token Operations Support

4.15.1   Support delivery of RSA soft tokens to all USPTO internal customers accessing USPTO network resources inside the VPN and firewall. Soft tokens

ANT_AR-1229

may be installed on government furnished laptops, government furnished mobile devices and contractor owned laptops or mobile. Soft token licenses are limited to one per USPTO user and may be used for MFA logins to Okta-protected resources.

4.15.2  Support on-prem footprint of 8 CPU cores in PROD and 4 in LAB running RSA Access Manager 8.6. Provide necessary operating expertise for RSA COTS on Linux.

4.15.3  Update and patch on-premise RSA servers as required as part of O&M, both Windows/Linux operating system and RSA Access Manager product patches.

4.15.4  Support RSA Access Manager and RSA Soft Tokens with Okta cloud enterprise single sign-on. RSA Soft Token can be used by USPTO users as an additional authentication factor (MFA) for Cisco AnyConnect VPN and Okta SSO.

4.15.5  Development and test effort will be required for bulk token issuance and other housekeeping, admin or automation functions.

4.15.6  Provide surge support to Patent Examiner Academy and/or large scale onboarding events on a quarterly or as needed basis.

**ID Authenticator Cloud and Automation Support**

4.15.7  Architecture and design for cloud-based Public Key Infrastructure (PKI) managed services

4.15.8  Develop next generation authenticator technology such as fingerprint, retina scan, handprint and other biometric technologies

4.15.9  Provide engineering resources to support installation of enterprise certificate automation software/platform

**Patent Cloud Consulting**

4.15.10 Establish a discovery workshop, for use by selected product team components, to enable the assessment and provide a recommendation that accelerates the migration and/or implementation to the cloud, addressing identified technical concerns and potential roadblocks. This work will result in a design review and implementation plan.

4.15.11 Design, architecture, development and implementation in sandbox and production environments for select business product candidates for migration and/or implementation to the cloud. Provide assessments and recommendations on future cloud migration roadmap.

ANT_AR-1230

4.15.12 Analysis of OC/DAV subsystems and potential rehosting, rewrite, migration, or deprecation of components. Evaluate and consult on all potential cloud options.

4.15.13 Support tailored product team specific cloud architecture and design for DAV/OC.

4.15.14 Review findings related to cloud design review, launch review, and post launch operation audit.

4.15.15 Complete development of infrastructure including infrastructure as code, infrastructure deployment pipelines and production deployment.

4.15.16 Perform comprehensive performance and load testing at based on the existing on-premise workload.

4.15.17   Integration of monitoring and alerting for new cloud infrastructure.

4.15.18   Develop and prototype Backup and Disaster Recovery(DR) strategy.

4.15.19   Ensure all required data retention standards are met and documented.

4.15.20   Support Data Migration as needed in collaboration with product team.

4.15.21   Provide cost estimate for proposed solution, identify cost optimization areas including off-hours resource reduction.

4.15.22   Document and perform transition of all artifacts and operations to DAV/OC operational contract team

**Patent Cloud Consulting Specific Labor Categories**

As noted under Section B.6.1.2 Non-Standard IT Service LCATs of the Alliant 2 contract, any IT Services LCAT that does not fit within the Standard IT Service LCATs can be added with Task Order CO approval.  The following four (4) Labor Categories are hereby included: Cloud Solutions Architect, Cloud Principal Consultant, Cloud Senior Consultant and Cloud Consultant, which are added to the Non-Standard IT Service LCATs.

| Labor Category | Description | OP1 07/27/23 - 09/26/23 Rate | OP2 09/27/23 - 09/26/24 Rate | OP3 09/27/24 - 09/26/25 Rate | OP4 09/27/25 - 09/26/26 Rate |
|---|---|---|---|---|---|
| Cloud Solution Architect | The Cloud Solution Architect will perform as a lead cloud developer for migration efforts. They will be responsible for developing the overall architecture of the systems, overseeing and leading development of the migration prototype and working with stakeholders to ensure proposed solution(s) meet product team needs. | $275.04 | $283.29 | $291.79 | $300.54 |
| Cloud Principal Consultant | The Cloud Principal Consultant will provide leadership in decomposing application components, performing data and schema analysis, and ensuring data and migration integration efforts are successful. This includes analyzing and developing a migration plan to for inter-component dependencies, analyzing and migrating data and databases related to the system. | $272.50 | $280.68 | $289.10 | $297.77 |
| Cloud Senior Consultant | The Cloud Senior Consultant will support application architecture migration to the cloud. This includes developing a deep understanding of all custom code components, developing migration proofs of concept demonstrating the optimal migration method, (e.g. rehost, replace, rebuild, or refactor) | $269.50 | $277.59 | $285.92 | $294.50 |
| Cloud Consultant | The Cloud Consultant will support cloud migration activities by helping migrate custom code components to the cloud. They will work with Sr Consultants to assist in building migration proofs of concept, supporting configuration of applications migrating to the cloud, and modifying application components as necessary. | $264.00 | $271.92 | $280.08 | $288.48 |

19 | P a g e

ANT_AR-1231

**Skills Required to Perform this Task:** Only applicable to SOO section 4.15 Task Area 14 The Contractor shall possess in-depth knowledge as described below:

- The contractor shall provide staff that has extensive experiencing designing, deploying and troubleshooting the following client network and security infrastructure products.
- RSAM Servers (SUSE Linux) and RSA Webtier Servers (RHEL 8x) in PTO development/production/disaster recovery RSA Infrastructures
- RSA Engineer/RSA administrator with knowledge of Linux/Windows environments
- RSA Authentication Manager
- Cisco Secure ACS RADIUS/TACACS+
- RSA Soft Tokens
- The contractor shall cooperate with other USPTO Contractors, including but not limited to those responsible for system engineering, system maintenance, information security, and Independent Validation and Verification (IV & V).
- The contractor shall provide staff that has extensive experiencing in supporting a variety of general purpose operating systems for remote access including Windows 7, Windows 8, Windows Server 2008, Windows 10, SUSE Linux and Red Hat Linux.
- Windows and/or Linux Scripting skills will be needed
- Experience in specific COTs described in section 4.14

## 5    Deliverables

The table below summarizes the products to be prepared and delivered by the Contractor in support of this task order. All deliverables will become the property of the Government.

| Item Number | Task Area | Deliverable | Delivery Date(s) |
|---|---|---|---|
| 1 | Task Area 1: Cloud User and Admin Account Management | • Service guide for Cloud account management in draft and final versions | Initial draft within 30 days of award and monthly thereafter until final |
| 2 | Task Area 2: Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports | • Billing Dashboard Standard Operating Procedures in draft and final versions <br> • Spend rate per account | Monthly: First business day of month, and spend rate as requested |

ANT_AR-1232

| | | | |
|---|---|---|---|
| 3 | Task Area 3: Operations, Maintenance, and Performance Monitoring | • Dynamic Operational Support Plan (DOSP) <br> • Meeting Agenda, Meeting Minutes and Action Items | Initial draft within 30 days of award and monthly thereafter; Meeting artifacts weekly |
| 4 | Task Area 4: Cloud Infrastructure Enhancements | • Knowledge base, log defects, run books, procedures, best practices, network and architecture diagrams | Weekly; as needed |
| 5 | Task Area 5: Storage, Data, Optimization | • Storage architecture diagrams <br> • Storage as a Service requirement <br> • Storage processes and procedures for Cloud | Weekly; as needed |
| 6 | Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support | • System Security and Privacy Plans (SSPP) <br> • Other policies, guidelines, standards and analysis related to system-level security and privacy | Weekly; as needed |
| 7 | Task Area 7: Application Assessment, Migration and Modernization | • Cloud Adoption and Migration guideline and training, <br> • Automated Self-Assessment cloud migration checklist assessment tool | Weekly; as needed |
| 8 | Task Area 8: Authorized Reseller Capabilities | • Authorized reseller capabilities | As needed |

ANT_AR-1233

| 9 | Task Area 9: Cloud Intake Process | • Intake guideline and training materials<br>• On-Boarding procedure<br>• Cloud Cost calculator and design of product team onboarding use-case<br>• Budget thresholds for each onboarding product | Weekly; as needed |
|---|---|---|---|
| 10 | Task Area 10: Deployed Applications Support (OPTIONAL) | • Deployment activity reports | Weekly |
| 11 | Task Area 11: Cloud Governance (OPTIONAL) | • Cloud readiness checklist<br>• Cloud implementation strategy<br>• Key Performance metrics<br>• Cloud Roadmap | Weekly; as needed |
| 12 | Task Area 12: Vendor Professional Service (OPTIONAL) | • Target State Roadmap and alternatives plan<br>• Tailored migration plan to move USPTO on premise application to a Cloud-Based solution<br>• Product specific modernization plans to migrate, modernize for Cloud-Based solution | Initial draft within 60 days of award and monthly on the first business day thereafter |

ANT_AR-1234

| | | | |
|---|---|---|---|
| | | • Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise | |

ANT_AR-1235

| | Task Area 13: Cloud Application, Architect Support (OPTIONAL) | <ul><li>As is and To be USPTO cloud architecture document (updated annually)</li><li>Tailored product team specific cloud architecture and design (when requested)</li><li>Review findings related to cloud design review, launch review, and post-launch operation audit.</li><li>Requested prototypes and white paper by USPTO government cloud team</li><li>Automation scripts, new operation processed requested by USPTO government cloud team.</li><li>Maintain and update cloud infrastructure architecture artifacts.</li></ul> | Initial draft within 30 days of award and monthly on first business day thereafter |
|---|---|---|---|

ANT_AR-1236

| 14 | Software Services Product Operations Support<br><br>- ID Authenticator RSA Access Manager – RSA Token Operations Support | • Weekly status report for RSA Token Operations Support tasks<br>• Recurring task status reporting in Rally Agile Tool | Weekly; As Needed |
|---|---|---|---|
| | - Patent Consulting | • Weekly Status Report | |
| | - ID Authenticator Cloud and Automation Support | • Roadmap for next generation authenticator technology<br>• Design documents for cloud-based PKI managed services<br>• Provide subject matter expertise related to automation and engineering<br>• Weekly status report for ID Authenticator Cloud and Automation Support<br>• Recurring task status reporting in Rally Agile Tool | Initial draft within 30 days of award and monthly on first business day thereafter<br>Initial draft within 30 days of award and monthly on first business day thereafter<br><br>Weekly<br><br>Weekly; As Needed |

ANT_AR-1237

**Note :** All deliverables shall be submitted electronically to the TOM and Product Owner and cc'd to the CO and COR in a format that is compatible with Microsoft Office 2016 / Microsoft Project 2016 (or new versions) and are subject to Government review and acceptance. Additionally, all Deliverables in this SOO are to be S.508 compliant

## 6    Period of Performance

There will be one base year and 4 twelve month options.

## 7    Place of Performance

The place of performance will be off-site, except when attending ad-hoc meetings when USPTO is reopened, at which time a 24-hour notice in advance will primarily be given.

- Contractors who access USPTO's network from outside the USPTO main campus have various types of access described below:

    8.15.7    Direct Connect (Contractor Access System - CAS). CAS connects to PTONet through the ETU firewall which monitors and filters all traffic between CAS and PTONet

    8.15.8    External Partners. Some projects require contractors to collaborate and work closely with USPTO government employees and resources. This collaboration and close interworking relationship may require file and data transfer from the contractor's network into the PTONet environment. Carefully evaluating the level of collaboration or interaction is critical so that the appropriate access and security levels can be established.

    8.15.9    EAIS – Secure File Transfer. EAIS is a group of file transport servers and proxies approved by USPTO to transfer and receive files within the USA.

    8.15.10    Internet-based access (Secure External Access System – SEAS). SEAS connect to PTONet through the Enterprise Remote Access Cisco VPNs and the ETU firewall. All traffic between SEAS and PTONet is monitored and filtered by the ETU firewall. Contractor access is limited; local upload/download of files and network printing are prohibited with this option.

    8.15.11    Each network connection and process for approval is described in Contracting Access Engineering (CAE) document.

    8.15.12    Regardless of network connection selected, the Contractor shall follow the Rules of the Road Policy and complete the IT Security Training through the Learning Center upon onboarding and annually thereafter.

ANT_AR-1238

**8.16 Security and Privacy Requirements for USPTO Information Systems**

7.1. The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

7.2. Privacy Compliance Requirements
Personally Identifiable Information
Personally identifiable information (PII) data is not in the scope of the acquisition and PII data is not expected to be stored, processed, or transmitted in the vendor's SaaS solution.

The contractor shall work with USPTO to prepare a Privacy Threshold Assessment (PTA) to confirm and document PII is not in scope, or to determine which categories of information will be stored, processed, or transmitted by the system. The PTA must be completed before development begins and whenever a change with a privacy impact (e.g., a new category of information is collected) is made to an existing system. PTAs are required as part of USPTO's process to determine whether a Privacy Impact Assessment (PIA) and/or a System of Records Notice (SORN) is required, and if any other privacy requirements apply to the information system.

Privacy data (should it come into scope) will require that the vendor's SaaS solution be FedRAMP authorized at least at the FIPS PUB 199 Moderate level.

The collection, maintenance or dissemination of any PII that is subject to the Privacy Act and/or the E-Government Act will be handled in full accordance with all USPTO Rules of the Road and in accordance with USPTO Privacy Program requirements.

7.3. Protection of Information
In accordance with FAR Part 52-239-1, the Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. To the extent required to carry out a program of

ANT_AR-1239

inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases. If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

> 7.3.1  USPTO requires FIPS 140-2 validated cryptographic mechanisms to be implemented to protect the confidentiality and integrity of sensitive information stored on digital media during transport outside of controlled areas.
> 7.3.2  As prescribed in the Federal Acquisition Regulation (FAR) clause 24.104, if the system involves the design, development, or operation of a system of records on individuals, the contractor shall implement requirements in FAR clause 52.224-1, "Privacy Act Notification" and FAR clause 52.224-2, "Privacy Act."
> 7.3.3  The contractor shall also comply with any additional FISMA or FedRAMP privacy requirements.

7.4.  Revocation of a Cloud Service
USPTO has the right to act in response to the CSP's lack of compliance and/or increased level of risk. In the event the CSP fails to meet USPTO and FedRAMP security and privacy requirements and/or there is an incident involving sensitive information, USPTO may suspend or revoke an existing agency ATO (either in part or in whole) and/or cease operations. If an ATO is suspended or revoked in accordance with this provision, the CO and/or COR may direct the CSP to take additional security measures to secure sensitive information. These measures may include restricting access to sensitive information on the Contractor information system under this contract. Restricting access may include disconnecting the system processing, storing, or transmitting the sensitive information from the Internet or other networks or applying additional security controls.

7.5.  Data Jurisdiction
The Contractor shall store all information within the security authorization boundary, data at rest or data backup, within the Continental United States (CONUS) if so required.

## 8.17  Travel - If required

The Government does not anticipate travel to perform the tasks associated with the effort.

## 8.18  Software Other Direct Costs (ODCs)

The contractor may invoice on the basis of cost incurred for the ODC CLINs for Government authorized software products procured IAW procedures defined in the SOO and the Contractor's underlying Alliant 2 Contract. If appropriate, Contractors may apply indirect loadings and material handling fees in accordance with their normal accounting practices.

The invoice shall include the period of performance covered by the invoice and the CLIN number and title. In addition, the contractor shall provide the following detailed information

ANT_AR-1240

for each invoice submitted, as applicable.

    a. ODCs purchased.
    b. Date accepted by the Government.
    c. Associated CLIN.
    d. Project-to-date totals by CLIN.
    e. Cost incurred not billed by CLIN.
    f. Remaining balance of the CLIN.

## 8.19 Key Personnel

The offeror is to identify and provide resumes for all Key Personnel to the CO who will coordinate review and approval with the USPTO COR and TOM. Key Personnel include(s) the following: Program Manager, Cloud Architect or Sr. Cloud Engineer, DevOps Engineer/ Architect, Performance Specialist/Architect, or qualified resources that possess similar skillsets to provide the full scope of expertise and capabilities required to perform objectives in this SOO.

Resumes must be submitted for key personnel who will be involved in the Enterprise Cloud Modernization effort, at a minimum, resumes must demonstrate significant experience with the following:

- Cloud User and Admin Account Management

- Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports

- Operations and Maintenance/Performance Monitoring

- Cloud Infrastructure Enhancements

- Storage, Data, Optimization

- Security Operations and Compliance, Cloud ISSO

- Application Assessment, Migration and Modernization

- Authorized Reseller Capabilities

- Cloud Intake Process

- Deployed Applications Support (OPTIONAL)

- Cloud Governance (OPTIONAL)

- Vendor Professional Service (OPTIONAL)

- Cloud Application, Architect Support (OPTIONAL)

**Note :** The above task areas will apply to Amazon Web Services, Microsoft Azure and Google Cloud platforms.

ANT_AR-1241

Before replacing any individual designated as key personnel, the contractor shall notify the CO no less than ten business days in advance, submitting written justification for the replacement, and providing the name and qualifications of any proposed substitute(s). The federal government reserves the right to reject any proposed replacement that does not demonstrate the necessary experience and proficiency required.

All contractor personnel attending meetings, answering government telephones and working in situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression that they are government officials. They must also ensure that all documents or reports produced are suitably marked as contactor products or that contractor participation is appropriately disclosed.

## 8.20 Operating Hours and Government Closures

The offeror has the ability to work remotely utilizing current USPTO collaboration tools, with the presence indicator depicting daily status, however some tasks may routinely require that the offeror being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. Additionally, the offeror may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and federal holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). During these occasions, the offeror is to provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.
https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

## 8.21 Training

The government will provide USPTO product-specific training as directed by the government and for government-unique systems. The contractor is responsible for and shall ensure staff are properly trained and hold the appropriate credentials as required for the services being performed.

The offeror may, at its own discretion, adopt Train-the-Trainer framework for training subject matter experts to enable them to train other people in their respective organizations

## 8.22 Data Rights

The Government shall have unlimited rights in software first produced in the performance of this contract, in accordance with the FAR clause at 52.217-14. For the purposes of this clause, "software first produced in the performance of this contract" shall include, but not be limited to the following: non-COTS computer program developed or previously developed and implemented by the contractor in the performance of this contract, related computer data bases and documentation thereof, source code, object code, algorithms, library code, library routine, and technical data (including but not limited to that necessary to produce, install, and maintain as well as data produced from said software during the performance of this contract)

ANT_AR-1242

of all software first produced in the performance of this contract. Additionally this encompasses all logs and other application data produced by software (including but not limited to COTS, contract specific custom ("software first produced in the performance of this contract), GOTS, and or OSS) utilized in conjunction with or for the performance of this contract.

For the purpose of this clause, "unlimited rights" shall mean the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

### 8.23 Disaster Recovery/Continuity of Operations (COOP)

The offeror is to establish at least one or more High Availability / Disaster Recovery and Business Continuity Disaster Recovery (BCDR) implementation within UACS, UMACS, UGCP, to enable infrastructure capability for establishing HA rollout and implementation of BCDR tiers, and provide design templates to implement Products deployed to UACS, UMACS, UGCP.

ANT_AR-1243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 32 |

| 2. AMENDMENT/MODIFICATION NUMBER P23009 | 3. EFFECTIVE DATE 09/01/2023 | 4. REQUISITION/PURCHASE REQ. NUMBER See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| Office of Procurement US Patent and Trademark Office PO Box 1450-Mail Stop 6 600 Dulany St.,MDE, 7th Floor ALEXANDRIA, VA 22313-1450 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. 3150 FAIRVIEW PARK DR SUITE 100 FALLS CHURCH, VA 22042-4504 UEI: SMNWM6HN79X5 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11) 09/27/2021 |
| CODE GENDYNCORP | | FACILITY CODE * |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. ~~GSAR 552.212-4 (c) Changes~~ |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this bilateral modification is as follows: ████████████████████

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ████████, Contract Administrator Advisor | ████████ Contracting Officer |

| 15B. CONTRA ████████ d to sign) | 15C. DATE SIGNED 09/01/2023 | 16B. ████████ | 16C. DATE SIGNED 09/01/2023 |
|---|---|---|---|

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P23008) - of 8 current signed modifications as of 09/01/2023 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1244

**Table of Contents**

| Section | Description | Page Number |
|---------|-------------|-------------|
| 1 | Continuation Sheet.................................................................................................................... | 3 |

ANT_AR-1245

ANT_AR-1246

ANT_AR-1247

ANT_AR-1248

ANT_AR-1249

ANT_AR-1250

ANT_AR-1251

ANT_AR-1252

ANT_AR-1253

ANT_AR-1254

ANT_AR-1255

ANT_AR-1256

ANT_AR-1257

ANT_AR-1258

ANT_AR-1259

ANT_AR-1260

ANT_AR-1261

ANT_AR-1262

ANT_AR-1263

ANT_AR-1264

ANT_AR-1265

ANT_AR-1266

ANT_AR-1267

ANT_AR-1268

ANT_AR-1269

ANT_AR-1270

ANT_AR-1271

ANT_AR-1272

ANT_AR-1273

ANT_AR-1274

ANT_AR-1275

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 34 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If |
|---|---|---|---|
| P23010 | 09/27/2023 | See Lines | applicable) |

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

10B. DATED (SEE ITEM 11)
X   09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR Clause 52.217-9 Option to Extend the Term of the Contract (March 2000) and FAR Clause GSAR 552.212-4(c) Changes |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Attachment A Continuation Sheet and Attachment B Performance Work Statement incorporated into this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ███████ , Contracts Manager | ███████ Contracting Officer |
| 15B. CONT███ | 15C. DATE SIGNED 09/22/2023 | ████████ | 16C. DATE SIGNED |

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P23009) - of 9 current signed modifications as of 09/13/2023 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1276

**Table of Contents**

| Section | Description | Page Number |
|---------|-------------|-------------|
| 1 | Continuation Sheet........................................................................................................................... 3 |  |

ANT_AR-1277

ANT_AR-1278

ANT_AR-1279

ANT_AR-1280

ANT_AR-1281

ANT_AR-1282

ANT_AR-1283

ANT_AR-1284

ANT_AR-1285

ANT_AR-1286

ANT_AR-1287

ANT_AR-1288

ANT_AR-1289

ANT_AR-1290

ANT_AR-1291

ANT_AR-1292

ANT_AR-1293

ANT_AR-1294

ANT_AR-1295

ANT_AR-1296

ANT_AR-1297

ANT_AR-1298

ANT_AR-1299

ANT_AR-1300

ANT_AR-1301

ANT_AR-1302

ANT_AR-1303

ANT_AR-1304

ANT_AR-1305

ANT_AR-1306

ANT_AR-1307

ANT_AR-1308

ANT_AR-1309

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 36 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P24012 | See Section 16C | See Lines | |

**6. ISSUED BY**  CODE  1333BJ

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

**7. ADMINISTERED BY (If other than Item 6)**  CODE

**8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)**

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

**(X)**

**9A. AMENDMENT OF SOLICITATION NUMBER**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NUMBER**
1333BJ21F00280055

**10B. DATED (SEE ITEM 11)**
X  09/27/2021

CODE GENDYNCORP        FACILITY CODE *

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. GSAR 552.212-4 (c) Changes |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**
The purpose of this modification is as follows: ██████████████████████████████████████

██████████████████████████████████████████████████████

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ███████, Contract Administrator Advisor | ███████ Contracting Officer |

| 15B. CON ████████ ...uthorized to sign) | 15C. DATE SIGNED 08/23/2024 | 16B. ███████ | 16C. DATE SIGNED 8/23/2024 |
|---|---|---|---|

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P24011) - of 11 current signed modifications as of 08/21/2024 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1310

**Table of Contents**

| Section | Description | Page Number |
|---------|-------------|-------------|
| 1 | Continuation Sheet................................................................................................................ | 3 |

ANT_AR-1311

ANT_AR-1312

ANT_AR-1313

ANT_AR-1314

ANT_AR-1315

ANT_AR-1316

ANT_AR-1317

ANT_AR-1318

ANT_AR-1319

ANT_AR-1320

ANT_AR-1321

ANT_AR-1322

ANT_AR-1323

ANT_AR-1324

ANT_AR-1325

ANT_AR-1326

ANT_AR-1327

ANT_AR-1328

ANT_AR-1329

ANT_AR-1330

ANT_AR-1331

ANT_AR-1332

ANT_AR-1333

ANT_AR-1334

ANT_AR-1335

ANT_AR-1336

ANT_AR-1337

ANT_AR-1338

ANT_AR-1339

ANT_AR-1340

ANT_AR-1341

ANT_AR-1342

ANT_AR-1343

ANT_AR-1344

ANT_AR-1345

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE 1 | OF | PAGES 37 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P24013 | 3. EFFECTIVE DATE<br>09/27/2024 | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
DBA: GENERAL DYNAMICS INFORMATION TECHNOLOGY
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

X (in 10B row)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>GSAR 552.212-4 (c) Changes |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is as follows:

[redacted]

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| [redacted], Contracts Administrator Advisor | [redacted]<br>Contracting Officer |

| 15B. CONTRAC[redacted]<br>([redacted]d to sign) | 15C. DATE SIGNED<br>09/11/2024 | 16B. [redacted] | 16C. DATE SIGNED<br>09/11/2024 |
|---|---|---|---|

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - (P24012) - of 12 current<br>signed modifications as of 09/27/2024 | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1346

## Table of Contents

| Section | Description | Page Number |
|---------|-------------|-------------|
| 1 | Continuation Sheet........................................................................................................................ 3 |

ANT_AR-1347

ANT_AR-1348

ANT_AR-1349

ANT_AR-1350

ANT_AR-1351

ANT_AR-1352

ANT_AR-1353

ANT_AR-1354

ANT_AR-1355

ANT_AR-1356

ANT_AR-1357

ANT_AR-1358

ANT_AR-1359

ANT_AR-1360

ANT_AR-1361

ANT_AR-1362

ANT_AR-1363

ANT_AR-1364

ANT_AR-1365

ANT_AR-1366

ANT_AR-1367

ANT_AR-1368

ANT_AR-1369

ANT_AR-1370

ANT_AR-1371

ANT_AR-1372

ANT_AR-1373

ANT_AR-1374

ANT_AR-1375

ANT_AR-1376

ANT_AR-1377

ANT_AR-1378

ANT_AR-1379

ANT_AR-1380

ANT_AR-1381

ANT_AR-1382

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 73 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P24011 | 09/27/2024 | See Lines | |

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.<br>3150 FAIRVIEW PARK DR<br>SUITE 100<br>FALLS CHURCH, VA 22042-4504<br>UEI: SMNWM6HN79X5 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR Clause 52.217-9 Option to Extend the Term of the Contract (March 2000) and FAR Clause GSAR 552.212-4(c) Changes |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Attachment A and B of this modification.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| , Contracts Administrator Advisor | Contracting Officer |

| 15B. CONTR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>07/15/2024 | 16B. | 16C. DATE SIGNED<br>7/15/2024 |
|---|---|---|---|

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - (P23010) - of 10 current<br>signed modifications as of (See Block 16) | STANDARD FORM 30 (REV.<br>11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1383

**Table of Contents**

| Section | Description | Page Number |
|---|---|---|
| 1 | Continuation Sheet | 3 |

ANT_AR-1384

ANT_AR-1385

ANT_AR-1386

ANT_AR-1387

ANT_AR-1388

ANT_AR-1389

ANT_AR-1390

ANT_AR-1391

ANT_AR-1392

ANT_AR-1393

ANT_AR-1394

ANT_AR-1395

ANT_AR-1396

ANT_AR-1397

ANT_AR-1398

ANT_AR-1399

ANT_AR-1400

ANT_AR-1401

ANT_AR-1402

ANT_AR-1403

ANT_AR-1404

ANT_AR-1405

ANT_AR-1406

ANT_AR-1407

ANT_AR-1408

ANT_AR-1409

ANT_AR-1410

ANT_AR-1411

ANT_AR-1412

ANT_AR-1413

ANT_AR-1414

ANT_AR-1415

ANT_AR-1416

ANT_AR-1417

ANT_AR-1418

1333BJ21F00280055 Modification P24011                                    Page **37** of **73**
Attachment A

**Continuation Sheet**

The purpose of this bilateral modification is as follows:

1. To hereby delete the Performance Work Statement under 1333BJ21F00280055 Modification P24011 Attachment B in its entirety and incorporate the attached Performance Work Statement attached to this modification P24011 Attachment B. All changes made are identified by a vertical bar on the right-hand side of each page.

2. To remove Task 14 in the description under CLINs 3001 and 4001.

3. Pursuant to FAR Clause 52.217-9, Option to Extend the Term of the Contract, the expiration date of the period of performance has been extended to September 26, 2025.

4. To reduce the total amount under CLIN 0012 by $11,769,910.97 from $19,815,365.33 to $8,045,454.36.

5. To reduce the total amount under CLIN 3001 by $686,649.86 from $13,091,950.70 to $12,405,300.84. To increase the obligated amount under CLIN 3001 by $12,405,300.84 from $0.00 to $12,405,300.84.

6. To increase the total amount under CLIN 3002 by $12,474,411.00 from $6,500,000.00 to $18,974,411.00. To increase the obligated amount under CLIN 3002 by $18,974,411.00 from $0.00 to $18,974,411.00.

7. To reduce the total amount under CLIN 3003 by $17,850.17 from $140,889,93 to $123,039.76. To increase the obligated amount under CLIN 3003 by $123,039.76 from $0.00 to $123,039.76.

8. The total obligated amount under Task Order 1333BJ21F00280055 is hereby increased by $31,502,751.60 from $78,383,373.36 to $109,886,124.96. The total value under Task Order 1333BJ21F00280055 remains at $190,956,672.06. All other terms and conditions remain in full force and effect.

# Performance Work Summary (PWS)
# USPTO Patent and Trademark Office (USPTO)
# Enterprise Cloud Modernization

## 1.0 BACKGROUND

The United States Patent & Trademark Office (USPTO), Office of Chief Information Officer (OCIO) has begun disruptive Information Technology (IT) transformation initiatives in Fiscal Year (FY) 2020 leading to an agile infrastructure, intelligent operations, and enabling flexibilities to decrease operating expenses. This transformation will continue over the next two fiscal years. A few of the modernization activities resulting from the transformation initiatives include:

- A multi-site, fully redundant hybrid cloud infrastructure
- A resilient application architecture in a hybrid cloud, with containerized solution
- Fully capable, mission critical applications running stand-alone in the disaster recovery site or external cloud
- Infrastructure consolidated into a reduced/dense and efficient data center space

The USPTO OCIO seeks to implement these transformation initiatives to support the vision of conducting the majority of Agency business via digital means by 2025. To support this vision our organization will require:

- A multi-site, highly scalable, innovative and elastic infrastructure and technology platform
- Adapting current IT to support future digital needs with a multi-faceted approach
- Adapting to a public cloud computing service that is uniquely positioned to support our future strategic technology requirements with no need to undertake long-term capital investments
- Adapting to the Cloud Product to deliver capabilities to provide use-as-you-need compute, storage, and cloud native services
- The enabling of Highly Available, Disaster Recovery (HA/DR) infrastructure, engineering, and provisioning to include Datacenter, Network, Storage, Compute, and Cloud
- Provide capability to shift Datacenter centric Network, Storage, and Compute to Cloud Services to be fit for purpose

## 2.0 PURPOSE

The purpose of the Enterprise Cloud Modernization (ECM) contract is to acquire professional services from one vendor to support the Infra/Hosting - Cloud product, with public cloud enhancements for effective cost savings, streamlined efforts and a purposeful investment. All work performed under this contract must conform to applicable federal government regulations and policies, as well as other agency supplemental regulations and policies as appropriate. These

Attachment B

include the Department of Commerce (DOC) and USPTO policies provided for reference as follows:

Attachment 1: DOC IT Security Baseline Policy
Attachment 2: USPTO Cloud Services Usage Policy
Attachment 3: USPTO Coding Standards
Attachment 4: USPTO Continuous Monitoring Strategy
Attachment 5: USPTO Rules of the Road OCIO-POL-36

Additionally, the ECM effort will allow USPTO Product teams to assess, migrate, develop and deploy to the cloud using FEDRAMP approved commercial cloud services through a single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers. This effort will also provide but is not limited to the following capabilities and enhancements:

Hybrid Multi-Cloud

Single vendor with established relationships (Authorized Reseller) with Amazon, Google and Microsoft, which are the three major public cloud providers, to deliver the below capabilities s while also upholding the listed architecture principles:

Cloud Support Capability:

1. Perform data assessments and migrations
2. Develop/mature architecture
3. Develop and/or mature a financial model to track and allocate costs across product lines and products (e.g., chargeback model)
4. Develop enterprise approach to data tagging to be used across Product Lines to support financial reporting and optimal uptime to reduce unnecessary cost incurred
5. Refine and implement cloud strategy recommendations at the USPTO
6. Determine security level based on USPTO data hosted in the cloud

Architecture Principles

- Cloud First and Cloud Smart
- Multi-Cloud Compute Ecosystem
- Reduced Data Center Footprint
- FedRAMP Certifications
- Delivering IT Solutions better, cheaper and faster
- Adopting cloud services with a cloud-first approach for both new and existing workloads when cost feasible
- Accelerating the decrease in data center footprint
- Becoming more agile and responsive to business demands by lowering the time to market for new projects and prototypes
- Enhancing our ability to react to scalability requirements

ANT_AR-1421

Unless otherwise annotated, the stated objectives, requirements, and metrics in the PWS apply across all Infra/Hosting products, to include Network, Data Center, Compute, Storage and Cloud components. Also, unless otherwise stated, all date ranges in the PWS are 6 calendar days. The Government understands that some Cloud Service Providers (CSPs) may propose functionality beyond anything specified in the PWS as part of their commercial cloud offerings. The SOO should not be interpreted as limiting any potential functionality within the proposed solution.

**3.0 SCOPE**

The objectives of this procurement are to award a contract to a vendor for efficient and cost effective support services resulting in three Agile Teams (contractor and government) utilizing Agile/DevOps methodologies to support USPTO Product teams to assess, migrate, develop and deploy to the cloud. The three Agile Teams will consist of:

1.  USPTO Amazon Cloud Services (UACS), USPTO Google Cloud Services (UGCS) Team
2.  USPTO Microsoft Azure Cloud Services (UMACS) Team
3.  Assessment and Migration Team

The vendor will engage with the external cloud providers specified in task area 4, on behalf of the USPTO, whereas the USPTO will remain the master account holder/admin with the external cloud providers.

The proposed staffing allocations for these Agile Teams to manage their respective product backlogs, are as follows:

USPTO has a vision to become fully automated by realizing the potential of Cloud by 2025, and efforts to date have resulted in a high-level, enterprise-wide cloud computing strategy and an assessment tool to identify existing candidates, products and components to lead the charge. In addition to this vision, USPTO has also articulated a framework, architecture principles, business values, and the enablers required to realize this vision, and is now seeking knowledgeable industry partners that can align the foundational work already completed to deliver a hybrid multi-cloud solution that meets both current and future-state requirements.

At a high level, there are nine (9) primary objectives envisioned to fully implement the USPTO Cloud Strategy as referenced below:

**Objective 1:** Fully automated CI / CD environment with infrastructure as code (IaC) on all cloud workloads

**Objective 2:** Usage-based chargeback of platform, infrastructure, and operations

**Objective 3:** Cloud SaaS first, buy and host on cloud, then build on cloud (PaaS, then IaaS)

ANT_AR-1422

1333BJ21F00280055 Modification P24011                                  Page **41** of **73**
Attachment B

**Objective 4:** New systems to be cloud-native and utilize microservices architecture with API-first design

**Objective 5:** Common standards for software development and technology stack

**Objective 6:** End-to-end security using leading cybersecurity practices (e.g. data encryption, MFA, IAM, FedRAMP)

**Objective 7:** Event-driven design

**Objective 8:** Verify and test product recovery process to alternate cloud region for disaster recovery prior to production deployment with acceptable performance and with annual testing

**Objective 9:** Promote standardization of tools across hybrid multi-cloud for observability, operations, and maintenance

ODCs:

According to FAR 15.408, direct costs typically include direct material, direct labor, and other direct costs (ODC). An ODC is a cost that can be identified specifically with a final cost objective that is not treated as either a direct material or direct labor cost. The Government may require the contractor to purchase software related to the services being acquired under this Task Order (TO). Such requirements may be identified during the course of the performance of this TO by the Government or the contractor. If the contractor initiates a purchase within the scope of this TO, the contractor shall submit to the USPTO COR and USPTO Contracting Officer a consent to purchase. This shall include the purpose, specific items, estimated cost, cost comparison, and rationale. The contractor shall not make any purchases without approval from USPTO CO.

## 4.0 REQUIREMENTS AND PERFORMANCE OBJECTIVES

At a detailed level, the contractor shall perform to the requirements and performance objectives as follows:

### 4.1 Task Area 1: Cloud User and Admin Account Management

Provisioning of user accounts, cloud accounts, configuration of role policies, tracking, management, and upkeep.

4.1.1 Performance Objective Task Area 1

ANT_AR-1423

1333BJ21F00280055 Modification P24011                                    Page **42** of **73**
Attachment B

Performance Standard: Account Management requests are tracked, reported, and completed based on tickets submitted through the Cloud Service Storefront or answered by the SSBCloudSuport group email inbox or via upcoming ServiceNow interface. Progress is reported in weekly Rally report delivered to USPTO

Acceptable Quality Level: Completed based on defined Customer Facing Service Level Agreements as tracked during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report

### 4.1.2 Requirements Task Area 1

4.1.2.1   The contractor shall provide support in Cloud account management through the USPTO change management process/system and modify the best practice guide as needed. The contractor shall recommend efficiencies where noted for Cloud account administration (create, modify, delete), password resets, managing access and secret keys, role administration, group administration, policy administration.

4.1.2.2   The contractor shall track all Cloud account activities for management and upkeep in a centralized location/ platform on a monthly basis across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.1.2.3   The contractor shall integrate Federated authentication across multiple cloud platforms with USPTO credentials.

4.1.2.4   The contractor shall manage creation of roles and instance profiles so development teams will have access to pre-created roles to where they can attach policies to instances.

4.1.2.5   The contractor shall to manage Access Keys issued to users for programmatic access to APIs.

4.1.2.6   The contractor shall provide support and development related to Identity Access Management (IAM) in Cloud Hosted Services to include billing, user, and service/principal accounts. IAM support shall ensure all tasks, processes, and objects conform to USPTO Security, compliance, and monitoring requirements.

**4.2 Task Area 2: Financial Operations, Billing and Cost Analytics Framework, Dashboard, and Reports Billing and Cost Analysis, Usage Tracking, Recommendation and Implementation of Cost Reduction Methods and Strategies, Adapt to USPTO Data Analytic Platforms as needed.**

1333BJ21F00280055 Modification P24011    Page **43** of **73**
Attachment B

4.2.1 Performance Objective Task Area 2

<u>Performance Standard:</u>
- Detailed cost breakdown by each labor CLIN and usage CLIN is tracked against the funded amount and is delivered to the USPTO and reviewed at the ECM Weekly Meeting
- Detailed cost analysis for each cloud platform (UACS, UGCS, UMACS) and each Business Product line and individual linked account is also provided.
- Monthly spend for Compute and Database are delivered to FRMD by each individual linked account
- Cost reduction strategies are documented and communicated to Product Teams via the Best Practices page, monthly lunch and learn sessions, and through potential savings plan offered by ECM vendor

<u>Acceptable Quality Level:</u>  Reports are delivered by ECM vendor and reviewed by USPTO and tracked during the ECM Weekly and Monthly meetings and communicated to Product Teams.

4.2.2 Requirements Task Area 2

4.2.2.1   The contractor shall provide detailed billing on all Cloud costs, to include infrastructure, project support services, and usage.

4.2.2.2   The contractor shall develop a solution that automatically checks service usage against Cloud Service Limits (cost by account) to prevent resource creation failures when the usage approaches a defined threshold (e.g. percentage of the associated service limit).

4.2.2.3   The contractor shall provide budget threshold setting alerts based on usage costs or caps against the monthly allocated budget to the Product team/Stakeholders.

4.2.2.4   The contractor shall provide a billing  dashboard with the capability to setup and

4.2.2.5   The contractor shall manage budgeting caps and alerts in advance of caps being reached based on allocated funding provided for each account.

4.2.2.6   The contractor shall provide a billing dashboard that tracks real-time (or near real- time) Cloud usage and cost by services and components used by Product Teams across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

1333BJ21F00280055 Modification P24011                                    Page **44** of **73**
Attachment B

4.2.2.7   The contactor shall provide machine-learning to monitor spikes and drops in Cloud usage and costs across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.2.2.8   The contractor shall display multi-level thresholds showing graphical data and allow for action to reduce resource usage cost for projected and usage at cap, and providing recommendations for usage within budget caps.

4.2.2.9   The contractor shall provide the ability to control access to different views, groups and permissions on the billing dashboard. The contractor shall configure authentication to the billing dashboard with USPTO credentials.

4.2.2.10  The contractor shall provide the Product teams access to its own account billing information to see their Cloud usage and cost by a specified time period and resource ID or tag.

4.2.2.11  The contractor shall provide recommendations to optimize Cloud usage costs by analyzing usage patterns and provide recommendations for consolidating instance types based on demand across all billing accounts. The recommendations shall include Reserved and/or Spot Instance quantities as appropriate, changes to Application configurations, USPTO operational standards, and policy conditions for the creation of new instances.

4.2.2.12  The contractor shall provide the capability for an authorized Cloud reseller partner to configure the Consolidated Billing for account administration services, which allows clients to create and own their own accounts, configured to allow Product teams to have full API and billing access.

## 4.3 Task Area 3: Operations, Maintenance, and Performance

Monitoring Day-to-day support of operating an enterprise cloud implementation, vulnerabilities and findings, POAM remediations, assessment findings resolutions, implementation of monitoring to support infrastructure O&M, performance, capacity planning.

4.3.1 Performance Objective Task Area 3

Performance Standard:
•   O&M requests from Product Teams are tracked, reported, and completed based on tickets submitted through the Cloud Service Storefront or answered by the SSBCloudSuport group email inbox or via upcoming ServiceNow interface. Progress is reported in weekly Rally report delivered to USPTO.

ANT_AR-1426

- Vulnerabilities and findings, POA&M remediations, assessment findings resolutions are tracked via monthly calls with Cybersecurity, bi-monthly Cloud DISA STIG Working Group meetings
- Performance capacity planning is tracked and reported against in Rally via User Stories assigned to the team

Acceptable Quality Level:  Completed based on defined Customer Facing Service Level Agreements and progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report

4.3.2 Requirements Task Area 3

4.3.2.1   The contractor shall provide support for cloud services and cloud hosting of USPTO applications and systems, which may include various components and interfaces with the public and internal users.

4.3.2.2   The contractor shall maintain availability of production systems deployed into USPTO Cloud platforms where there is no designated support through the Product Team.  The contractor shall provide communication, including responding to the CIO Command Center, Alert distributions, support team requests, system business area requests, requests within 30 minutes of receipt, during business hours and investigate reported and suspected outage issues, documenting issues, providing resolution, and maintain a knowledge base of known issues.

4.3.2.3   The contractor has the ability to work remotely with current USPTO collaboration tools, with the presence indicator depicting daily status, in addition to being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. The contractor may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). The contractor shall provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines.

ANT_AR-1427

1333BJ21F00280055 Modification P24011                                    Page **46** of **73**
Attachment B

4.3.2.4   The contractor shall follow the USPTO's Product Framework using agile methodologies and best practices, USPTO operational standards (OCIO Playbook), and USPTO Cloud Computing strategies and best practices. The contractor shall support change control activities related to system lifecycle; track defects due to non-compliance with standards, best practices or system/software bugs and provide a remediation plan for each.

4.3.2.5   The contractor shall support the enhancement of monitoring and logging capabilities to include the identification, collection, and organization of data to provide a comprehensive view of the health of a system.

4.3.2.6   The contractor shall analyze log data to provide intrusion detection and prevention capabilities by defining event thresholds and generating alert notifications for suspicious behaviors along with affected resources and associated data for incident response, mitigation, and integration with on-premise monitoring systems. The contractor shall persist the log files according to USPTO retention requirements and make them accessible by the USPTO Security Information and Event Management (SIEM) system.

4.3.2.7   The contractor shall be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall manage system security vulnerabilities in accordance with FISMA, NIST, DOC, and USPTO standards, policies, and guidelines. The contractor shall have knowledge of security scan tools to ensure remediation of findings.

4.3.2.8   The contractor shall establish and maintain advance tag mapping and asset tracking, demonstrating in-depth knowledge to setup and manage one to one, one to many, many to many asset mapping across multi-cloud resources, accounting for missing, duplicate tags, abbreviated, unsupported resource tagging, and mix-case tags. Tags are to be compliant with USPTO Cloud Strategy and have ability to display usage and assets across multiple Cloud providers.

4.3.2.9   The contractor shall provide analysis, presentation, and processing of data to inform stakeholder decisions and actions to include: Unsuccessful login attempts, Network-level attacks or intrusion attempts, stack updates, instance inventory, Public facing endpoints, Disk and memory utilization of instances, resource usage costs, Non-US region activity, Application health monitors, HTTP access/request traceability.

ANT_AR-1428

### 4.4 Task Area 4: Cloud Infrastructure Enhancements

Includes support improvements to cloud enterprise infrastructure implementation for HA/DR, automation.

4.4.1 Performance Objective Task Area 4

Performance Standard:  Progress against support improvements to cloud enterprise infrastructure implementation for HA/DR and automations is tracked in Rally on AOKR to EIPL leadership and daily progress is tracked in Rally via User Stories and CIO Organizational goals.  Progress on support improvements is communicated to Product Teams via the Best Practices page, monthly lunch and learn sessions.  Progress is also reported in weekly Rally report delivered to USPTO.

Acceptable Quality Level:  Completed based on defined Platform Service Level Agreements and progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.4.2 Requirements Task Area 4

4.4.2.1   The contractor shall provide specialized technical support in cloud-hosted services in relation to various Operating Systems (OS), Networking, Program languages, Databases, Web Services, Cloud services, change management, technical writing, analysis, and/or middleware as required. The contractor shall provide the ability to provision all available Cloud Services to include infrastructure (Compute, Storage, and Networking) utilizing the various cloud service on demand, dedicated, or reserved instance model. Provisioning may include Cloud services, 3rd party services, GOTS, COTS, and custom app integrations, maintenance, and monitoring.

4.4.2.2   The contractor shall be responsible for supporting configuration, change management, architecture, engineering, and administration of Cloud hosted Infrastructure as a Service. This also includes review and enhance Operational Service Plans (OSPs), Run books, known issues knowledge bases, log defects, and other artifacts as requested by USPTO staff.

4.4.2.3   The contractor shall serve as subject matter experts who design, develop, test, and/or demonstrate working solutions that meet USPTO objectives for enhancing infrastructure capabilities within Cloud and deliver documentation to effectively plan and implement those solutions. This includes step-by-step procedures and any supporting artifacts necessary to successfully deploy working systems and/or configurations

.

ANT_AR-1429

4.4.2.4    The contractor shall ensure the Confidentiality, Integrity, and Availability of all cloud resources in all regions and availability groups. The contractor shall design, develop, test and implement automation and procedures for managing the configurations of guardrails, server baselines, blueprints, policies, tagging, dashboards, and reporting.

4.4.2.5    The contractor shall design, develop, and test an integration solution with the current Continuous Integration/Delivery/Deployment systems (i.e. Subversion, GitHub, Jenkins, Ansible) and change control processes to deliver a seamless fully automated deployment capability. The deployment process, as the target procedure for automation, shall be based on the Deployment Best Practices defined as part of the USPTO Operational Standards.

4.4.2.6    The contractor shall ensure deployment automation standards will be enhanced by integrating an authoritative source repository at the beginning of the deployment process to replace the manual step of copying and organizing sources files to the Cloud. Enhancements to Continuous Integration/Configuration Management tooling for deployment automation will focus on replacing the manual step of creating or updating a Cloud stack and rollback.

4.4.2.7    The contractor shall develop and test configuration standards and adapt processes, tooling, and Cloud components to support container-based workloads. The overall solution shall be portable across multiple cloud platforms (USPTO AWS Cloud Services, USPTO Microsoft Azure Cloud Service, USPTO Google Cloud Platform).

4.4.2.8    The contractor shall develop baseline containers based on security configuration benchmarks that will serve as the runtime environment for container images.

4.4.2.9    The contractor shall develop configuration standards for container images and build files to meet standard deployment procedures.

4.4.2.10 The contractor shall design, develop, test and implement Guardrails – automation for managing the configurations that grants access to cloud services and resources in accordance with Cybersecurity policy and other FISMA controls to address shared responsibilities as applicable/defined in the CSP's FedRAMP accreditation package. This includes network topologies that support layered security architectures (e.g. restrict public access) and standard configurations (as appropriate to each CSP) to support separation of duties and resource isolation between projects/teams and environments (lab vs prod).

ANT_AR-1430

1333BJ21F00280055 Modification P24011                          Page **49** of **73**
Attachment B

4.4.2.11   The contractor shall develop server baseline(s) – Design, create, develop, test, implement, and/or adopt baseline images used to create servers based on approved security benchmarks and operational tools.

4.4.2.12   The contractor shall transition from Center for Internet Security (CIS) Benchmarks to Defense Information Systems Agency (DISA) Security Technical Implementation Guide (STIG) benchmarks for securing products and components hosted in the Cloud.

## 4.5 Task Area 5: Storage, Data, Optimization

Recommending, performing, managing, S3, Glacier, data lifecycle implementations, provide policy updates to minimize cost while meeting needs for varying storage options. Includes auto data cleanup, de-duplications, Storage Migration (lower cost storage), inventory of ULs, PII considerations, long-term storage; low access; carving out structure and be able to manage storage in cloud; Actual migration of the application and data; work with storage & server admin team and manage back-end process

4.5.1 Performance Objective Task Area 5

Performance Standard:  Progress on Storage, Data, Optimization is tracked in Rally Features and daily progress is tracked in Rally via User Stories.  Progress on improvements is communicated to Product Teams via the Best Practices page, monthly lunch and learn sessions.  Progress is also reported in weekly Rally report delivered to USPTO.

Acceptable Quality Level:  Progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.5.2 Requirements Task Area 5

4.5.2.1   The contractor shall provide support for operation, monitoring, troubleshooting, configuration, upgrade, storage architecture designs, and maintenance of data storage in the Cloud.  These tasks include but are not limited to: Storage Administration (software and components) support for all external cloud storage equipment (e.g. Amazon Snowball and Snowball Edge), disk space monitoring, integration and testing of storage related scripts.

4.5.2.2   The contractor shall support the archival of USPTO data (e.g. image files) to a cloud storage service for data archiving and long-term backup.

4.5.2.3   The contractor shall secure the cloud storage solution and support cost analysis to determine cost savings compared to on-premises solutions.

ANT_AR-1431

1333BJ21F00280055 Modification P24011    Page **50** of **73**
Attachment B

4.5.2.4 The contractor shall support the migration for data storage from on-premise to a cloud provider.

4.5.2.5 The contractor shall ensure storage containing personally identifiable information is protected from on-premise to a cloud provider.

4.5.2.6 The contractor shall support a solution for long-term cloud storage where there is no immediate need for retrieval of the data.

4.5.2.7 The contractor shall support a solution that provides bulk storage of data from on-premise to a cloud provider.

4.5.2.8 The contractor shall manage storage utilization in the Cloud and support the actual migration of the application data.

4.5.2.9 The contractor shall work with the storage & server admin team and manage the process for storage migration to the cloud.

4.5.2.10 The contractor shall provide technical writing skills and requirements/procedural documentation associated with, but not limited to Storage as a Service requirements, Storage processes and procedures for Cloud, Service Catalogs.

## 4.6 Task Area 6: End to End Security Solutions (Security & Compliance Support) - Cloud Compliance Support

What a general service system ATO (UACS, UMACS, UGCP) will need to be compliant to, supporting infrastructure team in recommending compliant solutions to meet cyber assessment/audit expectations. Zero Trust implementation, CASB, Provide ISSO services.

4.6.1 Performance Objective Task Area 6

Performance Standard:
- Assessment related activities are discussed via monthly calls with Cybersecurity, bi-monthly Cloud DISA STIG Working Group meetings. Progress is reported in weekly Rally report delivered to USPTO.
- Zero Trust implementation support is done in conjunction with ZTA working group
- Cloud Access Security Broker progress is done via Security Hub integration on UACS
- ISSO services are provided by ECM vendor
- Other End to End security solution needs is done via data calls as required by Department of Commerce

Acceptable Quality Level: Completed based on defined Customer Facing and Platform Service Level Agreements and progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report

ANT_AR-1432

1333BJ21F00280055 Modification P24011                          Page **51** of **73**
Attachment B

4.6.2 Requirements Task Area 6

4.6.2.1    The contractor shall be responsible for ensuring that the security and privacy posture is maintained for an organizational system and works in close collaboration with the system owner. The contractor shall serve as a principal advisor on all matters, technical and otherwise, involving the controls for the system. The contractor must have the knowledge and expertise to manage the security or privacy aspects of an organizational system and may be assigned responsibility for the day-to-day system security or privacy operations.

4.6.2.2    The contractor shall be responsible for the development, management, and maintenance of System Security and Privacy Plans (SSPP). The Contractor will also assist in preparing system-level policies, guidelines, and standards for USPTO information systems and system users in order to implement USPTO security directives and policies and assist the system owner develop and maintain an IT security program that addresses implementation of Federal Information Security Modernization Act (FISMA 2014) requirements as mandated by the White House Office of Management and Budget (OMB), in accordance with NIST Standards and special publications, Security Technical Implementation Guide (STIG), and DOC and USPTO Security policies and procedures.

4.6.2.3    The contractor shall implement USPTO cloud services in accordance with FISMA, NIST, FedRAMP, DOC, and USPTO standards, policies, and guidelines as follows:
- Perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to
- Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.
- The Contractor shall comply with all Federal, Department of
- Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing

1333BJ21F00280055 Modification P24011                       Page **52** of **73**
Attachment B

- information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

4.6.2.4   The contractor shall provide Information System Security Officer (ISSO) services.

4.6.2.5   The contractor shall have the following certifications: Certified Information Systems Security Professional (CISSP) or Certified Information Security Manager (CISM), and Certified Authorization Professional (CAP). The Certified Cloud Security Professional (CCSP) certification is highly desired.

## 4.7 Task Area 7: Application Assessment, Migration and Modernization

Migration readiness, TCO, business case analysis, playbook for migration and ability to migrate and handoff.

4.7.1 Performance Objective Task Area 7

Performance Standard: ECM vendor supports all related activities with Application Assessment, Migration and Modernization through Cloud Intake Process, Cloud Advisory Team Meetings and Cloud Express route for migration. Progress is reported in weekly Rally report delivered to USPTO.

Acceptable Quality Level: Progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.7.2 Requirements Task Area 7

4.7.2.1   The contractor shall establish a Cloud Adoption and Migration Guideline with Training materials, the guideline and training shall indicate how and why the cloud is cheaper, faster and better.

4.7.2.2   The contractor shall ensure guideline/training has business justification and application lifecycle information.

4.7.2.3   The contractor shall ensure guideline/training provides business use cases for each cloud service providers to include AWS, Azure, and Google.

4.7.2.4   The contractor shall ensure guideline/training indicates the development type; new, upgrade, lift and shift.

1333BJ21F00280055 Modification P24011                               Page **53** of **73**
Attachment B

4.7.2.5   The contractor shall ensure guideline/training covers application architecture (N- tier, Microservices, Service oriented) technology (OS, COTS, codebase, database, etc.).

4.7.2.6   The contractor shall ensure guideline/training includes staff resources and knowledge about cloud developments.

4.7.2.7   The contractor shall ensure guideline/training has business continuity and disaster recover requirements.

4.7.2.8   The contractor shall establish a Self-Assessment Cloud Migration Checklist, the solution shall automatically generate evaluation report to determine if the migration is mutually beneficial.

4.7.2.9   The contractor shall ensure the self-assessment includes application lifecycle information.

4.7.2.10   The contractor shall ensure the assessment includes the cloud deployment type (public/hybrid), cloud tier (AWS, Azure, and Google).

4.7.2.11   The contractor shall ensure the assessment includes OS, COTS, codebase, database, cloud services, etc.

4.7.2.12   The contractor shall ensure the assessment includes application dependencies and disaster resilience requirements.

4.7.2.13   The contractor shall provide migration options.

4.7.2.14   The contractor shall perform migration, modernization of USPTO custom developed applications, to include refactoring, re-architecting components, products, and re-deploy to USPTO enterprise cloud environments, including product CI/CD pipeline if available, in alignment with USPTO Cloud Strategy, USPTO Cloud best practices.

4.7.2.15   The contractor shall provide knowledge transfer, run-book hand-off, updates to DOSPs, GEARS, and other relevant records systems to Product DevSecOps team and other USPTO teams.

## 4.8 Task Area 8: Authorized Reseller Capabilities

Maintain reseller relationship with the following public cloud vendors. Provide reach back to Public Cloud vendor specialized professional services.

4.8.1 Performance Objective Task Area 8

Performance Standard:
- ECM vendor coordinates monthly calls or more frequent as needed with cloud vendors.

1333BJ21F00280055 Modification P24011                                   Page **54** of **73**
Attachment B

- ECM vendor provides ability for USPTO to obtain direct cloud vendor resources if needed. Progress if applicable reported in weekly Rally report delivered to USPTO and new offerings are communicated at Monthly Cloud Lunch and Learn sessions.

<u>Acceptable Quality Level:</u>  Progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.8.2 Requirements Task Area 8

    4.8.2.1   UACS Requirement:

- AWS Public Sector Partner - The AWS Public Sector Partner (PSP) Program recognizes APN Partners with solutions and experience in delivering government, education, and nonprofit customer missions around the world. We enable partners to accelerate their business growth on AWS through alignment with our public sector sales, marketing, capture and proposal, and funding teams. Partners also receive designation as a Public Sector Partner in our APN Partner Solutions Finder, and access to additional differentiation programs
- AWS Public Sector Solution Provider - The AWS Solution Provider Program is designed for systems integrators, managed service providers, value-added resellers, and public sector partners to resell AWS Services to end customers as part of their differentiated solution. Under this program, Authorized Solution Providers manage, service, support, and bill Amazon Web Services (AWS) accounts for end customers.
- The AWS Solution Provider Program provides Authorized Solution
- Providers a tiered discount structure based on partners' technical capabilities and success in driving new business, has flexible contracting options to meet the unique needs of end customers, and
- provides partners multiple AWS Support models that align to a partners' AWS practice.
- Advanced Consulting Partner - APN Consulting Partners are professional services firms that help customers of all types and sizes design, architect, build, migrate, and manage their workloads and
- applications on AWS, accelerating their journey to the cloud. These professional services firms include system integrators, strategic consultancies, agencies, managed service providers (MSPs), and value-added resellers.

ANT_AR-1436

- Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

### 4.8.2.2   UMACS Requirement:

- Microsoft Direct-Bill Partner - Direct-bill partners are partners with a direct billing relationship with Microsoft. As a direct-bill partner, you can purchase first-party offers and third-party offers directly from the Microsoft marketplace, then sell them to your customers. You need to fulfill certain programmatic requirements for the role of direct-bill partner. This includes the ability to integrate with Microsoft using APIs. You also need to be able to provide billing, support, and managed services to customers on an on-going basis. For more information, please see Enroll as a direct-bill partner.
- Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

### 4.8.2.3   UGCP Requirement:

- Google Cloud Platform Partner, Reseller – Google Cloud Partners are partners that have a direct relationship with Google with proven technical mastery, reach back to Google resources, and the ability to provide Cloud Usage management as a reseller.
- Direct passthrough inclusive of the master account, master billing account, full administrative access, any discounts applicable, and to include any accrued credits by usage of the account to be managed by USPTO team.

## 4.9 Task Area 9: Cloud Intake Process

Onboarding of teams, training material, best practices, communications, managing cloud knowledge portal content.

### 4.9.1 Performance Objective Task Area 9

Performance Standard:
- ECM vendor supports all related activities with Cloud Intake through Cloud Intake Process, Cloud Advisory Team Meetings and Cloud Express route for migration. Progress is reported in weekly Rally report delivered to USPTO.

ANT_AR-1437

1333BJ21F00280055 Modification P24011                                         Page **56** of **73**
Attachment B

- ECM vendor delivers and maintains best practices, communications, managing cloud knowledge portal content.  Progress is communicated at Monthly Cloud Lunch and Learn sessions

Acceptable Quality Level:  Progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report

4.9.2 Requirements Task Area 9

4.9.2.1   The contractor shall establish intake guideline and on-boarding procedure.

4.9.2.2   The contractor shall review current on-boarding process, if any, and provide process improvements.

4.9.2.3   The contractor shall ensure the intake guideline and on-boarding procedure includes detailed steps regarding dependencies, targeted cloud, hybrid cloud design, cloud cost estimations including detailed calculator, requests and approval processes.

4.9.2.4   The contractor shall provide training materials to guide cloud adoption and migration.

4.9.2.5   The contractor shall provide communication and promote industry and ESSD / EIPL Infra/Hosting cloud best practices along with continuous process improvements.

4.9.2.6   The contractor shall ensure new DevSecOps teams moving to cloud have completed intake process guidelines, set cloud usage budgets, tagging, and budget management expectations, monitor adherence to cloud best practices and guardrails, and take administrative action to ensure notification and compliance.

## 4.10 Task Area 10: Deployed Applications Support (OPTIONAL)

Optional CLIN - Support of CPC, AS, and future deployed applications.

4.10.1 Performance Objective Task Area 10

Performance Standard:  O&M requests from Product Teams are tracked, reported, and completed based on tickets submitted through the Cloud Service Storefront or answered by the SSBCloudSuport group email inbox or via upcoming ServiceNow interface. Progress is reported in weekly Rally report delivered to USPTO.

ANT_AR-1438

1333BJ21F00280055 Modification P24011                                    Page **57** of **73**
Attachment B

Acceptable Quality Level:  Completed based on defined Customer Facing Service Level
Agreements and progress is tracked and discussed during the ECM Weekly Meeting,
UACS Daily Stand-Up meetings, weekly Rally report.

4.10.2  Requirements Task Area 10

4.10.2.1  The contractor shall support deployments of systems, configurations,
applications and other changes to controlled environments such as
PVT/PROD/DR.

4.10.2.2  The contractor shall follow established Change Control Procedures (CAB,
DART, ORRs, DevSecOps) and USPTO Deployment Best Practices for all
deployments.

4.10.2.3  The contractor shall provide operations and maintenance support of the
product, creation, running of reports.

4.10.2.4  The contractor shall ensure cloud usage by the product is sized fitted to the
needs of the product, leveraging automation, Autoscaling, tagging,
scripts to stop services, VMs, to minimize cost.

4.10.2.5  The contractor shall ensure deployment procedures are aligned with
USPTO Cloud Strategy, automated deployments using infrastructure-as-
code (CloudFormation, Terraforms etc), established, reviewed and agreed
from all supported teams before deployments.

4.10.2.6  The contractor shall integrate with the current USPTO DevSecOps CI/CD
pipeline where applicable.

4.10.2.7  The contractor shall ensure applications are compliant with Cyber Security
controls before each deployment.

4.10.2.8  The contractor is to ensure deployable artifacts are archived within USPTO
authoritative repository sources.

4.10.2.9  The contractor shall ensure applications meet USPTO Operational Standard
Ratings; all findings should be addressed and resolved with development
teams.

4.10.2.10 The contractor shall maintain synchronization between PVT/PROD/DR.

ANT_AR-1439

### 4.11 Task Area 11: Cloud Governance (OPTIONAL)

Optional CLIN for Support of CCoE, CCAC, and CTO/enterprise infrastructure in establishing guardrails, Cloud Usage policies, SLAs, SLCs, implementation patterns, converting cloud strategy into implementation and assist with policies and recommendations.

4.11.1 Performance Objective Task Area 11

Performance Standard:
- ECM vendor supports all related activities and discussions Cloud Center of Excellence, Cloud Advisory Team Meetings. Progress is reported in weekly Rally report delivered to USPTO.
- ECM vendor delivers and maintains Service Level Agreements on UACS infrastructure.

Acceptable Quality Level:  Completed based on defined Customer Facing Service Level Agreements and progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report

4.11.2 Requirements Task Area 11

4.11.2.1 The contractor shall deploy a Cloud Portal as part of the Cloud Center of Excellence. The portal shall be the one stop shop for learning about cloud, developing on cloud, cloud governance, assessment, migrations, deployments, and implementation patterns (Containers, cloud vendor usage, cloud native deployment, multi-cloud).

4.11.2.2 The contractor shall support development of Cloud Training material, in alignment with current USPTO cloud best practices and future cloud enhancements that will support onboarding product teams to the cloud. The training shall include FedRAMP, USPTO implementation, usage of non- FedRAMP services, security process, migration to the cloud, cloud readiness checklist, and the delineation between Cloud Infrastructure support and ProductTeam.

4.11.2.3 The contractor shall support development of a formal cloud implementation strategy and program with a defined set of capabilities, processes and tools to enable modern end-to-end cloud monitoring and observability.

4.11.2.4 The contractor shall support monitoring product evaluations, and proof of concepts in collaboration with internal IT and business teams (the technologies and tools used to support the program and processes)

ANT_AR-1440

    4.11.2.5 The contractor shall define program key performance indicators (KPI) to monitor program effectiveness and progress towards improvements

    4.11.2.6 The contractor shall support communications, key stakeholder collaboration, to rollout Cloud Team implementation of a chosen recommendation.

    4.11.2.7 The contractor shall develop a Cloud Roadmap, encapsulating all related Cloud Computing, Cloud Modernization with a visual graphic that can be modified and expanded as new work streams are identified.

## 4.12 Task Area 12: Vendor Professional Service (Optional)

Optional CLIN - pass-through ODC access to direct Proserv resources (i.e., AWS Professional Service)

4.12.1 Performance Objective Task Area 12

Performance Standard:  ECM vendor provides ability for USPTO to obtain direct cloud vendor resources if needed.  Progress if applicable reported in weekly Rally report delivered to USPTO and new offerings are communicated at Monthly Cloud Lunch and Learn sessions.

Acceptable Quality Level:  Progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.12.2 Requirements Task Area 12

    4.12.2.1 The contractor shall provide cloud service provider professional services personnel to leverage knowledge of cloud vendor specific technologies in collaboration with cloud service provider, hybrid solution technologies, and partner teams to propose, architect, and implement transformational solutions for customers.

    4.12.2.2 The contractor shall provide professional services for architecture, design; coding, integration, performance, security, user experience design, and governance for cloud hosted applications and systems following Federal Cloud Computing Strategy.

    4.12.2.3 The contractor shall conduct a current state assessment of the on-premise systems and applications; assessment shall include cost benefit analysis for hosting the applications and systems in the cloud vs. on premise and determine areas of readiness of systems and applications to host in the cloud-based platform to include but not limited to:

ANT_AR-1441

- Organizational Readiness
- Technical Readiness
- Process Readiness

4.12.2.4 The contractor shall provide target state roadmap to migrate on premise systems and application to a cloud-based platform. Target state alternative solutions under consideration shall consider:

- Software as a Services (SaaS) solution
- Platform as a Service (PaaS) solution
- Infrastructure as a Service (IaaS) solution

4.12.2.5 The contractor shall identify what existing or planned future capabilities and functionalities USPTO relies on for conducting business will be supported by the target state solution(s) (i.e. SaaS, PaaS, or IaaS).

## 4.13 Task Area 13: Cloud Application, Architect Support (Optional)

Optional CLIN - support and lead product teams in designing, architecting, development, for USPTO products in USPTO managed cloud / alignment with Cloud Strategy.

4.13.1 Performance Objective Task Area 13

Performance Standard:

- ECM vendor provides ability for USPTO to obtain direct cloud vendor resources if needed. Progress if applicable reported in weekly Rally report delivered to USPTO and new offerings are communicated at Monthly Cloud Lunch and Learn sessions.

- ECM vendor delivers product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions. Deliverables are posted to TEAMS site and progress is reported in weekly Rally report delivered to USPTO.

- ECM vendor supports all applicable governance bodies such as CCoE, CAT, applicable lunch and learns and provides reviews as needed. Progress is reported in weekly Rally report delivered to USPTO.

- ECM vendor supports all related activities with Application Assessment, Migration and Modernization through Cloud Intake Process, Cloud Advisory Team Meetings and Cloud Express route for migration. Progress is reported in weekly Rally report delivered to USPTO

- ECM vendor delivers on automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Deliverables are posted to TEAMS site and progress is reported in weekly Rally report delivered to USPTO. Code automation is posted to USPTO code repositories as needed

ANT_AR-1442

Acceptable Quality Level:  Progress is tracked and discussed during the ECM Weekly Meeting, ECM Monthly Status Review, UACS Daily Stand-Up meetings, weekly Rally report, applicable documentation such as UACS SSP is updated as needed

4.13.2 Requirements Task Area 3

4.13.2.1 The contractor shall provide professional services for architecture design on specific solutions for product team, include but not limited to cloud provider and services selection, sizing and choices of those services, integration with other cloud and/or no cloud services and data, information security consideration and implementation, and automation.

4.13.2.2 The contractor shall provide proper product prototype and demonstration of concept, new services adoption, templates, and runbook to help product team to onboard cloud solutions.

4.13.2.3 The contractor shall assist USPTO government cloud team with other governance body (Cyber security, data officers, CCoE members, etc.) to conduct design review, architecture walk through, and deep dive discussion to approve product team's design artifacts. Conduct potential launch review before rollout to approve product team's implementation artifacts. Assist USPTO government cloud team and compliance body (Cyber security, C3, etc.,) to conduct post- launch audit and remediate architecture deficiencies and implementation flaws when requested by management.

4.13.2.4 The contractor shall participate USPTO cloud team internal architecture review and improvement activities. Provide and implement approved solutions to enhance the overall USPTO cloud foundation. Update SSP and other required documents upon completion.

4.13.2.5 The contractor shall assist USPTO government cloud team to collaborate with partners from application development, technology officers and key stakeholders (business and IT) on subjects related to cloud architecture.

4.13.2.6 The contractor shall maximize automation throughout entire cloud operation to optimize cost, operation, and improve architecture visibility. Participate and assist implementation of 3rd part cloud operation tools if requested. Develop customized USPTO Cloud team operation tools if requested.

#### 4.14 Task Area 14: Software Services Product Operations Support

4.14.1 Performance Objective Task Area 14

Performance Standard: Patent requests from UACS are tracked, reported, and completed based on tickets submitted through the Cloud Service Storefront or answered by the SSBCloudSuport group email inbox or via upcoming ServiceNow interface. Progress is reported in weekly Rally report delivered to USPTO.

Acceptable Quality Level:  Completed based on defined Customer Facing Service Level Agreements and progress is tracked and discussed during the ECM Weekly Meeting, UACS Daily Stand-Up meetings, weekly Rally report.

4.14.2 Requirements Task Area 14

**Patent Cloud Consulting**

4.14.2.1 The contractor shall establish a discovery workshop, for use by selected product team components, to enable the assessment and provide a recommendation that accelerates the migration and/or implementation to the cloud, addressing identified technical concerns and potential roadblocks. This work will result in a design review and implementation plan. Weekly Status Report provided.

4.14.2.2 The contractor shall provide design, architecture, development and implementation in sandbox and production environments for select business product candidates for migration and/or implementation to the cloud. Provide assessments and recommendations on future cloud migration roadmap.

4.14.2.3 The contractor shall provide analysis of OC/DAV subsystems and potential rehosting, rewrite, migration, or deprecation of components. Evaluate and consult on all potential cloud options.

4.14.2.4 The contractor shall provide support tailored product team specific cloud architecture and design for DAV/OC.

4.14.2.5 The contractor shall review findings related to cloud design review, launch review, and post launch operation audit.

4.14.2.6 The contractor shall complete development of infrastructure including infrastructure as code, infrastructure deployment pipelines and production deployment.

4.14.2.7 The contractor shall perform comprehensive performance and load testing at based on the existing on-premise workload.

4.14.2.8 ~~The contractor shall provide integration of monitoring and alerting for new cloud infrastructure.~~

4.14.2.9 ~~The contractor shall develop and prototype backup and Disaster Recovery (DR) strategy.~~

4.14.2.10 ~~The contractor shall ensure all required data retention standards are met and documented.~~

4.14.2.11 ~~The contractor shall support Data Migration as needed in collaboration with product team.~~

4.14.2.12 ~~The contractor shall provide cost estimate for proposed solution, identify cost optimization areas including off-hours resource reduction.~~

4.14.2.13 ~~The contractor shall document and perform transition of all artifacts and operations to DAV/OC operational contract team.~~

~~**Patent Cloud Consulting Specific Labor Categories**~~

~~As noted under Section B.6.1.2 Non-Standard IT Service LCATs of the Alliant 2 contract, any IT Services LCAT that does not fit within the Standard IT Service LCATs can be added with Task Order CO approval. The following four (4) Labor Categories are hereby included: Cloud Solutions Architect, Cloud Principal Consultant, Cloud Senior Consultant and Cloud Consultant, which are added to the Non-Standard IT Service LCATs.~~

## 4.15 Optional Surge Capability

The Government reserves the unilateral right to exercise Optional Surge Capability to support unforeseen, ad hoc requirements or unplanned increases in workload that may arise under the scope of this PWS. Optional surge capability support will be invoked at the Government's discretion through a written Task Order modification issued by the Contracting Officer. For pricing purposes, the Not-To-Exceed (NTE) ceiling amount established for this Optional Surge capability in each year of performance is shown in the price matrix.

ANT_AR-1445

## 5.0 DELIVERABLES

The table below summarizes the products to be prepared and delivered by the Contractor in support of this task order. All deliverables will become the property of the Government.

| PWS Section | Deliverable | Due Date | Delivery Method |
|---|---|---|---|
| 4.1 | Service guide for Cloud account management in draft and final versions | Initial draft within 30 days of award and monthly thereafter until final | Electronic to LPO |
| 4.2 | • Billing Dashboard Standard Operating Procedures in draft and final versions<br>• Spend rate per account | Monthly: First business day of month, and spend rate as requested | Electronic to LPO |
| 4.3 | • Dynamic Operational Support Plan (DOSP)<br>• Meeting Agenda, Meeting Minutes and Action Items | Initial draft within 30 days of award and monthly thereafter; Meeting artifacts weekly | Electronic to LPO |
| 4.4 | Knowledge base, log defects, run books, procedures, best practices, network and architecture diagrams | Weekly; as needed | Electronic to LPO |
| 4.5 | • Storage architecture diagrams<br>• Storage as a Service requirement<br>• Storage processes and procedures for Cloud | Weekly; as needed | Electronic to LPO |
| 4.6 | • System Security and Privacy Plans (SSPP)<br>• Other policies, guidelines, standards and analysis related to system-level security and privacy | Weekly; as needed | Electronic to LPO |
| 4.7 | • Cloud Adoption and Migration guideline and training,<br>• Automated Self-Assessment cloud migration checklist assessment tool | Weekly; as needed | Electronic to LPO |

ANT_AR-1446

1333BJ21F00280055 Modification P24011                              Page **65** of **73**
Attachment B

| 4.8 | • Authorized reseller capabilities | As needed | Electronic to LPO |
|---|---|---|---|
| 4.9 | • Intake guideline and training materials<br>• On- Boarding procedure<br>• Cloud Cost calculator and design of product team onboarding use-case<br>• Budget thresholds for each onboarding product | Weekly; as needed | Electronic to LPO |
| 4.10 | Deployment activity reports | Weekly | Electronic to LPO |
| 4.11 | • Cloud readiness checklist<br>• Cloud implementation strategy<br>• Key Performance metrics<br>• Cloud Roadmap | Weekly; as needed | Electronic to LPO |
| 4.12 | • Target State Roadmap and alternatives plan<br>• Tailored migration plan to move USPTO on premise application to a Cloud-Based solution<br>• Product specific modernization plans to migrate, modernize for Cloud-Based solution<br>• Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise | Initial draft within 60 days of award and monthly on the first business day thereafter | Electronic to LPO |
| 4.13 | • Architecture, design, security, governance and cloud readiness plans<br>• Cost benefit analysis for hosing the application in a cloud vs on premise<br>• As is and To be | Initial draft within 30 days of award and monthly on first business day thereafter | Electronic to LPO |

ANT_AR-1447

1333BJ21F00280055 Modification P24011          Page **66** of **73**
Attachment B

| | | | |
|---|---|---|---|
| | USPTO cloud architecture document (updated annually)<br>• Tailored product team specific cloud architecture and design (when requested)<br>• Review findings related to cloud design review, launch review, and post-launch operation audit.<br>• Requested prototypes and white paper by USPTO government cloud team<br>• Automation scripts, new operation processed requested by USPTO government cloud team.<br>• Maintain and update cloud infrastructure<br>• architecture artifacts. | | |
| 4.14 | • ~~Establishment of a Discovery Workshop to provide recommendation to accelerate Patent Systems migration~~<br>• ~~Provide assessment and recommendation for future cloud migration roadmap~~<br>• ~~Develop and prototype backup and disaster recovery (DR) strategy~~<br>• ~~Recurring task status reporting in Rally Agile Tool~~<br>• ~~~~ | ~~Initial Recommendation within 30 Days~~ | ~~Electronic; to LPO~~ |

ANT_AR-1448

| 4.15 | • Recurring task status reporting in Rally tool | Weekly; as needed | Electronic; Rally |
|------|------------------------------------------------|-------------------|-------------------|

**Note:** All deliverables shall be submitted electronically to the COR, Product Owner and cc'd to the CO in a format that is compatible with Microsoft Office 2016 / Microsoft Project 2016 (or new versions) and are subject to Government review and acceptance. Additionally, all Deliverables in this PWS are to be S.508 compliant

## 6.0 PERIOD OF PERFORMANCE

Base Period:            9/27/2021 – 9/26/2022
Option Period 1:     9/27/2022 – 9/26/2023
Option Period 2:     9/27/2023 – 9/26/2024
Option Period 3:     9/27/2024 – 9/26/2025
Option Period 4:     9/27/2025 – 9/26/2026

## 7.0 PLACE OF PERFORMANCE

All work described herein, shall be performed off-site, unless otherwise specified by the Government.

**7.1** Contractors who access USPTO's network from outside the USPTO main campus have various types of access as described below:

**7.2** Direct Connect (Contractor Access System - CAS). CAS connects to PTONet through the ETU firewall which monitors and filters all traffic between CAS and PTONet

**7.3** External Partners. Some projects require contractors to collaborate and work closely with USPTO government employees and resources. This collaboration and close interworking relationship may require file and data transfer from the contractor's network into the PTONet environment. Carefully evaluating the level of collaboration or interaction is critical so that the appropriate access and security levels can be established.

**7.4** EAIS – Secure File Transfer. EAIS is a group of file transport servers and proxies approved by USPTO to transfer and receive files within the USA.

**7.5** Internet-based access (Secure External Access System – SEAS). SEAS connect to PTONet through the Enterprise Remote Access Cisco VPNs and the ETU firewall. All traffic between SEAS and PTONet is monitored and filtered by the ETU firewall. Contractor access is limited; local upload/download of files and network printing are prohibited with this option.

ANT_AR-1449

1333BJ21F00280055 Modification P24011                                    Page **68** of **73**
Attachment B

**7.6** Each network connection and process for approval is described in Contracting Access Engineering (CAE) document.

Regardless of network connection selected, the Contractor shall follow the Rules of the Road Policy and complete the IT Security Training through the Learning Center upon onboarding and annually thereafter.

## 8.0 SPECIAL REQUIREMENTS

### 8.1 Security and Privacy Requirements for USPTO Information Systems are as follows:

8.1.1 The Contractor is required to perform security compliance activities associated with the requirements identified in NIST 800-37 (current version), "Guide for Applying the Risk Management Framework to Federal Information Systems" and NIST 800-53 (current version), "Security and Privacy Controls for Federal Information Systems and Organizations." The Contactor shall also develop specific documentation that meets the USPTO requirements for Security Authorization Program and Continuous Monitoring and Activities including assessment of the impacted controls and scan of the systems/applications.

8.1.2 The Contractor shall comply with all Federal, Department of Commerce (DOC) and USPTO security and privacy guidelines in effect at the time of the award of this contract/task order. The Contractor shall perform periodic reviews to ensure compliance with existing information security and privacy requirements. The Contractor shall make all system information and documentation produced in support of the contract/task order available to the agency and agency auditors upon request.

8.1.3 Privacy Compliance Requirements Personally Identifiable Information

Personally identifiable information (PII) data is not in the scope of the acquisition and PII data is not expected to be stored, processed, or transmitted in the vendor's SaaS solution.

The contractor shall work with USPTO to prepare a Privacy Threshold Assessment (PTA) to confirm and document PII is not in scope, or to determine which categories of information will be stored, processed, or transmitted by the system. The PTA must be completed before development begins and whenever a change with a privacy impact (e.g., a new category of information is collected) is made to an existing system. PTAs are required as part of USPTO's process to determine whether a Privacy Impact Assessment (PIA) and/or a System of Records Notice (SORN) is required, and if any other privacy requirements apply to the information system.

Privacy data (should it come into scope) will require that the vendor's SaaS solution be FedRAMP authorized at least at the FIPS PUB 199 Moderate level.

1333BJ21F00280055 Modification P24011                                    Page **69** of **73**
Attachment B

The collection, maintenance or dissemination of any PII that is subject to the Privacy Act and/or the E-Government Act will be handled in full accordance with all USPTO Rules of the Road and in accordance with USPTO Privacy Program requirements.

8.1.4 The contractor shall also comply with any additional FISMA or FedRAMP privacy requirements.

## 8.2 Protection of Information

In accordance with FAR Part 52-239-1, the Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. To the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases. If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have
ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

8.2.1 USPTO requires FIPS 140-2 validated cryptographic mechanisms to be implemented to protect the confidentiality and integrity of sensitive information stored on digital media during transport outside of controlled areas.

8.2.2 As prescribed in the Federal Acquisition Regulation (FAR) clause 24.104, if the system involves the design, development, or operation of a system of records on individua ls, the contractor shall implement requirements in FAR clause 52.224-1, "Privacy Act Notification" and FAR clause 52.224-2, "Privacy Act."

## 8.3 Revocation of a Cloud Service

USPTO has the right to act in response to the CSP's lack of compliance and/or increased level of risk. In the event the CSP fails to meet USPTO and FedRAMP security and privacy requirements and/or there is an incident involving sensitive information, USPTO may suspend or revoke an existing agency ATO (either in part or in whole) and/or cease operations. If an ATO is suspended or revoked in accordance with this provision, the CO and/or COR may direct the CSP to take additional security measures to secure sensitive information. These measures may include restricting access to sensitive information on the Contractor information system under this contract. Restricting access may include disconnecting the system processing, storing, or transmitting the sensitive information from the Internet or other networks or applying additional security controls.

ANT_AR-1451

1333BJ21F00280055 Modification P24011            Page **70** of **73**
Attachment B

### 8.4 Data Jurisdiction

The Contractor shall store all information within the security authorization boundary, data at rest or data backup, within the Continental United States (CONUS) if so required.

### 8.5 Travel - If required

The Government does not anticipate travel to perform the tasks associated with the effort.

### 8.6 Software Other Direct Costs (ODCs)

The contractor may invoice on the basis of cost incurred for the ODC CLINs for Government authorized software products procured IAW procedures defined in the PWS and the Contractor's underlying Alliant 2 Contract. If appropriate, Contractors may apply indirect loadings and material handling fees in accordance with their normal accounting practices.

The invoice shall include the period of performance covered by the invoice and the CLIN number and title. In addition, the contractor shall provide the following detailed information for each invoice submitted, as applicable.

    8.6.1 ODCs purchased.
    8.6.2 Date accepted by the Government.
    8.6.3 Associated CLIN.
    8.6.4 Project-to-date totals by CLIN.
    8.6.5 Cost incurred not billed by CLIN.
    8.6.6 Remaining balance of the CLIN.

### 8.7 Key Personnel

The contractor shall identify and provide resumes for all Key Personnel to the CO who will coordinate review and approval with the USPTO COR and TOM. Key Personnel include(s) the following: Program Manager, Cloud Architect or Sr. Cloud Engineer, DevOps Engineer/ Architect, Performance Specialist/Architect, or qualified resources that possess similar skillsets to provide the full scope of expertise and capabilities required to perform objectives in this PWS.

Resumes shall be submitted for key personnel who will be involved in the Enterprise Cloud Modernization effort, at a minimum, resumes must demonstrate significant experience with the following:

    8.7.1 Cloud User and Admin Account Management
    8.7.2 Financial Operations, Billing and Cost: Analytics Framework, Dashboard, and Reports
    8.7.3 Operations and Maintenance/Performance Monitoring
    8.7.4 Cloud Infrastructure Enhancements
    8.7.5 Storage, Data, Optimization
    8.7.6 Security Operations and Compliance, Cloud ISSO
    8.7.7 Application Assessment, Migration and Modernization

ANT_AR-1452

1333BJ21F00280055 Modification P24011                                Page **71** of **73**
Attachment B

    8.7.8 Authorized Reseller Capabilities
    8.7.9 Cloud Intake Process
    8.7.10 Deployed Applications Support (OPTIONAL)
    8.7.11 Cloud Governance (OPTIONAL)
    8.7.12 Vendor Professional Service (OPTIONAL)
    8.7.13 Cloud Application, Architect Support (OPTIONAL)

**Note:** The above task areas will apply to Amazon Web Services, Microsoft Azure and Google Cloud platforms.

Before replacing any individual designated as key personnel, the contractor shall notify the CO no less than ten business days in advance, submitting written justification for the replacement, and providing the name and qualifications of any proposed substitute(s). The federal government reserves the right to reject any proposed replacement that does not demonstrate the necessary experience and proficiency required.

All contractor personnel attending meetings, answering government telephones and working in situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression that they are government officials. They must also ensure that all documents or reports produced are suitably marked as contactor products or that contractor participation is appropriately disclosed.

## 8.8 Operating Hours and Government Closures

The contractor has the ability to work remotely utilizing current USPTO collaboration tools, with the presence indicator depicting daily status, however some tasks may routinely require that the contractor being available as needed onsite and on-call support for production and development/testing environments 24x7, Monday through Sunday. Additionally, the contractor may be required to work on an as-needed basis, other than normal business hours (off-hours), including on-call, evenings, weekends and federal holidays. USPTO production hours are defined to be 5:30 a.m. to 7:00 p.m., after-hours 7:00 p.m. to 5:30 a.m. Monday through Friday and 24x2 on weekends (Saturday through Sunday). During these occasions, the contractor shall provide responses within one-half hour of notification by email and personnel may be required to be "on call" in order to meet product related deadlines. https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/

## 8.9 Training

The government will provide USPTO product-specific training as directed by the government and for government-unique systems. The contractor is responsible for and shall ensure staff are properly trained and hold the appropriate credentials as required for the services being performed.

ANT_AR-1453

The contractor may, at its own discretion, adopt Train-the-Trainer framework for training subject matter experts to enable them to train other people in their respective organizations

### 8.10 Data Rights

The Government shall have unlimited rights in software first produced in the performance of this contract, in accordance with the FAR clause at 52.217-14. For the purposes of this clause, "software first produced in the performance of this contract" shall include, but not be limited to the following: non-COTS computer program developed or previously developed and implemented by the contractor in the performance of this contract, related computer data bases and documentation thereof, source code, object code, algorithms, library code, library routine, and technical data (including but not limited to that necessary to produce, install, and maintain as well as data produced from said software during the performance of this contract) of all software first produced in the performance of this contract. Additionally, this encompasses all logs and other application data produced by software (including but not limited to COTS, contract specific custom ("software first produced in the performance of this contract), GOTS, and or OSS) utilized in conjunction with or for the performance of this contract.

For the purpose of this clause, "unlimited rights" shall mean the right of the USPTO, at no extra cost to the USPTO or recipients, to use, disclose, reproduce unlimited copies, prepare derivative works, distribute unlimited copies to the public and foreign government patent offices, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

### 8.11    Disaster Recovery/Continuity of Operations (COOP)

The contractor shall establish at least one or more High Availability / Disaster Recovery and Business Continuity Disaster Recovery (BCDR) implementation within UACS, UMACS, UGCP, to enable infrastructure capability for establishing HA rollout and implementation of BCDR tiers, and provide design templates to implement Products deployed to UACS, UMACS, UGCP.

### 8.12 Credit CO Approval

The contractor shall not proceed with purchasing licenses, products and/or services covered by credits without prior approval from the Contracting Officer's (CO) written notification.

ANT_AR-1454

1333BJ21F00280055 Modification P24011                                    Page **73** of **73**
Attachment B

**8.13 Cost Notification to CO and COR**

The contractor exceeds the obligated funding and task order ceiling amount and its own risk. The Contractor shall notify the Contracting Officer (CO) and the Contracting Officer's Representative (COR) in writing upon reaching 75% of the obligated funding and task order ceiling amount.  This includes but not limited to all costs previously incurred, costs expected to incur, and total credits. The notice shall state the additional funds required to continue performance for the period specified in the Schedule.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE 1 | OF | PAGES 36 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P25014 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NUMBER See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

| | 10B. DATED (SEE ITEM 11) |
|---|---|
| X | 09/27/2021 |

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers    [ ] is extended,    [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) GSAR 552.212-4 (c) Changes |

E. IMPORTANT: Contractor    [ ] is not,    [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is as follows: ████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Contracts Administrator Advisor | Contracting Officer |

| 15 ████████████ (Signature of person authorized to sign) | 15C. DATE SIGNED 01/09/2025 | ████████████ | 16C. DATE SIGNED 01/13/2025 |
|---|---|---|---|

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P24013) - of 13 current signed modifications as of (See Block 16C) | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1456

ANT_AR-1457

ANT_AR-1458

ANT_AR-1459

ANT_AR-1460

ANT_AR-1461

ANT_AR-1462

ANT_AR-1463

ANT_AR-1464

ANT_AR-1465

ANT_AR-1466

ANT_AR-1467

ANT_AR-1468

ANT_AR-1469

ANT_AR-1470

ANT_AR-1471

ANT_AR-1472

ANT_AR-1473

ANT_AR-1474

ANT_AR-1475

ANT_AR-1476

ANT_AR-1477

ANT_AR-1478

ANT_AR-1479

ANT_AR-1480

ANT_AR-1481

ANT_AR-1482

ANT_AR-1483

ANT_AR-1484

ANT_AR-1485

ANT_AR-1486

ANT_AR-1487

ANT_AR-1488

ANT_AR-1489

ANT_AR-1490

ANT_AR-1491

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P25015 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X  10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this administrative modification is to change the COR of record. This is a unilateral modification to update the correct points of contact for this contract. Eunice Potts is appointed to COR of record. All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Donald Nusbaum Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16C. DATE SIGNED 02/10/2025 |

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P25014) - of 14 current signed modifications as of 02/10/2025 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1492

**Table of Contents**

| <ins>Section</ins> | <ins>Description</ins> | <ins>Page Number</ins> |
|---|---|---|

ANT_AR-1493

This is a Time and Material Task Order with a total ceiling of ▮▮▮▮▮▮▮▮ (inclusive of CAF). All Alliant 2 Contract 47QTCK18D0003 terms and conditions are in full force and effect and are applicable against this Task Order.

**Procurement POC:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

**Accounting and Appropriations Data:**

**Accounting and Funding Total:**

▮▮▮▮▮▮▮▮
▮▮▮▮▮

ANT_AR-1494

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 2 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P25016 | 3. EFFECTIVE DATE SEE BLOCK 16c | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
1333BJ21F00280055

X 10B. DATED (SEE ITEM 11)
09/27/2021

| CODE GENDYNCORP | FACILITY CODE * |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) FAR Part 52.212-4(c) - Changes |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this no cost unilateral modification is as follows:

1. Change the COR of record to ███████
2. All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ███████ Contracting Officer |

| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. ███████ | 16C. DATE SIGNED 04/17/2025 |
|---|---|---|---|

| NSN 7540-01-152-8070 Previous edition unusable | Conformed through - (P25015) - of 15 current signed modifications as of 09/27/2021 | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1495

This is a Time and Material Task Order with a total ceiling of ▮▮▮▮▮▮▮▮ (inclusive of CAF). All Alliant 2 Contract 47QTCK18D0003 terms and conditions are in full force and effect and are applicable against this Task Order.

**Contract Specialist:** ▮▮▮▮▮▮▮▮▮▮▮▮
**COR:** ▮▮▮▮▮▮▮▮▮▮
**Vendor:** ▮▮▮▮▮▮▮▮

Accounting and Appropriations Data:

**Accounting and Funding Total:**
Original: ▮▮▮▮
Change: ▮▮▮▮
Current: ▮▮▮▮

ANT_AR-1496

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 17 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P25017 | SE BLOCK 16C | See Lines | |

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY

Office of Procurement
US Patent and Trademark Office
PO Box 1450-Mail Stop 6
600 Dulany St.,MDE, 7th Floor
ALEXANDRIA, VA 22313-1450

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

| (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER |
| | 1333BJ21F00280055 |
| X | 10B. DATED (SEE ITEM 11) |
| | 09/27/2021 |

CODE GENDYNCORP | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR Part 52.212-4(c) - Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is as follows:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▮▮▮▮▮▮, Contract Administrator Advisor | ▮▮▮▮▮▮ Contracting Officer |

| 15B. CONTRACT▮▮▮ (S ▮▮ ed to sign) | 15C. DATE SIGNED 07/30/2025 | 16B. ▮▮▮ | 16C. DATE SIGNED 07/30/2025 |
|---|---|---|---|

Conformed through - is conformed through
the latest Modification is - of 17 current signed
modifications as of 07/23/2025

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA-FAR (48 CFR) 53.243

ANT_AR-1497

ANT_AR-1498

ANT_AR-1499

ANT_AR-1500

ANT_AR-1501

ANT_AR-1502

ANT_AR-1503

ANT_AR-1504

ANT_AR-1505

ANT_AR-1506

ANT_AR-1507

ANT_AR-1508

ANT_AR-1509

ANT_AR-1510

ANT_AR-1511

ANT_AR-1512

ANT_AR-1513

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 17 |

| 2. AMENDMENT/MODIFICATION NUMBER<br>P25018 | 3. EFFECTIVE DATE<br>09/26/2025 | 4. REQUISITION/PURCHASE REQ. NUMBER<br>284P2150045 | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.<br>3150 FAIRVIEW PARK DR<br>SUITE 100<br>FALLS CHURCH, VA 22042-4504<br>UEI: SMNWM6HN79X5 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |
| CODE GENDYNCORP | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR Part 52.212-4(c) - Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this no cost bilateral modification is as follows:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ███████, Contract Administrator Principal | ███████ Contracting Officer |

| 15B. CONTR████████<br>████████<br>(Signatur_ _erson authorized to sign) | 15C. DATE SIGNED<br>09/23/2025 | ████████ | 16C. DATE SIGNED<br>09/23/2025 |
|---|---|---|---|

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - is conformed through the latest Modification is - of 18 current signed modifications as of 09/10/2025 | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1514

ANT_AR-1515

ANT_AR-1516

ANT_AR-1517

ANT_AR-1518

ANT_AR-1519

ANT_AR-1520

ANT_AR-1521

ANT_AR-1522

ANT_AR-1523

ANT_AR-1524

ANT_AR-1525

ANT_AR-1526

ANT_AR-1527

ANT_AR-1528

ANT_AR-1529

ANT_AR-1530

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 19 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P26019 | 3. EFFECTIVE DATE<br>10/01/2025 | 4. REQUISITION/PURCHASE REQ. NUMBER<br>See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

**8. NAME AND ADDRESS OF CONTRACTOR** (Number, street, country, state and ZIP Code)

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.
3150 FAIRVIEW PARK DR
SUITE 100
FALLS CHURCH, VA 22042-4504
UEI: SMNWM6HN79X5

CODE GENDYNCORP          FACILITY CODE

| (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR Clause 52.217-9 - Option to Extend the Term of the Contract and FAR Clause 52.212-4(c) - Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See continuation pages below.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br><br>▮▮▮▮▮, Contract Administrator Principal | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>▮▮▮▮▮<br>Contracting Officer |
|---|---|
| 15B. CONTR ▮▮▮▮▮<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>10/01/2025 | 16B. ▮▮▮▮▮ | 16C. DATE SIGNED<br>10/01/2025 |

| NSN 7540-01-152-8070<br>Previous edition unusable | Conformed through - is conformed through the latest Modification is - of 19 current signed modifications as of 10/01/2025 | STANDARD FORM 30 (REV. 11/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.243 |
|---|---|---|

ANT_AR-1531

ANT_AR-1532

ANT_AR-1533

ANT_AR-1534

ANT_AR-1535

ANT_AR-1536

ANT_AR-1537

ANT_AR-1538

ANT_AR-1539

ANT_AR-1540

ANT_AR-1541

ANT_AR-1542

ANT_AR-1543

ANT_AR-1544

ANT_AR-1545

ANT_AR-1546

ANT_AR-1547

ANT_AR-1548

13633BJ21F00280055 Modification P26019
Continuation Sheet

The purpose of this bilateral modification is as follows:

1. Pursuant to FAR Clause 52.217-9, Option to Extend the Term of the Contract, the expiration date of the period of performance is extended to September 30, 2026.



9. All other terms and conditions remain in full force and effect.

ANT_AR-1549

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 21 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P26020 | 03/10/2026 | See Lines | |

| 6. ISSUED BY | CODE | 1333BJ | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| Office of Procurement<br>US Patent and Trademark Office<br>Attn: MS 6, Office of Procurement<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.<br>3150 FAIRVIEW PARK DR<br>SUITE 100<br>FALLS CHURCH, VA 22042-4504<br>UEI: SMNWM6HN79X5 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>1333BJ21F00280055 |
| | X | 10B. DATED (SEE ITEM 11)<br>09/27/2021 |
| CODE GENDYNCORP    FACILITY CODE | | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended,

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
2021-A-00-289430-SCLD00-NONCOMP-2570-6804-S99999-284310-2021

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR Clause 52.217-7 - Option for Increased Quantity-Separately Priced Line Item |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this bilateral modification is as follows:

1. Exercise optional CLIN 4004 IAW FAR Clause 52.217-7 - Option for Increased Quantity-Separately Priced Line Item, for Task Order No. 1333BJ21F00280055.

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. All other terms and conditions remain in full force and effect. 5. All other terms and conditions remain in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▮▮▮▮▮, Contract Administrator Principal | ▮▮▮▮▮<br>Contracting Officer |
| 15B. CONTRACTOR/OF ▮▮▮▮▮<br>(Signat ▮▮▮▮▮ | 15C. DATE SIGNED<br>03/06/2026 | 16C. DATE SIGNED<br>03/09/2026 |

NSN 7540-01-152-8070
Previous edition unusable

Conformed through - is conformed through the latest Modification is - of 20 current signed modifications as of 03/10/2026

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

ANT_AR-1550

ANT_AR-1551

ANT_AR-1552

ANT_AR-1553

ANT_AR-1554

ANT_AR-1555

ANT_AR-1556

ANT_AR-1557

ANT_AR-1558

ANT_AR-1559

ANT_AR-1560

ANT_AR-1561

ANT_AR-1562

ANT_AR-1563

ANT_AR-1564

ANT_AR-1565

ANT_AR-1566

ANT_AR-1567

ANT_AR-1568

ANT_AR-1569

ANT_AR-1570

## Hekman, Rebecca (Federal)

| | |
|---|---|
| **From:** | Pai, Ramesh <Ramesh.Pai@USPTO.GOV> |
| **Sent:** | Thursday, March 12, 2026 6:41 PM |
| **To:** | Hayes, Rob (USPTO); Miller, Errica (USPTO) |
| **Cc:** | Stephens, Deborah (USPTO); Moore, Mandy (USPTO) |
| **Subject:** | Anthropic Claude in SCOUT |

Hi, Rob,

After chatting with Debbie and Mandy, we've gone ahead and done the following
- We're removed Anthropic's Claude models from the drop down for both the lab and prod versions of SCOUT, for everyone but the admins.
- For now, the SHARED workspaces will still have the Claude models.
- For other workspaces, the Anthropic Claude models will be replaced by OpenAI's Auto Select option (OpenAI will select the best model for you).

Let me know of any questions. Have a wonderful weekend!


**Ramesh Pai**
Director, Emerging Technologies and Innovation Division
Lead Product Owner, Emerging & Innovation Product
United States Patent and Trademark Office

ANT_AR-1571

**Option Period 1 - Cloud Engineering and Operations Support (Tasks Areas 1-9, 14 [by P23005])**

| Labor Category | Labor Rate | Labor Hours by Team | | | | | | by Labor Category |
|---|---|---|---|---|---|---|---|---|
| | | UACS | UMACS | UGCS | Migration | Task Area 14 | Total | |
| Journeyman Business Intelligence Analyst | | - | | - | - | | - | |
| Journeyman Computer Systems Engineer/Architect | | 5,640.00 | | 1,880.00 | | | 7,520.00 | |
| Journeyman Information Security Analyst | | - | - | 1,880.00 | | | 1,880.00 | |
| Senior Business Intelligence Analyst | | 2,506.67 | 626.67 | 626.67 | - | | 3,760.00 | |
| Senior Database Administrator | | - | | - | - | | - | |
| Senior Information Technology Project Manager | | - | - | - | - | | - | |
| Senior Training and Development Specialist | | 470.00 | 470.00 | - | - | | 940.00 | |
| SME - Computer and Information Research Scientist | | - | - | | - | | - | |
| SME - Computer and Information Systems Manager | | 2,506.67 | 626.67 | 626.67 | - | | 3,760.00 | |
| SME - Computer Network Architect | | 31,960.00 | 3,760.00 | 4,386.67 | 7,520.00 | 4,128.00 | 51,754.67 | |
| SME - Computer Systems Engineer/Architect | | 9,400.00 | 3,760.00 | 1,880.00 | | | 15,040.00 | |
| SME - Information Security Analyst | | - | | - | - | | - | |
| **Total LOE by Team** | | 52,483.33 | 9,243.33 | 11,280.00 | 7,520.00 | 4,128.00 | 84,654.67 | |
| **Price By Team** | | | | | | | | |

**Option Period 2 - Cloud Engineering and Operations Support (Tasks Areas 1-9)**

| Labor Category | | Labor Hours by Team | | | | | by Labor Category |
|---|---|---|---|---|---|---|---|
| | | UACS | UMACS | UGCS | Migration | Total | |
| Journeyman Business Intelligence Analyst | | - | | - | - | - | |
| Journeyman Computer Systems Engineer/Architect | | 5,640.00 | | 1,880.00 | | 7,520.00 | |
| Journeyman Information Security Analyst | | - | - | 1,880.00 | | 1,880.00 | |
| Senior Business Intelligence Analyst | | 2,506.67 | 626.67 | 626.67 | - | 3,760.00 | |
| Senior Database Administrator | | - | | - | - | - | |
| Senior Information Technology Project Manager | | - | - | - | - | - | |
| Senior Training and Development Specialist | | 470.00 | 470.00 | - | - | 940.00 | |
| SME - Computer and Information Research Scientist | | - | - | | - | - | |
| SME - Computer and Information Systems Manager | | 2,506.67 | 626.67 | 626.67 | - | 3,760.00 | |
| SME - Computer Network Architect | | 31,960.00 | 3,760.00 | 4,386.67 | 7,520.00 | 47,626.67 | |
| SME - Computer Systems Engineer/Architect | | 9,400.00 | 3,760.00 | 1,880.00 | | 15,040.00 | |
| SME - Information Security Analyst | | - | | - | - | - | |
| **Total LOE by Team** | | 52,483.33 | 9,243.33 | 11,280.00 | 7,520.00 | 80,526.67 | |
| **Price By Team** | | | | | | | |

**Option Period 3 - Cloud Engineering and Operations Support (Tasks Areas 1-9)**

| Labor Category | | Labor Hours by Team | | | | | by Labor Category |
|---|---|---|---|---|---|---|---|
| | | UACS | UMACS | UGCS | Migration | Total | |
| Journeyman Business Intelligence Analyst | | - | | - | - | - | |
| Journeyman Computer Systems Engineer/Architect | | 5,640.00 | | 1,880.00 | | 7,520.00 | |
| Journeyman Information Security Analyst | | - | - | 1,880.00 | | 1,880.00 | |
| Senior Business Intelligence Analyst | | 2,506.67 | 626.67 | 626.67 | - | 3,760.00 | |

| | UACS | UMACS | UGCS | Migration | | Total | |
|---|---|---|---|---|---|---|---|
| Senior Database Administrator | - | | - | - | | - | |
| Senior Information Technology Project Manager | - | - | - | - | | - | |
| Senior Training and Development Specialist | 470.00 | 470.00 | - | - | | 940.00 | |
| SME - Computer and Information Research Scientist | - | - | | - | | - | |
| SME - Computer and Information Systems Manager | 2,506.67 | 626.67 | 626.67 | - | | 3,760.00 | |
| SME - Computer Network Architect | 31,960.00 | 3,760.00 | 4,386.67 | 7,520.00 | | 47,626.67 | |
| SME - Computer Systems Engineer/Architect | 9,400.00 | 3,760.00 | 1,880.00 | | | 15,040.00 | |
| SME - Information Security Analyst | - | | | - | | - | |
| Total LOE by Team | 52,483.33 | 9,243.33 | 11,280.00 | 7,520.00 | | 80,526.67 | |
| Price By Team | | | | | | | |

| Option Period 4 - Cloud Engineering and Operations Support (Tasks Areas 1-9) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Labor Hours by Team | | | | | | by Labor Category |
| | UACS | UMACS | UGCS | Migration | | Total | |
| Journeyman Business Intelligence Analyst | - | | - | - | | - | |
| Journeyman Computer Systems Engineer/Architect | 5,640.00 | | 1,880.00 | | | 7,520.00 | |
| Journeyman Information Security Analyst | - | - | 1,880.00 | | | 1,880.00 | |
| Senior Business Intelligence Analyst | 2,506.67 | 626.67 | 626.67 | - | | 3,760.00 | |
| Senior Database Administrator | - | | - | - | | - | |
| Senior Information Technology Project Manager | - | - | - | - | | - | |
| Senior Training and Development Specialist | 470.00 | 470.00 | - | - | | 940.00 | |
| SME - Computer and Information Research Scientist | - | - | | - | | - | |
| SME - Computer and Information Systems Manager | 2,506.67 | 626.67 | 626.67 | - | | 3,760.00 | |
| SME - Computer Network Architect | 31,960.00 | 3,760.00 | 4,386.67 | 7,520.00 | | 47,626.67 | |
| SME - Computer Systems Engineer/Architect | 9,400.00 | 3,760.00 | 1,880.00 | | | 15,040.00 | |
| SME - Information Security Analyst | - | | | - | | - | |
| Total LOE by Team | 52,483.33 | 9,243.33 | 11,280.00 | 7,520.00 | | 80,526.67 | |
| Price By Team | | | | | | | |

ANT_AR-1573

ANT_AR-1574



**Donald J. Trump** ✅ ➕

@realDonaldTrump

THE UNITED STATES OF AMERICA WILL NEVER ALLOW A RADICAL LEFT, WOKE COMPANY TO DICTATE HOW OUR GREAT MILITARY FIGHTS AND WINS WARS! That decision belongs to YOUR COMMANDER-IN-CHIEF, and the tremendous leaders I appoint to run our Military.

The Leftwing nut jobs at Anthropic have made a DISASTROUS MISTAKE trying to STRONG-ARM the Department of War, and force them to obey their Terms of Service instead of our Constitution. Their selfishness is putting AMERICAN LIVES at risk, our Troops in danger, and our National Security in JEOPARDY.

Therefore, I am directing EVERY Federal Agency in the United States Government to IMMEDIATELY CEASE all use of Anthropic's technology. We don't need it, we don't want it, and will not do business with them again! There will be a Six Month phase out period for Agencies like the Department of War who are using Anthropic's products, at various levels. Anthropic better get their act together, and be helpful during this phase out period, or I will use the Full Power of the Presidency to make them comply, with major civil and criminal consequences to follow.

WE will decide the fate of our Country — NOT some out-of-control, Radical Left AI company run by people who have no idea what the real World is all about. Thank you for your attention to this matter. MAKE AMERICA GREAT AGAIN!

PRESIDENT DONALD J. TRUMP

ANT_AR-1575

**From:**
**To:**
**Cc:**
**Subject:** Anthropic AI Blocks
**Date:** Tuesday, March 3, 2026 9:30:38 AM
**Attachments:** image001.png

█████,

At leadership's direction, we've been requested to implement firewall blocks to restrict all-DHS users from accessing Anthropic AI tools. Please work with the NOSC to implement said blocks, and have them coordinate w/ Components to also apply similar blocks within their environments.

Thanks,



Director (A), Cyber Defense Division
Office of the Chief Information Officer
U.S. Department of Homeland Security



**Confidentiality Notice**

This email message and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader is not the intended recipient, any disclosure, distribution or other use of this email is prohibited.  If you have received this email message in error, please notify the sender immediately.  Please consider the environment before printing.

ANT_AR-1576



3/4 1:33 PM

Good Afternoon - Who can I reach out to in the TRM team to mark Anthropic as 'Not Allowed' for the agency? We have been told to block it according to CISO and CIO.

3/4 1:57 PM  Edited

So its me during shutdown, my govies that manage the process are out. I can ask the team to change the current status to prohibited. Im just doing a quick check with my boss ▮▮▮ to see what status he wants it to be and will have it changed later today or first thing in the morning.

3/4 2:00 PM

Perfect! Thank you.

Tuesday, March 17

3/17 3:41 PM

3/17 3:43 PM

3/17 3:57 PM

Thursday, March 26

3/26 10:44 AM

3/26 10:52 AM

3/26 1:22 PM  Edited

3/26 1:57 PM

ANT_AR-1577