United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHROPIC PBC,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF WAR, et al.,<br>Defendants. | Case No.26-cv-01996-RFL<br><br>**JUDGMENT**<br>Re: Dkt. No. 250 |

Having entered summary judgment on all claims on August 27, 2026, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 27, 2026

RITA F. LIN
United States District Judge