Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

---

| | |
|---|---|
| Docket Number: | 26-7228 |
| Originating Case Number: | 3:26-cv-01996-RFL |
| Short Title: | Anthropic, PBC v. United States Department of War, et al. |

---

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 26-7228 |
| Originating Case Number: | |
| Case Title: | Anthropic, PBC v. United States Department of War, et al. |

---

**11/2/2026**

| | |
|---|---|
| United States Department of Homeland Security | Mediation Questionnaire due |
| Ho K. Nieh | Mediation Questionnaire due |
| Scott Kupor | Mediation Questionnaire due |
| Board of Governors of the Federal Reserve System | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Edward C. Forst | Mediation Questionnaire due |
| Federal Housing Finance Agency | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| United States Office of Personnel Management | Mediation Questionnaire due |
| United States Securities and Exchange Commission | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |

| | |
|---|---|
| Peter Hegseth | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| United States Nuclear Regulatory Commission | Mediation Questionnaire due |
| National Endowment for the Arts | Mediation Questionnaire due |
| Frank Bisignano | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| United States Department of War | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| William J. Pulte | Mediation Questionnaire due |
| Social Security Administration | Mediation Questionnaire due |
| Paul Atkins | Mediation Questionnaire due |
| Jared Isaacman | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Howard W. Lutnick | Mediation Questionnaire due |
| Mary Anne Carter | Mediation Questionnaire due |
| National Aeronautics and Space Administration | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| Executive Office of the President | Mediation Questionnaire due |
| Jerome H. Powell | Mediation Questionnaire due |
| Douglas A. Collins | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |

**11/9/2026**

| | |
|---|---|
| National Aeronautics and Space Administration | Appeal Transcript Order Due |
| Scott Bessent | Appeal Transcript Order Due |
| Jared Isaacman | Appeal Transcript Order Due |
| United States Department of Health and Human Services | Appeal Transcript Order Due |
| Ho K. Nieh | Appeal Transcript Order Due |
| United States Department of the Treasury | Appeal Transcript Order Due |
| Marco Rubio | Appeal Transcript Order Due |

| | |
|---|---|
| Robert F. Kennedy, Jr. | Appeal Transcript Order Due |
| Edward C. Forst | Appeal Transcript Order Due |
| United States Securities and Exchange Commission | Appeal Transcript Order Due |
| National Endowment for the Arts | Appeal Transcript Order Due |
| Scott Kupor | Appeal Transcript Order Due |
| Frank Bisignano | Appeal Transcript Order Due |
| Federal Housing Finance Agency | Appeal Transcript Order Due |
| Peter Hegseth | Appeal Transcript Order Due |
| Executive Office of the President | Appeal Transcript Order Due |
| William J. Pulte | Appeal Transcript Order Due |
| Paul Atkins | Appeal Transcript Order Due |
| Chris Wright | Appeal Transcript Order Due |
| United States General Services Administration | Appeal Transcript Order Due |
| Mary Anne Carter | Appeal Transcript Order Due |
| United States Department of War | Appeal Transcript Order Due |
| Social Security Administration | Appeal Transcript Order Due |
| Board of Governors of the Federal Reserve System | Appeal Transcript Order Due |
| United States Nuclear Regulatory Commission | Appeal Transcript Order Due |
| Jerome H. Powell | Appeal Transcript Order Due |
| United States Department of Veterans Affairs | Appeal Transcript Order Due |
| United States Department of Commerce | Appeal Transcript Order Due |
| Kristi Noem | Appeal Transcript Order Due |
| Douglas A. Collins | Appeal Transcript Order Due |
| United States Department of Homeland Security | Appeal Transcript Order Due |
| United States Department of State | Appeal Transcript Order Due |
| United States Department of Energy | Appeal Transcript Order Due |
| United States Office of Personnel Management | Appeal Transcript Order Due |
| Howard W. Lutnick | Appeal Transcript Order Due |

**11/12/2026**

| | |
|---|---|
| United States Department of War | Corporate Disclosure Statement due |
| United States General Services Administration | Corporate Disclosure Statement due |
| Chris Wright | Corporate Disclosure Statement due |
| Frank Bisignano | Corporate Disclosure Statement due |
| Howard W. Lutnick | Corporate Disclosure Statement due |
| United States Securities and Exchange Commission | Corporate Disclosure Statement due |
| Peter Hegseth | Corporate Disclosure Statement due |
| United States Department of Health and Human Services | Corporate Disclosure Statement due |
| William J. Pulte | Corporate Disclosure Statement due |
| Douglas A. Collins | Corporate Disclosure Statement due |
| Ho K. Nieh | Corporate Disclosure Statement due |
| Anthropic, PBC | Corporate Disclosure Statement due |
| Scott Kupor | Corporate Disclosure Statement due |
| United States Department of State | Corporate Disclosure Statement due |
| United States Department of Veterans Affairs | Corporate Disclosure Statement due |
| Scott Bessent | Corporate Disclosure Statement due |
| National Aeronautics and Space Administration | Corporate Disclosure Statement due |
| Mary Anne Carter | Corporate Disclosure Statement due |
| United States Department of Homeland Security | Corporate Disclosure Statement due |
| Jerome H. Powell | Corporate Disclosure Statement due |
| Kristi Noem | Corporate Disclosure Statement due |
| Marco Rubio | Corporate Disclosure Statement due |
| Robert F. Kennedy, Jr. | Corporate Disclosure Statement due |
| Jared Isaacman | Corporate Disclosure Statement due |
| United States Nuclear Regulatory Commission | Corporate Disclosure Statement due |
| Social Security Administration | Corporate Disclosure Statement due |
| United States Department of Commerce | Corporate Disclosure Statement due |
| United States Department of the Treasury | Corporate Disclosure Statement due |

| | |
|---|---|
| Executive Office of the President | Corporate Disclosure Statement due |
| Board of Governors of the Federal Reserve System | Corporate Disclosure Statement due |
| United States Department of Energy | Corporate Disclosure Statement due |
| United States Office of Personnel Management | Corporate Disclosure Statement due |
| National Endowment for the Arts | Corporate Disclosure Statement due |
| Edward C. Forst | Corporate Disclosure Statement due |
| Paul Atkins | Corporate Disclosure Statement due |
| Federal Housing Finance Agency | Corporate Disclosure Statement due |

**12/9/2026**

| | |
|---|---|
| National Endowment for the Arts | Appeal Transcript Due |
| Scott Kupor | Appeal Transcript Due |
| Howard W. Lutnick | Appeal Transcript Due |
| Chris Wright | Appeal Transcript Due |
| Mary Anne Carter | Appeal Transcript Due |
| United States Department of War | Appeal Transcript Due |
| Frank Bisignano | Appeal Transcript Due |
| Federal Housing Finance Agency | Appeal Transcript Due |
| Douglas A. Collins | Appeal Transcript Due |
| Paul Atkins | Appeal Transcript Due |
| Jerome H. Powell | Appeal Transcript Due |
| Executive Office of the President | Appeal Transcript Due |
| United States Department of State | Appeal Transcript Due |
| United States General Services Administration | Appeal Transcript Due |
| Board of Governors of the Federal Reserve System | Appeal Transcript Due |
| Social Security Administration | Appeal Transcript Due |
| William J. Pulte | Appeal Transcript Due |
| National Aeronautics and Space Administration | Appeal Transcript Due |
| Scott Bessent | Appeal Transcript Due |
| United States Securities and Exchange Commission | Appeal Transcript Due |

| | |
|---|---|
| Jared Isaacman | Appeal Transcript Due |
| Kristi Noem | Appeal Transcript Due |
| United States Office of Personnel Management | Appeal Transcript Due |
| United States Department of Energy | Appeal Transcript Due |
| United States Nuclear Regulatory Commission | Appeal Transcript Due |
| United States Department of the Treasury | Appeal Transcript Due |
| United States Department of Homeland Security | Appeal Transcript Due |
| Robert F. Kennedy, Jr. | Appeal Transcript Due |
| Edward C. Forst | Appeal Transcript Due |
| Marco Rubio | Appeal Transcript Due |
| United States Department of Veterans Affairs | Appeal Transcript Due |
| United States Department of Health and Human Services | Appeal Transcript Due |
| Peter Hegseth | Appeal Transcript Due |
| Ho K. Nieh | Appeal Transcript Due |
| United States Department of Commerce | Appeal Transcript Due |

**1/18/2027**

| | |
|---|---|
| Douglas A. Collins | Appeal Opening Brief Due |
| United States Department of Health and Human Services | Appeal Opening Brief Due |
| Jerome H. Powell | Appeal Opening Brief Due |
| United States Nuclear Regulatory Commission | Appeal Opening Brief Due |
| United States Department of Energy | Appeal Opening Brief Due |
| United States Department of Commerce | Appeal Opening Brief Due |
| United States Department of the Treasury | Appeal Opening Brief Due |
| United States Department of Veterans Affairs | Appeal Opening Brief Due |
| Executive Office of the President | Appeal Opening Brief Due |
| United States General Services Administration | Appeal Opening Brief Due |

| | |
|---|---|
| Mary Anne Carter | Appeal Opening Brief Due |
| Peter Hegseth | Appeal Opening Brief Due |
| United States Department of Homeland Security | Appeal Opening Brief Due |
| United States Securities and Exchange Commission | Appeal Opening Brief Due |
| Howard W. Lutnick | Appeal Opening Brief Due |
| Ho K. Nieh | Appeal Opening Brief Due |
| Social Security Administration | Appeal Opening Brief Due |
| Frank Bisignano | Appeal Opening Brief Due |
| United States Office of Personnel Management | Appeal Opening Brief Due |
| United States Department of War | Appeal Opening Brief Due |
| National Endowment for the Arts | Appeal Opening Brief Due |
| Robert F. Kennedy, Jr. | Appeal Opening Brief Due |
| Chris Wright | Appeal Opening Brief Due |
| Board of Governors of the Federal Reserve System | Appeal Opening Brief Due |
| Federal Housing Finance Agency | Appeal Opening Brief Due |
| Edward C. Forst | Appeal Opening Brief Due |
| National Aeronautics and Space Administration | Appeal Opening Brief Due |
| Marco Rubio | Appeal Opening Brief Due |
| United States Department of State | Appeal Opening Brief Due |
| Scott Bessent | Appeal Opening Brief Due |
| Kristi Noem | Appeal Opening Brief Due |
| Scott Kupor | Appeal Opening Brief Due |
| William J. Pulte | Appeal Opening Brief Due |
| Paul Atkins | Appeal Opening Brief Due |
| Jared Isaacman | Appeal Opening Brief Due |

**2/17/2027**

| | |
|---|---|
| Anthropic, PBC | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**